B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Town Center at Doral, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1991866** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6600 NW 107th Avenue**<br>**Miami, FL**<br>ZIP Code **33178** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Steven Amster, Esq.**<br>**Kodsi Law Firm, P.A.**<br>**701 W. Cypress Creek Road, Suite 303**<br>**Fort Lauderdale, FL**<br>ZIP Code **33309** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **N.W. 107th Avenue and NW 58th Street**<br>**Doral** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other _____

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Town Center at Doral, L.L.C.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| **Voluntary Petition** | Name of Debtor(s): **Town Center at Doral, L.L.C.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Mindy A. Mora**<br>Signature of Attorney for Debtor(s)<br>**Mindy A. Mora 678910**<br>Printed Name of Attorney for Debtor(s)<br>**Bilzin Sumberg Baena Price & Axelrod, LLP**<br>Firm Name<br>**1450 Brickell Avenue**<br>**Suite 2300**<br>**Miami, FL 33131**<br>Address<br><br>**(305) 374-7580  Fax: (305) 374-7593**<br>Telephone Number<br>**September 19, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Isaac Kodsi**<br>Signature of Authorized Individual<br>**Isaac Kodsi**<br>Printed Name of Authorized Individual<br>**Vice President**<br>Title of Authorized Individual<br>**September 19, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re **Town Center at Doral, L.L.C.**                                          , Case No. _____
                              Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Landmark at Doral Developers, LLC** <br> **Southern District of Florida** | **Affiliate** | **09/19/11** |
| **Landmark at Doral East, LLC** <br> **Southern District of Florida** | **Affiliate** | **09/19/11** |
| **Landmark at Doral South, LLC** <br> **Southern District of Florida** | **Affiliate** | **09/19/11** |
| **Landmark Club at Doral, LLC** <br> **Southern District of Florida** | **Affiliate** | **09/19/11** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Town Center at Doral, L.L.C.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Elya Yagudaev**<br>**Alan R. Poppe, Esq.**<br>**Foley & Lardner, LLP**<br>**100 SE 2nd Street, Suite 1600**<br>**Miami, FL 33131** | **Alan R. Poppe, Esq.**<br>**Elya Yagudaev**<br>**Foley & Lardner, LLP**<br>**100 SE 2nd Street, Suite 1600**<br>**Miami, FL 33131** | **Loan** | **Unliquidated** | **3,127,500.00** |
| **Mark Finkelshtein**<br>**16047 Colins Avenue**<br>**Apt # 602**<br>**North Miami Beach, FL 33160** | **Mark Finkelshtein**<br>**16047 Colins Avenue**<br>**Apt # 602**<br>**North Miami Beach, FL 33160** | **Loan** | **Unliquidated**<br>**Disputed** | **1,050,000.00** |
| **Frank Alter**<br>**3902 NE 207th Street**<br>**Suite 1401**<br>**Miami, FL 33180** | **Frank Alter**<br>**3902 NE 207th Street**<br>**Suite 1401**<br>**Miami, FL 33180** | **Loan** | **Unliquidated**<br>**Disputed** | **1,000,000.00** |
| **HD Investments**<br>**c/o Harvey D. Friedman, Esq.**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler Street**<br>**Miami, FL 33135** | **Harvey D. Friedman, Esq.**<br>**HD Investments**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler Street**<br>**Miami, FL 33135** | **Loan** | **Unliquidated** | **950,000.00** |
| **Sela & Be, LLC**<br>**1 Post Road**<br>**Apartment 304**<br>**Toronto, Ontario**<br>**Canada M3B3R4** | **Sela & Be, LLC**<br>**1 Post Road**<br>**Apartment 304**<br>**Canada M3B3R4** | **Loan** | **Unliquidated** | **600,000.00** |
| **MFEB I, LLC**<br>**16047 Collins Avenue**<br>**Apt. 602**<br>**North Miami Beach, FL 33160** | **MFEB I, LLC**<br>**16047 Collins Avenue**<br>**Apt. 602**<br>**North Miami Beach, FL 33160** | **Loan** | **Unliquidated**<br>**Disputed** | **500,000.00** |
| **Carla Pfeffer Revocable Trust**<br>**c/o Peter J. Frommer, Esq.**<br>**Hinshaw & Culbertson LLP**<br>**One East Broward Blvd.,#1010**<br>**Fort Lauderdale, FL 33301** | **Peter J. Frommer, Esq.**<br>**Carla Pfeffer Revocable Trust**<br>**Hinshaw & Culbertson LLP**<br>**One East Broward Blvd., #1010**<br>**Fort Lauderdale, FL 33301** | **Loan** | **Unliquidated** | **500,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Town Center at Doral, L.L.C.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lisa Friedman-Fuller** c/o Harvey D. Friedman, Esq. Friedman, Rodman & Frank, P.A. 3636 West Flagler Street Miami, FL 33135 | **Harvey D. Friedman, Esq.** Lisa Friedman-Fuller Friedman, Rodman & Frank, P.a. 3636 West Flagler Stgreet Miami, FL 33135 | **Loan** | **Unliquidated** | **300,000.00** |
| **Frank & Carolyn Friedman** c/o Harvey D. Friedman, Esq. Friedman, Rodman & Frank, P.A. 3636 West Flagler St. Miami, FL 33135 | **Harvey Friedman** Frank & Carolyn Friedman Friedman, Rodman & Frank, P.A. 3636 West Flagler Street Miami, FL 33135 | **Loan** | **Unliquidated** | **300,000.00** |
| **Rachel Bensimon** 7913 Tennyson Court Boca Raton, FL 33433 | **Rachel Bensimon** 7913 Tennyson Court Boca Raton, FL 33433 | **Loan** | **Unliquidated** | **300,000.00** |
| **Y & T Plumbing Corp.** 13985 SW 140th Street Miami, FL 33186 | **Y & T Plumbing Corp.** 13985 SW 140th Street Miami, FL 33186 | **Trade Debt** | | **108,609.34** |
| **Mod Space** Bank of America Lockbox Services 12603 Collection Center Dr. Chicago, IL 60693 | **Mod Space** Bank of America Lockbox Services 12603 Collection Center Dr. Chicago, IL 60693 | **Trade Debt** | | **101,760.51** |
| **National Millwork** 1177 West Blue Heron Blvd. West Palm Beach, FL 33404 | **National Millwork** 1177 West Blue Heron Blvd. West Palm Beach, FL 33404 | **Trade Debt** | | **50,000.00** |
| **Garmon Construction Corp.** 7315 NW 36th Street Miami, FL 33166 | **Garmon Construction Corp.** 7315 NW 36th Street Miami, FL 33166 | **Trade Debt** | | **42,975.50** |
| **Advance Insurance Underwriters** 3250 North 29th Avenue Hollywood, FL 33020 | **Advance Insurance Underwriters** 3250 North 29th Avenue Hollywood, FL 33020 | **Insurance** | | **34,320.38** |
| **Ring Electric** 9330 NW 13th Street #16 Miami, FL 33173 | **Ring Electric** 9330 NW 13th Street #16 Miami, FL 33173 | **Trade Debt** | | **33,581.34** |
| **Valle & Valle, Inc.** 194 Minorca Avenue Miami, FL 33134 | **Valle & Valle, Inc.** 194 Minorca Avenue Miami, FL 33134 | **Professional Fees** | | **20,849.62** |
| **Dual Temp Mechanical** 13741 SW 139th Cr - 102 Miami, FL 33186 | **Dual Temp Mechanical** 13741 SW 139th Cr - 102 Miami, FL 33186 | **Trade Debt** | | **9,308.10** |
| **David Plummer & Associates** 1750 Ponce De Leon Blvd. Miami, FL 33134 | **David Plummer & Associates** 1750 Ponce De Leon Blvd. Miami, FL 33134 | **Professional Fees** | | **7,296.55** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Town Center at Doral, L.L.C.**                                         Case No.
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Professional Fees | Contingent<br>Unliquidated<br>Disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September 19, 2011**                    Signature    **/s/ Isaac Kodsi**
                                                              **Isaac Kodsi**
                                                              **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **Town Center at Doral, L.L.C.**                               ,   Case No. _____
                                      Debtor
                                                                          Chapter               **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of Elie Berdugo**<br>**c/o Kodsi Law Firm, P.A.**<br>**701 W. Cypress Creek Road**<br>**Suite 303**<br>**Fort Lauderdale, FL 33309** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 19, 2011**                          Signature  **/s/ Isaac Kodsi**
                                                                  **Isaac Kodsi**
                                                                  **Vice President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                  18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **Town Center at Doral, L.L.C.**     Case No.
Debtor(s)   Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 19, 2011**   **/s/ Isaac Kodsi**
**Isaac Kodsi**/**Vice President**
Signer/Title

```
Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Carla Pfeffer Revocable Trust
c/o Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd.,#1010
Fort Lauderdale, FL 33301

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm , P.A.
701 W. Cypress Creek Rd
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
```

701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
& McGirney
3300 Ponce De Leon Blvd.
Miami, FL 33134

```
Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth, P.A.
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Steven R. Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
3rd Floor
Fort Lauderdale, FL 33309

Sunshine State Cert III, LLLP
and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016
```

```
Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Valle, Valle & Partners
194 Minorca Avenue
Miami, FL 33134

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186
```

## UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER OF TOWN CENTER AT DORAL, LLC

The undersigned, being the Sole Member and the Manager of TOWN CENTER AT DORAL, L.L.C., a Florida limited liability company (the "Company"), hereby consents to the adoption of the following resolutions on behalf of the Company:

**RESOLVED**, that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that the Company file for voluntary relief under the bankruptcy code (the "Bankruptcy"); and

**FURTHER RESOLVED,** the Company is authorized to employ or engage the law firm of Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") to represent the Company in connection with the bankruptcy proceeding and to pay Bilzin Sumberg a fee retainer for payment of attorney's fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and

**FURTHER RESOLVED**, that the Company hereby empowers, consents and authorizes Yogev Berdugo, as Manager, Steven R. Amster, as its Authorized Representative, or Isaac Kodsi, as its Vice President, each acting individually and singly, on behalf of the Company, to execute and file all petitions, schedules, lists and other papers and to take any and all action which each individual deems necessary or proper in connection with the Bankruptcy, including but not limited whether to pursue liquidation or re-organization; and

**FURTHER RESOLVED,** that the Company, subject to the authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as Yogev Berdugo, Steven R. Amster or Isaac Kodsi, each in their sole, individual and independent discretion, deems appropriate until further direction of the Member with payment being subject to award by the Court.  Yogev Berdugo, as Manager, Steven R. Amster, as its Authorized Representative, or Isaac Kodsi, as its Vice President are each individually, further authorized and empowered to take any action on behalf of the Company, as may be necessary or required in connection with the consummation of the Bankruptcy; and

**FURTHER RESOLVED**, that the Company ratifies and accepts all acts done by Yogev Berdugo, Steven R. Amster, and Isaac Kodsi in furtherance of this resolution, including any actions completed prior to the execution of this resolution; and

**FURTHER RESOLVED**, that Yogev Berdugo, as Manager, Steven R. Amster, as its Authorized Representative, or Isaac Kodsi, as its Vice President of the Company, acting singly, is authorized and directed to take any additional action and execute and deliver all additional documents and instruments for the Company, and to do or cause to be done all such other acts or things as he shall determine to be necessary or appropriate to give effect to and to carry out the intent of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned have executed this consent effective this 5th day of May 2011.

Signed in the presence of:

_Paul D. Gottfried_
Witness

_Peggy Pacheco_
Witness  Peggy Pacheco

_____
Yogev Berdugo, Manager

_____
Yogev Berdugo, as Personal Representative of the Estate of Elie Berdugo, the Sole Member

STATE OF FLORIDA
COUNTY OF __BROWARD__

The foregoing instrument was acknowledged before me this 5th day of May 2011 by Yogev Berdugo, as Manager of Town Center at Doral, L.L.C., a Florida limited liability company, on behalf of said company. He is personally known to me or has produced __N/A__ as identification.

My Commission Expires:

_Paul D. Gottfried_
Notary Public, State of Florida

PAUL D. GOTTFRIED
MY COMMISSION # DD 917127
EXPIRES: August 16, 2013
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA
COUNTY OF __BROWARD__

The foregoing instrument was acknowledged before me this 5th day of May 2011 by Yogev Berdugo, as Personal Representative of the Estate of Elie Berdugo, the Sole Member of Town Center at Doral, L.L.C., a Florida limited liability company, on behalf of said company. He is personally known to me or has produced __N/A__ as identification.

My Commission Expires:

_Paul D. Gottfried_
Notary Public, State of Florida

PAUL D. GOTTFRIED
MY COMMISSION # DD 917127
EXPIRES: August 16, 2013
Bonded Thru Notary Public Underwriters