# United States Bankruptcy Court
## Southern District of Florida

In re  **Town Center at Doral, L.L.C.**  
                        Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Town Center at Doral, L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Estate of Elie Berdugo**  
**c/o Kodsi Law Firm, P.A.**  
**701 W. Cypress Creek Road**  
**Suite 303**  
**Fort Lauderdale, FL 33309**

☐ None [*Check if applicable*]

**September 19, 2011**  
Date

**/s/ Mindy A. Mora**  
**Mindy A. Mora 678910**  
Signature of Attorney or Litigant  
Counsel for **Town Center at Doral, L.L.C.**  
**Bilzin Sumberg Baena Price & Axelrod, LLP**  
**1450 Brickell Avenue**  
**Suite 2300**  
**Miami, FL 33131**  
**(305) 374-7580 Fax:(305) 374-7593**