B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Town Center at Doral, L.L.C.**       Case No.
                                   Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Elya Yagudaev**<br>**Alan R. Poppe, Esq.**<br>**Foley & Lardner, LLP**<br>**100 SE 2nd Street, Suite 1600**<br>**Miami, FL 33131** | **Alan R. Poppe, Esq.**<br>**Elya Yagudaev**<br>**Foley & Lardner, LLP**<br>**100 SE 2nd Street, Suite 1600**<br>**Miami, FL 33131** | **Loan** | **Unliquidated** | **3,127,500.00** |
| **Mark Finkelshtein**<br>**16047 Colins Avenue**<br>**Apt # 602**<br>**North Miami Beach, FL 33160** | **Mark Finkelshtein**<br>**16047 Colins Avenue**<br>**Apt # 602**<br>**North Miami Beach, FL 33160** | **Loan** | **Unliquidated**<br>**Disputed** | **1,050,000.00** |
| **Frank Alter**<br>**3902 NE 207th Street**<br>**Suite 1401**<br>**Miami, FL 33180** | **Frank Alter**<br>**3902 NE 207th Street**<br>**Suite 1401**<br>**Miami, FL 33180** | **Loan** | **Unliquidated**<br>**Disputed** | **1,000,000.00** |
| **HD Investments**<br>**c/o Harvey D. Friedman, Esq.**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler Street**<br>**Miami, FL 33135** | **Harvey D. Friedman, Esq.**<br>**HD Investments**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler Street**<br>**Miami, FL 33135** | **Loan** | **Unliquidated** | **950,000.00** |
| **Sela & Be, LLC**<br>**1 Post Road**<br>**Apartment 304**<br>**Toronto, Ontario**<br>**Canada M3B3R4** | **Sela & Be, LLC**<br>**1 Post Road**<br>**Apartment 304**<br>**Canada M3B3R4** | **Loan** | **Unliquidated** | **600,000.00** |
| **MFEB I, LLC**<br>**16047 Collins Avenue**<br>**Apt. 602**<br>**North Miami Beach, FL 33160** | **MFEB I, LLC**<br>**16047 Collins Avenue**<br>**Apt. 602**<br>**North Miami Beach, FL 33160** | **Loan** | **Unliquidated**<br>**Disputed** | **500,000.00** |
| **Carla Pfeffer Revocable Trust**<br>**c/o Peter J. Frommer, Esq.**<br>**Hinshaw & Culbertson LLP**<br>**One East Broward Blvd.,#1010**<br>**Fort Lauderdale, FL 33301** | **Peter J. Frommer, Esq.**<br>**Carla Pfeffer Revocable Trust**<br>**Hinshaw & Culbertson LLP**<br>**One East Broward Blvd., #1010**<br>**Fort Lauderdale, FL 33301** | **Loan** | **Unliquidated** | **500,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Town Center at Doral, L.L.C.**                                      Case No.
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Lisa Friedman-Fuller**<br>**c/o Harvey D. Friedman, Esq.**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler Street**<br>**Miami, FL 33135** | **Harvey D. Friedman, Esq.**<br>**Lisa Friedman-Fuller**<br>**Friedman, Rodman & Frank, P.a.**<br>**3636 West Flagler Stgreet**<br>**Miami, FL 33135** | **Loan** | **Unliquidated** | **300,000.00** |
| **Frank & Carolyn Friedman**<br>**c/o Harvey D. Friedman, Esq.**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler St.**<br>**Miami, FL 33135** | **Harvey Friedman**<br>**Frank & Carolyn Friedman**<br>**Friedman, Rodman & Frank, P.A.**<br>**3636 West Flagler Street**<br>**Miami, FL 33135** | **Loan** | **Unliquidated** | **300,000.00** |
| **Rachel Bensimon**<br>**7913 Tennyson Court**<br>**Boca Raton, FL 33433** | **Rachel Bensimon**<br>**7913 Tennyson Court**<br>**Boca Raton, FL 33433** | **Loan** | **Unliquidated** | **300,000.00** |
| **Y & T Plumbing Corp.**<br>**13985 SW 140th Street**<br>**Miami, FL 33186** | **Y & T Plumbing Corp.**<br>**13985 SW 140th Street**<br>**Miami, FL 33186** | **Trade Debt** | | **108,609.34** |
| **Mod Space**<br>**Bank of America Lockbox Services**<br>**12603 Collection Center Dr.**<br>**Chicago, IL 60693** | **Mod Space**<br>**Bank of America Lockbox Services**<br>**12603 Collection Center Dr.**<br>**Chicago, IL 60693** | **Trade Debt** | | **101,760.51** |
| **National Millwork**<br>**1177 West Blue Heron Blvd.**<br>**West Palm Beach, FL 33404** | **National Millwork**<br>**1177 West Blue Heron Blvd.**<br>**West Palm Beach, FL 33404** | **Trade Debt** | | **50,000.00** |
| **Garmon Construction Corp.**<br>**7315 NW 36th Street**<br>**Miami, FL 33166** | **Garmon Construction Corp.**<br>**7315 NW 36th Street**<br>**Miami, FL 33166** | **Trade Debt** | | **42,975.50** |
| **Advance Insurance Underwriters**<br>**3250 North 29th Avenue**<br>**Hollywood, FL 33020** | **Advance Insurance Underwriters**<br>**3250 North 29th Avenue**<br>**Hollywood, FL 33020** | **Insurance** | | **34,320.38** |
| **Ring Electric**<br>**9330 NW 13th Street #16**<br>**Miami, FL 33173** | **Ring Electric**<br>**9330 NW 13th Street #16**<br>**Miami, FL 33173** | **Trade Debt** | | **33,581.34** |
| **Valle & Valle, Inc.**<br>**194 Minorca Avenue**<br>**Miami, FL 33134** | **Valle & Valle, Inc.**<br>**194 Minorca Avenue**<br>**Miami, FL 33134** | **Professional Fees** | | **20,849.62** |
| **Dual Temp Mechanical**<br>**13741 SW 139th Cr - 102**<br>**Miami, FL 33186** | **Dual Temp Mechanical**<br>**13741 SW 139th Cr - 102**<br>**Miami, FL 33186** | **Trade Debt** | | **9,308.10** |
| **David Plummer & Associates**<br>**1750 Ponce De Leon Blvd.**<br>**Miami, FL 33134** | **David Plummer & Associates**<br>**1750 Ponce De Leon Blvd.**<br>**Miami, FL 33134** | **Professional Fees** | | **7,296.55** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Town Center at Doral, L.L.C.**                        Case No.   _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Professional Fees | Contingent<br>Unliquidated<br>Disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 19, 2011**             Signature   **/s/ Isaac Kodsi**
                                                                **Isaac Kodsi**
                                                                **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.