# United States Bankruptcy Court
## Southern District of Florida

In re    **Town Center at Doral, L.L.C.**             ,

                        Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Estate of Elie Berdugo**<br>**c/o Kodsi Law Firm, P.A.**<br>**701 W. Cypress Creek Road**<br>**Suite 303**<br>**Fort Lauderdale, FL 33309** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 19, 2011**             Signature **/s/ Isaac Kodsi**

                                                  **Isaac Kodsi**

                                                  **Vice President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders