CGFI2 (8/1/11)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 11–35884–RAM

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
EIN: 20–1991866

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **September 19, 2011**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Schedules of assets and liabilities.** The following schedules were not filed.
> **Deadline to correct deficiency: 10/3/11**
>
> > Official Bankruptcy Form B6 Summary of Schedules and/or (Part two Statistical Summary only required in individual debtor cases)
> > Official Bankruptcy Form B6A Real Property
> > Official Bankruptcy Form B6B Personal Property
> > Official Bankruptcy Form B6D Creditors Holding Secured Claims
> > Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims
> > Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims
> > Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases
> > Official Bankruptcy Form B6H Codebtors Form
>
> **Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed.
> **Deadline to correct deficiency: 10/3/11**
>
> > ☑ Declaration not filed
> > ☐ Declaration not signed
> > ☐ Declaration must be filed with deficient schedules listed above
>
> **Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
> **Deadline to correct deficiency: 10/3/11**
>
> > ☑ Statement not filed
> > ☐ Statement not signed
> > ☐ Statement incomplete

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:9/20/11**

**CLERK OF COURT**
By: Alexandra Oriol–Bennett , Deputy Clerk

*Copies to:* Debtor
          *Attorney for Debtor*