

**ORDERED in the Southern District of Florida on September 22, 2011.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>Town Center at Doral, LLC,<br><br>    Debtor.<br>_____/ | Case No. 11-35884-RAM<br><br>Chapter 11 |
| In re:<br><br>Landmark at Doral East, LLC,<br><br>    Debtor.<br>_____/ | Case No. 11-35885-RAM<br><br>Chapter 11 |
| In re:<br><br>Landmark at Doral South, LLC,<br><br>    Debtor.<br>_____/ | Case No. 11-35886-LMI<br><br>Chapter 11 |
| In re:<br><br>Landmark Club at Doral, LLC,<br><br>    Debtor.<br>_____/ | Case No. 11-35887-RAM<br><br>Chapter 11 |

|  |  |
|---|---|
| In re:<br><br>Landmark at Doral Developers, LLC,<br><br>            Debtor.<br>_____/ | Case No. 11-35888-LMI<br><br>Chapter 11 |

**ORDER JOINTLY ADMINISTERING CHAPTER 11 CASE
AND TRANSFERRING CASES OF LANDMARK AT DORAL SOUTH, LLC AND
LANDMARK AT DORAL DEVELOPERS, LLC**

THIS MATTER came before the Court upon the *Ex Parte Motion by Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Cases and Transferring Cases of Landmark at Doral South, LLC and Landmark at Doral Developers, LLC* (the "Motion") filed by Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC, as debtors and debtors-in-possession (collectively, the "Debtors"). The Motion requests entry of an Order authorizing the joint administration of the Debtors' chapter 11 cases (the "Chapter 11 Cases") and the use of a consolidated caption. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; (iv) the cases identified in the caption of this Order are pending in this Court by a debtor and its affiliates; and (v) pursuant to Bankruptcy Rule 1015 and Local Rules 1015-1(B)(2), 5005-1(G)(1)(a) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; and (vi) upon the record herein, and good and sufficient cause existing for the granting of the relief as set forth herein, it is

    **ORDERED** that:

    1.       The Motion is GRANTED.

2. The captioned bankruptcy cases shall be jointly administered. Case No. 11-35884-RAM is designated as the "lead case". Case numbers 11-35886-LMI and 11-35888-LMI are transferred to the Honorable Judge Robert A. Mark to whom the lead case has been assigned, and such cases shall hereafter be referred to as case numbers 11-35886-RAM and 11-35888-RAM, respectively.

3. One consolidated docket, one court file, and one consolidated service list (including a consolidated Master Service List, as provided for in Local Rule 2002-1(H)) shall be maintained for all of the Debtors and kept by the Clerk of the United States Bankruptcy Court for the Southern District of Florida under the "lead case" number.

4. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

5. The caption of the jointly-administered cases will read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884 -RAM |
| Town Center at Doral, LLC, et al., | Chapter 11 |
| Debtors._____/ | (Jointly Administered) |

6. A docket entry shall be made on the docket in each of the captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC. All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 11-35884-RAM.

7. Parties may request joint hearings on matters pending in any of the jointly administered cases.

8. The Debtors, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

# # #

Submitted by:
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 374-7580
Fax: (305) 375-7593
E-mail: mmora@bilzin.com

*(Attorney Mora shall serve a copy of the signed order on all parties on the Master Service List in each Debtor's case and file with the court a certificate of service conforming with Local Rule 2002-1(F).)*