UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.  11-35884 -RAM

TOWN CENTER AT DORAL, LLC, et al.,                              Chapter 11

             Debtors.                                           (Jointly Administered)
_____/

## JOINTLY ADMINISTERED DEBTORS'
## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession, Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC (collectively, the **"Debtors"**) file this Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information may represent the Debtors' best estimate in response to some of the ensuing questions.

1.  Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):

September 19, 2011

2.  Names, case numbers and dates of filing of related debtors:

Town Center at Doral, LLC; 11-35884-RAM; September 19, 2011
Landmark at Doral East, LLC; 11-35885-RAM; September 19, 2011
Landmark at Doral South, LLC; 11-35886-RAM; September 19, 2011[1]
Landmark Club at Doral, LLC; 11-35887-RAM; September 19, 2011
Landmark at Doral Developers, LLC; 11-35888-RAM; September 19, 2011

---

[1] Pursuant to this Court's *Order Jointly Administering Chapter 11 Cases and Transferring Cases of Landmark at Doral South, LLC and Landmark at Doral Developers, LLC* [DE #__], these cases were administratively consolidated for procedural purposes only and the Landmark at Doral South, LLC and Landmark at Doral Developers, LLC cases were transferred to the Honorable Robert A. Mark pursuant to Local Rule 1015-1(D)(1).

1

3. Description of debtors' business:

The Debtors are the fee simple owners of land (approximately 120 contiguous acres) located on the east side of NW 107th Avenue and the north side of NW 58th Street in Doral, Florida, a majority of which is zoned TND (Traditional Neighborhood Development), with the remainder zoned IU-1 (for flex office development allowing for light industrial development) (the "Property"). The Property consists of 16 individual tracts of land that remain undeveloped with the exception of an unfinished 4-level parking garage. Prior to the Petition Date, the Debtors had sought and obtained approvals for the development of residential units (townhomes and condominiums), retail/office/mixed use, and flex office at the Property.

Until recently, the Debtors were actively engaged in preparing the Property for a development to be called Landmark at Doral, consisting of 11 acres of industrial/flex office, 17 acres of mixed use, and 89 acres of multifamily residential dwellings. After development, the Property was to consist of 188,000 square feet of retail and office, 230,000 square feet of flex office, and 1,109 residential units, featuring an assortment of elevations and architecture thereby creating a community reminiscent of former small towns in suburbs throughout the U.S. and abroad.

4. Locations of debtor's operations and whether the business premises are leased or owned:

The Debtors are the fee simple owners of land (approximately 120 contiguous acres) located on the east side of NW 107th Avenue and the north side of NW 58th Street in Doral, Florida  The Debtors operate out of an office located at 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309

5. Reasons for filing chapter 11:

The Debtors' inability to renew, repay, or refinance their existing debt obligations, due to circumstances beyond their control, including the death of Elie Berdugo, the former principal of the Debtors, as well as current credit market conditions.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

Each of the Debtors is a limited liability company and has a manager and an officer, as follows:

| Name | Title | Salary and Benefits as of Petition Date and During One Year Prior to Filing |
|---|---|---|
| Isaac Kodsi | Vice President | None paid by the Debtors |
| Yogev Berdugo | Manager | None paid by the Debtors |

2

7.    Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    2011 - $0

    2010 - $0

8.    Amounts owed to various creditors:[2]

With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

| Name of Secured Creditor | Amount Owed to Secured Creditor (Approximate Principal Amount, Exclusive of Interest, Fees and Costs) | Applicable Debtor | Whether Claim is Disputed, Contingent or Unliquidated | Description of Collateral | Value of All Collateral Securing Such Creditor's Claim |
|---|---|---|---|---|---|
| Landmark at Doral Community Development District | $71,500,000 | All | Unliquidated | The Property | See paragraph 9 below |
| AMT CADC Venture, LLC | $103,870,058 | All | Unliquidated | The Property | See paragraph 9 below |

---

[2]     Precise information is not available at this time. Accordingly, the amounts below reflect the Debtors' reasonable estimates, and will be supplemented upon further analysis of the Debtors' books and records in connection with the preparation of the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs. The unsecured claim estimates do not include information regarding pending litigation involving the Debtors. Further, the Debtors have disputed, unliquidated or contingent claims that cannot be listed with specificity. With respect to secured claims, the Debtors reserve their right to dispute the secured nature of any claim or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any asset to a creditor.

| Name of Secured Creditor | Amount Owed to Secured Creditor (Approximate Principal Amount, Exclusive of Interest, Fees and Costs) | Applicable Debtor | Whether Claim is Disputed, Contingent or Unliquidated | Description of Collateral | Value of All Collateral Securing Such Creditor's Claim |
|---|---|---|---|---|---|
| Sunshine State Cert III, LLLP | $327,691 | Town Center at Doral LLC | Unliquidated | The portion of the Property owned by Town Center at Doral LLC | See paragraph 9 below |
| BTI Bluegate FTCF LLC | $549,758.43 | Town Center at Doral LLC | Unliquidated | The portion of the Property owned by Town Center at Doral LLC | See paragraph 9 below |
| BTI Bluegate FTCF LLC | $139,220 | Landmark at Doral East LLC | Unliquidated | The portion of the Property owned by Landmark at Doral East LLC | See paragraph 9 below |
| Finance Southern Co. | $112,686 | Landmark at Doral East LLC | Unliquidated | The portion of the Property owned by Landmark at Doral East LLC | See paragraph 9 below |
| Finance Southern Co. | $116,675 | Landmark at Doral South, LLC | Unliquidated | The portion of the Property owned by Landmark at Doral South, LLC | See paragraph 9 below |

| Name of Secured Creditor | Amount Owed to Secured Creditor (Approximate Principal Amount, Exclusive of Interest, Fees and Costs) | Applicable Debtor | Whether Claim is Disputed, Contingent or Unliquidated | Description of Collateral | Value of All Collateral Securing Such Creditor's Claim |
|---|---|---|---|---|---|
| Hilda Pico/Ocean Bank | $91,336 | Landmark at Doral South, LLC | Unliquidated | The portion of the Property owned by Landmark at Doral South, LLC | See paragraph 9 below |
| BTI Bluegate FTCF LLC | $41,169 | Landmark Club at Doral, LLC | Unliquidated | The portion of the Property owned by Landmark Club at Doral, LLC | See paragraph 9 below |
| Hilda Pico/Ocean Bank | $33,325 | Landmark Club at Doral, LLC | Unliquidated | The portion of the Property owned by Landmark Club at Doral, LLC | See paragraph 9 below |
| Miami-Dade County (2011 ad valorem taxes) | Unknown | All | Unliquidated | The Property | See paragraph 9 below |

Amount of unsecured claims: $17,536,201.34.

5

9. General description and approximate value of the Debtors' assets:

The Property consists of land (approximately 120 contiguous acres) and certain air rights over such land located on the east side of NW 107th Avenue and the north side of NW 58th Street in Doral, Florida. A majority of the Property is zoned TND (Traditional Neighborhood Development), while the remainder is zoned IU-1 (for flex office development allowing for light industrial development). According to the Miami-Dade County Property Appraiser, the market value of the Debtors' parcels are as follows:

| **Name of Debtor** | **Lot Size** | **Market Value** |
|---|---|---|
| Town Center at Doral, LLC | 57.09 acres | $24,297,300 |
| Landmark at Doral East, LLC | 15.72 acres | $4,745,449 |
| Landmark Club at Doral, LLC | 70,131.5 sq. ft. | $724,500 |
| Landmark at Doral South, LLC | 18.93 acres | $6,621,975 |
| Landmark at Doral Developers, LLC | Air rights over 18.93 acres | unknown |
| **Total** | | **$36,389,224** |

Parking garage located at property, with ventilation system: unknown value

Other miscellaneous building supplies: unknown value

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

None

11. Number of employees and amounts of wages owed as of petition date:

None

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

The Debtors have no payroll or sales tax obligations.

13. Anticipated emergency relief to be requested within 14 days from the petition date:

None

Dated: September 22, 2011

Respectfully submitted,

TOWN CENTER AT DORAL, LLC

By: _____
    Isaac Kodsi, Vice President

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Proposed Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/ Mindy A. Mora
    Mindy A. Mora
    Fla. Bar No. 678910
    mmora@bilzin.com
    Tara V. Trevorrow
    Fla. Bar No. 30959
    ttrevorrow@bilzin.com