**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                                  Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                                        Chapter 11

        Debtors.                                                                              (Jointly Administered)
_____/

## AMENDED CERTIFICATE OF SERVICE
### (Amends service date)

      I HEREBY CERTIFY that true and correct copies of the following documents were served via the Court's CM/ECF electronic mail notification on the Office of the U.S. Trustee and U.S. First Class Mail, postage prepaid, on all parties as set forth on the attached service list on September 22, 2011:

- *Ex Parte* Motion by Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Cases and Transferring Cases of Landmark at Doral South, LLC and Landmark at Doral Developers, LLC [ECF No. 7]

- Order Jointly Administering Chapter 11 Case and Transferring Cases of Landmark at Doral South, LLC and Landmark at Doral Developers, LLC [ECF No. 8]

- Jointly Administered Debtors' Chapter 11 Case Management Summary [ECF No. 9]

Dated:  September 23, 2011

                                  BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                  *Counsel for the Debtors*
                                  1450 Brickell Ave., Suite 2300
                                  Miami, FL 33131
                                  Telephone: (305) 374-7580
                                  Facsimile: (305) 375-7593

                                By: /s/   *Mindy A. Mora*
                                    Mindy A. Mora
                                    Fla. Bar No. 678910
                                    mmora@bilzin.com

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**MASTER SERVICE LIST**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

Carla Pfeffer Revocable Trust
c/o Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd.,#1010
Fort Lauderdale, FL 33301

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl  33130-1614

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126