United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                        Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: rodriguez          Page 1 of 2          Date Rcvd: Sep 22, 2011
                              Form ID: pdf002          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2011.
```
db          +Town Center at Doral, L.L.C.,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,   Suite 303,   Ft. Lauderdale, FL 33309-2045
smg          Florida Department of Revenue,   POB 6668,   Tallahassee, FL 32314-6668
89687340    +AMT CADC Venture, LLC,   c/o C. Craig Eller, Esq.,   Broad and Cassel,
             One North Clematis St., #500,   West Palm Beach, FL 33401-5537
89687339    +Advance Insuance Underwriters,   3250 North 29th Avenue,   Hollywood, FL 33020-1313
89687341    +BTI Bluegate FTCF LLC,   201 Alhambra Circle,   Suite 601,   Miami, FL 33134-5199
89687342    +Carla Pfeffer Revocable Trust,   c/o Peter J. Frommer, Esq.,   Hinshaw & Culbertson LLP,
             One East Broward Blvd.,#1010,   Fort Lauderdale, FL 33301-1866
89687343    +Copper Group I LLC,   752 Pacific Street,   Suite 180,   Brooklyn, NY 11238-3006
89687344    +David Martin,   Terra World Investments, LLC,   990 Biscayne Blvd.,   Suite 302,
             Miami, FL 33132-1556
89687345    +David Plummer & Associates,   1750 Ponce De Leon Blvd.,   Miami, FL 33134-4417
89687346    +Doral Building Group II, LLC,   c/o Kodsi Law Firm , P.A.,   701 W. Cypress Creek Rd,   Suite 303,
             Fort Lauderdale, FL 33309-2045
89687347    +Doral Building Group, LLC,   c/o Kodsi Law Firm, P.A.,   701 W. Cypress Creek Road,   Suite 303,
             Fort Lauderdale, FL 33309-2045
89687348    +Dual Temp Mechanical,   13741 SW 139th Cr - 102,   Miami, FL 33186-5582
89687349    +Elya Yagudaev,   Alan R. Poppe, Esq.,   Foley & Lardner, LLP,   100 SE 2nd Street, Suite 1600,
             Miami, FL 33131-2132
89687350    +Eric Valle,   c/o Valle & Valle,   194 Minorca Avenue,   Miami, FL 33134-4510
89687351    +Estate of Elie Berdugo,   c/o Kodsi Law Firm, P.A.,   701 W. Cypress Creek Road,   Suite 303,
             Fort Lauderdale, FL 33309-2045
89687352    +Frank & Carolyn Friedman,   c/o Harvey D. Friedman, Esq.,   Friedman, Rodman & Frank, P.A.,
             3636 West Flagler St.,   Miami, FL 33135-1030
89687353     Frank Alter,   3902 NE 207th Street,   Suite 1401,   Miami, FL 33180
89687355    +Guila Berdugo,   c/o Kodsi Law Firm, P.A.,   701 W. Cypress Creek Road,   Suite 303,
             Fort Lauderdale, FL 33309-2045
89687356    +HD Investments,   c/o Harvey D. Friedman, Esq.,   Friedman, Rodman & Frank, P.A.,
             3636 West Flagler Street,   Miami, FL 33135-1030
89687357    +Hill York Service Corp.,   c/o William C. Davell, Esq.,   May, Meacham & Davell, P.A.,
             One Financial Plaza, Suite 2602,   Fort Lauderdale, FL 33394-1702
89687358    +Joel A. Savitt, Esq.,   Joel A. Savitt, P.A.,   20801 Biscayne Blvd., Suite 506,
             Miami, FL 33180-1400
89687359    +Kodsi Law Firm, P.A.,   701 W. Cypress Creek Road,   Suite 303,   Fort Lauderdale, FL 33309-2045
89687360    +Landmark at Doral Community,   Development District,   c/o David M. Freedman, Esq.,
             2699 S. Bayshore Dr., PH,   Miami, FL 33133-5408
89687361    +Lisa Friedman-Fuller,   c/o Harvey D. Friedman, Esq.,   Friedman, Rodman & Frank, P.A.,
             3636 West Flagler Street,   Miami, FL 33135-1030
89687362    +Lorne E. Berkeley, Esq.,   Daniels, Kashtan, Downs, Robertson,   & McGirney,
             3300 Ponce de Leon Blvd.,   Miami, FL 33134-7211
89687364    +MFEB I, LLC,   16047 Collins Avenue,   Apt. 602,   North Miami Beach, FL 33160-5559
89687363    +Mark Finkelshtein,   16047 Colins Avenue,   Apt # 602,   North Miami Beach, FL 33160-5559
89687365    +Miami Dade Tax Collector,   P. O. Box 13701,   Miami, FL 33101-3701
89687366    +Miami-Dade Dept of Environmental,   Resources Mgmt, Regulation Division,
             Attn: Ms. JoAnne Clingerman,   701 NW 1st Ct, Suite 400,   Miami, FL 33136-3925
89687367    +Mod Space,   Bank of America Lockbox Services,   12603 Collection Center Dr.,
             Chicago, IL 60693-0126
89687368    +National Millwork,   1177 West Blue Heron Blvd.,   West Palm Beach, FL 33404-4267
89687369    +Rachel Bensimon,   7913 Tennyson Court,   Boca Raton, FL 33433-4143
89687370    +Ring Electric,   9330 NW 13th Street #16,   Miami, FL 33172-2808
89687371    +Scott Alan Orth, Esq.,   Law Offices of Scott Alan Orth, P.A.,   9999 N.E. Second Avenue,
             Suite 204,   Miami, FL 33138-2345
89687372     Sela & Be, LLC,   1 Post Road,   Apartment 304,   Toronto, Ontario,   Canada M3B3R4
89687373    +South Florida Water Mgmt District,   Attn: John Meyer,,   Supervisor, Enforcement,
             3301 Gun Club Road,   West Palm Beach, FL 33406-3007
89687374    +Steven R. Amster, Esq.,   Kodsi Law Firm, P.A.,   701 W. Cypress Creek Road,   3rd Floor,
             Fort Lauderdale, FL 33309-2045
89687375    +Sunshine State Cert III, LLLP,   and Bank United, Trustee,   7900 Miami Lakes Dr. West,
             Hialeah, FL 33016-5816
89687376    +Trans Florida Development Corp.,   c/o Robert P. Frankel, Esq.,   Robert P. Frankel & Assoc., PA,
             25 West Flagler St, Suite 900,   Miami, FL 33130-1720
89687377    +U.S. Army, Corps of Engineers,   Attn: Robert Kirby,   Enforcement Section,
             9900 SW 107th Ave., #203,   Miami, FL 33176-2798
89687378    +Valle & Valle, Inc.,   194 Minorca Avenue,   Miami, FL 33134-4510
89687379    +Valle, Valle & Partners,   194 Minorca Avenue,   Miami, FL 33134-4510
89687380    +Y & T Plumbing Corp.,   13985 SW 140th Street,   Miami, FL 33186-5528
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: cio.bncmail@irs.gov Sep 23 2011 01:44:24      IRS,   POB 7346,
             Philadelphia, PA  19101-7346
                                                                            TOTAL: 1
```

```
District/off: 113C-1          User: rodriguez          Page 2 of 2              Date Rcvd: Sep 22, 2011
                             Form ID: pdf002          Total Noticed: 44
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
89687354     ##+Garmon Construction Corp.,    7315 NW 36th Street,    Miami, FL 33166-6704
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2011**                          **Signature:**



**ORDERED in the Southern District of Florida on September 22, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>Town Center at Doral, LLC,<br><br>     Debtor.<br>_____/ | Case No. 11-35884-RAM<br><br>Chapter 11 |
| In re:<br><br>Landmark at Doral East, LLC,<br><br>     Debtor.<br>_____/ | Case No. 11-35885-RAM<br>Chapter 11 |
| In re:<br><br>Landmark at Doral South, LLC,<br><br>     Debtor.<br>_____/ | Case No. 11-35886-LMI<br><br>Chapter 11 |
| In re:<br><br>Landmark Club at Doral, LLC,<br><br>     Debtor.<br>_____/ | Case No. 11-35887-RAM<br><br>Chapter 11 |

| | |
|---|---|
| In re:<br><br>Landmark at Doral Developers, LLC,<br><br>              Debtor.<br>_____/ | Case No. 11-35888-LMI<br><br>Chapter 11 |

### ORDER JOINTLY ADMINISTERING CHAPTER 11 CASE
### AND TRANSFERRING CASES OF LANDMARK AT DORAL SOUTH, LLC AND
### <u>LANDMARK AT DORAL DEVELOPERS, LLC</u>

THIS MATTER came before the Court upon the *Ex Parte Motion by Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Cases and Transferring Cases of Landmark at Doral South, LLC and Landmark at Doral Developers, LLC* (the "<u>Motion</u>") filed by Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>").  The Motion requests entry of an Order authorizing the joint administration of the Debtors' chapter 11 cases (the "<u>Chapter 11 Cases</u>") and the use of a consolidated caption.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; (iv) the cases identified in the caption of this Order are pending in this Court by a debtor and its affiliates; and (v) pursuant to Bankruptcy Rule 1015 and Local Rules 1015-1(B)(2), 5005-1(G)(1)(a) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; and (vi) upon the record herein, and good and sufficient cause existing for the granting of the relief as set forth herein, it is

**ORDERED** that:

1.      The Motion is GRANTED.

2.      The captioned bankruptcy cases shall be jointly administered.  Case No. 11-35884-RAM is designated as the "lead case".  Case numbers 11-35886-LMI and 11-35888-LMI are transferred to the Honorable Judge Robert A. Mark to whom the lead case has been assigned, and such cases shall hereafter be referred to as case numbers 11-35886-RAM and 11-35888-RAM, respectively.

3.      One consolidated docket, one court file, and one consolidated service list (including a consolidated Master Service List, as provided for in Local Rule 2002-1(H)) shall be maintained for all of the Debtors and kept by the Clerk of the United States Bankruptcy Court for the Southern District of Florida under the "lead case" number.

4.      Claims filed shall indicate only the case name and number of the case in which the claim is asserted.  Separate claims registers shall be maintained for each case.  Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

5.      The caption of the jointly-administered cases will read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov


In re:                                                              Case No.  11-35884 -RAM

Town Center at Doral, LLC, et al.,                                  Chapter 11


              Debtors.                                              (Jointly Administered)
_____/

6.      A docket entry shall be made on the docket in each of the captioned cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC.  All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 11-35884-RAM.

7.     Parties may request joint hearings on matters pending in any of the jointly administered cases.

8.     The Debtors, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

# # #

Submitted by:
Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 374-7580
Fax: (305) 375-7593
E-mail: mmora@bilzin.com

*(Attorney Mora shall serve a copy of the signed order on all parties on the Master Service List in each Debtor's case and file with the court a certificate of service conforming with Local Rule 2002-1(F).)*

MIAMI 2715031.3 7945135741