UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

TOWN CENTER AT DORAL, LLC, et al.,           CASE NO. 11-35884-BKC-RAM
                                                                  (Jointly Administered)
       Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that C. Craig Eller, Esquire, of Broad and Cassel hereby appears as counsel in the above-captioned case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") for AmT CADC Venture, LLC ("ACV"), a secured creditor. Pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, ACV requests that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned attorney, at the office, telephone and telecopy numbers set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex or otherwise.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to

practice in this court set forth in Local Rule 2090-1(A).

    I HEREBY CERTIFY that a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers has been furnished by either electronic filing or U.S. Mail to Town Center at Doral, L.L.C., c/o Steven Amster, Esquire, Kodsi Law Firm, P.A., 701 W. Cypress Creek Road, Suite 303, Ft. Lauderdale, FL 33309; Mindy A. Mora, Esquire, 1450 Brickell Avenue, 23d Floor, Miami, FL 33131; and Office of the US Trustee, 51 S.W. 1st Avenue, Suite 1204, Miami, FL 33130, on this 27th day of September, 2011.

                BROAD AND CASSEL
                Attorneys for ACV
                One North Clematis Street
                Suite 500
                West Palm Beach, FL 33401
                Telephone: (561) 366-5373
                Facsimile: (561) 650-1153
                Email: celler@broadandcassel.com


By: /s/ C. Craig Eller
     C. CRAIG ELLER
     Florida Bar No. 767816

4827-4872-7563.1
44766/0008