UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, LLC, et al.[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE, REQUEST FOR NOTICE
AND RESERVATION OF RIGHTS

The undersigned attorneys hereby file their appearance in the above-captioned cases on behalf of creditor U.S. Bank National Association as trustee (the "Indenture Trustee") with regard to those Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A and Series 2006B (collectively, the "Bonds") and under that Master Trust Indenture and that First Supplemental Trust Indenture, both dated as of October 1, 2006, and both with Landmark at Doral Community Development District (as such indentures may have been supplemented and/or amended from time to time in accordance with their terms), under which indentures the Bonds were issued.

The undersigned attorneys hereby request, pursuant to Federal Rule of Bankruptcy Procedure 2002, that the Indenture Trustee be served with copies of all notices, pleadings, motions, orders and other documents filed in these proceedings, including but not limited to any adversary proceedings commenced in connection with the above-captioned case, in order that the Indenture Trustee may appear and be heard on any issue as a party in interest pursuant to Section

---

[1] This Notice of Appearance pertains to each of the following jointly administered cases: Town Center at Doral, LLC, 11-35884-RAM; Landmark at Doral East, LLC, 11-35885-RAM; Landmark at Doral South, LLC; 11-35886-RAM; Landmark Club at Doral, LLC; 11-35887-RAM; Landmark at Doral Developers, LLC; 11-35888-RAM.

1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b). All such documents should be addressed as follows:

| | |
|---|---|
| John B. Hutton, Esq.<br>GREENBERG TRAURIG, P.A.<br>333 Avenue of the Americas (S.E. 2nd Avenue)<br>Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717<br>Florida Bar No. 902160<br>Email: huttonj@gtlaw.com | Warren S. Bloom, Esq.<br>Florida Bar No. 838616<br>Amy E. Lowen, Esq.<br>Florida Bar No. 492248<br>GREENBERG TRAURIG, P.A.<br>450 South Orange Avenue, Suite 650<br>Orlando, FL 32801<br>Telephone: (407) 420-1000<br>Facsimile: (407) 650-8482<br>Email: bloomw@gtlaw.com<br>Email: lowena@gtlaw.com |

Please take further notice that the foregoing demand includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed electronically by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings therein.

Please take further notice that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically but not limited to (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims,

[Remainder of Page Intentionally Left Blank]

Greenberg Traurig, P.A. | Attorneys at Law | 333 Avenue of the Americas | Suite 4400 | Miami, FL 33131-3238 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

actions, defenses, setoffs, or recoupments to which the Indenture Trustee is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 30, 2011.

GREENBERG TRAURIG, P.A.
333 Avenue of the Americas (S.E. 2nd Avenue)
Suite 4400
Miami, FL 33131
Phone (305) 579-0500
Facsimile: (305) 579-0717
Email: huttonj@gtlaw.com

BY: _____
John B. Hutton
Florida Bar # 902160

Warren S. Bloom, Esq.
Amy E. Lowen, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Phone: (407) 420-1000
Facsimile: (407) 420-5909
Email: bloomw@gtlaw.com
Email: lowena@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
John B. Hutton

3

TOWN CENTER AT DORAL, L.L.C., ET AL
MASTER SERVICE LIST

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

Carla Pfeffer Revocable Trust
c/o Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd.,#1010
Fort Lauderdale, FL 33301

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl  33130-1614

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

South Florida Water Mgmt District
Attn: John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn: Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

U.S. Army, Corps of Engineers
Attn: Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134