UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                    Chapter 11

                Debtors.                                            (Jointly Administered)
_____/

## NOTICE OF FILING SCHEDULES AND STATEMENTS

Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC,[1] as debtors and debtors-in-possession (collectively, the "Debtors"), hereby give notice that each of the Debtors has filed its respective Schedules and Statement of Financial Affairs in the following chapter 11 bankruptcy cases, as described below:

| Debtor | Case No. | ECF No. |
|---|---|---|
| Town Center at Doral, LLC | 11-35884-BKC-RAM | 21 |
| Landmark at Doral East, LLC | 11-35885-BKC-RAM | 13 |
| Landmark at Doral South, LLC | 11-35886-BKC-RAM | 14 |
| Landmark Club at Doral, LLC | 11-35887-BKC-RAM | 11 |
| Landmark at Doral Developers, LLC | 11-35888-BKC-RAM | 13 |

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

2

Dated:  October 3, 2011

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Proposed Counsel for the Debtors*
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By:    /s/ Mindy A. Mora
       Mindy A. Mora
       Fla. Bar No. 678910
       mmora@bilzin.com
       Tara V. Trevorrow
       Florida Bar No. 0030959
       ttrevorrow@bilzin.com