UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 11-35884-RAM

TOWN CENTER AT DORAL, LLC, et al.,                  Chapter 11

            Debtors.                                (Jointly Administered)
_____/

## DEBTOR'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS

Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC,[1] as debtors and debtors-in-possession (the "Debtors"), pursuant to Local Rule 2081-1(A), each having filed a Chapter 11 petition on September 19, 2011 (the "Petition Date"), files Payroll and Sales Tax Reports as follows:

### *PAYROLL TAXES FOR EACH OF THE DEBTORS:*

I. Payroll taxes accrued for 1st month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

II. Payroll taxes accrued for 2nd month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

III. Payroll taxes accrued for 3rd month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

IV. Payroll taxes accrued for 4th month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

V. Payroll taxes accrued for 5th month prior to filing

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |

| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

VI. Payroll taxes accrued for 6th month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

VII. Amount still due and owing for six month period preceding filing

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

VIII. Amount still due and owing for earlier periods:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

## *SALES TAXES:*

I. Gross Sales subject to Sales Tax for 1st month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |

| Debtor | Amount |
|---|---|
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

II. Gross Sales subject to Sales Tax for 2nd month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

III. Gross Sales subject to Sales Tax for 3rd month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

IV. Gross Sales subject to Sales Tax for 4th month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

V. Gross Sales subject to Sales Tax for 5th month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

VI. Gross Sales subject to Sales Tax for 6th month prior to filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Date Paid: N/A
Amount Paid: N/A
Place of Payment: N/A

VII. Amount still due and owing for six month period preceding filing:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

VIII. Amount still due and owing for earlier periods:

| Debtor | Amount |
|---|---|
| Town Center at Doral, LLC | $0 |
| Landmark at Doral East, LLC | $0 |
| Landmark at Doral South, LLC | $0 |
| Landmark Club at Doral, LLC | $0 |
| Landmark at Doral Developers, LLC | $0 |

Copies of proof of all payments made for payroll taxes and sales taxes for the six months preceding the Petition Date are unavailable because none of the Debtors made any such payments.

I, Isasc Kodsi, Vice-President of Town Center at Doral, LLC and an authorized signatory for each of the Debtors listed above, declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Date: October 3, 2011

By: _____
　　　　Isaac Kodsi

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                        Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                          Chapter 11

        Debtors.                                                              (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that true and correct copies of the foregoing were served via the Court's CM/ECF electronic mail notification and via U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list on October 4, 2011.

Dated:  October 4, 2011

                BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/   *Mindy A. Mora*
      Mindy A. Mora
      Fla. Bar No. 678910
      mmora@bilzin.com

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**MASTER SERVICE LIST**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

Carla Pfeffer Revocable Trust
c/o Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd.,#1010
Fort Lauderdale, FL 33301

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl 33130-1614

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl 32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

| | | |
|---|---|---|
| Landmark at Doral Community<br>Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental<br>Resources Mgmt, Regulation Division<br>Attn:  Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433 |
| Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33173 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138 | Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 |
| South Florida Water Mgmt District<br>Attn:  John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130 | U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134 |
| Finance Southern Co.<br>8770 SW 72nd Street<br>#382<br>Miami, FL 33143 | Hilda Pico/Ocean Bank<br>780 NW LeJeune Rd<br>3rd Floor<br>Miami, FL 33126 | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131 |