# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

Town Center At Doral, LLC.
    *Debtor(s)*    /

**Case No. 11-35884 BKC-RAM**
Chapter 11

# REQUEST FOR SERVICE

**Creditor, Miami-Dade County Tax Collector, through the Miami Dade County Paralegal Unit**, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade County Tax Collector in care of the Miami-Dade County Paralegal Unit.

## CERTIFICATE OF SERVICE

    **I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:
Chapter 11 Trustee: USTPRegion21.MM.ECF@usdoj.gov
Attorney for the Debtor – **Mindy A. Mora, Esq.** mmora@bilzin.com

Fernando Casamayor, Tax Collector
Miami-Dade County, FL
This 11 day of   October  2011

By: _____/S/_____
Alexis R. Gonzalez
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL  33130-1575
**(305) 375-5707**    FAX **(305) 375-1142**
E-Mail:  alexisg@miamidade.gov
       MDTCBKC@miamidade.gov