# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

**Town Center At Doral, LLC.**

        *Debtor(s)*    /

**Case No. 11-35798-BKC-AJC**
**Chapter 11**

## MIAMI–DADE COUNTY TAX COLLECTOR'S NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

Fernando Casamayor, as Tax Collector of Miami–Dade County, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the Miami-Dade County Tax Collector, pursuant to Chapter 197, Florida Statutes.

| Certificate Holder | Number | Amount | Date | Rate ** | Folio Number | Tax Years |
|---|---|---|---|---|---|---|
| #83877 – Sunshine State Cert III. | 10-26080 | $327,685.18 | 06/11 | 6.00% | 35-3017-001-0240 | 2010 |
| #21676 – BTI Bluegate FTCF, LLC. | 09-29902 | $553,634.39 | 6/10 | 9.50% | 35-3017-001-0240 | 2009 |
| #2169 – Finance Southern Co. | 10-26081 | $112,680.04 | 6/11 | 6.25% | 35-3017-001-0241 | 2010 |
| #21676 – BTI Bluegate FTCF, LLC. | 09-29903 | $140,107.58 | 6/10 | 8.50% | 35-3017-001-0241 | 2009 |
| #115 – Hilda Pico/ Ocean Bank | 10-26084 | $91,329.43 | 6/11 | 6.25% | 35-3017-001-0362 | 2010 |
| #2169 – Finance Southern Co. | 09-29907 | $117,232.16 | 6/10 | 6.25% | 35-3017-001-0362 | 2009 |
| #115 – Hilda Pico/ Ocean Bank | 10-26082 | $33,319.20 | 6/11 | 6.25% | 35-3017-001-0250 | 2010 |
| #21676 – BTI Bluegate FTCF, LLC. | 09-29904 | $41,426.91 | 6/10 | 8.50% | 35-3017-001-0250 | 2009 |

The certificate amount reflects the certificate amount due as of the date on this form. The claim of the Miami–Dade County Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.  \*\**The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The Tax Collector does not represent the Certificate Holders in this matter, nor does notice to the Tax Collector constitute notice to the Certificate Holders.  The addresses of the certificate holders are set forth in the Certificate of Service.

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail or Email:
Chapter 11 Trustee:  USTPRegion21.MM.ECF@usdoj.gov
**Mindy A. Mora, Esq.,** on behalf of Debtor     mmora@bilzin.com
Certificate Holder: Various.

Fernando Casamayor, Tax Collector
Miami-Dade County, FL
This 11th day of October  2011
By: _____/S/_____
Alexis R. Gonzalez
Paralegal Collection Specialist

```
            DATE: 09/30/2011   R/E COLLECTION INQUIRY   UPDATED: 09/28/2011 TXCM5010
 FOLIO: 35 30170010240 REF:  00 0000000000    MILL: 3500   STAT: CERT ISSUED
 NAME: TOWN CENTER AT DORAL LLC            17 53 40 57.0971 AC
 MAIL:                                     FLA FRUIT LAND CO SUB PB 2-17
       7200 W CAMINO REAL SUITE#302             FOR VALUES, EXEMPTIONS AND
       BOCA RATON FL            33433           SPECIAL DISTRICT DETAILS
 PROP:                                                PRESS PF12
 MTG:
 SPECIAL DIST:
             SPECIAL DISTRICT GROSS:         0.00     GROSS TAX:    284,404.31
 WRS:                    WRS GROSS:           .00     SEP  DUE:          0.00
 ADV/SALE PROCESS HAS BEEN COMPLETED    * * * * D E L I N Q U E N T  * * * * *
    DATE    REG/RECPT       AMOUNT   CODE*    CERT/DEED    SEL BUYER   AMOUNT
 06/01/11 CC  /0026080    312081.13 89 * 01 2010 00026080 _   83877  327,691.43
                                      * 01 2009 00029902 _   21676  549,758.43
                                      *
                                      *
                                      *
                                      *
                                      *
                                 * DELINQ TAXES DUE    :    877,449.86
               FUNCTION:       ***>>  TOTAL TAXES DUE :    877,449.86
 DC999999 *INQ MSG= 0
 PF1=TXCA;PF2=CUR;PF3=VAL;PF4=PMT;PF5=DEL;PF7=HST;PF9=MSG;PF11=DLYR
```

Date: 9/30/2011 Time: 11:24:43 AM

```
         DATE: 09/30/2011   R/E COLLECTION INQUIRY   UPDATED: 09/28/2011 TXCM5010
 FOLIO:  35 30170010241 REF:  00 0000000000    MILL:  3500   STAT: CERT ISSUED
 NAME: LANDMARK AT DORAL EAST LLC           17 53 40 15.72 AC
 MAIL:                                      FLA FRUIT LAND CO SUB PB 2-17
       7200 W CAMINO REAL SUITE#302              FOR VALUES, EXEMPTIONS AND
       BOCA RATON FL              33433          SPECIAL DISTRICT DETAILS
 PROP:                                                       PRESS PF12
 MTG:
 SPECIAL DIST:
              SPECIAL DISTRICT GROSS:         0.00    GROSS TAX:      97,786.13
 WRS:                         WRS GROSS:       .00    SEP   DUE:           0.00
 ADV/SALE PROCESS HAS BEEN COMPLETED   * * * * D E L I N Q U E N T * * * * *
    DATE     REG/RECPT     AMOUNT   CODE*   CERT/DEED    SEL BUYER      AMOUNT
 06/01/11 CC  /0026081   107314.32  89 * 01 2010 00026081 _   2169   112,686.29
                                       * 01 2009 00029903 _  21676   139,220.28
                                       *
                                       *
                                       *
                                       *
                                       *
                                       * DELINQ TAXES DUE    :      251,906.57
                  FUNCTION:       ***>>  TOTAL TAXES DUE :       251,906.57
DC999999 *INQ MSG= 0
PF1=TXCA;PF2=CUR;PF3=VAL;PF4=PMT;PF5=DEL;PF7=HST;PF9=MSG;PF11=DLYR
```

Date: 9/30/2011 Time: 11:28:12 AM

```
       DATE: 09/30/2011   R/E COLLECTION INQUIRY   UPDATED: 09/28/2011 TXCM5010
 FOLIO: 35 30170010250 REF:  00 0000000000     MILL:  3500   STAT: CERT ISSUED
NAME: LANDMARK CLUB AT DORAL LLC           17 53 40 1.61 AC
MAIL:                                      PORT OF TR 25 DESC COMM NW COR OF
      7200 W CAMINO REAL SUITE#302              FOR VALUES, EXEMPTIONS AND
      BOCA RATON FL            33433            SPECIAL DISTRICT DETAILS
 PROP:                                                    PRESS PF12
 MTG:
 SPECIAL DIST:
            SPECIAL DISTRICT GROSS:        0.00     GROSS TAX:     28,903.22
 WRS:                      WRS GROSS:       .00     SEP   DUE:          0.00
ADV/SALE PROCESS HAS BEEN COMPLETED    * * * * D E L I N Q U E N T * * * * *
   DATE    REG/RECPT      AMOUNT   CODE*   CERT/DEED    SEL BUYER    AMOUNT
 06/01/11 CC  /0026082    31732.56 89 * 01 2010 00026082 _    115   33,325.45
                                     * 01 2009 00029904 _  21676   41,168.98
                                     *
                                     *
                                     *
                                     *
                                     *
                                     * DELINQ TAXES DUE   :         74,494.43
              FUNCTION:         ***>>  TOTAL TAXES DUE :          74,494.43
DC999999 *INQ MSG= 0
PF1=TXCA;PF2=CUR;PF3=VAL;PF4=PMT;PF5=DEL;PF7=HST;PF9=MSG;PF11=DLYR
```

Date: 9/30/2011 Time: 11:50:07 AM

```
         DATE: 09/30/2011   R/E COLLECTION INQUIRY   UPDATED: 09/28/2011 TXCM5010
 FOLIO: 35 30170010362 REF:  00 0000000000      MILL:  3500   STAT: CERT ISSUED
NAME: LANDMARK AT DORAL SOUTH LLC          17 53 40 18.9364 AC M/L
MAIL:                                      FLA FRUIT LAND CO SUB PB 2-17
       7200 W CAMINO REAL SUITE#302             FOR VALUES, EXEMPTIONS AND
       BOCA RATON FL            33433           SPECIAL DISTRICT DETAILS
 PROP:                                                   PRESS PF12
 MTG:
 SPECIAL DIST:
             SPECIAL DISTRICT GROSS:         0.00     GROSS TAX:      79,254.42
 WRS:                         WRS GROSS:      .00     SEP   DUE:           0.00
 ADV/SALE PROCESS HAS BEEN COMPLETED   * * * * D E L I N Q U E N T * * * * *
   DATE     REG/RECPT       AMOUNT    CODE*   CERT/DEED    SEL BUYER    AMOUNT
 06/01/11 CC  /0026084     86980.41 89 * 01 2010 00026084 _    115     91,335.68
                                       * 01 2009 00029907 _   2169    116,675.61
                                       *
                                       *
                                       *
                                       *
                                       *
                                  * DELINQ TAXES DUE    :     208,011.29
               FUNCTION:        ***>>  TOTAL TAXES DUE :     208,011.29
DC999999 *INQ MSG= 0
PF1=TXCA;PF2=CUR;PF3=VAL;PF4=PMT;PF5=DEL;PF7=HST;PF9=MSG;PF11=DLYR
```

Date: 9/30/2011 Time: 11:32:34 AM

```
 DTXM2010    * *   REAL ESTATE DELINQUENT TAX SYSTEM   * *   CURR DATE  10/11/2011


            B U Y E R S   F I L E - INQUIRY         MEMO PAD=PF8


         B U Y E R   N U M B E R   000115    T A X   I D              CORP.:
                                             S U F F I X    01

         N A M E      HILDA PICO/OCEAN BANK

         C / O         SILVIO SANTANA

         S T R E E T      780 NW LEJEUNE RD 3RD FL

                          CITY                    S,Z
                          MIAMI                   FL331265597


         ADDRESS SAME AS T A X  I D:   N

 MENU=PF1 OR CLEAR;
```

```
DTXM2010     * *   REAL ESTATE DELINQUENT TAX SYSTEM   * *   CURR DATE  10/11/2011


          B U Y E R S   F I L E - INQUIRY          MEMO PAD=PF8


       B U Y E R   N U M B E R   021676    T A X   I D              CORP.:
                                           S U F F I X     01

       N A M E      BTI BLUEGATE FTCF LLC

       C / O

       S T R E E T        201 ALHAMBRA CIRCLE SUITE 601

                      CITY                        S,Z
                      CORAL GABLES                FL     33134


       ADDRESS SAME AS T A X   I D:

 MENU=PF1 OR CLEAR;
```

```
 DTXM2010     * *   REAL ESTATE DELINQUENT TAX SYSTEM   * *    CURR DATE  10/11/2011


            B U Y E R S   F I L E - INQUIRY        MEMO PAD=PF8


         B U Y E R   N U M B E R  002169     T A X   I D              CORP.:
                                              S U F F I X    01

         N A M E        FINANCE SOUTHERN CO. AND FIRST NATIONAL BANK OF SOUTH

         C / O             MIAMI

         S T R E E T       5750 SUNSET DR

                           CITY                       S,Z
                           SOUTH MIAMI                FL33143


         ADDRESS SAME AS T A X   I D:    N

 MENU=PF1 OR CLEAR;
```

Date: 10/11/2011 Time: 1:37:09 PM

Case 11-35884-RAM    Doc 26    Filed 10/11/11    Page 9 of 9

```
DTXM2010    * *   REAL ESTATE DELINQUENT TAX SYSTEM   * *   CURR DATE  10/11/2011


              B U Y E R S   F I L E  - INQUIRY         MEMO PAD=PF8


         B U Y E R   N U M B E R   083877    T A X   I D              CORP.:
                                             S U F F I X   01

         N A M E       SUNSHINE STATE CERT III, LLLP & BANKUNITED, TRUSTEE

         C / O

         S T R E E T      7900 MIAMI LAKES DRIVE WEST

                          CITY                    S,Z
                          MIAMI LAKES              FL     33016


         ADDRESS SAME AS T A X   I D:

 MENU=PF1 OR CLEAR;
```