UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                           CASE NO.:   11-35884-RAM

TOWN CENTER AT DORAL, LLC,                       Chapter 11
et al.
                                                 (Jointly Administered)
            Debtor.
_____/

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PLEADINGS AND OTHER PAPERS

TO: ALL PARTIES.  PLEASE TAKE NOTICE THAT:

**MELINDA S. THORNTON**, Assistant County Attorney, representing the Miami-Dade County Tax Collector, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C., Section 1109(b), and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the clerk place counsel listed below on the matrix and list of creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the undersigned attorney at the following address:

> Melinda S. Thornton
> Assistant County Attorney
> County Attorney's Office
> 2810 Stephen P. Clark Center
> 111 N. W. First Street
> Miami, FL  33128-1993
> Telephone:  (305) 375-5151
> Telefax:       (305) 375-5611
> E-Mail *(direct)*:        mst4@miamidade.gov
> E-Mail *(CM/ECF)*:    cao.bkc@miamidade.gov

1

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C., Section 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail upon: **MINDY A. MORA, ESQ.**, 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131; and the **U.S. TRUSTEE'S OFFICE**, 1204 Claude D. Pepper Federal Building, 51 S.W. First Avenue, Miami, FL 33130, this 11th day of October, 2011.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(B)(3).*

Respectfully submitted,

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128

By: /s/
Melinda S. Thornton
Assistant County Attorney
Florida Bar No. 261262
Telephone: (305) 375-5151
Facsimile: (305) 375-5611