**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:                                          Chapter 11

                                                Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                    Jointly Administered
*et al.,*

               Debtors.

_____/


## <u>NOTICE OF APPEARANCE</u>

Phillip M. Hudson III of Arnstein & Lehr LLP, on behalf of **FLORIDA PRIME HOLDINGS, LLC** a Delaware limited liability company**,** a party in interest in the above-styled action, enter this notice of appearance pursuant to Bankruptcy Rule 2002, and respectfully requests that we be served with all notices, motions and papers and added to the matrix as follows:

Phillip M. Hudson III
**Arnstein & Lehr LLP**
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131
Telephone: 305.428.4500
Facsimile: 305.374.4744
Email: pmhudson@arnstein.com

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in Rules 2002 and 9007, but also includes, without limitation, all reports filed with the Office of the U.S. Trustee, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitting or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the Creditor.

**PLEASE TAKE FURTHER NOTICE** that Florida Prime Holdings, LLC a Delaware limited liability company intends that neither this Notice of Appearance nor any later

appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments, which rights Florida Prime Holdings, LLC a Delaware limited liability company, expressly reserves.

     Dated: October 18, 2011

          Respectfully submitted,

          **ARNSTEIN & LEHR LLP**
          Attorneys for **Florida Prime Holdings, LLC**
          200 South Biscayne Boulevard, Suite 3600
          Miami, Florida  33131
          Telephone:    305-374-3330
          Facsimile:    305-374-4777
          E-Mail:       pmhudson@arnstein.com

          By:    /s/ Phillip M. Hudson III
                Phillip M. Hudson III
                Florida Bar No. 518743

*Case No. 11-35884-RAM*
*Jointly Administered*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and the foregoing document is being served this 18th day of October, 2011 upon:

- Mindy A. Mora    mmora@bilzin.com

By:    <u>/s/ Phillip M. Hudson III</u>
        Phillip M. Hudson III