

**ORDERED in the Southern District of Florida on October 19, 2011.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                           Case No. 11-35884-RAM

Town Center at Doral, LLC, et al.,                                  Chapter 11

             Debtors.                                                              (Jointly Administered)
_____/

**ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY BILZIN
SUMBERG BAENA PRICE & AXELROD LLP AS BANKRUPTCY
COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

Upon consideration of the application (the "Application")[1] [ECF No. 10] of the above captioned debtors and debtors-in-possession (the "Debtors")[2] for entry of an order authorizing

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

[2] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club

MIAMI 2759720.1 7945135741

the Debtors to retain and employ Bilzin Sumberg Baena Price & Axelrod LLP ("<u>Bilzin Sumberg</u>") as bankruptcy counsel for the Debtors, pursuant to §§ 327(a), 329, and 330 of title 11 of the United States Bankruptcy Code (the "<u>Bankruptcy Code</u>"), Rules 2014(a), 2016, and 6003 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida (the "<u>Local Rules</u>"); and upon consideration of the *Declaration of Mindy A. Mora* in support of the Application, and having found that Bilzin Sumberg does not represent an interest adverse to the Debtors or their estates on the matters, and that Bilzin Sumberg disclosed any connections with parties as required by Bankruptcy Rule 2014; and it appearing that the relief requested is necessary and in the best interests of the Debtors' estates, their creditors and all other parties-in-interest; and due and sufficient notice of the Application having been given; and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefore,

    IT IS ORDERED that:

    1.    The Application IS GRANTED *nunc pro tunc* to the Petition Date.

    2.    The Debtors are authorized to retain and employ Bilzin Sumberg as their bankruptcy counsel in accordance with the terms and conditions set forth in the Application.

    3.    Bilzin Sumberg is authorized to render the professional services to the Debtors as set forth in the Application.

---

at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

4. Bilzin Sumberg shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases subject to the allowance of professional fees and compensation as set forth in § 330 of the Bankruptcy Code, and in compliance with the remaining provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida, and any Order of this Court.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted by this Order in accordance with the Application.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

Submitted by:
Mindy A. Mora, Esq.
Fla. Bar No. 678910
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 350-2414
Facsimile:  (305) 351-2242
E-mail: mmora@bilzin.com

Copies to: Mindy A. Mora, Esq.
*(Attorney Mora shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*