UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                CHAPTER 11

TOWN CENTER AT DORAL, L.L.C.,                          CASE NO.: 11-35884-RAM
*et a*l.,                                              *JOINTLY ADMINISTERED*

_____Debtors._____/

### APPOINTMENT AND NOTICE OF APPOINTMENT OF
### JOINT[1] COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A". Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 20th day of October, 2011.

Donald F. Walton
United States Trustee
Region 21


By:       /s/_____
Steven D. Schneiderman
Trial Attorney
51 SW First Avenue
Suite 1204
Miami, FL 33130
Tel.: 305-536-7285
Fax: 305-536-7360
steven.d.schneiderman@usdoj.gov

---

1. For clarification purposes, the committee is a joint committee in the Jointly Administered cases.

## EXHIBIT "A"

*Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333Collins Avenue #2504
Sunny Isles Beach, FL 33160
Tele:  305-467-6639
Fax:  N/A                                        EMAIL - ericpfeffer@gmail.com

Harvey D. Friedman
HD Investments
3636 West Flagler Street
Miami, FL 33135
Tele:  305-448-8585
Fax:  305-448-9818                               EMAIL - injurylawyers@bellsouth.net

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433
Tele:  561-750-3654
Fax:  561-750-5202                               EMAIL - N/A


* Indicates the temporary chairperson of the committee.




## SERVICE LIST


| | |
|---|---|
| C Craig Eller | celler@broadandcassel.com |
| Phillip M. Hudson III | pmhudson@arnstein.com;rkcummings@arnstein.com;<br>jtunis@arnstein.com;hbabcock@arnstein.com;<br>hpiloto@arnstein.com;akang@arnstein.com |
| John B. Hutton III | huttonj@gtlaw.com;thompsonc@gtlaw.com;<br>mialitdock@gtlaw.com;miaecfbky@gtlaw.com |
| Mindy A. Mora | mmora@bilzin.com;laparicio@bilzin.com; cvarela@bilzin.com;<br>eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com |
| Melinda S Thornton | cao.bkc@miamidade.gov |