**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  11-35884-RAM |
| Town Center at Doral, LLC, et al., | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Order Authorizing the Debtors to Retain and Employ Bilzin Sumberg Baena Price & Axelrod LLP as Bankruptcy Counsel* Nunc Pro Tunc *to the Petition Date* [ECF No. 30] were served via the Court's CM/ECF electronic mail notification and via U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list, on October 20, 2011.

Dated:  October 20, 2011

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
*Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/   Mindy A. Mora
      Mindy A. Mora
      Fla. Bar No. 678910
      mmora@bilzin.com

MIAMI 2762442.1 7644835276

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**MASTER SERVICE LIST**

| | | |
|---|---|---|
| Town Center at Doral, L.L.C., et al<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020 | **Via CM/ECF**<br>AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401 |
| Brett Amron, Esq.<br>Bast Amron LLP<br>One SE 1st Avenue<br>Suite 1440q<br>Miami, FL 33131 | Carla Pfeffer Revocable Trust<br>c/o Peter J. Frommer, Esq.<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd.,#1010<br>Fort Lauderdale, FL 33301 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238 |
| David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132 | David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via CM/ECF**<br>Office Of The Us Trustee<br>51 SW 1st Ave Ste 1204<br>Miami Fl  33130-1614 | Florida Dept. Of Revenue<br>Bankruptcy Division<br>Po Box 6668<br>Tallahassee Fl  32314-6668 |
| Internal Revenue Service Centralized<br>Insolvency Operations<br>Po Box 7346<br>Philadelphia Pa  19101-7346 | United States Attorney's Office<br>99 N.E. 4th Street<br>Miami, Fl 33132 | Department Of Labor And Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee, Fl 32399 0648 |
| Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101 | Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131 |
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Frank & Carolyn Friedman<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler St.<br>Miami, FL 33135 |
| Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180 | Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166 | Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| HD Investments<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Hill York Service Corp.<br>c/o William C. Davell, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza, Suite 2602<br>Fort Lauderdale, FL 33394 | Joel A. Savitt, Esq.<br>Joel A. Savitt, P.A.<br>20801 Biscayne Blvd., Suite 506<br>Miami, FL 33180 |

| | | |
|---|---|---|
| Landmark at Doral Community Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental Resources Mgmt, Regulation Division<br>Attn: Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433 |
| Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33173 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138 | Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 |
| South Florida Water Mgmt District<br>Attn: John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130 | U.S. Army, Corps of Engineers<br>Attn: Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134 |
| Finance Southern Co.<br>8770 SW 72nd Street<br>#382<br>Miami, FL 33143 | Hilda Pico/Ocean Bank<br>780 NW LeJeune Rd<br>3rd Floor<br>Miami, FL 33126 | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>on behalf of U.S. Bank National Ass'n.<br>huttonj@gtlaw.com,<br>mialitdock@gtlaw.com,<br>miaecfbky@gtlaw.com |

**Via CM/ECF**
Phillip M. Hudson III on behalf of Florida Prime Holdings, LLC: pmhudson@arnstein.com,
rkcummings@arnstein.com, jtunis@arnstein.com,
hbabcock@arnstein.com, hpiloto@arnstein.com,
akang@arnstein.com