UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC,           Case No. 11-35884-BKC-RAM
         Chapter 11 Case

    Debtor.
_____/

**NOTICE OF APPEARANCE AND DEMAND FOR
SERVICE OF PLEADINGS AND OTHER PAPERS**

PLEASE TAKE NOTICE THAT:

    Berger Singerman, P.A., as counsel to TERRA WORLD INVESTMENTS, LLC, files this *Notice of Appearance and Demand for Service of Pleadings and Other Papers*, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix, CM/ECF listing and all other list of interested parties so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the following attorneys at the following addresses:

*Jordi Guso, Esquire*
*Debi Evans Galler, Esquire*
BERGER SINGERMAN, P.A.
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: dgaller@bergersingerman.com

    PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 7005, the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, all

3993669-1

orders, pleadings, motions, notices, appearances, disclosure statement, plan of reorganization, or other papers filed in the captioned bankruptcy proceeding, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Pleadings and Other Papers* was served electronically via the Court's CM/ECF system upon those parties listed on the Electronic Mail Notice List on this 26th day of October, 2011.

Dated: October 26, 2011

Respectfully submitted,
BERGER SINGERMAN
*Attorneys for Terra World Investments, LLC*
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:   */s/ Jordi Guso*
        Jordi Guso
        Florida Bar No. 863580
        jguso@bergersingerman.com
        Debi Evans Galler
        Florida Bar No. 0985236
        dgaller@bergersingerman.com

**Electronic Mail Notice List**

The following is the list of parties who are currently registered CM/ECF recipients and authorized to receive electronic notice for this case:

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov