# EXHIBIT A

Exhibit "A" -- Property

# LEGAL DESCRIPTION:

Tracts 24, 25, 33, 34, 35, 36, 45 46, 47 AND 48 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO.1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami-Dade County, Florida. Less all road Right-of-Way of records.

And:

The West 739.33 feet of Tracts 41, 42, 43 and 44 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO.1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami-Dade County, Florida. Less all road Right-of-Way of record, and Less that portion of Tracts 41, 42, 43, 44 and 45 deeded to Lennar Homes, Inc by Special Warranty deed dated August 23, 1996, and recorded in O.R. Book 17336, Page 0459, being more particularly described in said deed as follows:

Commence at the Southwest corner of the said Section 17; thence N01°43'10"W along the West line of said Section 17 for 35.01 feet to a point on a line that is 35.00 feet North of, and parallel with the South line of said Section 17; thence N89°40'51"E along said line that is 35.00 feet North of, and parallel with, the South line of Section 17 for 35.01 feet to a point on a line that is 35.00 feet East of, and parallel with, the said West line of Section 17, said point being the intersection of the existing North Right-of-Way line of NW 58 Street and the existing East Right-of-Way line of NW 107th Avenue, said point also being THE POINT OF BEGINNING of the additional Right-of-way herein described; thence from the above established Point of Beginning run N01°43'10"W along the said line that is 35.00 feet East of and parallel with the West line of Section 17 and along the said East existing Right-of-Way line of NW 107th Avenue for 294.91 feet to its intersection with the north line of said Tract 41; thence S89°40'46"W along the said North line of Tract 41 for 20.01 feet to the Northwest corner of said Tract 41, said point lying on the East line of the 15 foot wide Right-of-way, as said Right-of-way is shown on said plat of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION No. 1"; thence N01°43'10"W along the said East line of the 15 foot wide Right-of-way for 329.92 feet to the Northwest corner of said Tract 42; thence N89°40'40"E along the North line of said Tract 42 for 20.01 feet to a point on said line that is 35.00 feet East of, and parallel with, the West line of Section 17, said line also being the existing East Right-of-Way line of NW 107th Avenue; thence N01°43'10"W along said line that is 35.00 feet East of, and parallel with, the West line of

Section 17 and along the said East existing Right-of-Way line of NW 107th Avenue for 329.92 feet to its intersection with the North line of said Tract 43; thence S89°40'35"W along the said North line of Tract 43 for 20.01 feet to the Northwest corner of said Tract 43, said point lying on the said East line of the 15 foot wide Right-of-Way; thence N01°43'10"W along the said East line of the 15 foot wide Right-of-Way for 659.84 to the Northwest corner of said Tract 45; thence N89°40'25"E along the North line of said Tract 45 for 25.01 feet to a point on a line that is 40.00 feet East of, and parallel with the said West line of Section 17; thence S01°43'10"E along said line that is 40.00 feet East of, and parallel with the West line of Section 17 for 1,545.19 feet to a point of curvature of a circular curve to the left; thence to the left along said curve, having for its elements a radius of 25.00 feet and a central angle of 88°36'00" for an arc distance of 38.66 feet to the point of tangency; thence N89°40'51"E for 18.20 feet to a point of curvature of a circular curve to the right; thence to the right along said curve having for its elements a radius of 1,175.92 feet and a central angle of 9°44'41" for an arc distance of 200.00 feet to the point of tangency; thence S80°34'25"E for 100.00 feet to a point of curvature of a circular curve to the left; thence to the left along said curve, having for its elements a radius of 769.43 feet and a central angle of 05°19'41" for an arc distance of 71.55 feet to a point on line that is 450.00 feet East of and parallel with, the said West line of Section 17; thence S01°43'10"E along the said line that is 450.00 feet East of and parallel with the West line of Section 17 for 2.29 feet to a point on the aforesaid line that is 35.00 feet North of, and parallel with, the South line of Section 17, said line also being the existing North Right-of-Way line of NW 58th Street; thence S89°40'51"W along the said line that is 35.00 feet North of, and parallel with, the South line of Section 17 and along the said existing North Right-of-Way line of NW 58th Street for 415.12 feet to THE POINT OF BEGINNING.

The above described parcel contains 5,137,528.98 square feet and/or 117.94 Acres more or less.