UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              **CASE NO.: 11-35884-RAM**

**TOWN CENTER AT DORAL, L.L.C.,**                Chapter 11
*et al.*                                                                  Jointly Administered

       Debtors.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following documents were served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case on each document was entered on the docket, and (ii) e-mail or U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on November 1, 2011 as indicated on the Service List attached hereto.

- *Landmark at Doral Community Development District's Motion for Relief from the Automatic Stay (*ECF No. 35); and
- *Notice of Hearing* thereon (ECF No. 37).

Dated: November 1, 2011.

                                       Respectfully submitted,

                                       */s/ Patricia A. Redmond*
                                       PATRICIA A REDMOND
                                       Florida Bar No. 303739
                                       predmond@stearnsweaver.com
                                       **STEARNS WEAVER MILLER WEISSLER**
                                       **ALHADEFF & SITTERSON, P.A.**
                                       Museum Tower, Suite 2200
                                       150 West Flagler Street
                                       Miami, Florida 33130
                                       Telephone: (305) 789-3200
                                       Facsimile: (305) 789-2600
                                       *Counsel for Alleged Debtor*

# Service List

## Via CM/ECF

*Craig Eller* on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

*Jordi Guso* on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com; efile@bergersingerman.com

*Phillip M. Hudson III* on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com, rkcummings@arnstein.com; jtunis@arnstein.com; hbabcock@arnstein.com; hpiloto@arnstein.com; akang@arnstein.com; befernandez@arnstein.com

*John B. Hutton III* on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

*Mindy A. Mora* on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com, laparicio@bilzin.com; cvarela@bilzin.com; eservice@bilzin.com; lflores@bilzin.com; abeck@bilzin.com

*Office of the US Trustee*
USTPRegion21.MM.ECF@usdoj.gov

*Melinda S Thornton* on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333Collins Avenue #2504
Sunny Isles Beach, FL 33160

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Harvey D. Friedman
HD Investments
3636 West Flagler Street
Miami, FL 33135

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Town Center at Doral, L.L.C.
6600 NW 107 Avenue
Miami, FL 33178

Office of the U.S. Trustee
Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130