# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                        Chapter 11

        Debtors.                                          (Jointly Administered)

_____/

## MOTION OF DANIEL Y. GIELCHINSKY TO APPEAR PRO HAC VICE

Motion and Affidavit of Mindy A. Mora, Esq.

I, Mindy A. Mora ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Daniel Y. Gielchinsky ("Visiting Attorney"), an attorney whose admission is pending in Florida[1] and who is admitted to practice and currently in good standing in the United States District Courts for the Southern District of New York, Eastern District of New York and District of New Jersey. Visiting Attorney is also eligible to practice and in good standing with the U.S. Supreme Court, U.S. Court of Appeals, Second and Third Circuits, and is qualified to practice in this court, and proposes to act as counsel for the Debtors, Town Center at Doral, LLC, et al. (collectively referred to as the "Client") in the above named bankruptcy proceeding.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the above named bankruptcy proceeding.

---

[1] Mr. Gielchinsky has passed the July 2011 Florida bar exam and the August 2011 Multistate Professional Responsibility Exam, and awaits clearance of his background check to be sworn in to the Florida Bar.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to continue to act as counsel for the above-referenced Client in this case. I understand that I am required to participate in the preparation and the presentation of the bankruptcy proceeding, and to accept service of all papers served in such proceeding.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the bankruptcy proceeding noted above on behalf of the Client. I understand that if I decline to continue to serve as counsel in such bankruptcy proceeding, separate counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(b)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this Court authorizing the Visiting Attorney to appear *pro hac vice* in this bankruptcy proceeding on behalf of the Client and indicating Movant as counsel for the Client, and for such other and further relief as this Court deems just and proper.

Dated: November 1, 2011

>Mindy A. Mora, Esq.
>Bilzin Sumberg Baena Price & Axelrod LLP
>1450 Brickell Avenue, Suite 2300
>Miami, FL 33131
>Main Tel. 305-374-7580
>Facsimile Number: 305-374-7593
>E-mail Address: mmora@bilzin.com
>Florida Bar No. 678910
>
>BY: /s/ Mindy A. Mora
>　　　Mindy A. Mora

## Affidavit of Proposed *Pro Hac Vice* Attorney

I, Daniel Y. Gielchinsky, am a member in good standing of the bar of the State of New York, State of New Jersey, U.S. Supreme Court and the U.S. Court of Appeals, Second and Third Circuits. I am also a member in good standing of the bar of the United States District Court for the Southern District of New York, Eastern District of New York and the District of New Jersey but am not currently admitted to the bar of the United States District Court for the Southern District of Florida. I passed the July 2011 Florida bar exam and the August 2011 Multistate Professional Responsibility Exam, and await clearance of my background check to be sworn in to the Florida Bar. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this bankruptcy proceeding on behalf of the Debtors, Town Center at Doral, LLC, et al. (collectively referred to as the "Client"). My colleague Mindy A. Mora will continue to serve as lead counsel for the Client, and supervise me while I am admitted *pro hac vice*. I understand that Attorney Mora is required to participate in the preparation and the presentation of the bankruptcy proceeding above on behalf of such Client, and accept service of all papers served in such proceeding, unless and until other counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf, or I am admitted to this Court.

I certify that I am familiar with and shall and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: November 1, 2011

Daniel Y. Gielchinsky, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Main Tel. 305-374-7580
dgielchinsky@bilzin.com
New York Bar No. DG 5885

BY: _____
        Daniel Y. Gielchinsky

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                      Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                          Chapter 11

        Debtors.                                        (Jointly Administered)
_____/

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [DE # 136]. The court having reviewed the motion and good cause appearing, it is **ORDERED** that Daniel Y. Gielchinsky ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for the Debtors ("Client") in this adversary, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Main Tel. 305-374-7580
Direct Dial Tel. 305-350-2414
Facsimile Number:  305-374-7593
E-mail Address: mmora@bilzin.com
Florida Bar No. 678910

###

**Submitted by:**

Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

**COPIES TO:**

Daniel Y. Gielchinsky

Mindy A. Mora, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this bankruptcy proceeding, and shall file a certificate of service thereof.