**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM (Jointly Administered) |
| Debtors. _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing NOTICE OF HEARING (CP #36) on the APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (CP #34) was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached Master Service List on this 2nd day of November, 2011.

Dated: October 21, 2011           Respectfully submitted,

           **GENOVESE JOBLOVE & BATTISTA, P.A**.
           *Proposed Counsel for the Committee*
           *of Unsecured Creditors*
           100 Southeast 2nd Street, 44th Floor
           Miami, Florida 33131
           Telephone: (305) 349-2300
           Facsimile: (305) 349-2310

           By: */s/ Glenn D. Moses, Esq.*
                   Glenn D. Moses
                   Fla. Bar No. 174556
                   gmoses@gjb-law.com
                   Marilee A. Mark, Esq.
                   Fla. Bar No. 725961
                   mmark@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**MASTER SERVICE LIST**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl  33130-1614

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

| | | |
|---|---|---|
| Landmark at Doral Community Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental Resources Mgmt, Regulation Division<br>Attn:  Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433 |
| Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33173 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138 | Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 |
| South Florida Water Mgmt District<br>Attn:  John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130 | U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134 |
| Finance Southern Co.<br>8770 SW 72nd Street<br>#382<br>Miami, FL 33143 | Hilda Pico/Ocean Bank<br>780 NW LeJeune Rd<br>3rd Floor<br>Miami, FL 33126 | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>on behalf of U.S. Bank National Ass'n.<br>huttonj@gtlaw.com,<br>mialitdock@gtlaw.com,<br>miaecfbky@gtlaw.com |
| **Via CM/ECF**<br>Phillip M. Hudson III on behalf of Florida Prime Holdings, LLC: pmhudson@arnstein.com, rkcummings@arnstein.com, jtunis@arnstein.com, hbabcock@arnstein.com, hpiloto@arnstein.com, akang@arnstein.com | **Via CM/ECF**<br>Jordi Guso on behalf of Creditor Terra World Investments, LLC<br>jguso@bergersingerman.com;<br>fsellers@bergersingerman.com;<br>efile@bergersingerman.com | |