UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      **CASE NO.: 11-35884-RAM**

**TOWN CENTER AT DORAL, L.L.C.,**                           Chapter 11
*et al.*                                                    Jointly Administered

       Debtors.
_____/

## SUPPLEMENTAL[1] CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, in addition to service as indicated on Certificate of Service (ECF No. 38), true and correct copies of the following documents were served on November 2, 2011 via U.S. Mail to the parties on the Service List attached hereto:

- *Landmark at Doral Community Development District's Motion for Relief from the Automatic Stay (*ECF No. 35); and
- *Notice of Hearing* thereon (ECF No. 37).

Dated: November 2, 2011.

                    Respectfully submitted,

                    */s/ Patricia A. Redmond*
                    PATRICIA A REDMOND
                    Florida Bar No. 303739
                    predmond@stearnsweaver.com
                    **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
                    Museum Tower, Suite 2200
                    150 West Flagler Street
                    Miami, Florida 33130
                    Telephone: (305) 789-3200
                    Facsimile: (305) 789-2600
                    *Counsel for Landmark at Doral Community Development District*

---

[1] The Certificate of Service is being supplemented to include the other Debtor entities included in the Jointly Administered cases (11-35885-RAM, 11-35886-RAM, 11-35887-RAM, and 11-35888-RAM).

# **Service List**

| | |
|---|---|
| Landmark at Doral East, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Landmark at Doral South, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Landmark Club at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Landmark at Doral Developers, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |