UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et. al[1]            Case No. 11-35884-BKC-RAM
                                                Chapter 11 Case
            Debtor.                             (Jointly Administered)
_____/

## RE-NOTICE OF DEPOSITION DUCES TECUM

Counsel for TOWN CENTER AT DORAL, LLC, LANDMARK AT DORAL EAST, LLC, LANDMARK AT DORAL SOUTH, LLC, LANDMARK AT DORAL DEVELOPERS, LLC, AND LANDMARK CLUB AT DORAL, LLC (collectively the "Debtors"), will examine the following person under oath, at the following dates, times, and location:

| | |
|---|---|
| Examinee: | **Landmark at Doral Community Development District, by and through its corporate representative with the most knowledge of the categories of documents listed on Exhibit "A" (the "Deponent")** |
| Date: | **December 7, 2011** |
| Time: | **10:00 a.m.** |
| Location: | **Bilzin Sumberg Baena Price & Axelrod LLP**<br>**1450 Brickell Avenue, Suite 2300**<br>**Miami, FL 33131** |

The deposition is being conducted pursuant to Federal Rule of Civil Procedure 30 as made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7030 and 9014. The deposition will be taken before an officer authorized to record the testimony by stenographic or other means. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the Deposition. The

deposition may continue from day to day until completed. The undersigned will take the deposition by oral examination for purposes of discovery and for the use as evidence in said cause, or both. Any objection must be heard prior to the taking of the deposition.

## Request For Production

The Deponent shall produce those documents, records, and tangible things listed on Exhibit A on or before December 5, 2011 at 10:00 a.m. and may contact Daniel Y. Gielchinsky, Esq. at (305) 375-6135 to coordinate such production.

Date:   November 16, 2011

        Respectfully submitted,

        BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Attorneys for Debtors*
1450 Brickell Ave, Suite 2300
Miami, FL 33131
Telephone:  (305) 374-7580
Facsimile:  (305) 375-7593

By:   */s/ Mindy A. Mora*
     Mindy A. Mora
     Florida Bar No. 678910
     mmora@bilzin.com

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; Landmark at Doral East, LLC [6616]; Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, FL  33309.

## INSTRUCTIONS

1. This document request is continuing in nature and when new knowledge or information comes to the attention of the deponent, the information supplied in response to the document request shall be supplemented forthwith.

2. Copies of documents which are identical duplicates of other documents which have already been produced for inspection and copying in this action need not be produced again, except that the duplicates must be produced if handwritten or any other type of notes or similar intelligence appear thereon or are attached thereto, including markings on slips indicating the routing of the documents to individuals or organizations.

3. If any documents requested herein have been lost, discarded or destroyed, these documents shall be identified as completely as possible including:

   a. The names of the authors of the document;

   b. The names of the person to whom the documents or copies were sent;

   c. The date of the document;

   d. The date on which the document was received by each addressee (or its recipients);

   e. A description of the nature and subject matter of the document that is as complete as possible;

   f. The date on which the document was lost, discarded or destroyed; and

   g. The manner in which the document was lost, discarded or destroyed.

4. With respect to any document that the deponent withholds under claim of privilege, the deponent shall number such documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege. In addition, the deponent shall provide a statement, signed by an attorney representing the deponent setting forth as to each such document.

   a. The names of the senders of the document,

   b. The names of the authors of the document;

   c. The names of the persons to whom the document or copies were sent;

   d. The job title of every person named in subparagraphs a, b and c above;

   e. The date of the document;

    f.  The date on which the document was received by each addressee (or its recipients);

    g.  A brief description of the nature and subject matter of the document; and

    h.  The statute, rule or decision which is claimed to give rise to the privilege.

  5.  The singular and plural forms shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise might be construed as outside its scope.

  6.  "And" and "or" shall be construed interchangeably so as to bring within the scope of this document request any information which might otherwise might be construed as outside its scope.

  7.  The documents responsive to this request shall be produced either as they are kept in the usual course of business or organized and labeled to correspond with the categories in the request.

  8.  This request is directed to all documents in your possession, custody, or control, or in the possession, custody, or control of your agents, attorneys, accountants, or other representatives.

  9.  If any document sought by these requests, including but not limited to computer back-up files, is subject to destruction under any document retention or destruction program, then the document should be exempted from any scheduled destruction and should not be destroyed until the conclusion of this action or unless otherwise permitted by the Court.

  10.  If any document or part of a document cannot be produced because it has been transferred to the possession, custody, or control of a person who is not subject to your control, then with regard to each such document identify the document and the reason it cannot be produced, including without limitation the circumstances and dates of transfer and the identity of the person(s) involved in its transfer.

I.  **DEFINITIONS**

As used herein, unless specifically indicated otherwise, the following terms shall have the indicated meanings:

  1.  The terms "and" and "or" shall be construed either in the conjunctive or in the disjunctive in order to bring within the scope of these requests any and all documents which might otherwise be construed to be outside their scope.

2. The words "communication" or "communications" as used herein include, without limitation, any oral communication, whether transmitted in meetings, by telephone, telegraph, telex, cable, tape recordings, voice-mail or otherwise, and all written communications, including communications by e-mail or other internet based communications system.

3. As used herein, "correspondence" means any document that either constitutes a communication between or among two or more entities or persons, or that records, memorializes, reflects, summarizes or sets forth such a communication, whether made directly to the author of the document or otherwise.

4. The term "Date" shall mean the exact date, month, and year if known, or in the alternative, the best approximation of the date.

5. The words "relating to" shall mean referring to, comprising, concerning, setting forth, identifying, recording, summarizing, supporting, pertaining to, providing a basis for, digesting, commenting upon, describing, memorialize, discussing, evaluating, reporting, listing, analyzing, studying, discussing, mentioning, or in any other way reflecting or having to do with a subject matter identified in a request.

6. The term "document" or "documents" shall mean any writings, recordings, or photographs, whether original or duplicate, as defined in Federal Rule of Evidence 1001, Federal Rule of Civil Procedure 34(a), and Bankruptcy Rule 7034, including but not limited to, any written, typed, printed, recorded or graphic matter, however produced or reproduced, of any type or description, regardless of origin or location, including, without limitation, all correspondence, records, tables, charts, analyses, graphs, schedules, reports, memoranda, notes, lists, calendar and diary entries, letters (sent or received), telegrams, telexes, messages (including, but not limited to reports of telephone conversations and conferences), complaints, claims, claim letters, studies, books, periodicals, magazines, booklets, circulars, bulletins, instructions, emails, papers, files, records, minutes, other communications (including, but not limited to, inter and intra office communications), questionnaires, contracts, memoranda or agreements, assignments, licenses, ledgers, books of account, orders, invoices, statements, bills, checks, vouchers, notebooks, receipts, acknowledgments, data processing cards, computer generated matter, photographs, photographic negatives, phonograph records, tape recordings, wire recordings, microfilm, microfiche, other mechanical or electronic recordings, transcripts or logs of any such recordings,

all other data compilations from which information can be obtained or translated if necessary, and any other tangible thing of a similar nature.

7. The term "Electronic Data" shall mean the original (or identical duplicate when the original is not available), and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description whether inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means. "Electronic Data" includes, by way of example and not by limitation, computer programs (whether private, commercial or work-in-progress), programming notes or instructions, activity listings of electronic mail receipts and/or transmittals, output resulting from the use of any software program, including word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, and any and all miscellaneous files and/or file fragments, regardless of the media on which they reside and regardless of whether said Electronic Data consists in an active file, deleted file or file fragment. "Electronic Data" includes, but is not limited to, any and all items stored on any Electronic Media.

8. The term "Electronic Media" shall mean any magnetic or other storage media device used to record Electronic Data. Electronic Media devices may include, but are not limited to, computer memories, hard disks, diskettes and cartridges, network drives, network memory storage, archived tapes and cartridges, backup tapes, floppy disks, CD-ROM, removable media such as flash memory storage cards, Zip disks, Jaz cartridges, Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched cards, and any other vehicle used for digital data storage and/or transmittal.

9. The term "person" shall mean any natural person or entity, including without limitation individuals, partnerships, firms, associations, joint ventures, corporations, or other entities, whether real or fictitious.

10. The term "including" shall be used in the sense of specification and is not to be construed as a word of limitation.

11. The capitalized terms "Indenture", "Trustee", "Board of Supervisors" and "Board", shall have the same meanings as is ascribed to them in the Limited Offering Memorandum.

## DOCUMENTS REQUESTED - Exhibit A

**Request No. 1:** All Documents, including, resolutions and minutes, evidencing that the Board of Supervisors considered, authorized and approved the filing of the District's Motion for Relief from the Automatic Stay.

**Request No. 2:** All Documents, including, correspondence, resolutions and minutes, concerning the Debtors' filing for bankruptcy.

**Request No. 3:** All appraisals, investigations, market studies, market analyses and reports concerning the Property.

**Request No. 4:** All Documents concerning or evidencing communications with the Indenture Trustee, and/or bondholder concerning the Property.

**Request No. 5:** All Documents concerning or evidencing communications with the District Manager concerning the Property.

**Request No. 6:** All Documents concerning or evidencing communications with any Board member concerning the Property.

**Request No. 7:** All Documents concerning or evidencing communications with any alleged creditor of the Debtors concerning the Property.

**Request No. 8:** All Documents concerning or evidencing communications with any party concerning market feasibility, studies, reports and analyses of the Property.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing were served on all CM/ECF registered users via the Court's CM/ECF electronic mail and/or via U.S. First Class Mail, postage prepaid, upon all parties set forth on the attached Service List this 16th day of November, 2011.

                                                                                               /s/ Mindy A. Mora
                                                                                                Mindy A. Mora

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**CREDITOR MATRIX**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

| | | |
|---|---|---|
| Landmark at Doral Community Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental Resources Mgmt, Regulation Division<br>Attn: Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433 |
| Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33173 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138 | Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 |
| South Florida Water Mgmt District<br>Attn: John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130 | U.S. Army, Corps of Engineers<br>Attn: Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186 | **Via CM/ECF**<br>AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401 |
| Sunshine State Cert III, LLLP and Bank United, Trustee<br>7900 Miami Lakes Dr. West<br>Hialeah, FL 33016 | Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.e. 2nd Street, 44th Floor<br>Miami, FL 33131 | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>Greenberg Traurig<br>333 Ave. of the Americas #4400<br>Miami, FL 33131<br>jhutton@gtlaw.com |
| **Via CM/ECF**<br>Phillip M. Hudson III, Esq.<br>200 S. Bicayne Blvd., Suite 3600<br>Miami, Fl 33131<br>pmhudson@arnstein.com | **Via CM/ECF**<br>Jordi Guso, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd., #1000<br>Miami, FL 33131<br>jguso@bergersingerman.com | **Via CM/ECF**<br>Patricia A. Redmond, Esq.<br>Stearns Weaver Miller Weissler<br>150 West Flagler St., Suite 2200<br>Miami, FL 33130<br>predmond@stearnsweaver.com |
| **Via CM/ECF**<br>Office Of The Us Trustee<br>51 SW 1st Ave Ste 1204<br>Miami Fl  33130-1614<br>USTPRegion21.MM.ECF@usdoj.gov | **Via CM/ECF**<br>Melinda S Thornton, Esq.<br>Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101<br>cao.bkc@miamidade.gov | |