UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,                             Chapter 11
et al.,

        Debtors.                                 (Jointly Administered)
_____/

**Indenture Trustee's Joinder to the Landmark at Doral Community Development District Response and Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders pursuant to 11 U.S.C. §§ 105(A), 363 and 364 and Bankruptcy Rules 2002, 4001, 6004 and 6006: (I) Approving (A) Plan Term Sheet and (B) Reimbursement of Expenses; and (II) Authorizing Postpetition Financing**

      U.S. Bank National Association, as indenture trustee with regard to the Bonds and under their Indenture as shown on the attached Exhibit A (the "Indenture Trustee"), joins in the *Response and Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders pursuant to 11 U.S.C. §§ 105(A), 363 and 364 and Bankruptcy Rules 2002, 4001, 6004 and 6006: (I) Approving (A) Plan Term Sheet and (B) Reimbursement of Expenses; and (II) Authorizing Postpetition Financing* (the "Objection") filed by the Landmark at Doral Community Development District (the "District") as follows:

      The Indenture Trustee joins in and incorporates by reference the Objection filed by the District.

      WHEREFORE, the Indenture Trustee respectfully requests that the Court enter an Order sustaining the Objection.

Dated: November 21, 2011.

Respectfully submitted,

**Greenberg Traurig, P.A.**
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0730
Facsimile: (305) 579-0717

By: _____
John B. Hutton
huttonj@gtlaw.com
Florida Bar No. 902160
John R. Dodd
doddj@gtlaw.com
Florida Bar No. 38091

*Counsel to the Indenture Trustee*

## Certificate of Service

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

_____
John B. Hutton

<u>Service List</u>

# Mailing Information for Case 11-35884-RAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- C Craig Eller    celler@broadandcassel.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- Phillip M. Hudson III    pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com
- John B. Hutton III    huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Mindy A. Mora    mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Patricia A Redmond    predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- Melinda S Thornton    cao.bkc@miamidade.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Town Center at Doral, LLC, Debtor
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road, Suite 303
Ft. Lauderdale, FL 33309

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Proposed Attorney for Creditors' Committee
200 East Broward Boulevard
Suite 1110
Ft. Lauderdale, FL 33301

**Creditors' Committee**:

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue, #2504
Sunny Isles Beach, FL 33160

Harvey D. Friedman
HD Investments
3636 West Flagler Street
Miami, FL 33135

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

## Exhibit A

**Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A and 2006B** (collectively, the "Bonds"), issued pursuant to that Master Trust Indenture and that First Supplemental Indenture, both dated as of October 1, 2006, and both by and between Landmark at Doral Community Development District and U.S. Bank National Association, as Trustee (as supplemented and/or amended from time to time in accordance with their terms, the "Indenture").

ORL298,005,073v1