UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 11-35888 |
| Landmark at Doral Developers, LLC | } | |
| | } | |
| | } | JUDGE    Robert A. Mark |
| DEBTOR | } | |
| | } | |
| | } | CHAPTER 11 |

DEBTORS STANDARD MONTHLY OPERATING REPORT (BUSINESS)


FOR THE PERIOD

FROM    September 19, 2011    TO    October 31, 2011

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the Unites States Trustee and FRBP 2015.


_____
Attorney for Debtor's Signature


Debtor's Mailing Address
and Phone Number:                                Attorney's Address
                                                 and Phone Number

701 W. Cypress Creek Road                        Bilzin Sumberg Baena Price & Axelrod LLP

Suite 303                                        1450 Brickell Avenue, 23rd Floor

Fort Lauderdale, Florida 33309                   Miami, Florida 33131-3456

954-771-6777                                     305-350-2414


Note: The original Monthly Operating  Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filled by the 20th day of
the following month.


MOR-1

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING    September 19, 2011    AND ENDING    October 31, 2011

Name of Debtor:    Landmark at Doral Developers, LLC    Case Number    11-35888
Date of Petition:    September 19, 2011

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | FUNDS AT BEGINNING OF PERIOD | 0.00 (a) | 0.00 (b) |
| 2. | RECEIPTS: | | |
| | A.   Cash Sales | 0.00 | 0.00 |
| | Minus: Cash Refunds (-) | 0.00 | 0.00 |
| | Net Cash Sales | 0.00 | 0.00 |
| | B.   Accounts Receivable | 0.00 | 0.00 |
| | C.   Other Receipts (See MOR-3) | 0.00 | 0.00 |
| | (If you receive rental income, you must attached a rent roll.) | | |
| 3 | TOTAL RECEIPTS (Lines 2A+2B+2C) | 0.00 | 0.00 |
| 4 | TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 0.00 | 0.00 |
| 5 | DISBURSEMENTS | | |
| | A.   Advertising | 0.00 | 0.00 |
| | B.   Bank Charges | 0.00 | 0.00 |
| | C.   Contract Labor | 0.00 | 0.00 |
| | D.   Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| | E.   Insurance | 0.00 | 0.00 |
| | F.   Inventory Payments (See Attach. 2) | 0.00 | 0.00 |
| | G.   Leases | 0.00 | 0.00 |
| | H.   Manufacturing Supplies | 0.00 | 0.00 |
| | I.    Office Supplies | 0.00 | 0.00 |
| | J.   Payroll-Net (See Attachment 4B) | 0.00 | 0.00 |
| | K.   Professional Fees (Accounting & Legal) | 0.00 | 0.00 |
| | L.   Rent | 0.00 | 0.00 |
| | M.   Repairs & Maintenance | 0.00 | 0.00 |
| | N.   Secured Creditor Payments (See Attach. 2) | 0.00 | 0.00 |
| | O.   Taxes Paid - Payroll (See Attachment 4C) | 0.00 | 0.00 |
| | P.   Taxes Paid - Sales & Use (See Attachment 4C) | 0.00 | 0.00 |
| | Q.   Taxes Paid - Other (See Attachment 4C) | 0.00 | 0.00 |
| | R.   Telephone | 0.00 | 0.00 |
| | S.   Travel & Entertainment | 0.00 | 0.00 |
| | T.   U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| | U.   Utilities | 0.00 | 0.00 |
| | V.   Vehicle Expenses | 0.00 | 0.00 |
| | W.   Other Operating Expenses (See MOR-3) | 0.00 | 0.00 |
| 6 | TOTAL DISBURSEMENTS (Sum of 5A thru W) | 0.00 | 0.00 |
| 7 | ENDING BALANCE (Line 4 Minus Line 6) | 0.00 | 0.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 21 day of November 2011

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipts and List Amounts of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL OTHER RECEIPTS | 0.00 | 0.00 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL OTHER DISBURSEMENTS | 0.00 | 0.00 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statetment.**

## Balance Sheet as of October 31, 2011

|  | Landmark at Doral Developers, LLC |
|---|---|
| **Total Assets** | |
| Assets | |
|     Real Property | - |
|     Personal Property | 5,000,000.00 |
| Total Assets | 5,000,000.00 |
| | |
| Liabilities & Equity | |
|   Creditors Holding Secured Claims | |
|       AMT CADC Venture, LLC | 103,870,058.00 |
|       BTI Bluegate FTCF LLC | - |
|       Hilda Pico / Ocean Bank | - |
|       Finance Southern Co. | - |
|       Sunshine State Cert III, LLLP and Bank United, Trustee | - |
|       Landmark at Doral Community Development Development District | - |
|   Creditors Holding Unsecured Non Priority Claims | 14,986,201.34 |
|   Creditors Holding Unsecured Non Priority Claims-Disputed | 2,550,000.00 |
|   Total Liabilities | 121,406,259.34 |
| | |
|   Equity | |
|     Retained Earnings | (116,406,259.34) |
|     Net Income | - |
|   Total Equity | (116,406,259.34) |
| Total Liabilities & Equity | 5,000,000.00 |

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILATION AND AGING

Name of Debtor:                    Landmark at Doral Developers, LLC          Case Number          11-35888

Reporting Period beginning                    September 19, 2011          Period Ending    October 31, 2011

ACCOUNTS RECEIVABLE AT PETITION DATE:    _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have
not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _____ 0.00 | (a) |
| PLUS: Current Month New Billings | $ _____ | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _____ 0.00 | (c) |

* For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ ____ - | $ ____ - | $ ____ - | $ ____ - | $ ____ - |

For any receivables in the "Over 90 Says" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility write-off, disputed amounts, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
     balance as of the petition date.
(b) This figure must equal the number reported in the "Current Month" column of Schedule of Receipts and
     Disbursements (Page MOR-2, Line 2B).
(c ) These two amounts must equal.

ATTACHMENT 2
MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Landmark at Doral Developers, LLC | | Case Number | 11-35888 |
| Reporting Period beginning | September 19, 2011 | | Period Ending | October 31, 2011 |

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL AMOUNT | | | | 0.00 (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ | 0.00 (a) |
| PLUS: New Indebtedness Incurred This Month | $ | _____ |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | _____ |
| PLUS/MINUS: Adjustments | $ | _____ * |
| Ending Month Balance | $ | 0.00 (c) |

* For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you hav entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Deliquent | Total Amount of Post Petition Payments Deliquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL | | 0.00 (d) | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b)( c) The total of line (b) must equal line ( c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

ATTACHMENT 3
**INVENTORY AND FIXED ASSET REPORT**

| Name of Debtor: | Landmark at Doral Developers, LLC | Case Number | 11-35888 |
|---|---|---|---|
| Reporting Period beginning | September 19, 2011 | Period Ending | October 31, 2011 |

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | 0.00 |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | 0.00 (a) |
| PLUS: Inventory Purchased During Month | $ | |
| MINUS: Inventory used or Sold | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory Balance at End of Month | $ | 0.00 |

METHOD OF COSTING INVENTORY: _____

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | = | Total Inventory |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | | 100% |

* Aging Percentages must equal 100%

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

| | | |
|---|---|---|
| FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: | _____ (B) | |
| (Includes Property, Plant and Equipment) | | |

BRIEF DESCRIPTION (First Report Only): _____

FIXED ASSET RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Value at Beginning of Month | $ | 0.00 (a)(b) |
| MINUS: Depreciation Expense | $ | |
| PLUS: New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-doens | $ | * |
| Ending Monthly Balance | $ | 0.00 |

* For any adjustments or write-downsprovide explanation and supporting documentation, if applicable.

BRIEF DESCIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)( c) Fair Market Value is the amount at which fied assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets munis accumulated depreciation and other adjustments.

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: _____ Landmark at Doral Developers, LLC _____     Case Number _____ 11-35888 _____

Reporting Period beginning _____ September 19, 2011 _____     Period Ending _____ October 31, 2011 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_into.htm.  If bank accounts
other than the three required by the United States Trustee Program are necessary, permission must be obtained from
the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank
accounts must be approved by the United States Trustee.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ OPERATING _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 0.00 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 0.00  **(a) |

**\* Debit cards are used by** _____

**\*\* If Closing Balance is negative, provide explanation:** _____
_____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment
4D: (** ☐ **Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____ Transferred to Payroll Account
$ _____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
     "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7)

MOR-7

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral Developers, LLC | Case Number | 11-35888 |
| Reporting Period beginning | September 19, 2011 | Period Ending | October 31, 2011 |
| NAME OF BANK: | | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | | | |
| PURPOSE OF ACCOUNT: | OPERATNG | | |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | 0.00 |

MOR-8

**ATTACHMENT 4B**
**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral Developers, LLC | Case Number | 11-35888 |
| Reporting Period beginning | September 19, 2011 | Period Ending | October 31, 2011 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_into.htm.

| | | |
|---|---|---|
| NAME OF BANK: | | BRANCH: |
| ACCOUNT NAME: | | ACCOUNT NUMBER: |
| PURPOSE OF ACCOUNT: | PAYROLL | |

|  | | |
|---|---|---|
| Ending Balnce per Bank Statement | $ | 0.00 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 0.00  **(a) |

**\* Debit cards must not be used on this account.**

**\*\* If Closing Balance is negative, provide explanation:**

_____

The following disbursements were paid in Cash:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7)

MOR-9

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:    Landmark at Doral Developers, LLC          Case Number          11-35888

Reporting Period beginning          September 19, 2011          Period Ending          October 31, 2011

NAME OF BANK:          _____          BRANCH:          _____

ACCOUNT NAME:          _____

ACCOUNT NUMBER:          _____

PURPOSE OF ACCOUNT:          _____PAYROLL_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                              0.00

**ATTACHMENT 4C**
**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _____Landmark at Doral Developers, LLC_____    Case Number _____11-35888_____

Reporting Period beginning _____September 19, 2011_____    Period Ending _____October 31, 2011_____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_into.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

| | | |
|---|---|---|
| Ending Balnce per Bank Statement | $ | _____0.00_____ |
| Plus Total Amount of Outstanding Deposits | $ | _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ | _____* |
| Minus Service Charges | $ | _____ |
| Ending Balance per Check Register | $ | _____0.00_____ **(a) |

**\* Debit cards must not be used on this account.**

**\*\* If Closing Balance is negative, provide explanation:**
_____

The following disbursements were paid in Cash:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7)

MOR-11

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:    Landmark at Doral Developers, LLC          Case Number          11-35888

Reporting Period beginning          September 19, 2011          Period Ending          October 31, 2011

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____          TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                     0.00  (d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                        _____ (a)
Sales & Use Taxes Paid                                                _____ (b)
Other Taxes Paid                                                          _____ (c )
TOTAL                                                                              0.00  (d)

MOR-12

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of accouns statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                            0.00  (a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash on Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                         $ _____ 0.00  (b)

**For any Petty Cash Disbursement over $100 oer transaction, attach copie of receipts.  If there are no receipts, provide an explanation** _____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**            $ _____ 0.00  (c )

(c ) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, line 7)

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral Developers, LLC | Case Number | 11-35888 |
| Reporting Period beginning | September 19, 2011 | Period Ending | October 31, 2011 |

**TAX OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State witholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $          0.00 | | |

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

| | | | |
|---|---|---|---|
| Name of Debtor: | .andmark at Doral Developers, LLC | Case Number | 11-35888 |
| Reporting Period beginning | September 19, 2011 | Period Ending | October 31, 2011 |

Report all forms of compensation received or paid on behalf of the Officer of the Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal exoenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

---

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | 0 | 0 |

---

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occures during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Southern Cross Underwriters | 561-395-0711 | NN172160 | General Liability | 10/04/12 | 10/14/12 |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

[X]  **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies**

MOR-15

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (**attach closing statement**); (2) non-financial transactions, such as the substitution of assets and collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before       **On or before Dec 18, 2011**



Southern Cross Underwriters
A division of CRC
Suite 201
7700 West Camino Real
Boca Raton, FL 33433
561-395-0711 Fax: 561-395-2916

# INSURANCE BINDER

THE TERMS AND CONDITIONS OF THIS INSURANCE BINDER MAY NOT COMPLY WITH THE SPECIFICATIONS SUBMITTED FOR CONSIDERATION. PLEASE READ THIS BINDER CAREFULLY AND COMPARE IT WITH ANY QUOTE AND SUBMISSION DOCUMENTS AND REVIEW THE POLICY FORMS FOR THE ACTUAL COVERAGES PROVIDED.

IN ACCORDANCE WITH YOUR INSTRUCTIONS, AND IN RELIANCE UPON THE STATEMENTS MADE BY THE RETAIL BROKER IN THE INSURED'S APPLICATION/SUBMISSION, WE HAVE BOUND INSURANCE AT YOUR REQUEST AS FOLLOWS:

**Date Issued:**    Oct 05, 2011                                **Submission #:** U776061

**Producer:**    Tamara Dominguez                          **Fax #:** (305) 441-0460
Wells Fargo Ins. Services USA, Inc. - Coconut Grove AGT35144**Phone:** (305) 443-4886
Coconut Grove, FL

**From:**    Marsha J. Pemberton,                          **Fax #:** 561-395-2916
mpemberton@scui.com                              **Phone:** 561-395-0711

**Insured:**    Town Center at Doral, LLC(Debtor in Possession), Landmark at Doral East, LLC (Debtor in Possession),  Landmark at Doral South, LLC (Debtor in Possession), Landmark Club at Doral, LLC (Debtor in Possession), Landmark at Doral Developers, LLC (Debtor in Possession)
701 W. Cypress Creek Road Suite 301
Fort Lauderdale, FL 33309

**Risk Description:**  Vacant land and Vacant Parking Garage

**Risk Location:**    as per acord app  Miami, FL 33178

**Insurer:**    Nautilus Insurance Company - Non-Admitted

**Policy No.:**    NN172160

**Coverage:**    GENERAL LIABILITY

**Policy Period:**    10/4/2011 to 10/4/2012

**Limits:**    $2,000,000        General Aggregate
Included        Products Completed Operations Aggregate Limit
$1,000,000        Personal and Advertising Injury Limit
$1,000,000        Each Occurrence
$100,000        Damage to Premises Rented to You (Any One Fire)
$5,000        Medical Expense Limit (Any One Person)

**Deductible:**    $0        Per Claim - Bodily Injury incl LAE
$0        Per Claim - Property Damage incl LAE

Premium:                                   $10,366.00
*TRIPRA Status:*                           *REJECTED*
TRIPRA Premium:
Policy Fee                                 $35.00
Inspection Fee - Southern Cross            $200.00
SLT Tax:                                   $530.05
Stamping Fee:                              $10.60
Other Tax:
Other Tax2:                                $137.81
Other Tax3:
Grand Total:                               $11,279.46


Commission:          10%


TERMS / CONDITIONS / SUBJECT TO:

25% MINIMUM EARNED PREMIUM AT INCEPTION

TERMS / CONDITIONS / SUBJECT TO:
Questionnaire if requested.
3 yr. CV loss runs showing no claims or a no loss letter signed by the insured
25% MINIMUM EARNED PREMIUM AT INCEPTION
100% Annual Minimum & Deposit
Subject to Audit - if required
Fees are fully earned.  SCUI  to file taxes.
Favorable inspection after binding, if requested
Subject to all mandatory company forms and endorsements in addition to those shown below


IF COVERAGE IS ELECTED, PLEASE NOTE:
This insurance is issued pursuant to the Florida Surplus Lines Law.  Persons insured by surplus lines carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.


FORMS AND ENDORSEMENTS:

This list is for informational purposes only and does not intend to represent the entire list of forms and/or endorsements that may be attached to any policy issued as a result of this quotation.


| IL0017 | Common Policy Conditions |
| IL0021 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| | |
| E001 | Nautilus Insurance Company Common Policy Declarations |
| E001J | Nautilus Insurance Company Commercial Lines Policy Jacket |
| E602FL | Florida Changes- Cancellation and Non renewal |
| E906 | Service of Suit |
| E903 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |
| | |
| S013 | Minimum Earned Endorsement |
| S902 | Schedule of Forms and Endorsements |
| S150 | Commercial General Liability Coverage Part Declarations |
| S038 | Amendment of Liquor Liability Exclusion |
| S261 | Asbestos Exclusion |
| | |
| CG0001 | Commercial General Liability Coverage Form |
| CG0067 | Exclusion - Violation of Statutes That Govern E-Mails, Fax, Phone Calls or Other Methods of Sending Material or Information |
| CG2147 | Employment-Related Practices Exclusion |
| CG2173 | Exclusion of Certified Acts of Terrorism |
| CG2196 | Silica or Silica-Related Dust Exclusion |
| CG201 | Additional Insured- Office of The United States Trustee, 51 SW First Avenue, Room 1204, Miami, FL  33130 |

| | |
|---|---|
| **L216** | **Amendment of Definitions - Insured Contract (Limited Form)** |
| **L217** | **Exclusion - Punitive or Exemplary Damages** |
| **L223** | **Total Exclusion - Pollution** |
| **L241** | **Exclusion - Microorganisms, Biological Organisms, Bioaerosols or Organic Contaminants** |
| **L282** | **Exclusion - Contractors and subcontractors** |
| **L293** | **Exclusion - All construction operations** |
| **L601** | **Amendment of Conditions - Premium Audit** |
| **L850** | **Deductible Liability Insurance (Including Allocated Loss Adjustment Expense)** |

**THANK YOU FOR YOUR BUSINESS!**

**Marsha J. Pemberton**

CONFIDENTIAL