**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:   Chapter 11

TOWN CENTER AT DORAL, L.L.C.,   Case No. 11-35884-RAM
*et al.,*   Jointly Administered

        Debtors.
_____/

**NOTICE OF JOINDER IN LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT'S RESPONSE AND OBJECTION TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105(A), 363 AND 364 AND BANKRUPTCY RULES 2002, 4001, 6004 AND 6006: (I) APPROVING (A) PLAN TERM SHEET AND (B) REIMBURSEMENT OF EXPENSES; AND (II) AUTHORIZING POSTPETITION FINANCING [ECF NO. 54]**

**FLORIDA PRIME HOLDINGS, LLC** a Delaware limited liability company, a party in interest in the above-styled action, through undersigned counsel, joins in Landmark at Doral Community Development District's Response and Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 364 and Bankruptcy Rules 2002, 4001, 6004 and 6006: (i) Approving (a) Plan Term Sheet and (b) Reimbursement of Expenses, and (ii) Authorizing Postpetition Financing [ECF No. 54] (the "**Objection**").

    Florida Prime Holdings, LLC, adopts all arguments in the Objection.

*Case No. 11-35884-RAM*
*Jointly Administered*

WHEREFORE, Florida Prime Holdings, LLC, respectfully requests the entry of an order sustaining the Objection and denying the Debtor's Motion.

Dated: November 22, 2011

>Respectfully submitted,
>
>**ARNSTEIN & LEHR LLP**
>Attorneys for **Florida Prime Holdings, LLC**
>200 South Biscayne Boulevard, Suite 3600
>Miami, Florida  33131
>Telephone:   305-374-3330
>Facsimile:   305-374-4777
>E-Mail:        pmhudson@arnstein.com
>
>By:    /s/ Phillip M. Hudson III
>           Phillip M. Hudson III
>           Florida Bar No. 518743

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

>By:   /s/ Phillip M. Hudson
>          Phillip M. Hudson

*Case No. 11-35884-RAM*
*Jointly Administered*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served this 22nd of November, 2011:

Via CM/ECF:

- C Craig Eller — celler@broadandcassel.com
- Jordi Guso — jguso@bergersingerman.com
- John B. Hutton III — huttonj@gtlaw.com
- Mindy A. Mora — mmora@bilzin.com
- Office of the US Trustee — USTPRegion21.MM.ECF@usdoj.gov
- Patricia A Redmond — predmond@stearnsweaver.com
- Melinda S Thornton — cao.bkc@miamidade.gov

Via U.S. Mail:

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

By: /s/ Phillip M. Hudson III
     Phillip M. Hudson III