UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]            Case No. 11-35884-RAM
                                                                                                (Jointly Administered)
    Debtors.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS (CP #62) was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached Master Service List on this 29th day of November, 2011.

Dated: November 29, 2011                    Respectfully submitted,

                                                                   **GENOVESE JOBLOVE & BATTISTA, P.A**.
                                                                   *Counsel for the Committee*
                                                                   *of Unsecured Creditors*
                                                                   100 Southeast 2nd Street, 44th Floor
                                                                   Miami, Florida 33131
                                                                   Telephone: (305) 349-2300
                                                                   Facsimile: (305) 349-2310

                                                                   By: */s/ Glenn D. Moses, Esq.*
                                                                         Glenn D. Moses
                                                                         Fla. Bar No. 174556
                                                                         gmoses@gjb-law.com
                                                                         Marilee A. Mark, Esq.
                                                                         Fla. Bar No. 725961
                                                                         mmark@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#88                                    1

**TOWN CENTER AT DORAL, L.L.C., ET AL**
<u>**MASTER SERVICE LIST**</u>

| | | |
|---|---|---|
| Town Center at Doral, L.L.C., et al<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020 | **Via CM/ECF**<br>AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401 |
| Brett Amron, Esq.<br>Bast Amron LLP<br>One SE 1st Avenue<br>Suite 1440q<br>Miami, FL 33131 | Eric E. Pfeffer<br>Carla Pfeffer Revocable Trust<br>19333 Collins Avenue #2504<br>Sunny Isles Beach, FL 33160 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238 |
| David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132 | David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via CM/ECF**<br>Office Of The Us Trustee<br>51 SW 1st Ave Ste 1204<br>Miami Fl  33130-1614 | Florida Dept. Of Revenue<br>Bankruptcy Division<br>Po Box 6668<br>Tallahassee Fl  32314-6668 |
| Internal Revenue Service Centralized<br>Insolvency Operations<br>Po Box 7346<br>Philadelphia Pa  19101-7346 | United States Attorney's Office<br>99 N.E. 4th Street<br>Miami, Fl 33132 | Department Of Labor And Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee, Fl 32399 0648 |
| Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101 | Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131 |
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Frank & Carolyn Friedman<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler St.<br>Miami, FL 33135 |
| Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180 | Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166 | Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| HD Investments<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Hill York Service Corp.<br>c/o William C. Davell, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza, Suite 2602<br>Fort Lauderdale, FL 33394 | Joel A. Savitt, Esq.<br>Joel A. Savitt, P.A.<br>20801 Biscayne Blvd., Suite 506<br>Miami, FL 33180 |

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

South Florida Water Mgmt District
Attn: John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

**Via CM/ECF**
Phillip M. Hudson III on behalf of Florida Prime
Holdings, LLC: pmhudson@arnstein.com,
rkcummings@arnstein.com, jtunis@arnstein.com,
hbabcock@arnstein.com, hpiloto@arnstein.com,
akang@arnstein.com

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl 33130-1614
USTPRegion21.MM.ECF@usdoj.gov

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

**Via CM/ECF**
Jordi Guso on behalf of Creditor Terra World
Investments, LLC
jguso@bergersingerman.com;
fsellers@bergersingerman.com;
efile@bergersingerman.com

**Via CM/ECF**
Melinda S Thornton, Esq.
Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101
cao.bkc@miamidade.gov

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn: Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

U.S. Army, Corps of Engineers
Attn: Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

**Via CM/ECF**
John B. Hutton III, Esq.
on behalf of U.S. Bank National Ass'n.
huttonj@gtlaw.com,
mialitdock@gtlaw.com,
miaecfbky@gtlaw.com

**Via CM/ECF**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com