

ORDERED in the Southern District of Florida on November 29, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  11-35884-RAM |
| Town Center at Doral, LLC, et al.,[1] | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

### ORDER CONTINUING HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO INCUR POSTPETITION FINANCING TO DECEMBER 5, 2011 AT 10:00 A.M.

THIS MATTER came before the Court on November 22, 2011 at 2:30 p.m. upon the

*Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11*

*U.S.C. §§ 105(a), 363 and 364 and Bankruptcy Rules 2002, 4001, 6004 and 6006: (I) Approving*

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

*(A) Plan Term Sheet and (B) Reimbursement of Expenses; and (II) Authorizing Postpetition Financing* [ECF No. 45] (the "<u>Financing Motion</u>").  The Court, having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper pursuant to 28 U.S.C. § 1408, and (iii) due and sufficient notice of the Motion was provided and that no other or further notice need be provided, it is

    ORDERED as follows:

    1.    The hearing scheduled for November 22, 2011 at 2:30 p.m. to consider the Financing Motion shall be and hereby is CONTINUED.

    2.    A continued hearing on the Financing Motion shall be held on December 5, 2011 at 10:00 a.m. at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1406, Miami, FL 33130.

    3.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

* * *

Submitted by:
Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service