

**ORDERED in the Southern District of Florida on November 29, 2011.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,[1]                          Chapter 11


        Debtors.                                               (Jointly Administered)
_____/


**ORDER CONTINUING HEARING ON DEBTOR'S MOTION TO**
**ESTABLISH MONTHLY INTERIM COMPENSATION PROCEDURES**
**TO DECEMBER 5, 2011 AT 10:00 A.M.**

        THIS MATTER came before the Court on November 22, 2011 at 2:30 p.m. upon the

*Debtors' Motion to Establish Procedures Nunc Pro Tunc to the Petition Date to Permit Monthly*

*Payment of Interim Fee Applications of Chapter 11 Professional*  [ECF No. 49] (the "Interim

---

        [1]        The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC
[1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club
at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W.
Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

<u>Compensation Motion</u>").  The Court, having determined that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper pursuant to 28 U.S.C. § 1408, and (iii) due and sufficient notice of the Motion was provided and that no other or further notice need be provided, it is

ORDERED as follows:

1.      The hearing scheduled for November 22, 2011 at 2:30 p.m. to consider the Interim Compensation Motion shall be and hereby is CONTINUED.

2.      A continued hearing on the Interim Compensation Motion shall be held on December 5, 2011 at 10:00 a.m. at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1406, Miami, FL 33130.

3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

* * *

Submitted by:
Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service