

ORDERED in the Southern District of Florida on November 29, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,[1]                      Chapter 11

                Debtors.                                     (Jointly Administered)
_____/

## ORDER CONTINUING HEARING ON LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT'S MOTION FOR RELIEF FROM STAY TO DECEMBER 5, 2011 AT 10:00 A.M.

THIS MATTER came before the Court on November 22, 2011 at 2:30 p.m. upon *Landmark at Doral Community Development District's Motion for Relief from the Automatic Stay* [ECF No. 35] (the "Stay Relief Motion").  The Court, having determined that (i) the Court

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper pursuant to 28 U.S.C. § 1408, and (iii) due and sufficient notice of the Motion was provided and that no other or further notice need be provided, it is

ORDERED as follows:

1. The hearing scheduled for November 22, 2011 at 2:30 p.m. to consider the Stay Relief Motion shall be and hereby is CONTINUED.

2. A final hearing on the Stay Relief Motion shall be held on December 5, 2011 at 10:00 a.m. at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1406, Miami, FL 33130.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

\* \* \*

Submitted by:
Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service