United States Bankruptcy Court
Southern District of Florida

In re:                                                                 Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                           Chapter 11
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 113C-1          User: rodriguez          Page 1 of 2          Date Rcvd: Nov 28, 2011
                              Form ID: pdf004          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2011.
```
db         +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,    Suite 303,    Ft. Lauderdale, FL 33309-2045
cr         +AmT CADC Venture, LLC,    c/o C. Craig Eller,    Broad and Cassel,    One North Clematis Street,
             Suite 500,    West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,    1450 Brickell Ave #2300,    Miami, FL 33131-3456
           +Glenn D. Moses, Esq,    100 SE 2 St  44th floor,    Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,    c/o Patricia A. Redmond,
             Stearns Weaver Miller,    150 W Flagler St, #2200,    Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,    c/o Steve Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
cr         +U.S. Bank National Association as Trustee,    c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,    Suite 4400,    Miami, FL 33131-2184,    US
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: mdtcbkc@miamidade.gov Nov 29 2011 02:27:57    Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,    c/o Alexis Gonzalez,    140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
                                                                                              TOTAL: 1
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
crcm          Creditor Committee
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                        **Signature:**       _Joseph Speetjens_

```
District/off: 113C-1          User: rodriguez              Page 2 of 2                  Date Rcvd: Nov 28, 2011
                              Form ID: pdf004              Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2011 at the address(es) listed below:
              C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
              John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
               huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com
              Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
               laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
               District predmond@stearnsweaver.com,
               jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
               f.epiqsystems.com
              Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               pmhudson@arnstein.com,
               rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
               tein.com;befernandez@arnstein.com
                                                                                             TOTAL: 8
```



**ORDERED in the Southern District of Florida on November 23, 2011.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM (Jointly Administered) |
| Debtors. _____/ | |

**ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS**

THIS CAUSE came before the Court on November 22, 2011 at 2:30 p.m. upon the application (D.E. 34)(the "Application") of the Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC (collectively, the "Debtors"), for the entry of an Order, pursuant to 11

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#2

U.S.C. § 327(a), authorizing the Committee to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. ("GJB") as its counsel, and upon the Affidavit of Glenn D. Moses (the "Moses Affidavit"), a shareholder in GJB; and it appearing to the Court that the representations made in the Application and the Moses Affidavit that said attorneys represent no interest adverse to the Debtors' estates, that they are disinterested persons as that term is defined under Section 101(14) of the Bankruptcy Code, that GJB's employment is necessary and would be in the best interests of the Debtors' estates, that all connections to the Debtors' estates have been sufficiently disclosed, that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein and after due deliberation thereon, the relief should be granted as set forth below. Accordingly, it is

ORDERED as follows:

1. The Application is GRANTED;

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Committee is authorized to employ and retain Glenn D. Moses, Esq. and the law firm of Genovese Joblove & Battista, P.A. as its counsel *nunc pro tunc* to October 20, 2011, when services where first rendered, to perform the services set forth in the Application.

3. Genovese Joblove & Battista, P.A. shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and applicable Bankruptcy Rules and Local Rules, and such procedures as may be fixed by order of this Court.

###

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for the Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310
**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]

10775-001/#2                                  3

**Submitted by:**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Attorneys for the Committee of Unsecured Creditors
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310
**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]