**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                   Chapter 11

TOWN CENTER AT DORAL, L.L.C., et al.

                                                   Case No: 11-35884-RAM
                       Debtor(s)      /                  Jointly Administered

## MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Jere Earlywine ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Michael C. Eckert, Esq. ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Courts for the Northern District of Florida and the Middle District of Florida, and qualified to practice in this court, who proposes to act as co-counsel for Florida Prime Holdings, LLC, a Delaware limited liability company ("Client"), in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(B)(2) is filed concurrently herewith.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: December 2, 2011

/s/ Jere Earlywine
Jere Earlywine, Esq.
Florida Bar No. 0155527
jearlywine@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 S. Monroe Street, Suite 300 (32301)
Post Office Box 6526
Tallahassee, FL 32314
(850) 222-7500
Fax: (850) 224-8551

CERTIFICATE OF SERVICE

       I hereby certify that on December 2, 2011, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jere Earlywine*
Jere Earlywine, Esq.
Florida Bar No. 0155527

# SERVICE LIST

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case:

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com
;akang@arnstein.com;befernandez@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilz
in.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development
District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesonesmori@
stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## Manual Notice List

The following is the list of **<u>parties</u>** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service):

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Glenn Moses
Genovese Joblove & Battista, P.A.
100 SE 2nd Street 44th floor
Miami, FL 33131

Town Center at Doral, LLC, Debtor
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road, Suite 303
Ft. Lauderdale, Florida 33309

**Affidavit of Proposed Visiting Attorney**

I, Michael C. Eckert, am a member in good standing of the bar of the State of Florida.  I am a member in good standing of the bar of the United States District Courts for the Northern District of Florida and the Middle District of Florida, but am not admitted to the bar of the United States District Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Florida Prime Holdings, LLC, a Delaware limited liability company ("Client").  I designate Jere Earlywine ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client.  I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.


[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: _12/1/11_

HOPPING GREEN & SAMS

Michael C. Eckert, Esquire
Florida Bar No. 080314
michaele@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 S. Monroe Street, Suite 300 (32301)
Post Office Box 6526
Tallahassee, FL 32314
Telephone: (850)222-7500
Facsimile: (850)224-8551