**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| Town Center at Doral, LLC, et al., | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that true and correct copies of the *Notice of Filing (a) Proposed Form of Final Order Authorizing Postpetition Financing, (b) Redline of Changes to Proposed Form of Final Order Authorizing Postpetition Financing, (c) Revised Budget for Postpetition Financing, and (d) Form of Promissory Note to Evidence Postpetition Financing* [ECF No. 71] were served via the Court's CM/ECF electronic mail notification on December 4, 2011, and via U.S. First Class Mail, postage prepaid, on December 5, 2011, upon all parties as set forth on the attached service list.

Dated: December 5, 2011

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: /s/ *Mindy A. Mora*
Mindy A. Mora
Fla. Bar No. 678910
mmora@bilzin.com

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**CREDITOR MATRIX**

| | | |
|---|---|---|
| Town Center at Doral, L.L.C., et al<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134 |
| Brett Amron, Esq.<br>Bast Amron LLP<br>One SE 1st Avenue<br>Suite 1440q<br>Miami, FL 33131 | Eric E. Pfeffer<br>Carla Pfeffer Revocable Trust<br>19333 Collins Avenue #2504<br>Sunny Isles Beach, FL 33160 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238 |
| David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132 | David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Hilda Pico/Ocean Bank<br>780 NW LeJeune Rd<br>3rd Floor<br>Miami, FL 33126 | Florida Dept. Of Revenue<br>Bankruptcy Division<br>Po Box 6668<br>Tallahassee Fl  32314-6668 |
| Internal Revenue Service Centralized<br>Insolvency Operations<br>Po Box 7346<br>Philadelphia Pa  19101-7346 | United States Attorney's Office<br>99 N.E. 4th Street<br>Miami, Fl 33132 | Department Of Labor And Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee, Fl 32399 0648 |
| Finance Southern Co.<br>8770 SW 72nd Street<br>#382<br>Miami, FL 33143 | Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186 | Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134 |
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Frank & Carolyn Friedman<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler St.<br>Miami, FL 33135 |
| Sunshine State Cert III, LLLP and Bank United, Trustee<br>7900 Miami Lakes Dr. West<br>Hialeah, FL 33016 | Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166 | Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| HD Investments<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Hill York Service Corp.<br>c/o William C. Davell, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza, Suite 2602<br>Fort Lauderdale, FL 33394 | Joel A. Savitt, Esq.<br>Joel A. Savitt, P.A.<br>20801 Biscayne Blvd., Suite 506<br>Miami, FL 33180 |

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn: Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn: John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

U.S. Army, Corps of Engineers
Attn: Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131
**Returned Mail**

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186
**Returned Mail**

**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180
**Returned Mail**

**Via CM/ECF**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 S.e. 2nd Street, 44th Floor
Miami, FL 33131
gmoses@gjb-law.com

**Via CM/ECF**
John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL 33131
jhutton@gtlaw.com

**Via CM/ECF**
Phillip M. Hudson III, Esq.
200 S. Bicayne Blvd., Suite 3600
Miami, Fl 33131
pmhudson@arnstein.com

**Via CM/ECF**
Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL 33131
jguso@bergersingerman.com

**Via CM/ECF**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl 33130-1614
USTPRegion21.MM.ECF@usdoj.gov

**Via CM/ECF**
Melinda S Thornton, Esq.
Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101
cao.bkc@miamidade.gov