

**ORDERED in the Southern District of Florida on December 4, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, L.L.C., et al.

          Debtor(s)         /

Chapter 11

Case No: 11-35884-RAM
Jointly Administered

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [DE #69]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Michael C. Eckert ("Visiting Attorney") may appear before this court *pro hac vice* as co-counsel for Florida Prime Holdings, LLC, a Delaware limited liability company ("Client"), in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Jere Earlywine, Esq.
> Florida Bar No. 0155527
> jearlywine@hgslaw.com
> HOPPING GREEN & SAMS, P.A.
> 119 S. Monroe Street, Suite 300 (32301)
> Post Office Box 6526
> Tallahassee, FL 32314
> (850) 222-7500
> Fax: (850) 224-8551

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client.  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

**Submitted by:**

Jere Earlywine, Esq.
Florida Bar No. 0155527
jearlywine@hgslaw.com
HOPPING GREEN & SAMS, P.A.
Attorneys for Florida Prime Holdings, LLC

**COPIES TO:**

Michael C. Eckert, Esquire
HOPPING GREEN & SAMS, P.A.
119 S. Monroe Street, Suite 300 (32301)
Post Office Box 6526
Tallahassee, FL 32314

**SERVICE LIST**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case:

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesonesmori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service):

    Daniel Y. Gielchinsky
    1450 Brickell Ave #2300
    Miami, FL 33131

    Glenn Moses
    Genovese Joblove & Battista, P.A.
    100 SE 2nd Street 44th floor
    Miami, FL 33131

    Town Center at Doral, LLC, Debtor
    c/o Steven Amster, Esq.
    Kodsi Law Firm, P.A.
    701 W. Cypress Creek Road, Suite 303
    Ft. Lauderdale, Florida 33309