Case 11-35884-RAM    Doc 75    Filed 12/09/11    Page 1 of 2



ORDERED in the Southern District of Florida on December 7, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No. 11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING PARTIAL STAY RELIEF AND SETTING FURTHER HEARING**

The Court conducted a hearing on December 5, 2011 on Landmark at Doral Community Development District's (the "CDD") Motion for Relief from the Automatic Stay (the "Stay Relief Motion") [DE #35]. For the reasons stated on the record at the hearing, which are incorporated here by reference, it is -

**ORDERED** as follows:

1. The Stay Relief Motion is granted in part.

2. The CDD may continue to prosecute its foreclosure action against the Debtors, Case No. 09-6334-CA-32, through entry of a final judgment. The CDD may not request inclusion of a

foreclosure sale date in the final judgment absent further Order.

3. The Court will consider granting the CDD further relief, including relief to request a foreclosure sale of the Debtors' property, at a further hearing on January 25, 2012 at 10:00 a.m., the date and time presently reserved for a disclosure hearing.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Jordi Guso, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Melinda S. Thornton, Esq.

AUST

**(Attorney Redmond shall serve a copy of this Order on all other interested parties)**