UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      **CASE NO.: 11-35884-RAM**

**TOWN CENTER AT DORAL, L.L.C.,**                           Chapter 11
*et al.*                                                    Jointly Administered

    Debtors.
_____/

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the following document was served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case on each document was entered on the docket, and (ii) e-mail or U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on December 9, 2011 as indicated on the Service List attached hereto.

- *Order Granting Partial Stay Relief and Setting Further Hearing (ECF No. 75).*

Dated: December 9, 2011.

        Respectfully submitted,

        */s/ Patricia A. Redmond*
        PATRICIA A REDMOND
        Florida Bar No. 303739
        predmond@stearnsweaver.com
        **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida 33130
        Telephone: (305) 789-3200
        Facsimile: (305) 789-2600
        *Counsel for Landmark at Doral*
        *Community Development District*

# Service List

### Via CM/ECF

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Town Center at Doral, L.L.C.
6600 NW 107 Avenue
Miami, FL 33178

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Landmark Club at Doral, LLC
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Office of the U.S. Trustee
Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130

Landmark at Doral East, LLC
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Landmark at Doral South, LLC
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Landmark at Doral Developers, LLC
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131