UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et. al[1]          Case No. 11-35884-BKC-RAM
                                              Chapter 11 Case
              Debtor.                         (Jointly Administered)
_____/

### RE-NOTICE OF DEPOSITION

Counsel for TOWN CENTER AT DORAL, LLC, LANDMARK AT DORAL EAST, LLC, LANDMARK AT DORAL SOUTH, LLC, LANDMARK AT DORAL DEVELOPERS, LLC, AND LANDMARK CLUB AT DORAL, LLC (collectively the "Debtors"), will examine the following person under oath, at the following dates, times, and location:

| | |
|---|---|
| Examinee: | **Landmark at Doral Community Development District, by and through its corporate representative, having been identified by counsel as Craig Wrathell (the "Deponent")** |
| Date: | **December 19, 2011** |
| Time: | **10:00 a.m.** |
| Location: | **Bilzin Sumberg Baena Price & Axelrod LLP**<br>**1450 Brickell Avenue, Suite 2300**<br>**Miami, FL 33131** |

The deposition is being conducted pursuant to Federal Rule of Civil Procedure 30 as made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7030 and 9014. The deposition will be taken before an officer authorized to record the testimony by stenographic or other means. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the Deposition. The

deposition may continue from day to day until completed.    The undersigned will take the deposition by oral examination for purposes of discovery and for the use as evidence in said cause, or both.  Any objection must be heard prior to the taking of the deposition.

Date:   December 9, 2011

Respectfully submitted,

BILZIN    SUMBERG    BAENA    PRICE    &
AXELROD LLP
*Attorneys for Debtors*
1450 Brickell Ave, Suite 2300
Miami, FL 33131
Telephone:  (305) 374-7580
Facsimile:  (305) 375-7593

By:    */s/ Mindy A. Mora*
        Mindy A. Mora
        Florida Bar No. 678910
        mmora@bilzin.com

---

1
    The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; Landmark at Doral East, LLC [6616]; Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, FL  33309.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that true and correct copies of the foregoing were served on all CM/ECF registered users via the Court's CM/ECF electronic mail and/or via U.S. First Class Mail, postage prepaid, upon all parties set forth on the attached Service List this 9th day of December, 2011.

/s/ Mindy A. Mora

Mindy A. Mora

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**CREDITOR MATRIX**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Sunshine State Cert III, LLLP and Bank United,
Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaze, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131
**Returned Mail**

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186
**Returned Mail**

**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180
**Returned Mail**

**Via CM/ECF**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 S.e. 2nd Street, 44th Floor
Miami, FL 33131
gmoses@gjb-law.com

**Via CM/ECF**
John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL 33131
jhutton@gtlaw.com

**Via CM/ECF**
Phillip M. Hudson III, Esq.
200 S. Bicayne Blvd., Suite 3600
Miami, FL 33131
pmhudson@arnstein.com

**Via CM/ECF**
Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL 33131
jguso@bergersingerman.com

**Via CM/ECF**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl  33130-1614
USTPRegion21.MM.ECF@usdoj.gov

**Via CM/ECF**
Melinda S Thornton, Esq.
Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101
cao.bkc@miamidade.gov