UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                              Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                                 Chapter 11

　　　　　Debtors.                                                                     (Jointly Administered)
_____/

## AMENDED CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Re-Notice of Deposition of Landmark at Doral Community Development District* [ECF No. 78] were served via the Court's CM/ECF electronic mail notification on December 9, 2011, and via U.S. First Class Mail, postage prepaid, on December 12, 2011, upon all parties as set forth on the attached service list.

　　　　Dated:  December 12, 2011

　　　　　　　　　　　　　　　　　　　　　　**BILZIN SUMBERG BAENA PRICE &
　　　　　　　　　　　　　　　　　　　　　　AXELROD LLP**
　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Debtors*
　　　　　　　　　　　　　　　　　　　　　　1450 Brickell Ave., Suite 2300
　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 374-7580
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 374-7593

　　　　　　　　　　　　　　　　　　　　　　By: /s/   Mindy A. Mora
　　　　　　　　　　　　　　　　　　　　　　　　　Mindy A. Mora
　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 678910
　　　　　　　　　　　　　　　　　　　　　　　　　mmora@bilzin.com

MIAMI 2840027.1 7945135741

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**MASTER SERVICE LIST**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl 32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl  33130-1614
USTPRegion21.MM.ECF@usdoj.gov

**Via CM/ECF**
Phillip M. Hudson III, Esq.
200 S. Bicayne Blvd., Suite 3600
Miami, Fl 33131
pmhudson@arnstein.com

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186

**Via CM/ECF**
Melinda S Thornton, Esq.
Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101
cao.bkc@miamidade.gov

**Via CM/ECF**
Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL 33131
jguso@bergersingerman.com

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176
**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

**Via CM/ECF**
John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL 33131
jhutton@gtlaw.com

**Via CM/ECF**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com