UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,[1]                           Chapter 11

                Debtors.                                        (Jointly Administered)
_____/

**SUPPLEMENTAL DECLARATION OF MINDY A. MORA, ESQ. ON BEHALF OF BILZIN SUMBERG BAENA PRICE & AXELROD LLP IN CONTINUED SUPPORT OF APPLICATION BY DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MINDY A. MORA AND THE LAW FIRM OF BILZIN SUMBERG BAENA PRICE & AXELROD LLP AS BANKRUPTCY COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Mindy A. Mora, declare and state as follows pursuant to 28 U. S. C. § 1746:

1.      I am an attorney and partner in the law firm of Bilzin Sumberg Baena Price & Axelrod, LLP ("Bilzin Sumberg").  Bilzin Sumberg maintains offices for the practice of law at 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131.  I am familiar with the matters set forth herein and make this supplemental declaration in support of the continued employment of Bilzin Sumberg as counsel to Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC (collectively, the "Debtors").

2.      On September 19, 2011 (the "Petition Date"), the Debtors filed voluntary petitions with this Court for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code").

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

3. On September 22, 2011, Bilzin Sumberg filed its *Application by Debtors for Entry of an Order Authorizing the Employment and retention of Mindy A. Mora and the Law Firm of Bilzin Sumberg Baena Price & Axelrod LLP as Bankruptcy Counsel for the Debtors Nunc Pro tunc to the Petition Date* (the "Application") [ECF No. 10]]. My *Declaration in Support of Application* was attached to the Application as Exhibit B.

4. On October 20, 2011, the Court entered its *Order Authorizing the Debtors to Retain and Employ Bilzin Sumberg Baena Price & Axelrod LLP as Bankruptcy Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 30].

5. As required by Rule 2014 of the Federal Rules for Bankruptcy Procedure, I supplement my Declaration as follows:

(A) Bilzin Sumberg has been asked to represent Mediterranea Palm Property Subsidiary, LLC ("Mediterranea") with respect to a modification of a zoning resolution approved by the City of Riviera Beach, Florida. One of the principals of Mediterranea is an entity controlled by Mr. Noah Breakstone. Affiliates of Noah Breakstone, specifically BTI Bluegate FTCF, LLC and BTI Bluegate Florida Real Estate Tax Certificate Venture GP, LLC are currently adverse to the Debtors. The Mediterranea matter is completely unrelated to these bankruptcy cases.

FURTHER AFFIANT SAYETH NAUGHT.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2011.

/s/ Mindy A. Mora
Mindy A. Mora
Florida Bar No. 678910