UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                      **CASE NO.: 11-35884-RAM**

**TOWN CENTER AT DORAL, L.L.C.,**                      Chapter 11
*et al.*                                                                        Jointly Administered

        Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following document was served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case on each document was entered on the docket, and (ii) e-mail or U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on December 14, 2011 as indicated on the Service List attached hereto.

- *Notice of Hearing on Motion of the District to Terminate Exclusivity (ECF No. 85).*

Dated: December 14, 2011.

    Respectfully submitted,

    */s/ Eric J. Silver*
    ERIC SILVER
    Florida Bar No. 057262
    esilver@stearnsweaver.com
    **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
    Museum Tower, Suite 2200
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 789-3200
    Facsimile: (305) 789-2600
    *Counsel for Landmark at Doral Community Development District*

CASE NO.: 11-35884-RAM

**SERVICE LIST**

**Notice will be electronically mailed to:**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
    jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
    celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
    jguso@bergersingerman.com, fsellers@bergersingerman.com;
    efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
    pmhudson@arnstein.com, rkcummings@arnstein.com; jtunis@arnstein.com;
    hbabcock@arnstein.com; hpiloto@arnstein.com; akang@arnstein.com;
    befernandez@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
    huttonj@gtlaw.com, thompsonc@gtlaw.com; mialitdock@gtlaw.com;
    miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
    mmora@bilzin.com, laparicio@bilzin.com; cvarela@bilzin.com; eservice@bilzin.com;
    lflores@bilzin.com; abeck@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
    gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development
        District, predmond@stearnsweaver.com, jrivera@stearnsweaver.com;
    rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
    cao.bkc@miamidade.gov

**Notice will be conventionally mailed to:**

| | |
|---|---|
| Michael Eckert | Daniel Y. Gielchinsky |
| POB 6526 | 1450 Brickell Ave #2300 |
| Tallahassee, FL 32314 | Miami, FL 33131 |

#1412814 v1

2