UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., et al., | Chapter 11 |
| Debtors.                            / | (Jointly Administered) |

**Indenture Trustee's Joinder to
the Motion of the District to Terminate Exclusivity**

U.S. Bank National Association, as indenture trustee with regard to the Bonds and under their Indenture as shown on the attached Exhibit A (the "Indenture Trustee"), joins in the *Motion of the District to Terminate Exclusivity* [ECF No. 83] (the "Motion") filed by the Landmark at Doral Community Development District (the "District") as follows:

The Indenture Trustee joins in and incorporates by reference the Motion filed by the District.

WHEREFORE, the Indenture Trustee respectfully requests that the Court enter an Order granting the Motion.

Dated: December 15, 2011.

Respectfully submitted,

**Greenberg Traurig, P.A.**
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0730
Facsimile: (305) 579-0717

By: _____
    John B. Hutton, III
    huttonj@gtlaw.com
    Florida Bar No. 902160
    John R. Dodd
    doddj@gtlaw.com
    Florida Bar No. 38091

*Counsel to the Indenture Trustee*

### Certificate of Service

I hereby certify that on December 15, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

_____
John B. Hutton, III

## Service List

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Michael Eckert
119 S. Monroe Street #300
POB 6526
Tallahassee, Florida 32301

Glenn Moses
100 SE 2nd Street
44th Floor
Miami, Florida 33131

## Exhibit A

**Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A and 2006B** (collectively, the "Bonds"), issued pursuant to that Master Trust Indenture and that First Supplemental Indenture, both dated as of October 1, 2006, and both by and between Landmark at Doral Community Development District and U.S. Bank National Association, as Trustee (as supplemented and/or amended from time to time in accordance with their terms, the "Indenture").

ORL298,017,777v1