UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                   Case No. 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,                    Chapter 11
*et al.,*

        Debtors.                                              (Jointly Administered)
_____/

### *EX PARTE* MOTION TO APPEAR *PRO HAC VICE*

BETTY M. SHUMENER of the law firm DLA Piper LLP (US), pursuant to 11 U.S.C. § 105(a), Local Rules 2090-1(B)(2) and 9013-1(C)(9), moves for special admission to appear in this matter as counsel for FLORIDA PRIME HOLDINGS, LLC a Delaware limited liability company, and states as follows:

    1.    Movant is an attorney licensed to practice law in the State of California, the State of New York and the District of Colombia. Movant has been a member in good standing of the California Bar since 1988; the New York Bar since 2003; and the District of Colombia Bar since 2002.

    2.    Movant is also admitted to practice before the U.S. District Courts for the Central, Southern, Northern and Eastern District of California and the Southern District of New York.

    3.    Movant designates Phillip M. Hudson III of Arnstein & Lehr LLP who is qualified to practice in this court and who consents to designation as local counsel.

    4.    Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of California or any other state nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

    6.    Movant certifies further that she is familiar with and shall be governed by the local rules of this court, the rules of professional conduct, and all other requirements governing the professional behavior of members of the Bar.

Case No. 11-35884-RAM

WHEREFORE, Movant, **BETTY M. SHUMENER** respectfully requests entry of the attached proposed order authorizing her special admission to practice in this adversary matter.

Dated: December 16, 2011.

                                              Respectfully submitted,

                                              _____

                                              **Betty M. Shumener**
                                              DLA Piper LLP (US)
                                              550 South Hope Street, Suite 2300
                                              Los Angeles, California 90071
                                              Telephone:    213.330.7707
                                              Facsimile:    213.330.7607
                                              betty.shumener@dlapiper.com

## CONSENT TO ACT AS LOCAL COUNSEL

I, Phillip M. Hudson III, an attorney qualified to practice in this court, consent to designation as local attorney for Judith L. Gruber and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(B)(2).

                                              _/s/Phillip M. Hudson III_____
                                              ARNSTEIN & LEHR LLP
                                              Phillip M. Hudson III
                                              Florida Bar No. 518743
                                              200 S. Biscayne Blvd., Suite 3600
                                              Miami, FL 33131
                                              Telephone:    (305) 374-3330
                                              Facsimile:    (305) 374-4744
                                              E-Mail:        pmhudson@arnstein.com

WHEREFORE, Movant, **BETTY M. SHUMENER** respectfully requests entry of the attached proposed order authorizing her special admission to practice in this adversary matter.

Dated: December 16, 2011.

Respectfully submitted,

/s/ Betty M. Shumener
Betty M. Shumener
DLA Piper LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, California 90071
Telephone:   213.330.7707
Facsimile:    213.330.7607
betty.shumener@dlapiper.com

## CONSENT TO ACT AS LOCAL COUNSEL

I, Phillip M. Hudson III, an attorney qualified to practice in this court, consent to designation as local attorney for Judith L. Gruber and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(B)(2).

/s/Phillip M. Hudson III
ARNSTEIN & LEHR LLP
Phillip M. Hudson III
Florida Bar No. 518743
200 S. Biscayne Blvd., Suite 3600
Miami, FL 33131
Telephone:   (305) 374-3330
Facsimile:    (305) 374-4744
E-Mail:       pmhudson@arnstein.com

2

Case No. 11-35884-RAM

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served this 16th of December, 2011:

Via CM/ECF:

- C Craig Eller	celler@broadandcassel.com
- Jordi Guso	jguso@bergersingerman.com
- John B. Hutton III	huttonj@gtlaw.com
- Mindy A. Mora	mmora@bilzin.com
- Office of the US Trustee	USTPRegion21.MM.ECF@usdoj.gov
- Patricia A Redmond	predmond@stearnsweaver.com
- Melinda S Thornton	cao.bkc@miamidade.gov

Via U.S. Mail:

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

By:  /s/ Phillip M. Hudson III
 Phillip M. Hudson III

3