**Exhibit 4.4A**
**North Section: Class A District Payment Schedule**

| Amortization Period | Month | Beginning of Period | Interest Payment | Principal Payment | Total Semi-Annual Payment | End of Period |
|---|---|---|---|---|---|---|
| 0 | | | | | | 9,000,000 |
| 0 | May-12 | 9,000,000 | -247,500 | 0 | -247,500 | 9,000,000 |
| 0 | Nov-12 | 9,000,000 | -247,500 | 0 | -247,500 | 9,000,000 |
| 0 | May-13 | 9,000,000 | -247,500 | 0 | -247,500 | 9,000,000 |
| 0 | Nov-13 | 9,000,000 | -247,500 | 0 | -247,500 | 9,000,000 |
| 0 | May-14 | 9,000,000 | -247,500 | 0 | -247,500 | 9,000,000 |
| 0 | Nov-14 | 9,000,000 | -247,500 | 0 | -247,500 | 9,000,000 |
| 1 | May-15 | 9,000,000 | -247,500 | -95,972 | -343,472 | 8,904,028 |
| 2 | Nov-15 | 8,904,028 | -244,861 | -98,611 | -343,472 | 8,805,416 |
| 3 | May-16 | 8,805,416 | -242,149 | -101,323 | -343,472 | 8,704,093 |
| 4 | Nov-16 | 8,704,093 | -239,363 | -104,110 | -343,472 | 8,599,983 |
| 5 | May-17 | 8,599,983 | -236,500 | -106,973 | -343,472 | 8,493,011 |
| 6 | Nov-17 | 8,493,011 | -233,558 | -109,914 | -343,472 | 8,383,096 |
| 7 | May-18 | 8,383,096 | -230,535 | -112,937 | -343,472 | 8,270,159 |
| 8 | Nov-18 | 8,270,159 | -227,429 | -116,043 | -343,472 | 8,154,116 |
| 9 | May-19 | 8,154,116 | -224,238 | -119,234 | -343,472 | 8,034,882 |
| 10 | Nov-19 | 8,034,882 | -220,959 | -122,513 | -343,472 | 7,912,369 |
| 11 | May-20 | 7,912,369 | -217,590 | -125,882 | -343,472 | 7,786,487 |
| 12 | Nov-20 | 7,786,487 | -214,128 | -129,344 | -343,472 | 7,657,143 |
| 13 | May-21 | 7,657,143 | -210,571 | -132,901 | -343,472 | 7,524,243 |
| 14 | Nov-21 | 7,524,243 | -206,917 | -136,556 | -343,472 | 7,387,687 |
| 15 | May-22 | 7,387,687 | -203,161 | -140,311 | -343,472 | 7,247,376 |
| 16 | Nov-22 | 7,247,376 | -199,303 | -144,169 | -343,472 | 7,103,207 |
| 17 | May-23 | 7,103,207 | -195,338 | -148,134 | -343,472 | 6,955,073 |
| 18 | Nov-23 | 6,955,073 | -191,264 | -152,208 | -343,472 | 6,802,865 |
| 19 | May-24 | 6,802,865 | -187,079 | -156,393 | -343,472 | 6,646,472 |
| 20 | Nov-24 | 6,646,472 | -182,778 | -160,694 | -343,472 | 6,485,777 |
| 21 | May-25 | 6,485,777 | -178,359 | -165,113 | -343,472 | 6,320,664 |
| 22 | Nov-25 | 6,320,664 | -173,818 | -169,654 | -343,472 | 6,151,010 |
| 23 | May-26 | 6,151,010 | -169,153 | -174,319 | -343,472 | 5,976,690 |
| 24 | Nov-26 | 5,976,690 | -164,359 | -179,113 | -343,472 | 5,797,577 |
| 25 | May-27 | 5,797,577 | -159,433 | -184,039 | -343,472 | 5,613,538 |
| 26 | Nov-27 | 5,613,538 | -154,372 | -189,100 | -343,472 | 5,424,438 |
| 27 | May-28 | 5,424,438 | -149,172 | -194,300 | -343,472 | 5,230,138 |
| 28 | Nov-28 | 5,230,138 | -143,829 | -199,643 | -343,472 | 5,030,495 |
| 29 | May-29 | 5,030,495 | -138,339 | -205,134 | -343,472 | 4,825,361 |
| 30 | Nov-29 | 4,825,361 | -132,697 | -210,775 | -343,472 | 4,614,586 |
| 31 | May-30 | 4,614,586 | -126,901 | -216,571 | -343,472 | 4,398,015 |
| 32 | Nov-30 | 4,398,015 | -120,945 | -222,527 | -343,472 | 4,175,489 |
| 33 | May-31 | 4,175,489 | -114,826 | -228,646 | -343,472 | 3,946,842 |
| 34 | Nov-31 | 3,946,842 | -108,538 | -234,934 | -343,472 | 3,711,908 |
| 35 | May-32 | 3,711,908 | -102,077 | -241,395 | -343,472 | 3,470,513 |
| 36 | Nov-32 | 3,470,513 | -95,439 | -248,033 | -343,472 | 3,222,480 |
| 37 | May-33 | 3,222,480 | -88,618 | -254,854 | -343,472 | 2,967,626 |
| 38 | Nov-33 | 2,967,626 | -81,610 | -261,863 | -343,472 | 2,705,764 |
| 39 | May-34 | 2,705,764 | -74,409 | -269,064 | -343,472 | 2,436,700 |
| 40 | Nov-34 | 2,436,700 | -67,009 | -276,463 | -343,472 | 2,160,237 |
| 41 | May-35 | 2,160,237 | -59,407 | -284,066 | -343,472 | 1,876,171 |
| 42 | Nov-35 | 1,876,171 | -51,595 | -291,878 | -343,472 | 1,584,294 |
| 43 | May-36 | 1,584,294 | -43,568 | -299,904 | -343,472 | 1,284,390 |
| 44 | Nov-36 | 1,284,390 | -35,321 | -308,152 | -343,472 | 976,238 |
| 45 | May-37 | 976,238 | -26,847 | -316,626 | -343,472 | 659,612 |
| 46 | Nov-37 | 659,612 | -18,139 | -325,333 | -343,472 | 334,280 |
| 47 | May-38 | 334,280 | -9,193 | -334,280 | -343,472 | 0 |
| | Total | | -8,628,195 | -9,000,000 | | |