**Exhibit A**
**Release Prices per Unit**

|  | *Release Prices* |
|---|---|
| ***North Parcel*** |  |
| Single Family | $41,607.72 |
| Townhomes | $36,248.65 |
|  |  |
| ***South Parcel*** |  |
| Residential | $12,533.82 |
| Office | $34,820.88 |
| Retail | $19,782.54 |