UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC,                          Case No. 11-35884-BKC-RAM
                                                    Chapter 11 Case

              Debtor.
_____/

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Jordi Guso and Berger Singerman, P.A. ("Berger Singerman"), as counsel for TERRA

WORLD INVESTMENTS, LLC, give notice of the following change of address and respectfully

request that the Clerk of the Court change the Court's docket and matrix in this case to reflect the

correct address as listed below:

> Jordi Guso, Esq.
> Berger Singerman, P.A.
> 1450 Brickell Avenue, Suite 1900
> Miami, Florida 33131
> Telephone:  305-755-9500
> Facsimile:  305-714-4340
> jguso@bergersingerman.com

Dated:  December 19, 2011                    Respectfully submitted,

                                             BERGER SINGERMAN
                                             1450 Brickell Avenue, Suite 1900
                                             Miami, FL  33131
                                             Telephone:  (305) 755-9500
                                             Facsimile:  (305) 714-4340

                                             By:  ___/s/ Jordi Guso_____
                                                  Jordi Guso
                                                  Florida Bar No. 0863580
                                                  jguso@bergersingerman.com

4093502-1

**BERGER SINGERMAN**
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453  Telephone 305-755-9500  Facsimile 305-714-4340