## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., | Jointly Administered |
| *et al.,* | |
| Debtors. | |
| _____/ | |

### NOTICE OF JOINDER IN MOTION OF THE DISTRICT
### TO TERMINATE EXCLUSIVITY [ECF NO. 83]

**FLORIDA PRIME HOLDINGS, LLC** a Delaware limited liability company**,** a party in interest in the above-styled action, through undersigned counsel, joins in the Motion of the District to Terminate Exclusivity [ECF No. 83]. Florida Prime Holdings, LLC, adopts all arguments in the Motion.

WHEREFORE, Florida Prime Holdings, LLC, respectfully requests the entry of an order granting the motion and awarding such further relief deemed just and proper.

Dated: December 20, 2011.

Respectfully submitted,

**ARNSTEIN & LEHR LLP**
Attorneys for **Florida Prime Holdings, LLC**
200 South Biscayne Boulevard, Suite 3600
Miami, Florida  33131
Telephone: 305-374-3330
Facsimile: 305-374-4777
E-Mail: pmhudson@arnstein.com


By: /s/ Phillip M. Hudson III
     Phillip M. Hudson III
     Florida Bar No. 518743

*Case No. 11-35884-RAM*
*Jointly Administered*

## **CERTIFICATE OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: /s/ Phillip M. Hudson III
Phillip M. Hudson III

*Case No. 11-35884-RAM*
*Jointly Administered*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served this 20th of December, 2011:

Via CM/ECF:

- C Craig Eller	celler@broadandcassel.com
- Jordi Guso	jguso@bergersingerman.com
- John B. Hutton III	huttonj@gtlaw.com
- Mindy A. Mora	mmora@bilzin.com
- Office of the US Trustee	USTPRegion21.MM.ECF@usdoj.gov
- Patricia A Redmond	predmond@stearnsweaver.com
- Melinda S Thornton	cao.bkc@miamidade.gov

Via U.S. Mail:

    Daniel Y. Gielchinsky
    1450 Brickell Ave #2300
    Miami, FL 33131

By:	/s/ Phillip M. Hudson III
      Phillip M. Hudson III