**<u>EXHIBIT "A"</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                    Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,[2]                     Chapter 11


      Debtors.                                     (Jointly Administered)

_____/

**[PROPOSED] ORDER GRANTING DEBTOR'S MOTION FOR PROTECTIVE ORDER**

THIS CAUSE came for hearing before the Court on December _____, 2011 at

_____.m, upon the motion (the "Motion")[3] of the above-captioned debtors (the "Debtors") for

entry of a protective order, pursuant to pursuant to Rule 30 of the Federal Rules of Civil

Procedure, made applicable to this proceeding by Rules 7030 and 9014 of the Federal Rules of

Bankruptcy Procedure, and Rules 7026-1(E)(2), 7030-2 and 9014-1 of the Local Rules for the

_____

[2]      The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.
[3]      Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

United States Bankruptcy Court for the Southern District of Florida. The Court, having determined that (i) the Court has jurisdiction over this dispute pursuant to 28 U.S.C. §157 and 1334, (ii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) due and sufficient notice of the Motion was provided and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED as follows:

1.      The Motion is GRANTED.

2.      The District's 30(b)(6) Deposition Notice and Kodsi Deposition Notice are quashed and Debtors are not required to respond.

3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

                                        * * *

Submitted by:
Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service