**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                           Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                      Chapter 11

                    Debtors.                                                              (Jointly Administered)
_____/

## NOTICE OF FILING SUMMARY APPRAISAL REPORT

Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC,[1] as debtors and debtors-in-possession (collectively, the "Debtors"), hereby notice the filing of the attached Summary Appraisal Report, prepared by Waronker & Rosen, Inc. as of December 11, 2011 in support of *Debtors' Motion to Value Collateral* [ECF No. 81].

Dated: December 21, 2011

                                                                    Bilzin Sumberg Baena Price & Axelrod LLP
                                                                    *Counsel for the Debtors*
                                                                    1450 Brickell Avenue, Suite 2300
                                                                    Miami, FL 33131
                                                                    Telephone: (305) 374-7580
                                                                    Facsimile: (305) 375-7593

                                                                    By:     /s/ Mindy A. Mora
                                                                              Mindy A. Mora
                                                                              Fla. Bar No. 678910
                                                                              mmora@bilzin.com
                                                                              Tara V. Trevorrow
                                                                              Florida Bar No. 0030959
                                                                              ttrevorrow@bilzin.com

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.