**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| Town Center at Doral, LLC, et al., | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

**NOTICE OF FILING OF REVISED SCHEDULE 4.4A AND 4.4B**
**TO DEBTOR'S PLAN OF REORGANIZATION**

Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC,[1] as debtors and debtors-in-possession (collectively, the "Debtors"), hereby notice the filing of the attached revised versions of Schedule 4.4A and Schedule 4.4B to the Debtors' *Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [ECF No. 94].

Dated: December 21, 2011

> Bilzin Sumberg Baena Price & Axelrod LLP
> *Counsel for the Debtors*
> 1450 Brickell Avenue, Suite 2300
> Miami, FL 33131
> Telephone: (305) 374-7580
> Facsimile: (305) 375-7593
>
> By:   /s/ Mindy A. Mora
>           Mindy A. Mora
>           Fla. Bar No. 678910
>           mmora@bilzin.com
>           Tara V. Trevorrow
>           Florida Bar No. 0030959
>           ttrevorrow@bilzin.com

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

**Exhibit 4.4A**
**North Section: Class A District Payment Schedule**

| Amortization Period | Month | Beginning of Period | Interest Payment | Principal Payment | Total Semi-Annual Payment | End of Period |
|---|---|---|---|---|---|---|
| 0 | | | | | | 9,319,057 |
| 0 | May-12 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | Nov-12 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | May-13 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | Nov-13 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | May-14 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | Nov-14 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 1 | May-15 | 9,319,057 | -256,274 | -99,375 | -355,649 | 9,219,683 |
| 2 | Nov-15 | 9,219,683 | -253,541 | -102,107 | -355,649 | 9,117,576 |
| 3 | May-16 | 9,117,576 | -250,733 | -104,915 | -355,649 | 9,012,660 |
| 4 | Nov-16 | 9,012,660 | -247,848 | -107,800 | -355,649 | 8,904,860 |
| 5 | May-17 | 8,904,860 | -244,884 | -110,765 | -355,649 | 8,794,095 |
| 6 | Nov-17 | 8,794,095 | -241,838 | -113,811 | -355,649 | 8,680,284 |
| 7 | May-18 | 8,680,284 | -238,708 | -116,941 | -355,649 | 8,563,343 |
| 8 | Nov-18 | 8,563,343 | -235,492 | -120,157 | -355,649 | 8,443,186 |
| 9 | May-19 | 8,443,186 | -232,188 | -123,461 | -355,649 | 8,319,725 |
| 10 | Nov-19 | 8,319,725 | -228,792 | -126,856 | -355,649 | 8,192,869 |
| 11 | May-20 | 8,192,869 | -225,304 | -130,345 | -355,649 | 8,062,525 |
| 12 | Nov-20 | 8,062,525 | -221,719 | -133,929 | -355,649 | 7,928,595 |
| 13 | May-21 | 7,928,595 | -218,036 | -137,612 | -355,649 | 7,790,983 |
| 14 | Nov-21 | 7,790,983 | -214,252 | -141,397 | -355,649 | 7,649,587 |
| 15 | May-22 | 7,649,587 | -210,364 | -145,285 | -355,649 | 7,504,302 |
| 16 | Nov-22 | 7,504,302 | -206,368 | -149,280 | -355,649 | 7,355,021 |
| 17 | May-23 | 7,355,021 | -202,263 | -153,386 | -355,649 | 7,201,636 |
| 18 | Nov-23 | 7,201,636 | -198,045 | -157,604 | -355,649 | 7,044,032 |
| 19 | May-24 | 7,044,032 | -193,711 | -161,938 | -355,649 | 6,882,094 |
| 20 | Nov-24 | 6,882,094 | -189,258 | -166,391 | -355,649 | 6,715,703 |
| 21 | May-25 | 6,715,703 | -184,682 | -170,967 | -355,649 | 6,544,737 |
| 22 | Nov-25 | 6,544,737 | -179,980 | -175,668 | -355,649 | 6,369,068 |
| 23 | May-26 | 6,369,068 | -175,149 | -180,499 | -355,649 | 6,188,569 |
| 24 | Nov-26 | 6,188,569 | -170,186 | -185,463 | -355,649 | 6,003,106 |
| 25 | May-27 | 6,003,106 | -165,085 | -190,563 | -355,649 | 5,812,543 |
| 26 | Nov-27 | 5,812,543 | -159,845 | -195,804 | -355,649 | 5,616,739 |
| 27 | May-28 | 5,616,739 | -154,460 | -201,188 | -355,649 | 5,415,551 |
| 28 | Nov-28 | 5,415,551 | -148,928 | -206,721 | -355,649 | 5,208,830 |
| 29 | May-29 | 5,208,830 | -143,243 | -212,406 | -355,649 | 4,996,424 |
| 30 | Nov-29 | 4,996,424 | -137,402 | -218,247 | -355,649 | 4,778,177 |
| 31 | May-30 | 4,778,177 | -131,400 | -224,249 | -355,649 | 4,553,929 |
| 32 | Nov-30 | 4,553,929 | -125,233 | -230,416 | -355,649 | 4,323,513 |
| 33 | May-31 | 4,323,513 | -118,897 | -236,752 | -355,649 | 4,086,761 |
| 34 | Nov-31 | 4,086,761 | -112,386 | -243,263 | -355,649 | 3,843,498 |
| 35 | May-32 | 3,843,498 | -105,696 | -249,952 | -355,649 | 3,593,546 |
| 36 | Nov-32 | 3,593,546 | -98,823 | -256,826 | -355,649 | 3,336,720 |
| 37 | May-33 | 3,336,720 | -91,760 | -263,889 | -355,649 | 3,072,831 |
| 38 | Nov-33 | 3,072,831 | -84,503 | -271,146 | -355,649 | 2,801,685 |
| 39 | May-34 | 2,801,685 | -77,046 | -278,602 | -355,649 | 2,523,083 |
| 40 | Nov-34 | 2,523,083 | -69,385 | -286,264 | -355,649 | 2,236,819 |
| 41 | May-35 | 2,236,819 | -61,513 | -294,136 | -355,649 | 1,942,683 |
| 42 | Nov-35 | 1,942,683 | -53,424 | -302,225 | -355,649 | 1,640,458 |
| 43 | May-36 | 1,640,458 | -45,113 | -310,536 | -355,649 | 1,329,922 |
| 44 | Nov-36 | 1,329,922 | -36,573 | -319,076 | -355,649 | 1,010,847 |
| 45 | May-37 | 1,010,847 | -27,798 | -327,850 | -355,649 | 682,996 |
| 46 | Nov-37 | 682,996 | -18,782 | -336,866 | -355,649 | 346,130 |
| 47 | May-38 | 346,130 | -9,519 | -346,130 | -355,649 | 0 |
| | Total | | -8,934,072 | -9,319,057 | -18,253,129 | |

**Exhibit 4.4B**
**South Section: Class A District Payment Schedule**

| Amoritization Period | Month | Beginning of Period | Interest Payment | Principal Payment | Total Semi-Annual Payment | End of Period |
|---|---|---|---|---|---|---|
| 0 | | | | | | 9,319,057 |
| 0 | May-12 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | Nov-12 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | May-13 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | Nov-13 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | May-14 | 9,319,057 | -256,274 | 0 | -256,274 | 9,319,057 |
| 0 | Nov-14 | 9,319,057 | -256,274 | 0 | -256,274 | 9,219,683 |
| 1 | May-15 | 9,319,057 | -256,274 | -99,375 | -355,649 | 9,117,576 |
| 2 | Nov-15 | 9,219,683 | -253,541 | -102,107 | -355,649 | 9,012,660 |
| 3 | May-16 | 9,117,576 | -250,733 | -104,915 | -355,649 | 8,904,860 |
| 4 | Nov-16 | 9,012,660 | -247,848 | -107,800 | -355,649 | 8,794,095 |
| 5 | May-17 | 8,904,860 | -244,884 | -110,765 | -355,649 | 8,680,284 |
| 6 | Nov-17 | 8,794,095 | -241,838 | -113,811 | -355,649 | 8,563,343 |
| 7 | May-18 | 8,680,284 | -238,708 | -116,941 | -355,649 | 8,443,186 |
| 8 | Nov-18 | 8,563,343 | -235,492 | -120,157 | -355,649 | 8,319,725 |
| 9 | May-19 | 8,443,186 | -232,188 | -123,461 | -355,649 | 8,192,869 |
| 10 | Nov-19 | 8,319,725 | -228,792 | -126,856 | -355,649 | 8,062,525 |
| 11 | May-20 | 8,192,869 | -225,304 | -130,345 | -355,649 | 7,928,595 |
| 12 | Nov-20 | 8,062,525 | -221,719 | -133,929 | -355,649 | 7,790,983 |
| 13 | May-21 | 7,928,595 | -218,036 | -137,612 | -355,649 | 7,649,587 |
| 14 | Nov-21 | 7,790,983 | -214,252 | -141,397 | -355,649 | 7,504,302 |
| 15 | May-22 | 7,649,587 | -210,364 | -145,285 | -355,649 | 7,355,021 |
| 16 | Nov-22 | 7,504,302 | -206,368 | -149,280 | -355,649 | 7,201,636 |
| 17 | May-23 | 7,355,021 | -202,263 | -153,386 | -355,649 | 7,044,032 |
| 18 | Nov-23 | 7,201,636 | -198,045 | -157,604 | -355,649 | 6,882,094 |
| 19 | May-24 | 7,044,032 | -193,711 | -161,938 | -355,649 | 6,715,703 |
| 20 | Nov-24 | 6,882,094 | -189,258 | -166,391 | -355,649 | 6,544,737 |
| 21 | May-25 | 6,715,703 | -184,682 | -170,967 | -355,649 | 6,369,068 |
| 22 | Nov-25 | 6,544,737 | -179,980 | -175,668 | -355,649 | 6,188,569 |
| 23 | May-26 | 6,369,068 | -175,149 | -180,499 | -355,649 | 6,003,106 |
| 24 | Nov-26 | 6,188,569 | -170,186 | -185,463 | -355,649 | 5,812,543 |
| 25 | May-27 | 6,003,106 | -165,085 | -190,563 | -355,649 | 5,616,739 |
| 26 | Nov-27 | 5,812,543 | -159,845 | -195,804 | -355,649 | 5,415,551 |
| 27 | May-28 | 5,616,739 | -154,460 | -201,188 | -355,649 | 5,208,830 |
| 28 | Nov-28 | 5,415,551 | -148,928 | -206,721 | -355,649 | 4,996,424 |
| 29 | May-29 | 5,208,830 | -143,243 | -212,406 | -355,649 | 4,778,177 |
| 30 | Nov-29 | 4,996,424 | -137,402 | -218,247 | -355,649 | 4,553,929 |
| 31 | May-30 | 4,778,177 | -131,400 | -224,249 | -355,649 | 4,323,513 |
| 32 | Nov-30 | 4,553,929 | -125,233 | -230,416 | -355,649 | 4,086,761 |
| 33 | May-31 | 4,323,513 | -118,897 | -236,752 | -355,649 | 3,843,498 |
| 34 | Nov-31 | 4,086,761 | -112,386 | -243,263 | -355,649 | 3,593,546 |
| 35 | May-32 | 3,843,498 | -105,696 | -249,952 | -355,649 | 3,336,720 |
| 36 | Nov-32 | 3,593,546 | -98,823 | -256,826 | -355,649 | 3,072,831 |
| 37 | May-33 | 3,336,720 | -91,760 | -263,889 | -355,649 | 2,801,685 |
| 38 | Nov-33 | 3,072,831 | -84,503 | -271,146 | -355,649 | 2,523,083 |
| 39 | May-34 | 2,801,685 | -77,046 | -278,602 | -355,649 | 2,236,819 |
| 40 | Nov-34 | 2,523,083 | -69,385 | -286,264 | -355,649 | 1,942,683 |
| 41 | May-35 | 2,236,819 | -61,513 | -294,136 | -355,649 | 1,640,458 |
| 42 | Nov-35 | 1,942,683 | -53,424 | -302,225 | -355,649 | 1,329,922 |
| 43 | May-36 | 1,640,458 | -45,113 | -310,536 | -355,649 | 1,010,847 |
| 44 | Nov-36 | 1,329,922 | -36,573 | -319,076 | -355,649 | 682,996 |
| 45 | May-37 | 1,010,847 | -27,798 | -327,850 | -355,649 | 346,130 |
| 46 | Nov-37 | 682,996 | -18,782 | -336,866 | -355,649 | 0 |
| 47 | May-38 | 346,130 | -9,519 | -346,130 | -355,649 | 0 |
| | Total | | -8,934,072 | -9,319,057 | -18,253,129 | |