**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                            Chapter 11

        Debtors.                                                                  (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the following documents were served pursuant to the *Order (I) Setting Hearing to Consider Approval of Disclosure Statement; (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Service Notice* [ECF No. 110] upon the Debtor, the Office of the U.S. Trustee, the Internal Revenue Service, the Securities and Exchange Commission, and the Official Committee of Unsecured Creditors, via the Court's CM/ECF electronic mail notification system and/or via U.S. First Class Mail, postage prepaid, on the dates listed below.

- *Notice of Filing Revised Schedule 4.4A and 4.4B to Debtor's Plan of Reorganization* [ECF No. 107] – served via CM/ECF on December 21, 2011 and via U.S. Mail on December 22, 2011

- *Disclosure Statement Relating to Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [ECF No. 108] – served via CM/ECF on December 21, 2011, and via U.S. Mail on December 22, 2011

- *Chapter 11 Plan* [ECF No. 94] – served via CM/ECF on December 18, 2011, and via U.S. Mail on December 22, 2011

    Dated:  December 22, 2011

                                            **BILZIN SUMBERG BAENA PRICE &**
                                            **AXELROD LLP**
                                            *Counsel for the Debtors*
                                            1450 Brickell Ave., Suite 2300

                                          Miami, FL 33131  
                                        Telephone: (305) 374-7580  
                                        Facsimile: (305) 374-7593

By: /s/  *Mindy A. Mora*  
           Mindy A. Mora  
           Fla. Bar No. 678910  
           mmora@bilzin.com

## CM/ECF SERVICE LIST

**Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC**
jearlywine@hgslaw.com

**C Craig Eller on behalf of Creditor AmT CADC Venture, LLC**
celler@broadandcassel.com

**Jordi Guso on behalf of Creditor Terra World Investments, LLC**
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

**Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC**
pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

**John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee**
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

**Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC**
mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

**Glenn D Moses on behalf of Creditor Committee Creditor Committee**
gmoses@gjb-law.com, gjbecf@gjb-law.com

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District**
predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

**Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District**
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

**Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector**
cao.bkc@miamidade.gov

**U.S. MAIL SERVICE LIST**

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE STE 1204
MIAMI FL  33130-1614

INTERNAL REVENUE SERVICE
INSOLVENCY UNIT -STOP 5730
7850 SW 6TH CT, ROOM 165
PLANTATION FL  33324

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES - INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346


SECURITIES AND EXCHANGE COMMISSION
3475 LENOX RD NE STE 1000
ATLANTA GA  30326-3235

TOWN CENTER AT DORAL, LLC, ET AL.
KODSI LAW FIRM, P.A.
701 CYPRESS CREEK ROAD
SUITE 303
FORT LAUDERDALE, FL 33309