

ORDERED in the Southern District of Florida on December 22, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

ORDER (1) SETTING EVIDENTIARY HEARING
ON MOTION TO VALUE AND (2) AMENDING ORDER SETTING
DEADLINE FOR FILING OBJECTIONS TO DISCLOSURE STATEMENT

The Court noticed the Debtors' Motion to Value Collateral (the "Motion to Value") [DE #81] for a non-evidentiary hearing [DE #84]. As announced on the record at a December 22, 2011 hearing in this case, it is -

**ORDERED** as follows:

1. The Court will conduct an **evidentiary** hearing on the Motion to Value on January 18, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

2.	The Landmark at Doral Community Development District, or, if appropriate, U.S. Bank National Association, as indenture trustee, shall file and provide the Debtor with a hard copy of their competing appraisal by <u>January 11, 2012</u>.

3.	The deadline for filing objections to the Debtors' Disclosure Statement, as set forth in this Court's Order dated December 22, 2011 [DE #110], is extended to <u>12:00 p.m.</u> on <u>January 19, 2012</u>.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Jordi Guso, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Melinda S. Thornton, Esq.

AUST

**(Attorney Redmond shall serve a copy of this Order on all other interested parties)**