

**ORDERED in the Southern District of Florida on December 22, 2011.**

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO.   11-35884-BKC-RAM |
| | CHAPTER    11 |
| TOWN CENTER AT DORAL, L.L.C., et al., | (Jointly Administered) |
| Debtors. | |

**ORDER SETTING FURTHER HEARING
ON MOTION TO TERMINATE EXCLUSIVITY**

The Court conducted a hearing on December 22, 2011, on the Motion to Terminate Exclusivity [DE# 83] filed by the Landmark at Doral Community Development District (the "District").  For the reasons stated on the record at the conclusion of the hearing, which are incorporated here by reference, the Court finds as follows:

    A.   The District did not establish cause under § 1112(d) of the Bankruptcy Code to terminate exclusivity at this time.

    B.   At the request of AMT CADC Ventures, LLC (the largest

unsecured creditor), the Committee of Unsecured Creditors, and the Assistant United States Trustee, the Court will set a further hearing on the Motion to Terminate Exclusivity rather than denying it now.  Therefore, it is -

**ORDERED** as follows:

1.    There is insufficient cause under § 1112(d) to terminate  exclusivity at this time.

2.    The Court will conduct a further hearing on the Motion to Terminate Exclusivity on <u>January 25, 2012</u>, at <u>10:00 a.m.</u>, at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, FL 33130.

###

COPIES TO:

Mindy A. Mora, Esq.

**(Attorney Mora is directed to serve a copy of this Order on all interested parties herein and file a Certificate of Service)**