UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  CASE NO.: 11-35884-RAM

**TOWN CENTER AT DORAL, L.L.C.,**  Chapter 11
*et al.*  Jointly Administered

      Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following document was served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case on each document was entered on the docket, and (ii) via U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on December 23, 2011 as indicated on the Service List attached hereto.

- *Order (1) Setting Evidentiary Hearing on Motion to Value and (2) Amending Order Setting Deadline for Filing Objections to Disclosure Statement (ECF No. 119).*

Dated: December 23, 2011.

      Respectfully submitted,

      */s/ Patricia A. Redmond*
      PATRICIA A REDMOND
      Florida Bar No. 303739
      predmond@stearnsweaver.com
      **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
      Museum Tower, Suite 2200
      150 West Flagler Street
      Miami, Florida 33130
      Telephone: (305) 789-3200
      Facsimile: (305) 789-2600
      *Counsel for Landmark at Doral Community Development District*

## Service List

### Via CM/ECF

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131