United States Bankruptcy Court
Southern District of Florida

In re:                                                                                    Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                                              Chapter 11
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113C-1           User: pittmanl              Page 1 of 2              Date Rcvd: Dec 23, 2011
                               Form ID: pdf004             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2011.
sp           +Glenn Moses,   100 SE 2nd Street   44th floor,   Miami, FL 33131-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113C-1           User: pittmanl              Page 2 of 2                  Date Rcvd: Dec 23, 2011
                               Form ID: pdf004             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2011 at the address(es) listed below:
         C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
         Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District esilver@stearnsweaver.com,
         mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
         Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
         Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC jearlywine@hgslaw.com
         John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
         Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
         Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
         Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com
         Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
         Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development District predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
         Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com
                                                                                                                                                 TOTAL: 11



**ORDERED in the Southern District of Florida on December 22, 2011.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.11-35884-BKC-RAM |
| | ) | |
| TOWN CENTER AT DORAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER (1) SETTING EVIDENTIARY HEARING**
**ON MOTION TO VALUE AND (2) AMENDING ORDER SETTING**
**DEADLINE FOR FILING OBJECTIONS TO DISCLOSURE STATEMENT**

The Court noticed the Debtors' Motion to Value Collateral (the "Motion to Value") [DE #81] for a non-evidentiary hearing [DE #84]. As announced on the record at a December 22, 2011 hearing in this case, it is -

**ORDERED** as follows:

1.   The Court will conduct an **evidentiary** hearing on the Motion to Value on January 18, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

2. The Landmark at Doral Community Development District, or, if appropriate, U.S. Bank National Association, as indenture trustee, shall file and provide the Debtor with a hard copy of their competing appraisal by January 11, 2012.

3. The deadline for filing objections to the Debtors' Disclosure Statement, as set forth in this Court's Order dated December 22, 2011 [DE #110], is extended to 12:00 p.m. on January 19, 2012.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Jordi Guso, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Melinda S. Thornton, Esq.

AUST

**(Attorney Redmond shall serve a copy of this Order on all other interested parties)**