ORDERED in the Southern District of Florida on _Dec. 22, 2011_



_____
Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., et al., | Chapter 11 |
| Debtors. | (Jointly Administered |

### ORDER ADMITTING ATTORNEY PRO HAC VICE [ECF NO.    ]

This matter came before the Court on BETTY M. SHUMENER's *ex parte* motion to appear *pro hac vice* [ECF No. 93] in this case pursuant to Local Rules 2090-1(B)(2) and 9013-1(C)(9). The court having reviewed the motion and good cause appearing, it is

ORDERED that BETTY M. SHUMENER may appear before the court *pro hac vice* as counsel for FLORIDA PRIME HOLDINGS, LLC a Delaware limited liability company in this case subject to the local rules of this Court. The certification required by Local Rule 9011-4(B)(2) shall be included on all papers filed by the movant. The movant may apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other

cases in which this court has entered an order admitting the movant *pro hac vice*. The following attorney is designated as the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

> Phillip M. Hudson III
> Florida Bar. No. 518743
> **ARNSTEIN & LEHR LLP**
> 200 S. Biscayne Blvd., Suite 3600
> Miami, Florida 33131
> Tel: (305) 374-3330
> Fax: (305) 374-4744

###

Submitted by:
Phillip M. Hudson III

Copies to:
Assistant U.S. Trustee and all counsel or
parties who have filed appearances