United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                            Chapter 11
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 113C-1         User: rodriguez           Page 1 of 2              Date Rcvd: Dec 28, 2011
                             Form ID: pdf004           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2011.
          +Betty M. Shumener, Esq,   550 South Hope St #2300,   Los Angeles, CA 90071-2678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113C-1            User: rodriguez              Page 2 of 2                  Date Rcvd: Dec 28, 2011
                                Form ID: pdf004              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2011 at the address(es) listed below:

        C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
        Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District esilver@stearnsweaver.com,
        mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
        Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
        Jere L. Earlywine     on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC jearlywine@hgslaw.com
        John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
        Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
        Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
        Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development District predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
        Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

                                                                                                                TOTAL: 11

ORDERED in the Southern District of Florida on  Dec. 22, 2011



Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                           Case No. 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,          Chapter 11
*et al.,*

        Debtors.                                  (Jointly Administered

### ORDER ADMITTING ATTORNEY PRO HAC VICE [ECF NO.    ]

This matter came before the Court on BETTY M. SHUMENER's *ex parte* motion to appear *pro hac vice* [ECF No. 93] in this case pursuant to Local Rules 2090-1(B)(2) and 9013-1(C)(9). The court having reviewed the motion and good cause appearing, it is

ORDERED that BETTY M. SHUMENER may appear before the court *pro hac vice* as counsel for FLORIDA PRIME HOLDINGS, LLC a Delaware limited liability company in this case subject to the local rules of this Court. The certification required by Local Rule 9011-4(B)(2) shall be included on all papers filed by the movant. The movant may apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other

cases in which this court has entered an order admitting the movant *pro hac vice*. The following attorney is designated as the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

>Phillip M. Hudson III
>Florida Bar. No. 518743
>**ARNSTEIN & LEHR LLP**
>200 S. Biscayne Blvd., Suite 3600
>Miami, Florida 33131
>Tel: (305) 374-3330
>Fax: (305) 374-4744

###

Submitted by:
Phillip M. Hudson III

Copies to:
Assistant U.S. Trustee and all counsel or
parties who have filed appearances