UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et. al[1]        Case No. 11-35884-BKC-RAM
                                                                   Chapter 11 Case
          Debtor.                          (Jointly Administered)
_____/

## AMENDED NOTICE OF DEPOSITION DUCES TECUM

Counsel for TOWN CENTER AT DORAL, LLC, LANDMARK AT DORAL EAST, LLC, LANDMARK AT DORAL SOUTH, LLC, LANDMARK AT DORAL DEVELOPERS, LLC, AND LANDMARK CLUB AT DORAL, LLC (collectively the "Debtors"), will examine the following person under oath, at the following dates, times, and location:

       Examinee:     **Woodword S. Hanson, MAI, HREA**

       Date:            **January 16, 2012**

       Time:           **10:30 a.m.**

       Location:      **Stearns Weaver Miller Weissler Alhadeff**
                              **& Sitterson, P.A.**
                              **150 West Flagler Street**
                              **Miami, FL 33130**

The deposition is being conducted pursuant to Federal Rule of Civil Procedure 30 as made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7030 and 9014.  The deposition will be taken before an officer authorized to record the testimony by stenographic or other means.  If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the Deposition.  The deposition may continue from day to day until completed.   The undersigned will take the

deposition by oral examination for purposes of discovery and for the use as evidence in said cause, or both. Any objection must be heard prior to the taking of the deposition.

### Request For Production

The Deponent shall produce those documents, records, and tangible things listed on Exhibit A on or before January 11, 2012 at 4:30 p.m. and may contact Daniel Y. Gielchinsky, Esq. at (305) 375-6135 to coordinate such production.

Date:    January 5, 2012

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Attorneys for Debtors*
1450 Brickell Ave, Suite 2300
Miami, FL 33131
Telephone:  (305) 374-7580
Facsimile:  (305) 375-7593

By:    */s/ Mindy A. Mora*
　　　　Mindy A. Mora
　　　　Florida Bar No. 678910
　　　　mmora@bilzin.com

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; Landmark at Doral East, LLC [6616]; Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, FL 33309.

## EXHIBIT A

## DEFINITIONS

1. "Bankruptcy Code" means the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, as amended.

2. "Bankruptcy Court" means the United States Bankruptcy Court for the Southern District of Florida.

3. "Bankruptcy Case" means the jointly administered chapter 11 cases entitled In re *Town Center at Doral, LLC, et al.*, commenced on September 19, 2011, when each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

4. "Communications" means any transmittal of information by any means or any response thereto by any means.

5. "Concerning" means, directly or indirectly, in whole or in part, containing, constituting, contradicting, controverting, corroborating, demonstrating, describing, discussing, disputing, embodying, evidencing, identifying, memorializing, mentioning, pertaining to, proving, rebutting, recording, refuting, referring to, reflecting, relating to, showing, substantiating, summarizing, supporting, arising out of or in connection with, or in any way legally, logically, or factually connected with.

6. "Contested Matter" means any hearing on the Valuation Motion.

7. "Debtors" means the following entities in the Bankruptcy Cases, along with the last four digits of each Debtor's federal tax identification number: Town Center at Doral, LLC (Tax I.D. No. '1866), Landmark at Doral East, LLC (Tax I.D. No. '6616), Landmark at Doral

South, LLC (Tax I.D. No. '6676), Landmark at Doral Developers, LLC (Tax I.D. No. '6797), and Landmark Club at Doral, LLC (Tax I.D. No. '6762).

8. "<u>District</u>" means the Landmark at Doral Community Development District.

9. "<u>Document</u>" means any writing, recording, electronically stored information, photograph, or other tangible or intangible thing from which information may be obtained or derived, including, without limitation: original or exact copies of any tangible written, typed, printed, electronic, photographed, or other form of recorded or graphic matter of every kind or description, however produced or reproduced, whether mechanically or electronically recorded, draft, final, original, reproduction, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, and whether handwritten, typed, printed, photostatted, duplicated, carbon or otherwise copied or produced in any other manner whatsoever. Without limiting the generality of the foregoing, "document" shall include communications, correspondence, letters, telegrams, telexes, mailgrams, e-mails, text messages, instant messaging records or logs, calendars, diaries, memoranda (including interoffice memoranda, intraoffice memoranda, memoranda for files, and memoranda of telephone, meeting, or other conversations), notes or notations, minutes, booklets, books, drawings, graphs, charts, telephone records, telephone messages, voicemail messages, video cassettes, electronic tapes, microfilms, discs or other recordings, computer programs, printouts, data cards, studies, analysis and other data compilations from which information can be obtained. Copies of documents which are not identical duplications of the original, or which contain additions to or deletions from the originals, or copies of documents which are identical duplications of the originals if the originals are not available, shall be considered to be separate documents. <u>The term also refers to and includes all metadata associated with the subject document</u>.

10. "Person" means the singular or plural natural person, corporation, partnership, association, organization, government (including all instrumentalities, officers, agents, and subdivisions thereof), and all other business, legal, or artificial entities.

11. "Petition Date" means September 19, 2011.

12. "Property" means all of the real property located in Miami-Dade County Florida, consisting of approximately 120 contiguous acres of land located on the east side of NW 107 Avenue and the north side of NW 58 Street, a majority of which is zoned TND (Traditional Neighborhood Development) with the remainder zoned IU-1 (for flex office development allowing for light industrial development, and also consisting of 16 tracts of vacant land except for an unfinished 4-level parking garage.

13. "Request" means a request contained in the SPECIFIC REQUESTS section, *infra*.

14. "Valuation Motion" means *Debtors' Motion to Value Collateral* [ECF No. 81].

15. "Hanson" means Woodword S. Hanson, MAI and HREA.

16. "You" or "Your" means Hanson.

## INSTRUCTIONS

1. The documents covered by the Requests include all documents in your possession, custody, or control, regardless of whether such documents or materials are possessed directly by you or your professionals, advisors, directors, officers, partners, associates, subsidiaries, affiliates, successors, accountants, investigators, managers, members, shareholders, representatives, employees, attorneys, agents, third party cloud providers, and any other persons or entities acting on your behalf or under your control.

2. Each Request shall be deemed to be continuing in nature. If at any time additional documents come into your possession, custody, or control or are brought to your attention, prompt supplementation of your response to the Requests is required.

3. Documents shall be produced in the manner in which they are maintained in the usual course of the business. The documents shall be organized and labeled to correspond with the categories in the Requests. Each Request for a document shall be deemed to include a request for any and all file folders within which the document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the document, in addition to the document itself.

4. Documents shall be produced in such fashion as to identify the department, branch, or office in which they were located and, where applicable, the natural person in whose possession it was found and the business address of each document's custodian(s). Each page produced in response to these Requests shall be stamped with a unique prefix, or otherwise identified, such that the source of each page or document produced is apparent. At a minimum, the entity producing the document shall be apparent.

5. As to any document requested but withheld based on your assertion of any privilege or immunity, please set forth: (i) the title of the document; (ii) the type of document (*e.g.*, letter, note, memorandum, etc.); (iii) the date of the document; (iv) the subject matter of the document; (v) the identities of all persons who authored the document, or assisted in its preparation, or in whose name the document was prepared; (vi) the identities of all persons to whom the document was addressed; (vii) the identities of all other persons to whom the document was sent, or who received, have seen, have had possession or custody of, or have had disclosed to them the contents of, the document or any copies thereof; and (viii) sufficient

information regarding the grounds for withholding the document to explain the claim of privilege or immunity.

6. If any document requested herein has been destroyed or lost, provide in lieu of the true and correct copy thereof a description of the document so lost or destroyed, together with the following information: (i) the date of the document; (ii) a brief description of the document; (iii) the author of the document; (iv) the date upon which the document was destroyed or lost; and (v) a brief statement regarding the manner in which the document was lost or destroyed.

7. Documents attached to each other shall not be separated.

8. Any word written herein in the singular shall be construed as plural or vice versa as necessary in order to bring within the scope of the Request all documents that might otherwise be construed to be outside its scope.

9. The terms "and" as well as "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of the Request all documents that might otherwise be construed to be outside its scope.

10. The terms "all" and "each" shall be construed as "all and each."

11. If any copy of any document for which production is sought, whether a draft or a final version, is not identical to any other copy thereof, by reason of alterations, notes, comments, initials, underscoring, indication of routing or other material contained thereon or attached thereto, such non-identical copy shall be produced separately.

12. If you consider any term in any Request to be vague or capable of more than one meaning, identify the meaning you are ascribing to such term, then respond to the Request as construed with such word given such meaning.

13. Each Request shall be construed independently. No Request should be construed by reference to any other Request for the purpose of limiting the scope of response to such Request unless stated otherwise.

## RELEVANT TIME PERIOD

Unless otherwise stated, the "Relevant Time Period" for the Requests is from the earlier of the date Hanson was first retained by the District or the Petition Date to the present.

## ELECTRONICALLY STORED INFORMATION

The Requests call for the production of electronically stored information ("ESI") and ESI shall be produced in native form. In searching for electronic documents responsive to these Requests, you shall search for all such electronic documents regardless of the form in which the document exists or the location in which it is stored. Among other places, you shall search for electronic documents stored on all servers, networks, hard drives, desktop computers, notebook computers, personal digital devices, all back-up storage tapes, and with any third party cloud providers.

## SPECIFIC REQUESTS

Please produce the following documents for the Relevant Time Period:

1. All Documents and Communications concerning the Property, including but not limited to every one of Hanson's files relating to the Property.

2. All appraisals and other Documents and Communications concerning Hanson's estimate or opinion of the value at any time, of all or any part of the Property, and any drafts, modifications, amendments or updates to those appraisals or other Documents and Communications.

3. All Documents and Communications concerning internal or external communications or data compilations prepared or received by Hanson in connection with his work in the Bankruptcy Cases, including without limitation all such Documents and Communications received from or sent to the District or counsel for the District, as well all such Documents and Communications received from or sent to any third parties.

4. All Documents and Communications concerning any part of the Property which Hanson did not value for any reason, and all Documents and Communications concerning the basis for any such exclusion.

5. All accounting records or other Documents and Communications concerning the accounting of any items of income, expense, profit or loss relating to the Property.

6. All projections of future income for the Property.

7. All Documents and Communications concerning any oral or written statements of fact or opinion concerning the Property.

8. All data, notes, calculations or other information, or other Documents and Communications that has been or will be relied upon by Hanson in formulating Hanson's findings and opinions in this Contested Matter.

9. All data, notes, calculations or other Documents and Communications that has been seen, heard, read or considered by Hanson in formulating his findings and opinions in this Contested Matter.

10. All invoices or other billing statements concerning Hanson's work in the Bankruptcy Case.

11. The current curriculum vitae / resume for Hanson.

12. All published Documents and Communications authored by Hanson, including, but not limited to, books, articles, periodicals or continuing education materials.

13. All Documents and Communications concerning alternative valuation of the Property based upon the existing entitlements and/or infrastructure or upon proposed changes to the entitlements, infrastructure or PUD.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing were served on all CM/ECF registered users via the Court's CM/ECF electronic mail and/or via U.S. First Class Mail, postage prepaid, upon all parties set forth on the attached Service List this 5th day of January 2012.

                                                  /s/ Mindy A. Mora
                                                     Mindy A. Mora

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**CREDITOR MATRIX**

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440q
Miami, FL 33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl 32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Sunshine State Cert III, LLLP and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

| | | |
|---|---|---|
| Landmark at Doral Community<br>Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental<br>Resources Mgmt, Regulation Division<br>Attn: Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433 |
| Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33173 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138 | Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 |
| South Florida Water Mgmt District<br>Attn: John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130 | U.S. Army, Corps of Engineers<br>Attn: Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176 |
| Office of the Attorney General<br>State of Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186<br>**Returned Mail** | **Via CM/ECF**<br>AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401 |
| Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180<br>**Returned Mail** | **Via CM/ECF**<br>Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.e. 2nd Street, 44th Floor<br>Miami, FL 33131<br>gmoses@gjb-law.com | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>Greenberg Traurig<br>333 Ave. of the Americas #4400<br>Miami, FL 33131<br>jhutton@gtlaw.com |
| **Via CM/ECF**<br>Phillip M. Hudson III, Esq.<br>200 S. Bicayne Blvd., Suite 3600<br>Miami, Fl 33131<br>pmhudson@arnstein.com | **Via CM/ECF**<br>Jordi Guso, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd., #1000<br>Miami, FL 33131<br>jguso@bergersingerman.com | **Via CM/ECF**<br>Patricia A. Redmond, Esq.<br>Stearns Weaver Miller Weissler<br>150 West Flagler St., Suite 2200<br>Miami, FL 33130<br>predmond@stearnsweaver.com |
| **Via CM/ECF**<br>Office Of The Us Trustee<br>51 SW 1st Ave Ste 1204<br>Miami Fl 33130-1614<br>USTPRegion21.MM.ECF@usdoj.gov | **Via CM/ECF**<br>Melinda S Thornton, Esq.<br>Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101<br>cao.bkc@miamidade.gov | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131<br>**Returned Mail** |