# EXHIBIT C

## RESOLUTION 2008-5

## A RESOLUTION LEVYING A NON AD VALOREM MAINTENANCE ASSESSMENT FOR THE GENERAL FUND AND A NON AD VALOREM ASSESSMENT FOR THE DEBT SERVICE FUND OF THE LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT FOR FISCAL YEAR 2009

WHEREAS, certain improvements existing within the Landmark at Doral Community Development District and certain costs of operation, repairs and maintenance are being incurred; and

WHEREAS, the Board of Supervisors of the Landmark at Doral Community Development District finds that the District's total General Fund special assessment levy, taking into consideration other revenue sources during Fiscal Year 2009, allocated in accordance with Exhibit "A", will amount to **$124,348**; and it is hereby determined that said special assessment levy is required within the District;

WHEREAS, the Board of Supervisors of the Landmark at Doral Community Development District finds the assessment for debt service on the District's Series 2006 Bonds during Fiscal Year 2009 will amount to **$4,104,008**; and it is determined that said debt service is required for the District;

WHEREAS, the Board of Supervisors of the Landmark at Doral Community Development District finds that the costs of administration of the Debt Service Funds provide special and peculiar benefit to certain property within the District, the assessments to be allocated in accordance with the attached Exhibit "A"; and

WHEREAS, the Board of Supervisors of the Landmark at Doral Community Development District finds that the assessments on the affected parcels of property to pay for the special and peculiar benefits is fairly and reasonably apportioned, in proportion to the benefits received as set forth in attached Exhibit "A"

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF SUPERVISORS OF THE LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT OF MIAMI-DADE COUNTY, FLORIDA;

Section 1.    A special assessment for maintenance and debt service as provided for in Chapters 190.021(3), Florida Statutes, (hereinafter referred to as assessment) is hereby levied on the lands within the District.

Section 2.    That the collection and enforcement of the aforesaid assessments shown in Exhibit "A" shall be by direct collection as provided for in the Indenture, subject to all ad valorem tax collection and enforcement procedures provided for by Florida law.

BE IT FURTHER RESOLVED, that a copy of this Resolution be transmitted to the proper public officials so that its purpose and effect may be carried out in accordance with law.

PASSED AND ADOPTED this 11th day of **September, 2008** by the Board of Supervisors of the Landmark at Doral Community Development District, Miami-Dade County, Florida.


_____
Secretary/Assistant Secretary


_____
Chairman/Vice Chairman

Exhibit "A"

Landmark at Doral
Community Development District

FY 2009 Special Assessment Roll

| FOLIO | LOT SIZE | OWNER | MAILING ADDRESS | CITY STATE | ZIP CODE | FY 2009 OPERATING ASSESSMENT | FY 2009 DEBT SERVICE ASSESSMENT | FY 2009 TOTAL DUE |
|---|---|---|---|---|---|---|---|---|
| 35-3017-001-0240 | 79.35 | TOWN CENTER AT DORAL, LLC | 7200 W CAMINO REAL, SUITE#302 | BOCA RATON FL | 33433 | $83,637.37 | $2,782,764.66 | $2,866,402.04 |
| 35-3017-001-0241 | 15.72 | LANDMARK AT DORAL EAST LLC | 7200 W CAMINO REAL, SUITE#302 | BOCA RATON FL | 33433 | $16,569.37 | $551,292.51 | $567,861.88 |
| 35-3017-001-0250 | 1.61 | LANDMARK CLUB AT DORAL LLC | 7200 W CAMINO REAL, SUITE#302 | BOCA RATON FL | 33433 | $1,696.99 | $56,461.89 | $58,158.88 |
| 35-3017-001-0362 | 20.345 | LANDMARK AT DORAL SOUTH LLC | 7200 W CAMINO REAL, SUITE#302 | BOCA RATON FL | 33433 | $21,444.26 | $713,488.94 | $734,933.20 |
| Total | 117.025 | | | | | $123,348.00 | $4,104,008.00 | $4,227,356.00 |

**LANDMARK AT DORAL**
**COMMUNITY DEVELOPMENT DISTRICT**

**Fiscal Year 2009**
**Adopted Budget**

**September 11, 2008**

Wrathell, Hart, Hunt & Associates, LLC
Structured Finance

# LANDMARK AT DORAL
## COMMUNITY DEVELOPMENT DISTRICT
### Table of Contents

| Description | Page Number(s) |
|---|---|
| General Fund Budget | 1 |
| Definitions of General Fund Expenditures | 2-3 |
| Debt Service Fund Budget - Series 2006 A/B Bonds | 4 |
| Debt Service Fund - Amortization Schedule - Series 2006 A | 5-6 |
| Debt Service Fund - Amortization Schedule - Series 2006 B | 7 |

# LANDMARK AT DORAL
## COMMUNITY DEVELOPMENT DISTRICT
### General Fund Budget
### Fiscal Year 2009

| | Fiscal Year 2008 | | | | |
| | Adopted Budget | Actual through 2/29/08 | Projected through 9/30/2008 | Total Revenue and Expenditures | Budget FY 2009 |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Interest and Miscellaneous Income | $        - | $        - | $        - | $        - | $  1,000 |
| Assessment Levy - Off Roll | 90,500 | 29,903 | 39,020 | 68,923 | 123,348 |
| Total Revenues | 90,500 | 29,903 | 39,020 | 68,923 | 124,348 |
| | | | | | |
| **EXPENDITURES** | | | | | |
| Supervisors' Fees | - | - | - | - | 12,918 |
| Management/Accounting/Recording | 33,075 | 8,138 | 24,937 | 33,075 | 35,155 |
| Legal | 15,000 | 2,283 | 3,500 | 5,783 | 12,000 |
| Engineering Fees | 5,000 | - | - | - | 2,500 |
| Audit | 6,500 | 2,400 | 4,100 | 6,500 | 6,700 |
| Accounting Services - Debt Service | 5,000 | - | - | - | 5,000 |
| Assessment Roll Preparation | | - | - | - | 10,900 |
| Arbitrage Rebate Calculation | 1,750 | - | 1,750 | 1,750 | 1,750 |
| Dissemination Agent Fees | 3,500 | - | 3,500 | 3,500 | 3,500 |
| Trustee Fees | 10,000 | 10,500 | - | 10,500 | 10,500 |
| Postage | 1,000 | 157 | 350 | 507 | 750 |
| Printing & Binding | | - | - | - | 500 |
| Legal Advertising | 3,000 | - | 1,500 | 1,500 | 1,500 |
| Office Supplies | 500 | - | - | - | 500 |
| Annual District Filing Fee | 175 | - | 175 | 175 | 175 |
| Insurance | 5,500 | 5,000 | - | 5,000 | 10,000 |
| Contingencies | 500 | 316 | 507 | 823 | 10,000 |
| Total Expenditures | 90,500 | 28,794 | 40,319 | 69,113 | 124,348 |
| | | | | | |
| Net Increase/(Decrease) of Fund Balance | - | 1,109 | (1,299) | (190) | - |
| Fund Balance - Beginning (Unaudited) | - | 190 | 1,299 | 190 | |
| Fund Balance - Ending (Projected) | $        - | $  1,299 | $        - | $        - | $        - |

Wrathell, Hart, Hunt & Associates, LLC
Structured Finance

# LANDMARK AT DORAL
## COMMUNITY DEVELOPMENT DISTRICT
### Definitions of General Fund Expenditures

**EXPENDITURES**

**Supervisors' Fees**   $ 12,918

Statutorily set at $200 (plus applicable taxes) for each meeting of the Board of Supervisors, not to exceed $4,800 for each Fiscal Year.

**Management/Accounting/Recording**   35,155

Wrathell, Hart, Hunt and Associates, LLC, specializes in managing Community Development Districts by combining the knowledge, skills and experience of a team of professionals to ensure compliance with all governmental requirements of the District, develop financing programs, administer the issuance of tax exempt bond financings and operate and maintain the assets of the community.

**Legal**   12,000

Billing, Cochran, Heath, Lyles, Mauro & Anderson, P.A., provides on-going general counsel legal representation and, in this arena, these lawyers are confronted with issues relating to public finance, public bidding, rulemaking, open meetings, public records, real property dedications, conveyances and contracts. In this capacity, they provide service as "local government lawyers," realizing that this type of local government is very limited in its scope – providing infrastructure and services to developments.

**Engineering Fees**   2,500

Alvarez Engineers, Inc., provides a broad array of engineering, consulting and construction services to the District, which assists in crafting solutions with sustainability for the long term interests of the community while recognizing the needs of government, the environment and maintenance of the District's facilities.

**Audit**   6,700

Statutorily required for the District to undertake an independent examination of its books, records and accounting procedures. This audit is conducted pursuant to Florida State Law and the Rules and Guidelines of the Florida Auditor General.

**Accounting Services - Debt Service**   5,000

**Assessment Roll Preparation**   10,900

The District may collect its annual operating and debt service assessment through direct off-roll assessment billing to landowners and/or placement of assessments on the annual Real Estate Tax Bill from the County's Tax Collector. The District's contract for financial services with **Wrathell, Hart, Hunt and Associates, LLC,** includes assessment roll preparation. The District anticipates all funding through direct off-roll assessment billing to landowners.

**Arbitrage Rebate Calculation**   1,750

To ensure the District's compliance with all tax regulations, annual computations are necessary to calculate the arbitrage rebate liability.

**Dissemination Agent Fees**   3,500

The District must annually disseminate financial information in order to comply with the requirements of Rule 15c2-12 under the Securities & Exchange Act of 1934.

# LANDMARK AT DORAL
## COMMUNITY DEVELOPMENT DISTRICT
### Definitions of General Fund Expenditures

**EXPENDITURES (Continued)**

| | |
|---|---:|
| **Trustee Fees** | 10,500 |
| Annual fees paid to U.S. Bank for services provided as Trustee, Paying Agent and Registrar. | |
| **Postage** | 750 |
| Mailing of agenda packages, overnight deliveries, correspondence, etc. | |
| **Printing & Binding** | 500 |
| Letterhead, checks, envelopes, copies, agenda packages, etc. | |
| **Legal Advertising** | 1,500 |
| The District advertises for monthly meetings, special meetings, public hearings, public bids, etc. | |
| **Office Supplies** | 500 |
| Accounting and administrative supplies. | |
| **Annual District Filing Fee** | 175 |
| Annual fee paid to the Department of Community Affairs. | |
| **Insurance** | 10,000 |
| The District carries Public Officials and General Liability Insurance with policies written by Preferred Governmental Insurance Trust. The limit of liability is set at $1,000,000 (general aggregrate $2,000,000) and $1,000,000 for Public Officials Liability. | |
| **Contingencies** | 10,000 |
| Bank charges and other miscellaneous expenses incurred during the year. | |
| **Total Expenditures** | $124,348 |

**Wrathell, Hart, Hunt & Associates, LLC**
Structured Finance

3

# LANDMARK AT DORAL
## COMMUNITY DEVELOPMENT DISTRICT
### Debt Service Fund Budget - Series 2006 A/B Bonds
### Fiscal Year 2009

| | Fiscal Year 2008 Budget | Actual Through 2/29/2008 | Projected Through 9/30/2008 | Total Revenue & Expenditures | Fiscal Year 2009 Budget |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Special Assessment - Off Roll | $          - | $          - | $          - | $          - | $ 4,104,008 |
| A Capitalized Interest | 1,537,900 | - | - | - | - |
| B Capitalized Interest | 1,988,860 | - | - | - | - |
| Interest Income | 282,200 | 53,329 | 248,151 | 301,480 | 84,200 |
| Total Revenues | 3,808,960 | 53,329 | 248,151 | 301,480 | 4,188,208 |
| | | | | | |
| **EXPENDITURES** | | | | | |
| Principal Expense | | | | | 405,000 |
| A Interest Expense | 1,667,600 | 833,800 | 833,800 | 1,667,600 | 1,667,600 |
| B Interest Expense | 2,141,360 | 1,070,680 | 1,070,680 | 2,141,360 | 2,141,360 |
| Total Expenditures | 3,808,960 | 1,904,480 | 1,904,480 | 3,808,960 | 4,213,960 |
| | | | | | |
| Net Increase/(Decrease) in Fund Balance | - | (1,851,151) | (1,656,329) | (3,507,480) | (25,752) |
| Beginning Fund Balance (Unaudited) | - | 9,645,297 | 7,794,146 | 9,645,297 | 6,137,817 |
| Ending Fund Balance (Projected) | $          - | $ 7,794,146 | $ 6,137,817 | $ 6,137,817 | 6,112,065 |

Use of Fund Balance
Debt Service Reserve Account Balance (Required)                                             (4,207,585)
Interest Expense - November 1, 2009                                                               (1,904,480)
**Fund Balance Excess/(Deficit) - As of September 30, 2009**                          $          -

Wrathell, Hart, Hunt & Associates, LLC
Structured Finance

4

**Landmark at Doral**

Community Development District

Series 2006 A

$30,320,000

**Amortization Schedule**

| Date | Principal | Interest Rate | Interest | Total P+I |
|---|---|---|---|---|
| 11/01/2007 | $ - | - | $ - | $ - |
| 05/01/2008 | | | 833,800 | 833,800 |
| 11/01/2008 | | | 833,800 | 833,800 |
| 05/01/2009 | 405,000 | 5.500% | 833,800 | 1,238,800 |
| 11/01/2009 | - | - | 822,663 | 822,663 |
| 05/01/2010 | 430,000 | 5.500% | 822,663 | 1,252,663 |
| 11/01/2010 | - | - | 810,838 | 810,838 |
| 05/01/2011 | 455,000 | 5.500% | 810,838 | 1,265,838 |
| 11/01/2011 | - | - | 798,325 | 798,325 |
| 05/01/2012 | 480,000 | 5.500% | 798,325 | 1,278,325 |
| 11/01/2012 | - | - | 785,125 | 785,125 |
| 05/01/2013 | 510,000 | 5.500% | 785,125 | 1,295,125 |
| 11/01/2013 | - | - | 771,100 | 771,100 |
| 05/01/2014 | 535,000 | 5.500% | 771,100 | 1,306,100 |
| 11/01/2014 | - | - | 756,388 | 756,388 |
| 05/01/2015 | 565,000 | 5.500% | 756,388 | 1,321,388 |
| 11/01/2015 | - | - | 740,850 | 740,850 |
| 05/01/2016 | 600,000 | 5.500% | 740,850 | 1,340,850 |
| 11/01/2016 | - | - | 724,350 | 724,350 |
| 05/01/2017 | 630,000 | 5.500% | 724,350 | 1,354,350 |
| 11/01/2017 | - | - | 707,025 | 707,025 |
| 05/01/2018 | 670,000 | 5.500% | 707,025 | 1,377,025 |
| 11/01/2018 | - | - | 688,600 | 688,600 |
| 05/01/2019 | 705,000 | 5.500% | 688,600 | 1,393,600 |
| 11/01/2019 | - | - | 669,213 | 669,213 |
| 05/01/2020 | 745,000 | 5.500% | 669,213 | 1,414,213 |
| 11/01/2020 | - | - | 648,725 | 648,725 |
| 05/01/2021 | 790,000 | 5.500% | 648,725 | 1,438,725 |
| 11/01/2021 | - | - | 627,000 | 627,000 |
| 05/01/2022 | 835,000 | 5.500% | 627,000 | 1,462,000 |
| 11/01/2022 | - | - | 604,038 | 604,038 |
| 05/01/2023 | 880,000 | 5.500% | 604,038 | 1,484,038 |
| 11/01/2023 | - | - | 579,838 | 579,838 |
| 05/01/2024 | 930,000 | 5.500% | 579,838 | 1,509,838 |
| 11/01/2024 | - | - | 554,263 | 554,263 |
| 05/01/2025 | 980,000 | 5.500% | 554,263 | 1,534,263 |
| 11/01/2025 | - | - | 527,313 | 527,313 |
| 05/01/2026 | 1,040,000 | 5.500% | 527,313 | 1,567,313 |
| 11/01/2026 | - | - | 498,713 | 498,713 |
| 05/01/2027 | 1,095,000 | 5.500% | 498,713 | 1,593,713 |
| 11/01/2027 | - | - | 468,600 | 468,600 |
| 05/01/2028 | 1,160,000 | 5.500% | 468,600 | 1,628,600 |
| 11/01/2028 | - | - | 436,700 | 436,700 |
| 05/01/2029 | 1,225,000 | 5.500% | 436,700 | 1,661,700 |

**Wrathell, Hart, Hunt & Associates, LLC**
Structured Finance

## Landmark at Doral

**Community Development District**
Series 2006 A
$30,320,000

**Amortization Schedule**

| Date | Principal | Interest Rate | Interest | Total P+I |
|------|-----------|---------------|----------|-----------|
| 11/01/2029 | - | - | 403,013 | 403,013 |
| 05/01/2030 | 1,295,000 | 5.500% | 403,013 | 1,698,013 |
| 11/01/2030 | - | - | 367,400 | 367,400 |
| 05/01/2031 | 1,365,000 | 5.500% | 367,400 | 1,732,400 |
| 11/01/2031 | - | - | 329,863 | 329,863 |
| 05/01/2032 | 1,445,000 | 5.500% | 329,863 | 1,774,863 |
| 11/01/2032 | - | - | 290,125 | 290,125 |
| 05/01/2033 | 1,525,000 | 5.500% | 290,125 | 1,815,125 |
| 11/01/2033 | - | - | 248,188 | 248,188 |
| 05/01/2034 | 1,610,000 | 5.500% | 248,188 | 1,858,188 |
| 11/01/2034 | - | - | 203,913 | 203,913 |
| 05/01/2035 | 1,705,000 | 5.500% | 203,913 | 1,908,913 |
| 11/01/2035 | - | - | 157,025 | 157,025 |
| 05/01/2036 | 1,800,000 | 5.500% | 157,025 | 1,957,025 |
| 11/01/2036 | - | - | 107,525 | 107,525 |
| 05/01/2037 | 1,900,000 | 5.500% | 107,525 | 2,007,525 |
| 11/01/2037 | - | - | 55,275 | 55,275 |
| 05/01/2038 | 2,010,000 | 5.500% | 55,275 | 2,065,275 |
| Total | $ 30,320,000 | - | $ 33,265,375 | $ 63,585,375 |

**Landmark at Doral**
Community Development District
Series 2006 B
$41,180,000

**Amortization Schedule**

| Date | Principal | Interest Rate | Interest | Total P+I |
|------|-----------|---------------|----------|-----------|
| 11/01/2007 | $           – | – | $           – | $           – |
| 05/01/2008 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2008 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2009 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2009 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2010 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2010 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2011 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2011 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2012 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2012 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2013 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2013 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2014 | – | – | 1,070,680 | 1,070,680 |
| 11/01/2014 | – | – | 1,070,680 | 1,070,680 |
| 05/01/2015 | 41,180,000 | 5.200% | 1,070,680 | 42,250,680 |
| Total | $  41,180,000 | – | $  16,060,200 | $  57,240,200 |

**Wrathell, Hart, Hunt & Associates, LLC**
Structured Finance

7