# EXHIBIT E

# FIRST SUPPLEMENTAL TRUST INDENTURE

## BETWEEN

## LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT

## AND

## U.S. BANK NATIONAL ASSOCIATION
### As Trustee

### Dated as of October 1, 2006

#### Authorizing and Securing

**LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT
(CITY OF DORAL, FLORIDA)
SPECIAL ASSESSMENT BONDS
$30,320,000 SERIES 2006A
$41,180,000 SERIES 2006B**

# TABLE OF CONTENTS

Page

**ARTICLE I       DEFINITIONS** ...................................................................................4

**ARTICLE II      THE SERIES 2006 BONDS** .............................................................11

SECTION 2.01.    Amounts and Terms of Series 2006 Bonds; Issue of Series 2006
                 Bonds.........................................................................................11
SECTION 2.02.    Execution..................................................................................11
SECTION 2.03.    Authentication..........................................................................11
SECTION 2.04.    Purpose, Designation and Denominations of, and Interest
                 Accruals on, the Series 2006 Bonds ......................................11
SECTION 2.05.    Debt Service on the Series 2006 Bonds..................................13
SECTION 2.06.    Disposition of Series 2006 Bond Proceeds.............................13
SECTION 2.07.    Book-Entry Form of Series 2006 Bonds .................................14
SECTION 2.08.    Appointment of Registrar and Paying Agent ..........................14

**ARTICLE III     REDEMPTION OF SERIES 2006 BONDS** ....................................15

SECTION 3.01.    Redemption Dates and Prices ................................................15
SECTION 3.02.    Notice of Redemption.............................................................18

**ARTICLE IV      ESTABLISHMENT OF CERTAIN FUNDS AND ACCOUNTS;
                  PREPAYMENTS; REMOVAL OF SPECIAL ASSESSMENT LIENS** ........19

SECTION 4.01.    Establishment of Certain Funds and Accounts........................19
SECTION 4.02.    Series 2006 Revenue Account.................................................23
SECTION 4.03.    Power to Issue Series 2006 Bonds and Create Lien ...............24
SECTION 4.04.    Project to Conform to Plans and Specifications; Changes .......25
SECTION 4.05.    Prepayments; Removal of Special Assessment Liens...............25

**ARTICLE V       MISCELLANEOUS PROVISIONS** .................................................26

SECTION 5.01.    Interpretation of Supplemental Indenture ..............................26
SECTION 5.02.    Amendments............................................................................26
SECTION 5.03.    Counterparts............................................................................26
SECTION 5.04.    Appendices and Exhibits.........................................................26
SECTION 5.05.    Payment Dates........................................................................26
SECTION 5.06.    No Rights Conferred on Others ...............................................26
SECTION 5.07.    Collection of Assessments ......................................................26

SCHEDULE I       DESCRIPTION OF THE PROJECT
EXHIBIT A        FORM OF SERIES 2006A BOND
EXHIBIT B        FORM OF SERIES 2006B BOND

THIS FIRST SUPPLEMENTAL TRUST INDENTURE (the "First Supplemental Indenture"), dated as of October 1, 2006, between LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT (the "Issuer" or the "District"), a local unit of special-purpose government organized and existing under the laws of the State of Florida, and U.S. BANK NATIONAL ASSOCIATION, a national banking association (said banking association and any bank or trust company becoming successor trustee under this First Supplemental Indenture being hereinafter referred to as the "Trustee");

W I T N E S S E T H:

WHEREAS, the Issuer is a local unit of special purpose government duly organized and existing in accordance with the Uniform Community Development District Act of 1980, Chapter 190, Florida Statutes, as amended (the "Act"), Section 1.01(A)(21) of the Miami-Dade Home Rule Charter and Ordinance No. 05-153, enacted by the Board of County Commissioners of Miami-Dade County, Florida, effective on September 2, 2005; and

WHEREAS, the premises to be governed by the Issuer are described more fully in Exhibit A to the Master Trust Indenture, dated as of October 1, 2006, between the District and the Trustee (the "Master Indenture"), referred to as the "District Lands" and consists of approximately 117.94 acres of land located entirely within the City of Doral, Florida (the "City") within Miami-Dade County, Florida (the "County"); and

WHEREAS, the Issuer has been created for the purpose of delivering certain community development services and facilities for the benefit of the District Lands; and

WHEREAS, the District has undertaken the planning, financing, acquisition, construction, reconstruction, equipping and installation of certain infrastructure improvements consisting of roadway improvements, stormwater management facilities, a water distribution system, a sanitary sewer system, a public parking garage building and outdoor recreational areas, pursuant to the Act, as set forth in more detail in Schedule I hereto (the "Project");

WHEREAS, the District, pursuant to the Act and Resolution No. 2005-13, duly adopted by the Board of Supervisors of the District on October 12, 2005 (the "Note Resolution"), issued $18,000,000 aggregate principal amount of Special Assessment Bond Anticipation Notes, Series 2005 (the "Series 2005 Notes") to provide interim funds for a portion of the costs of planning, financing, acquisition, construction, reconstruction, equipping and installation of the Project;

WHEREAS, pursuant to the Master Indenture and this First Supplemental Indenture (hereinafter sometimes collectively referred to as the "Indenture"), the Issuer has determined to issue $30,320,000 aggregate principal amount of Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A (the "Series 2006A Bonds") and $41,180,000 aggregate principal amount of Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006B (the "Series 2006B Bonds" and together with the Series 2006A Bonds, the "Series 2006 Bonds"); and

WHEREAS, the proceeds of the Series 2006A Bonds will be used to provide funds for (i) the payment of a portion of the costs of the Project, (ii) the payment of interest on the Series 2006A Bonds through November 1, 2008, (iii) the funding of the Series 2006A Debt Service Reserve Account, (iv) retiring, together with other legally available moneys, the outstanding

1

Series 2005 Notes, and (v) payment of a portion of the costs of issuance of the Series 2006 Bonds; and

WHEREAS, the proceeds of the Series 2006B Bonds will be used to provide funds for (i) the payment of a portion of the costs of the Project, (ii) the payment of interest on the Series 2006B Bonds through November 1, 2008, (iii) the funding of the Series 2006B Debt Service Reserve Account, (iv) retiring, together with other legally available moneys, the outstanding Series 2005 Notes, and (v) payment of a portion of the costs of issuance of the Series 2006 Bonds; and

WHEREAS, the Series 2006A Bonds and the Series 2006B Bonds will be secured on a parity by a pledge of Pledged Revenues (as hereinafter defined) to the extent provided herein; and

WHEREAS, the Acquisition Agreement between the Issuer and the Developer relating to the Project provides for a Deferred Cost to the extent that components of the Project conveyed to the Issuer are not paid from proceeds of the Series 2006 Bonds or bonds subsequently issued pursuant to the Master Indenture; and

NOW, THEREFORE, THIS FIRST SUPPLEMENTAL INDENTURE WITNESSETH, that to provide for the issuance of the Series 2006 Bonds, the security and payment of the principal or redemption price thereof (as the case may be) and interest thereon, the rights of the Bondholders and the performance and observance of all of the covenants contained herein and in said Series 2006 Bonds, and for and in consideration of the mutual covenants herein contained and of the purchase and acceptance of the Series 2006 Bonds by the Owners thereof, from time to time, and of the acceptance by the Trustee of the trusts hereby created, and intending to be legally bound hereby, the Issuer does hereby assign, transfer, set over and pledge to U.S. Bank National Association, as Trustee, its successors in trust and its assigns forever, and grants a lien on all of the right, title and interest of the Issuer in and to the Pledged Revenues (hereinafter defined) as security for the payment of the principal, redemption or purchase price of (as the case may be) and interest on the Series 2006 Bonds issued hereunder and any Bonds issued on a parity with the Series 2006 Bonds, all in the manner hereinafter provided, and the Issuer further hereby agrees with and covenants unto the Trustee as follows:

TO HAVE AND TO HOLD the same and any other revenues, property, contracts or contract rights, accounts receivable, chattel paper, instruments, general intangibles or other rights and the proceeds thereof, which may, by delivery, assignment or otherwise, be subject to the lien created by the Indenture.

IN TRUST NEVERTHELESS, for the equal and ratable benefit and security of all present and future Owners of the Series 2006 Bonds issued and to be issued under this First Supplemental Indenture, without preference, priority or distinction as to lien or otherwise (except as otherwise specifically provided in this First Supplemental Indenture) of any one Series 2006 Bond over any other Series 2006 Bond, all as provided in the Indenture, and any Bonds issued on a parity with the Series 2006 Bonds.

PROVIDED, HOWEVER, that if the Issuer, its successors or assigns, shall well and truly pay, or cause to be paid, or make due provision for the payment of the principal or redemption price of the Series 2006 Bonds issued and any Bonds issued on a parity with the Series 2006

Bonds, secured and Outstanding hereunder and the interest due or to become due thereon, at the times and in the manner mentioned in such Series 2006 Bonds and the Indenture, according to the true intent and meaning thereof and hereof, and the Issuer shall well and truly keep, perform and observe all the covenants and conditions pursuant to the terms of the Indenture to be kept, performed and observed by it, and shall pay or cause to be paid to the Trustee all sums of money due or to become due to it in accordance with the terms and provisions hereof, then upon such final payments this First Supplemental Indenture and the rights hereby granted shall cease and terminate, otherwise this First Supplemental Indenture to be and remain in full force and effect.

## ARTICLE I

### DEFINITIONS

In this First Supplemental Indenture capitalized terms used without definition shall have the meanings ascribed thereto in the Master Indenture and, in addition, the following terms shall have the meanings specified below, unless otherwise expressly provided or unless the context otherwise requires:

"Acquisition Agreement" shall mean one or more improvement acquisition agreements relating to the Project, between the Developer and the Issuer.

"Arbitrage Certificate" shall mean that certain Arbitrage Certificate, including arbitrage rebate covenants, of the Issuer, dated as of October 10, 2006, relating to certain restrictions on arbitrage under the Code.

"Assessment Resolutions" shall mean Resolutions 2005-09, 2005-10, 2005-12, 2006-07, 2006-10 of the Issuer dated September 9, 2005, September 9, 2005, October 19, 2005, August 10, 2006 and September 14, 2006, respectively, as amended and supplemented from time to time.

"Authorized Denomination" shall mean, with respect to the Series 2006 Bonds, initially minimum denominations of $100,000 and any integral multiple of $5,000 in excess thereof, and thereafter, denominations of $5,000 and any integral multiple thereof.

"Capitalized Interest" shall mean interest due or to become due on the Series 2006A Bonds and the Series 2006B Bonds, which will be paid, or is expected to be paid, from the proceeds of the Series 2006A Bonds and the Series 2006B Bonds, respectively.

"Completion Agreement" shall mean the Completion Agreement dated as of the date hereof among the District and the Developer, as such agreement may be modified from time to time.

"Continuing Disclosure Agreement" shall mean the Continuing Disclosure Agreement for the benefit of the owners of the Series 2006 Bonds, dated as of October 10, 2006, by and among the District, the Developer, and Banc of America Securities LLC, as dissemination agent.

"Debt Service Reserve Requirement" shall mean, (a) with respect to the Series 2006A Bonds, (i) initially on the date of issuance of the Series 2006A Bonds, an amount equal to the least of (A) the maximum annual Debt Service Requirement for the Outstanding Series 2006A Bonds, (B) 125% of the average annual Debt Service Requirement for Outstanding Series 2006A Bonds, and (C) 10% of the original stated principal amount (within the meaning of the Code) of the Series 2006A Bonds ($2,066,225, an amount equal to 6.81% of the initial principal amount of the Series 2006A Bonds, which is the maximum annual Debt Service Requirement for the Outstanding Series 2006A Bonds shall constitute the initial Debt Service Reserve Requirement for the Series 2006A Bonds) and (ii) at any time after the issuance of the Series 2006A Bonds, the Series 2006A Reserve Account Percentage times the Deemed Outstanding Series 2006A Bonds, and (b) with respect to the Series 2006B Bonds, (i) initially on the date of issuance of the Series 2006B Bonds, an amount equal to the maximum annual interest on the principal amount

4

of the Series 2006B Bonds (initially $2,141,360) and (ii) at any time after the issuance of the Series 2006B Bonds, shall mean the Initial Series 2006B Reserve Account Percentage times the Deemed Outstanding principal amount of the Series 2006B Bonds as of any time of calculation. Notwithstanding the foregoing, in no event shall the Debt Service Reserve Requirement with respect to the Series 2006B Bonds exceed an amount equal to the least of (i) the maximum annual Debt Service Requirement for the Outstanding Series 2006B Bonds, (ii) 125% of the average annual Debt Service Requirement for Outstanding Series 2006B Bonds, and (iii) 10% of the original stated principal amount (within the meaning of the Code) of the Series 2006B Bonds.

"Deemed Outstanding" shall mean (a) with respect to the Series 2006A Bonds, the aggregate Outstanding principal amount of the Series 2006A Bonds reduced by the result of dividing (A) the amount on deposit in the 2006A Prepayment Subaccount in the 2006A Redemption Account by (B) 1 minus the Series 2006A Reserve Account Percentage; and (b) with respect to the Series 2006B Bonds, the aggregate Outstanding principal amount of the Series 2006B Bonds reduced by the result of dividing (A) the amount on deposit in the 2006B Prepayment Subaccount in the 2006B Redemption Account by (B) 1 minus the Series 2006B Reserve Account Percentage.

"Defeasance Securities" shall mean, with respect to the Series 2006 Bonds, to the extent permitted by law, (a) cash deposits (insured at all times by the Federal Deposit Insurance Corporation or otherwise collateralized with obligations described in clause (b) hereof), and (b) direct obligations of the United States of America (including obligations issued or held in book entry form on the books of the Department of Treasury), which are non-callable and non-prepayable.

"Deferred Costs" shall mean the Costs of the Project which have not been paid from the proceeds of Bonds and which are identified by the District to the Trustee in writing as having been advanced under any contract or agreement pursuant to which the District may become obligated to pay for Costs of the Project from the Deferred Costs Subaccount in the Series 2006 Acquisition and Construction Account.

"Deferred Costs Subaccount" shall mean the Subaccount so designated, established as a separate account within the Series 2006 Acquisition and Construction Account pursuant to Section 4.01(a) of this First Supplemental Indenture.

"Developer" shall mean collectively or individually as the context requires, Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, Landmark at Doral Developers, LLC, and any entity which succeeds to all or any part of the interests and assumes any or all of the responsibilities of said entities, as master developer of the District Lands.

"Engineer's Report" shall mean the Engineer's Report prepared for Landmark at Doral Community Development District amended September 21, 2006, as such report may be further amended or supplemented from time to time.

"Indenture" shall mean collectively, the Master Indenture and this First Supplemental Indenture.

"Interest Payment Date" shall mean May 1 and November 1 of each year, commencing November 1, 2006.

"Investment Grade Rating" shall mean a rating on the Series 2006A Bonds of at least "BBB-," "Baa3," or "BBB-," by S&P, Moody's, or Fitch, respectively.

"Master Indenture" shall mean the Master Trust Indenture, dated as of October 1, 2006, by and between the Issuer and the Trustee, as supplemented and amended with respect to matters pertaining solely to the Master Indenture or the Series 2006 Bonds (as opposed to supplements or amendments relating to Series of Bonds other than the Series 2006 Bonds as specifically defined in this First Supplemental Indenture).

"Paying Agent" shall mean U.S. Bank National Association, and its successors and assigns as Paying Agent hereunder.

"Pledged Revenues" shall mean with respect to the Series 2006 Bonds (a) all revenues received by the Issuer from Special Assessments levied and collected on the District Lands benefited by the Project, including, without limitation, amounts received from any foreclosure proceeding for the enforcement of collection of such Special Assessments or from the issuance and sale of tax certificates with respect to such Special Assessments, and (b) all moneys on deposit in the Funds and Accounts established under the Indenture; provided, however, that Pledged Revenues shall not include (A) any moneys transferred to the Rebate Fund, or investment earnings thereon and (B) "special assessments" levied and collected by the Issuer under Section 190.022 of the Act for maintenance purposes or "maintenance special assessments" levied and collected by the Issuer under Section 190.021(3) of the Act (it being expressly understood that the lien and pledge of the Indenture shall not apply to any of the moneys described in the foregoing clauses (A) and (B) of this proviso).

"Prepayment" shall mean the payment by any owner of property of the amount of Special Assessments encumbering its property, in whole or in part, prior to its scheduled due date, including optional prepayments and prepayments which become due pursuant to the "true-up" mechanism contained in the Assessment Resolutions. "Prepayments" shall include, without limitation, Series 2006A Prepayment Principal and Series 2006B Prepayment Principal.

"Registrar" shall mean U.S. Bank National Association, and its successors and assigns as Registrar hereunder.

"Regular Record Date" shall mean the fifteenth day (whether or not a Business Day) of the calendar month next preceding each Interest Payment Date.

"Resolution" shall mean, collectively, (i) Resolution No. 2005-11 of the District dated September 9, 2005, pursuant to which the Issuer authorized the issuance of not exceeding $75,000,000 aggregate principal amount of its special assessment bonds to finance the acquisition and construction of the Project, and (ii) Resolution 2006-08 of the Issuer dated August 10, 2006, pursuant to which the Issuer authorized the issuance of the Series 2006A Bonds and the Series 2006B Bonds in a combined aggregate principal amount not to exceed $75,000,000, to finance a portion of the costs of the Project, specifying the details of the Series 2006 Bonds and delegating authority to the Chairman to award and sell the Series 2006 Bonds.

"Quarterly Redemption Date" shall mean each February 1, May 1, August 1 and November 1.

"Series 2006 Acquisition and Construction Account" shall mean the Account so designated, established as a separate account within the Acquisition and Construction Fund pursuant to Section 4.01(a) of this First Supplemental Indenture.

"Series 2006 Bond Redemption Fund" shall mean the Series 2006 Bond Redemption Fund established pursuant to Section 4.01(g) of this First Supplemental Indenture.

"Series 2006 Bonds" shall mean the Series 2006A Bonds and the Series 2006B Bonds.

"Series 2006 Interest Account" shall mean the Account so designated, established as a separate account within the Debt Service Fund pursuant to Section 4.01(d) of this First Supplemental Indenture.

"Series 2006 Principal Account" shall mean the Account so designated, established as a separate account within the Debt Service Fund pursuant to Section 4.01(c) of this First Supplemental Indenture.

"Series 2006 Revenue Account" shall mean the Account so designated, established as a separate account within the Revenue Fund pursuant to Section 4.01(b) of this First Supplemental Indenture.

"Series 2006A Acquisition and Construction Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Acquisition and Construction Account pursuant to Section 4.01(a) of this First Supplemental Indenture.

"Series 2006A Bonds" shall mean the $30,320,000 aggregate principal amount of Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A, to be issued as fully registered bonds in accordance with the provisions of the Master Indenture and this First Supplemental Indenture, and secured and authorized by the Master Indenture and this First Supplemental Indenture.

"Series 2006A Capitalized Interest Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Interest Account of the Debt Service Fund pursuant to Section 4.01(d) of this First Supplemental Indenture.

"Series 2006A Debt Service Reserve Account" shall mean the Account so designated, established as a separate account within the Debt Service Reserve Fund pursuant to Section 4.01(f) of this First Supplemental Indenture.

"Series 2006A General Account" shall mean the account so designated, established as a separate account under the Series 2006 Bond Redemption Fund pursuant to Section 4.01(g) of this First Supplemental Indenture.

"Series 2006A Interest Subaccount" shall mean the account so designated, established as a separate subaccount under the Series 2006 Interest Account pursuant to section 4.01(d) of this First Supplemental Indenture.

"Series 2006A Prepayment Account" shall mean the account so designated, established as a separate account under the Series 2006 Bond Redemption Fund pursuant to Section 4.01(g) of this First Supplemental Indenture.

"Series 2006A Prepayment Principal" shall mean the portion of a Prepayment corresponding to the principal amount of Series 2006A Special Assessments being prepaid.

"Series 2006A Principal Subaccount" shall mean the subaccount so designated, established as a separate subaccount under the Series 2006 Principal Account pursuant to Section 4.01(d) of the First Supplemental Indenture.

"Series 2006A Reserve Account Percentage" shall mean the result of dividing (i) the Series 2006A Reserve Account Requirement on the date of initial issuance and delivery of the Series 2006A Bonds ($2,066,225) by (ii) the initial Outstanding aggregate principal amount of the Series 2006A Bonds, which equals 6.81%; provided, however, that subsequent to the date on which the Series 2006 Bonds have received an Investment Grade Rating or the date on which the Series 2006 Assessments have been Substantially Absorbed, in each case as evidenced by a certificate to such effect delivered to the Trustee from a Responsible Officer on which the Trustee may conclusively rely, the Series 2006A Reserve Account Percentage shall mean the result of dividing 50% of the maximum annual Debt Service Requirement by the then-Deemed Outstanding principal amount of the Series 2006A Bonds, but only if the amount so determined is less than the amount determined in the preceding clause.

"Series 2006A Revenue Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Revenue Account pursuant to Section 4.01(b) of this First Supplemental Indenture.

"Series 2006A Sinking Fund Account" shall mean the Account so designated, established as a separate account within the Debt Service Fund pursuant to Section 4.01(e) of this First Supplemental Indenture.

"Series 2006A Special Assessments" shall mean a portion of the Special Assessments levied, corresponding in amount to the debt service on the Series 2006A Bonds.

"Series 2006B Acquisition and Construction Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Acquisition and Construction Account pursuant to Section 4.01(a) of this First Supplemental Indenture.

"Series 2006B Bonds" shall mean the $41,180,000 aggregate principal amount of Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006B, to be issued as fully registered Bonds in accordance with the provisions of the Master Indenture and this First Supplemental Indenture, and secured and authorized by the Master Indenture and this First Supplemental Indenture.

"Series 2006B Capitalized Interest Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Interest Account of the Debt Service Fund pursuant to Section 4.01(d) of this First Supplemental Indenture.

"Series 2006B Debt Service Reserve Account" shall mean the account so designated, established as a separate account within the Debt Service Reserve Fund pursuant to Section 4.01(f) of this First Supplemental Indenture.

"Series 2006B General Account" shall mean the Account so designated, established as a separate account within the Series 2006 Bond Redemption Fund pursuant to Section 4.01(g) of this First Supplemental Indenture.

"Series 2006B Interest Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Interest Account pursuant to Section 4.01(d) of the First Supplemental Indenture.

"Series 2006B Prepayment Account" shall mean the account so designated, established as a separate account under the Series 2006 Bond Redemption Fund pursuant to section 4.01(g) of this First Supplemental Indenture.

"Series 2006B Prepayment Principal" shall mean the portion of a Prepayment corresponding to the principal amount of Series 2006B Special Assessments being prepaid.

"Series 2006B Principal Subaccount" shall mean the Account so designated, established as a separate subaccount under the Series 2006 Principal Account pursuant to section 4.01(d) of this First Supplemental Indenture.

"Series 2006B Reserve Account Percentage" is defined to mean the result of dividing (i) the Series 2006B Reserve Account Requirement on the date of initial issuance and delivery of the Series 2006B Bonds ($2,141,360) by (ii) the initial Outstanding aggregate principal amount of the Series 2006B Bonds, which equals (5.20%).

"Series 2006B Revenue Subaccount" shall mean the subaccount so designated, established as a separate subaccount within the Series 2006 Revenue Account pursuant to Section 4.01(b) of this First Supplemental Indenture.

"Series 2006B Special Assessments" shall mean a portion of the Special Assessments levied, corresponding in amount to the debt service on the Series 2006B Bonds.

"Special Assessments" shall mean the non-ad valorem special assessments levied by the Issuer against developable acreage within the District Lands specially benefited by the Project or any portion thereof, pursuant to Section 190.022, Florida Statutes, as amended, and the Assessment Resolutions, and shall include the Series 2006A Special Assessments and the Series 2006B Special Assessments.

"Substantially Absorbed" shall mean the date on which a principal amount of the Series 2006A Special Assessments equaling at least 75% of the then Outstanding principal amount of the Series 2006A Bonds are levied on the District Lands with respect to which a certificate of occupancy has been issued for a residential structure thereon; provided that a certificate of occupancy has been issued for 100% of the commercial space permitted to be developed on the District Lands.

The words "hereof", "herein", "hereto", "hereby", and "hereunder" (except in the forms of Series 2006 Bonds), refer to the entire Indenture.

Every "request", "requisition", "order", "demand", "application", "notice", "statement", "certificate", "consent", or similar action hereunder by the Issuer shall, unless the form or execution thereof is otherwise specifically provided, be in writing signed by a Responsible Officer of the Issuer.

All words and terms importing the singular number shall, where the context requires, import the plural number and vice versa.

[End of Article I]

# ARTICLE II

## THE SERIES 2006 BONDS

SECTION 2.01.    Amounts and Terms of Series 2006 Bonds; Issue of Series 2006 Bonds.  No Series 2006 Bonds may be issued under this First Supplemental Indenture except in accordance with the provisions of this Article and Articles II and III of the Master Indenture.

(a)    The total principal amount of Series 2006A Bonds that may be issued under this First Supplemental Indenture is expressly limited to $30,320,000; provided, however, that the Issuer may issue Bonds hereunder in excess of such amount to refund a portion of the Series 2006A Bonds, to provide for necessary reserves and to pay the costs of issuance of such Bonds, if the Pledged Revenues will be sufficient to pay the principal and interest on such Bonds and/or other obligations without the levy of additional Special Assessments.  The Series 2006A Bonds shall be numbered consecutively from AR-1 and upwards.

(b)    The total principal amount of Series 2006B Bonds that may be issued under this First Supplemental Indenture is expressly limited to $41,180,000; provided, however, that the Issuer may issue Bonds hereunder in excess of such amount to refund a portion of the Series 2006B Bonds, to provide for necessary reserves and to pay the costs of issuance of such Bonds, if the Pledged Revenues will be sufficient to pay the principal and interest on such Bonds and/or other obligations without the levy of additional Special Assessments.  The Series 2006B Bonds shall be numbered consecutively from BR-1 and upwards.

(c)    Any and all Series 2006 Bonds shall be issued substantially in the form attached hereto as Exhibit A or Exhibit B, as the case may be, with such appropriate variations, omissions and insertions as are permitted or required by the Indenture and with such additional changes as may be necessary or appropriate to conform to the provisions of the Resolution.  The Issuer shall issue the Series 2006 Bonds upon execution of this First Supplemental Indenture and satisfaction of the requirements of Section 3.01 of the Master Indenture; and the Trustee shall, at the Issuer's request, authenticate such Series 2006 Bonds and deliver them as specified in the request.

SECTION 2.02.    Execution.  The Series 2006 Bonds shall be executed by the Issuer as set forth in the Master Indenture.

SECTION 2.03.    Authentication.  The Series 2006 Bonds shall be authenticated as set forth in the Master Indenture.  No Series 2006 Bond shall be valid until the certificate of authentication shall have been duly executed by the Trustee, as provided in the Master Indenture.

SECTION 2.04.    Purpose, Designation and Denominations of, and Interest Accruals on, the Series 2006 Bonds.

(a)    The Series 2006A Bonds are being issued hereunder in order to provide funds (i) for the payment of a portion of the costs of the Project, (ii) for the payment of interest on the Series 2006A Bonds through November 1, 2008, (iii) to fund the Series 2006A Debt Service Reserve Account, (iv) to retire, together with other legally available moneys, the District's outstanding Series 2005 Notes, and (v) to pay a portion of the costs of issuance of the Series 2006 Bonds.  The Series 2006A Bonds shall be designated "Landmark at Doral Community

11

Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A", and shall be issued as fully registered bonds without coupons in Authorized Denominations.

(b)    The Series 2006B Bonds are being issued hereunder in order to provide funds (i) for the payment of a portion of the costs of the Project, (ii) for the payment of interest on the Series 2006B Bonds through November 1, 2008, (iii) to fund the Series 2006B Debt Service Reserve Account, (iv) to retire, together with other legally available moneys, the District's outstanding Series 2005 Notes, and (v) to pay a portion of the costs of issuance of the Series 2006 Bonds.  The Series 2006B Bonds shall be designated "Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006B", and shall be issued as fully registered bonds without coupons in Authorized Denominations.

(c)    The Series 2006 Bonds shall be dated October 10, 2006.  Interest on the Series 2006 Bonds shall be payable on each Interest Payment Date to maturity or prior redemption. Interest on the Series 2006 Bonds shall be payable from the most recent Interest Payment Date next preceding the date of authentication thereof to which interest has been paid, unless the date of authentication thereof is a May 1 or November 1 to which interest has been paid, in which case from such date of authentication, or unless the date of authentication thereof is prior to November 1, 2006, in which case from October 10, 2006, or unless the date of authentication thereof is between a Record Date and the next succeeding Interest Payment Date, in which case from such Interest Payment Date.

(d)    Except as otherwise provided in Section 2.07 of this First Supplemental Indenture in connection with a book-entry-only system of registration of the Series 2006 Bonds, the principal or Redemption Price of the Series 2006 Bonds shall be payable in lawful money of the United States of America at the designated corporate trust office of the Paying Agent upon presentation of such Series 2006 Bonds.  Except as otherwise provided in Section 2.07 of this First Supplemental Indenture in connection with a book-entry-only system of registration of the Series 2006 Bonds, the payment of interest on the Series 2006 Bonds shall be made on each Interest Payment Date to the Owners of the Series 2006 Bonds by check or draft drawn on the Paying Agent and mailed on the applicable Interest Payment Date to each Owner as such Owner appears on the Bond Register maintained by the Registrar as of the close of business on the Regular Record Date, at his address as it appears on the Bond Register.  Any interest on any Series 2006 Bond which is payable, but is not punctually paid or provided for on any Interest Payment Date (hereinafter called "Defaulted Interest") shall be paid to the Owner in whose name the Series 2006 Bond is registered at the close of business on a Special Record Date to be fixed by the Trustee, such date to be not more than fifteen (15) nor less than ten (10) days prior to the date of proposed payment.  The Trustee shall cause notice of the proposed payment of such Defaulted Interest and the Special Record Date therefor to be mailed, first-class, postage-prepaid, to each Owner of record as of the fifth (5th) day prior to such mailing, at his address as it appears in the Bond Register not less than ten (10) days prior to such Special Record Date.  The foregoing notwithstanding, any Owner of Series 2006 Bonds in an aggregate principal amount of at least $1,000,000 shall be entitled to have interest paid by wire transfer to such Owner to the bank account number on file with the Paying Agent, upon requesting the same in a writing received by the Paying Agent at least fifteen (15) days prior to the relevant Interest Payment Date, which writing shall specify the bank, which shall be a bank within the United States, and bank account number to which interest payments are to be wired.  Any such request for interest payments by wire transfer shall remain in effect until rescinded or changed, in a writing

12

delivered by the Owner to the Paying Agent, and any such rescission or change of wire transfer instructions must be received by the Paying Agent at least fifteen (15) days prior to the relevant Interest Payment Date.

SECTION 2.05.    Debt Service on the Series 2006 Bonds.

(a)    The Series 2006A Bonds shall mature on May 1, 2038, and bear interest at the rate of 5.50% per annum, subject to the right of prior redemption in accordance with their terms.

(b)    The Series 2006B Bonds will mature on May 1, 2015, and bear interest at the rate of 5.20% per annum, subject to the right of prior redemption in accordance with their terms.

(c)    Interest on the Series 2006 Bonds will be computed in all cases on the basis of a 360 day year of twelve 30 day months.  Interest on overdue principal and, to the extent lawful, on overdue interest will be payable at the numerical rate of interest borne by the Series 2006 Bonds on the day before the default occurred.

SECTION 2.06.    Disposition of Series 2006 Bond Proceeds.

(a)    From the proceeds of the Series 2006A Bonds received by the Trustee,

(i)    $3,053,602.78 representing Capitalized Interest shall be deposited in the Series 2006A Capitalized Interest Subaccount of the Series 2006 Interest Account of the Debt Service Fund,

(ii)    $18,779,698.84 shall be deposited in the Series 2005 Note Payment Fund and used to redeem the Series 2005 Notes,

(iii)    $2,066,225.00 (which is an amount equal to the Debt Service Reserve Requirement in respect of the Series 2006A Bonds) shall be deposited in the Series 2006A Debt Service Reserve Account of the Debt Service Reserve Fund, and

(iv)    $5,965,673.38 constituting all remaining proceeds of the Series 2006A Bonds, shall be deposited in the Series 2006A Acquisition and Construction Subaccount of the Series 2006 Acquisition and Construction Account to be applied to costs of issuance ($97,532.87) and to Project Costs ($5,868,140.51) in accordance with Article V of the Master Indenture.

(b)    From the proceeds of the Series 2006B Bonds received by the Trustee,

(i)    $3,978,844.07 representing Capitalized Interest shall be deposited in the Series 2006B Capitalized Interest Subaccount of the Series 2006 Interest Account of the Debt Service Fund,

(ii)    $2,141,360.00 (which is an amount equal to the Debt Service Reserve Requirement in respect of the Series 2006B Bonds) shall be deposited in the Series 2006B Debt Service Reserve Account of the Debt Service Reserve Fund, and

13

(iii)    $34,442,095.93 constituting all remaining proceeds of the Series 2006B Bonds, shall be deposited in the Series 2006B Acquisition and Construction Subaccount of the Series 2006 Acquisition and Construction Account to be applied to costs of issuance ($134,361.14) and to Project Costs ($34,307,734.79) in accordance with Article V of the Master Indenture.

(c)    Simultaneously with the issuance and delivery of the Series 2006 Bonds, the Trustee shall transfer $1,863.66, representing the unspent proceeds of the Series 2005 Notes, from the Acquisition and Construction Fund established under the Note Resolution to the Interest Account of the Note Payment Fund, to be used immediately to pay accrued and unpaid interest on the Series 2005 Notes upon their redemption.    Thereafter, the Trustee shall close the Acquisition and Construction Fund established under the Note Resolution.

(d)    Upon redemption of the Series 2005 Notes, the Trustee shall transfer any remaining amounts in all funds and accounts established under the Note Resolution to the Series 2006A Acquisition and Construction Subaccount.  Upon such transfer of funds, the Trustee shall close all funds and accounts established under the Note Resolution

SECTION 2.07.    Book-Entry Form of Series 2006 Bonds.  The Series 2006 Bonds shall be issued as one fully registered bond per maturity of each series and deposited with The Depository Trust Company, New York, New York ("DTC"), which is responsible for establishing and maintaining records of ownership for its participants.

The Issuer and the Trustee shall enter into a letter of representations with DTC providing for such book-entry-only system, in accordance with the provisions of Section 2.11 of the Master Indenture.  Such agreement may be terminated at any time by either DTC or the Issuer. In the event of such termination, the Issuer shall select another securities depository. If the Issuer does not replace DTC, the Trustee will register and deliver to the Beneficial Owners replacement Series 2006 Bonds in the form of fully registered Series 2006 Bonds in accordance with instructions from Cede & Co.

SECTION 2.08.    Appointment of Registrar and Paying Agent. The Issuer shall keep, at the designated corporate trust office of the Registrar, books (the "Bond Register") for the registration, transfer and exchange of the Series 2006 Bonds, and hereby appoints U.S. Bank National Association as its Registrar to keep such books and make such registrations, transfers, and exchanges as required hereby.   U.S. Bank National Association hereby accepts its appointment as Registrar and its duties and responsibilities as Registrar hereunder. Registrations, transfers and exchanges shall be without charge to the Bondholder requesting such registration, transfer or exchange, but such Bondholder shall pay any taxes or other governmental charges on all registrations, transfers and exchanges.

The Issuer hereby appoints U.S. Bank National Association as Paying Agent for the Series 2006 Bonds.  U.S. Bank National Association hereby accepts its appointment as Paying Agent and its duties and responsibilities as Paying Agent hereunder.

# ARTICLE III

## REDEMPTION OF SERIES 2006 BONDS

SECTION 3.01.    <u>Redemption Dates and Prices</u>.  The Series 2006 Bonds shall be subject to redemption at the times and in the manner provided in Article VIII of the Master Indenture and in this Article III.  All payments of the Redemption Price of the Series 2006 Bonds shall be made on the dates hereinafter required.  If less than all the Series 2006 Bonds are to be redeemed pursuant to an extraordinary mandatory redemption, the Trustee shall select the Series 2006 Bonds or portions of the Series 2006 Bonds to be redeemed as provided in this Section 3.01.  Partial redemptions of Series 2006 Bonds shall be made in such a manner that the remaining Series 2006 Bonds held by each Bondholder shall be in Authorized Denominations, except for the last remaining Series 2006 Bond of each series.

(a)    <u>Optional Redemption</u>.

(i)    *Series 2006A Bonds.*  The Series 2006A Bonds may, at the option of the Issuer be called for redemption prior to maturity as a whole or in part at any time on or after May 1, 2016 (less than all Series 2006A Bonds to be selected by lot), at a redemption price equal to 100% of the principal amount of the Series 2006A Bonds to be redeemed plus accrued interest from the most recent Interest Payment Date to the redemption date.

(ii)    *Series 2006B Bonds.*  The Series 2006B Bonds are not subject to redemption prior to maturity at the option of the Issuer.

(b)    <u>Extraordinary Mandatory Redemption in Whole or in Part</u>.  The Series 2006 Bonds are subject to extraordinary mandatory redemption prior to maturity by the Issuer in whole, on any date, or in part, with respect to the Series 2006A Bonds, on any Interest Payment Date and with respect to the Series 2006B Bonds in part on any Quarterly Redemption Date, at an extraordinary mandatory redemption price equal to 100% of the principal amount of the Series 2006 Bonds to be redeemed, plus interest accrued to the redemption date, as follows:

(i)    from Series 2006A Prepayment Principal deposited into the Series 2006A Prepayment Account or from Series 2006B Prepayment Principal deposited into the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund following the payment in whole or in part of Special Assessments on any portion of the District Lands specially benefited by the Project in accordance with the provisions of Section 4.05(a) of this First Supplemental Indenture, and, with respect to the Series 2006B Bonds, including excess moneys transferred from the Series 2006B Debt Service Reserve Account to the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund resulting from such Special Assessment prepayments pursuant to Section 4.01(f)(ii)(A) of this First Supplemental Indenture;

(ii)    from moneys, if any, on deposit in the Series 2006A Accounts and Subaccounts or Series 2006B Accounts and Subaccounts in the Series 2006 Funds and Accounts (other than the Rebate Fund) sufficient to pay and redeem all Series 2006A Outstanding Bonds or all Series 2006B Outstanding Bonds, respectively,

and accrued interest thereon to the redemption date or dates in addition to all amounts owed to Persons under the Master Indenture;

(iii)    on or after the Completion Date of the Project, (A) by application of moneys remaining in the Series 2006 Acquisition and Construction Account or in any subaccount thereof not reserved by the Issuer for the payment of any remaining part of the Cost of the Project and/or Deferred Costs, all of which shall be transferred first to the Series 2006B General Account of the Series 2006 Bond Redemption Fund and, to the extent available therefore, credited toward extinguishment of the Special Assessments and applied toward the redemption of the Series 2006B Bonds until no Series 2006B Bonds remain Outstanding, as described in Section 4.01(a) hereof, and then to the Series 2006A General Account of the Series 2006 Bond Redemption Fund and, to the extent available therefore, credited toward extinguishment of the Special Assessments and applied toward the redemption of the Series 2006A Bonds, as described in Section 4.01(a) hereof, in accordance with the manner it has credited such excess moneys toward extinguishment of Series 2006A Special Assessments and/or Series 2006B Special Assessments, as applicable, which the Issuer shall describe to the Trustee in writing; and (B) after November 1, 2008, by application of any moneys transferred from the Series 2006A Capitalized Interest Subaccount or Series 2006B Capitalized Interest Subaccount pursuant to Section 4.01(d) of this First Supplemental Indenture, and applied by the Issuer toward the redemption of the Series 2006B Bonds until no Series 2006B Bonds remain Outstanding and thereafter to the redemption of Series 2006A Bonds;

(iv)    from excess moneys transferred from the Series 2006A Revenue Subaccount or the Series 2006B Revenue Subaccount to the Series 2006A General Account or Series 2006B General Account of the Series 2006 Bond Redemption Fund, respectively, in accordance with Section 6.03 of the Master Indenture and Section 4.02 of this First Supplemental Indenture;

(v)    following condemnation or the sale of any portion of the Project to a governmental entity under threat of condemnation by such governmental entity and the payment of moneys which are not to be used to rebuild, replace or restore the taken portion of the Project to the Trustee by or on behalf of the Issuer for deposit into the Series 2006A General Account and Series 2006B General Account of the Series 2006 Bond Redemption Fund in order to effectuate such redemption, which moneys shall be applied by the Issuer to redeem the Series 2006A Bonds and the Series 2006B Bonds in accordance with the manner it has credited such moneys toward extinguishment of the Series 2006A Special Assessments and Series 2006B Special Assessments, respectively, which the Issuer shall describe to the Trustee in writing;

(vi)    following the damage or destruction of all or substantially all of the Project to such extent that, in the reasonable opinion of the Issuer, the repair and restoration thereof would not be economical or would be impracticable, to the extent of amounts paid by the Issuer to the Trustee for deposit to the Series 2006A General Account or the Series 2006B General Account of the Series 2006 Bond Redemption Fund, which moneys shall be applied by the Issuer to redeem the

16

Series 2006A Bonds and the Series 2006B Bonds in accordance with the manner it has credited such moneys toward extinguishment of Series 2006A Special Assessments and the Series 2006B Special Assessments, respectively, which the Issuer shall describe to the Trustee in writing; provided, however, that at least forty-five (45) days prior to such extraordinary mandatory redemption, the Issuer shall cause to be delivered to the Trustee (x) notice setting forth the redemption date and (y) a certificate of the Consulting Engineer confirming that the repair and restoration of the Project would not be economical or would be impracticable; and

(viii) from amounts on deposit in the Series 2006A Debt Service Reserve Account or the Series 2006B Debt Service Reserve Account in excess of the Debt Service Reserve Requirement for the Series 2006A Bonds or Series 2006B Bonds, respectively, and transferred to the Series 2006A General Account or the Series 2006B General Account of the Series 2006 Bond Redemption Fund in accordance with Section 6.05 of the Master Indenture and Section 4.01(f)(i) or Section 4.01(f)(ii)(B) hereof, as the case may be, to be used for the extraordinary mandatory redemption of the Series 2006A Bonds or the Series 2006B Bonds, respectively.

(c)    Mandatory Sinking Fund Redemption. The Series 2006A Bonds are subject to mandatory redemption in part by the Issuer by lot prior to their scheduled maturity from moneys in the Series 2006A Sinking Fund Account established under the Indenture in satisfaction of applicable Amortization Installments at the Redemption Price of 100% of the principal amount thereof, without premium, together with accrued interest to the date of redemption on May 1 of the years and in the principal amounts set forth below:

| Year (May 1) | Principal Amount | Year (May 1) | Principal Amount |
|---|---|---|---|
| 2009 | $405,000 | 2024 | 930,000 |
| 2010 | 430,000 | 2025 | 980,000 |
| 2011 | 455,000 | 2026 | 1,040,000 |
| 2012 | 480,000 | 2027 | 1,095,000 |
| 2013 | 510,000 | 2028 | 1,160,000 |
| 2014 | 535,000 | 2029 | 1,225,000 |
| 2015 | 565,000 | 2030 | 1,295,000 |
| 2016 | 600,000 | 2031 | 1,365,000 |
| 2017 | 630,000 | 2032 | 1,445,000 |
| 2018 | 670,000 | 2033 | 1,525,000 |
| 2019 | 705,000 | 2034 | 1,610,000 |
| 2020 | 745,000 | 2035 | 1,705,000 |
| 2021 | 790,000 | 2036 | 1,800,000 |
| 2022 | 835,000 | 2037 | 1,900,000 |
| 2023 | 880,000 | 2038[*] | 2,010,000 |

[*] Maturity.

The Series 2006B Bonds are not subject to mandatory sinking fund redemption.

SECTION 3.02.    <u>Notice of Redemption</u>.    When required to redeem Series 2006 Bonds under any provision of this First Supplemental Indenture or directed to redeem Series 2006 Bonds by the Issuer, the Trustee shall give or cause to be given to Owners of the Series 2006 Bonds to be redeemed notice of the redemption, as set forth in Section 8.02 of the Master Indenture.

[End of Article III]

# ARTICLE IV

## ESTABLISHMENT OF CERTAIN FUNDS AND ACCOUNTS; ADDITIONAL COVENANTS OF THE ISSUER; PREPAYMENTS; REMOVAL OF SPECIAL ASSESSMENT LIENS

SECTION 4.01.        Establishment of Certain Funds and Accounts.

(a)        The Trustee shall establish a separate account within the Acquisition and Construction Fund designated as the "Series 2006 Acquisition and Construction Account" and therein, separate subaccounts designated as the "Series 2006A Acquisition and Construction Subaccount," the "Series 2006B Acquisition and Construction Subaccount," and the "Deferred Costs Subaccount," respectively. Proceeds of the Series 2006 Bonds shall be deposited into the Series 2006 Acquisition and Construction Account in the amount set forth in Section 2.06 of this First Supplemental Indenture, together with any excess moneys transferred to the Series 2006 Acquisition and Construction Account and such moneys in the Series 2006 Acquisition and Construction Account shall be applied as set forth in Article V of the Master Indenture and Sections 4.01(a) and 3.01(b)(iii)(A) of this First Supplemental Indenture.

Anything herein or in the Master Indenture to the contrary notwithstanding, until the Deferred Costs are paid in full as evidenced by a certificate of the Issuer to such effect delivered to the Trustee: (i) the Trustee shall not close the Deferred Costs Subaccount in the Series 2006 Acquisition and Construction Account; and (ii) the Trustee shall deposit into the Deferred Costs Subaccount the amounts required to be so transferred pursuant to the provisions hereof which amounts shall be held separate and apart from other amounts on deposit in the Series 2006 Acquisition and Construction Account and shall, subject to the pledge of the Pledged Revenues, including the amounts on deposit in the Deferred Costs Subaccount to the payment of the Series 2006 Bonds, be used to pay Deferred Costs. Deferred Costs shall be paid pursuant to the Acquisition Agreement at the written direction of the Issuer, upon which written direction the Trustee may conclusively rely as to all matters required to be established under the Acquisition Agreement or hereunder in order for payment to be made therefor.

After the Completion Date of the Project and after retaining in the Series 2006 Acquisition and Construction Account, or any subaccount thereof, the amount, if any, of all remaining unpaid Costs of the Project set forth in the Engineers' Certificate establishing such Completion Date, any funds remaining in the Series 2006 Acquisition and Construction Account, the Series 2006A Acquisition and Construction Subaccount, or the Series 2006B Acquisition and Construction Subaccount, shall be transferred to and deposited into the Deferred Costs Subaccount to the extent of any accrued but unpaid Deferred Costs, and the balance, if any, shall be transferred first into the Series 2006B General Account of the Series 2006 Bond Redemption Fund and applied to the extraordinary mandatory redemption of the Series 2006B Bonds, and if no Series 2006B Bonds are Outstanding, then to the Series 2006A General Account of the Series 2006 Bond Redemption Fund and applied to the extraordinary mandatory redemption of the Series 2006A Bonds.

(b)        Pursuant to Section 6.03 of the Master Indenture, the Trustee shall establish a separate account within the Revenue Fund designated as the "Series 2006 Revenue Account", and within such account the "Series 2006A Revenue Subaccount" and the "Series 2006B Revenue Subaccount". Series 2006A Special Assessments (except for Prepayments of Series

19

2006A Special Assessments which shall be deposited in the Series 2006A Prepayment Account) shall be deposited by the Trustee into the Series 2006A Revenue Subaccount and Series 2006B Special Assessments (except for Prepayments of Series 2006B Special Assessments which shall be deposited in the Series 2006B Prepayment Account) shall be deposited by the Trustee into the Series 2006B Revenue Subaccount, both of which shall be applied as set forth in Article VI of the Master Indenture and Section 4.02 of this First Supplemental Indenture.

(c)    Pursuant to Section 6.04 of the Master Indenture, the Trustee shall establish a separate account within the Debt Service Fund designated as the "Series 2006 Principal Account", and within such account the "Series 2006A Principal Subaccount" and the "Series 2006B Principal Subaccount". Moneys shall be deposited into the Series 2006 Principal Account as provided in Article VI of the Master Indenture and Section 4.02 of this First Supplemental Indenture, and applied for the purposes provided therein.

(d)    Pursuant to Section 6.04 of the Master Indenture, the Trustee shall establish a separate account within the Debt Service Fund designated as the "Series 2006 Interest Account" and within such Account, the "Series 2006A Interest Subaccount", the "Series 2006A Capitalized Interest Subaccount", the "Series 2006B Interest Subaccount" and the "Series 2006B Capitalized Interest Subaccount". Moneys deposited into the Series 2006 Interest Account pursuant to the Master Indenture and Section 4.02 of this First Supplemental Indenture, shall be applied for the purposes provided therein and as provided in Section 4.01(d) of this First Supplemental Indenture.

In the event that on November 1, 2008, the amount of proceeds of the Series 2006A Bonds or the Series 2006B Bonds representing Capitalized Interest on deposit in the Series 2006A Capitalized Interest Subaccount or the Series 2006B Capitalized Interest Subaccount exceeds the amount needed for Capitalized Interest with respect to the Series 2006A Bonds or the Series 2006B Bonds, as the case may be, such excess shall be transferred at the written direction of the District Manager from the Series 2006A Capitalized Interest Subaccount or the Series 2006B Capitalized Interest Subaccount first, prior to the completion of the Project to the Series 2006A Acquisition and Construction Subaccount or the Series 2006B Acquisition and Construction Subaccount, respectively, and second, to the Deferred Costs Subaccount of the Series 2006 Acquisition and Construction Account to the extent that there remain any outstanding and unpaid Deferred Costs, then to the Series 2006B General Account of the Series 2006 Bond Redemption Fund and if no Series 2006B Bonds are Outstanding to the Series 2006A General Account of the Series 2006 Bond Redemption Fund, in such manner as the District Manager shall determine and applied, pursuant to Section 3.01(b)(iii)(B) hereof, toward the extraordinary mandatory redemption of the Series 2006B Bonds and the Series 2006A Bonds.

(e)    Pursuant to Section 6.04 of the Master Indenture, the Trustee shall establish a separate account within the Debt Service Fund designated as the "Series 2006A Sinking Fund Account". Moneys shall be deposited into the Series 2006A Sinking Fund Account as provided in Article VI of the Master Indenture and applied for the purposes provided therein and in Section 3.01(c) of this First Supplemental Indenture.

(f)    Pursuant to Section 6.05 of the Master Indenture, the Trustee shall establish two separate accounts within the Debt Service Reserve Fund designated as the "Series 2006A Debt Service Reserve Account" and the "Series 2006B Debt Service Reserve Account". As long as there exists no default under the Indenture and the amounts in the Series 2006A Debt Service

Reserve Account and the Series 2006B Debt Service Reserve Account, as applicable, are not reduced below the Debt Service Reserve Requirement, earnings on investments in the Series 2006A Debt Service Reserve Account and the Series 2006B Debt Service Reserve Account, as applicable, shall be transferred first, prior to November 1, 2008, to the Series 2006A Capitalized Interest Subaccount or the Series 2006B Capitalized Interest Subaccount, respectively, second, prior to the completion of the Project, to the Series 2006A Acquisition and Construction Subaccount and the Series 2006B Acquisition and Construction Subaccount, respectively, third, to the Deferred Costs Subaccount of the Series 2006 Acquisition and Construction Account to the extent that there remain any outstanding and unpaid Deferred Costs, and then into the Series 2006A Revenue Subaccount or Series 2006B Revenue Subaccount of the Series 2006 Revenue Account, as applicable.

(i)    Proceeds of the Series 2006A Bonds shall be deposited into the Series 2006A Debt Service Reserve Account in the amount set forth in Section 2.06(a) of this First Supplemental Indenture, and such moneys, together with any other moneys deposited into the Series 2006A Debt Service Reserve Account pursuant to the Master Indenture, shall be applied for the purposes provided therein and in this Section 4.01(f)(i).  On each March 15 and September 15 (or, if such date is not a Business Day, on the Business Day next preceding such day), the Trustee shall determine the amount on deposit in the Series 2006A Debt Service Reserve Account and transfer any excess therein above the Debt Service Reserve Requirement for the Series 2006A Bonds first, prior to completion of the Project, to the Series 2006 Acquisition and Construction Account, and second to the Deferred Costs Subaccount of the Series 2006 Acquisition and Construction Account to the extent that there remain any outstanding and unpaid Deferred Costs, and then to the Series 2006A General Account of the Series 2006 Bond Redemption Fund for the extraordinary mandatory redemption of Series 2006A Bonds in accordance with Section 3.01(b)(v).

(ii)    Proceeds of the Series 2006B Bonds shall be deposited into the Series 2006B Debt Service Reserve Account in the amount set forth in Section 2.06(b) of this First Supplemental Indenture, and such moneys, together with any other moneys deposited into the Series 2006B Debt Service Reserve Account pursuant to the Master Indenture, shall be applied for the purposes provided therein and in this Section 4.01(f)(ii).  On each December 15, March 15, June 15 and September 15 (or, if such date is not a Business Day, on the Business Day next preceding such day), the Trustee shall determine the amount on deposit in the Series 2006B Debt Service Reserve Account and transfer any excess therein above the Debt Service Reserve Requirement for the Series 2006B Bonds resulting from (A) Series 2006B Special Assessment prepayments to be deposited to the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund to be used, together with any Series 2006B Prepayment Principal on deposit in the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund, for the extraordinary mandatory redemption of Series 2006B Bonds in accordance with Section 3.01(b)(i) and (B) any other cause to be deposited to the Series 2006B General Account of the Series 2006 Bond Redemption Fund for the extraordinary mandatory redemption of Series 2006B Bonds in accordance with Section 3.01(b)(v).

Notwithstanding the foregoing, in the event that the amount of proceeds of the Series 2006B Bonds on deposit in the Series 2006B Debt Service Reserve Account exceeds the Debt Service Reserve Requirement with respect to the Series 2006B Bonds due to a decrease in the amount of Series 2006B Bonds that will be outstanding as a result of an optional prepayment by

the owner of a lot or parcel of land of a Series 2006B Special Assessment against such lot or parcel as provided in Section 4.05(a) of this First Supplemental Indenture, the amount to be released shall be transferred from the Series 2006B Debt Service Reserve Account to the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund, as a credit against the Series 2006B Prepayment Principal otherwise required to be made by the owner of such lot or parcel.

(g)    Pursuant to Section 6.06 of the Master Indenture, the Trustee shall establish a separate Series Bond Redemption Fund designated as the "Series 2006 Bond Redemption Fund" and within such Fund, a "Series 2006A General Account", a "Series 2006B General Account", a "Series 2006A Prepayment Account" and a "Series 2006B Prepayment Account". Except as otherwise provided in this First Supplemental Indenture, moneys to be deposited into the Series 2006 Bond Redemption Fund as provided in Article VI of the Master Indenture shall be deposited to the Series 2006A or Series 2006B General Account of the Series 2006 Bond Redemption Fund.

(i)    Moneys in the Series 2006A or Series 2006B General Account of the Series 2006 Bond Redemption Fund (including all earnings on investments held therein) shall be accumulated therein to be used in the following order of priority, to the extent that the need therefor arises:

FIRST, to make such deposits into the Series 2006 Rebate Fund, if any, as the Issuer may direct in accordance with the Arbitrage Certificate, such moneys thereupon to be used solely for the purposes specified in the Arbitrage Certificate. Any moneys so transferred from the Series 2006A or Series 2006B General Account of the Series 2006 Bond Redemption Fund to the Series 2006 Rebate Fund shall thereupon be free from the lien and pledge of the Indenture;

SECOND, to be used to call for redemption pursuant to Section 3.01(b)(ii), (iii), (iv) and (v) hereof an amount of Series 2006 Bonds equal to the amount of money transferred to the Series 2006A and Series 2006B General Accounts of the Series 2006 Bond Redemption Fund, as the case may be, pursuant to the aforesaid clauses or provisions, as appropriate, for the purpose of such extraordinary mandatory redemption on the dates and at the prices provided in such clauses or provisions, as appropriate; and

THIRD, the remainder to be utilized by the Trustee, at the direction of a Responsible Officer, to either pay any Deferred Costs or call for redemption on each Interest Payment Date on which Series 2006A Bonds are subject to optional redemption pursuant to Section 3.01(a) hereof such amount of Series 2006A Bonds as, with the redemption premium, may be practicable; provided, however, that not less than $5,000 principal amount of Series 2006A Bonds shall be called for redemption at one time.

(ii)    Moneys in the Series 2006A Prepayment Account or the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund (including all earnings on investments held in either such Prepayment Account of the Series 2006 Bond Redemption Fund) shall be accumulated therein to be used as follows, to the extent that the need therefor arises:

To be used to call for redemption pursuant to Section 3.01(b)(i) hereof an amount of Series 2006A Bonds equal to the amount of money transferred to the Series 2006A

Prepayment Account of the Series 2006 Bond Redemption Fund pursuant to the aforesaid clauses or provisions, as appropriate, and as directed by the Issuer pursuant to the Assessment Methodology, for the purpose of such extraordinary mandatory redemption on the dates and at the prices provided in such clauses or provisions, as appropriate.

To be used to call for redemption pursuant to Section 3.01(b)(i) hereof an amount of Series 2006B Bonds equal to the amount of money transferred to the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund pursuant to the aforesaid clauses or provisions, as appropriate, and as directed by the Issuer pursuant to the Assessment Methodology, for the purpose of such extraordinary mandatory redemption on the dates and at the prices provided in such clauses or provisions, as appropriate.

SECTION 4.02.    Series 2006 Revenue Account.    The Trustee shall transfer from amounts on deposit in the Series 2006A Revenue Subaccount and the Series 2006B Revenue Subaccount, respectively, of the Series 2006 Revenue Account to the Funds and Accounts designated below, the following amounts, at the following times and in the following order of priority:

FIRST, upon receipt but no later than the Business Day (i) preceding the first May 1 for which there remains an insufficient amount (A) from Series 2006A Bond proceeds (or investment earnings thereon) on deposit in the Series 2006A Capitalized Interest Subaccount to be applied to the payment of interest on the Series 2006A Bonds due on the next succeeding May 1 and November 1, and (B) from Series 2006B Bond proceeds (or investment earnings thereon) on deposit in the Series 2006B Capitalized Interest Subaccount to be applied to the payment of interest on the Series 2006B Bonds due on the next succeeding May 1 and November 1, and no later than the Business Day next preceding each May 1 thereafter to the Series 2006A Interest Subaccount and the Series 2006B Interest Subaccount, respectively, of the Debt Service Fund, an amount from the Series 2006A Revenue Subaccount equal to the interest on the Series 2006A Bonds and an amount from the Series 2006B Revenue Subaccount equal to the interest on the Series 2006B Bonds becoming due on the next succeeding May 1 and November 1, less any amounts on deposit in the Series 2006A Interest Subaccount or the Series 2006B Interest Subaccount not previously credited and (ii) preceding each February 1 and August 1 an amount from the Series 2006B Revenue Subaccount equal to the accrued interest on the Series 2006B Bonds, if any, to be redeemed on such February 1 or August 1;

SECOND, no later than the Business Day next preceding each May 1, commencing May 1, 2038, to the Series 2006A Principal Subaccount and commencing May 1, 2015, to the Series 2006B Principal Subaccount, respectively, of the Debt Service Fund, an amount from the Series 2006A Revenue Subaccount equal to the principal amount of Series 2006A Bonds Outstanding maturing on such May 1, if any, and an amount from the Series 2006B Revenue Subaccount equal to the principal amount of Series 2006B Bonds Outstanding maturing on such May 1, if any, less any amounts on deposit in the Series 2006A Principal Subaccount or the Series 2006B Principal Subaccount not previously credited;

THIRD, no later than the Business Day next preceding each May 1, commencing May 1, 2009, to the Series 2006A Sinking Fund Account of the Debt Service Fund, an amount from the Series 2006A Revenue Subaccount equal to the principal amount of

23

Series 2006A Bonds subject to sinking fund redemption on such May 1, less any amount on deposit in the Series 2006A Sinking Fund Account not previously credited;

FOURTH, upon receipt but no later than the Business Day next preceding each Interest Payment Date (A) while Series 2006A Bonds remain Outstanding, to the Series 2006A Debt Service Reserve Account, an amount from the Series 2006A Revenue Subaccount equal to the amount, if any, which is necessary to make the amount on deposit therein equal to the Debt Service Reserve Requirement for the Series 2006A Bonds and (B) while Series 2006B Bonds remain Outstanding, to the Series 2006B Debt Service Reserve Account, an amount from the Series 2006B Revenue Subaccount equal to the amount, if any, which is necessary to make the amount on deposit therein equal to the Debt Service Reserve Requirement for the Series 2006B Bonds; and

FIFTH, subject to the following paragraph the balance of any moneys remaining after making the foregoing deposits shall remain in the Series 2006 Revenue Account, unless pursuant to the Arbitrage Certificate it is necessary to make a deposit into the Rebate Fund, in which case the Issuer shall direct the Trustee to make such deposit thereto.

The Trustee shall within ten (10) Business Days after the last Interest Payment Date in any calendar year, withdraw any moneys held for the credit of the Series 2006 Revenue Account which are not otherwise required to be deposited pursuant to this Section and deposit such moneys as directed, first to the Deferred Costs Subaccount of the Series 2006 Acquisition and Construction Account to the extent that there remain any outstanding and unpaid Deferred Costs, and thereafter, to the credit of the Series 2006A General Account or the Series 2006B General Account of the Series 2006 Bond Redemption Fund as determined by the Issuer in accordance with the provisions of this First Supplemental Indenture. Special Assessment prepayments shall be deposited directly into the Series 2006A Prepayment Account or the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund as provided in the Indenture.

SECTION 4.03.    Power to Issue Series 2006 Bonds and Create Lien. The Issuer is duly authorized under the Act and all applicable laws of the State to issue the Series 2006 Bonds, to execute and deliver the Indenture and to pledge the Pledged Revenues for the benefit of the Series 2006 Bonds to the extent set forth herein. The Pledged Revenues are not and shall not be subject to any other lien senior to or on a parity with the lien created in favor of the Series 2006 Bonds, except for Bonds issued to refund a portion of the Series 2006 Bonds or Bonds issued to provide funds for the completion of the Project and as otherwise permitted under the Master Indenture. The Series 2006 Bonds and the provisions of the Indenture are and will be valid and legally enforceable obligations of the Issuer in accordance with their respective terms. The Issuer shall, at all times, to the extent permitted by law, defend, preserve and protect the pledge created by the Indenture and all the rights of the Owners of the Series 2006 Bonds under the Indenture against all claims and demands of all persons whomsoever.

24

SECTION 4.04.    Project to Conform to Plans and Specifications; Changes.    The Issuer will proceed to complete the Project (as described in Exhibit B to the Master Indenture), in accordance with the plans and specifications therefor, as such plans and specifications may be amended by the Issuer from time to time; provided that prior to any such amendment of the plans and specifications for the Project, the Consulting Engineer shall have delivered its certificate approving the proposed amendment to such plans and specifications.

SECTION 4.05.    Prepayments; Removal of Special Assessment Liens.

(a)    At any time any owner of property subject to the Special Assessments may, at its option, or under certain circumstances described in the Assessment Resolutions in connection with Prepayments derived from application of the "true-up" mechanism therein, shall, require the Issuer to reduce or release and extinguish the lien upon its property by virtue of the levy of the Special Assessments by paying to the Issuer all or a portion of the Special Assessment, which shall constitute Series 2006A Prepayment Principal or Series 2006B Prepayment Principal, as directed by the Issuer pursuant to the provisions of Section 4.01(g)(ii) of this First Supplemental Indenture, plus, in the case of Series 2006A Prepayment Principal, accrued interest to the next succeeding Interest Payment Date (or the second succeeding Interest Payment Date if such prepayment is made within 45 calendar days before an Interest Payment Date) and in the case of Series 2006B Prepayment Principal, accrued interest to the next succeeding Quarterly Redemption Date (or the second succeeding Quarterly Redemption Date if such prepayment is made within 45 calendar days before a Quarterly Redemption Date), attributable to the property subject to Special Assessment owned by such owner; provided, however, to the extent that such payments are to be used to redeem Series 2006B Bonds, in the event the amount in the Series 2006B Debt Service Reserve Account will exceed the Debt Service Reserve Requirement for the Series 2006B Bonds as a result of a Prepayment in accordance with this Section 4.05(a) and the resulting redemption in accordance with Section 3.01(b)(i) of this First Supplemental Indenture of Series 2006B Bonds, the excess amount shall be transferred from the Series 2006B Debt Service Reserve Account to the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund, as a credit against the Series 2006B Prepayment Principal otherwise required to be paid by the owner of such lot or parcel.

(b)    Upon receipt of Series 2006A Prepayment Principal or Series 2006B Prepayment Principal as described in paragraph (a) above, subject to satisfaction of the conditions set forth therein, the Issuer shall immediately pay the amount so received to the Trustee, and the Issuer shall take such action as is necessary to record in the official records of the County an affidavit or affidavits, as the case may be, executed by the District Manager, to the effect that the Special Assessment has been paid in whole or in part and that such Special Assessment lien is thereby reduced, or released and extinguished, as the case may be.  Upon receipt of any such moneys from the Issuer the Trustee shall immediately deposit the same into the Series 2006A Prepayment Account or the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund to be applied in accordance with Section 3.01(b)(i) of this First Supplemental Indenture, to the redemption of Series 2006A Bonds or Series 2006B Bonds in accordance with Section 4.01(g)(ii) of this First Supplemental Indenture.

[End of Article IV]

# ARTICLE V

## MISCELLANEOUS PROVISIONS

SECTION 5.01.    <u>Interpretation of Supplemental Indenture</u>.  This First Supplemental Indenture amends and supplements the Master Indenture with respect to the Series 2006 Bonds, and all of the provisions of the Master Indenture, to the extent not inconsistent herewith, are incorporated in this First Supplemental Indenture by reference.   To the maximum extent possible, the Master Indenture and the Supplemental Indenture shall be read and construed as one document.

SECTION 5.02.    <u>Amendments</u>.    Any amendments to this First Supplemental Indenture shall be made pursuant to the provisions for amendment contained in the Master Indenture.

SECTION 5.03.    <u>Counterparts</u>.  This First Supplemental Indenture may be executed in any number of counterparts, each of which when so executed and delivered shall be an original; but such counterparts shall together constitute but one and the same instrument.

SECTION 5.04.    <u>Appendices and Exhibits</u>.  Any and all schedules, appendices or exhibits referred to in and attached to this First Supplemental Indenture are hereby incorporated herein and made a part of this First Supplemental Indenture for all purposes.

SECTION 5.05.    <u>Payment Dates</u>.  In any case in which an Interest Payment Date, Quarterly Redemption Date or maturity date of the Series 2006 Bonds or a date fixed for the redemption of any Series 2006 Bonds shall be other than a Business Day, then payment of interest, principal or Redemption Price need not be made on such date but may be made on the next succeeding Business Day, with the same force and effect as if made on the due date, and no interest on such payment shall accrue for the period after such due date if payment is made on such next succeeding Business Day.

SECTION 5.06.    <u>No Rights Conferred on Others</u>.  Nothing herein contained shall confer any right upon any Person other than the parties hereto and the Holders of the Series 2006 Bonds.

SECTION 5.07.    <u>Collection of Assessments</u>.  Pursuant to Section 9.04 of the Master Trust Indenture and subject to the Issuer entering into a Property Appraiser and Tax Collector Agreement, Special Assessments levied on platted lots and pledged hereunder to secure the Series 2006A Bonds will be collected pursuant to the uniform method for the levy, collection and enforcement of Special Assessments afforded by Sections 197.3631, 197.3632 and 197.3635, <u>Florida Statutes</u>, as amended (the "Uniform Method").   Notwithstanding any provision in the Master Indenture to the contrary, (i) Special Assessments levied on unplatted lots and pledged hereunder to secure the Series 2006A Bonds; and (ii) Special Assessments pledged hereunder to secure the Series 2006B Bonds shall not be collected by the Issuer pursuant to the Uniform Method, unless the Issuer determines that collection pursuant to the Uniform Method, is in the best interests of the District.

[End of Article V]

26

IN WITNESS WHEREOF, Landmark at Doral Community Development District has caused this First Supplemental Trust Indenture to be executed by the Chairman of its Board of Supervisors and its corporate seal to be hereunto affixed and attested by the Secretary of its Board of Supervisors and U.S. Bank National Association has caused this First Supplemental Trust Indenture to be executed by one of its Authorized Agents, all as of the day and year first above written.

[SEAL]

Attest:

_____
Craig A. Wrathell
Secretary, Board of Supervisors

LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT

By: _____
Richard Schuerger
Chairman, Board of Supervisors

U.S. BANK NATIONAL ASSOCIATION, as Trustee, Paying Agent and Registrar

By: _____
Scott A. Schuhle
Vice President

STATE OF FLORIDA         )
                            ) SS:
COUNTY OF BROWARD     )

       On this 4th day of October, 2006, before me, a notary public in and for the State and County aforesaid, personally appeared Richard Schuerger and Craig A. Wrathell, Chairman and Secretary, respectively, of LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT (the "Issuer"), who acknowledged that they did so sign the foregoing instrument as such officers, respectively, for and on behalf of said Issuer; that the same is their free act and deed as such officers, respectively, and the free act and deed of said Issuer; that they respectively appeared before me this day in person and severally acknowledged that they, being thereunto duly authorized, signed, for the uses and purposes therein set forth.

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year in this certificate first above written.

NOTARY PUBLIC, STATE OF FLORIDA



_____
(Name of Notary Public, Print, Stamp or Type as Commissioned)

Notary Public State of Florida
Rebecca C Medley
My Commission DD541891
Expires 05/04/2010

☐    Personally known to me, or
☑    Produced identification:

_Florida D. L._
_____
(Type of Identification Produced)





STATE OF FLORIDA              )
                                         ) SS:
COUNTY OF BROWARD      )

On this 4th day of October, 2006, before me, a notary public in and for the State and County aforesaid, personally appeared Scott A. Schuhle, a Vice President of U.S. Bank National Association, as Trustee, who acknowledged that he did so sign said instrument as such officer for and on behalf of said corporation; that the same is his free act and deed as such officer, respectively, and the free act and deed of said corporation; that he appeared before me on this day in person and acknowledged that he, being thereunto duly authorized and signed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year in this certificate first above written.

NOTARY PUBLIC, STATE OF FLORIDA



(Name of Notary Public, Print, Stamp or Type as Commissioned)

Notary Public State of Florida
Rebecca C Medley
My Commission DD541891
Expires 05/04/2010

☐ Personally known to me, or
☑ Produced identification:

Florida D.L.

(Type of Identification Produced)

29

<u>SCHEDULE I</u>

## DESCRIPTION OF THE PROJECT

The Project consists of the following master infrastructure improvements, as such improvements may be modified from time to time by the Consulting Engineer in an Engineer's Report approved by the Board:

| Description | Estimated Cost |
|---|---|
| Roadway Improvements | $40,661,446 |
| Public Parking Garage | 14,688,227 |
| Stormwater Management | 12,805,848 |
| Water Distribution | 1,957,803 |
| Sanitary Sewer | 3,922,245 |
| Outdoor Recreational Areas | 1,570,553 |
| **TOTAL** | **$75,606,122** |

**EXHIBIT A**

[FORM OF SERIES 2006A BOND]

AR-1                                                                            $30,320,000

UNITED STATES OF AMERICA
STATE OF FLORIDA

LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT
(CITY OF DORAL, FLORIDA)
SPECIAL ASSESSMENT BOND, SERIES 2006A

| Interest Rate | Maturity Date | Dated Date | CUSIP |
|---|---|---|---|
| 5.50% | May 1, 2038 | October 10, 2006 | 51504N AB9 |

REGISTERED OWNER:  CEDE & CO.

PRINCIPAL AMOUNT: THIRTY MILLION THREE HUNDRED TWENTY THOUSAND DOLLARS

KNOW ALL PERSONS BY THESE PRESENTS that Landmark at Doral Community Development District (the "Issuer"), for value received, hereby promises to pay to the registered owner shown above or registered assigns, on the date specified above, from the sources hereinafter mentioned, upon presentation and surrender hereof at the designated corporate trust office of U.S. Bank National Association located in Miami, Florida, as paying agent (said bank and/or any bank or trust company to become successor paying agent being herein called the "Paying Agent"), the principal amount set forth above with interest thereon at the rate per annum set forth above, payable on the first day of May and November of each year, commencing November 1, 2006. Principal of this Bond is payable at the designated corporate trust office of U.S. Bank National Association located in Miami, Florida, in lawful money of the United States of America. Except when registration of this Bond is being maintained pursuant to a book-entry-only system, interest on this Bond is payable by check or draft of the Paying Agent made payable to the registered owner and mailed to the address of the registered owner as such name and address shall appear on the registry books of the Issuer maintained by U.S. Bank National Association, as Registrar (said Registrar and any successor Registrar being herein called the "Registrar") at the close of business on the fifteenth day of the calendar month preceding each interest payment date or the date on which the principal of this Bond is to be paid (the "Record Date"). Such interest shall be payable from the most recent interest payment date next preceding the date of authentication hereof to which interest has been paid, unless the date of authentication hereof is a May 1 or November 1 to which interest has been paid, in which case from such date of authentication, or unless the date hereof is prior to November 1, 2006, in which case from October 10, 2006, or unless the date of authentication hereof is between a Record Date and the next succeeding interest payment date, in which case from such interest payment date. Any such interest not so punctually paid or duly provided for shall forthwith cease to be payable to the registered owner on such Record Date and may be paid to the person in whose name this Bond is registered at the close of business on a Special Record Date for the payment of such defaulted interest to be fixed by the Paying Agent, notice whereof shall be given to Bondholders of record as of the fifth (5th) day prior to such mailing, at their registered addresses, not less than ten (10)

A-1

days prior to such Special Record Date, or may be paid, at any time in any other lawful manner, as more fully provided in the Indenture (defined below). The foregoing notwithstanding, any Owner of Bonds in an aggregate principal amount of at least $1,000,000 shall be entitled to have interest paid by wire transfer to such Owner to the bank account number on file with the Paying Agent, upon requesting the same in a writing received by the Paying Agent at least fifteen (15) days prior to the relevant Interest Payment Date, which writing shall specify the bank, which shall be a bank within the United States, and bank account number to which interest payments are to be wired. Any such request for interest payments by wire transfer shall remain in effect until rescinded or changed, in a writing delivered by the Owner to the Paying Agent, and any such rescission or change of wire transfer instructions must be received by the Paying Agent at least fifteen (15) days prior to the relevant Interest Payment Date.

THE BONDS ARE LIMITED OBLIGATIONS OF THE ISSUER PAYABLE SOLELY OUT OF THE PLEDGED REVENUES PLEDGED THEREFOR UNDER THE INDENTURE AND NEITHER THE PROPERTY, THE FULL FAITH AND CREDIT, NOR THE TAXING POWER OF THE ISSUER, CITY OF DORAL, FLORIDA, MIAMI-DADE COUNTY, FLORIDA, THE STATE OF FLORIDA, OR ANY POLITICAL SUBDIVISION THEREOF, IS PLEDGED AS SECURITY FOR THE PAYMENT OF THE BONDS, EXCEPT THAT THE ISSUER IS OBLIGATED UNDER THE INDENTURE TO LEVY, AND TO EVIDENCE AND CERTIFY, OR CAUSE TO BE CERTIFIED, FOR COLLECTION, SPECIAL ASSESSMENTS (AS DEFINED IN THE INDENTURE) TO SECURE AND PAY THE BONDS. THE BONDS DO NOT CONSTITUTE AN INDEBTEDNESS OF THE ISSUER, MIAMI-DADE COUNTY, FLORIDA, THE STATE OF FLORIDA, OR ANY POLITICAL SUBDIVISION THEREOF WITHIN THE MEANING OF ANY CONSTITUTIONAL OR STATUTORY PROVISION OR LIMITATION.

This Bond shall not be valid or become obligatory for any purpose or be entitled to any benefit or security under the Indenture until it shall have been authenticated by execution of the Trustee, or such other authenticating agent as may be appointed by the Trustee under the Indenture, of the certificate of authentication endorsed hereon.

This Bond is one of an authorized series of Bonds of Landmark at Doral Community Development District (the "District"), a community development district duly created, organized and existing under Chapter 190, Florida Statutes (the Uniform Community Development District Act of 1980), as amended (the "Act") designated as "Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A (the "Series 2006A Bonds"), in the aggregate principal amount of $30,320,000 of like date, tenor and effect, except as to number. Simultaneously with the issuance of the Series 2006A Bonds, the District is issuing on a parity with the Series 2006A Bonds its Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006B in the aggregate principal amount of $41,180,000 (the "Series 2006B Bonds" and, together with the Series 2006A Bonds, the "Series 2006 Bonds" or the "Bonds"). The Series 2006 Bonds are being issued under authority of the laws and Constitution of the State of Florida, including particularly the Act. Proceeds of the Series 2006A Bonds shall be used (i) to pay a portion of the costs of the Project (ii) to pay interest on the 2006A Bonds through November 1, 2008, (iii) to fund the Debt Service Reserve Requirement for the Series 2006A Bonds, (iv) to retire, together with other legally available moneys, the District's outstanding Series 2005 Notes, and (v) to pay a portion of the costs of issuance of the Series 2006 Bonds. The Series 2006 Bonds shall be issued as fully registered Bonds in authorized denominations, as set forth in the Indenture. The Series 2006 Bonds are issued under, and are secured and governed by, a Master Trust Indenture

A-2

dated as of October 1, 2006 (the "Master Indenture"), by and between the Issuer and the Trustee and a First Supplemental Trust Indenture dated as of October 1, 2006 (the "First Supplemental Indenture"), by and between the Issuer and the Trustee (the Master Indenture and the First Supplemental Indenture together are referred to herein as the "Indenture"), executed counterparts of which are on file at the designated corporate trust office of the Trustee in Miami, Florida.

Reference is hereby made to the Indenture for the provisions, among others, with respect to the custody and application of the proceeds of the Series 2006 Bonds issued under the Indenture, the operation and application of the Series 2006A Debt Service Reserve Account and other Funds and Accounts (each as defined in the Indenture) charged with and pledged to the payment of the principal of and interest on the Series 2006A Bonds, the levy, and the evidencing and certifying for collection, of Special Assessments, the nature and extent of the security for the Series 2006A Bonds, the terms and conditions on which the Series 2006A Bonds are issued and on which Additional Bonds and Refunding Bonds (all as defined in the Indenture) may be issued on a parity herewith, the rights, duties and obligations of the Issuer and of the Trustee under the Indenture, the conditions under which such Indenture may be amended without the consent of the registered owners of Bonds, the conditions under which such Indenture may be amended with the consent of the registered owners of a majority in aggregate principal amount of the Series 2006 Bonds outstanding, and as to other rights and remedies of the registered owners of the Series 2006A Bonds.

The owner of this Bond shall have no right to enforce the provisions of the Indenture or to institute action to enforce the covenants therein, or to take any action with respect to any event of default under the Indenture or to institute, appear in or defend any suit or other proceeding with respect thereto, except as provided in the Indenture.

It is expressly agreed by the owner of this Bond that such owner shall never have the right to require or compel the exercise of the ad valorem taxing power of the Issuer, City of Doral, Florida, Miami-Dade County, Florida, the State of Florida or any other political subdivision thereof, or taxation in any form of any real or personal property of the Issuer, City of Doral, Florida, Miami-Dade County, Florida, the State of Florida or any other political subdivision thereof, for the payment of the principal of, premium, if any, and interest on this Bond or the making of any other sinking fund and other payments provided for in the Indenture, except for Special Assessments to be assessed and levied by the Issuer as set forth in the Indenture.

By the acceptance of this Bond, the owner hereof assents to all the provisions of the Indenture.

This Bond is payable from and secured by Pledged Revenues, as such term is defined in the Indenture, all in the manner provided in the Indenture. The Indenture provides for the levy, and the evidencing and certifying, of non ad valorem assessments in the form of Special Assessments to secure and pay the Series 2006A Bonds.

The Series 2006A Bonds are subject to redemption prior to maturity in the amounts, at the times and in the manner provided below. All payments of the redemption price of the Series 2006A Bonds shall be made on the dates specified below. Except as otherwise provided in the Indenture, if less than all the Series 2006 Bonds are to be redeemed pursuant to an extraordinary mandatory redemption, the Trustee shall select the Series 2006 Bonds or portions of the Series 2006 Bonds to be redeemed pro rata between the Series 2006A Bonds and the Series 2006B

Bonds based on the original principal amount Outstanding and within each Series, by lot. Partial redemption of Series 2006A Bonds shall be made in such a manner that the remaining 2006A Bonds held by each Bondholder shall be in Authorized Denominations.

Optional Redemption

The Series 2006A Bonds may, at the option of the District, be called for redemption prior to maturity as a whole or in part at any time on or after May 1, 2016 (less than all Series 2006A Bonds to be selected by lot), at a redemption price equal to 100% of the principal amount of the Series 2006A Bonds to be redeemed plus accrued interest from the most recent Interest Payment Date to the redemption date.

Extraordinary Mandatory Redemption

The Series 2006 Bonds are subject to extraordinary mandatory redemption prior to maturity by the Issuer in whole, on any date, or in part, on any Interest Payment Date, at an extraordinary mandatory redemption price equal to 100% of the principal amount of the Series 2006 Bonds to be redeemed, plus interest accrued to the redemption date, as follows:

(i)     from Series 2006A Prepayment Principal deposited into the Series 2006A Prepayment Account of the Series 2006 Bond Redemption Fund following the payment in whole or in part of Special Assessments on any portion of the District Lands specially benefited by the Project in accordance with the provisions of Section 4.05(a) of the First Supplemental Indenture;

(ii)     from moneys, if any, on deposit in the Series 2006A Accounts and Subaccounts in the Series 2006 Funds and Accounts (other than the Rebate Fund) sufficient to redeem all Series 2006A Outstanding Bonds and accrued interest thereon to the redemption date or dates in addition to all amounts owed to Persons under the Master Indenture;

(iii)     on or after the Completion Date of the Project, (A) by application of moneys remaining in the Series 2006 Acquisition and Construction Account or in any subaccount thereof not reserved by the Issuer for the payment of any remaining part of the Cost of the Project and/or Deferred Costs, all of which shall be transferred first to the Series 2006B General Account of the Series 2006 Bond Redemption Fund and credited toward extinguishment of the Special Assessments and applied toward the redemption of the Series 2006B Bonds until no Series 2006B Bonds remain Outstanding, as described in Section 4.01(a) of the First Supplemental Indenture, and then to the Series 2006A General Account of the Series 2006 Bond Redemption Fund and credited toward extinguishment of the Special Assessments and applied toward the redemption of the Series 2006A Bonds, as described in Section 4.01(a) of the First Supplemental Indenture, in accordance with the manner it has credited such excess moneys toward extinguishment of Series 2006A Special Assessments and/or Series 2006B Special Assessments, as applicable, which the Issuer shall describe to the Trustee in writing; and (B) after November 1, 2008, by application of any moneys transferred from the Series 2006A Capitalized Interest Subaccount or Series 2006B Capitalized Interest Subaccount pursuant to Section 4.01(d) of the First Supplemental Indenture, and applied by the Issuer toward the redemption of the Series 2006B Bonds until no Series 2006B Bonds remain Outstanding and thereafter to the redemption of Series 2006A Bonds;

A-4

(iv)    from excess moneys transferred from the Series 2006A Revenue Subaccount to the Series 2006A General Account of the Series 2006 Bond Redemption Fund, in accordance with Section 6.03 of the Master Indenture and Section 4.02 of the First Supplemental Indenture;

(v)    following condemnation or the sale of any portion of the Project to a governmental entity under threat of condemnation by such governmental entity and the payment of moneys which are not to be used to rebuild, replace or restore the taken portion of the Project to the Trustee by or on behalf of the Issuer for deposit into the Series 2006A General Account and Series 2006B General Account of the Series 2006 Bond Redemption Fund in order to effectuate such redemption, which moneys shall be applied by the Issuer to redeem the Series 2006A Bonds and the Series 2006B Bonds in accordance with the manner it has credited such moneys toward extinguishment of the Series 2006A Special Assessments and Series 2006B Special Assessments, respectively, which the Issuer shall describe to the Trustee in writing;

(vi)    following the damage or destruction of all or substantially all of the Project to such extent that, in the reasonable opinion of the Issuer, the repair and restoration thereof would not be economical or would be impracticable, to the extent of amounts paid by the Issuer to the Trustee for deposit into the Series 2006A General Account or the Series 2006B General Account of the Series 2006 Bond Redemption Fund, which moneys shall be applied by the Issuer to redeem the Series 2006A Bonds and the Series 2006B Bonds in accordance with the manner it has credited such moneys toward extinguishment of Series 2006A Special Assessments and the Series 2006B Special Assessments, respectively, which the Issuer shall describe to the Trustee in writing; provided, however, that at least forty-five (45) days prior to such extraordinary mandatory redemption, the Issuer shall cause to be delivered to the Trustee (x) notice setting forth the redemption date and (y) a certificate of the Consulting Engineer confirming that the repair and restoration of the Project would not be economical or would be impracticable; and

(viii)    from amounts on deposit in the Series 2006A Debt Service Reserve Account in excess of the Debt Service Reserve Requirement for the Series 2006A Bonds and transferred to the Series 2006A General Account of the Series 2006 Bond Redemption Fund in accordance with Section 6.05 of the Master Indenture and Section 4.01(f)(i) of the First Supplemental Indenture to be used for the extraordinary mandatory redemption of the Series 2006A Bonds.

Mandatory Sinking Fund Redemption.

The Series 2006A Bonds are subject to mandatory redemption in part by the District by lot prior to their scheduled maturity from moneys in the Series 2006A Sinking Fund Account established under the Indenture in satisfaction of applicable Amortization Installments at the Redemption Price of 100% of the principal amount thereof, without premium, together with accrued interest to the date of redemption on May 1 of the years and in the principal amounts set forth below:

A-5

| Year (May 1) | Principal Amount |
|---|---|
| 2009 | $405,000 |
| 2010 | 430,000 |
| 2011 | 455,000 |
| 2012 | 480,000 |
| 2013 | 510,000 |
| 2014 | 535,000 |
| 2015 | 565,000 |
| 2016 | 600,000 |
| 2017 | 630,000 |
| 2018 | 670,000 |
| 2019 | 705,000 |
| 2020 | 745,000 |
| 2021 | 790,000 |
| 2022 | 835,000 |
| 2023 | 880,000 |
| 2024 | 930,000 |
| 2025 | 980,000 |
| 2026 | 1,040,000 |
| 2027 | 1,095,000 |
| 2028 | 1,160,000 |
| 2029 | 1,225,000 |
| 2030 | 1,295,000 |
| 2031 | 1,365,000 |
| 2032 | 1,445,000 |
| 2033 | 1,525,000 |
| 2034 | 1,610,000 |
| 2035 | 1,705,000 |
| 2036 | 1,800,000 |
| 2037 | 1,900,000 |
| 2038* | 2,010,000 |

\* Maturity.

## Notice of Redemption

The Trustee shall cause notice of redemption to be mailed at least thirty but not more than sixty days prior to the date of redemption to all registered owners of Bonds to be redeemed (as such owners appear on the books of the Registrar on the fifth (5th) day prior to such mailing) and to certain additional parties as set forth in the Indenture; provided, however, that failure to mail any such notice or any defect in the notice or the mailing thereof shall not affect the validity of the redemption of the Bonds for which such notice was duly mailed in accordance with the Indenture. If less than all of the Bonds shall be called for redemption, the notice of redemption shall specify the Bonds to be redeemed. On the redemption date, the Bonds called for redemption will be payable at the designated corporate trust office of the Paying Agent and on such date interest shall cease to accrue, such Bonds shall cease to be entitled to any benefit under the Indenture and such Bonds shall not be deemed to be outstanding under the provisions of the Indenture and the owners of such Bonds shall have no rights in respect thereof except to receive payment of the redemption price thereof. If the amount of funds so deposited with the Trustee, or otherwise available, is insufficient to pay the redemption price and interest on all Bonds so called for redemption on such date, the Trustee shall redeem and pay on such date an amount of such Bonds for which such funds are sufficient, selecting the Bonds to be redeemed by lot from among all such Bonds called for redemption on such date, and interest on any Bonds not paid shall continue to accrue, as provided in the Indenture.

A-6

This Bond shall be issued initially pursuant to a book-entry-only system administered by The Depository Trust Company, New York, New York ("DTC"), which shall act as securities depository for the Bonds, with no physical distribution of Bonds to be made. Any provisions of the Indenture or this Bond requiring physical delivery of Bonds shall, under the book-entry-only system, be deemed to be satisfied by a notation on the records maintained by DTC of ownership interests of its participants ("DTC Participants") and other institutions that clear through or maintain a custodial relationship with a DTC Participant, either directly or indirectly ("Indirect Participants"). DTC Participants and Indirect Participants will be responsible for maintaining records with respect to the beneficial ownership interests of individual purchasers of the Bonds ("Beneficial Owners").

This Bond shall initially be issued in the name of Cede & Co. as nominee for DTC, and so long as this Bond is held in book-entry-only form Cede & Co. shall be considered the registered owner for all purposes hereof, including the payment of the principal of and interest on this Bond. Payment to DTC Participants shall be the responsibility of DTC. Payments by DTC Participants to Indirect Participants, and by DTC Participants and Indirect Participants to individual Beneficial Owners shall be the responsibility of DTC Participants and Indirect Participants and not of DTC, the Issuer or the Trustee.

The Issuer shall keep books for the registration of the Bonds at the designated corporate trust office of the Registrar in Miami, Florida. Except when registration of the Bonds is being maintained pursuant to a book-entry-only system, the Bonds may be transferred or exchanged by the registered owner thereof in person or by his attorney duly authorized in writing only upon the books of the Issuer kept by the Registrar and only upon surrender thereof together with a written instrument of transfer satisfactory to the Registrar duly executed by the registered owner or his duly authorized attorney. In all cases in which the privilege of transferring or exchanging Bonds is exercised, the Issuer shall execute and the Trustee or such other authenticating agent as may be appointed by the Trustee under the Indenture shall authenticate and deliver a new Bond or Bonds in authorized form and in like aggregate principal amount in accordance with the provisions of the Indenture. There shall be no charge for any such exchange or transfer of Bonds, but the Issuer may require payment of a sum sufficient to pay any tax, fee or other governmental charge imposed. Neither the Issuer nor the Registrar shall be required (a) to transfer or exchange Bonds for a period of 15 days next preceding any selection of Bonds to be redeemed or thereafter until after the mailing of any notice of redemption; or (b) to transfer or exchange any Bond called for redemption in whole or in part.

The Issuer, the Trustee, the Paying Agent and the Registrar may deem and treat the person in whose name any Bond shall be registered upon the books kept by the Registrar as the absolute owner thereof (whether or not such Bond shall be overdue and notwithstanding any notation of ownership or other writing thereon made by anyone other than the Issuer, the Trustee, the Paying Agent or the Registrar) for the purpose of receiving payment of or on account of the principal of, premium, if any, and interest on such Bond as the same becomes due, and for all other purposes. All such payments so made to any such registered owner or upon his order shall be valid and effectual to satisfy and discharge the liability upon such Bond to the extent of the sum or sums so paid, and neither the Issuer, the Trustee, the Paying Agent, nor the Registrar shall be affected by any notice to the contrary.

It is hereby certified and recited that all acts, conditions and things required to exist, to happen, and to be performed, precedent to and in the issuance of this Bond exist, have happened and have been performed in regular and due form and time as required by the laws and

A-7

Constitution of the State of Florida applicable thereto, including particularly the Act, and that the issuance of this Bond, and of the issue of the Bonds of which this Bond is one, is in full compliance with all constitutional and statutory limitations or provisions.

IN WITNESS WHEREOF, Landmark at Doral Community Development District has caused this Bond to be signed by the manual signature of the Chairman of its Board of Supervisors and a facsimile of its seal to be imprinted hereon, and attested by the manual signature of the Secretary of its Board of Supervisors, all as of the date hereof.

LANDMARK AT DORAL COMMUNITY
DEVELOPMENT DISTRICT


By:_____
       Chairman, Board of Supervisors

(SEAL)

Attest:

By:_____
    Secretary
    Board of Supervisors

## STATEMENT OF VALIDATION

This Bond is one of a series of Bonds which were validated by judgment of the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, Florida, rendered on the 1st day of November, 2005.

_____
Chairman


_____
Secretary

## CERTIFICATE OF AUTHENTICATION

This Bond is one of the Bonds delivered pursuant to the within mentioned Indenture.

Date of Authentication: October 10, 2006

U.S. Bank National Association, as Trustee

By:_____
                   Authorized Signatory

A-10

## ABBREVIATIONS

The following abbreviations, when used in the inscription on the face of the within Bond, shall be construed as though they were written out in full according to applicable laws or regulations.

TEN COM      as tenants in common
TEN ENT      as tenants by the entireties
JT TEN       as joint tenants with the right of survivorship and not as tenants in common

UNIFORM GIFT MIN ACT - _____ Custodian
                          (Cust)                    (Minor)
        under Uniform Gifts to Minors ___Act
        (State)
Additional abbreviations may also be used though not in the above list.
**********************************

## ASSIGNMENT

For value received, the undersigned hereby sells, assigns and transfers unto
_____ the within Bond and all rights thereunder, and hereby irrevocably constitutes and appoints _____, attorney to transfer the said Bond on the books of the Issuer, with full power of substitution in the premises.

Dated:

Social Security Number or
Employer Identification
Number of Transferee:

Signature guaranteed:

NOTICE:     The assignor's signature to this Assignment must correspond with the name as it appears on the face of the within Bond in every particular without alteration or any change whatever.

A-11

EXHIBIT B

[FORM OF SERIES 2006B BOND]

BR-1                                                                                                    $41,180,000

UNITED STATES OF AMERICA
STATE OF FLORIDA

LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT
(CITY OF DORAL, FLORIDA)
SPECIAL ASSESSMENT BOND, SERIES 2006B

| Interest Rate | Maturity Date | Dated Date | CUSIP |
|---|---|---|---|
| 5.20% | May 1, 2015 | October 10, 2006 | 51504N AC7 |

REGISTERED OWNER: CEDE & CO.

PRINCIPAL AMOUNT: FORTY ONE MILLION ONE HUNDRED EIGHTY THOUSAND DOLLARS

KNOW ALL PERSONS BY THESE PRESENTS that Landmark at Doral Community Development District (the "Issuer"), for value received, hereby promises to pay to the registered owner shown above or registered assigns, on the date specified above, from the sources hereinafter mentioned, upon presentation and surrender hereof at the designated corporate trust office of U.S. Bank National Association located in Miami, Florida, as paying agent (said bank and/or any bank or trust company to become successor paying agent being herein called the "Paying Agent"), the principal amount set forth above with interest thereon at the rate per annum set forth above, payable on the first day of May and November of each year, commencing November 1, 2006. Principal of this Bond is payable at the designated corporate trust office of U.S. Bank National Association located in Miami, Florida, in lawful money of the United States of America. Except when registration of this Bond is being maintained pursuant to a book-entry-only system, interest on this Bond is payable by check or draft of the Paying Agent made payable to the registered owner and mailed to the address of the registered owner as such name and address shall appear on the registry books of the Issuer maintained by U.S. Bank National Association, as Registrar (said Registrar and any successor Registrar being herein called the "Registrar") at the close of business on the fifteenth day of the calendar month preceding each interest payment date or the date on which the principal of this Bond is to be paid (the "Record Date"). Such interest shall be payable from the most recent interest payment date next preceding the date of authentication hereof to which interest has been paid, unless the date of authentication hereof is a May 1 or November 1 to which interest has been paid, in which case from such date of authentication, or unless the date hereof is prior to November 1, 2006, in which case from October 10, 2006, or unless the date of authentication hereof is between a Record Date and the next succeeding interest payment date, in which case from such interest payment date. Any such interest not so punctually paid or duly provided for shall forthwith cease to be payable to the registered owner on such Record Date and may be paid to the person in whose name this Bond is registered at the close of business on a Special Record Date for the payment of such defaulted interest to be fixed by the Paying Agent, notice whereof shall be given to Bondholders of record as of the fifth (5th) day prior to such mailing, at their registered addresses, not less than ten (10)

B-1

days prior to such Special Record Date, or may be paid, at any time in any other lawful manner, as more fully provided in the Indenture (defined below). The foregoing notwithstanding, any Owner of Bonds in an aggregate principal amount of at least $1,000,000 shall be entitled to have interest paid by wire transfer to such Owner to the bank account number on file with the Paying Agent, upon requesting the same in a writing received by the Paying Agent at least fifteen (15) days prior to the relevant Interest Payment Date, which writing shall specify the bank, which shall be a bank within the United States, and bank account number to which interest payments are to be wired. Any such request for interest payments by wire transfer shall remain in effect until rescinded or changed, in a writing delivered by the Owner to the Paying Agent, and any such rescission or change of wire transfer instructions must be received by the Paying Agent at least fifteen (15) days prior to the relevant Interest Payment Date.

THE BONDS ARE LIMITED OBLIGATIONS OF THE ISSUER PAYABLE SOLELY OUT OF THE PLEDGED REVENUES PLEDGED THEREFOR UNDER THE INDENTURE AND NEITHER THE PROPERTY, THE FULL FAITH AND CREDIT, NOR THE TAXING POWER OF THE ISSUER, MIAMI-DADE COUNTY, FLORIDA, THE STATE OF FLORIDA, OR ANY POLITICAL SUBDIVISION THEREOF, IS PLEDGED AS SECURITY FOR THE PAYMENT OF THE BONDS, EXCEPT THAT THE ISSUER IS OBLIGATED UNDER THE INDENTURE TO LEVY, AND TO EVIDENCE AND CERTIFY, OR CAUSE TO BE CERTIFIED, FOR COLLECTION, SPECIAL ASSESSMENTS (AS DEFINED IN THE INDENTURE) TO SECURE AND PAY THE BONDS. THE BONDS DO NOT CONSTITUTE AN INDEBTEDNESS OF THE ISSUER, MIAMI-DADE COUNTY, FLORIDA, THE STATE OF FLORIDA, OR ANY POLITICAL SUBDIVISION THEREOF WITHIN THE MEANING OF ANY CONSTITUTIONAL OR STATUTORY PROVISION OR LIMITATION.

This Bond is one of an authorized series of Bonds of Landmark at Doral Community Development District (the "District"), a community development district duly created, organized and existing under Chapter 190, Florida Statutes (the Uniform Community Development District Act of 1980), as amended (the "Act") designated as "Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006B (the "Series 2006B Bonds"), in the aggregate principal amount of $41,180,000 of like date, tenor and effect, except as to number. Simultaneously with the issuance of the Series 2006B Bonds, the District is issuing on a parity with the Series 2006B Bonds its Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A in the aggregate principal amount of $30,320,000 (the "Series 2006A Bonds" and, together with the Series 2006B Bonds, the "Series 2006 Bonds" or the "Bonds"). The Series 2006 Bonds are being issued under authority of the laws and Constitution of the State of Florida, including particularly the Act. Proceeds of the Series 2006B Bonds shall be used (i) to pay a portion of the costs of the Project (ii) to pay interest on the 2006B Bonds through November 1, 2008, (iii) to fund the Debt Service Reserve Requirement for the Series 2006B Bonds, (iv) to retire, together with other legally available moneys, the District's outstanding Series 2005 Notes, and (v) to pay a portion of the costs of issuance of the Series 2006 Bonds. The Series 2006 Bonds shall be issued as fully registered Bonds in authorized denominations, as set forth in the Indenture. The Series 2006 Bonds are issued under, and are secured and governed by, a Master Trust Indenture dated as of October 1, 2006 (the "Master Indenture"), by and between the Issuer and the Trustee and a First Supplemental Trust Indenture dated as of October 1, 2006 (the "First Supplemental Indenture"), by and between the Issuer and the Trustee (the Master Indenture and the First Supplemental Indenture together are referred to herein as the "Indenture"), executed counterparts of which are on file at the designated corporate trust office of the Trustee in Miami, Florida.

Reference is hereby made to the Indenture for the provisions, among others, with respect to the custody and application of the proceeds of the Series 2006 Bonds issued under the Indenture, the operation and application of the Series 2006B Debt Service Reserve Account and other Funds and Accounts (each as defined in the Indenture) charged with and pledged to the payment of the principal of and interest on the Series 2006B Bonds, the levy, and the evidencing and certifying for collection, of Special Assessments, the nature and extent of the security for the Series 2006B Bonds, the terms and conditions on which the Series 2006B Bonds are issued and on which Additional Bonds and Refunding Bonds (all as defined in the Indenture) may be issued on a parity herewith, the rights, duties and obligations of the Issuer and of the Trustee under the Indenture, the conditions under which such Indenture may be amended without the consent of the registered owners of Bonds, the conditions under which such Indenture may be amended with the consent of the registered owners of a majority in aggregate principal amount of the Series 2006 Bonds outstanding, and as to other rights and remedies of the registered owners of the Series 2006B Bonds.

The owner of this Bond shall have no right to enforce the provisions of the Indenture or to institute action to enforce the covenants therein, or to take any action with respect to any event of default under the Indenture or to institute, appear in or defend any suit or other proceeding with respect thereto, except as provided in the Indenture.

It is expressly agreed by the owner of this Bond that such owner shall never have the right to require or compel the exercise of the ad valorem taxing power of the Issuer, City of Doral, Florida, Miami-Dade, County, Florida, the State of Florida or any political subdivision thereof, or taxation in any form of any real or personal property of the Issuer, City of Doral, Florida, Miami-Dade County, Florida, the State of Florida or any political subdivision thereof, for the payment of the principal of, premium, if any, and interest on this Bond or the making of any other sinking fund and other payments provided for in the Indenture, except for Special Assessments to be assessed and levied by the Issuer as set forth in the Indenture.

By the acceptance of this Bond, the owner hereof assents to all the provisions of the Indenture.

This Bond is payable from and secured by Pledged Revenues, as such term is defined in the Indenture, all in the manner provided in the Indenture. The Indenture provides for the levy, and the evidencing and certifying, of non ad valorem assessments in the form of Special Assessments to secure and pay the Series 2006 Bonds.

The Series 2006B Bonds are subject to redemption prior to maturity in the amounts, at the times and in the manner provided below. All payments of the redemption price of the Series 2006B Bonds shall be made on the dates specified below. Except as otherwise provided in the Indenture, if less than all the Series 2006 Bonds are to be redeemed pursuant to an extraordinary mandatory redemption, the Trustee shall select the Series 2006 Bonds or portions of the Series 2006 Bonds to be redeemed pro rata between the Series 2006A Bonds and the Series 2006B Bonds based on the original principal amount Outstanding and within each Series, by lot. Partial redemption of Series 2006B Bonds shall be made in such a manner that the remaining 2006B Bonds held by each Bondholder shall be in Authorized Denominations.

Extraordinary Mandatory Redemption

The Series 2006B Bonds are subject to extraordinary mandatory redemption prior to maturity by the Issuer in whole, on any date, or in part, on any Quarterly Redemption Date, at an extraordinary mandatory redemption price equal to 100% of the principal amount of the Series 2006B Bonds to be redeemed, plus interest accrued to the redemption date, as follows:

(i)    from Series 2006B Prepayment Principal deposited into the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund following the payment in whole or in part of Special Assessments on any portion of the District Lands specially benefited by the Project in accordance with the provisions of Section 4.05(a) of the First Supplemental Indenture, including excess moneys transferred from the Series 2006B Debt Service Reserve Account to the Series 2006B Prepayment Account of the Series 2006 Bond Redemption Fund resulting from such Special Assessment prepayments pursuant to Section 4.01(f)(ii)(A) of the First Supplemental Indenture;

(ii)    from moneys, if any, on deposit in the Series 2006B Accounts and Subaccounts in the Series 2006 Funds and Accounts (other that the Rebate Fund) sufficient to pay and redeem all Series 2006B Outstanding Bonds and accrued interest thereon to the redemption date or dates in addition to all amounts owed to Persons under the Master Indenture;

(iii)    on or after the Completion Date of the Project, (A) by application of moneys remaining in the Series 2006 Acquisition and Construction Account or in any subaccount thereof not reserved by the Issuer for the payment of any remaining part of the Cost of the Project and/or Deferred Costs, all of which shall be transferred first to the Series 2006B General Account of the Series 2006 Bond Redemption Fund and credited toward extinguishment of the Special Assessments and applied toward the redemption of the Series 2006B Bonds until no Series 2006B Bonds remain Outstanding, as described in Section 4.01(a) of the First Supplemental Indenture, and then to the Series 2006A General Account of the Series 2006 Bond Redemption Fund and credited toward extinguishment of the Special Assessments and applied toward the redemption of the Series 2006A Bonds, as described in Section 4.01(a) of the First Supplemental Indenture, in accordance with the manner it has credited such excess moneys toward extinguishment of Series 2006A Special Assessments and/or Series 2006B Special Assessments, as applicable, which the Issuer shall describe to the Trustee in writing; and (B) after November 1, 2008, by application of any moneys transferred from the Series 2006A Capitalized Interest Subaccount or Series 2006B Capitalized Interest Subaccount pursuant to Section 4.01(d) of the First Supplemental Indenture, and applied by the Issuer toward the redemption of the Series 2006B Bonds until no Series 2006B Bonds remain Outstanding and thereafter to the redemption of Series 2006A Bonds;

(iv)    from excess moneys transferred from the Series 2006B Revenue Subaccount to the Series 2006B General Account of the Series 2006 Bond Redemption Fund, in accordance with Section 6.03 of the Master Indenture and Section 4.02 of the First Supplemental Indenture;

(vii)    following condemnation or the sale of any portion of the Project to a governmental entity under threat of condemnation by such governmental entity and the payment of moneys which are not to be used to rebuild, replace or restore the taken

portion of the Project to the Trustee by or on behalf of the Issuer for deposit into the Series 2006A General Account and Series 2006B General Account of the Series 2006 Bond Redemption Fund in order to effectuate such redemption, which moneys shall be applied by the Issuer to redeem the Series 2006A Bonds and the Series 2006B Bonds in accordance with the manner it has credited such moneys toward extinguishment of the Series 2006A Special Assessments and Series 2006B Special Assessments, respectively, which the Issuer shall describe to the Trustee in writing;

(vi)    following the damage or destruction of all or substantially all of the Project to such extent that, in the reasonable opinion of the Issuer, the repair and restoration thereof would not be economical or would be impracticable, to the extent of amounts paid by the Issuer to the Trustee for deposit to the Series 2006A General Account or the Series 2006B General Account of the Series 2006 Bond Redemption Fund, which moneys shall be applied by the Issuer to redeem the Series 2006A Bonds and the Series 2006B Bonds in accordance with the manner it has credited such moneys toward extinguishment of Series 2006A Special Assessments and the Series 2006B Special Assessments, respectively, which the Issuer shall describe to the Trustee in writing; provided, however, that at least forty-five (45) days prior to such extraordinary mandatory redemption, the Issuer shall cause to be delivered to the Trustee (x) notice setting forth the redemption date and (y) a certificate of the Consulting Engineer confirming that the repair and restoration of the Project would not be economical or would be impracticable; and

(v)    from amounts on deposit in the Series 2006B Debt Service Reserve Account in excess of the Debt Service Reserve Requirement for the Series 2006B Bonds and transferred to the Series 2006B General Account of the Series 2006 Bond Redemption Fund in accordance with Section 6.05 of the Master Indenture and Section 4.01(f)(ii)(B) of the First Supplemental Indenture, to be used for the extraordinary mandatory redemption of the Series 2006B Bonds.

<u>Notice of Redemption</u>

The Trustee shall cause notice of redemption to be mailed at least thirty but not more than sixty days prior to the date of redemption to all registered owners of Bonds to be redeemed (as such owners appear on the books of the Registrar on the fifth (5th) day prior to such mailing) and to certain additional parties as set forth in the Indenture; provided, however, that failure to mail any such notice or any defect in the notice or the mailing thereof shall not affect the validity of the redemption of the Bonds for which such notice was duly mailed in accordance with the Indenture. If less than all of the Bonds shall be called for redemption, the notice of redemption shall specify the Bonds to be redeemed.  On the redemption date, the Bonds called for redemption will be payable at the designated corporate trust office of the Paying Agent and on such date interest shall cease to accrue, such Bonds shall cease to be entitled to any benefit under the Indenture and such Bonds shall not be deemed to be outstanding under the provisions of the Indenture and the registered owners of such Bonds shall have no rights in respect thereof except to receive payment of the redemption price thereof. If the amount of funds so deposited with the Trustee, or otherwise available, is insufficient to pay the redemption price and interest on all Bonds so called for redemption on such date, the Trustee shall redeem and pay on such date an amount of such Bonds for which such funds are sufficient, selecting the Bonds to be redeemed by lot from among all such Bonds called for redemption on such date, and interest on any Bonds not paid shall continue to accrue, as provided in the Indenture.

This Bond shall be issued initially pursuant to a book-entry-only system administered by The Depository Trust Company, New York, New York ("DTC"), which shall act as securities depository for the Bonds, with no physical distribution of Bonds to be made. Any provisions of the Indenture or this Bond requiring physical delivery of Bonds shall, under the book-entry-only system, be deemed to be satisfied by a notation on the records maintained by DTC of ownership interests of its participants ("DTC Participants") and other institutions that clear through or maintain a custodial relationship with a DTC Participant, either directly or indirectly ("Indirect Participants"). DTC Participants and Indirect Participants will be responsible for maintaining records with respect to the beneficial ownership interests of individual purchasers of the Bonds ("Beneficial Owners").

This Bond shall initially be issued in the name of Cede & Co. as nominee for DTC, and so long as this Bond is held in book-entry-only form Cede & Co. shall be considered the registered owner for all purposes hereof, including the payment of the principal of and interest on this Bond. Payment to DTC Participants shall be the responsibility of DTC. Payments by DTC Participants to Indirect Participants, and by DTC Participants and Indirect Participants to individual Beneficial Owners shall be the responsibility of DTC Participants and Indirect Participants and not of DTC, the Issuer or the Trustee.

The Issuer shall keep books for the registration of the Bonds at the designated corporate trust office of the Registrar in Miami, Florida. Except when registration of the Bonds is being maintained pursuant to a book-entry-only system, the Bonds may be transferred or exchanged by the registered owner thereof in person or by his attorney duly authorized in writing only upon the books of the Issuer kept by the Registrar and only upon surrender thereof together with a written instrument of transfer satisfactory to the Registrar duly executed by the registered owner or his duly authorized attorney. In all cases in which the privilege of transferring or exchanging Bonds is exercised, the Issuer shall execute and the Trustee or such other authenticating agent as may be appointed by the Trustee under the Indenture shall authenticate and deliver a new Bond or Bonds in authorized form and in like aggregate principal amount in accordance with the provisions of the Indenture. There shall be no charge for any such exchange or transfer of Bonds, but the Issuer may require payment of a sum sufficient to pay any tax, fee or other governmental charge imposed. Neither the Issuer nor the Registrar shall be required (a) to transfer or exchange Bonds for a period of 15 days next preceding any selection of Bonds to be redeemed or thereafter until after the mailing of any notice of redemption; or (b) to transfer or exchange any Bond called for redemption in whole or in part.

The Issuer, the Trustee, the Paying Agent and the Registrar may deem and treat the person in whose name any Bond shall be registered upon the books kept by the Registrar as the absolute owner thereof (whether or not such Bond shall be overdue and notwithstanding any notation of ownership or other writing thereon made by anyone other than the Issuer, the Trustee, the Paying Agent or the Registrar) for the purpose of receiving payment of or on account of the principal of, premium, if any, and interest on such Bond as the same becomes due, and for all other purposes. All such payments so made to any such registered owner or upon his order shall be valid and effectual to satisfy and discharge the liability upon such Bond to the extent of the sum or sums so paid, and neither the Issuer, the Trustee, the Paying Agent, nor the Registrar shall be affected by any notice to the contrary.

It is hereby certified and recited that all acts, conditions and things required to exist, to happen, and to be performed, precedent to and in the issuance of this Bond exist, have happened and have been performed in regular and due form and time as required by the laws and

Constitution of the State of Florida applicable thereto, including particularly the Act, and that the issuance of this Bond, and of the issue of the Bonds of which this Bond is one, is in full compliance with all constitutional and statutory limitations or provisions.

This Bond shall not be valid or become obligatory for any purpose or be entitled to any benefit or security under the Indenture until it shall have been authenticated by execution of the Trustee, or such other authenticating agent as may be appointed by the Trustee under the Indenture, of the certificate of authentication endorsed hereon.

IN WITNESS WHEREOF, Landmark at Doral Community Development District has caused this Bond to be signed by the manual signature of the Chairman of its Board of Supervisors and a facsimile of its seal to be imprinted hereon, and attested by the manual signature of an Assistant Secretary of its Board of Supervisors, all as of the date hereof.

LANDMARK AT DORAL COMMUNITY
DEVELOPMENT DISTRICT

By:_____
　　　　　　　　　Chairman, Board of Supervisors

(SEAL)

Attest:

By:_____
　　Secretary
　　Board of Supervisors


## STATEMENT OF VALIDATION

This Bond is one of a series of Bonds which were validated by judgment of the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County, Florida, rendered on the 1st day of November, 2005.

_____
Chairman


_____
Secretary

## CERTIFICATE OF AUTHENTICATION

This Bond is one of the Bonds delivered pursuant to the within mentioned Indenture.

Date of Authentication: October 10, 2006

U.S. Bank National Association, as Trustee

By:_____

Authorized Signatory

B-9

## ABBREVIATIONS

The following abbreviations, when used in the inscription on the face of the within Bond, shall be construed as though they were written out in full according to applicable laws or regulations.

TEN COM        as tenants in common
TEN ENT        as tenants by the entireties
JT TEN         as joint tenants with the right of survivorship and not as tenants in common

UNIFORM GIFT MIN ACT - _____ Custodian
                              (Cust)                              (Minor)
        under Uniform Gifts to Minors        Act
              (State)

Additional abbreviations may also be used though not in the above list.

****************************

## ASSIGNMENT

For value received, the undersigned hereby sells, assigns and transfers unto _____ the within Bond and all rights thereunder, and hereby irrevocably constitutes and appoints _____, attorney to transfer the said Bond on the books of the Issuer, with full power of substitution in the premises.

Dated:

Social Security Number or
Employer Identification
Number of Transferee:

Signature guaranteed:

NOTICE:    The assignor's signature to this Assignment must correspond with the name as it appears on the face of the within Bond in every particular without alteration or any change whatever.

MIA-FS1\1777530v10\67581.010100