# EXHIBIT B

### Fontanez, Maribel (Para-Mia-Bky)

**From:** Eric Silver [esilver@stearnsweaver.com]
**Sent:** Wednesday, January 04, 2012 8:05 PM
**To:** Hutton, John (Shld-Mia-Bky); 'Hudson, Phillip M.'; Patricia Redmond
**Cc:** Dodd, John R. (Assoc-Mia-Bky)
**Subject:** FW: Landmark Discovery

See below: the Debtors are not backing off their position re: standing.

**From:** Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
**Sent:** Wednesday, January 04, 2012 8:01 PM
**To:** Eric Silver; Patricia Redmond
**Cc:** Mindy Mora; Jordi Guso
**Subject:** RE: Landmark Discovery

Eric,

Respectfully, merely stating that the Bondholders are parties in interest for standing and discovery purposes does not make it so. If you or the Bondholders have any authority to support this position, please advise for our prompt consideration. Otherwise, we stand by our position that counsel for the Indenture Trustee may participate, but counsel for the Bondholder may not participate.

Thank you, Dan



Daniel Y. Gielchinsky
Law Clerk
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor            Tel 305.375.6135
Miami, Florida 33131-3456                   Direct Fax 305.351.2183
www.bilzin.com                              DGielchinsky@bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

**From:** Eric Silver [mailto:esilver@stearnsweaver.com]
**Sent:** Wednesday, January 04, 2012 7:21 PM
**To:** Daniel Y. Gielchinsky; Patricia Redmond
**Cc:** Mindy Mora
**Subject:** RE: Landmark Discovery

Dan, Mindy,

The Indenture Trustee and the Bondholders are parties in interest. Accordingly they are afforded the opportunity to fully and completely participate in discovery and at hearings. Please confirm that you will

not object to the full and complete participation by the Indenture Trustee and Bondholders either at any deposition or at any hearing. If not, it is our understanding that the Indenture Trustee and the Bondholders will file emergency motions with the Court.

Eric J. Silver, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Direct: 305-789-4175
Main: 305-789-3200
Fax: 305-789-2688
esilver@stearnsweaver.com
www.stearnsweaver.com

**From:** Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
**Sent:** Wednesday, January 04, 2012 12:20 PM
**To:** Eric Silver; Patricia Redmond
**Cc:** Mindy Mora; Jordi Guso; Moses, Glenn D.
**Subject:** RE: Landmark Discovery

Trish and Eric,

I read Eric's e-mail of yesterday afternoon a bit too quickly, and need to clarify a portion of my response on behalf of the Debtors. Although the depositions were only noticed by the CDD, the Debtors have no issue with the Indenture Trustee's counsel participating in the depositions, without prejudice to the Debtors' position concerning the Trustee's lack of standing and right to participate at a hearing.

However, I overlooked that you were also asking on behalf of the Bondholders. As you know, the Bondholders are neither creditors nor parties in interest in the case, have no recourse against the estate, and are at best, beneficiaries of a creditor of an estate creditor. The Bondholders' lack of standing does not afford them any rights to participate in the deposition. I am sure that the Bondholders' inquiries can be adequately addressed through the questions posed by your office and that of the Indenture Trustee, and am aware of no legal grounds for their counsel to participate in the depositions.

Thank you, Dan



Daniel Y. Gielchinsky
Law Clerk
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor              Tel 305.375.6135
Miami, Florida 33131-3456                     Direct Fax 305.351.2183
www.bilzin.com                                DGielchinsky@bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

**From:** Daniel Y. Gielchinsky
**Sent:** Tuesday, January 03, 2012 5:50 PM
**To:** 'Eric Silver'; 'Patricia Redmond'
**Cc:** Mindy Mora; 'Jordi Guso'; 'augusto.maxwell@akerman.com'; Moses, Glenn D.
**Subject:** RE: Landmark Discovery

Trish and Eric,

Please see the attached letter concerning our follow up on discovery issues.

The participation by counsel at depositions discussed in your e-mail below is fine, as I assume that same can be said for participation in discovery of the CDD's witnesses by counsel for the Plan Sponsor.

Thank you, Dan



Daniel Y. Gielchinsky
Law Clerk
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
www.bilzin.com

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

**From:** Eric Silver [mailto:esilver@stearnsweaver.com]
**Sent:** Tuesday, January 03, 2012 4:23 PM
**To:** Daniel Y. Gielchinsky; Mindy Mora
**Cc:** Patricia Redmond
**Subject:** Landmark Discovery

Dan, Mindy,

With respect to next week's scheduled depositions, it is the intent of the District to allow counsel for the Indenture Trustee and the Bondholders to participate and ask questions in this discovery. Please advise if you object to said counsel's participation and the grounds for doing so. It is our hope that we can resolve any objections without the need for court intervention.

Regards,

Eric J. Silver, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Direct: 305-789-4175
Main: 305-789-3200
Fax: 305-789-2688
esilver@stearnsweaver.com
www.stearnsweaver.com

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to
advise you that if there is any tax advice contained herein, it is not
intended to be used, and cannot be used, by the addressee or any
taxpayer, for the purpose of avoiding penalties that may be imposed under
the Internal Revenue Code.

This message contains information which may be confidential and
privileged.  Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in this message.  If you have received this
message in error, please advise the sender by reply e-mail or reply to
info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to
advise you that if there is any tax advice contained herein, it is not
intended to be used, and cannot be used, by the addressee or any
taxpayer, for the purpose of avoiding penalties that may be imposed under
the Internal Revenue Code.

This message contains information which may be confidential and
privileged.  Unless you are the addressee (or authorized to receive for
the addressee), you may not use, copy or disclose to anyone the message
or any information contained in this message.  If you have received this
message in error, please advise the sender by reply e-mail or reply to
info@bilzin.com, and delete the message. Thank you very much.