# EXHIBIT C



**Mindy A. Mora, Esq.**
Tel   305.350.2414
Fax   305.351.2242
MMora@bilzin.com

January 4, 2012

Dennis E. Lyles, Esq.
Billing, Cochran, Lyles, Mauro & Ramsey, PA
515 East Las Olas Boulevard
Sixth Floor
Fort Lauderdale, Florida 33301

Re:   **TOWN CENTER AT DORAL, LLC**

Dear Mr. Lyles:

I am writing on behalf of the Landowners[1] of the Landmark CDD to respectfully reiterate the Landowners' demand that a new Board of Supervisors ("Board") be selected consistent with the Landowners' wishes. As you know, the Landowners are the sole electors for the Landmark CDD, and on December 6, 2011 their representatives appeared before the current Board to request that the Board members resign in order to permit new members to be appointed to the Board.

At that meeting you advised that no such relief was possible since the Landowners had failed to appear at a properly noticed November 2011 Landowner's election meeting, and that under §190.006, Florida Statutes, the current Board would "carry over."

While we dispute this reading of the statute as frustrating the clear intent that landowners elect the members of a CDD Board, on December 19, 2011 the Board's Manager conceded at his deposition that the November, 2011 Landowner's meeting had not been properly noticed, as there had been no proper announcement of the election at a public meeting 90 days prior to the election. I am sure that you have been provided with the deposition transcript and will make it available to the current Board members if requested.

It is clear that the statutory prerequisite to holding the Landowner's meeting was not met. As a result, the CDD Board is beyond the "tentative, nebulous designation" that you ascribed to the Board members after the Landmark CDD did not hold a Landowner's election meeting in November, 2009. Having failed to notice and hold a Landowner's meeting in November, 2011,

---

1 These entities are Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC and collectively they are the sole landowners of the property subject of the Landmark CDD ("the Landowners").

*January 4, 2012*
*Page 2*

the Landmark CDD currently has no statutory authority to act and the Board members are acting as a *de facto* Board without the requisite authority to do so.

Accordingly we again respectfully demand that the current Board members resign in a manner that will allow for the election of new Board members without requiring the Landowners to seek appropriate Court intervention.

Thank you for your attention to this matter.

    Sincerely,

    *Mindy A. Mora*
    Mindy A. Mora, Esq.

Cc:    Patricia Redmond, Esq.
        Jordi Guso, Esq.
        Glenn D. Moses, Esq.
        Augusto E. Maxwell, Esq.
        Isaac Kodsi, Esq.