

ORDERED in the Southern District of Florida on January 6, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER (1) GRANTING, IN PART,
MOTION TO ALLOW PARTY-IN-INTEREST TO PARTICIPATE
IN DISCOVERY AND (2) SETTING BRIEFING SCHEDULE AND HEARING**

The Court has reviewed Florida Prime Holdings, LLC's Emergency Motion to Allow Party-in-Interest to Participate in Pending Motions, Matters and Related Discovery [DE #131] and the Emergency Motion of the Indenture Trustee for Entry of an Order Determining that the Indenture Trustee is a Party-in-Interest and May Fully and Completely Participate in Confirmation Matters [DE #132] (together, the "Motions") and finds it appropriate to grant some preliminary relief and to set a hearing and briefing schedule.  Therefore, it is -

**ORDERED** as follows:

1. The Motions are granted, in part, as set forth in this Order.

2. Pending further Order, the movants may attend and participate in all depositions in the case.

3. The Debtors shall file a response to the Motions by January 11, 2012.

4. The movants may file a reply provided that any such reply is filed by January 17, 2012.

5. The Court will conduct a hearing on the Motions on January 18, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida, 33130.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST