UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,                                   Chapter 11
et al.,

        Debtors.                                         (Jointly Administered)
_____/

### CROSS-NOTICE OF DEPOSITION *DUCES TECUM*

PLEASE TAKE NOTICE that U.S. Bank National Association, as indenture trustee with regard to the Bonds and under their Indenture as shown on the attached Exhibit A (the "Indenture Trustee"), through undersigned counsel, will take the deposition of Lee H. Waronker, MAI, SRA, on **Tuesday, January 9, 2012, at 10:00 a.m.** at the offices of Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A., 150 West Flagler Street, Suite 2200, Miami, Fl 33131.

The deposition is pursuant to Bankruptcy Rule 9014 and 7030 and will be taken before an officer authorized to record the testimony. The scope of the deposition shall be as described in Bankruptcy Rule 7030 and 9014.

The deposition will be recorded by stenographic means before an officer authorized to administer oaths. The deposition will commence at the above date and time, and shall continue from day to day thereafter until completed. This deposition is being taken for the purposes of discovery, for use at hearing or trial, or for other purposes as are permitted under the rules of court.

Case No. 11-35884-RAM

## Request For Production

The Deponent shall produce the items listed in the District's Subpoena *Duces Tecum* previously served upon the Deponent [*See* ECF No. 97], on **Tuesday, January 3, 2012, at 4:30 p.m.** at the offices of Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A., 150 West Flagler Street, Suite 2200, Miami, Fl 33131.

Dated: January 6, 2012.

Respectfully submitted,

**Greenberg Traurig, P.A.**
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0730
Facsimile: (305) 579-0717

By: _____
John B. Hutton, III
huttonj@gtlaw.com
Florida Bar No. 902160
John R. Dodd
doddj@gtlaw.com
Florida Bar No. 38091

*Counsel to the Indenture Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

_____
John B. Hutton

2

Case No. 11-35884-RAM

## SERVICE LIST

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Michael Eckert
119 S. Monroe Street #300
POB 6526
Tallahassee, Florida 32301

Glenn Moses
100 SE 2nd Street
44th Floor
Miami, Florida 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Case No. 11-35884-RAM

## Exhibit A

**Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A and 2006B** (collectively, the "Bonds"), issued pursuant to that Master Trust Indenture and that First Supplemental Indenture, both dated as of October 1, 2006, and both by and between Landmark at Doral Community Development District and U.S. Bank National Association, as Trustee (as supplemented and/or amended from time to time in accordance with their terms, the "Indenture").