United States Bankruptcy Court
Southern District of Florida

In re:                                                                         Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                                   Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113C-1          User: rodriguez          Page 1 of 2           Date Rcvd: Jan 06, 2012
                              Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2012.
sp           +Glenn Moses,   100 SE 2nd Street   44th floor,   Miami, FL 33131-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2012**                           **Signature:**   _Joseph Speetjens_

```
District/off: 113C-1           User: rodriguez            Page 2 of 2             Date Rcvd: Jan 06, 2012
                               Form ID: pdf004            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2012 at the address(es) listed below:

      C Craig Eller   on behalf of Creditor  AmT CADC Venture, LLC celler@broadandcassel.com
      Eric J Silver   on behalf of Interested Party  Landmark at Doral Community Development District esilver@stearnsweaver.com,
      mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
      Glenn D Moses   on behalf of Creditor Committee  Creditor Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
      Jere L. Earlywine   on behalf of Interested Party  FLORIDA PRIME HOLDINGS, LLC jearlywine@hgslaw.com
      John B. Hutton III   on behalf of Creditor  U.S. Bank National Association as Trustee huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
      Jordi  Guso   on behalf of Creditor  Terra World Investments, LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
      Melinda S Thornton   on behalf of Creditor  Miami-Dade County Tax Collector cao.bkc@miamidade.gov
      Mindy A. Mora   on behalf of Debtor  Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
      Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
      Patricia A Redmond   on behalf of Interested Party  Landmark at Doral Community Development District predmond@stearnsweaver.com,
      jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
      Phillip M. Hudson III   on behalf of Interested Party  FLORIDA PRIME HOLDINGS, LLC pmhudson@arnstein.com,
      rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

                                                                                                                                                            TOTAL: 11



**ORDERED in the Southern District of Florida on January 6, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER (1) GRANTING, IN PART,
MOTION TO ALLOW PARTY-IN-INTEREST TO PARTICIPATE
IN DISCOVERY AND (2) SETTING BRIEFING SCHEDULE AND HEARING**

The Court has reviewed Florida Prime Holdings, LLC's Emergency Motion to Allow Party-in-Interest to Participate in Pending Motions, Matters and Related Discovery [DE #131] and the Emergency Motion of the Indenture Trustee for Entry of an Order Determining that the Indenture Trustee is a Party-in-Interest and May Fully and Completely Participate in Confirmation Matters [DE #132] (together, the "Motions") and finds it appropriate to grant some preliminary relief and to set a hearing and briefing schedule. Therefore, it is -

**ORDERED** as follows:

1. The Motions are granted, in part, as set forth in this Order.

2. Pending further Order, the movants may attend and participate in all depositions in the case.

3. The Debtors shall file a response to the Motions by January 11, 2012.

4. The movants may file a reply provided that any such reply is filed by January 17, 2012.

5. The Court will conduct a hearing on the Motions on January 18, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida, 33130.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

2