**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, L.L.C., et al.,

Debtors.
_________________________________/

Case No. 11-35884-RAM

Chapter 11

(Jointly Administered)

**Indenture Trustee's Objection to the Debtors' Emergency Motion in Limine to Exclude Expert Report, Appraisal, and Testimony**

U.S. Bank National Association, as indenture trustee with regard to the Bonds and under their Indenture as shown on the attached Exhibit A (the "Indenture Trustee"), objects to the *Emergency Motion in Limine to Exclude Expert Report, Appraisal, and Testimony* [ECF No. 146] (the "Emergency Motion") filed by the Debtors as follows:

The Debtors have been in possession of the expert appraisal report of Woody Hanson since 9:11 a.m. yesterday morning—well before the Emergency Motion was filed. Mr. Hanson has been jointly retained by, and his report has been jointly submitted on behalf of, the District, the Indenture Trustee, and the Bondholder. Accordingly, the statements in the Emergency Motion that the Indenture Trustee has failed to produce an expert appraisal report to the Debtors are simply wrong.

The Debtors' confusion appears to arise from their failure to understand that Michael Cannon is not submitting an appraisal, notwithstanding that this has been clearly explained. Michael Cannon, who has also been jointly retained by the District, the Indenture Trustee, and the Bondholder, is a potential rebuttal witness. He is not conducting an appraisal but rather will be critiquing the appraisal that the Debtors' appraiser, Lee Waronker, has submitted. Mr.

Cannon is not required to produce a report. Any report of Mr. Cannon that may be submitted to the Court at the hearing on January 18th will be produced to the Debtors today.

The Debtors' argument regarding Mr. Cannon is particularly surprising in light of the fact that they have failed to produce any report from their second expert, Hank Fishkind, who, unlike Mr. Cannon, will provide testimony in support of the Debtors' appraisal on the Debtors' case in chief. *See* Email dated January 4, 2012, attached hereto as Exhibit "B" ("Mr. Fishkind may give testimony at the valuation motion supporting the real estate appraisal expert's opinion, including, but not limited to, marketability issues.") The Debtors have not yet produced any report in connection with Mr. Fishkind, and Mr. Fishkind's deposition on the valuation issues is set for Tuesday, January 17, 2012. The Indenture Trustee reserves the right to seek to preclude any testimony from Mr. Fishkind.

The Debtors also complain that Mr. Hanson's work file has not yet been produced. Although it is true that the Debtors did not have possession of Mr. Hanson's work file as of the filing of the Emergency Motion, they are expected to have it by noon today. Respectfully, the Debtors have not been able to keep up with their self-imposed milestones. In respect of discovery, the Debtors promised to produce their appraisal by December 15 (Hr'g Tr. 91:13-14, Dec. 5, 2011), but did not produce it until December 21 [ECF No. 102]. The Debtors were due to produce Mr. Hanson's work file no later than December 30, but did not produce it until January 3. The Debtors did not produce documents in connection with the January 12th deposition of Issac Kodsi until just 20 hours before Mr. Kodsi's deposition.[1] In light of the Debtors own failures to keep to meet their deadlines in connection with discovery, their complaints of prejudice ring hollow.

---

1 The Debtors were also obligated to file their Disclosure Statement by December 19, 2011, but did not do so until December 21, 2011 [ECF No. 108].

There is simply no unfair prejudice to the Debtors here. To the extent Mr. Cannon will submit a report to the Court, the Debtors will have it today, two days in advance of his deposition. Both sides are working under the compressed timeframes requested by the Debtors and that the Debtors were first unable to meet. In light of the foregoing, the filing of the Emergency Motion was wholly unnecessary, and respectfully, the Court should deny it in its entirety without a hearing.

WHEREFORE, the Indenture Trustee respectfully requests that the Court enter an Order denying the Emergency Motion in its entirety.

Dated: January 13, 2012.

Respectfully submitted,

**Greenberg Traurig, P.A.**
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0730
Facsimile: (305) 579-0717

By:______________________
John B. Hutton, III
huttonj@gtlaw.com
Florida Bar No. 902160
John R. Dodd
doddj@gtlaw.com
Florida Bar No. 38091

*Counsel to the Indenture Trustee*

**Certificate of Service**

I hereby certify that on January 13, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

John B. Hutton, III

**Service List**

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Michael Eckert
119 S. Monroe Street #300
POB 6526
Tallahassee, Florida 32301

Glenn Moses
100 SE 2nd Street
44th Floor
Miami, Florida 33131

**Exhibit A**

**Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A and 2006B** (collectively, the "Bonds"), issued pursuant to that Master Trust Indenture and that First Supplemental Indenture, both dated as of October 1, 2006, and both by and between Landmark at Doral Community Development District and U.S. Bank National Association, as Trustee (as supplemented and/or amended from time to time in accordance with their terms, the "Indenture").

# EXHIBIT "B"

**Crossman, Nancy (AdmAst-Mia-Bky)**

**From:** Daniel Y. Gielchinsky [DGielchinsky@bilzin.com]
**Sent:** Wednesday, January 04, 2012 6:26 PM
**To:** Eric Silver
**Cc:** Patricia Redmond; Mindy Mora; Jordi Guso
**Subject:** RE: appraisal

Eric,

Would it be possible to produce your expert for a deposition on the 16th rather than the 13th? Is your office open on the 16th?

Also, you can go ahead and notice Mr. Fishkind's deposition for the 17th if you would like to do so. Mr. Fishkind may give testimony at the valuation motion supporting the real estate appraisal expert's opinion, including, but not limited to, marketability issues. Mr. Fishkind will give testimony at the hearing on the 25th concerning the disclosure statement and whether the plan can be confirmed. We are endeavoring to have Mr. Fishkind provide a preliminary written report in advance of the hearings.

Thank you, Dan

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Tuesday, January 03, 2012 12:04 PM
To: Daniel Y. Gielchinsky
Subject: RE: appraisal

Will do.

When you do know, please also let me know the scope of his testimony for the 18th and the 25th so that we can prepare the notice of deposition accordingly.

-----Original Message-----
From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Tuesday, January 03, 2012 12:01 PM
To: Eric Silver
Subject: RE: appraisal

Please hold off, we still have not decided whether we will call Mr. Fishkind to give testimony regarding the motion to value. I will revert asap.

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Tuesday, January 03, 2012 11:52 AM
To: Daniel Y. Gielchinsky
Subject: RE: appraisal

The 17th works. I will prepare notice and get it docketed asap.

-----Original Message-----
From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Tuesday, January 03, 2012 11:44 AM
To: Eric Silver
Subject: RE: appraisal

So 17th would be okay for Fishkind?

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Tuesday, January 03, 2012 11:43 AM
To: Daniel Y. Gielchinsky
Subject: RE: appraisal

Dan, thanks for following up.

Yes, we need his deposition with respect to all contested matters. As you know, we have to file our objection to disclosure by Jan 19 at noon, creating a bit of a time crunch.

I am working on Waronker answer.

Please let me know when you have an answer re Berdugo.

Thanks.

-----Original Message-----

From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Tuesday, January 03, 2012 11:40 AM
To: Eric Silver
Subject: RE: appraisal

Eric, We still have not decided whether we will call Mr. Fishkind to give testimony regarding the motion to value, but if we do, how is the 17th for his deposition? If we only intend to call Mr. Fishkind in connection with the hearings on the 25th, do you still want to take his deposition?

Also, please confirm that starting at 11:00 a.m. on the 13th (Waronker) is okay with you.

I am still working on figuring out the Berdugo situation.

Thanks, Dan

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Friday, December 30, 2011 10:00 AM
To: Daniel Y. Gielchinsky
Subject: RE: appraisal

Is he giving any testimony regarding the motion to value?

-----Original Message-----
From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Thursday, December 29, 2011 2:09 PM
To: Eric Silver
Subject: RE: appraisal

Yes, are you seeking Mr. Fishkind's deposition in furtherance of the motion to value collateral? I'm trying to figure out scheduling.

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Thursday, December 29, 2011 2:08 PM
To: Daniel Y. Gielchinsky; Patricia Redmond
Cc: Mindy Mora; Jordi Guso
Subject: RE: appraisal

Thank you Dan - also Fishkind.

-----Original Message-----
From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Thursday, December 29, 2011 1:54 PM
To: Eric Silver; Patricia Redmond
Cc: Mindy Mora; Jordi Guso
Subject: RE: appraisal

Eric, Permit me to take back my earlier e-mail and double check on Mr. Berdugo.

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Daniel Y. Gielchinsky
Sent: Thursday, December 29, 2011 11:28 AM
To: 'Eric Silver'; Patricia Redmond
Cc: Mindy Mora; Jordi Guso
Subject: RE: appraisal

Thank you Eric. I will conduct the deposition of your witness on the 13th at my office. I will post a notice of deposition to the docket.

Mr. Kodsi's deposition on the 12th and our appraiser on the 9th are both fine. Please post notices of deposition to the docket. Your office is fine.

Are you seeking Mr. Fishkind's deposition in furtherance of the motion to value collateral?

We do not repreent Mr. Berdugo.

Thanks, Dan

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Thursday, December 29, 2011 11:20 AM
To: Daniel Y. Gielchinsky; Patricia Redmond
Cc: Mindy Mora; Jordi Guso
Subject: RE: appraisal

Our appraiser is available on the 13th. Consistent with my email last night, we will take Mr. Kodsi's deposition on the 12th and your appraiser on the 9th. Please confirm and advise as to availability of Mr. Fishkind and Mr. Berdugo. Thanks.

-----Original Message-----
From: Eric Silver
Sent: Wednesday, December 28, 2011 9:19 PM
To: Daniel Y. Gielchinsky; Patricia Redmond
Cc: Mindy Mora; Jordi Guso
Subject: RE: appraisal

Dan,

Following up on your email below, we have reached out to our appraiser regarding availability for the dates listed below. We will let you know as soon as we hear back from him.

We will take your appraiser on the 9th and Mr. Kodsi on the 13th, provided that date does not conflict with our appraiser's availability.
If it does, then the 12th would work. In addition, please advise as to availability of Mr. Fishind and Yogev Berdugo.

Best.

---

From: Daniel Y. Gielchinsky [DGielchinsky@bilzin.com]
Sent: Tuesday, December 27, 2011 9:44 AM
To: Eric Silver; Patricia Redmond
Cc: Mindy Mora; Jordi Guso
Subject: RE: appraisal

Eric and Trish,

Although the 16th would be best for me to depose your appraiser, my office will be closed for MLK day. Will your office be open on the 16th?
If not, how are the 13th and 17th for deposing your appraiser?

As for my witnesses, our appraiser is available on the 9th, and Mr. Kodsi is available on the 12th or 13th. Please advise.

Thanks, Dan

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135

Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Daniel Y. Gielchinsky
Sent: Friday, December 23, 2011 4:16 PM
To: 'Eric Silver'; Patricia Redmond
Cc: Mindy Mora
Subject: RE: appraisal

Eric, I will also check on my witness / appraiser for the 6th.

As discussed, can you check on your appraiser for the 16th? That is the best day for me.
Thanks.

---

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com
www.bilzin.com

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

-----Original Message-----
From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Friday, December 23, 2011 3:50 PM
To: Daniel Y. Gielchinsky; Patricia Redmond
Cc: Mindy Mora
Subject: RE: appraisal

Dan, thanks for taking our call. Just to confirm, we are looking at the week of the 9th of January to conduct depositions of Kodsi and your appraiser.
Have a happy and healthy holiday. Let's touch base early next week to firm up dates.

---

From: Daniel Y. Gielchinsky [DGielchinsky@bilzin.com]
Sent: Friday, December 23, 2011 3:32 PM
To: Patricia Redmond; Eric Silver
Subject: RE: appraisal

I've got to leave at 4:00. I am going to dump the other call. Should I call you or will you call me?

---

[cid:953193120@23122011-0DA1]

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456 www.bilzin.com<http://www.bilzin.com/>

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com<mailto:DGielchinsky@bilzin.com>

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

---

From: Patricia Redmond [mailto:PRedmond@stearnsweaver.com]
Sent: Friday, December 23, 2011 3:31 PM
To: Eric Silver; Daniel Y. Gielchinsky
Subject: RE: appraisal

Good with me.

Patricia A. Redmond, Esquire
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
Phone: (305) 789-3553
Fax: (305) 789-3395
predmond@stearnsweaver.com
www.stearnsweaver.com

From: Eric Silver
Sent: Friday, December 23, 2011 3:31 PM
To: Daniel Y. Gielchinsky
Cc: Patricia Redmond
Subject: Re: appraisal

I'm variable around 445-5. Trish?
Eric J. Silver, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Direct: 305-789-4175
Main: 305-789-3200
Fax: 305-789-2688
esilver@stearnsweaver.com<mailto:esilver@stearnsweaver.com>
www.stearnsweaver.com<http://www.stearnsweaver.com>

On Dec 23, 2011, at 3:28 PM, "Daniel Y. Gielchinsky"
<DGielchinsky@bilzin.com<mailto:DGielchinsky@bilzin.com>> wrote:
Yes, but I am hopping on a call that will last 20 minutes. Are you still in? Until what time....

---

<logo.jpg>

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456 www.bilzin.com<http://www.bilzin.com/>

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com<mailto:DGielchinsky@bilzin.com>

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

---

From: Eric Silver [mailto:esilver@stearnsweaver.com]
Sent: Friday, December 23, 2011 2:15 PM
To: Daniel Y. Gielchinsky; Patricia Redmond
Subject: RE: appraisal
Hey Dan -

Are you in the office today?

If so, available for a quick conference re: discovery?

Eric J. Silver, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Direct: 305-789-4175
Main: 305-789-3200
Fax: 305-789-2688
esilver@stearnsweaver.com<mailto:esilver@stearnsweaver.com>
www.stearnsweaver.com<http://www.stearnsweaver.com>

From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Thursday, December 22, 2011 12:47 PM
To: Patricia Redmond; Eric Silver
Subject: RE: appraisal

Thank you Trish, it is attached. -Dan

---

<image001.jpg>

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456 www.bilzin.com<http://www.bilzin.com/>

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com<mailto:DGielchinsky@bilzin.com>

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

---

From: Patricia Redmond [mailto:PRedmond@stearnsweaver.com]
Sent: Wednesday, December 21, 2011 4:28 PM
To: Daniel Y. Gielchinsky; Eric Silver
Subject: RE: appraisal
You may send them to me. Thanks.

Patricia A. Redmond, Esquire
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
Phone: (305) 789-3553
Fax: (305) 789-3395
predmond@stearnsweaver.com<mailto:predmond@stearnsweaver.com>
www.stearnsweaver.com<http://www.stearnsweaver.com>

From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Wednesday, December 21, 2011 4:27 PM
To: Patricia Redmond; Eric Silver
Subject: RE: appraisal

Thank you Trish. May I send you the subpoenas for Woody and the CDD pertaining to the valuation contested matter, or shall I serve them?

---

<image001.jpg>

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456 www.bilzin.com<http://www.bilzin.com/>

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com<mailto:DGielchinsky@bilzin.com>

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

---

From: Patricia Redmond [mailto:PRedmond@stearnsweaver.com]
Sent: Wednesday, December 21, 2011 4:15 PM
To: Daniel Y. Gielchinsky; Eric Silver
Subject: RE: appraisal

Yes we are in the process of retaining Woody Hansen.

Patricia A. Redmond, Esquire
Stearns Weaver Miller
Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
Phone: (305) 789-3553
Fax: (305) 789-3395
predmond@stearnsweaver.com<mailto:predmond@stearnsweaver.com>
www.stearnsweaver.com<http://www.stearnsweaver.com>

From: Daniel Y. Gielchinsky [mailto:DGielchinsky@bilzin.com]
Sent: Wednesday, December 21, 2011 4:05 PM
To: Eric Silver; Patricia Redmond
Subject: appraisal

Hello Trish and Eric, has the CDD retained an appraiser that will render a valuation opinion? If so, can you please tell me who so I can direct my discovery demands?

---

<image001.jpg>

Daniel Y. Gielchinsky
Law Clerk
Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Avenue, 23rd Floor Miami, Florida 33131-3456 www.bilzin.com<http://www.bilzin.com/>

Tel 305.375.6135
Direct Fax 305.351.2183
DGielchinsky@bilzin.com<mailto:DGielchinsky@bilzin.com>

Not a Member of the Florida Bar
Admitted in New York and New Jersey

---

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com<mailto:info@bilzin.com>, and delete the message. Thank you very much.

---

CONFIDENTIALITY NOTICE: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by

reply E-mail and destroy all copies of the original message. Thank you.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com<mailto:info@bilzin.com>, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com<mailto:info@bilzin.com>, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

***TAX ADVICE DISCLOSURE***

Pursuant to Internal Revenue Service Circular 230, we are required to advise you that if there is any tax advice contained herein, it is not intended to be used, and cannot be used, by the addressee or any taxpayer, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or

disclose to anyone the message or any information contained in this message. If you have received this message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.