**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., *et al.,* | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

## NOTICE OF FILING APPRAISAL REPORT

Landmark at Doral Community Development District (the "**District**"), through undersigned counsel, and pursuant to this Court's Order (1) Setting Evidentiary Hearing on Motion to Value and (2) Amending Order Setting Deadline for Filing Objections to Disclosure Statement [ECF No. 119], notice the filing of the attached Complete Summary Appraisal Report, prepared by Hanson Real Estate Advisors, Inc. as of January 11, 2012.[1]

Dated:  January 13, 2012.

Respectfully submitted,

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
*Counsel for the District*
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Phone: (305) 789-3553
Fax: (305) 789-3395

By: */s/ Patricia A. Redmond*
      PATRICIA A. REDMOND
      Florida Bar No. 303739
      predmond@stearnsweaver.com

---

[1] The District served the attached report on Debtors' counsel at 9:11 a.m. on January 12, 2012.  The District was previously unaware of the requirement to file the report in advance of the hearing and apologizes to the Court for any inconvenience this misunderstanding may have caused.

Case No. 11-35884-RAM

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ *Patricia A. Redmond*
Patricia A. Redmond

2

## SERVICE LIST

### *Via CM/ECF*

Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com; rkcummings@arnstein.com*
*jtunis@arnstein.com; hbabcock@arnstein.com*
*hpiloto@arnstein.com; akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com; thompsonc@gtlaw.com*
*mialitdock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com; laparicio@bilzin.com*
*cvarela@bilzin.com; eservice@bilzin.com*
*lflores@bilzin.com; abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com; gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert                          Daniel Y. Gielchinsky
119 S. Monroe Street #300 (32301)       1450 Brickell Ave #2300
POB 6526                                Miami, FL 33131
Tallahassee, FL 32314

# COMPLETE SUMMARY APPRAISAL REPORT
# HREA ASSIGNMENT NO. 11012001

## THE PROPERTY
Landmark at Doral

## THE CLIENTS
Landmark at Doral Community Development District
U.S. Bank, N.A., Trustee for Special Assessment Bonds
Florida Prime Holdings, LLC

Represented by:
Patricia A. Redmond, Esquire
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130

## EFFECTIVE DATE OF VALUATION
January 11, 2012

## PREPARED BY
Hanson Real Estate Advisors, Inc.
2233 Second Street
Fort Myers, FL  33901-3051

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

## GENERAL LOCATION MAP



CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

## GENERAL LOCATION MAP



CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

## SITE LOCATION MAP



## PHOTOGRAPHS OF THE PROPERTY



**Photo No. 1:** View of entry signage along NW 58th Street.



**Photo No. 2:** Northerly view along NW 107th Ave. from the southwest area of the Subject Property.



**Photo No. 3:** Easterly view along NW 58th St. from the southwest area of the Subject Property.



**Photo No. 4:** Northerly view along NW 107th Ave. from it's intersection with NW 66th St.



**Photo No. 5:** Southerly view along NW 107th Ave. from it's intersection with NW 66th St.



**Photo No. 6:** Easterly view of NW 66th St. and the interior of the Subject Property.

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001



**Photo No. 7:** Westerly view along NW 66th St. and the interior of the Subject Property.



**Photo No. 8:** Easterly view along NW 66th St. and the interior of the Subject Property.

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001



**Photo No. 9:** Northerly view of the north tract from the upper level of the parking structure.



**Photo No. 10:** Southwesterly view of the south tract from the upper level of the parking structure.

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001



**Photo No. 11:**  Westerly view of east-west power line easement and preservation area.



**Photo No. 12:**  Northeasterly view of four-story 929-space on-site parking structure.

# HANSON REAL ESTATE ADVISORS, INC.

Real Estate Consulting • Appraisal • Brokerage

January 11, 2012

Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130

Re:   HREA Assignment No. 11012001
      Case No.: 11-35884-RAM
      U.S. Bankruptcy Court Southern District of Florida Miami Division
      County/State: Dade County, Florida

Dear Ms. Redmond:

Hanson Real Estate Advisors, Inc. has completed the real property appraisal assignment, generally referenced above. The Appraiser's opinions and conclusions are contained within the real property complete summary report (the Report) that follows this letter of transmittal.

The purpose of the Appraisal is to estimate the market value of the fee simple estate (subject to noted exceptions) of an improved property located at the northeast corner of NW 58th Street and NW 107th Avenue, City of Doral, Miami-Dade County, Florida (the Subject Property). The Subject Property, containing 117.9 acres, is the site of a mixed-use community generally known as Landmark at Doral.

The clients are Landmark at Doral Community Development District; U.S. Bank, National Association as trustee with regard to those Landmark at Doral Community Development District Special Assessment Bonds, Series 2006A and Series 2006B; and Florida Prime Holdings, LLC, (collectively, the Clients and individually, a Client), who is represented by Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. The intended users of the Appraisal are the Clients, Stearns, Weaver Miller Weissler Alhadeff & Sitterson, P.A., and the United States Bankruptcy Court, Southern District of Florida, Miami Division (the Intended Users).

The Report has been prepared in accordance with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute; Uniform Standards of Professional Appraisal Practice, adopted by the Appraisal Standards Board of the Appraisal Foundation (USPAP); and FIRREA Title XI, 12 CFR Part 323 (FDIC) and 12 CFR Part 34 (RTC).

As a result of my investigation and analysis, and the assignment conditions, it is my opinion that the market value, reported in terms of cash, of the specified interest in the Property, as of January 11, 2012, is:

Sixty-Seven Million Five Hundred Seventy-Five Thousand Dollars

($67,575,000)

---

Patricia A. Redmond, Esq.
January 11, 2012
Page 2


If you have any questions, or if I may be of assistance, please contact this office at your earliest convenience. Thank you for the opportunity to provide real property appraisal services to you at this time.

Respectfully submitted,

Woodward S. Hanson, MAI, CRE, CCIM, FRICS
Cert Gen RZ1003

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

# TABLE OF CONTENTS

PAGE

TABLE OF CONTENTS ...................................................................................1
THE APPRAISAL ASSIGNMENT .................................................................2
  Purpose of the Appraisal ...............................................................................3
  The Clients .....................................................................................................3
  The Intended Users ........................................................................................3
  The Intended Use ...........................................................................................3
  Identification of the Property to be Appraised ..............................................3
  Type of Value to be Estimated ......................................................................4
  Property Interest to be Appraised ..................................................................4
  Date of the Value Opinion .............................................................................5
  Description of the Scope of Work ..................................................................5
  Significant Appraisal Assistance ...................................................................6
  Assignment Conditions ..................................................................................6
THE STATE OF THE GLOBAL ECONOMY ...............................................7
THE STATE OF THE U.S. ECONOMY ........................................................10
THE STATE OF FLORIDA'S ECONOMY ...................................................13
THE STATE OF SOUTH FLORIDA'S ECONOMY .....................................16
THE STATE OF THE MIAMI-DADE COUNTY ECONOMY ......................19
MIAMI-DADE RESIDENTIAL HOUSING MARKET .................................23
MIAMI-DADE OFFICE, INDUSTRIAL AND RETAIL MARKETS ............28
MARKET AND SUBMARKET ANALYSIS .................................................36
THE PROPERTY .............................................................................................43
  Owner of Record ...........................................................................................44
  Legal Description ..........................................................................................44
  Property Assessments and Ad Valorem Taxes .............................................44
  Purchase History of the Property ..................................................................45
  The Site .........................................................................................................46
  The Community Development District ..........................................................48
  City of Doral Future Land Use and Land Development Code .......................50
  City of Doral Future Land Use Map .............................................................52
  City of Doral Aerial Zoning Map ..................................................................53
  Proposed Site Plan ........................................................................................54
HIGHEST AND BEST USE ANALYSIS ........................................................55
  Introduction ...................................................................................................56
  Application of the Highest and Best Use Analysis – As Though Vacant ......56
VALUATION OF THE SUBJECT PROPERTY .............................................64
  Introduction ...................................................................................................65
  Identification of the Applicable Valuation Method ......................................65
  The Sales Comparison Approach ..................................................................67
  Introduction ...................................................................................................67
  Application of the Sales Comparison Approach ...........................................67
  Sales Data Summary Grid .............................................................................68
  Application of the Market Data ....................................................................69
  Final Opinion of Value .................................................................................77
CERTIFICATION ...........................................................................................78
ASSUMPTIONS AND LIMITING CONDITIONS ........................................79
ADDENDA
  Qualifications of Appraiser(s).............................................................Addendum A

HREA
Hanson Real Estate Advisors, Inc.

# THE APPRAISAL ASSIGNMENT

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

## IDENTIFICATION OF THE APPRAISAL ASSIGNMENT

### PURPOSE OF THE APPRAISAL

The purpose of the Appraisal is to estimate the market value, as of January 11, 2012, the Date of the Value Opinion, of the fee simple estate (subject to noted exceptions) of an improved property located at the northeast corner of the intersection of NW 58th Street and NW 107th Avenue, City of Doral, in northwest Miami-Dade County, Florida (the Subject Property). The market value estimate is reported in terms of cash or it's equivalent.

### THE CLIENTS

By definition, the client is the party or parties who engage, by employment or contract, an appraiser in a specific assignment. Landmark at Doral Community Development District (the CDD); U.S. Bank, National Association as trustee with regard to those Landmark at Doral Community Development District Special Assessment Bonds, Series 2006A and Series 2006B; and Florida Prime Holdings, LLC are the Clients and the Appraiser, was retained by the Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. law firm, whose address is 150 West Flagler Street, Miami, Florida 33130 to do this Appraisal on behalf of the Client.

### THE INTENDED USERS

The intended user is defined as the client and any other party as identified, by name or type, as users of the Appraisal report prepared by the Appraiser based on communication with the Client at the time of the assignment. The intended users are the Clients, the Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. law firm, and the United States Bankruptcy Court Southern District of Florida, Miami Division (the Intended Users).

### THE INTENDED USE

The intended use is defined as the use or uses of an appraiser's reported appraisal assignment opinions and conclusions, as identified by the Appraiser based on communication with the Client.

The Appraisal is intended only for use in that certain civil action identified as Town Center at Doral, LLC, et al., Case No. 11-35884-RAM, Chapter 11, United States Bankruptcy Court, Southern District of Florida, Miami Division (the Civil Action), and for no other use.

### IDENTIFICATION OF THE PROPERTY TO BE APPRAISED

The Subject Property of the Appraisal is an improved property located on the east side of NW 107th Avenue and the north side of NW 58th Street in the City of Doral, and in northwest Miami-Dade County, Florida.

The Subject Property is of irregular shape, generally level topography, and contains approximately 117.9 acres (5,135,724 square feet) of gross land area, including 36.0 acres of land area encumbered by an electrical power line easement in favor of Florida Power & Light, and 81.9 acres of land area not encumbered by the electrical power line easement.



**HREA**
Hanson Real Estate Advisors, Inc.

The Subject Property has 2,864.9 feet (exclusive of curvature) of frontage along NW 107th Avenue; 681.46 feet (exclusive of curvature) of frontage along NW 58th Street; 1,649.9 feet (exclusive of curvature) of frontage along NW 102nd Avenue; and a north property line that measures 2,617.9 feet.

The majority of the Subject Property is zoned TND (Traditional Neighborhood Development), with the remainder zoned IC (Industrial/Commercial) and has been approved for a development to be called Landmark at Doral, a mixed-use community consisting of residential units (townhomes and condominiums), retail/office/mixed use, and flex office.

## TYPE OF VALUE TO BE ESTIMATED

Market value is the type of value to be estimated. According to The Appraisal of Real Estate – 13th Edition, "A number of different definitions of market value can be found in a variety of sources, including appraisal texts, real estate dictionaries, professional standards, federal regulations, licensing laws, and court decisions. Despite differing opinions on individual aspects of the market value definition, it is generally agreed that market value results from the collective value judgments of market participants." For purposes of the Appraisal, market value may be defined as:

1. Market Value: According to FIRREA, Title XI, 12 CFR Part 323.1(g) (FDIC) and 12 CFR Part 34.2(g) (RTC), market value means:

   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in the definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

   1. Buyer and seller are typically motivated;

   2. Both parties are well informed or well advised, and acting in what they consider their own best interests;

   3. A reasonable time is allowed for exposure in the open market;

   4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto, and

   5. The price represents the normal consideration for the Property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## PROPERTY INTEREST TO BE APPRAISED

The property interest to be appraised is an undivided fee simple estate, subject to noted exceptions. On page 114 of The Appraisal of Real Estate – 13th Edition, published by the Appraisal Institute, The term "fee simple interest" is defined as:



**HREA**
Hanson Real Estate Advisors, Inc.

"Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat."

## DATE OF THE VALUE OPINION

The date of the market value estimate is January 11, 2012 (the Date of the Value Opinion). The Appraisal of Real Estate – 13th Edition, page 134, defines such a date as:

"The date for which an opinion of value is valid. The sale of the property may be negotiated months or even years before the closing or final disposition of the property. In this case, an adjustment for changes in market conditions between the date the contract is signed and the effective date of value may be appropriate."

Collectively, the date on which the appraiser prepares, completes, and delivers the appraisal, is generally known as the date of the report and in this Appraisal, is January 11, 2012.

## DESCRIPTION OF THE SCOPE OF WORK

Scope of work refers to the type and extent of research and analyses in an assignment. The Appraiser is responsible for determining the scope of work in the appraisal assignment. Scope of work for an assignment is acceptable if it leads to credible assignment results, is consistent with the expectations of the parties who are regularly intended users for similar assignments, and is consistent with what the actions of the appraiser's peers would be in the same or similar assignment. The scope of work identified and performed by the Appraiser in the development and communication of the market value estimate is generally described as follows:

- Extent of the Property Identification: The Subject Property is legally described by a metes and bounds description (the Legal Description) contained within the

- Extent of Property Inspection: The appraiser made an on-site inspection of the Subject Property on January 3, 2012.

- Type and Extent of Data Researched: The type and extent of data researched by the Appraiser includes (without limitation) information regarding macro-economic data, including information pertaining to the global economy, the U.S. economy, the Florida economy, the South Florida Economy, Miami-Dade County economy. Also, microeconomic data, including the Miami-Dade residential housing, office, industrial, and retail markets. Additionally, competitive properties (e.g. retail, office & residential) that have been listed or transacted recently and other market information that may influence market value. In addition, data pertaining to the Subject Property's location, size and shape, access features, topographical features, easements, available utilities, infrastructure improvements, and regulatory considerations (e.g. zoning districts, future land use designations, etc.) have been researched and summarized herein. In addition, the Appraiser reviewed numerous graphics, illustrations, sketches, or other materials pertaining to the Property. It is the Appraiser's intent to identify all of the information that was gathered and reviewed in this Appraisal. However, due to the large amount of materials, it is not likely that each and every item has been identified.

- Type and Extent of Analyses Applied: The Appraiser has completed analyses including (without limitation) highest and best use analysis, identification of the applicable valuation procedure, and application of the applicable approach. Because a sufficient amount of recent transactions, listings or other information was available, the Appraiser concluded that the sales comparison approach was an applicable valuation method. Upon completion of the valuation analyses, the Appraiser reconciled the indicated market value estimate by considering the quality and quantity of the market data, the accuracy of the information, the applicability of the valuation procedure, and the overall credibility, accuracy, and reliability associated with the analyses.

## SIGNIFICANT APPRAISAL ASSISTANCE

Although the opinions expressed within the Report are solely those of Woodward S. Hanson, State-Certified General Real Estate Appraiser RZ1003; Andrew D. Anderson, State-Certified General Real Estate Appraiser RZ3175, Nelson P. Taylor, State-Registered Trainee Appraiser R123405 and Zachary S. Hanson, State-Registered Trainee Appraiser R123504 provided assistance to Mr. Hanson.

## ASSIGNMENT CONDITIONS

1. Extraordinary Assumption: An extraordinary assumption is an assumption, directly related to a specific assignment, which, if found to be false, could alter the Appraiser's opinions or conclusions. The Appraisal results are not based an any extraordinary assumptions.

2. Hypothetical Condition: A hypothetical condition is that which is contrary to what exists but is "assumed" for the purpose of the analysis. The Appraisal results are not based upon any hypothetical conditions.



**HREA**
Hanson Real Estate Advisors, Inc.

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

# THE STATE OF THE GLOBAL ECONOMY

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

# THE STATE OF THE GLOBAL ECONOMY

## INTRODUCTION

International economic trends can have significant effects on local economies and specific real estate markets. In the global economy, the economic well being of one nation may directly and indirectly affect other nations. There is much foreign investment in U.S. real estate, partly because the stability of the U.S. government gives foreign investors some measure of protection. As a result, political instability in other countries can influence the demand for, and value of, real estate in the United States. With global economic shrinking by $3.3 trillion from peak to trough of the downturn, the largest decrease in post-Depression history, heightened uncertainty regarding the path and pace of economic recovery is uncertain this time around.

## ECONOMIC OUTLOOK

According to a report titled "2012 Economic Outlook – The Game Has Changed: Transitioning to a Post-Leveraged World," dated December 7, 2011, and published by Wells Fargo Securities' Economics Group (the WF Report), the global economic outlook calls for continued growth in 2012, though at a below-average pace. This base-case scenario hinges on the assumption that the European debt crisis does not "blow up" while the Eurozone experiences only a mild recession through early 2012. However, the report opines that there is a significant risk that the sovereign debt situation could incite another global financial crisis, which would further hinder the sub-par pace of global economic growth. The following observations were additionally noted:

- Modest Expansion Should Continue in North America: The economic recovery that has been under way in North America for the past two years remains intact. The United States is by far the largest export destination for both Canada and Mexico, and sluggish U.S. growth will exert headwinds on economic growth in the other two North American economies.

- South America: Absence of Serious Macroeconomic Imbalances: There generally are no serious macroeconomic imbalances in most South American economies at present. Production of commodities is important to many Latin economies, and the continued global expansion that we project for the next two years should continue to support growth in Latin America. That said, most Latin American economies probably will grow at a slower pace in 2012 and 2013 than they have over the past two years.

- Asia Should Continue to Experience Solid Growth: Due to their extensive trade ties with the rest of the world, most Asian economies experienced sharp downturns when the rest of the global economy imploded in the immediate aftermath of the 2008 financial crisis. However, Asia has bounced back sharply over the past two years. Look for economic expansion in Asia to remain intact.

- Should We Worry About Europe? : After contracting more than 5 percent between early 2008 and mid-2009, the Eurozone has experienced a modest recovery.

Unfortunately, recent monthly indicators suggest that the overall Euro area is sliding back into recession. In our base-case scenario, we project that real GDP in the Eurozone will contract about 1 percent over the next two quarters, and economic weakness in Europe will exert a modest slowing effect on the overall global economy.

## SUMMARY AND CONCLUSION

In summary, the WF Report's conservatively optimistic global forecast of continued growth in 2012 and 2013 is contingent upon the European debt crisis not evolving into a catastrophic event. The sovereign debt crisis in Europe has spread beyond Greece, Portugal, and Ireland to Italy and Spain. With the intensifying pace of fiscal consolidation, not only in peripheral countries, but in the big economies as well, and the compounding effects of a number of factors affecting the United States, many global financial institutions have below historical averages forecasted for output growth in many of the advanced nations in 2012. In conclusion, the global economy is experiencing agonizingly slow growth and without effective reforms the world economy will continue to trudge along at a stagnant pace while attempting to avoid another global meltdown.

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

# THE STATE OF THE U.S. ECONOMY

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

# THE STATE OF THE U.S. ECONOMY

## INTRODUCTION

The state of the national economy is basic to any real estate appraisal. Financial institutions must compete for funds to lend, not only with one another but also with money market funds. Lending rates reflect this ongoing competition, and demand in the market adjusts itself accordingly. The national economy also reflects the economic conditions of the various geographic regions of the United States.

## ECONOMIC OUTLOOK

The Real Estate Research Corporation (RERC), a respected authority in matters pertaining to the national real estate market, recently published the Fall 2011 (or November 2011) edition of the RERC Real Estate Report. Titled, "World Unhinged (the RERC Report)," the RERC states, "As 2011 draws to a close, the financial world is at risk. The U.S. economy remains weak, and growth remains subpar. Unemployment remains almost as high as the depths of the recession, and according to some experts, the housing market has yet to reach bottom. Our national debt is unsustainable, and the sovereign debt crisis in Europe is becoming more dangerous. Although the stock market has become more volatile, commercial real estate – at least on an institutional level – has provided a sense of stability in the market and returns have remained reasonable."

In an article dated December 2, 2011, published by National Real Estate Investor and titled, "The State of the Investment Environment," the author states, "The U.S. economy grew in the third quarter at the fastest pace since 2010 with real GDP expanding at a 2.0 percent annual rate, up from 1.3 percent in the second quarter. Household purchases, the biggest part of the economy, increased by 2.4 percent, much stronger than forecast." The author, David Lynn, further opines that, "Nonetheless the economic recovery is still vulnerable to external shocks and several uncertainties remain at risk. After little change in the unemployment rate since April, the jobless rate declined to 8.6 percent in November, its lowest point since March 2009, as a result of job gains and a decrease in the labor force. Driven by both revenue growth and cost-containment, corporations reported a solid third quarter, with profit growth rising by 11.6 percent year-over-year. Overall, with $2 trillion cash on their balance sheets, U.S. business are considered to be positioned for expansion, investment, and ultimately, employment growth"

Furthermore, the WF Report opines, "Our key theme in the second half of this year was one of moderate, subpar economic growth accompanied by modest inflation pressures, and no change in the Federal Funds target rate. As we transition into 2012, our growth outlook reflects more of the same for the year ahead. We expect the economy to expand 2.0 percent for the year ahead, with small gains from many sectors of the economy as opposed to a major contribution from any one segment. We expect approximately 1.5 million jobs to be added over the next year, for an average of 123,000 jobs per month. The sluggish pace of job gains should result in only a marginal improvement in personal income. Inflation is likely to remain somewhat elevated in the first half of the year at 2.3 percent but should moderate in the second half of 2012. The inflation environment in light of only marginal personal income gains will restrain personal consumption to 1.5 percent in the first half of the year before giving way to somewhat stronger growth in the second half of the year."

## SUMMARY AND CONCLUSION

The general consensus regarding the state of the U.S. economy is moderately pessimistic and unless the U.S. economy is able to create jobs, it is not likely that the economy will experience sustained economic growth for the long run. It is the Appraiser's opinion that U.S. economic fundamentals will marginally improve into the foreseeable future, while the economy sluggishly emerges from the depths of the Great Recession.

# THE STATE OF FLORIDA'S ECONOMY

## THE STATE OF FLORIDA'S ECONOMY

### INTRODUCTION

To understand how national and even international economic trends influence property value, an appraiser studies how the region and community where the subject property is located may respond to these trends. Regional economies influence local market conditions, but local markets do not necessarily parallel regional markets.

### ECONOMIC OUTLOOK

In a report dated September 15, 2011, and titled "Florida Economic Outlook: September 2011", Wells Fargo Securities reported, "Florida's economy has improved modestly since our last report. Hiring has improved, and the unemployment rate has declined slightly. The pace of improvement, however, remains uneven across the state and across many key industries. With the bulk of the state's recent growth coming from tourism and financial services, the state will likely continue to face headwinds from increased financial regulation and historically weaker consumer spending projected over the next couple of years. The global financial turmoil also presents some additional near-term risks. Overall job growth continues to be restrained, with recent gains concentrated in leisure and hospitality and the education and healthcare sectors. The financial sector is still experiencing job losses, and the formal end of the space shuttle program will add to job losses over the next few months. Personal income growth remains weak, although a few metro areas are seeing a somewhat more robust rebound. Transfer payments and investment income account for a large share of Florida's income growth, and the outlook for both forms of income is now less certain."

The Wells Fargo Report also included the following observations:

- Florida's economy grew at a sluggish 1.6 percent in 2010, which was the second slowest expansion for any Southeast state. The weakness reflects the hangover from the housing bust, as well as the state's overreliance on tourism, retail trade and real estate development;

- Within the real estate sector, both residential and commercial construction remain mired in an epic slump, with mountains of foreclosures on homes and commercial properties still in the process of being worked through;

- Florida's historic and heavy dependence on construction and tourism has been a major factor restraining the state's recovery;

- Florida's employment picture took a turn for the better during the first half of 2011. Hiring picked up in February, and both private sector and overall payrolls posted modest gains over the following four months before turning down again in July. Private sector businesses have added 52,000 workers through the first seven months of this year, up from 35,000 net new jobs created during the same period one year ago.



**HREA**
Hanson Real Estate Advisors, Inc.

## CONCLUSION

In summary, the U.S. housing collapse hit Florida especially hard and still overhangs Florida's general economic growth, employment and politics. In an economy largely hit by foreclosures, unemployment, and economic shock from the collapse of the U.S. housing industry, Florida, possibly as much as any state, has a long way to go to make up economic ground that has been lost following the 2005 peak. International trade will be a bright spot, with increased trade through east coast ports that is likely to occur following the expansion of the Panama Canal, which is expected to lead to significant growth at ports in Miami, Tampa and Jacksonville. Florida's economy is expected to continue to improve in 2012. Sustaining this momentum will depend on job creation and the avoidance of any future impacts to Florida's already decimated housing market and residential construction sector. Despite these and other impacts, economic data suggests that recovery, although moderate, has begun.

# THE STATE OF SOUTH FLORIDA'S ECONOMY

## THE STATE OF SOUTH FLORIDA'S ECONOMY

### INTRODUCTION

Generally, regional economies influence local market conditions, but local market conditions do not necessarily parallel regional markets. The appraiser should examine the economic structure of the region and the community, the comparative advantages that each possesses, and the attitudes of local government and residents toward growth and change.

### ECONOMIC OUTLOOK

According to the report from Wells Fargo Securities' Economics Group, titled "Florida Economic Outlook: September 2011," South Florida's recovery from the Great Recession has been painfully slow. The authors state, "There are a few bright spots, including continued export growth driven by South Florida's close trading ties to South America and a rebound in tourism but overall job growth in the South Florida region remains lackluster. Total employment in Miami, Fort Lauderdale and West Palm Beach, for example, is up only 0.6 percent over the past year, and the unemployment rate remains in the double digits across many of South Florida's metro areas." Furthermore, the report provides the following bullet-points pertaining to South Florida's economic outlook:

- Over the past year, payrolls in the combined Miami, Fort Lauderdale, and West Palm Beach area are up 0.8 percent, with much of the job growth being driven by South Florida's booming leisure and hospitality sector.

- Commercial construction activity is slowly making a comeback. Several recent projects, including the 40,00 square foot expansion of Sawgrass Mills shopping mall in Sunrise and the construction of a new Walmart supercenter in North Lauderdale, indicate that well located projects are moving forward. Growth will remain choppy, however, until operating fundamentals improve further, especially in South Florida's battered retail market.

- South Florida has benefitted immensely from its close trading ties to a booming South America. Port activity at the Port of Miami increased 5 percent last year, and growth so far in 2011 has been strong. Trade activity has been mostly driven by a weakening U.S. dollar. International trade also supports a great deal of support for South Florida's professional and business services sector, where employment is up a solid 2.0 percent over the past year. Overall private sector payrolls have risen 1.4 percent.

A recent article from the Miami Herald, dated January 11, 2012, titled "Florida Brokers Sunnier than Most," suggests that there are encouraging displays of progress emerging in South Florida. The article essentially summarizes the recent "Beige Book" report from the Federal Reserve and states, "The latest Beige Book report from the Federal Reserve once again has the Sunshine State avoiding the general gloom hitting the housing industry throughout the Atlanta [Federal Reserve] district, which spans the Southeast. While brokers in the region said November and December brought "soft" home sales, Florida said sales actually "rebounded" after a brief soft patch. The reason: international homebuyers and cash deals. Florida's housing shout-out came in a relatively upbeat Beige Book, which the Fed

issues about every six weeks as an anecdotal report card on the nation's economic health. Most districts reported somewhere between "modest" and "moderate" growth, suggesting the recovery is holding steady. South Florida received two mentions, both tied to the region's strong tourism rebound. Describing encouraging dispatches from tourism businesses throughout the Southeast, Fed authors wrote "South Florida in particular experienced greater travel activity from Canadians and South Americans."

## SUMMARY AND CONCLUSION

In summary, the South Florida regional economy is experiencing a general alleviation of economic pressures that were generally attributable to the collapse of the US and regional housing industry, the large number of foreclosures, high unemployment, and other factors. As the economy in this region continues to gain footing, with improvements in the area's fundamental economic drivers, the region is likely poised for what appears to be a slow to moderate rate of economic growth and recovery into the foreseeable future.

# THE STATE OF THE MIAMI-DADE COUNTY ECONOMY

# THE STATE OF THE MIAMI-DADE COUNTY ECONOMY

## THE ECONOMIC OUTLOOK

The Miami-Dade County's department of Economic Development and International Trade ("the Department") continuously monitors and reports the fundamental economic indicators pertaining to the region. The department's Chief Economist, Robert D. Cruz, PHD, provided the following analysis and commentary in an October 2011 release:

"The first seven months of this year showed encouraging signs of accelerated economic growth in Miami-Dade. Payroll employment through July grew at an annualized rate of 3.0% compared to 1.0% growth in all of 2010. Taxable sales also demonstrated relatively strong growth, and monthly existing home sales and prices continued along a positive sales trend. The pace of growth in tourism and international trade were similarly encouraging with sustained positive momentum through July. Local economic indicators since July, however, signal that the pace of recovery may be starting to cool. Payroll employment has remained effectively unchanged from July to September, although the unemployment rate has fallen in each of the last three months. Taxable sales in July were unchanged from June. International trade continues to grow, but August data indicates that the pace may be slowing. While lodging indicators are holding up well, August data indicated that growth in visitors might be slowing."

A subsequent release by the Department, dated November 2011, titled "Miami-Dade Labor Market Report", states that, "The number of employed residents (including the self-employed) in Miami-Dade County grew by 1% in October from September as the economy added nearly 12,000 jobs after seasonal adjustment. On a year-over-year basis, employment remains up by over 3% with nearly 36,000 jobs added after seasonal adjustment according to the Bureau of Labor Statistics household survey. Unemployment in Miami-Dade County declined from September to October to 10.8%, after seasonal adjustment, from 11.5% last month. There were 141,000 unemployed residents in October, down by nearly 9,000 from last month, and 24,000 below October 2010. Unemployment rates have declined by three percentage points in just four months from the 13.8% peak in May and June."

The following synopsis, published by the Department in December 2011, pertains to the current state of international trade in the Miami-Dade County region:

"The County's international trade sector continues to register significant growth, with the value of international trade through the first 9 months of 2011 running 22% higher than in the same period of 2010. The value of imports through Miami-Dade ports from January to September increased by 22% over last year's value, while exports were higher by 20%. The near term economic outlook for Miami-Dade County's key trading partners continues to be supportive of growth in international trade, although at a slower pace than experienced in the first 9 months of 2011. The IMF forecasts moderate growth for most of Latin America and the Caribbean through 2016. Important trading partners like Brazil and Colombia should experience sold growth rates from 2012 to 2016. Venezuela's economic recovery from a 2010 recession is expected to continue into 2012, although its longer-term growth prospects are less sanguine."

**HREA**
Hanson Real Estate Advisors, Inc.

An authoritative publication produced by collaboration between the Urban Land Institute and PricewaterhouseCoopers – "Emerging Trends in Real Estate 2012" – is a trends and forecast publication that provides an outlook on real estate investment and development trends, real estate finance and capital markets, property sectors, metropolitan areas, and other real estate issues. The publication, dated October 2011, opined the following in regards to the Miami metropolitan area:

"Emerging from the housing debacle well ahead of the rest of Florida Miami begins to recapture its edgy, high-energy international vibe helped by a cheap dollar, an attractive location, and pro sports scene. Wealthy South Americans return in droves, filling South Beach hotels, buying in malls, and parking money in bargain-priced, high-end, waterfront condominiums. "President Chavez is south Florida's number-one real estate agent," one interviewee observes. Venezuelan capital pours into safe-harbor investments, and "Brazil's strong currency encourages buying." Euro traffic ratchets up, too: Brits, the French, and Germans love the winter getaway from dark, cold homeland environs, and the euro exchange rate is almost too good to pass up. The multifamily market has caught fire too: condos turned rentals lease briskly, and a "mini-development" boom in apartment towers is well underway. "We will be overbuilt in apartments by 2013, but developers enjoy a great spread since existing buildings are priced at sub-5 cap rates. People who get in early will do okay, but the window is closing." The industrial sector is the "hottest part of the marketplace." Miami joins the list of East and Gulf Coast ports angling to attract Panamax ship traffic. New tunnel and rail projects create links to the airport and routes out of town, but the city's extreme southerly location increases shipping distances to northern population centers. The office market lags badly: new projects underwritten by offshore capital worsen a 20 percent-plus vacancy rate. Public sector job shedding offsets any recent leasing gains from private companies."

## MIAMI-DADE COUNTY'S PORT OF MIAMI

### INTRODUCTION

The Port of Miami's "2035 Master Plan" provides a general overview of the Port of Miami and its unequivocal position as one of Miami-Dade County's premier economic engines, which is as follows:

"The Located in the heart of downtown Miami in Biscayne Bay, The Port of Miami is one of the most significant economic generators for South Florida. Through its cargo and cruise activities, the Port has determined that it contributes over $18 billion annually to the South Florida economy and helps provide direct and indirect employment for over 176,000 individuals. The Port is owned and operated by the Seaport Department of Miami-Dade County. Currently, the Port is connected to Downtown Miami by Port Boulevard, a bridge over the Intracoastal Waterway that empties truck traffic, buses and other vehicles into Biscayne Boulevard, the primary downtown artery between the American Airlines Arena and Bayside Park. In 2010 the Port of Miami handled more than 4.1 million cruise passengers and 7.3 million tons of cargo providing a tremendous economic and social benefit to Miami-Dade County and the South Florida community. The Port of Miami is recognized as the "Cruise Capital of the World" – it has retained its status as the number one cruise passenger port in the

world for well over four decades accommodating cruise vessels of major cruise lines such as Carnival Corporation, Royal Caribbean Cruises, Ltd. and Norwegian Cruise Line. As the "Cargo Gateway of the Americas", the Port primarily handles containerized cargo and small amounts of break bulk, vehicles and industrial equipment. The Port of Miami is among an elite group of ports in the world that cater to both cruise ships and containerized cargo."

## CURRENT PROJECTS

The Port of Miami is developing and constructing two projects concurrently to position "for growth opportunities as the Panama Canal expansion project is completed" by approximately 2014. The two capital improvement projects are generally referred to as the Port of Miami Deep Dredge Project and the Port of Miami Tunnel Project.

- Port of Miami Deep Dredge Project:  The Port's Deep Dredge project is timed to coincide with the opening of an expanded Panama Canal in 2014, which will allow a new generation of larger cargo vessels to pass through the Canal. The Port of Miami dredge project is expected to result in more than 30,000 new jobs for the region in the coming years. Once the port is dredged to a depth of 50 feet, larger, "New Panamax" ships can load and unload cargo there, enabling the Port of Miami to become a "first port of call" for ships coming through the expanded Panama Canal in 2014."This is a solid first step toward enhancing Florida's infrastructure and getting our state ready for a new generation of international trade with South America and beyond," said Governor Scott.

- Port of Miami Tunnel Project: The Port of Miami Tunnel project, also to be completed by 2014 will allow trucks to bypass Downtown Miami, resulting in twice the traffic capacity to the port. By connecting SR A1A/MacArthur Causeway to Dodge Island, the project will provide direct access between the seaport and highways I-395 and I-95, create another entry to the Port of Miami besides the Port Bridge. The project will improve traffic flow in downtown Miami by reducing the number of cargo trucks and cruise related vehicles on congested downtown streets. Construction on the Port of Miami Tunnel project is to be completed on May 15th, 2014. By providing trucks (and passengers) direct interstate access between the Port of Miami and I-395, the Port will be able to maintain truck movements at twice today's capacity.

## SUMMARY AND CONCLUSION

In summary, the region's fundamental economic indicators are ostensibly strengthening. Furthermore, Miami-Dade County is strategically leveraging its core assets to position itself for future economic growth. Hence the capital improvement projects that will ensure the region's long-term viability. As a result, these observations and data suggest that current economic conditions in the region will continue to improve with healthy economic momentum already manifesting. The Miami-Dade County area will likely lead Florida's economic recovery while maintaining its competitive economic position, globally and domestically, into the foreseeable future.

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

# MIAMI-DADE RESIDENTIAL HOUSING MARKET

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

## MIAMI-DADE RESIDENTIAL HOUSING MARKET

According to the Quarterly Housing Report 2Q 2011, prepared by Reinhold P. Wolff Economic Research, Inc., the following market conditions are reported for the Miami-Dade County building activity, housing starts, rental market, condominium market and single family home market:

The following chart represents single-family and multi-family housing permits issued from 2007-2011:



A total of 579 multi-family housing units were permitted during the first quarter of 2011, 11.6% less than the fourth quarter of 2010. New single-family homes authorized during the first quarter of 2011 totaled 178 units, 4.8% less that the 187 permitted during the fourth quarter of 2010. Total starts for 2011 is forecasted to be 3,707 units as compared to 2,297 in 2010, a 61.4% increase.

The following charts and information represent the apartment market in Miami-Dade County.



The following charts represent the vacancy and rent trends in the Miami-Dade County area. Vacancy peaked in 2009, but has since decreased dramatically in 2011.

---

**HREA**
Hanson Real Estate Advisors, Inc.

The following chart represents rental rates for apartments in the Miami-Dade County Area:

| Unit Type | Average Monthly Rent | | | | Percent Change | |
| | May-11 | Feb-11 | May-10 | | 2/11 - 05/11 | 05/10 - 05/11 |
|---|---|---|---|---|---|---|
| All Apartments | $ 1,225 | $1,206 | $1,189 | | +1.6% | +3.0% |
| Efficiency | $   882 | $   859 | $   884 | | +2.7% | -0.2% |
| One-Bedroom | $ 1,058 | $1,045 | $1,023 | | +1.2% | +3.4% |
| Two-Bedroom | $ 1,378 | $1,358 | $1,334 | | +1.5% | +3.3% |
| Three-Bedroom | $ 1,654 | $1,605 | $1,592 | | +3.1% | +3.9% |

For the Miami Springs/Flagler North area which includes the City of Doral, of apartment buildings 18 months and older, of the 3,168 units surveyed the vacancy rate was approximately 3.7%. The Miami Springs/Flagler North area reports the following rents, 1 bedroom/1 bath (792 square feet average) units rented for approximately $1,182, 2 bedroom/2 bath (1,040 square feet average) units rented for approximately $1,432, and three bedroom/2 bath (1,246 square feet average) units rented for approximately $1,635.

The following analysis is based on the new condominium market of Miami-Dade County Market area.

A total of 530 new condominium units were sold in Miami-Dade County during the first quarter of 2011. The first quarter sales were 35.7% less than the 824 sold in the fourth quarter of 2010. During the first quarter of 2011 condominium developments experienced an average of 2.2 sales per month and the median prices of new units sold, $365,788, was 17.3% more than the median of the fourth quarter of 2010 and 17.0% more than one year earlier.

The chart below shows sales of new condominiums and the median price of the last three quarters.

| Area | 1st Quarter 2010 | 4th Quarter 2010 | 1st Quarter 2011 |
|---|---|---|---|
| Under $100,000 | 2.5% | 10.0% | 0.4% |
| $100,000 - $124,999 | 2.8% | 3.8% | 0.2% |
| $125,000 - $149,999 | 10.2% | 4.9% | 0.4% |
| $150,000 - $174,999 | 4.3% | 6.1% | 1.3% |
| $175,000 - $249,999 | 20.0% | 15.7% | 19.4% |
| $250,000 - $349,999 | 16.3% | 15.5% | 25.7% |
| $350,000 - $499,999 | 10.6% | 14.6% | 25.1% |
| $500,000 Plus | 33.3% | 29.4% | 27.5% |
| ALL UNITS: | 100.0% | 100.0% | 100.0% |
| Median Price: | $312,589 | $311,718 | $365,788 |

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

The chart below shows that the average annual price of new condominiums peeked in 2008 and has dropped slightly in the last two years.



According to the report the Hialeah/Miami Springs Market area, which includes the City of Doral, had approximately 50 condominium sales in the 1st quarter of 2011, as compared to 11 in the 4th quarter of 2010, and 42 in the 3rd quarter of 2010. Of the 50 sales approximately 26 were between the price range of $175,000 - $249,990 and 15 were between $250,000 - $349,999, with a median price of $241,345.

The following analysis is based on the new single-family market of Miami-Dade County Market area.

A total of 130 new single-family homes were sold in Miami-Dade County during the first quarter of 2011. The first quarter sales were 35.0% less than the 200 sold in the fourth quarter of 2010. During the first quarter of 2011 new single-family developments experienced an average of 1.7 sales per month and the median prices of new homes sold, $247,655, was 19.9% more than the median of the fourth quarter of 2010.

The chart below shows sales of new single-family homes and the median price of the last three quarters.

| Area | 1st Quarter 2010 | 4th Quarter 2010 | 1st Quarter 2011 |
|---|---|---|---|
| Under $175,000 | 7.4% | 42.0% | 26.1% |
| $175,000 - $249,999 | 32.6% | 19.0% | 24.6% |
| $250,000 - $299,999 | 15.2% | 10.5% | 13.1% |
| $300,000 - $399,999 | 26.5% | 9.0% | 16.2% |
| $400,000 - $499,999 | 12.7% | 4.0% | 10.0% |
| $500,000 - $599,999 | 2.0% | 4.0% | 5.4% |
| $600,000 - $699,999 | 2.9% | 0.0% | 0.8% |
| $700,000 - $899,999 | 0.7% | 0.5% | 2.3% |
| $900,000 Plus | 0.0% | 11.0% | 1.5% |
| ALL UNITS: | 100.0% | 100.0% | 100.0% |
| Median Price: | $283,695 | $206,578 | $247,655 |

**HREA**
Hanson Real Estate Advisors, Inc.

The chart below shows that the average annual price of new single-family homes peeked in 2007 and has dropped slightly in the last four years.



According to the report the Miami Springs Market area, which includes the City of Doral, had approximately 42 single-family home sales in the 1st quarter of 2011, as compared to 44 in the 4th quarter of 2010, and 15 in the 3rd quarter of 2010. Of the 42 sales approximately 18 were between the price range of $300,000 - $399,999 and 12 were between $400,000 - $499,999, with a median price of $372,221.

# MIAMI –DADE OFFICE, INDUSTRIAL AND RETAIL MARKETS

## MIAMI-DADE COUNTY OFFICE MARKET OVERVIEW

The Appraiser reviewed a publication prepared by CoStar Group (CSGP), and titled "The CoStar Office Report - Miami-Dade County Third Quarter 2011", which discusses historical and current office market conditions.

The market data utilized within the report consists of existing and under construction office buildings, which include office, office condominium, office loft, office medical, all classes and all sizes, and both multi-tenant and single-tenant buildings, including owner-occupied buildings. The report illustrated the following statistics and observations for Miami-Dade County:

### TOTAL OFFICE MARKET STATISTICS — Third Quarter 2011

| Period | Existing Inventory # Bids | Existing Inventory Total RBA | Vacancy Direct SF | Vacancy Total SF | Vacancy Vac % | Net Absorption | Deliveries # Bids | Deliveries Total RBA | UC Inventory # Bids | UC Inventory Total RBA | Quoted Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 3q | 4,341 | 99,591,320 | 14,185,629 | 14,569,669 | 14.6% | 346,217 | 1 | 614,905 | 9 | 452,519 | $28.64 |
| 2011 2q | 4,341 | 99,000,068 | 13,999,206 | 14,414,634 | 14.5% | (57,490) | 2 | 307,167 | 10 | 1,067,424 | $29.12 |
| 2011 1q | 4,339 | 98,782,901 | 13,545,235 | 14,049,977 | 14.2% | 229,580 | 3 | 137,720 | 10 | 1,301,545 | $29.19 |
| 2010 4q | 4,340 | 98,785,267 | 13,737,788 | 14,281,923 | 14.5% | 161,327 | 1 | 24,000 | 8 | 1,280,977 | $29.40 |
| 2010 3q | 4,344 | 98,971,948 | 14,046,064 | 14,629,931 | 14.8% | 73,658 | 4 | 201,200 | 9 | 1,304,977 | $29.71 |
| 2010 2q | 4,340 | 98,770,748 | 13,858,516 | 14,502,389 | 14.7% | 304,328 | 2 | 771,293 | 13 | 1,506,177 | $29.93 |
| 2010 1q | 4,338 | 97,999,455 | 13,359,597 | 14,035,424 | 14.3% | (9,659) | 5 | 1,038,111 | 12 | 2,012,285 | $30.14 |
| 2009 | 4,333 | 96,961,344 | 12,382,893 | 12,987,654 | 13.4% | (1,335,389) | 33 | 1,774,713 | 15 | 2,756,997 | $30.30 |
| 2008 | 4,301 | 95,226,631 | 9,329,893 | 9,917,552 | 10.4% | (59,061) | 60 | 1,972,151 | 39 | 4,246,289 | $32.06 |
| 2007 | 4,256 | 93,497,956 | 7,663,629 | 8,081,796 | 8.6% | 919,955 | 49 | 2,605,272 | 54 | 4,801,822 | $31.50 |
| 2006 | 4,209 | 90,914,644 | 6,206,197 | 6,427,419 | 7.1% | 887,335 | 37 | 1,409,158 | 63 | 3,892,654 | $27.59 |
| 2005 | 4,173 | 89,549,486 | 5,746,161 | 5,945,696 | 6.6% | 3,265,519 | 41 | 1,476,447 | 41 | 2,168,537 | $24.31 |
| 2004 | 4,140 | 88,389,543 | 7,799,267 | 8,059,168 | 9.1% | 2,589,666 | 46 | 1,527,297 | 39 | 1,682,228 | $23.91 |
| 2003 | 4,097 | 86,913,015 | 8,578,900 | 9,168,296 | 10.5% | 1,138,337 | 41 | 1,183,819 | 44 | 1,917,944 | $23.80 |
| 2002 | 4,058 | 85,775,687 | 8,335,352 | 9,169,306 | 10.7% | 973,734 | 42 | 1,432,044 | 45 | 1,736,431 | $24.29 |
| 2001 | 4,017 | 84,345,043 | 7,940,443 | 8,712,395 | 10.3% | (75,894) | 33 | 2,366,581 | 49 | 2,510,095 | $23.59 |

Source: CoStar Property®

- Net absorption for the overall Miami-Dade County office market was positive 346,217 square feet in the third quarter 2011. That compares to negative (57,490) square feet in the second quarter 2011, positive 229,580 square feet in the first quarter 2011, and positive 161,327 square feet in the fourth quarter 2010;

- The office vacancy rate in the overall Miami-Dade County market area increased to 14.6% at the end of the third quarter 2011. The vacancy rate was 14.5% at the end of the second quarter 2011, 14.2% at the end of the first quarter 2011, and 14.5% at the end of the fourth quarter 2010;

- The average quoted asking rental rate for available office space, all classes, was $28.64 per square foot per year at the end of third quarter 2011 in the Miami-Dade County market area. This represented a 1.6% decrease in quoted rental rates from the end of the second quarter 2011, when rents were reported at $29.12 per square foot;

- Total office inventory in the Miami-Dade County market area amounted to 99,591,320 square feet in 4,341 buildings as of the end of the third quarter 2011;

- During the third quarter 2011, one building totaling 614,905 square feet was completed in the Miami-Dade County market area. There was 452,519 square feet of office space under construction at the end of the third quarter 2011.

The data contained within the publication suggests that the Miami-Dade office market's space fundamentals remain at a crossroads between fragility and stabilization. Vacancy and asking rental rates have remained somewhat stable when compared to preceding quarters. In comparison to pre-recession market conditions, space fundaments remain weaker.

## MIAMI AIRPORT OFFICE MARKET OVERVIEW

The report illustrated the following statistics and observations for the Subject Property's submarket (e.g. Miami Airport):

| Period | Existing Inventory | | Vacancy | | Net Absorption | Delivered Inventory | | UC Inventory | | Quoted Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| | # Bldgs | Total RBA | Vacant SF | Vacancy % | | # Bldgs | Total RBA | # Bldgs | Total RBA | |
| 2011 3q | 365 | 16,834,762 | 2,871,834 | 17.1% | (18,819) | 0 | 0 | 0 | 0 | $24.04 |
| 2011 2q | 366 | 16,948,415 | 2,966,668 | 17.5% | (259,954) | 0 | 0 | 0 | 0 | $24.13 |
| 2011 1q | 366 | 16,948,415 | 2,706,714 | 16.0% | 3,541 | 1 | 90,000 | 0 | 0 | $24.22 |
| 2010 4q | 369 | 16,998,501 | 2,760,341 | 16.2% | 914 | 1 | 24,000 | 1 | 90,000 | $23.99 |
| 2010 3q | 373 | 17,185,182 | 2,947,936 | 17.2% | (92,344) | 1 | 150,000 | 2 | 114,000 | $23.88 |
| 2010 2q | 372 | 17,035,182 | 2,705,592 | 15.9% | 130,100 | 0 | 0 | 3 | 264,000 | $24.70 |
| 2010 1q | 372 | 17,035,182 | 2,835,692 | 16.6% | (11,079) | 1 | 281,624 | 2 | 174,000 | $25.12 |
| 2009 4q | 371 | 16,753,558 | 2,542,991 | 15.2% | 46,302 | 0 | 0 | 3 | 455,624 | $25.40 |
| 2009 3q | 371 | 16,753,558 | 2,589,293 | 15.5% | (247,358) | 1 | 247,676 | 3 | 455,624 | $25.46 |
| 2009 2q | 370 | 16,505,882 | 2,094,231 | 12.7% | (49,641) | 0 | 0 | 4 | 703,300 | $26.05 |
| 2009 1q | 370 | 16,505,882 | 2,044,590 | 12.4% | (208,144) | 0 | 0 | 3 | 553,300 | $26.18 |
| 2008 4q | 370 | 16,505,882 | 1,836,446 | 11.1% | 26,735 | 1 | 14,745 | 3 | 553,300 | $26.57 |
| 2008 3q | 369 | 16,491,137 | 1,842,436 | 11.2% | (165,617) | 0 | 0 | 4 | 568,045 | $26.82 |
| 2008 2q | 369 | 16,491,137 | 1,686,819 | 10.2% | 52,086 | 1 | 36,134 | 4 | 568,045 | $27.29 |
| 2008 1q | 369 | 16,491,693 | 1,739,461 | 10.5% | 150,217 | 3 | 184,729 | 5 | 604,179 | $27.51 |
| 2007 4q | 366 | 16,306,964 | 1,704,949 | 10.5% | (108,669) | 1 | 17,760 | 6 | 492,539 | $26.79 |

Source: CoStar Property®

- Net absorption for the Miami Airport office submarket was negative (18,819) square feet in the third quarter 2011. That compares to negative (259,954) square feet in the second quarter 2011, positive 3,541 square feet in the first quarter 2011, and positive 914 square feet in the fourth quarter 2010;

- The office vacancy in the Miami Airport submarket area decreased to 17.1% at the end of the third quarter 2011. The vacancy rate was 17.5% at the end of the second quarter 2011, 16.0% at the end of the first quarter 2011, and at 16.2% at the end of the fourth quarter 2010;

- The average quoted asking rental rate for available office space (Class A, B & C), was $24.04 per square foot per year at the end of third quarter 2011 in the Miami Airport submarket area. That compares to a $24.13 per square foot average rental rate quoted in the second quarter 2011, and a $24.22 per square foot average rental rate quoted in the first quarter 2011;

- Total office inventory within the submarket area amounted to 16,834,762 square feet in 365 buildings as of the end of the third quarter 2011;

- Since the end of the second quarter 2011, the submarket has not experienced any new office space being delivered nor was there any new construction.

The data contained within the publication suggests that local office (e.g. Miami Airport submarket) market conditions remain stressed, resulting in negative absorption, which have

CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

led to higher vacancy rates and lowered asking rental rates when compared to Miami-Dade County. In comparison to pre-recession market conditions, space fundaments remain weaker.

## MIAMI-DADE COUNTY INDUSTRIAL MARKET OVERVIEW

The Appraiser reviewed a publication prepared by CoStar Group (CSGP), and titled "The CoStar Industrial Report – Miami Dade County Third Quarter 2011", which discusses historical and current industrial market conditions.

The market data utilized within the report consists of existing and under construction and under renovation industrial buildings, which include warehouse, flex/research & development, distribution, manufacturing, industrial showroom, and service buildings, in both single-tenant and multi-tenant buildings, including owner-occupied buildings. The report illustrated the following statistics and observations for Miami-Dade County:

### TOTAL INDUSTRIAL MARKET STATISTICS — Third Quarter 2011

| Period | Existing Inventory # Bldg | Total RBA | Vacancy Direct SF | Total SF | Vac % | Net Absorption | Deliveries # Bldg | Total RBA | UC Inventory # Bldg | Total RBA | Quoted Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 3q | 8,860 | 234,379,369 | 19,465,740 | 19,721,305 | 8.4% | 465,752 | 1 | 338,000 | 0 | 0 | $7.15 |
| 2011 2q | 8,859 | 234,041,369 | 19,568,332 | 19,849,057 | 8.5% | 171,996 | 2 | 15,800 | 1 | 338,000 | $7.07 |
| 2011 1q | 8,857 | 234,025,569 | 19,843,278 | 20,005,253 | 8.5% | 829,887 | 2 | 25,770 | 3 | 353,800 | $6.95 |
| 2010 4q | 8,856 | 234,016,084 | 20,620,335 | 20,826,665 | 8.9% | 465,720 | 1 | 9,500 | 4 | 371,770 | $6.97 |
| 2010 3q | 8,855 | 233,996,584 | 20,932,892 | 21,271,875 | 9.1% | 5,402,925 | 1 | 75,250 | 4 | 383,270 | $7.03 |
| 2010 2q | 8,854 | 233,921,334 | 22,181,500 | 22,599,550 | 9.7% | 961,677 | 3 | 294,384 | 3 | 432,750 | $7.14 |
| 2010 1q | 8,851 | 233,626,950 | 22,500,818 | 23,266,843 | 10.0% | 397,919 | 1 | 19,312 | 6 | 727,134 | $7.20 |
| 2009 | 8,850 | 233,607,638 | 22,794,365 | 23,649,446 | 10.1% | (3,749,520) | 17 | 1,930,580 | 4 | 288,946 | $7.48 |
| 2008 | 8,833 | 231,677,058 | 17,406,955 | 17,969,346 | 7.8% | (3,216,948) | 54 | 1,856,494 | 56 | 1,889,985 | $8.42 |
| 2007 | 8,781 | 229,852,201 | 12,611,158 | 12,827,541 | 5.6% | (459,481) | 102 | 3,455,377 | 46 | 1,403,414 | $8.34 |
| 2006 | 8,682 | 226,533,206 | 8,619,905 | 8,889,064 | 3.9% | 1,596,618 | 80 | 2,367,873 | 61 | 2,536,371 | $7.41 |
| 2005 | 8,605 | 224,226,866 | 7,974,307 | 8,179,343 | 3.6% | 4,304,265 | 110 | 2,072,556 | 63 | 2,196,071 | $6.97 |
| 2004 | 8,497 | 222,375,099 | 10,183,310 | 10,632,241 | 4.8% | 6,288,672 | 101 | 2,735,096 | 95 | 1,968,546 | $6.46 |
| 2003 | 8,400 | 219,770,053 | 13,826,235 | 14,315,467 | 6.5% | 4,498,295 | 92 | 2,538,956 | 77 | 2,093,157 | $6.30 |
| 2002 | 8,309 | 217,388,592 | 15,336,663 | 16,432,301 | 7.6% | 2,389,388 | 109 | 2,789,169 | 73 | 1,922,681 | $6.02 |
| 2001 | 8,208 | 214,794,367 | 14,888,551 | 16,227,454 | 7.6% | 2,280,002 | 126 | 4,610,646 | 93 | 2,224,222 | $6.21 |

Source: CoStar Property

- Net absorption for the overall Miami-Dade County office market was positive 465,752 square feet in the third quarter 2011. That compares to positive 171,996 square feet in the second quarter 2011, positive 829,887 square feet in the first quarter 2011, and positive 465,720 square feet in the fourth quarter 2010;

- The industrial vacancy rate in the overall Miami-Dade County market area decreased to 8.4% at the end of the third quarter 2011. The vacancy rate was 8.5% at the end of the second quarter 2011, 8.5% at the end of the first quarter 2011, and 8.9% at the end of the fourth quarter 2010;

- The average quoted asking rental rate for available industrial space was $7.15 per square foot per year at the end of the third quarter 2011 in the Miami-Dade County market area. This represented a 1.1% increase in quoted rental rates from the end of the second quarter 2011, when rents were reported at $7.07 per square foot;

- Total industrial inventory in the Miami-Dade County market area amounted to 234,379,369 square feet in 8,860 buildings as of the end of the third quarter 2011;

- During the third quarter 2011, one building totaling 338,000 square feet was completed in the Miami-Dade County market area. There was not any industrial space under construction at the end of the third quarter 2011.

The data contained within the publication suggests that the Miami-Dade industrial market's space fundamentals have strengthened when compared to recent cyclical lows regarding vacancy rates, positive absorption and slightly increasing average quoted asking rental rates.

## MIAMI AIRPORT INDUSTRIAL MARKET OVERVIEW

The report illustrated the following statistics and observations for the Subject Property's submarket (e.g. Miami Airport):

| Period | Existing Inventory | | Vacancy | | Net Absorption | Delivered Inventory | | UC Inventory | | Quoted Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| | # Bldgs | Total RBA | Vacant SF | Vacancy % | | # Bldgs | Total RBA | # Bldgs | Total RBA | |
| 2011 3q | 2,047 | 75,327,746 | 7,157,786 | 9.5% | (33,331) | 1 | 338,000 | 0 | 0 | $8.31 |
| 2011 2q | 2,046 | 74,989,746 | 6,786,459 | 9.0% | 116,046 | 1 | 7,800 | 1 | 338,000 | $8.29 |
| 2011 1q | 2,045 | 74,981,946 | 6,894,701 | 9.2% | 205,366 | 2 | 11,586 | 2 | 345,800 | $8.18 |
| 2010 4q | 2,045 | 74,986,645 | 7,104,766 | 9.5% | (115,257) | 0 | 0 | 2 | 349,586 | $8.13 |
| 2010 3q | 2,045 | 74,986,645 | 6,989,509 | 9.3% | 358,540 | 1 | 75,250 | 2 | 349,586 | $8.01 |
| 2010 2q | 2,044 | 74,911,395 | 7,272,799 | 9.7% | 130,917 | 2 | 194,364 | 2 | 413,250 | $8.12 |
| 2010 1q | 2,042 | 74,717,011 | 7,209,332 | 9.6% | 385,661 | 1 | 19,312 | 4 | 607,634 | $8.07 |
| 2009 4q | 2,041 | 74,697,699 | 7,575,681 | 10.1% | (187,840) | 1 | 21,724 | 4 | 288,946 | $8.32 |
| 2009 3q | 2,040 | 74,675,975 | 7,366,117 | 9.9% | (969,761) | 1 | 43,448 | 4 | 235,420 | $8.57 |
| 2009 2q | 2,039 | 74,632,527 | 6,752,908 | 9.0% | (184,023) | 0 | 0 | 5 | 278,868 | $8.91 |
| 2009 1q | 2,039 | 74,632,527 | 6,568,385 | 8.8% | (767,512) | 1 | 189,740 | 4 | 108,868 | $9.20 |
| 2008 4q | 2,038 | 74,442,787 | 5,611,113 | 7.5% | (269,459) | 1 | 24,224 | 4 | 255,160 | $9.35 |
| 2008 3q | 2,037 | 74,418,563 | 5,321,421 | 7.2% | (243,655) | 2 | 92,974 | 5 | 279,384 | $9.28 |
| 2008 2q | 2,035 | 74,325,589 | 4,981,832 | 6.7% | (586,532) | 2 | 53,688 | 6 | 182,618 | $9.77 |
| 2008 1q | 2,033 | 74,271,901 | 4,342,610 | 5.8% | 482,521 | 8 | 199,014 | 8 | 236,306 | $9.54 |
| 2007 4q | 2,025 | 74,072,887 | 4,626,117 | 6.2% | (316,638) | 8 | 271,355 | 12 | 345,676 | $9.16 |

Source: CoStar Property®®

- Net absorption for the Miami Airport industrial submarket was negative (33,331) square feet in the third quarter 2011. That compares to positive 116,046 square feet in the second quarter 2011, positive 205,366 square feet in the first quarter 2011, and negative (115,257) square feet in the fourth quarter 2010;

- The industrial vacancy in the Miami Airport submarket area increased to 9.5% at the end of the third quarter 2011. The vacancy rate was 9.0% at the end of the second quarter 2011, 9.2% at the end of the first quarter 2011, and 9.5% at the end of the fourth quarter 2010;

- The average quoted asking rental rate for available industrial space (Flex & Warehouse), was $8.31 per square foot per year at the end of third quarter 2011 in the Miami Airport submarket area. That compares to a $8.29 per square foot average rental rate quoted in the second quarter 2011, and a $8.18 per square foot average rental rate quoted in the first quarter 2011;

- Total industrial inventory within the submarket area amounted to 75,327,746 square feet in 2,047 buildings as of the end of the third quarter 2011, which represented the largest submarket of Miami-Dade County regarding existing inventory;

- During the third quarter 2011, one building totaling 338,000 square feet was completed within the submarket area. During the third quarter 2011, the submarket lacked any new construction.

The data contained within the publication suggests that local industrial (e.g. Miami Airport submarket) market conditions remain stressed, but is slowly improving regarding higher asking rental rates when compared to preceding quarters. In comparison to pre-recession

**HREA**
Hanson Real Estate Advisors, Inc.

market conditions, space fundaments remain weaker. In comparison to the county overall, this submarket has higher vacancy and asking rental rates.

## MIAMI-DADE COUNTY RETAIL MARKET OVERVIEW

The Appraiser reviewed a publication prepared by CoStar Group (CSGP), and titled "The CoStar Retail Report – Miami Dade County Third Quarter 2011", which discusses historical and current retail market conditions.

The market data utilized within the report consists of existing and under construction and under renovation retail buildings, which include community center, freestanding retail, neighborhood center, power center, regional mall, specialty center and unanchored strip center, in both single-tenant and multi-tenant buildings, including owner-occupied buildings. The report illustrated the following statistics and observations for Miami-Dade County:

### TOTAL RETAIL MARKET STATISTICS — Third Quarter 2011

| Period | Existing Inventory | | Vacancy | | | Net Absorption | Deliveries | | UC Inventory | | Quoted Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | # Bldg | Total GLA | Direct SF | Total SF | Vac % | | # Bldg | Total GLA | # Bldg | Total GLA | |
| 2011 3q | 9,343 | 123,856,562 | 5,180,947 | 5,288,060 | 4.3% | 257,967 | 6 | 56,054 | 16 | 297,889 | $24.84 |
| 2011 2q | 9,337 | 123,800,508 | 5,353,540 | 5,689,973 | 4.4% | 165,905 | 4 | 81,529 | 16 | 177,061 | $24.12 |
| 2011 1q | 9,333 | 123,720,979 | 5,457,941 | 5,674,349 | 4.5% | 172,148 | 2 | 4,047 | 13 | 259,097 | $23.46 |
| 2010 4q | 9,331 | 123,724,565 | 5,683,745 | 5,755,083 | 4.7% | 98,445 | 0 | 0 | 9 | 115,246 | $23.76 |
| 2010 3q | 9,333 | 123,724,565 | 5,773,738 | 5,853,528 | 4.7% | 51,746 | 2 | 11,516 | 6 | 89,278 | $24.28 |
| 2010 2q | 9,331 | 123,713,049 | 5,814,768 | 5,893,758 | 4.8% | 181,164 | 3 | 24,859 | 2 | 11,516 | $24.56 |
| 2010 1q | 9,328 | 123,688,190 | 5,963,829 | 6,060,063 | 4.9% | 71,865 | 6 | 138,957 | 5 | 36,375 | $24.20 |
| 2009 4q | 9,322 | 123,549,233 | 5,896,247 | 5,982,971 | 4.8% | 266,396 | 5 | 498,646 | 10 | 170,499 | $24.83 |
| 2009 3q | 9,318 | 123,053,397 | 5,655,014 | 5,753,531 | 4.7% | 467,083 | 6 | 676,702 | 12 | 640,124 | $25.61 |
| 2009 2q | 9,312 | 122,376,695 | 5,602,205 | 5,543,912 | 4.5% | (308,882) | 8 | 90,660 | 19 | 1,293,125 | $26.20 |
| 2009 1q | 9,305 | 122,287,356 | 4,993,386 | 5,145,691 | 4.2% | (314,842) | 11 | 217,915 | 19 | 1,209,419 | $27.41 |
| 2008 4q | 9,294 | 122,069,841 | 4,584,103 | 4,713,334 | 3.9% | 33,271 | 17 | 618,687 | 25 | 1,307,968 | $27.65 |
| 2008 3q | 9,277 | 121,451,154 | 4,064,328 | 4,127,918 | 3.4% | 311,160 | 23 | 780,445 | 36 | 1,556,923 | $27.88 |
| 2008 2q | 9,254 | 120,670,709 | 3,595,263 | 3,658,633 | 3.0% | 696,282 | 16 | 749,354 | 48 | 1,739,457 | $27.85 |
| 2008 1q | 9,238 | 119,921,355 | 3,562,211 | 3,605,561 | 3.0% | 303,026 | 21 | 546,266 | 52 | 2,202,660 | $28.02 |
| 2007 | 9,219 | 119,383,325 | 3,357,619 | 3,470,557 | 2.8% | 3,607,576 | 81 | 3,042,818 | 90 | 2,111,700 | $28.01 |

Source: CoStar Property®

- Retail net absorption was moderate in Miami-Dade County third quarter 2011, with positive 257,967 square feet absorbed in the quarter. In second quarter 2011, net absorption was positive 165,905 square feet, while in first quarter 2011, absorption came in at positive 177,148 square feet. In fourth quarter 2010, positive 98,445 square feet was absorbed in the market;

- Miami-Dade County's retail vacancy rate decreased in the third quarter 2011, ending the quarter at 4.3%. Over the past four quarters, the market has seen an overall decrease in the vacancy rate, with the rate going from 4.7% in the fourth quarter 2010, to 4.5% at the end of the first quarter, 4.4% at the end of the second quarter 2011, to 4.3% in the current quarter;

- Average quoted asking rental rates in the Miami-Dade County retail market are up over previous quarter levels, and up from their levels four quarters ago. Quoted rents ended the third quarter 2011 at $24.84 per square foot per year. That compares to $24.12 per square foot in the second quarter 2011, and $23.76 at the end of the fourth quarter 2010. This represents a 3.0% increase in rental rates in the current quarter, and a 4.35% increase from four quarters ago;

- Total retail inventory in the Miami-Dade County market area amounted to 123,858,562 square feet in 9,343 buildings and 1,362 centers as of the end of the third quarter 2011;

- During the third quarter 2011, six buildings totaling 56,054 square feet were completed in the Miami-Dade County retail market. Over the past four quarters, a total of 141,644 square feet of retail space has been built in Miami-Dade County. Additionally, there was 297,889 square feet of retail space under construction in fourth quarter 2010.

The data contained within the publication suggests that the Miami-Dade retail market's space fundamentals have strengthened when compared to preceding quarters regarding vacancy rates, absorption and average quoted asking rental rates, but remain weaker when compared to pre-recession market conditions.

## MIAMI AIRPORT RETAIL MARKET OVERVIEW

The report illustrated the following statistics and observations for the Subject Property's submarket (e.g. Miami Airport):

| Period | Existing Inventory | | Vacancy | | Net Absorption | Delivered Inventory | | UC Inventory | | Quoted Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| | # Bldgs | Total RBA | Vacant SF | Vacancy % | | # Bldgs | Total RBA | # Bldgs | Total RBA | |
| 2011 3q | 2,047 | 75,327,746 | 7,157,786 | 9.5% | (33,331) | 1 | 338,000 | 0 | 0 | $8.31 |
| 2011 2q | 2,046 | 74,989,746 | 6,786,456 | 9.0% | 116,046 | 1 | 7,800 | 1 | 338,000 | $8.29 |
| 2011 1q | 2,045 | 74,981,946 | 6,894,701 | 9.2% | 205,366 | 1 | 11,586 | 2 | 345,800 | $8.18 |
| 2010 4q | 2,045 | 74,986,645 | 7,104,766 | 9.5% | (115,297) | 0 | 0 | 2 | 349,586 | $8.13 |
| 2010 3q | 2,045 | 74,986,645 | 6,989,509 | 9.3% | 358,540 | 1 | 75,250 | 2 | 349,586 | $8.01 |
| 2010 2q | 2,044 | 74,911,395 | 7,272,799 | 9.7% | 130,917 | 2 | 94,384 | 2 | 413,250 | $8.12 |
| 2010 1q | 2,042 | 74,717,011 | 7,209,332 | 9.6% | 385,661 | 1 | 19,312 | 4 | 607,634 | $8.07 |
| 2009 4q | 2,041 | 74,697,699 | 7,575,681 | 10.1% | (187,840) | 1 | 21,724 | 4 | 288,946 | $8.32 |
| 2009 3q | 2,040 | 74,675,975 | 7,366,117 | 9.9% | (369,281) | 1 | 43,648 | 4 | 235,420 | $8.57 |
| 2009 2q | 2,039 | 74,632,527 | 6,752,908 | 9.0% | (184,925) | 0 | 0 | 5 | 278,868 | $8.91 |
| 2009 1q | 2,039 | 74,632,527 | 6,568,385 | 8.8% | (267,932) | 1 | 189,740 | 4 | 108,868 | $9.20 |
| 2008 4q | 2,038 | 74,442,787 | 5,611,113 | 7.5% | (265,408) | 4 | 24,224 | 4 | 255,160 | $9.35 |
| 2008 3q | 2,037 | 74,418,563 | 5,321,421 | 7.2% | (263,615) | 2 | 92,974 | 5 | 279,384 | $9.28 |
| 2008 2q | 2,035 | 74,325,589 | 4,984,832 | 6.7% | (588,934) | 2 | 53,688 | 6 | 182,618 | $9.17 |
| 2008 1q | 2,033 | 74,271,901 | 4,342,610 | 5.8% | 482,521 | 8 | 199,014 | 8 | 236,306 | $9.54 |
| 2007 4q | 2,025 | 74,072,887 | 4,626,117 | 6.2% | (316,918) | 8 | 271,355 | 12 | 345,676 | $9.16 |

Source: CoStar Property®

- Net absorption for the Miami Airport retail submarket was negative (1,070) square feet in the third quarter 2011. That compares to positive 8,188 square feet in the second quarter 2011, a negative (16,295) square feet in the first quarter 2011, and a positive 5,807 square feet in the fourth quarter 2010;

- The retail vacancy in the Miami Airport submarket area remained the same at 4.1% from the end of the first quarter 2011 through the end of third quarter 2011. The vacancy rate was 4.0% at the end of the fourth quarter 2010;

- The average quoted asking rental rate for available retail space (Class A, B & C), was $19.84 per square foot per year at the end of third quarter 2011 in the Miami Airport submarket area. That compares to a $20.15 per square foot average rental rate quoted in the second quarter 2011, and a $20.14 per square foot average rental rate quoted in the first quarter 2011;

- Total industrial inventory within the submarket area amounted to 12,814,200 square feet in 569 buildings as of the end of the third quarter 2011, which represented the fourth largest submarket of Miami-Dade County regarding existing inventory;

- During the third quarter 2011, two buildings totaling 8,236 square feet were completed within the submarket area. During the third quarter 2011, the submarket has 3,410 square feet under construction.

The data contained within the publication suggests that local retail (e.g. Miami Airport submarket) market conditions remain stable (compared to preceding quarters) regarding vacancy rates and asking rental rates, but remain weaker when compared to pre-recession market conditions. In comparison to the county overall, this submarket has slightly lower vacancy and asking rental rates.

# MARKET AND SUBMARKET ANALYSIS

CASE No. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT No. 11012001

## AERIAL PHOTOGRAPH OF SUBMARKET



CASE NO. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT NO. 11012001

## AERIAL VIEW OF THE PROPERTY



## MARKET AND SUBMARKET ANALYSIS

### INTRODUCTION

According to The Appraisal of Real Estate – 13th Edition, "The area of influence, commonly called a *neighborhood,* can defined as a group of complementary land uses. A residential neighborhood, for example, may contain single-unit homes and commercial properties that provide services for local residents. A *district*, on the other hand, has one predominant land use. Districts are commonly composed of apartments, commercial, industrial, or agricultural properties. In broader terms, appraisers analyze the *market area* within which a subject property competes for attention of buyers and sellers. A market area can encompass one or more neighborhoods or districts or both."

Furthermore, "The term *market area* may be more relevant to the valuation process than either *neighborhood* or *district* for several reasons:

- Using the umbrella term *market area* avoids the confusing and possibly negative implications of the other terms.

- A market area can include neighborhoods, districts, and combinations of both.

- Appraisers focus on market area when analyzing value influences. A market area is defined in terms of the market for a specific category of real estate and thus is the area in which alternative; similar properties effectively compete with the subject property in the minds of probable, potentials purchasers and users."

### CITY OF DORAL

The City of Doral, which was incorporated in June 2003, is one of thirty-four municipalities in Miami-Dade County, Florida. The city is located one mile west from Miami International Airport and twelve miles from Downtown Miami. Doral occupies a land area of 15 square miles, which is bordered on the west by the Ronald Reagan Turnpike, to the north by the Town of Medley, to the east by the Palmetto Expressway and to the south by the City of Sweetwater. The following aerial highlights the city limits of Doral in red.



**HREA**
Hanson Real Estate Advisors, Inc.



According to the 2010 U.S. Census, the City of Doral had a population of 45,704 people, an increase of 123.6% from 2000, making it one of the fastest growing cities in Miami-Dade County. Doral's population has grown 77% within the last 8 years, with an additional 8,000 new home and mixed units being planned within the next 7 to 9 years. Doral's population characteristics are as follows:

| Population | |
|---|---|
| Total Population | 46,000 |
| Age 0-7 | 9.9% |
| Age 5-9 | 8.7% |
| Age 10-14 | 7.0% |
| Age 15-19 | 5.1% |
| Age 20-24 | 4.7% |
| Age 25-34 | 17.5% |
| Age 35-44 | 19.8% |
| Age 45-54 | 13.9% |
| Age 55-64 | 8.2% |
| Age 65-74 | 3.5% |
| Age 75-84 | 1.3% |
| Age 85+ | 0.4% |

| Education | |
|---|---|
| HS Graduate or Higher | 41% |
| Bachelor | 34% |
| Graduate | 21% |

| Race | |
|---|---|
| White | 7% |
| Black | 2% |
| Asian | 5% |
| Hispanic | 79% |
| Other | 9% |

| Household | |
|---|---|
| Total | 17,500 |
| Families | 12,109 (69%) |
| 1 Resident | 1,925 (11%) |
| 2 Residents | 5,075 (29%) |
| 3 or More | 10,500 (60%) |
| Owner occupied | 11,375 (65%) |
| Renter Occupied | 5,950 (34%) |

| Family Income | |
|---|---|
| Median | Doral $80,600 |
| Median | County $35,000 |
| Median | USA $44,000 |
| Per Capita | Doral $41,000 |
| Average | Doral $111,000 |

Over 150,000 employees work within the city on a daily basis for 9,000 businesses, which include Fortune 500 companies and government headquarters such as: Southern Command, Federal Reserve, Miami-Dade Elections Department, Perry Ellis International, Pepsi Bottling Company, Rowland Coffee, Brightstar, Carnival Cruises, Miami International Mall, Dole Flowers, Univision, Hellman Worldwide Logistics, Goya Foods, Boston Scientific, Teva Pharmaceuticals, AVEMA Pharma Solutions.

According to information compiled by Terra Group, LLC, housing prices peaked in 2006 at an average price of $650k per single-family home, equating to approximately $273 per square foot. Since the peak, prices on average have declined to an average of $182. However, homes priced at or above $400,000 have maintained an average price of $210 per square foot in 2010 and 2011 compared to an average price of $149 per square foot for homes that have been priced below $400k. The luxury market within Doral has remained strong and continues to attract people from South America.

## SURROUNDING DEMOGRAPHIC AND ECONOMIC PROFILE

This section of the Report provides a summary of general demographic and economic information pertaining to those areas located approximately one mile, three miles, and five miles of the Subject Property.

Within one, three, and five miles of the Subject Property, the 2000 population was 6,739, 23,578, and 258,700. The 2010 population within these ring radii increased to 17,030, 46,803, and 296,172. The 2015 population within the same radii are expected to increase to 20,154, 53,724, and 296,172.

CASE No. 11-35884-RAM, CHAPTER 11
HREA ASSIGNMENT No. 11012001

In 2000, the number of households within these radii was 2,373, 8,676, and 82,967, respectively. By 2010, the number of households within these radii has increased to 5,754, 16,787, and 92,683. By 2015, the number of households is expected to increase to 20,154, 53,724, and 296,172 respectively. The average household size in 2000 was 2.84, 2.69, and 3.04, respectively. In 2010 the average household size was 2.96, 2.77, and 3.04, respectively, as compared to the projected 2.97, 3.04, and 3.04, respectively in 2015. Owner occupied housing units in 2000 ranged from 1,656, 5,036, and 46,683, within the three radii, in 2010, increased to 3,918, 10,285, and 52,474, and by 2015 are expected to increase to 4,652, 11,966, and 54,255.

Also, within one, three, and five miles of the Subject Property, the median household income in 2000 was $60,683, $52,387, and $35,298, respectively. By 2010, the median household income had increased to $83,577, $67,901, and $45,140, and is expected to increase to $101,142, $77,502, and $52,111 by 2015.