# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                  Chapter 11

        Debtors.                                              (Jointly Administered)
_____/

## NOTICE OF FILING EXPERT WITNESS REPORT
## ON MARKET FEASIBILITY FOR DEBTORS

      Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC,[1] as debtors and debtors-in-possession (collectively, the "Debtors"), hereby notice the filing of this Expert Witness Report on Market Feasibility for Debtors prepared by Henry H. Fishkind, Ph.D., in support of *Debtors' Motion to Value Collateral* [ECF No. 81].

      Dated: January 13, 2012

                                   Bilzin Sumberg Baena Price & Axelrod LLP
                                   *Counsel for the Debtors*
                                   1450 Brickell Avenue, Suite 2300
                                   Miami, FL 33131
                                   Telephone: (305) 374-7580
                                   Facsimile: (305) 375-7593

                               By:   /s/ Mindy A. Mora
                                      Mindy A. Mora
                                      Fla. Bar No. 678910
                                      mmora@bilzin.com
                                      Daniel Y. Gielchinsky, Esq.
                                      Admitted *Pro Hac Vice*

---

[1]      The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served via the

Court's CM/ECF electronic notification system, and via U.S. Mail, postage prepaid, on January

13, 2012, upon all parties as set forth on the attached service list.

Dated: January 13, 2012

By: ___/s/ Mindy A. Mora_____
       Mindy A. Mora

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**CREDITOR MATRIX**

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
3880 Sheridan Street
Hollywood, FL 33021-3634

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440
Miami, FL 33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Sunshine State Cert III, LLLP and Bank United,
Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016

Office of the Attorney General
State of Florida
The Capitol, PL-01
Tallahassee, FL 32399-1050

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaze, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238
  **Returned Mail**

**Via Email to samster@kodsilawfirm.com**
Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166
**Returned Mail**

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180
**Returned Mail**

**Via CM/ECF**
Phillip M. Hudson III, Esq.
200 S. Bicayne Blvd., Suite 3600
Miami, Fl 33131
pmhudson@arnstein.com

**Via CM/ECF**
Office Of The Us Trustee
51 SW 1st Ave Ste 1204
Miami Fl  33130-1614
USTPRegion21.MM.ECF@usdoj.gov

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

**Via Email to samster@kodsilawfirm.com**
Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

**Via Email to samster@kodsilawfirm.com**
Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186
**Returned Mail**

**Via CM/ECF**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 S.e. 2nd Street, 44th Floor
Miami, FL 33131
gmoses@gjb-law.com

**Via CM/ECF**
Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL 33131
jguso@bergersingerman.com

**Via CM/ECF**
Melinda S Thornton, Esq.
Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101
cao.bkc@miamidade.gov

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186
**Returned Mail**

**Via Email to
samster@kodsilawfirm.com**
Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309
**Via Email to
samster@kodsilawfirm.com**
Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309
**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

**Via CM/ECF**
John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL 33131
jhutton@gtlaw.com

**Via CM/ECF**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131
**Returned Mail**

**<u>EXHIBIT "A"</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 11-35884-RAM
Chapter 11 Bankruptcy

In re: Town Center at Doral, LLC, et al.

Debtors
_____/

## EXPERT WITNESS REPORT ON MARKET FEASIBILITY FOR DEBTORS

January 12, 2012

Henry H. Fishkind, Ph.D.
Digitally signed by Henry H. Fishkind, Ph.D.
DN: cn=Henry H. Fishkind, Ph.D., o=Fishkind and
Associates, Inc., ou, email=Hankf@fishkind.com, c=US
Date: 2012.01.12 17:30:30 -05'00'

-----------------------------------------------------------------

Hank Fishkind, Ph.D., President
Fishkind & Associates, Inc.
12051 Corporate Boulevard
Orlando, Florida 32817
(407) 382-3256
Fishkind.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**INTRODUCTION**

1.0    Through their counsel, Debtors retained Fishkind and Associates, Inc. ("FA") to provide expert economic and real estate opinions concerning the feasibility and confirm ability of the proposed amended plan of reorganization in this matter ("Plan"). This report focuses on the market feasibility the Plan.

2.0    Dr. Fishkind conducted the research in this engagement; he drafted this opinion and will offer the testimony. Mr. Anderson and Mr. Timmerman, both Associates of the firm, assisted with the research. Dr. Fishkind's resume is attached as Exhibit #1 and his court experience as an expert is provided in Exhibit #2. The materials reviewed and relied upon in rendering this opinion are presented identified in the body of the report.

3.0    Our standard hourly fees apply in this engagement. These are as follows:

Dr. Fishkind          $400/hour for research and
                      $800/hour for testimony at deposition or trial

Mr. Timmerman and Mr. Anderson          $300/hour for research

**Qualifications to Provide Expert Opinion in this Matter**

4.0    I am qualified to provide the court with this expert opinion because of my education and my experience. I am an economist and President of Fishkind & Associates, Inc. ("FA"). FA provides its clients with economic and financial consulting and real estate development and management services from its offices in Orlando, Naples, and Port St. Lucie, all in Florida. My clients include state and municipal governments, the U.S. Department of Justice, Fortune 500 Companies, lenders, and major property developers, as well as both plaintiffs and defendants in litigation. Recently I have served as a consultant to the Bankruptcy Court in this District at the request of the Chief Judge.

5.0    My resume is included as Exhibit #1 which documents my qualifications. I have a Ph.D. in economics with specialties in Urban and Regional economics and in Econometrics. These specialties are particular useful in this assignment because: (a) urban and regional economics focuses on regional and local markets such as Doral and (b) econometrics is the quantification and measurement discipline in economics.

6.0    For many years I was Research Economist with the Bureau of Economic and Business Research at the University of Florida, and from time-to-time I served as its Acting Director and its Associate Director. During the course of my work at the Bureau I conducted numerous economic studies of Florida's economy and its real estate markets. I also designed and executed the Bureau's economic forecasting program. I have also served on the Governor's Council of Economic Advisors under two different administrations.

7.0    As the President of FA, I am regularly engaged to provide short-term and long-term market forecasts for the State of Florida and all 67 of its counties published through FA's Econocast. I have provided these forecasts for the State and counties for over 30 years, and I am familiar with market trends experienced in Florida and in Doral over that time.

8.0    Over the years I have consulted with many of Florida's most prominent builders and developers including Lennar, Engle, Bonita Bay, WCI, Miromar, Gulf Bay, Kitson, Barron Collier, and Collier Enterprises. I am currently consulting on projects in Coral Gables and in Southern Miami-Dade County.

9.0    Currently, I am engaged as manager of three real estate projects in Florida consisting of over 10,000 acres entitled for more than 12,000 residential units and more than 5,000,000 square feet of non residential space. In addition, our firm manages over 70 community development districts and a number of large-scale home owners associations.

10.0    Furthermore, I have been qualified as an expert witness to provide economic and real estate related testimony on more than 50 occasions by both the federal and state courts in Florida and in federal courts in Tennessee and Washington, D.C. I have also served as a court-appointed expert to provide valuation reports to the U.S. Tax Court. Recently, I testified as an expert in a similar matter related to Fiddler's Creek in the bankruptcy court for the Middle District of Florida. Exhibit #2 lists my court experience over the last five years.

## Summary of Expert Opinions

11.0    It is my opinion that the projected sales absorption and pricing of real estate products contained in the Plan are reasonable and achievable. The development program is well supported by the relevant market data and by the performance of the Plan Sponsor, Terra Landmark, LLC.

12.0    My opinion is based upon my detailed study and analysis of the following factors:

    a. "Summary Appraisal Report", by Waronker and Rosen (December 20, 2011)

    b. "Complete Summary Appraisal Report", by Hanson Real Estate Advisors, Inc. (January 11, 2012)

    c. "Disclosure Statement Relating to Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code", December 21, 2011.

    d. Debtor's detailed pro forma for the Landmark at Doral development project.

    e. Interviews with Mr. Brian Pearl, David Martin, and Adam Adler of Terra, the proposed owner and developer of the project.

    f. Site visits to Landmark at Doral.

    g. Analysis of the earning power of the business of Landmark at Doral.

    h. Examination of the capital structure for the Plan.

    i. Prospects for the continuing management of Landmark at Doral by the Terra management team.

    j. The efficiency of the management team and its ability to perform post confirmation.

    k. Examination of the proposed restructuring of the outstanding community development district bonds.

    l. Multilist data for selected areas in Miami-Dade County

    m. Reserve closing summary data

    n. "Market Considerations and Analysis of a proposed Mixed-Use Planned Community Landmark at Doral", by Goodkin & Associates, Inc. (December 2009).

    o. Analysis and forecasts for the U.S., Florida, and Miami-Dade County housing markets and markets for non residential development.

**Standards Governing Feasibility of Plan of Confirmation**

13.0    Council has informed me of the legal standards governing the feasibility of a proposed plan of confirmation in the context of a bankruptcy proceeding in this District. The court explained the standard in Chapin Revenue Cycle Management, LLC[1] as follows. "The proponent of the Plan must show that the Plan "offers at least a reasonable prospect of success and ... is workable." In re Landmark at Plaza Park, Ltd., 7 B.R. 653 (Bankr.D.N.J.1980); In re Haas, 162 F.3d 1087, 1090 (11th Cir.1998). A showing of a reasonable assurance of success, not a guarantee of success, is required. See In re New Midland Plaza Assocs., 247 B.R. 877, 885 (Bankr.S.D.Fla.2000); In re Patrician St. Joseph Partners L.P., 169

---

[1] In re Chapin Revenue Cycle Management, LLC , 343 B.R. 722 (Bankr. M.D. Fla. 2006)

B.R. 669, 674 (D.Ariz.1994) ("The mere potential for failure of the plan is insufficient to disprove feasibility.").

14.0    In considering feasibility, a court looks at the earning power of the business; its capital structure; the economic conditions of the business; the continuation of present management; and the efficiency of management in control of the business after confirmation. In re Immenhausen Corp., 172 B.R. 343, 348 (Bankr. M.D. Fla. 1994). Plans that involve "pipe dreams" or "visionary schemes" are not confirmable. In re Sovereign Oil Co., 128 B.R. 585, 587 (Bankr.M.D.Fla.1991).

## Analysis of Housing Markets in the U.S.

15.0    It is widely understood that U.S. real estate markets have endured a boom/bust cycle of historical proportions and that the financial crisis this precipitated was the worst since the Depression.  While many analysts recognized the peak in real estate markets including me, very few identified the bottom correctly and even fewer predicted the ensuing financial crisis.[2]  The recognized peak in pricing did not and could not have foreshadowed the impending financial crisis of 2008.

16.0    For the U.S. new home sales reached their all time high in July 2005 at 1,389,000 on a seasonally adjusted annual basis and touched their low levels in recorded history in February 2011 at just 270,000 units on an annual basis seasonally adjusted.  New home sales recovered to an annual rate of 315,000 units in November 2011, but they still remain extraordinarily low by historical standards.  Figure 1 documents the boom and bust.

**Figure 1. New Homes Sold in the U.S.
Seasonally Adjusted at Annual Rates in 1,000s**



[2] Sorkin, Andrew Ross (2009, 2010), Too Big to Fail, New York, New York: Penguin Books

Source: Census C-25

17.0   The consensus view, which I share, is that a recovery in sales volume will
be very slow and that prices will remain depressed through 2014.[3] There
are both cyclical and longer-term structural impediments to a full recovery
in housing markets.

18.0   On the cyclical front there are both positive and negative factors which
have arrested further declines in home sales but are not strong enough on
balance to support a recovery in either volume or in pricing.

19.0   On the plus side, the U.S. economy is finally recovering.   The best
evidence is the sustained growth in private sector jobs shown in Figure 2.
Private sector job growth has accelerated from an average of 113,417 per
month in 2010, to 163,750 in 2011.

**Figure 2. U.S. Job Growth**



Source: U.S. Department of Labor, Bureau of Labor Statistics

20.0   Growth in jobs is critical to the near-term demand for new homes.   Job
growth produces increases in household formations along with the ability
of these new households to purchase homes.   This will accelerate the
absorption of excess inventory of home plaguing many markets in the U.S.

---

[33] See for example Horne, Buck et al. (January 10, 2011), "Housing 2011 Outlook", St. Petersburg, Florida:
Raymond James or Leon, Kenneth (January 6, 2011), "Homebuilding", New York, New York: Standard &
Poors

21.0    Despite the increase in jobs and low mortgage interest rates, new home
        sales have not improved as Figure 3 shows.

### Figure 3. Sales of New and Existing Homes



Source: Dismal.com, National Association of Realtors, and U.S. Census C25

22.0    Instead, all that has happened so far is that sales have stopped falling and
        prices are falling at a decelerating rate, but still falling.  Figure 5 illustrates
        this using the Case-Shiller home price index.

### Figure 5. Case-Shiller Home Price Index

23.0   The current cycle is unprecedented.  The last time there was a similar boom-bust cycle in residential construction was in 1981-82.  Thereafter, there was big rebound in housing starts and sales.  New home sales soared over 50% in 1983 compared to 1982 as pent up demand was unleashed by the combination of a strong recovery generating high levels of job creation and falling mortgage rates.  Unfortunately, 2011 was no 1983 for a variety of reasons both cyclical and structural that are holding housing markets down.

24.0   The most obvious cyclical factor is the unprecedented inventory of approximately 1.7 million excess vacant housing units built in the boom.  This excess inventory can be measured by comparing the data on home vacancies today compared to the first quarter of 2005, just prior to the boom.  Table 1 provides the calculations.  Normal vacancy rates are well below 10%, but the vacancy rate jumped to almost 11% in 2011Q3.  This translates into 1.7 million excess units.  Many of these are homes that are being held off the market by lending institutions.  The category off market other has increased by almost 1 million units and is the category where many of these excess units are being held.

### Table 1. Estimate of the Excess Vacant Housing Units

|        | Units   | Year-round vacant | Off Mkt Other | % Vacant | Excess Vacant Units |
|--------|---------|-------------------|---------------|----------|---------------------|
| 2005Q1 | 123,341 | 11,947            | 2,749         | 9.69%    |                     |
| 2011Q3 | 131,834 | 14,445            | 3,585         | 10.96%   | 1,675               |

Source: Census Housing Vacancy and Homeownership Surveys

25.0   Much of this huge inventory is not even listed for sale in the realtor's multi list systems ("MLS").  Instead, it is a shadow inventory that will show up over the next 24 months or so as banks slowly meter out the bank-owned ("REO") inventories of foreclosed properties as the held off market inventory shown in Table 1 re-enters the marketplace.

26.0   Given this huge inventory of excess housing units (both listed for sale in MLS and in various stages of foreclosure), it will take a few years (probably not until 2014), not months, to absorb these excess units.  The housing market cannot fully recover until these units are absorbed.

27.0   Mortgage rates dropped below 4% in the second half of 2011, but this has failed to revive housing markets.  Rates are expected to remain at these low levels throughout 2012 as the Federal Reserve maintains an expansive monetary policy.  The Fed has published its intention to hold interest rates at these extraordinarily low levels for an extended period of time until the U.S. economic recovery gains momentum.

28.0    My forecast for interest rates is displayed in Figure 6.  The Fed has
        repeatedly stated that it will not increase the fund rate (the only rate the
        Fed directly controls shown in red in Figure 6) until there are clear signs
        that the U.S. economy is experiencing sustained growth in employment.
        As Figure 2 illustrates, these conditions have not been satisfied yet.  Thus,
        the Fed is unlikely to boost the funds rate until 2013 when sustained and
        stronger economic growth is projected.

### Figure 6. Interest Rate Forecast



Source: Fishkind & Associates, Inc.

29.0    The projected increase in the funds rate will cause the rates on the 10-
        Year Treasury bond and on mortgages to rise modestly over the forecast
        horizon.  By 2014 mortgage rates are projected at just 5%.  The projected
        rise in mortgage rates will very little impact on housing markets since they
        are expected to remain very low by historical standards.

30.0    Furthermore, markets can accommodate higher interest rates if there is
        sufficient job growth and increases in disposable personal income.  That is
        what I am forecasting.  Figure 4 provides projections for new home sales
        and the average price of the unit sold.

31.0    The near term outlook for housing markets is poor.  Sales volumes will
        rise very slowly through 2014 reaching only 418,000 in 2014.  Prices will
        increase, but only very slowly.  By 2014 the average price paid for a new
        single-family home will still be below 2005 levels.

**Figure 6. New Home Sales Volume and Average Prices**



Source: U.S. Census and Fishkind & Associates, Inc.

32.0  Despite low interest rates, many financial institutions are still recovering from the Great Recession and are not increasing their lending. Many lenders are still working down their inventories of non-performing real estate projects and their portfolios of non-performing residential mortgages. As a result, many homebuilders who cannot tap the public markets find it difficult, if not impossible, to obtain new loans to launch new projects or to even construct the model homes necessary to stimulate new home construction.

33.0  The foreclosure problems are further exacerbating these problems in the housing markets. The issues surrounding the lack of complete foreclosure documentation that emerged in mid 2010 has further slowed the already troubled foreclosure process. As a result, foreclosures slowed during the last half of 2010 and remain low according to data from RealtyTrac[4]. This is causing a build up in the pipeline of homes with defaulted mortgages that have yet to be fully foreclosed upon. This has created a shadow inventory of future homes that will be brought to market which further depresses prices and sales as potential buyers wait for what they perceive to be even better deals than are currently available.

34.0  The optimistic view, which I share, is that financial institutions have worked hard to resolve many of their documentation problems and will begin to more aggressively process the backlog of home in the foreclosure process. However, being economically rational it is most probable that banks will meter out their REO property at a pace that markets can absorb the increased supply without triggering a new collapse in existing home prices.

---

[4] http://www.ocmetro.com/t-RealtyTrac-year-end-foreclosure-report-01-12-2012.aspx

35.0    The muted trajectory for housing markets reflects also shows the effects of structural changes to the housing markets.  First, 22.6% of all households that have negative equity, meaning that their mortgages exceed the current value of their homes.[5]  This compounds the problems facing housing markets.  With negative equity many households are essentially trapped in their current homes, and cannot afford to sell and purchase a new home.

36.0    Second, reforms to Fannie and Freddie mean tighter credit standards and higher mortgage rates going forward.  The federal government can no longer subsidize mortgage markets in the future as it did in the past.  The results will be tighter credit.

37.0    Finally, there is a major negative demographic shift underway in the U.S. as the growth in households aged 65 and over overwhelms the gains in households aged 25-to-34.  As a result, the baby boomers will find it increasingly difficult to sell their homes to younger homebuyers desiring a move-up property.

38.0    For all these reasons, both cyclical and structural, the outlook for housing markets is quite weak over the foreseeable future.

**Macroeconomic Trends in Miami-Dade County**

39.0    Miami-Dade County is leading Florida's recovery.  As Figure 7shows, for the 12-months ending November 2011 Miami-Dade enjoyed a gain of 18,900 jobs which lead all Florida metro areas.  This is the second year in a row that the County enjoyed positive job growth

**Figure 7. Growth in Employment by Sector for Miami-Dade County**



Source: Florida Office of Employment Opportunity

---

[5] http://s.wsj.net/public/resources/documents/info-NEGATIVE_EQUITY_0911.html

40.0    The prospects for further job growth are good in the near term since new
        claims for unemployment compensation have declined precipitously in the
        County over the last six months.  Reductions in new claims are strongly,
        but inversely, correlated with job prospects.  Figure 8 provides the data.

**Figure 8. New Claims for Unemployment Compensation in Miami-Dade**



Source: Florida Office of Employment Opportunity

41.0    My macroeconomic outlook for Miami-Dade County envisions population
        growth of approximately 20,000 per year over the forecast (see Figure 9).
        Employment is projected to run above 10,000 per year through 2014.  As
        noted above in Figure 7, the construction cycle has nearly run its course in
        terms of employment with near-zero loss over the last year.  With this drag
        gone and with continuing strong export demand and a recovery in tourism
        employment gains are sustainable.

**Figure 9. Miami-Dade County Growth in Population and Employment**



Source: Fishkind & Associates, Inc.

42.0   Housing markets are slowly regaining equilibrium.   As Figure 10 illustrates, housing starts soared above new household formations in 2004-2006 creating substantial excess inventory.  Most of this was in the condominium market.  Also, it is useful to point out that net household formations rise and fall with greater amplitude than does population growth over the course of a business cycle.  This is because in recessions people take on roommates and children may move back into their parent's homes.   When labor markets recover this process reverses.   With improving employment Miami-Dade will experience stronger household formations which will absorb the excess inventory along with investor sales as discussed below.  These forces will bring the market back into equilibrium by 2013.

**Figure 10. Housing Starts and Household Formations**



43.0   Market conditions in Miami-Dade's single-family market are shown in Figure 11.   The boom and subsequent bust are obvious with closing volumes rising and falling along with prices.   Increasing employment, lower prices and investment in unsold units combined to drive sales of existing single-family homes  to almost 15,000 in 2011 and these sales will remain strong over the forecast horizon.  Rising sales have arrested the dramatic decline in prices, and prices are projected to stabilize in 2012.

**Figure 11. Single-Family Housing Market in Miami-Dade County**



44.0   As documented in Figure 11, the condominium market will follow roughly this same trajectory.

**Figure 11. Condominium Market in Miami-Dade County**

Source: Fishkind & Associates, Inc.

## Analysis of the Market for Landmark at Doral

45.0   The Property at issue comprises the Debtor's real estate consisting of approximately 117 contiguous acres located on the east side of NW 107th Avenue and the north side of 58th Street in Doral, Florida.  Figure 12 provides a location map.

**Figure 12. General Location Map for the Property**



46.0   Plan Sponsor, Terra Landmark, LLC, contemplates development of the Property as a single, master-planned, mixed-use, development project including residential, commercial retail, and office uses.   Table 2 summarizes the expected real estate products and their prices contained in the Plan.

**Table 2. Real Estate Products and Prices in the Plan**

| Parcel Location | Volume | Square Footage | Price | Price/SqFt |
|---|---|---|---|---|
| **North Parcel** | | | | |
| Single-Family Detached Homes | 280 | 2,500 | $450,000 | $180 |
| Town Homes | 120 | 2,178 | $392,040 | $180 |
| Commercial Parcel | 9 | 392,040 | $2,925,000 | $7 |
| | | | | |
| **South Parcel** | | | | |
| Retail Condominiums | 80 | 1,436 | $312,991 | $218 |
| Office Condominiums | 80 | 1,436 | $312,991 | $218 |
| Residential Condominiums | 240 | 1,436 | $312,991 | $218 |

Source: Terra Landmark, LLC

47.0 The Plan projects sales over a seven year period with sellout in 2020. Table 3 shows the projected pace of sales as per the Plan.

### Table 3. Projected Sales Absorption for the Plan

| Products | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|---|---|
| Single-Family North | 42 | 72 | 72 | 72 | 22 | 0 | 0 | 280 |
| Town Home North | 28 | 48 | 44 | 0 | 0 | 0 | 0 | 120 |
| Commercial Condo South | | | | 16 | 24 | 24 | 16 | 80 |
| Office Condo South | | | | 16 | 24 | 24 | 16 | 80 |
| Residential Condo South | | | | 48 | 72 | 72 | 48 | 240 |

Source: Terra Landmark, LLC

48.0 The development plan is designed in phases based on the geographic location of the various parcels comprising the Property. Sales begin in the north parcel in 2014. When the town home product is sold, sales are scheduled to begin in the south parcel. Figure 13 shows the plat map and where the north and south parcels are located. The existing parking garage is in the south parcel and will be used to support development in the south parcel.

### Figure 13. Plat Map for the Property



49.0    To test the market feasibility of this development program involves reviewing sales data for the relevant market and for comparable communities to the extent that they exist. Table 4 begins this process by examining the sales of existing single-family homes in Doral, the most relevant submarket. The data for 2011 are through November 8, 2011. Therefore, on an annualized basis 2011 sales would total 222 units. This is consistent with sales in 2010. The average price per square foot also has been stable, ranging between $182-to-$183 over the last two years.

**Table 4. Sales of Existing Single-Family Homes in Doral**

| Year | # of Units | Total Sellout/List Price | Total SF | Avg. SF | Avg. Price | Avg. Price PSF | Avg. Year Built |
|------|-----------|--------------------------|----------|---------|-----------|----------------|-----------------|
| 2011 | 185 | 82,605,001 | 454,287 | 2,456 | 446,514 | 182 | 2001 |
| 2010 | 213 | 94,336,900 | 515,219 | 2,419 | 442,896 | 183 | 1999 |
| 2009 | 165 | 68,713,700 | 397,699 | 2,410 | 416,447 | 173 | 1998 |
| 2008 | 117 | 58,002,365 | 280,623 | 2,398 | 495,747 | 207 | 1999 |
| 2007 | 137 | 81,290,700 | 317,457 | 2,317 | 593,363 | 256 | 1999 |
| 2006 | 162 | 105,409,350 | 386,022 | 2,383 | 650,675 | 273 | 1999 |

Source: MLS Data

50.0    Comparing these market data for existing home sales in Doral to the development program for the Plan in Tables 2 and 3 provides support for the Plan. The pricing for single-family homes in the Plan is consistent with the market. The Plan envisions a maximum sales absorption for the single-family product of 72 units per year. At this pace the Project would need to capture 32% of the Doral submarket. This is a reasonable capture rate for the submarket in light of the limited volume of new single-family product that can be provided in the market. Furthermore, Terra reports that it has enjoyed strong single-family home sales at its existing projects in Doral (discussed below).

51.0    Based on these data, it is my opinion that the sales absorption and pricing projections contained in the Plan are supported by the most relevant market data. The projections are likely to be achieved as projected.

52.0    Turning next to the town home product, Table 5 provides the relevant market data for sales of existing town home in the Doral market. These data also run through November 8, 2011. On an annualized basis sales for 2011 are on track to total 299 units. Pricing has averaged $123 per square foot in 2011 down from $129 in 2010.

**Table 5. Sales of Existing Town Homes in Doral**

| Year | # of Units | Total Sellout/List Price | Total SF | Avg. SF | Avg. Price | Avg. Price PSF | Avg. Year Built |
|------|------------|--------------------------|----------|---------|-----------|----------------|-----------------|
| 2011 | 249 | 50,564,280 | 411,038 | 1,651 | 203,069 | 123 | 1999 |
| 2010 | 260 | 56,312,372 | 437,951 | 1,684 | 216,586 | 129 | 2000 |
| 2009 | 205 | 45,074,559 | 336,787 | 1,643 | 219,876 | 134 | 1999 |
| 2008 | 127 | 35,001,570 | 212,712 | 1,675 | 275,603 | 165 | 1998 |
| 2007 | 147 | 51,117,250 | 243,394 | 1,656 | 347,736 | 210 | 1996 |
| 2006 | 207 | 79,439,013 | 342,659 | 1,655 | 383,763 | 232 | 1999 |

Source: MLS

53.0    Comparing these data to the development program in the Plan for the town homes indicates that the Project would need to capture 16% of the relevant market. This is achievable for new town home products. The expected pricing of the town homes in the Plan at $180 per square foot is considerably higher than the existing sales in the market over the last four years.

54.0    However, the development program for the town homes in the Plan is strongly supported by the performance of Terra's comparable Reserve project which is located near the Property in Doral. The Reserve is a town home project that Terra developed and marketed in a fashion similar to what is planned for the Property. Table 6 provides the data for the Reserve.

**Table 6. Sales Performance at the Reserve**

| Period | Count | Total Sellout | Total SF | Avg. Price | Avg. SF | Avg. Price PSF |
|--------|-------|---------------|----------|-----------|---------|----------------|
| Feb. - June 2008 | 13 | 7,121,573 | 27,642 | 547,813 | 2,126 | 258 |
| July 2008 - Dec 2008 | 24 | 11,903,146 | 49,177 | 495,964 | 2,049 | 242 |
| Jan 2009 - June 2009 | 22 | 9,466,399 | 47,977 | 430,291 | 2,181 | 197 |
| July 2009 - Dec 2009 | 69 | 26,543,500 | 145,872 | 384,688 | 2,114 | 182 |
| Jan 2010 - June 2010 | 71 | 27,355,000 | 148,045 | 385,282 | 2,085 | 185 |
| July 2010 - Dec 2010 | 39 | 14,979,000 | 79,631 | 384,077 | 2,042 | 188 |
| Jan - Jun 2011 | 39 | 14,860,000 | 80,887 | 381,026 | 2,074 | 184 |
| July 2011 - Present | 17 | 6,463,000 | 35,115 | 380,176 | 2,066 | 184 |
| **Total** | **294** | **118,691,618** | **614,346** | **403,713** | **2,090** | **193** |

Source: Terra Landmark, LLC

55.0    The performance at the Reserve strongly supports the projections for sales absorption and pricing envisioned under the Plan. Sales have averaged 73.5 units per year which is nearly double the absorption for comparably priced town homes in the Plan.

56.0   Based on these data, it is my opinion that the projections for sales and pricing for the town home products in the Plan is achievable and fully supportable.

57.0   The real estate plan for the south parcel includes projected sales of as many as 72 residential condominium units at an average price of $218 per square foot or $313,000 per unit on average. To test these projections Table 7 provides the relevant data for sales of existing condominiums in Doral. At an annualized rate sales for 2011 would total 428 units.

**Table 7. Sales of Existing Condominiums in Doral**

| Year | # of Units | Total Sellout/List Price | Total SF | Avg. SF | Avg. Price | Avg. Price PSF | Avg. Year Built |
|------|-----------|--------------------------|----------|---------|-----------|----------------|------------------|
| 2011 | 357 | 38,400,879 | 367,153 | 1,028 | 107,565 | 105 | 1991 |
| 2010 | 349 | 40,142,124 | 366,820 | 1,051 | 115,020 | 109 | 1991 |
| 2009 | 257 | 34,649,580 | 286,978 | 1,117 | 134,823 | 121 | 1993 |
| 2008 | 80  | 15,169,209 | 100,651 | 1,258 | 189,615 | 151 | 1994 |
| 2007 | 84  | 23,686,840 | 107,764 | 1,283 | 281,986 | 220 | 1993 |
| 2006 | 127 | 36,544,472 | 155,706 | 1,226 | 287,752 | 235 | 1992 |

Source: MLS

58.0   The Plan projects a maximum annual sales rate of 72 condominium units. This would represent 17% of the market and is achievable. However, prices have fallen sharply over the last four years. The pricing is a cause of concern.

59.0   However, there are three significant mitigating factors. First, the Plan does not contemplate selling condominium product until 2015, five years from now. This is a sufficient amount of time over which to expect improvement in the condominium market in Doral in light of the general market forces described above. Second, Terra has enjoyed condominium sales recently at its Fontainbleau project at prices 50% above the pricing achieved in the existing condominium market in Doral. Third, the Plan envisions selling new product, not existing product. Generally, new product sells for higher prices than existing product.

60.0   Turning now to the retail commercial product the plan projects sales of 24 units per year at the maximum sales pace in the Plan. These sales are projected to begin in 2017. To test this projected absorption data for Doral's retail market is provided in Table 8. Doral is included in the Airport submarket.

**Table 8. Retail Market in Doral and Miami Submarkets**

| Market | Existing Inventory | | Vacancy | | | YTD Net | YTD | Under | Quoted |
|---|---|---|---|---|---|---|---|---|---|
| | # Blds | Total GLA | Direct SF | Total SF | Vac % | Absorption | Deliveries | Const SF | Rates |
| Aventura | 123 | 6,316,399 | 86,614 | 86,614 | 1.4% | 60,275 | 0 | 0 | $34.05 |
| Biscayne Corridor | 198 | 1,954,781 | 120,155 | 120,155 | 6.1% | 53,092 | 0 | 4,470 | $21.26 |
| Brickell | 59 | 895,844 | 38,205 | 38,205 | 4.3% | 28,641 | 0 | 0 | $36.12 |
| Coconut Grove | 137 | 1,802,900 | 66,727 | 68,264 | 3.8% | 37,033 | 4,000 | 0 | $28.42 |
| Coral Gables | 379 | 3,485,566 | 154,986 | 154,986 | 4.4% | 14,463 | 0 | 0 | $32.21 |
| Coral Way | 323 | 2,602,509 | 70,344 | 70,344 | 2.7% | (7,736) | 0 | 0 | $31.39 |
| Downtown Miami | 156 | 4,873,206 | 334,701 | 334,701 | 6.9% | 28,564 | 0 | 0 | $26.42 |
| Kendall | 700 | 17,083,369 | 621,208 | 631,408 | 3.7% | 192,780 | 7,938 | 0 | $27.73 |
| Medley/Hialeah | 850 | 12,112,100 | 329,911 | 345,011 | 2.8% | 197,088 | 173,170 | 28,631 | $21.13 |
| Miami | 2,209 | 13,361,054 | 638,478 | 662,978 | 5.0% | (15,776) | 9,420 | 68,437 | $15.37 |
| Miami Airport | 575 | 12,867,165 | 458,621 | 465,490 | 3.6% | 35,293 | 11,646 | 0 | $19.81 |
| Miami Beach | 564 | 8,448,034 | 237,667 | 270,921 | 3.2% | 81,375 | 60,111 | 36,063 | $68.81 |
| Miami Lakes | 173 | 4,722,448 | 231,146 | 231,146 | 4.9% | 11,936 | 0 | 0 | $20.36 |
| Miami-Dade Central County | 377 | 2,909,719 | 229,449 | 229,449 | 7.9% | 15,567 | 0 | 8,107 | $15.00 |
| Northeast Dade | 1,048 | 10,493,959 | 481,651 | 481,651 | 4.6% | 40,546 | 8,885 | 15,500 | $19.78 |
| Outlying Miami-Dade Cnty | 25 | 350,185 | 49,122 | 49,122 | 14.0% | 756 | 0 | 0 | $21.04 |
| South Dade | 843 | 12,776,458 | 628,660 | 636,660 | 5.0% | 252,656 | 94,396 | 13,597 | $18.64 |
| West Miami | 653 | 6,566,766 | 182,928 | 182,928 | 2.8% | 5,686 | 20,330 | 2,390 | $24.43 |
| Totals | 9,392 | 123,622,462 | 4,960,573 | 5,060,033 | 4.1% | 1,032,239 | 389,896 | 177,195 | $25.12 |

Source: Costar

61.0    The retail market in Doral is relatively healthy. The market has a low reported vacancy rate of 3.6%. During 2011 the market absorbed 35,293 square feet of space. However, quoted rental rates are relatively low at less than $20 per square foot. The rental rates are so low as to inhibit new development, and this is reflected by the fact that there is no new retail construction underway.

62.0    That said, there is residential development underway in the relevant local market as described above. Furthermore, the development of the retail condominium space is not scheduled for five years. Finally, the location and visibility of the site supports retail development plans. In light of these facts it is reasonable to project absorption of this space at $218 per square foot.

63.0    The Plan also calls for the development of office condominium product. These are also priced at $218 per square foot with a maximum sales absorption pace of 24 units per year. To test this projection comparison is made to Doral's office market in Table 9.

## Table 9. Office Market in Doral and Miami Submarkets

| Market | Existing Inventory | | | Vacancy | | | YTD Net | YTD | Under | Quoted |
|---|---|---|---|---|---|---|---|---|---|---|
| | # Blds | Total RBA | Direct SF | Total SF | Vac % | | Absorption | Deliveries | Const SF | Rates |
| Aventura | 47 | 2,014,972 | 161,016 | 161,016 | 8.0% | | 69,668 | 0 | 116,645 | $35.34 |
| Biscayne Corridor | 131 | 3,694,965 | 831,659 | 831,659 | 22.5% | | 16,353 | 0 | 0 | $26.00 |
| Brickell | 68 | 7,766,309 | 1,794,643 | 1,803,590 | 23.2% | | 363,036 | 614,905 | 0 | $36.94 |
| Coconut Grove | 96 | 1,905,756 | 216,644 | 216,644 | 11.4% | | 51,375 | 0 | 0 | $29.27 |
| Coral Gables | 462 | 10,652,707 | 1,442,463 | 1,465,221 | 13.8% | | 254,044 | 0 | 228,185 | $32.14 |
| Coral Way | 228 | 2,217,119 | 174,606 | 174,606 | 7.9% | | (14,207) | 0 | 0 | $23.07 |
| Downtown Miami | 78 | 10,491,865 | 1,948,014 | 2,031,952 | 19.4% | | 51,503 | 0 | 0 | $33.01 |
| Kendall | 458 | 10,712,688 | 1,138,092 | 1,147,699 | 10.7% | | 86,953 | 55,088 | 51,000 | $27.11 |
| Medley/Hialeah | 338 | 4,227,858 | 497,538 | 497,538 | 11.8% | | 19,645 | 0 | 10,078 | $23.57 |
| Miami | 573 | 7,242,380 | 579,172 | 611,776 | 8.4% | | 231,243 | 294,799 | 0 | $25.10 |
| Miami Airport | 366 | 16,845,419 | 2,660,561 | 2,769,740 | 16.4% | | (168,410) | 90,000 | 0 | $23.95 |
| Miami Beach | 157 | 4,240,162 | 368,004 | 398,819 | 9.4% | | 78,439 | 0 | 0 | $32.59 |
| Miami Lakes | 138 | 3,644,994 | 789,095 | 789,095 | 21.6% | | 17,740 | 5,000 | 0 | $23.10 |
| Miami-Dade Central County | 51 | 392,450 | 30,343 | 30,343 | 7.7% | | (5,716) | 0 | 0 | $17.19 |
| Northeast Dade | 506 | 6,856,809 | 867,126 | 891,456 | 13.0% | | (53,122) | 10,600 | 10,204 | $22.71 |
| Outlying Miami-Dade Cnty | 6 | 175,410 | 2,983 | 2,983 | 1.7% | | 462 | 0 | 0 | $22.36 |
| South Dade | 272 | 2,985,761 | 301,821 | 305,021 | 10.2% | | (4,109) | 0 | 0 | $22.43 |
| West Miami | 353 | 3,494,669 | 97,600 | 97,600 | 2.8% | | 2,403 | 0 | 0 | $21.55 |
| Totals | 4,328 | 99,562,293 | 13,901,380 | 14,224,758 | 14.3% | | 997,300 | 1,070,392 | 416,112 | $28.72 |

Source: Costar

64.0 The office market is the weakest non residential market in the U.S., Florida and in Miami-Dade County. The overall vacancy rate in Miami-Dade is over 14%. The market did absorb almost 1 million square feet of space in 2011, but more than 1 million square feet of space was delivered and another 416,000 square feet are under construction.

65.0 The airport submarket where Doral data are included, has a 16% vacancy rate. During 2011 over 168,000 feet of space on net was vacated. In addition, 90,000 square feet of space was delivered last year exacerbating the oversupply. Fortunately, there is no new office space under construction.

66.0 Since the Plan does not expect to begin developing its office space until 2017, this should provide sufficient time for the market to regain equilibrium. The market is a well established office location and the site is suitable for office development. Therefore, it is reasonable to conclude that the sales projections for office development are supportable by the most relevant market data.

67.0    More generally, in considering whether the sales projections and pricing in the Plan are supportable and probable, it is important to understand Terra's marketing plan and target market. Terra's target market is South America in general and Venezuela in particular. Terra maintains sales offices in Caracas, Valencia, and Puerto Ordaz in Venezuela and has sales representatives throughout Latin America. Terra reports that most of its sales are to Latin Americans.

68.0    Furthermore, Terra's other projects in the Doral area are experiencing strong sales activity. For example, Terra reports that at its Fontainebleau project, which is located South of 836 just across 97th Avenue to Doral, started condo sales in the first quarter of 2011 and single family sales in the second quarter of 2011. To date, sales total 55 condos at $152 per square foot with 30% deposits (of which around half have closed); this represents nearly all of the condo inventory. In addition, 68 single family homes have sold with 30% deposits at $180 per square foot. Construction began a few months ago on single family homes and closings are projected for the first quarter of 2012.

69.0    At Terra's Vintage development just north of the Property, sales started officially in early December 2011. Since then (about a month) 23 single family home reservations with deposits at $225 per square foot have been booked. Finally, at Terra's Doral Cay development which is located just east of the Property on 58th Street, sales officially began to the public recently. Already there are 7 reservations at $200 per square foot for town homes.

## Exhibit #1 – Resume

# Henry H. Fishkind, PhD
# President

**Professional Qualifications**

**Education**
Bachelor of Arts, Economics
Syracuse University
July 1971

Doctor of Philosophy, Economics
Indiana University
July, 1975

**Areas of Expertise**
Economic Analysis
Econometric Modeling
Project Finance & Feasibility
Financial Analysis & Advisory
Fiscal Analysis
Military Base Analysis
Litigation Support
Real Estate Economics

| **Employment Record** | **Period** |
|---|---|
| Chairman<br>FSAFE | 2008- Present |
| Managing Partner<br>Woodbridge Vintage Chips | 1994-2007 |
| President<br>Fishkind & Associates, Inc. | 1988-Present |
| President<br>M.G. Lewis Econometrics, Inc. | 1984-1987 |
| Associate Director For Programs<br>Bureau of Economic and<br>Business Research<br>University of Florida | 1980-1983 |
| Economist/Associate Professor<br>University of Florida | 1975-1983 |

**Professional Synopsis**

With over 30 years of experience in economic analysis and forecasting, Dr. Henry Fishkind is widely regarded as one of Florida's premier economists and financial advisors. Dr. Fishkind's career began in the public sector where he worked as an economist and Associate Professor at the University of Florida. In 1980 Dr. Fishkind became the Associate Director for Programs, University of Florida's Bureau of Economic and Business Research. During his tenure at the University, Dr. Fishkind served for three years (1979-1981) on the Governor's Economic Advisory Board. Dr. Fishkind began his career as a private sector consultant when he became president of M.G. Lewis Econometrics in Winter Park, Florida. In 1988 Dr. Fishkind formed Fishkind & Associates, Inc. as a full service economic and financial consulting firm. From 2001-2003 Dr. Fishkind was a member of Governor Bush's Council of Economic Advisors. Dr. Fishkind served on the Board of Directors of Engle Homes and Summit Properties until the companies were sold.

**Selected Client List**

Fannie Mae
Collier Enterprises
State of Florida
State of Pennsylvania
The Villages
Perry Capital
FPL/Newland Communities
Forrest City Enterprises
Cemex/CSR/Rinker Materials
Major Central Florida Attraction Company
BankAtlantic
Mosaic

Colonial Properties Trust
Centex
Florida Home Builders Association
Florida Power Corporation
Baron Collier
Lennar

Waste Management, Inc.
St. Joe
WCI Communities
U.S. Department of Justice
King Ranch

## Exhibit #2 – Court Experience

| DEPOSITIONS AND TESTIMONY | *2006-2007-2008-2009-2010-2011* | | | | | | |
|---|---|---|---|---|---|---|---|
| HENRY H. FISHKIND, PH.D., FISHKIND & ASSOCIATES, INC. | | | | | | | |
| CASE NAME | Court | Case Number | Worked For | Opinion | Testified | Depo | Affidavit |
| 1099, LC d/b/a Venice Dodge | American Arbitration Association | 32 532 00059 10 | Plaintiff | yes | yes | yes | |
| Anthony Diotaiuto (Estate of) v. City of Sunrise/SWAT Team | U.S. District Court Southern District of Florida | 07-60476-Civ-Dimitrouleas/Seltzer | Plaintiff | yes | | yes | |
| Baybrook Homes of Polk County, Braxton Green & Eleanor Green, Estates of Lake Wales v. Auburndale Estates | In the Circuit Court of the Nineth Judicial Circuit in and for Orange County, Florida | 48-2008-CA-0003871-O | Plaintiff | yes | yes | yes | |
| BGR, LLC d/b/a Deland Dodge v. Chrysler Group, LLC | American Arbitration Association | 33 532 00034 10 | Plaintiff | yes | yes | yes | |
| BMW of North America, LLC, Mini Division & Holman Automotive, Inc. dba Lauderdale Mini v. Pompano Imports dba Vista Mini | State of Florida Division of Administrative Hearings | 08-1161 | Defendant | yes | yes | yes | |
| BMW of North American, LLC & Holman Automotive, Inc. v. Pompano Imports dba Vista Motor Company | State of Florida Division of Administrative Hearings | 08-1160, 08-1295, 08-1296,08-1321 | Defendant | yes | | yes | |
| Bob Taylor Jeep v. Chrysler Corp. | American Arbitration Association | 32 532 00047 10 | Plaintiff | yes | yes | yes | |
| Boimah Flomo, et al vs. Bridgestone Americas Holding, Inc. et. Al | United States District Court Southern District of Indiana Indianapolis Division | 1:06-ev-00627-DFH-JMS | Plaintiff | yes | | yes | |
| City of Parker & Parker Community Redevelopment Agency v. State of Florida and Bay County | Fourteenth Judicial Circuit in and for Bay County, Fl Civil Division | 07-000889-CA | Defendant | yes | yes | yes | |
| Clearwater Cay CDD v. Harbourside Development, Jimme Bonbright v. Clearwater Cay CDD, Jimmie Bonbright v. DC702, LLC & DC703OB, LLC | In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division | 08-007184-CI-020 | Plaintiff | yes | yes | yes | |
| Colkitt, Douglas & Joanne v. Brian Snell, Snell Engineering, Precision Marine Construction & John Doe Aluminum Supplier | In the Court of the 12th Judicial Circuit in and for Sarasota County, FL | 2006-CA-8041-NC | Plaintiff | yes | | yes | |
| Collage Design & Construction Group, Inc. d/b/a The Collage Companies v. Gordon & Debra Folkes | In the Circuit Court of the Nineth Judicial Circuit in and for Orange County, Florida | 07-CA-010860 | Defendant | yes | | yes | |
| Colony Beach & Tennis Club Assn. v. Colony Beach & Tennis Club, William W. Merrill, Carolyn L. Field | United States Bankruptcy Court, Middle District of Florida , Tampa Division | 8:08-bk-16972-KRM | Plaintiff | yes | yes | yes | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cox Enterprise v. Daytona News Journal | United States District Court in the Middle District of Florida | 6:CV-ORL-28-KRS | Defendant | yes | no | yes | |
| Dominga Bonilla, Individually and as Personal Representative of the Estate of Cynthia Bonilla and Anthony Hernanez-Bonilla | United States District Court Middle District of Florida Orlando Division | 6:08-CV-1443-ORL-3l-DAB | Defendant | yes | | yes | |
| Donna M. Sbardella v. Avellino Isles Developers, Inc., Avellino Isle Condo Association and Premier Builders | In the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, FL | 07-1790-CA | Plaintiff | yes | | yes | |
| Family Dollar Stores of Florida, Inc. v. Dolgencorp, Inc. & Park Village New Orleans, LLC | In the Circuit Court, Tenth Judical Circuit, in and For Polk County, FL | 53-2005CA-0003101-0000 | Plaintiff | yes | | yes | |
| Florida Oncology Network v. Adventist Health System/Florida Hospital | | 33 193 Y 00168 06 | Defendant | yes | | yes | |
| Florida Oncology Network v. Michael Pirkowski and Atlantic Urological Associates, P.A. | In the Circuit Court of the Nineth Judicial Circuit in and for Orange County, Florida | 2008-CA-0044750 | Defendant | yes | | yes | |
| Furmanite America, Inc. v. T.D. Williamson, TDW Services, Inc. | United States District Court Middle District of Florida Orlando Division | 6:06-CV-00641-PCF-JGG | Defendant | yes | | yes | |
| Hanson v Tetti | Circuit Court 12th Circuite Colliler County | 09-6515-CA | Plaintiff | yes | yes | no | |
| HBA of Metro Orl v. Osceola Cnty | Circuit Court for Oseola County | | Defendant | yes | yes | yes | |
| Home Design Services v. Banyan Construction dba Banyan Homes, Frank Gammon, Franklin Beaty, Joseph Gammon | U.S. District Court Middle District of Florida, Ocala Division | 5:07-CV-05-OC-10CRJ | Defendant | yes | | yes | |
| Home Design Services, Inc. v Hibiscus Homes of Florida, Inc. et al | United States District Court Middle District of Florida Orlando Division | 6:03-cv-1860-ORL-22KRS | Defendant | yes | | yes | |
| Home Design Services, Inc. v. Turner Heritage Homes, Inc. | United States District Court Northern District of Florida Tallahassee Division | 4:08-cv-355-SPM/WCS | Defendant | yes | | yes | |
| Home Design v. Park Square | United States Bankruptcy Coudrt Middle District of Florida | 6:03-CV-595-ORL-28JGG | Plaintiff | yes | | yes | |
| Ingrid Sierra V. Eliodoro J. Reyes, True World of Foods, Inc. & Ryder Truck Rental, Inc. | Circuit Court, Thirteenth Judicial Circuit, in and for Hillsborough County, FL | 06-11344 | Plaintiff | yes | | yes | |
| Kevin M. Donovan & Kelly A. Donovan v. Vero 3000, LLC, Vero Lodging LLC, George & Lee Heaton | American Arbitration Association | 33421-463-08 | Defendant | yes | yes | yes | |
| Krop v. Nicholson, Secretry of Department of Veterans Affairs | U.S. Department of Justice Middle District of Florida | 8:06-cv-157-T-30MSS | Defendant | yes | | yes | |
| Liberty Wentworth LLC v. Savannah West, LLC et al | Circuit Court Ninth Judicial Circuit in and for Orange County, | 48-2007-CA-011485-O | Plaintiff | yes | | yes | |

| Case | Court | Case Number | Party | | | | |
|---|---|---|---|---|---|---|---|
| | Florida | | | | | | |
| LoLand Assets, LP v. Celebration Pointe Community Development District | Circuit Court of the Nineteenth Circuit in and for St. Lucie County, FL | 562008 CA 007298 | Defendant | yes | yes | | |
| M.A. Hajianpour, M.D., P.A., a Florida professional association, Zoya Physical Therapy and Rehabilitation Center, Inc., and M.A. Hajianpour, M.D., individually v Khosrow Maleki, P.A., a Florida professional association, and Khosrow Maleki, M.D., individually | District Court of Appeal of the State of Florida, Fourth District, January Term 2006 | 4D05-2142 | Defendant | yes | yes | yes | no |
| Margaret Showalter, Nancy Vasil vs. Special Olympics Florida, Inc. | In the Circuit Court of the Nineth Judicial Circuit in and for Orange County, Florida | 04-CA-9559 | Plaintiff | yes | | yes | |
| MDI v MCCS, et al | Circuit Court, Seventh Judicial Circuit, in and for St. Johns County, Florida | CA06-17 | Defendant | yes | | yes | |
| Okaloosa County, FL v. State of Florida & Taxpayers, Property Owners & Citizens of Okaloosa County | Circuit Court for the First Judicial Circuit in and for Okaloosa County, FL | 2008-CA-006280 | Defendant | yes | | yes | |
| Old Naples Residences LLC v. Pat Masters, Kerry Patrick Masters, Great American Alliance Ins. Co. & N. American Const. Services | Circuit Court of the Twentieth Judical Circuit, Collier County, Florida | 03-949-CA | Plaintiff | yes | | yes | |
| Orlando/Orange County Expressway Authority v. Stelly-Hoven, et.al. (Parcel 262) | Circuit Court of the Ninth Judicial Circuit in and or Orange County, Florida | 2006-CA-006410-O | Plaintiff | yes | | yes | |
| Orlando/Orange County Expressway Authority v. Tuscan Ridge, LLC (Doerr) | Circuit Court of the Ninth Judicial Circuit Orange County Florida | 2006-CA-006250-0 | Plaintiff | yes | | yes | |
| Perfect Web Technologies, Inc. v. Infousa, Inc. | United States District Court, Southern District of Florida | 07-80286-Civ-Ryskamp | Plaintiff | yes | | yes | |
| Ralph H. Eckler et al v. Smart Choice Automotive Group, Inc. et al | Circuit Court Brevard County | 99-39566CA R | Plaintiff | yes | yes | yes | yes |
| RMS Holdings, LLP & Russell M. Setti v. Allen C. Peterson et al | In the Circuit Court for the Twentieth Judical Circuit in and for Lee County, FL | 05-CA-004167 | Plaintiff | yes | yes | yes | |
| Rosaura Sanchez v. Target Corp. and Designpack, Inc. | Circuit Court 13th Judicial Circuit Hillsborough County | 04-05875 | Defendant | yes | no | yes | |
| Sammy McDonald v. Nexcen Brands | In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division | 07-009620-CI-021 | Plaintiff | yes | | yes | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sand Lake Village Condominium Association v. Central Florida Investments | In the Circuit Court of the Nineth Judicial Circuit in and for Orange County, Florida | 07-CA-13284(39) | Plaintiff | yes | | yes | |
| Spartan v Cheeburger | United States Court, Middle District | 2:10-cv-91-FtM-360NF | Plaintiff | yes | | yes | |
| Spitznagel v Rubinton | United States District Court for the Middle District of Florida, Ft. Myers Division | 2:09-cv-00824-CEH-SPC | Defendant | yes | | yes | yes |
| St. Lucie County, FL v. The State of Florida | Circuit Court of the Nineteenth Circuit in and for St. Lucie County, FL | 562005CA001374AXXXHC | Defendant | yes | | yes | |
| Tampa Bay Nutraceutical Company v. Vitarich Laboratories and Craig Waldinger | In the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, FL | 07-3275-CA | Plaintiff | yes | | yes | |
| The Broadcast Team. Inc. v. Hartford Insurance Co. of the Southeast | Circuit Court Seventh Judicial Circuit in and for Volusia County, Florida | 2003-30717-CICI Div 31 Watson | Plaintiff | yes | | yes | |
| Thomas Acquisition Corp. & Stanley Thomas v. JRD Enterprises | Circuit Court of the Ninth Judicial Circuit Osceola County Florida | CI-04-1811 | Defendant | yes | | yes | |
| Tuscano, LLC v. Pulte Home Corporation & Pulte Homes, Inc. | American Arbitration Association | 32 115 Y 00208 09 | Plaintiff | yes | | yes | |
| United States v. Samir Cabrera | Federal Defender, Middle District of Florida | | Defendant | yes | yes | yes | |
| Vesta Construction & Design v.Lotspeich & Associates | Circuit Curt of the 9th Judicial Circuit in and for Orange County, FL | 06-CA-838 | Plaintiff | yes | | yes | |
| Voncell Fisher et al v The International Longshoremen's Association, Local 1408 | Circuit Court Fourth Judicial Circuit in and for Duval County, Florida | 99-01241-CA Division: CV-F | Plaintiff | yes | | yes | yes |
| Weber Design Group, Inc. v. Provident Development Group, Inc. | U.S. District Court Middle District of Florida, Ft. Myers Division | 2:06-cv-58-FLM-99SPC | Defendant | yes | | yes | |
| William H. Bruce III v. Kevin Beary, Sheriff of Orange County, and Randal Root, Edward Kelly, and Kenneth Glantz in their individual capacities | United States District Court Middle District of Florida, Orlando Division | 6:04-cv-015959-Orl-22 DAB | Plaintiff | yes | | yes | |
| Zaida Dearmas v. Denise C. Williams and Mark Williams | In the Circuit Court of the Eighteenth Judical Circuit and and for Seminole County, Florida | 06-CA-646-08-L | Plaintiff | yes | | yes | |