**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., et al., | Chapter 11 |
| Debtors. _____/ | (Jointly Administered) |

**Notice of Filing of Report of Michael Y. Cannon**

U.S. Bank National Association, as indenture trustee with regard to the Bonds and under their Indenture as shown on the attached Exhibit A (the "<u>Indenture Trustee</u>"), notice the filing of the report of Michael Y. Cannon, which is attached hereto as Exhibit "B."

Dated: January 13, 2012.                                Respectfully submitted,

                                                                      **Greenberg Traurig, P.A.**
                                                                       333 Avenue of the Americas
                                                                       Miami, Florida 33131
                                                                       Telephone: (305) 579-0730
                                                                       Facsimile: (305) 579-0717

                                                                       By: /s/ John R. Dodd
                                                                           John B. Hutton, III
                                                                           huttonj@gtlaw.com
                                                                           Florida Bar No. 902160
                                                                           John R. Dodd
                                                                           doddj@gtlaw.com
                                                                           Florida Bar No. 38091

                                                               *Counsel to the Indenture Trustee*

ORL298,034,046v1

## Certificate of Service

I hereby certify that on January 13, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ John R. Dodd
    John R. Dodd

## Service List

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Michael Eckert
119 S. Monroe Street #300
POB 6526
Tallahassee, Florida 32301

Glenn Moses
100 SE 2nd Street
44th Floor
Miami, Florida 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

ORL298,034,046v1

## Exhibit A

**Landmark at Doral Community Development District (City of Doral, Florida) Special Assessment Bonds, Series 2006A and 2006B** (collectively, the "<u>Bonds</u>"), issued pursuant to that Master Trust Indenture and that First Supplemental Indenture, both dated as of October 1, 2006, and both by and between Landmark at Doral Community Development District and U.S. Bank National Association, as Trustee (as supplemented and/or amended from time to time in accordance with their terms, the "<u>Indenture</u>").

ORL298,034,046v1