```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                      Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: rodriguez         Page 1 of 2         Date Rcvd: Jan 13, 2012
                              Form ID: CGFD17         Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
db         +Town Center at Doral, L.L.C.,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,   Suite 303,   Ft. Lauderdale, FL 33309-2045
aty        +Betty M Shumener,   550 South Hope St #2300,   Los Angeles, CA 90071-2678
cr         +AmT CADC Venture, LLC,   c/o C. Craig Eller,   Broad and Cassel,   One North Clematis Street,
             Suite 500,   West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,   1450 Brickell Ave #2300,   Miami, FL 33131-3456
sp         +Glenn Moses,   100 SE 2nd Street  44th floor,   Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,   Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,   c/o Patricia A. Redmond,
             Stearns Weaver Miller,   150 W Flagler St, #2200,   Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,   Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,   c/o Steve Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,   Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,   Suite 303,   Ft. Lauderdale, FL 33309-2045
sp         +Michael Eckert,   119 S. Monroe Street #300 (32301),   POB 6526,   Tallahassee, FL 32314-6526
cr         +U.S. Bank National Association as Trustee,   c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,   Suite 4400,   Miami, FL 33131-2184,   US

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: mdtcbkc@miamidade.gov Jan 14 2012 02:21:17     Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,   c/o Alexis Gonzalez,   140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**          **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 113C-1          User: rodriguez                Page 2 of 2                   Date Rcvd: Jan 13, 2012
                              Form ID: CGFD17                Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2012 at the address(es) listed below:

              C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
              Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District
               esilver@stearnsweaver.com,
               mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
              Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
               gjbecf@gjb-law.com
              Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               jearlywine@hgslaw.com
              John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
               huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com
              Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
               laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
               District predmond@stearnsweaver.com,
               jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
               f.epiqsystems.com
              Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               pmhudson@arnstein.com,
               rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
               tein.com;befernandez@arnstein.com;cofalla@arnstein.com
                                                                                             TOTAL: 11

Form CGFD17  (10/15/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11−35884−RAM

Chapter: 11

**In re:**

Town Center at Doral, L.L.C.

c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309

EIN: 20−1991866

## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT OR MOTIONS TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on 12/5/2011 has been filed on 1/12/2012 by the court reporter in the above captioned matter.

Pursuant to the "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction", the parties have until **01/19/2012** to file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested.

Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter: Ouellette and Mauldin Court Reporters, 28 West Flagler St., Suite 808, Miami, Florida 33130, (305) 358−8875; or (2) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Statement of Personal Data Identifier Redaction Request" is filed, the redacted transcript is due **02/13/2012**.

Absent the filing of a timely motion related to redaction, or further order of the court, the transcript will be made available after **04/11/2012** for remote electronic access and at the clerk's office public terminals for viewing and printing.

**Dated: 1/13/12**

**CLERK OF COURT**
By: Olga Rodriguez
Deputy Clerk

The clerk shall serve a copy of this notice on all case participants listed as appearances on the transcript.