UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et al.,   Case No. 11-35884-BKC-RAM
                                      Chapter 11 Case
　　　　Debtor.                        (Jointly Administered)
_____/

## JOINDER IN DEBTORS' EMERGENCY MOTION IN LIMINE TO EXCLUDE EXPERT REPORT, APPRAISAL, AND TESTIMONY

TERRA LANDMARK, LLC ("TERRA"), by and through undersigned counsel, joins in the Debtors' *Emergency Motion in Limine to Exclude Expert Report, Appraisal, and Testimony* [ECF No. 146] (the "Motion").

For the reasons stated in the Motion, TERRA requests that the Court grant approval of the Motion, and any other or further relief as may be just and proper. TERRA reserves the right to make additional arguments at the January 18, 2011 hearings in this case.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system upon those parties listed below on the Electronic Mail Notice List on this 17th day of January, 2012.

Dated: January 17, 2012

Respectfully submitted,
BERGER SINGERMAN
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: /s/ Jordi Guso
　　　Jordi Guso
　　　Florida Bar No. 0863580
　　　jguso@bergersingerman.com

4131954-1

**BERGER SINGERMAN**
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453 Telephone 305-755-9500 Facsimile 305-714-4340

**ELECTRONIC NOTICE LIST**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

4131954-1                              2



Boca Raton   Fort Lauderdale   Miami   Tallahassee

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453  Telephone 305-755-9500  Facsimile 305-714-4340