

ORDERED in the Southern District of Florida on January 19, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.  11-35884-RAM-BKC

TOWN CENTER AT DORAL, L.L.C., et al.,            Chapter 11
                                                 Jointly Administered
     Debtor(s).

_____/

### ORDER GRANTING IN PART EMERGENCY MOTION FOR STAY RELIEF

The Court conducted a hearing on January 18, 2012 on Landmark at Doral Community Development District's Emergency Motion for Relief from the Automatic Stay (DE #157). As announced on the record, it is

ORDERED as follows:

1.   The Emergency Motion for Stay Relief is granted in part. The Landmark at Doral Community Development District ("CDD") is granted stay relief to appear in and defend the allegations brought against it by the Debtors in Case No. 12-01605-CA-08, Circuit Court, Miami-Dade County (the "State Court Case").

2.The Emergency Motion for Stay Relief is denied without prejudice to the extent it seeks stay relief to file a counterclaim against the Debtors or to seek an injunction against the Debtors in the State Court Case.

3.If the CDD is unsure whether a proposed pleading in the State Court Case is authorized by this Order, it shall file a motion for clarification attaching the proposed pleading.

# # #

Copy to:
Patricia A. Redmond, Esq.

(Attorney Redmond is directed to serve a copy of this order on all necessary parties.)