

ORDERED in the Southern District of Florida on January 19, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                             CASE NO.  11-35884-RAM-BKC

TOWN CENTER AT DORAL, L.L.C.,  et al.,     Chapter 11
                                                   Jointly Administered

     Debtor(s).

_____/

## ORDER DENYING MOTION TO VALUE COLLATERAL

The Court conducted a hearing on January 18, 2012 on the Debtors' Motion to Value Collateral (DE #81). The Court considered the testimony of the two experts, Lee Waronker and Woodward Hanson, and reviewed and considered their reports which were admitted into evidence without objection. For the reasons stated on the record at the conclusion of the hearing, which are incorporated here by reference, the Court finds that neither witness provided a credible valuation opinion which the Court could rely on in determining the value of the Debtors' property. Therefore, it is

ORDERED as follows:

1.        The Motion to Value collateral is denied without prejudice.

CASE NO. 11-35884-RAM-BKC

2.   The Court will determine whether a renewed motion to value will be considered after concluding the disclosure statement and stay relief hearings scheduled on January 25, 2012.

# # #

Copy to:
Mindy Mora, Esq.

(Attorney Mora is directed to serve a copy of this order on all necessary parties.)