# EXHIBIT A



CFN 2005R1297173
OR Bk 24054 Pss 0603 - 657; (55pss)
RECORDED 12/15/2005 12:14:26
DEED DOC TAX 102,600.00
SURTAX 76,950.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

*This instrument prepared by:*
Kodsi Law Firm, P.A.
Steven R. Amster, Esquire
701 West Cypress Creek, Suite 303
Fort Lauderdale, Florida 33309
Tel. 954-771-8277

*After recording please return to:*
Kodsi Law Firm, P.A.
Steven R. Amster, Esquire
701 West Cypress Creek, Suite 303
Fort Lauderdale, Florida 33309
Tel. 954-771-8277

Parcel ID Number:

# Special Warranty Deed

This Indenture, Made this 7 th day of December, 2005 between LANDMARK AT DORAL EAST, LLC, a Florida limited liability company, LANDMARK AT DORAL SOUTH, LLC, a Florida limited liability company, LANDMARK AT DORAL DEVELOPERS, LLC, a Florida limited liability company, and TOWN CENTER AT DORAL, L.L.C., a Florida limited liability company, each of the County of Palm Beach, State of Florida, GRANTOR, and LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT, a local unit of special purpose government organized pursuant to Chapter 190, F.S., whose address is: 1200 NW 17th Avenue, Suite 13, Delray Beach, of the County of Palm Beach, State of Florida, 33445, GRANTEE.

Witnesseth that the GRANTOR, for and in consideration of the sum of TEN and No/100 DOLLARS ($10.00) and other good and valuable consideration to GRANTOR in hand paid by GRANTEE, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said GRANTEE and GRANTEE'S heirs, successors and assigns forever, the following described land, situate, lying and being in the County of Miami Dade, State of Florida, to wit:

SEE LEGAL DESCRIPTION ON EXHIBIT "A" ATTACHED AND INCORPORATED HERETO

Subject to: restrictions, conditions, prohibitions, covenants, easements and other matters of record or appearing on the plat or otherwise common to the subdivision without any attempt to reinstate or reimpose same; taxes for the current year 2005 and subsequent years; applicable zoning laws, building codes and other use restrictions imposed by governmental authority.



TOGETHER with all tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining. To Have and to Hold, the same in Fee Simple forever.

And Grantor hereby covenants with said GRANTEE that GRANTOR is lawfully seized of said land in fee simple; that GRANTOR has good right and lawful authority to sell and convey said land; that GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under GRANTOR.

In Witness Whereof, the GRANTOR has hereunto set its hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

WITNESSES:

LANDMARK AT DORAL EAST, LLC,
a Florida limited liability company

By:_____
Print Name: MARLENE M. BURNS        Daniel Kaskel, Vice President
                                    7284 W. Palmetto Park Road, Suite 106
Print Name: KRISH L. DAY            Boca Raton, Florida 33433


LANDMARK AT DORAL SOUTH, LLC,
a orida limited liability company

By:_____
Print Name: MARLENE M. BURNS        Daniel Kaskel, Vice President
                                    7284 W. Palmetto Park Road, Suite 106
Print Name: KRISH L. DAY            Boca Raton, Florida 33433


LANDMARK AT DORAL DEVELOPERS,
LLC, a Florida limited liability company

By:_____
Print Name: MARLENE M. BURNS        Daniel Kaskel, Vice President
                                    7284 W. Palmetto Park Road, Suite 106
Print Name: KRISH L. DAY            Boca Raton, Florida 33433


*Special Warranty Deed*
*(Landmark CDD)*                                    *Page 2*

WITNESSES:

Print Name: MARLENE M. BURNS

Print Name: CHISH L DALY

TOWN CENTER AT DORAL EAST, L.L.C.,
a Florida limited liability company

By:
          Daniel Kaskel, Vice President
          7284 W. Palmetto Park Road, Suite 106
          Boca Raton, Florida 33433

STATE OF FLORIDA
COUNTY OF PALM BEACH

    The foregoing Deed was acknowledged before me this day of _____ 1 _____ day of December,
2005 by Daniel Kaskel, Vice President of LANDMARK AT DORAL EAST, LLC, a Florida limited
liability company on behalf of said company. He is personally known to me or he has produced his
Florida driver's license as identification.

My Commission Expires:

**Marlene M. Burns**
Commission #DD279145
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public, State of Florida

*Special Warranty Deed*
*(Landmark CDD)*                    *Page 3*

STATE OF FLORIDA
COUNTY OF PALM BEACH
   The foregoing Deed was acknowledged before me this day of _7th_ day of December,
2005 by Daniel Kaskel, Vice President of LANDMARK AT DORAL SOUTH, LLC, a Florida
limited liability company on behalf of said company. He is personally known to me or he has
produced his Florida driver's license as identification.

My Commission Expires:

Marlene M. Burns
Commission #DD279145
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public, State of Florida

STATE OF FLORIDA
COUNTY OF PALM BEACH
   The foregoing Deed was acknowledged before me this day of _7th_ day of December,
2005 by Daniel Kaskel, Vice President of LANDMARK AT DORAL DEVELOPERS, LLC,
a Florida limited liability company on behalf of said company. He is personally known to me or he
has produced his Florida driver's license as identification.

My Commission Expires:

Marlene M. Burns
Commission #DD279145
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public, State of Florida

STATE OF FLORIDA
COUNTY OF PALM BEACH
   The foregoing Deed was acknowledged before me this day of _7th_ day of December,
2005 by Daniel Kaskel, Vice President of TOWN CENTER AT DORAL, L.L.C., a Florida limited
liability company on behalf of said company. He is personally known to me or he has produced his
Florida driver's license as identification.

My Commission Expires:

Marlene M. Burns
Commission #DD279145
Expires: Jan 06, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Notary Public, State of Florida

*Special Warranty Deed*
*(Landmark CDD)*                                    *Page 4*

**EXHIBIT "A" - LEGAL DESCRIPTION**

*Special Warranty Deed*
*(Landmark CDD)*                    *Page 5*

Exhibit "A"



LOCATION MAP
A PORTION OF THE
WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST
CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.
(NOT TO SCALE)

NORTH



TRACT 27            TRACT 22

TRACT 26     TRACT J     TRACT 23

TRACT 25            TRACT 24

NW CORNER OF
S.W. 1/4 OF
SECTION
17-53-40

N.W.        66th    STREET (PROPOSED)
TRACT 48            TRACT 33

N.W. 107th AVENUE (PROPOSED)

N.W. 104th AVENUE (PROPOSED)

N.W. 102nd AVENUE (PROPOSED)

TRACT 47            TRACT 34

TRACT 46            TRACT 35

TRACT 45            TRACT 36

TRACT 44            TRACT 37

TRACT 43            TRACT 38

TRACT 42            TRACT 39

P(3)SM, L.L.C.                                          L.B. No. 7335
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR "TRACT J" LANDSCAPE TRACT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|-------|----------|--------|-----------|---------|--------|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 1 of 5 |

# LANDSCAPE TRACT LEGAL DESCRIPTION
## EXHIBIT "A"

TRACT "J" Landscape Tract
A parcel of land lying in Tracts 24 and 25, of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami—Dade County, Florida, being more particularly described as follows:

Commence at the NW corner of the SW 1/4 of said Section 17; thence N 89°40'09" E, along the North line of the SW 1/4 of said Section 17, for a distance of 185.05 feet; thence N 01°43'09" W, for a distance of 35.70 feet to the Point of Beginning, of the hereinafter described parcel of land: thence continue N 01°43'09" W, for a distance of 294.23 feet; thence N 89°40'03" E, for a distance of 2032.76 feet; thence S 01°43'49" E, for a distance of 294.97 feet; thence S 89°40'09" W, for a distance of 25.01 feet; thence N 01°43'49" W, for a distance of 269.97 feet; thence S 89°40'03" W, for a distance of 1982.75 feet; thence S 01°43'09" E, for a distance of 268.91 feet to a point of cusp with a curve concave to South having a radius of 1000.00 feet and to which point a radial line bears N 39°16'16" W, thence Northwesterly 25.00 feet along said curve through a central angle of 01°25'57" to the Point of Beginning. Containing 64,293.49 sq. ft., more or less.

| | | | | | |
|---|---|---|---|---|---|
| **P(3)SM, L.L.C.**<br>PROFESSIONAL SURVEYORS & MAPPERS<br>3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | L.B. No. 7335 |
| SKETCH AND LEGAL DESCRIPTION FOR "TRACT J" LANDSCAPE TRACT | | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 5 |



## SKETCH TO ACCOMPANY LEGAL DESCRIPTION
### EXHIBIT "A"

NORTH

GRAPHIC SCALE

( IN FEET )
1 inch = 80 ft.

LEGENDS

| SYMBOL | DESCRIPTION |
|---|---|
| | PROPERTY LINE |
| | CENTERLINE |

A PORTION OF
TRACT 25
FLORIDA FRUIT LANDS
COMPANY'S SUBDIVISION No. 1"
(P.B. 2, PG. 17)

SOUTH LINE OF TRACT 26 (P.B. 2, PG. 17)

N89°40'03"E   2032.76'

MATCH LINE
MATCH LINE

25'

25'

S89°40'03"W   1982.75'

A PORTION OF
TRACT 25
FLORIDA FRUIT LANDS
COMPANY'S SUBDIVISION No. 1"
(P.B. 2, PG. 17)

LANDSCAPE TRACT
64,293.49 SQ. FT.

A PORTION OF
TRACT 25
FLORIDA FRUIT LANDS
COMPANY'S SUBDIVISION No. 1"
(P.B. 2, PG. 17)

N01°43'09"W   294.23'

S01°43'09"E   268.91'

POINT OF
BEGINNING

N01°43'09"W
35.70'

Δ=1°25'57"
R=1000.00'
A=25.00'

POINT OF
COMMENCEMENT
NW CORNER OF
S.W. 1/4 OF
SECTION
17-53-40

N.W. 66th STREET (PROPOSED)
N89°40'09"E   185.05'

NORTH LINE OF THE
S.W. 1/4 OF SECTION 17-53-40

N39°16'16"W

N.W. 107th AVENUE

N.W.

N01°43'09"W

### P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

L.B. No. 7335

SKETCH AND LEGAL DESCRIPTION FOR "TRACT J" LANDSCAPE TRACT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 4 of 5 |



## LOCATION MAP
### A PORTION OF THE
### WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST
### CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.
### (NOT TO SCALE)



NORTH

| | |
|---|---|
| TRACT 26 | TRACT 23 |
| TRACT 25 | TRACT 24 |

NW CORNER OF S.W. 1/4 OF SECTION 17-53-40

**N.W. 66th STREET (PROPOSED)**

N.W. 107th AVENUE

| | |
|---|---|
| TRACT 48 | TRACT 33 |
| TRACT 47 | TRACT 34 |
| TRACT 46  SITE LOCATION "TRACT M" | TRACT 35 |
| TRACT 45 | TRACT 36 |
| TRACT 44 | TRACT 37 |
| TRACT 43 | TRACT 38 |

N.W. 104th AVENUE (PROPOSED)

N.W. 102nd AVENUE (PROPOSED)

**P(3)SM, L.L.C.**
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

L.B. No. 7335

SKETCH AND LEGAL DESCRIPTION FOR TRACT "M" LANDSCAPE TRACT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 1 of 4 |

# LANDSCAPE TRACT LEGAL DESCRIPTION
## EXHIBIT "A"

TRACT "M" Landscape Tract

A parcel of land lying in Tract 46 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami–Dade County, Florida, more particularly described as follows:

Commence at the N.W. corner of the S.W. 1/4 of said Section 17, thence run S 01°43'09"E, along the West line of said Section 17, for a distance of 972.15 feet, thence run N 88°16'51" E, for a distance of 496.67 feet to the Point of Beginning, of the hereinafter described parcel: thence N 01°43'09" W, for a distance of 100.00 feet to a point; thence run N 88°16'51" E, for a distance of 30.00 feet to a point; thence run S 01°43'09" E, for a distance of 100.00 feet to a point; thence run S 88°16'51" W, for a distance of 30.00 feet to the Point of Beginning. Containing 3,000.00 sq. ft., more or less.

| | P(3)SM, L.L.C. | | | L.B. No. 7335 | |
|---|---|---|---|---|---|
| | PROFESSIONAL SURVEYORS & MAPPERS | | | | |
| | 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | |
| | SKETCH AND LEGAL DESCRIPTION FOR TRACT "M" LANDSCAPE TRACT | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 4 |



SKETCH TO ACCOMPANY LEGAL DESCRIPTION

EXHIBIT "A"

P(3)SM, L.L.C.

L.B. No. 7335

PROFESSIONAL SURVEYORS & MAPPERS

3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "M" LANDSCAPE TRACT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 4 of 4 |



NORTH

# LOCATION MAP
### A PORTION OF THE
### WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST
### CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.
### (NOT TO SCALE)

| | | |
|---|---|---|
| NW CORNER OF S.W. 1/4 OF SECTION 17-53-40   TRACT 25 | TRACT 24 | |
| **N.W.    66th** | **STREET** (PROPOSED) | |
| TRACT 48 | TRACT 33 | |
| TRACT 47 | TRACT 34 | |
| TRACT 46   ➤ **TRACT L** | TRACT 35 | |
| TRACT 45 | TRACT 36 | |
| TRACT 44 | TRACT 37 | |
| TRACT 43 | TRACT 38 | |
| TRACT 42 | TRACT 39 | |
| TRACT 41 | TRACT 40 | |

**N.W. 107th AVENUE** (PROPOSED)

**N.W. 104th AVENUE** (PROPOSED)

**102nd AVENUE** (PROPOSED) **N.W.**

**N.W.    58th    STREET**

---

### P(3)SM, L.L.C.
**PROFESSIONAL SURVEYORS & MAPPERS**
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

L.B. No. 7335

SKETCH AND LEGAL DESCRIPTION FOR TRACT "L" LANDSCAPE TRACT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 1 of 4 |

# LANDSCAPE TRACT LEGAL DESCRIPTION
## EXHIBIT "A"

TRACT "L" Landscape Tract

A parcel of land lying in Tract 46 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami–Dade County, Florida, more particularly described as follows:

Commence at the N.W. corner of the S.W. 1/4 of said Section 17, thence run S 01°43'09" E, along the West line of the S.W. 1/4 of said Section 17, for a distance of 970.82 feet to a point; thence run N 88°16'51" E, for a distance of 334.00 feet to the Point of Beginning, of the hereinafter described parcel; thence N 01°43'09" W, for a distance of 98.67 feet to a point; thence run N 88°16'51" E, for a distance of 30.00 feet to a point; thence run S 01°43'09" E, for a distance of 98.67 feet to a point; thence run S88°16'51"W for a distance of 30.00 feet the Point of Beginning. Containing 2,960.10 sq. ft., more or less.

| | | | | | |
|---|---|---|---|---|---|
| P(3)SM, L.L.C. | | | | | L.B. No. 7335 |
| PROFESSIONAL SURVEYORS & MAPPERS | | | | | |
| 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | |
| SKETCH AND LEGAL DESCRIPTION FOR TRACT "L" LANDSCAPE TRACT | | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 4 |



## LOCATION MAP
### A PORTION OF THE
WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST
CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.
(NOT TO SCALE)

NORTH



| N.W. 107th AVENUE | TRACT 26 | TRACT 23 | N.W. 102nd AVENUE (PROPOSED) |
| | TRACT 25 | TRACT 24 | |
| | NW CORNER OF S.W. 1/4 OF SECTION 17-53-40 | | |

**N.W. 66th STREET (PROPOSED)**

TRACT 48     TRACT 33

TRACT 47     TRACT 34

TRACT 46     TRACT 35

SITE
LOCATION
TRACT "O"

TRACT 45     TRACT 36

TRACT 44     TRACT 37

N.W. 104th AVENUE (PROPOSED)

---

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

L.B. No. 7335

SKETCH AND LEGAL DESCRIPTION FOR "TRACT O" PARK EASEMENT

| DATE: | DRAWN BY | SCALE: | F.B./PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 1 of 4 |

## PARK EASEMENT LEGAL DESCRIPTION
### EXHIBIT "A"

TRACT "O" Park Easement

A parcel of land lying in Tract 46 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami–Dade County, Florida, being more particularly described as follows:

Commence at the N.W. corner of the S.W. 1/4 of said Section 17, thence S 01°43'09"E, along the West line of said Section 17, for a distance of 937.50 feet, thence N 88°16'51" E, for a distance of 800.67 feet to the Point of Beginning, of hereinafter described parcel of land; thence N 01°43'09" W, for a distance of 207.55 feet to a point; thence N 89°40'09" E, for a distance of 51.53 feet to a point, thence S 00°19'51" E, for a distance of 207.20 feet to the point of curvature of a circular curve concave to the northwest having a radius of 12.00 feet; thence southwesterly 18.85 feet along said curve through a central angle of 90°00'16" feet to a point; thence S 89°40'25" W for a distance of 22.51 feet to the point of curvature of a circular curve concave to the northeast having a radius of 12.00 feet; thence northwesterly 18.56 feet along said curve through a central angle of 88°36'26" to the Point of Beginning. Containing 10,653.73 sq. ft., more or less.

| P(3)SM, L.L.C. | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|
| PROFESSIONAL SURVEYORS & MAPPERS | | | | | |
| 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | |
| SKETCH AND LEGAL DESCRIPTION FOR "TRACT O" PARK EASEMENT | | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 4 |





## LANDSCAPE TRACT LEGAL DESCRIPTION
### EXHIBIT "A"

TRACT "G" Landscape Tract
A parcel of land lying in Tracts 45, 46, 47 and 48 of
"FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section
17, Township 53 South, Range 40 East, as recorded in Plat
Book 2, Page 17, of the Public Records of Miami-Dade
County, Florida, being more particularly described as follows:

Commence at the NW corner of the SW 1/4 of said Section
17, thence N 89°40'09" E, along the North line of the SW
1/4 of said Section 17, for a distance of 185.05 feet; thence
S 01°43'09" E, for a distance of 39.99 feet to the Point of
Beginning of the hereinafter described parcel of land: thence
continue S 01°43'09" E, for a distance of 974.80 feet; thence
N 89°40'09" E, for a distance of 573.84 feet; thence N
01°43'09" W, for a distance of 25.01 feet; thence S 89°40'25"
W, for a distance of 548.83 feet; thence N 01°43'09" W, for
a distance of 822.92 feet; thence N 00°19'51" W for a
distance of 122.82 feet to a point of cusp with a curve
concave to the North having a radius of 100.00 feet, with a
radius point bears S 00°19'51" E; thence run northwesterly
28.46 feet along said curve through a central angle of
16°18'32" to the Point of Beginning. Containing 38,210.08 sq.
ft., more or less.

| | | | | | |
|---|---|---|---|---|---|
| P(3)SM, L.L.C. PROFESSIONAL SURVEYORS & MAPPERS 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | L.B. No. 7335 |

SKETCH AND LEGAL DESCRIPTION FOR "TRACT G" LANDSCAPE TRACT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 4 |





## LOCATION MAP

**WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST**
**CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.**
**(NOT TO SCALE)**

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

L.B. No. 7335

SKETCH AND LEGAL DESCRIPTION FOR ROADWAY TRACT "C" RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | DF | AS SHOWN | N/A | 0510-00001 | 1 of 4 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "C"
### (Proposed N.W. 105th COURT)

## LEGAL DESCRIPTION
### EXHIBIT "A"

A parcel of land lying in Tracts 41, 42, 43, and 44 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami-Dade County, Florida, being more particularly described as follows:

Commence at the S.W. corner of Section 17, Township 53 South, Range 40 East, thence run N 89°40'51" E, along the South line of the Section 17, Township 53 South, Range 40 East, for a distance of 523.63 feet, thence run N 01°43'10" W, for a distance of 35.01 feet to the Point of Beginning. Said point being the point of beginning of a 48.00 foot wide roadway Right-of-way acquisition lying 24.00 feet on each side of the following described centerline (shortening or extending the sidelines thereof, so as to create a continuous strip of land) of the parcel of land hereinafter to be described: thence continue N 01°43'10" W, for a distance of 1227.23 feet to the Point of Termination; said point also being the point of beginning of a 42.00 foot wide roadway Right-of-way acquisition lying 21.00 feet on each side of the following described centerline (shortening or extending the sidelines thereof, so as to create a continuous strip of land) of the parcel of land hereinafter to be described; said point also being the continuation of the aforementioned parcel and the beginning of a curve concave to the east having a radius of 175.76 feet; thence north, northeasterly for a distance of 58.33 feet along said curve through a central angle of 19°00'58" to the point of termination of the parcel to be conveyed. Containing 61,357.45 sq. ft. more or less.

| | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913
SKETCH AND LEGAL DESCRIPTION FOR ROADWAY TRACT "C" RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B./PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | DF | AS SHOWN | N/A | 0510-00001 | 3 of 4 |



## LOCATION MAP

**A PORTION OF THE**
**WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST**
**CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.**
**(NOT TO SCALE)**

NORTH



| | P(3)SM, L.L.C. | | | | L.B. No. 7335 |

**P(3)SM, L.L.C.**
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

**L.B. No. 7335**

SKETCH AND LEGAL DESCRIPTION FOR TRACT "B" ROADWAY RIGHT- OF- WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | DF | AS SHOWN | N/A | 0510-00001 | 1 of 8 |

# ROADWAY RIGHT-OF-WAY ACQUISITION

## TRACT"B"

### LEGAL DESCRIPTION

### EXHIBIT "A"

TRACT "B" Roadway Right-of-Way Acquisition
PARENT TRACT
A parcel of land lying in Tracts 24 and 25 of "FLORIDA FRUIT LANDS
COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40
East, as recorded in Plat Book 2, Page 17, of the Public Records of
Miami-Dade County, Florida, being more particularly described as follows:

Commencing at the N.W. corner of the S.W. 1/4 of said Section 17;
thence N 89°40'09" E, along the North line of the S.W. 1/4 of said
Section 17, for a distance of 210.06 feet; thence N 01°43'09" W, for a
distance of 46.01 feet to the Point of Beginning of the following
described parcel; thence continue N 01°43'09" W, for a distance of 258.91
feet; thence N 89°40'03" E, for a distance of 1,982.75 feet; thence S
01°43'49" E, for a distance of 173.94 feet; thence S 89°40'09" W, for a
distance of 118.67 feet; thence S00°19'51" E for a distance of 95.00
feet; thence S 89°40'09" W for a distance of 50.00 feet; thence N
00°19'51" W for a distance of 95.00 feet; thence S 89°40'09" W for a
distance of 303.34 feet; thence S 00°19'51" E for a distance of 95.00
feet; thence S 89°40'09" W for a distance of 45.00 feet; thence N
00°19'51" W for a distance of 95.00 feet; thence S 89°40'09" W for a
distance of 249.33 feet; thence S 00°19'51" E for a distance of 95.00
feet; thence S 89°40'09" W for a distance of 50.00 feet; thence N
00°19'51" W for a distance of 87.75 feet; thence S 89°40'09" W for a
distance of 212.27 feet; thence S 00°19'51" E for distance of 87.75 feet;
thence S 89°40'09" W for a distance of 45.00 feet; thence N 00°19'51" W
for a distance of 95.00 feet; thence S 89°40'09" W for a distance of
114.33 feet; thence N 00°19'51" W for a distance of 145.85 feet; thence
S 89°40'03" W for a distance of 337.52 feet; thence S 00°19'51" E for a
distance of 145.84 feet; thence S 89°40'09" W for a distance of 114.35
feet; thence S 00°19'51" E for a distance of 95.00 feet; thence S
89°40'09" W for a distance of 45.00 feet; thence N 00°19'51" W for a
distance of 85.00 feet; thence S 89°40'09" W for a distance of 137.00
feet; thence S 00°19'51" E for a distance of 85.00; thence S 89°40'09"
W for a distance of 45.00 feet; thence N 00°19'51" W for a distance of
88.67 feet; thence S 89°40'09" W for a distance of 85.00 feet; thence S
00°19'51" E for a distance of 78.67 feet; thence S 89°40'09" W for a
distance of 28.91 feet to the Point of Beginning. Containing 328,084.95
sq. ft. more or less.
Less the following parcels:

For continuation see next page.

| | L.B. No. 7335 |
|---|---|

**P(3)SM, L.L.C.**
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "B" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | DF | AS SHOWN | N/A | 0510-00001 | 3 of 8 |

# ROADWAY RIGHT- OF- WAY ACQUISITION
## TRACT"B"
### LEGAL DESCRIPTION
### EXHIBIT "A"

LESS-OUT PARCELS:

Less (TRACT "N1")
Commencing at the N.W. corner of said Section 17; thence S 01°43'09" E for a distance of 2,309.44 feet; thence along the South line of Tract 26 of "Florida Fruit Lands Company's Subdivision No. 1" according to the plat thereof as recorded in Plat Book 2 at Page 17 of the Public Records of Miami-Dade County, Florida, N 89°40'03" E for a distance of 234.07 feet; thence S 01°43'09" E for a distance of 53.02 feet to the Point of Beginning of the following described parcel; thence N 89°40'03" E for a distance of 412.83 feet; thence S 00°19'51" E, for a distance of 120.17 feet; thence S 89°40'09" W,  for a distance of 90.34 feet; thence N 00°19'51" W for a distance of 28.50 feet; thence S 89°40'09" W for a distance of 227.00 feet; thence S 00°19'51" E for a distance of 28.50 feet; thence S 89°40'09" W for a distance of 92.58 feet; thence N 01°43'09" W for a distance of 120.20 feet to the Point of Beginning. Containing 42,965.89 sq. ft. more or less.

Less (TRACT "V1")
Commencing at the N.W. corner of said Section 17; thence S 01°43'09" E for a distance of 2,309.44 feet; thence along the South line of Tract 26 of "Florida Fruit Lands Company's Subdivision No. 1" according to the plat thereof as recorded in Plat Book 2 at Page 17 of the Public Records of Miami-Dade County, Florida, N 89°40'03" E for a distance of 1,033.71 feet; thence S 00°19'51" E for a distance of 53.02 feet to the Point of Beginning of the following parcel;  thence N 89°40'03" E for a distance of 533.48 feet; thence S 00°19'51" E, for a distance of 120.20 feet; thence S 89°40'09" W,  for a distance of 135.87 feet; thence N 00°19'51" W for a distance of 28.50 feet; thence S 89°40'09" W for a distance of 307.27 feet; thence S 00°19'51" E for a distance of 28.50 feet; thence S 89°40'09" W for a distance of 90.34 feet; thence N 00°19'51" W for a distance of 120.18 feet to the Point of Beginning. Containing 55,363.58 sq. ft. more or less.

Less (TRACT "Y1")
Commencing at the N.W. corner of said Section 17;   thence N 89°40'09" E, thence S 01°43'09" E for a distance of 2,309.44 feet; thence along the South line of Tract 26 of "Florida Fruit Lands Company's Subdivision No. 1" according to the plat thereof as recorded in Plat Book 2 at Page 17 of the Public Records of Miami-Dade County, Florida, N 89°40'03" E for a distance of 1,591.19 feet; thence S 00°19'51" E for a distance of 53.00 feet to the Point of Beginning; thence N 89°40'03" E for a distance of 578.01 feet; thence S 00°19'51" E, for a distance of 120.21 feet; thence S 89°40'09" W,  for a distance of 90.20 feet; thence N 00°19'51" W for a distance of 28.50 feet; thence S 89°40'09" W for a distance of 398.35 feet; thence S 00°19'51" E for a distance of 28.50 feet; thence S 89°40'09" W for a distance of 89.46 feet; thence N 00°19'51" W for a distance of 120.20 feet to the Point of Beginning. Containing 58,129.12 sq. ft. more or less.

Note:
Area of Tract "B" equals the first described parcel (Parent Tract) minus the Less-Out Parcels:
328,084.95 (Total Area) − 156,458.59 (Total of Less-Out Parcels) = 171,626.36 sq. ft. (Total Area of Tract "B")

| P(3)SM, L.L.C. | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|
| PROFESSIONAL SURVEYORS & MAPPERS | | | | | |
| 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | |
| SKETCH AND LEGAL DESCRIPTION FOR TRACT "B" ROADWAY RIGHT- OF- WAY ACQUISITION" | | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | DF | AS SHOWN | N/A | 0510-00001 | 4 of 8 |











## EASEMENT LEGAL DESCRIPTION
### EXHIBIT "A"

TRACT "H" Drainage Easement

A parcel of land lying in Tracts 33, 34, 35, 36, and 45 of "FLORIDA FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as recorded in Plat Book 2, Page 17, of the Public Records of Miami-Dade County, Florida, being more particularly described as follows:

Commence at the NW corner of the SW 1/4 of said Section 17, thence   N 89°40'09" E, along the North line of the SW 1/4 of said Section 17, for a distance of 2192.87 feet to a point; thence S 01°42'43" E, for a distance of 35.01 feet to the Point of Beginning, of the hereinafter described parcel of land: thence continue S 01°42'43" E, for a distance of 954.92 feet to a point; thence S 89°40'25" W, for a distance of 1391.84 feet to a point; thence S 01°43'09" E, for a distance of 25.00 feet to a point; thence N 89°40'25" E, for a distance of 1416.85 feet to a point; thence N 01°42'43" W, for a distance of 979.93 feet to a point; thence  S 89°40'09" W, for a distance of 25.00 to the Point of Beginning. Containing 59,294 square feet, more or less.

| | | | | | |
|---|---|---|---|---|---|
| P(3)SM, L.L.C.<br>PROFESSIONAL SURVEYORS & MAPPERS<br>3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | L.B. No. 7335 |

SKETCH AND LEGAL DESCRIPTION FOR "TRACT H" DRAINAGE EASEMENT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-16-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 4 |



LOCATION MAP
A PORTION OF THE
WEST 1/2 OF SECTION 17, TOWNSHIP 53 SOUTH, RANGE 40 EAST
CITY OF DORAL, MIAMI-DADE COUNTY, FLORIDA.
(NOT TO SCALE)

NORTH

| | | |
|---|---|---|
| TRACT 26 | TRACT 23 | |
| TRACT 25 | TRACT 24 | |
| N.W. 66th STREET (Proposed) | | |
| TRACT 48 | TRACT 33 | |
| TRACT 47 | TRACT 34 | |
| TRACT 46 | TRACT 35 | |
| TRACT 45 | TRACT 36 | |
| TRACT 44 | TRACT 37 | |

NW CORNER OF
S.W. 1/4 OF
SECTION
17–53–40

SITE
LOCATION
"TRACT P"

N.W. 107th AVENUE

N.W. 104th AVENUE (Proposed)

N.W. 102nd AVENUE (Proposed)

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

L.B. No. 7335

SKETCH AND LEGAL DESCRIPTION FOR "TRACT P" PARK EASEMENT

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 1 of 4 |

## PARK EASEMENT LEGAL DESCRIPTION
### EXHIBIT "A"

TRACT "P" Park Easement
A parcel of land lying in Tracts 47 and 48 of "FLORIDA
FRUIT LANDS COMPANY'S SUBDIVISION NO. 1", Section 17,
Township 53 South, Range 40 East, as recorded in Plat Book
2, Page 17, of the Public Records of Miami–Dade County,
Florida, being more particularly described as follows:

Commence at the West 1/4 corner of said Section 17, thence
S 01°43'09"E, along the West line of said Section 17, for a
distance of 683.93 feet; thence N 88°16'51" E, for a distance
of 800.67 feet to the Point of Beginning of the parcel of land
hereinafter to be described: thence N 01°43'09" W, for a
distance of 473.78 feet to a point; thence N 00°19'51" W, for
a distance of 91.02 feet to the point of curvature of a curve
concave to the Southeast having a radius of 25.00 feet;
thence 41.42 feet along said curve through a central angle of
94°42'23" to the beginning of a reverse curve concave to the
North having a radius of 71.00 feet, a radial line through said
beginning of reverse curve bears S04°22'31" W, thence Easterly
10.46 feet along said curve through a central angle of
08°26'21" to the beginning of a reverse curve concave to the
Southwest having a radius of 25.00 feet, a radial line through
said beginning of reverse curve bears N04°03'51" W; thence
40.90 feet along said curve through a central angle of
93°44'00" to a point; thence S00°19'51"E, for a distance of
564.54 feet to a point; thence S89°40'09"W for a distance of
52.65 feet to the Point of Beginning. Containing 34,820.27 sq.
ft., more or less.

| | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|
| | P(3)SM, L.L.C. | | | | |
| | PROFESSIONAL SURVEYORS & MAPPERS | | | | |
| | 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | |
| | SKETCH AND LEGAL DESCRIPTION FOR "TRACT P" PARK EASEMENT | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | IM | AS SHOWN | N/A | 0510-00001 | 3 of 4 |





# ROADWAY RIGHT-OF-WAY ACQUISITION

## TRACT "A"

### LEGAL DESCRIPTION

### EXHIBIT "A"

(PARENT TRACT)
A portion of land lying in Section 17, Township 53 South, Range 40 East, lying and being in MIAMI-DADE COUNTY, FLORIDA, being more particularly described as follows:

Commence at the West 1/4 corner of Section 17, Township 53 South, Range 40 East,  thence along the North line of the S.W. 1/4 of Section 17, Township 53 South, Range 40 East, N 89°40'09" E for a distance of 214.10 feet; thence S 00°19'51" E, for a distance of 53.33 feet to the Point of Beginning, said point being the point of beginning of the following Roadway Right-of-Way acquisition; thence S 00°19'51" E, for a distance of 113.49 feet; thence S 01°43'09" E, for a distance of 822.92 feet; thence N 89°40'25" E, for a distance of 440.80 feet; thence N 01°43'09" W for a distance of 462.00 feet; thence N 88°16'51" E for a distance of 100.00 feet; thence S 01°43'09" E for a distance of 464.43 feet; thence N 89°40'25" E for a distance of 8.00 feet; thence S 01°43'09" E for a distance of 25.01 feet; thence N 89°40'25" E for a distance of 42.01 feet; thence N 01°43'09" W for a distance of 25.01 feet; thence N 89°40'25" E for a distance of 94.77 feet; thence N 00°19'51" W for a distance of 404.21 feet; thence N 89°40'09" E for a distance of 100.00 feet; thence S 00°19'51" E for a distance of 404.21 feet; thence N 89°40'25" E for a distance of 1197.08 feet; thence N 01°42'43" W for a distance of 835.88 feet; thence S 89°40'09" W for a distance of 125.59 feet; thence N 00°19'51" W for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 50.00 feet; thence S 00°19'51" E for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 353.33 feet; thence N 00°19'51" W for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 50.00 feet; thence S 00°19'51" E for a distance of 110.00 feet; thence N 89°40'09" W for a distance of 194.34 feet; thence N 00°19'51" W for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 50.00 feet; thence S 00°19'51" E for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 194.67 feet; thence N 00°19'51" W for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 50.00 feet; thence S 00°19'51" E for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 209.00 feet; thence N 00°19'51" W for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 35.01 feet to a point of cusp with a curve concave to the Southeast having a radius of 58.00 feet and to which point a radial line bears N 33°35'21" W; thence Southwesterly 8.25 feet along said curve through a central angle of 08°09'05" to the beginning of a central curve concave to the North having a radius of 60.00 feet, a radial line through said beginning of reverse curve bears S 41°44'26" E, thence Southwesterly, Westerly, Northwesterly 86.73 feet along said curve through a central angle of 82°49'09" to the beginning of a reverse curve concave to the Southwest having a radius of 58.00 feet, a radial line through said beginning of reverse curve bears N 41°04'44" E; thence Northwesterly 8.25 feet along said curve to a point of non-tangency; thence S 89°40'09" W for a distance of 36.63 feet; thence S 00°19'51" E for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 224.67 feet; thence N 00°19'51" W for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 50.00 feet; thence S 00°19'51" E for a distance of 103.00 feet; thence S 89°40'09" W for a distance of 92.75 feet; thence N 00°19'51" W for a distance of 103.00 feet; thence S 89°40'09" W for a distance of 50.00 feet; thence S 00°19'51" E for a distance of 110.00 feet; thence S 89°40'09" W for a distance of 100.00 feet; thence N 00°19'51" W for a distance of 100.67 feet;  thence S 89°40'09" W for a distance of 24.00 feet to the point of beginning.
Containing 1,623,687.64 sq. ft. more or less.

Less the following parcels;

| P(3)SM, L.L.C. | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|
| PROFESSIONAL SURVEYORS & MAPPERS | | | | | |
| 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | |
| SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION | | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 3 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "A"
### LEGAL DESCRIPTION
### EXHIBIT "A"

Less out Parcels:

Less (Block 2)
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the North line of the SW 1/4 of Section 17, Township 53 South, Range 40 East, N 89°40'09" E for a distance of 234.07 feet; thence S 01°43'09" E for a distance of 214.94 feet to the Point of Beginning of the hereinafter described parcel; thence continue S 01°43'09" E for a distance of 489.54 feet; thence N 88°16'51" E for a distance of 100.00 feet; thence N 01°43'09" W for a distance of 524.00 feet; thence S 89°40'09" W for a distance of 63.15 feet to the beginning of a curve concave to the Southwest having a radius of 36.00 feet; thence Southwesterly 57.42 feet along said curve through a central angle of 91°23'18" to the Point of Beginning. Containing 52,226.97 sq. ft. more or less.

Less (Block 1)
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the North line of the SW 1/4 of Section 17, Township 53 South, Range 40 East, N 89°40'09" E for a distance of 234.07 feet; thence S 01°43'09" E for a distance of 764.48 feet to the Point of Beginning of the hereinafter described parcel; thence continue S 01°43'09" E for a distance of 164.67 feet; to the beginning of a curve concave to the Northeast having a radius of 36.00 feet; thence Southeasterly 56.55 feet along said curve through a central angle of 90°00'00" to a Point of Tangency; thence N 88°16'51" E for a distance of 64.00 feet; thence N 01°43'09" W for a distance of 236.67 feet; thence S 88°16'51" W for a distance of 64.00 feet to the beginning of a curve concave to the Southeast having a radius of 36.00 feet; thence Southwesterly 56.55 feet along said curve through a central angle of 90°00'00" to the Point of Beginning. Containing 23,110.75 sq. ft. more or less.

Less (Block 19)
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 872.15 feet; thence N 88°16'51" E for a distance of 364.00 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 88°16'51" E for a distance of 132.67 feet; thence S 01°43'09" E for a distance of 100.00 feet; thence S 88°16'51" W for a distance of 132.67 feet; thence N 01°43'09" W for a distance of 100.00 feet to the Point of Beginning. Containing 13,267.00 sq. ft. more or less.

| P(3)SM, L.L.C. | L.B. No. 7335 |
|---|---|

PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 4 of 19 |

## ROADWAY RIGHT-OF-WAY ACQUISITION

### TRACT "A"
### LEGAL DESCRIPTION
### EXHIBIT "A"

**Less (Block 18)**
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 734.15 feet; thence N 88°16'51" E for a distance of 384.00 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 88°16'51" E for a distance of 92.67 feet; thence S 01°43'09" E for a distance of 100.00 feet; thence S 88°16'51" W for a distance of 92.67 feet; thence N 01°43'09" W for a distance of 100.00 feet to the Point of Beginning. Containing 9,267.00 sq. ft. more or less.

**Less (Block 17)**
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 610.15 feet; thence N 88°16'51" E for a distance of 384.00 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 88°16'51" E for a distance of 92.67 feet; thence S 01°43'09" E for a distance of 100.00 feet; thence S 88°16'51" W for a distance of 92.67 feet; thence N 01°43'09" W for a distance of 100.00 feet to the Point of Beginning. Containing 9,267.00 sq. ft. more or less.

**Less (Tract "K")**
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 459.28 feet; thence N 88°16'51" E for a distance of 384.00 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 88°16'51" E for a distance of 92.67 feet; thence S 01°43'09" E for a distance of 112.87 feet; thence S 88°16'51" W for a distance of 92.67 feet; thence N 01°43'09" W for a distance of 112.87 feet to the Point of Beginning. Containing 10,459.67 sq. ft. more or less.

**Less (Block 16)**
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 321.28 feet; thence N 88°16'51" E for a distance of 384.00 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 88°16'51" E for a distance of 92.67 feet; thence S 01°43'09" E for a distance of 100.00 feet; thence S 88°16'51" W for a distance of 92.67 feet; thence N 01°43'09" W for a distance of 100.00 feet to the Point of Beginning. Containing 9,267.00 sq. ft. more or less.

**Less (Block 15)**
Commencing at the West 1/4 corner of section 17, township 53 South, Range 40 East; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 194.36 feet; thence N 88°16'51" E for a distance of 384.00 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 89°40'09" E for a distance of 92.70 feet; thence S 01°43'09" E for a distance of 100.67 feet; thence S 88°16'51" W for a distance of 92.67 feet; thence N 01°43'09" W for a distance of 102.92 feet to the Point of Beginning. Containing 9,433.17 sq. ft. more or less.

| P(3)SM, L.L.C. | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|

PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 483-0912 FAX:(305) 483-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 5 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "A"
### LEGAL DESCRIPTION
EXHIBIT "A"

Less (Block 21)
Commencing at the West 1/4 corner of said section 17; thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 526.82 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 89°40'09" E for a distance of 100.03 feet; thence S 01°43'09" E for a distance of 300.34 feet; thence S 88°16'51" W for a distance of 100.00 feet; thence N 01°43'09" W for a distance of 302.76 feet to the Point of Beginning. Containing 30,155.20 sq. ft. more or less.

Less (Block 20)
Commencing at the West 1/4 corner of said section 17; thence along the West line of said Section 17, for a distance of 543.58 feet; thence N 88°16'51" E for a distance of 526.67 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 88°16'51" E for a distance of 100.00 feet; thence S 01°43'09" E for a distance of 395.34 feet to the beginning of a curve concave to the Northwest having a radius of 36.00 feet; thence Southwesterly 56.55 feet along said curve through a central angle of 90°00'00" to a Point of Tangency; thence S 88°16'51" W for a distance of 64.00 feet; thence N 01°43'09" W for a distance of 431.34 feet to the Point of Beginning. Containing 42,855.38 sq. ft. more or less.

Less (Block 22)
Commencing at the West 1/4 corner of said section 17; thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 650.86 feet to the Point of Beginning of the hereinafter described parcel; thence continue N 89°40'09" E for a distance of 100.35 feet; thence S 00°19'51" E for a distance of 13.30 feet; thence S 01°43'09" E for a distance of 284.03 feet; thence S 88°16'51" W for a distance of 100.00 feet; thence N 01°43'09" W for a distance of 299.76 feet to the Point of Beginning. Containing 29,856.82 sq. ft. more or less.

L.B. No. 7335

**P(3)SM, L.L.C.**
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 6 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "A"
### LEGAL DESCRIPTION
### EXHIBIT "A"

Less (Tract "O")
A parcel of land lying in Tract 46 of "FLORIDA FRUIT LANDS COMPANY'S
SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40 East, as
recorded in Plat Book 2, Page  17,  of the Public Records of
Miami—Dade County, Florida, being more particularly described as follows:

Commence at the West 1/4 corner of said Section 17, thence  S
01°43'09"E, along the West line of said Section 17, for a distance of
937.50 feet, thence N 88°16'51" E, for a distance of 800.67 feet to the
Point of Beginning, of the parcel of land hereinafter described; thence N
01°43'09" W, for a distance of 207.55 feet to a point; thence N
89°40'09" E, for a distance of 51.53 feet to a point, thence S 00°19'51"
E, for a distance of 207.20 feet to the point of curvature of a curve
concave to the Northwest having a radius of 12.00 feet; thence
southwesterly 18.85 feet along said curve through a central angle of
90°00'16" feet to a point; thence S89°40'25"W for a distance of 22.51
feet to the point of curvature of a curve concave to the Northeast
having a radius of 12.00 feet; thence Northwesterly 18.56 feet along said
curve through a central angle of 88°36'26" to the Point of Beginning.
Containing 10,653.73 sq. ft., more or less.

Less (Tract "P")
A parcel of land lying in Tracts 47 and 48  of "FLORIDA FRUIT LANDS
COMPANY'S SUBDIVISION NO. 1", Section 17, Township 53 South, Range 40
East, as recorded in Plat Book 2, Page  17,  of the Public Records of
Miami—Dade County, Florida, being more particularly described as follows:
Commence at the West 1/4 corner of said Section 17, thence S
01°43'09"E, along the West line of said Section 17, for a distance of
683.93 feet; thence N 88°16'51" E, for a distance of 800.67 feet to the
Point of Beginning of the parcel of land hereinafter to be described;
thence N 01°43'09" W, for a distance of 473.78 feet to a point; thence
N 00°19'51" W, for a distance of 91.02 feet to the point of curvature of
a curve concave to the Southeast having a radius of 25.00 feet; thence
41.42 feet along said curve through a central angle of 94°42'23" to the
beginning of a reverse curve concave to the North having a radius of
71.00 feet, a radial line through said beginning of reverse curve bears
S04°22'31" W, thence Easterly 10.46 feet along said curve through a
central angle of 08°26'21" to the beginning of a reverse curve concave to
the Southwest having a radius of 25.00 feet, a radial line through said
beginning of reverse curve bears N04°03'51" W; thence 40.90 feet along
said curve through a central angle of 93°44'00" to a point; thence
S00°19'51"E, for a distance of 564.54 feet to a point; thence
S89°40'09"W for a distance of 52.65 feet to the Point of Beginning.
Containing 34,820.27 sq. ft., more or less.

| P(3)SM, L.L.C. | | | | | L.B. No. 7335 |
|---|---|---|---|---|---|
| PROFESSIONAL SURVEYORS & MAPPERS | | | | | |
| 3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | | |
| SKETCH AND LEGAL DESCRIPTION FOR  TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION | | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 7 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "A"
### LEGAL DESCRIPTION
EXHIBIT "A"

Less (Block 25)
Commencing at the West 1/4 corner of said section 17; thence along the West line of Section 17, Township 53 South, Range 40 East, for a distance of 178.05 feet; thence N 88°40'09" E for a distance of 915.34 feet to the Point of Beginning; thence continue N 88°40'09" E for a distance of 100.00 feet; thence S 00°19'51" E for a distance of 357.33 feet; thence S 89°40'09" W for a distance of 100.00 feet; thence N 00°19'51" W for a distance of 357.33 feet to the Point of Beginning. Containing 35,733.50 sq. ft. more or less.

Less (Block 26)
Commencing at the West 1/4 corner of section said Section 17; thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 1039.34 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.00 feet; thence S 00°19'51" E for a distance of 357.33 feet; thence S 89°40'09" W for a distance of 85.00 feet; thence N 00°19'51" W for a distance of 357.33 feet to the Point of Beginning. Containing 30,373.48 sq. ft. more or less.

Less (Tract "R")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 585.51 feet; thence N 89°40'09" E for a distance of 1029.47 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.00 feet; thence S 00°19'51" E for a distance of 289.17 feet; thence N 89°40'09" E for a distance of 294.67 feet; thence N 00°19'51" W for a distance of 82.43 feet; thence N 89°40'09" E for a distance of 85.01 feet; thence S 00°19'51" E for a distance of 167.43 feet; thence S 89°40'09" W for a distance of 464.67 feet; thence N 00°19'51" W for a distance of 374.17 feet to the Point of Beginning. Containing 71,083.36 sq. ft. more or less.

| | | | | L.B. No. 7335 |
|---|---|---|---|---|

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 483-0912 FAX:(305) 483-0913
SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 8 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION

## TRACT "A"

### LEGAL DESCRIPTION

#### EXHIBIT "A"

Less (Tract "S")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 585.51 feet; thence N 89°40'09" E for a distance of 1164.46 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 194.67 feet; thence S 00°19'51" E for a distance of 239.17 feet; thence S 89°40'09" W for a distance of 194.67 feet; thence N 00°19'51" W for a distance of 239.17 feet to the Point of Beginning. Containing 46,558.25 sq. ft. more or less.

Less (Tract "T")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 1167.90 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 194.67 feet; thence S 00°19'51" E for a distance of 91.66 feet; thence S 89°40'09" W for a distance of 194.67 feet; thence N 00°19'51" W for a distance of 91.67 feet to the Point of Beginning. Containing 17,844.43 sq. ft. more or less.

Less (Block 27)
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 1174.34 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.33 feet; thence S 00°19'51" E for a distance of 232.67 feet; thence S 89°40'09" W for a distance of 85.34 feet; thence N 00°19'51" W for a distance of 232.67 feet to the Point of Beginning. Containing 19,854.89 sq. ft. more or less.

Less (Block 28)
Commencing at the West 1/4 corner of said Section 17, thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 1283.67 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.33 feet; thence S 00°19'51" E for a distance of 232.67 feet; thence S 89°40'09" W for a distance of 85.33 feet; thence N 00°19'51" W for a distance of 232.67 feet to the Point of Beginning. Containing 19,854.89 sq. ft. more or less.

Less (Block 29)
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 1419.01 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.00 feet; thence S 00°19'51" E for a distance of 164.67 feet; thence S 89°40'09" W for a distance of 85.01 feet; thence N 00°19'51" W for a distance of 164.67 feet to the Point of Beginning. Containing 13,997.77 sq. ft. more or less.

| | | | | L.B. No. 7335 |
|---|---|---|---|---|
|  | | | | |

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 9 of 19 |

## ROADWAY RIGHT-OF-WAY ACQUISITION
### TRACT "A"
### LEGAL DESCRIPTION
#### EXHIBIT "A"

Less (Block 30)
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 1528.01 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.34 feet; thence S 00°19'51" E for a distance of 164.67 feet; thence S 89°40'09" W for a distance of 85.34 feet; thence N 00°19'51" W for a distance of 164.67 feet to the Point of Beginning. Containing 14,052.11 sq. ft. more or less.

Less (Tract "U")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 375.78 feet; thence N 89°40'09" E for a distance of 1414.22 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 194.34 feet; thence S 00°19'51" E for a distance of 87.72 feet; thence S 89°40'09" W for a distance of 194.34 feet; thence N 00°19'51" W for a distance of 87.72 feet to the Point of Beginning. Containing 17,047.50 sq. ft. more or less.

Less (Tract "V")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 511.54 feet; thence N 89°40'09" E for a distance of 1410.93 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 194.34 feet; thence S 00°19'51" E for a distance of 110.07 feet; thence S 89°40'09" W for a distance of 194.34 feet; thence N 00°19'51" W for a distance of 110.07 feet to the Point of Beginning. Containing 21,391.00 sq. ft. more or less.

Less (Tract "W")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 669.66 feet; thence N 89°40'09" E for a distance of 1407.10 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 194.34 feet; thence S 00°19'51" E for a distance of 89.61 feet; thence S 89°40'09" W for a distance of 194.34 feet; thence N 00°19'51" W for a distance of 89.61 feet to the Point of Beginning. Containing 17,414.81 sq. ft. more or less.

| | | | | L.B. No. 7335 |
|---|---|---|---|---|

P(3)SM, L.L.C.
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913

SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 10 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "A"
### LEGAL DESCRIPTION
### EXHIBIT "A"

Less (Tract "X")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 792.30 feet; thence N 89°40'09" E for a distance of 1513.13 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 85.34 feet; thence S 00°19'51" E for a distance of 82.43 feet; thence N 89°40'09" E for a distance of 453.34 feet; thence N 00°19'51" W for a distance of 134.00 feet; thence N 89°40'09" E for a distance of 87.00 feet; thence S 00°19'51" E for a distance of 219.00 feet; thence S 89°40'09" W for a distance of 625.67 feet; thence N 00°19'51" W for a distance of 167.43 feet to the Point of Beginning. Containing 71,874.11 sq. ft. more or less.

Less (Tract "Y")
Commencing at the West 1/4 corner of said Section 17; thence along the West line of said Section 17, for a distance of 586.67 feet; thence N 89°40'09" E for a distance of 1653.45 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 353.34 feet; thence S 00°19'51" E for a distance of 238.00 feet; thence S 89°40'09" W for a distance of 353.34 feet; thence N 00°19'51" W for a distance of 238.00 feet to the Point of Beginning. Containing 84,093.73 sq. ft. more or less.

Less (Tract "Z")
Commencing at the West 1/4 corner of said Section 17, thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 1663.35 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 353.33 feet; thence S 00°19'51" E for a distance of 358.50 feet; thence S 89°40'09" W for a distance of 353.34 feet; thence N 00°19'51" W for a distance of 358.50 feet to the Point of Beginning. Containing 126,670.60 sq. ft. more or less.

Less (Tract "A1")
Commencing at the West 1/4 corner of said Section 17, thence along the West line of said Section 17, for a distance of 178.05 feet; thence N 89°40'09" E for a distance of 2066.65 feet to the Point of Beginning; thence continue N 89°40'09" E for a distance of 87.00 feet; thence S 00°19'51" E for a distance of 538.50 feet; thence S 89°40'09" W for a distance of 87.00 feet; thence N 00°19'51" W for a distance of 538.50 feet to the Point of Beginning. Containing 46,849.50 sq. ft. more or less.

**P(3)SM, L.L.C.** — L.B. No. 7335
PROFESSIONAL SURVEYORS & MAPPERS
3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33166 PHONE:(305) 463-0912 FAX:(305) 463-0913
SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION

| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
|---|---|---|---|---|---|
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 11 of 19 |

# ROADWAY RIGHT-OF-WAY ACQUISITION
## TRACT "A"
### LEGAL DESCRIPTION
#### EXHIBIT "A"

Less (Tract "L")
Commencing at the West 1/4 corner of said Section 17; thence S 01°43'09" E, along
the West line of the S.W. 1/4 of said Section 17, for a distance of 970.82 feet to a
point; thence N 88°16' 51" E, for a distance of 334.00 feet to the Point of Beginning
of the hereinafter described parcel: thence N 01°43'09" W, for a distance of 98.67 feet
to a point, thence N 88°16'51" E, for a distance of 30.00 feet to a point; thence S
01°43'09" E, for a distance of 98.67 feet to a point; thence S 88°16'51" W for a
distance of 30.00 feet the Point of Beginning. Containing 2,960.10 sq. ft. more or less.

Less (Tract "M")
Commencing at the West 1/4 corner of said Section 17, thence S 01°43'09"E, along the
West line of said Section 17, for a distance of 972.15 feet to a point; thence N 88°16'51" E, for a
distance of 496.67 feet to the Point of Beginning, of the hereinafter described parcel:
thence N 01°43'09" W, for a distance of 100.00 feet to a point; thence N 88°16'51" E,
for a distance of 30.00 feet to a point; thence S 01°43'09" E, for a distance of 100.00
feet to a point; thence S 88°16'51" W, for a distance of 30.00 feet to the Point of
Beginning. Containing 3,000.00 sq. ft., more or less.

Note:

Area of Tract "A" equals the first described parcel (Parent Tract) minus the Less-Out Parcels:

1,623,887.64 (Parent Tract) − 945,293.99 (Total of Less-Out Parcels) = 678,593.65 sq. ft. (Total Area of Tract "A")

| | | | | L.B. No. 7335 |
|---|---|---|---|---|
| P(3)SM, L.L.C.<br>PROFESSIONAL SURVEYORS & MAPPERS<br>3900 N.W. 79th AVENUE, SUITE #235 DORAL, FL. 33186 PHONE:(305) 463-0912 FAX:(305) 463-0913 | | | | |
| SKETCH AND LEGAL DESCRIPTION FOR TRACT "A" ROADWAY RIGHT-OF-WAY ACQUISITION | | | | |
| DATE: | DRAWN BY | SCALE: | F.B. / PG. | JOB No. | SHEET: |
| 11-30-05 | JP | AS SHOWN | N/A | 0510-00001 | 12 of 19 |













OR BK 24054 PG 0657
LAST PAGE

