# EXHIBIT H



**TERRA GROUP**

Original Site Plan

Landmark at Doral is part of a mixed-use Traditional Neighborhood Design project located in the City of Doral, Florida. As proposed, Landmark will include retail, residential and office components in a pedestrian friendly, new urban plan. Though Landmark was the first TND approved by the City of Doral with the city adopting its TND zoning ordinance with Landmark in mind, Terra believes that the project could be converted into a PUD.

Doral has been known for its parks, recreation facilities and schools; however, it continues to undergo housing appreciation. Since Doral continues to attract South Americans of middle to upper class backgrounds, Terra believes that the property will nicely complement the Doral Cay project, for Doral Cay should be completed by the time Landmark is well on its way.



787 Condos and Townhomes (North)
322 Condos over Retail and Office Space (South)
94,700 SF of Retail (South)
93,346 SF of Office (South)
250,000 SF Office/Retail Space (North East)

CIVIC BUILDING
MEDITERRANEAN STYLE
DUTCH CARIBBEAN STYLE
FLORIDA VERNACULAR STYLE

TCD-0000653



T E R R A   G R O U P

Revised Site Plan

Terra's proposed development plan assumes 280 2,500 square foot single family homes and approximately 120 2,178 square foot coach homes. The new coach homes and single family homes nicely fit on the north section of the development parcel.

Since the intent during the bankruptcy re-organization plan is to bifurcate the outstanding CDD bonds between the North and South sections of the development project, Terra plans not to alter the plans for the 400 condominiums located on the southern parcel (identified on the original site plan). The pro-forma takes a conservative approach to the south parcel, for it assumes that this parcel will be sold for its cost of carry to a third party near the end of the sellout of the north phase.

It is expected that the project's duration will be approximately 68 months, which includes a two year land banking period that will help mitigate against the risk of encroaching on buyers that would select Doral Cay.

TCD-0000654



**T E R R A  G R O U P**

Area Map

Landmark is located in the City of Doral and is adjacent to Terra's Doranda site in the City of Doral. The property is located in Doral, Florida directly east of NW 107th Ave and north of NW 58th St.

Having easy access to some of Miami's most important transportation arteries is crucial for increasing the appeal of the location for potential occupants. The property is approximately a 5 minute drive from the Florida Turnpike, a 20 minute drive to the Miami airport, a 8 minute drive from Doral Resort and a 25 minute drive to South Beach.

Doral, incorporated on June 24, 2003, in one of thirty-four municipalities in Miami-Dade County, Florida. It is conveniently located one mile from the Miami International Airport and twelve miles from Downtown Miami. Doral has approximately **36,000** residents and more than **100,000** people who work in its vicinity.

Doral has been described as the premier place to live, work and play, as its many assets provide for a superior quality of life in an urban center known for its commerce. Furthermore, Doral is home to the world renowned Doral Golf Resort & Spa, the home of the Blue Monster.

It is the number 1 tile district in the United States and the number 1 city in Miami-Dade County with over 3,000 logistic related companies supporting national and international trade. Furthermore, Doral has been named the 51st best place to live and launch a business in the United States by CNN Money.



**T E R R A  G R O U P**

# Market Information

| Population: | 1 Mile | 3 Mile | 5 Mile |
|---|---|---|---|
| 2015 Projection | 17,779 | 51,135 | 303,382 |
| 2010 Estimate | 15,349 | 44,289 | 295,540 |
| 2000 Census | 8,090 | 21,149 | 265,804 |
| Growth 2010-2015 | 15.80% | 15.50% | 2.70% |
| Growth 2000-2010 | 89.70% | 109.40% | 11.20% |
| **2010 Population By Hispanic Origin:** | 11,746 | 33,812 | 261,632 |
| **2010 Population by Race:** | | | |
| White | 13,354 | 37,690 | 254,621 |
| Black or African American | 267 | 1,282 | 7,827 |
| American Indian and Alaska Native | 3 | 42 | 564 |
| Asian | 620 | 1,671 | 3,684 |
| Native Hawaiian and Pacific Islanders | 4 | 9 | 93 |
| Other Race | 513 | 1,738 | 17,139 |
| Two or More Races | 587 | 1,858 | 11,614 |
| **2010 Households:** | | | |
| 2015 Projection | 6,076 | 18,454 | 97,653 |
| 2010 Estimate | 5,260 | 16,055 | 95,098 |
| 2000 Census | 2,852 | 7,977 | 85,355 |
| Growth 2010-2015 | 15.50% | 14.90% | 2.70% |
| Growth 2000-2010 | 84.40% | 101.30% | 11.40% |
| Owner Occupied | 3,524 | 9,816 | 53,765 |
| Renter Occupied | 1,736 | 6,240 | 41,333 |
| **2010 Avg Household Income** | $97,796 | $89,484 | $56,839 |
| **2010 Med Household Income** | $81,356 | $69,750 | $45,067 |
| **2010 Per Capita Income** | $35,155 | $32,446 | $18,710 |
| **2010 Households by Household Inc:** | | | |
| Income Less than $15,000: | 507 | 1,696 | 15,037 |
| Income $15,000 - $24,999 | 194 | 814 | 10,359 |
| Income $25,000 - $34,999 | 327 | 1,193 | 11,983 |
| Income $35,000 - $49,999 | 531 | 1,946 | 15,534 |
| Income $50,000 - $74,999 | 860 | 2,877 | 19,666 |
| Income $75,000 - $99,999 | 680 | 2,209 | 10,847 |
| Income $100,000 - $149,999 | 1,388 | 3,345 | 8,122 |
| Income $150,000 - $249,999 | 536 | 1,319 | 2,507 |
| Income $250,000 - $499,999 | 214 | 567 | 868 |
| Income $500,000 or more | 24 | 89 | 176 |

| Radius | 1 Mile | 3 Mile | 5 Mile | 1 Mile | 3 Mile | 5 Mile | 1 Mile | 3 Mile | 5 Mile |
|---|---|---|---|---|---|---|---|---|---|
| **Total Businesses** | 671 | 8,288 | 22,493 | 4,271 | 99,904 | 233,475 | 6 | 12 | 10 |
| **Total Retail** | 153 | 1,695 | 5,027 | 1,270 | 14,638 | 39,332 | 8 | 9 | 8 |
| Home Improvement Stores | 4 | 94 | 349 | 11 | 639 | 3,223 | 3 | 7 | 9 |
| General Merchandise Stores | 8 | 69 | 207 | 12 | 1,018 | 3,060 | 2 | 15 | 15 |
| Food Stores | 14 | 127 | 410 | 615 | 1,520 | 3,514 | 44 | 12 | 9 |
| Auto Dealers & Service Stations | 18 | 266 | 711 | 73 | 2,049 | 5,234 | 4 | 8 | 7 |
| Apparel & Accessory Stores | 7 | 153 | 495 | 8 | 1,276 | 3,046 | 1 | 8 | 6 |
| Home Furniture, Furnishings & Equipment | 27 | 374 | 908 | 75 | 2,341 | 4,880 | 3 | 6 | 5 |
| Eating & Drinking Places | 39 | 233 | 760 | 343 | 2,720 | 9,184 | 9 | 12 | 12 |
| Miscellaneous Retail | 36 | 379 | 1,187 | 133 | 3,075 | 7,191 | 4 | 8 | 6 |
| **Financial/Insurance/Real Estate** | 71 | 630 | 1,749 | 527 | 5,488 | 15,797 | 7 | 9 | 9 |
| Banks, Saving & Lending Institutions | 16 | 177 | 478 | 99 | 1,454 | 5,923 | 6 | 8 | 12 |
| Securities Brokers and Investments | 8 | 64 | 147 | 30 | 197 | 338 | 4 | 3 | 2 |
| Insurance Carriers & Agencies | 8 | 123 | 390 | 48 | 1,910 | 5,027 | 6 | 16 | 13 |
| Real Estate/Trust/Holding Companies | 39 | 266 | 734 | 350 | 1,927 | 4,509 | 9 | 7 | 6 |
| **Services** | 246 | 2,257 | 7,010 | 1,082 | 21,122 | 55,366 | 4 | 9 | 8 |
| Hotels & Lodging | 0 | 22 | 55 | 0 | 1,626 | 2,690 | 0 | 74 | 49 |
| Motion Picture & Amusement | 26 | 104 | 294 | 40 | 364 | 1,407 | 2 | 4 | 5 |
| Health Services | 16 | 206 | 945 | 117 | 1,548 | 7,962 | 7 | 8 | 8 |
| Legal Services | 3 | 38 | 148 | 3 | 129 | 486 | 1 | 3 | 3 |
| Education Services | 8 | 37 | 171 | 250 | 931 | 6,589 | 31 | 25 | 39 |
| Auto Services | 10 | 169 | 538 | 39 | 1,667 | 3,320 | 4 | 10 | 6 |
| Other Services | 183 | 1,681 | 4,859 | 633 | 14,857 | 32,912 | 3 | 9 | 7 |
| **Agriculture/Mining** | 4 | 41 | 154 | 11 | 304 | 1,736 | 3 | 7 | 11 |
| **Construction** | 18 | 306 | 1,198 | 166 | 3,379 | 10,623 | 9 | 11 | 9 |
| **Manufacturing** | 19 | 393 | 1,024 | 303 | 7,426 | 17,840 | 16 | 19 | 17 |
| **Transp/Commun/Pub Util** | 65 | 1,311 | 2,605 | 254 | 17,043 | 36,907 | 4 | 14 | 14 |
| **Wholesale Trade** | 92 | 1,642 | 3,512 | 490 | 16,671 | 36,874 | 5 | 10 | 10 |
| **Government** | 3 | 113 | 214 | 168 | 13,833 | 19,000 | 56 | 122 | 89 |

| Property Zip Code Information | | | | | |
|---|---|---|---|---|---|
| Educational Achievement | | Marital Status: | | Occupation | |
| (among people 25 years and older) | | (among people 15 years or older) | | (among employed persons over 16) | |
| Less than 9th grade: | 2.70% | Never married: | 20.90% | Mgt./Professional | 53.4% |
| 9th-12th grade (nongrad): | 4.70% | Married: | 68.10% | Service | 5.4% |
| High school graduate: | 14.10% | Separated: | 1.80% | Sales/Office | 32.1% |
| Some college: | 17.80% | Widowed: | 1.10% | Farm/Fishing/Forestry | 0% |
| Associate degree: | 10.60% | Divorced: | 8.10% | Construction/Extraction/Maint. | 3.1% |
| Bachelors degree: | 29.40% | | | Production/Transportation | 5.9% |
| Graduate/Professional: | 20.90% | | | | |
| High school or higher: | 92.80% | | | | |
| Bachelors or higher: | 50.30% | | | | |

The area surrounding the subject property comprises of a highly educated, professional population with a population that is approximately 64% foreign born. The average household income within 1 mile of the property is approximately $97 thousand. More than 41% of the total households within a 1 mile radius of the property have an average household income in excess of $100 thousand, which is supportive of the development's pricings.

# TERRA GROUP

## Market Information

Approximately 64% of Doral's population is foreign born, of which there is a strong concentration of Venezuelans that live within this city. Housing prices peaked in 2006 at an average price of $650k per single family home, which equates on average to approximately $273 per square foot. Since the peak, prices on average have declined to an average price per square of $182. However, homes priced at or above $400,000 have maintained an average price of $210 per square foot in 2010 and 2011 compared to an average price of $149 per square foot for homes that have priced below $400k. The luxury market within Doral has remained strong and continues to attract people from South America.



### Doral
Excludes units missing a living area value in MLS

| Year | # of Units | Total Sellout/List Price | Total SF | Avg. SF | Avg. Price | Avg. Price PSF | Avg. Year Built |
|---|---|---|---|---|---|---|---|
| 2011 | 185 | 82,605,001 | 454,287 | 2,456 | 446,514 | 182 | 2001 |
| 2010 | 213 | 94,336,900 | 515,219 | 2,419 | 442,896 | 183 | 1999 |
| 2009 | 165 | 68,713,700 | 397,699 | 2,410 | 416,447 | 173 | 1998 |
| 2008 | 117 | 58,002,365 | 280,623 | 2,398 | 495,747 | 207 | 1999 |
| 2007 | 137 | 81,290,700 | 317,457 | 2,317 | 593,363 | 256 | 1999 |
| 2006 | 162 | 105,409,350 | 386,022 | 2,383 | 650,675 | 273 | 1999 |
| PS | 82 | 37,897,561 | 214,911 | 2,621 | 462,165 | 176 | 2001 |
| A | 157 | 92,931,560 | 414,965 | 2,643 | 591,921 | 224 | 2000 |

### Priced Greater than or equal to $400k

| Year | # of Units | Total Sellout/List Price | Total SF | Avg. SF | Avg. Price | Avg. Price PSF | Avg. Year Built |
|---|---|---|---|---|---|---|---|
| 2011 | 87 | 51,402,412 | 245,134 | 2,818 | 590,832 | 210 | 2001 |
| 2010 | 102 | 60,672,000 | 289,138 | 2,835 | 594,824 | 210 | 1999 |
| 2009 | 74 | 40,046,900 | 210,190 | 2,840 | 541,174 | 191 | 1998 |
| 2008 | 74 | 43,330,965 | 192,038 | 2,595 | 585,554 | 226 | 1999 |
| 2007 | 127 | 77,678,700 | 302,060 | 2,378 | 611,643 | 257 | 1999 |
| 2006 | 154 | 102,374,850 | 374,927 | 2,435 | 664,772 | 273 | 1999 |
| PS | 41 | 25,254,950 | 126,859 | 3,094 | 615,974 | 199 | 2002 |
| A | 117 | 79,038,160 | 332,249 | 2,840 | 675,540 | 238 | 2000 |

### Priced less than $400k

| Year | # of Units | Total Sellout/List Price | Total SF | Avg. SF | Avg. Price | Avg. Price PSF | Avg. Year Built |
|---|---|---|---|---|---|---|---|
| 2011 | 98 | 31,202,589 | 209,153 | 2,134 | 318,394 | 149 | 2001 |
| 2010 | 111 | 33,664,900 | 226,081 | 2,037 | 303,287 | 149 | 1999 |
| 2009 | 91 | 28,666,800 | 187,509 | 2,061 | 315,020 | 153 | 1999 |
| 2008 | 43 | 14,671,400 | 88,585 | 2,060 | 341,195 | 166 | 1999 |
| 2007 | 10 | 3,612,000 | 15,397 | 1,540 | 361,200 | 235 | 1994 |
| 2006 | 8 | 3,034,500 | 11,095 | 1,387 | 379,313 | 274 | 1994 |
| PS | 41 | 12,642,611 | 88,052 | 2,148 | 308,356 | 144 | 1999 |
| A | 40 | 13,893,400 | 82,716 | 2,068 | 347,335 | 168 | 2000 |

A: Active Listing PS: Pending Sale
Source: MLS – Doral Single Family Homes – 11/8/2011



**T E R R A   G R O U P**

Major Employers and Schools

| Elementary Schools |
|---|
| Divine Savior Academy |
| Doral Academy Charter |
| John L. Smith |
| Renaissance Elementary Charter |

| Middle School |
|---|
| Doral Academy Charter |
| Doral Middle |
| Renaissance Middle Charter |

| K-8 Schools |
|---|
| Eugenia B. Thomas |
| Rolando Espinosa K-8 Center |

| High Schools |
|---|
| Doral Academy Charter High |
| Ronald W. Reagan/Doral Senior |

| Colleges/Universities |
|---|
| Barry University - Doral |
| Carlos Albizu University |
| Miami-Dade College |
| Millenia Atlantic University |



| Major Employers | |
|---|---|
| Southern Command | Restaurant chains and fine dining |
| Federal Reserve | Dole Flowers |
| Miami-Dade Electronics Department | Univision |
| Perry Ellis International | Hellman Worldwide Logistics |
| Pepsi Bottling Company | Goya Foods |
| Rowland Coffee | Boston Scientific |
| Brightstar | Teva Pharmaceuticals |
| Carnival Cruises | Avema Pharma Solutions |
| Miami International Mall | |

TCD-0000658

## T E R R A   G R O U P

## Schools, Malls and Parks



### Elementary Schools

Eugenia Thomas E.S.
5950 NW 114th Ave

Doral Academy
2450 NW 97th Ave

John I. Smith
10415 NW 52nd St.

### Middle Schools (6-8)

Doral Middle School
5005 NW 112th Ave

Doral Academy Middle
2601 NW 112th Ave

### High Schools

Ronald W. Reagan Doral S.H.
8600 NW 107th Ave

Doral Academy S.H.
11100 NW 27th St

### Malls

Dolphin Mall
11401 NW 12th St

Miami International Mall
1455 NW 107th Ave

Town & Country Mall
8505 Mills Dr

Dadeland Mall
7535 N. Kendall Dr.

Sunset Place
5701 Sunset Dr.

Mall of The Americas
7795 W. Flagler St.

### Hospitals

Baptist Hospital
8950 N. Kendall Dr.

South Miami Hospital
6200 SW 73rd St.

Baptist Urgent Care Doral
9915 NW 41st St.

Beacon
8301 NW 12th St.

Miami Children's Hospital Doral
3601 NW 107th Ave.

### Resorts & Parks

Doral Golf Resort & Spa
4400 NW 87th Ave

Doral Park
5300 NW 102nd Ave

Doral Meadow Park
11555 NW 58th St

JC Bermudez Park (Miami West Park)
3000 NW 87th Ave

### Universities

University of Miami
Coral Gables, FL 33124

FIU
11200 SW 8th St.
Miami, FL 33199

TCD-0000659



**TERRA GROUP**

Miami
Market Overview

Miami-Dade County is located within the Southeast Florida mega-region, which represents over one-third of Florida's overall population and is the third most densely populated area of the US. Miami-Dade County is the most populous county in the State of Florida and the eighth largest metropolis in the country. It is the second largest county in Florida, behind Palm Beach County, and has a total of 1,946 square miles.

The city maintains its prominence as a major world-class city due to its beautiful weather, high quality of life, its nightlife, and its proximity to Latin America. As the largest metropolitan area in the State of Florida, Miami-Dade County is often referred to as the "Gateway to Latin America and the Caribbean." As such, the economy has diversified to include many regional, national and international corporate headquarters.

With its Latin American influences and strong tourism, the city of Miami is better positioned to recover quickly from the recent economic downturn than most cities.

**Population**

With a population of more than 2.5 million people, the Miami metropolitan area is the eighth most populous in the United States. In the past twenty years, the population of Miami-Dade County has increased by more than 30%.

**Gateway to the Americas**

Miami's year-round warm climate and high quality of life are important factors as residents move to the area. It is also an ideal location to explore the pristine beaches and enjoy sophisticated dining-entertainment venues like Coral Gables, Coconut Grove, Aventura and South Beach. Throughout the county, art galleries, theater organizations, museums and concerts make an important contribution to the region's unique lifestyle.

The attractiveness of living in Miami-Dade County continues to attract population growth from people moving south within the US and people migrating from Latin American countries. The draw that Miami achieves because of its glamorous nightlife and quality of life will continue to attract people to the area.

**Airports**

Miami International Airport (MIA) is operated by the Miami-Dade Aviation Department and is the property of Miami-Dade County government. Founded in 1928, MIA is the largest U.S. gateway for Latin America and the Caribbean and is one of the leading international passenger and freight airports in the world. The airport caters to 96 separate carriers which service 132 cities and handle over 1,000 daily flights, 47% of which are international. Located on 3,230 acres of land near downtown Miami, MIA's terminal is being expanded to be more than seven million square feet through a capital improvement program scheduled for completion in the summer of 2012.

**MIA's 2010 ranking includes the following:**

**#1 US Airport for International Freight; #2 US Airport for International Passengers; #3 US Airport for Total Freight;
#3 US Airport for Total Cargo (freight + mail); #12 US Total Passengers**

TCD-0000660



T E R R A   G R O U P

Miami
Market Overview

**Port of Miami**

The Port of Miami is the world's largest port for cruise line passenger traffic, recording a record of 4.15 million passengers in 2010, a 3.6% increase of 2009. Additionally, it is also the top container port in Florida, and is ranked 11th within the US. It accounts for 176,000 jobs and has an annual economic impact in Miami of $18 billion.

**Major Construction Projects**

The Port of Miami Tunnel (POMT) project includes two twin tunnels which will connect the MacArthur Causeway with the Port of Miami. Currently, trucks heading to the Port must go through downtown Miami. The tunnel will provide direct access between the seaport, I-395 and I-95, drastically improving access to the port. This will improve traffic and congestion from downtown Miami by reducing the number of cargo trucks and cruise line buses from congested downtown streets. The project is expected to cost nearly $1 billion and will be completed by 2014. The Port will also be dredged to better cater to larger cargo ships. These projects are the result of the widening of the Panama Canal which will allow supertankers to use the canal, thereby avoiding having to travel around South America. This is expected to result in more cargo ships using the Port of Miami. Additionally, in July 2010, Miami began the project to reconnect the Florida East Coast (FEC) Rail line to the Port of Miami. The $50 million project will reconnect the Port of Miami via FEC to the national rail network. The Port-FEC partnership will offer shippers access to over 70 percent of the U.S. population in three to four days transit time.

The Miami Intermodal Center is a massive transportation hub being developed by the Florida Department of Transportation, across from the Miami International Airport (MIA). It is estimated that the project will create 76,000 jobs to construct the program and 22,000 permanent jobs will be created to operate the facilities. The Miami Intermodal Center (MIC) includes the following components:

· The first major component of the Miami Intermodal Center, the rental car center, was completed in July 2010. This consolidated rental car companies to one 3.4 million square foot facility and is the second largest of its kind in the United States.

· Roadways were realigned and reconstructed to better deal with access to the airport and internal transportation within the airport.

· Planned to be the ground transportation hub of Miami, Miami Central Station will connect Miami International Airport with the TriRail, Metrorail, Amtrak, Greyhound and Miami-Dade Metrobus. Construction of the Miami Central Station began in May 2011 and is anticipated to be completed in 2013.

· Construction of an automated people mover between Miami International Airport and the Miami Central Station is anticipated to be completed by fall 2011.

· The total cost for this project is $1.7 billion.

TCD-0000661



**TERRA GROUP**

Miami
Market Overview

**Economic Overview**

In contrast to the national and regional recoveries, Miami's recovery is gaining momentum in a large part due to a broad-based growth in services. The recession caused less damage to the overall Miami economy as compared to the rest of the US, as evidenced by a 7.6% growth of the labor force over the last two and a half years as compared to a contraction of 1% nationally. Tourism is still a large growth engine for the Miami market. With strong economic recoveries taking place in Latin America and the depreciation of the dollar to these currencies, travel to Miami will continue to prosper. Miami is expected to become a larger force in international trade with upgrades to the Port of Miami, access to the Port, and a connection with rail service. As the expansion of the Panama Canal takes place, Miami is positioning itself to take advantage of the larger ships that will be able to use the canal. Long term, Miami is expected to outpace the national recovery because of its growing infrastructure, strong international ties, and a stature as an international tourist destination.

**Office Market Brief**

The Miami-Dade County office market, the largest in the State of Florida, is comprises a total of 44,025,000 square feet of multi-tenant office space segmented into 12 distinct submarkets. Miami-Dade County continues to remain one of the healthier office markets in the nation as a result of its diverse industry representation, foreign trade dynamics, continued population growth and unsurpassed quality of life.

Miami-Dade County continues to be an attractive place to relocate for businesses and employees, which contributes to its success. Many national and international companies continue to move into the Miami-Dade office market, choosing to locate their American headquarters in the city. They are able to take advantage of the skilled labor necessary either domestically or from persons willing and desiring to relocate due to the area's sunny climate, abundance of activities and "good life" image.

**Industrial Market Overview**

Currently, the South Florida industrial market is comprised of approximately 410 million sq. ft. of space, of which the Miami-Dade County industrial market represents 53% or 218 million sq. ft. Historically, Miami-Dade County has been represented as the powerhouse of the industrial market in South Florida. The current Miami-Dade County industrial market is 12.3% vacant with average rental rates of $7.80.

TCD-0000662