UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          CASE NO.: 11-35884-RAM

**TOWN CENTER AT DORAL, L.L.C.,**                                Chapter 11
*et al.*                                                         Jointly Administered

        Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following document were served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case as each document was entered on the docket, and (ii) via U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on January 19, 2012 as indicated on the Service List attached hereto.

- *Order Granting in Part Emergency Motion for Stay Relief* (ECF No.166).

Dated: January 20, 2012.

        Respectfully submitted,

        */s/ Patricia A. Redmond*
        PATRICIA A REDMOND
        Florida Bar No. 303739
        predmond@stearnsweaver.com
        **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida 33130
        Telephone: (305) 789-3200
        Facsimile: (305) 789-2600
        *Counsel for Landmark at Doral*
        *Community Development District*

CASE NO.: 11-35884-RAM

**SERVICE LIST**

*Via CM/ECF*

Jere L. Earlywine
jearlywine@hgslaw.com
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
celler@broadandcassel.com
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
jguso@bergersingerman.com
fsellers@bergersingerman.com
efile@bergersingerman.com
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
pmhudson@arnstein.com; rkcummings@arnstein.com
jtunis@arnstein.com; hbabcock@arnstein.com
hpiloto@arnstein.com; akang@arnstein.com
befernandez@arnstein.com
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
huttonj@gtlaw.com; thompsonc@gtlaw.com
mialitdock@gtlaw.com; miaecfbky@gtlaw.com
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
mmora@bilzin.com; laparicio@bilzin.com
cvarela@bilzin.com; eservice@bilzin.com
lflores@bilzin.com; abeck@bilzin.com
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
gmoses@gjb-law.com; gjbecf@gjb-law.com
*Counsel for Committee Creditor Committee*

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton
cao.bkc@miamidade.gov
*Counsel for Miami-Dade County Tax Collector*

2

CASE NO.: 11-35884-RAM

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130
*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*Debtor*

#1473691 v1