

**ORDERED in the Southern District of Florida on January 23, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO.   11-35884-BKC-RAM |
| | CHAPTER   11 |
| TOWN CENTER AT DORAL, L.L.C., et al., | (Jointly Administered) |
| Debtors. | |

**ORDER DENYING MOTION IN LIMINE AS MOOT**

On January 12, 2012, the Debtors filed an Emergency Motion in Limine to Exclude Expert Report, Appraisal and Testimony ("Motion in Limine") [DE# 146]. The Motion in Limine related to witness Michael Cannon and to any report by Mr. Cannon that the Indenture Trustee was going to introduce at the January 18, 2012 hearing on Debtors' Motion to Value Collateral. Because the Court ended the valuation hearing without hearing Mr. Cannon's testimony and no report was offered into evidence, it is -

**ORDERED** that the Motion in Limine is denied as moot.

###

COPIES TO:

Mindy A. Mora, Esq.

**(Attorney Mora is directed to serve a copy of this Order on all interested parties herein and file a Certificate of Service)**