

**ORDERED in the Southern District of Florida on January 23, 2012.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER DETERMINING THAT INDENTURE**
**TRUSTEE AND BONDHOLDER ARE PARTIES IN INTEREST**

The Court conducted a hearing on January 18, 2012 on Florida Prime Holdings, LLC's (the "Bondholder") Emergency Motion to Allow Party-in-Interest to Participate in Pending Motions, Matters and Related Discovery [DE #131] and the Emergency Motion of the Indenture Trustee for Entry of an Order Determining that the Indenture Trustee is a Party-in-Interest and May Fully and Completely Participate in Confirmation Matters [DE #132] (together, the "Motions"). By Order dated January 6, 2012, the Court allowed the Bondholder and the Indenture Trustee to "attend and participate in all depositions in the case." The Court also required the Debtors to respond to the

Motions.  Having considered the Motions, the Debtors' Objection [DE #143], the Replies filed by the Indenture Trustee [DE #161] and the Bondholder [DE #163], and the arguments of counsel at the January 18th hearing, it is -

**ORDERED** that the Motions are granted.  The Bondholder and the Indenture Trustee are parties in interest entitled to appear and participate in these cases.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST