UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                  Chapter 11

                                                        Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                           Jointly Administered
*et al.,*

        Debtors.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Order Determining that Indenture Trustee and Bondholder are Parties in Interest* [ECF No. 187] were served via the Court's CM/ECF electronic mail notification on January 24, 2012 and via U.S. First Class Mail, postage prepaid, on January 24, 2012, upon all parties as set forth on the attached service list.

    Dated: January 25, 2012.

                                          Respectfully submitted,

                                          **ARNSTEIN & LEHR LLP**
                                          Attorneys for **Florida Prime Holdings, LLC**
                                          200 South Biscayne Boulevard, Suite 3600
                                          Miami, Florida  33131
                                          Telephone:     305-374-3330
                                          Facsimile:      305-374-4777
                                          E-Mail:          pmhudson@arnstein.com

                                          By:     /s/ Phillip M. Hudson III
                                                        Phillip M. Hudson III
                                                        Florida Bar No. 518743

Case No. 11-35884-RAM
Jointly Administered

## SERVICE LIST

*Via CM/ECF*

Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com*; *rkcummings@arnstein.com*
*jtunis@arnstein.com*; *hbabcock@arnstein.com*
*hpiloto@arnstein.com*; *akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com*; *thompsonc@gtlaw.com*
*mialitdock@gtlaw.com*; *miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com*; *laparicio@bilzin.com*
*cvarela@bilzin.com*; *eservice@bilzin.com*
*lflores@bilzin.com*; *abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com*; *gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Case No. 11-35884-RAM<br>Jointly Administered

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*


**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130
*\*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*\*Debtor*

/s/Phillip M. Hudson III<br>Phillip M. Hudson III

9954538.1