United States Bankruptcy Court
Southern District of Florida

In re:  
Town Center at Doral, L.L.C.  
    Debtor

Case No. 11-35884-RAM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113C-1      User: rodriguez      Page 1 of 2      Date Rcvd: Jan 24, 2012  
                           Form ID: pdf004      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2012.

```
db         +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,    Suite 303,    Ft. Lauderdale, FL 33309-2045
aty        +Betty M Shumener,    550 South Hope St #2300,    Los Angeles, CA 90071-2678
cr         +AmT CADC Venture, LLC,    c/o C. Craig Eller,    Broad and Cassel,    One North Clematis Street,
             Suite 500,    West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,    1450 Brickell Ave #2300,    Miami, FL 33131-3456
sp         +Glenn Moses,    100 SE 2nd Street  44th floor,    Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,    c/o Patricia A. Redmond,
             Stearns Weaver Miller,    150 W Flagler St, #2200,    Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,    c/o Steve Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
sp         +Michael Eckert,    119 S. Monroe Street #300 (32301),    POB 6526,    Tallahassee, FL 32314-6526
intp       +Terra Landmark, LLC,    c/o Berger Singerman, LLP,    1450 Brickell Avenue,    Suite 1900,
             Miami, FL 33131-3453
cr         +U.S. Bank National Association as Trustee,    c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,    Suite 4400,    Miami, FL 33131-2184,    US
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          +E-mail/Text: mdtcbkc@miamidade.gov Jan 25 2012 02:54:35     Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,    c/o Alexis Gonzalez,    140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 26, 2012**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113C-1           User: rodriguez              Page 2 of 2                   Date Rcvd: Jan 24, 2012
                               Form ID: pdf004              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2012 at the address(es) listed below:
          C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District
           esilver@stearnsweaver.com,
           mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
          Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
           gjbecf@gjb-law.com
          Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
           jearlywine@hgslaw.com
          John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
           huttonj@gtlaw.com,   thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
           fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
           laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
           District predmond@stearnsweaver.com,
           jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
           f.epiqsystems.com
          Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
           pmhudson@arnstein.com,
           rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
           tein.com;befernandez@arnstein.com;cofalla@arnstein.com
          Steven D Schneiderman    on behalf of U.S. Trustee   Office of the US Trustee
           Steven.D.Schneiderman@usdoj.gov
                                                                                                                                                 TOTAL: 12



**ORDERED in the Southern District of Florida on January 23, 2012.**

                                                     Robert A. Mark, Judge
                                                     United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER DETERMINING THAT INDENTURE
TRUSTEE AND BONDHOLDER ARE PARTIES IN INTEREST**

The Court conducted a hearing on January 18, 2012 on Florida Prime Holdings, LLC's (the "Bondholder") Emergency Motion to Allow Party-in-Interest to Participate in Pending Motions, Matters and Related Discovery [DE #131] and the Emergency Motion of the Indenture Trustee for Entry of an Order Determining that the Indenture Trustee is a Party-in-Interest and May Fully and Completely Participate in Confirmation Matters [DE #132] (together, the "Motions"). By Order dated January 6, 2012, the Court allowed the Bondholder and the Indenture Trustee to "attend and participate in all depositions in the case." The Court also required the Debtors to respond to the

Motions.  Having considered the Motions, the Debtors' Objection [DE #143], the Replies filed by the Indenture Trustee [DE #161] and the Bondholder [DE #163], and the arguments of counsel at the January 18th hearing, it is -

**ORDERED** that the Motions are granted.  The Bondholder and the Indenture Trustee are parties in interest entitled to appear and participate in these cases.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST