

ORDERED in the Southern District of Florida on January 26, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION TO VALUE**

The Court has reviewed the Debtors' Renewed Motion to Value Collateral and for Court-Appointed Valuation Expert Pursuant to Federal Rule of Evidence 706 (the "Motion to Value") [DE #185] and finds it appropriate to set a briefing schedule and hearing on the Motion to Value. Therefore, it is -

**ORDERED** as follows:

1. The Court will conduct a hearing on the Motion to Value on <u>February 13, 2012</u> at <u>10:00 a.m.</u> at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

2.  All parties in interest may file a response to the Motion to Value provided that any such response is filed by February 8, 2012.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

**(Attorney Mora is directed to serve a copy of this Order on all other interested parties)**