

ORDERED in the Southern District of Florida on January 26, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER DENYING FURTHER STAY RELIEF**

On October 28, 2011, Landmark at Doral Community Development District (the "CDD") filed a Motion for Relief from the Automatic Stay (the "Stay Relief Motion") [DE #35]. By order dated December 7, 2011 (the "Order Granting Partial Stay Relief"), the Court (i) granted the CDD partial stay relief to prosecute its foreclosure action against the Debtors, Case No. 09-6334-CA-32, through entry of a final judgment and (ii) scheduled a further hearing on January 25, 2012 to consider granting the CDD additional relief, including relief to request a foreclosure sale of the Debtors' property. The Court conducted that further hearing on January 25, 2012, and for the reasons stated on the record at the hearing, which are incorporated here by reference, it is -

**ORDERED** that the Stay Relief Motion is granted only to the extent provided in the Order Granting Partial Stay Relief and is denied to the extent the CDD seeks any additional relief.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Jordi Guso, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Melinda S. Thornton, Esq.

AUST

**(Attorney Redmond is directed to serve a copy of this Order on all other interested parties)**