

ORDERED in the Southern District of Florida on January 26, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.11-35884-BKC-RAM |
| | ) | |
| TOWN CENTER AT DORAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SETTING BRIEFING SCHEDULE AND
FURTHER HEARING ON MOTION TO CONVERT OR DISMISS**

The Court conducted a preliminary hearing on January 25, 2012 on the Motion to Convert or Dismiss Chapter 11 Cases for Bad Faith Filings (the "Motion") [DE #181] filed by Landmark at Doral Community Development District, U.S. Bank National Association, and Florida Prime Holdings, LLC (collectively, the "Movants"), and finds it appropriate to set a further hearing and a briefing schedule on the Motion.  Therefore, it is -

**ORDERED** as follows:

1.	The Court will conduct a further hearing on the Motion on March 5, 2012 at 10:00

a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

    2.    The Debtors shall file a response to the Motion by February 8, 2012 and shall attach to their response a written agreement between Terra World Investments, LLC and Isaac Kodsi memorializing Terra World Investments, LLC's commitment to pay Isaac Kodsi a success fee or, if no such written agreement exists, sworn statements from a representative of Terra World Investments, LLC and Isaac Kodsi describing the terms of the success-fee agreement.

    3.    The Movants may file a reply in support of their Motion provided that any such reply is filed by February 22, 2012.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

**(Attorney Redmond is directed to serve a copy of this Order on all other interested parties)**