

**ORDERED in the Southern District of Florida on January 26, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.11-35884-BKC-RAM |
| | ) | |
| TOWN CENTER AT DORAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER (1) GRANTING MOTION TO
TERMINATE EXCLUSIVITY AND (2) SETTING DEADLINES**

The Court conducted a hearing on January 25, 2012 on the Motion of the District to Terminate Exclusivity (the "Motion") [DE #83] and to consider approval of the Debtors' Disclosure Statement Relating to Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [DE #108]. By separate order, the Court is (i) requiring the Debtors to file an amended disclosure statement and plan of reorganization and (ii) setting a hearing to consider approval of the Debtors' amended disclosure statement on March 5, 2012.

After considering the joinders and responses to the Motion, and the arguments of counsel at

the January 25th hearing, and for the reasons stated on the record at that hearing, which are incorporated here by reference, the Court found sufficient cause to terminate exclusivity. Therefore, it is -

**ORDERED** as follows:

1. The Motion is granted. Exclusivity is terminated pursuant to 11 U.S.C. § 1121(d).

2. Any party in interest seeking to file a disclosure statement and chapter 11 plan, and seeking to have the Court consider approval of their disclosure statement at the March 5, 2012 disclosure hearing, must file their disclosure statement and chapter 11 plan by February 8, 2012.

3. The Court will set all disclosure statements filed by February 8, 2012 for hearing on March 5, 2012 and finds, if applicable, that shortening the 28-day notice requirement set forth in Fed. R. Bankr. P. 2002(b) is appropriate under the circumstances and permissible under Fed. R. Bankr. P. 9006(c).

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Jordi Guso, Esq.

AUST

**(Attorney Redmond shall serve a copy of this Order on all other parties in interest)**