

**ORDERED in the Southern District of Florida on January 26, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER (1) SETTING FURTHER HEARING TO CONSIDER APPROVAL
OF DEBTORS' DISCLOSURE STATEMENT; AND (2) SETTING DEADLINES**

The Court conducted a hearing on January 25, 2012 to consider approval of the Debtors' Disclosure Statement Relating to Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement") [DE #108]. After considering the objections to the Disclosure Statement and arguments of counsel at the January 25th hearing, and for the reasons stated on the record at that hearing, which are incorporated here by reference, it is -

**ORDERED** as follows:

1.      The Debtors shall file an amended disclosure statement and plan of reorganization

by February 8, 2012.  The amended disclosure statement shall clearly set forth, among other things, which land use matters the Debtors seek to have this Court adjudicate and which land use matters the Debtors propose to submit to the appropriate state agencies or to the Landmark at Doral Community Development District.

     2.     Objections to the Debtors' amended disclosure statement must be filed by February 27, 2012.

     3.     The Court will conduct a hearing to consider approval of the Debtors' amended disclosure statement on March 5, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida, 33130.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Jordi Guso, Esq.

AUST

**(Attorney Mora shall serve a copy of this Order on all other parties in interest)**