United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                              Chapter 11
        Debtor
                                    **CERTIFICATE OF NOTICE**

District/off: 113C-1           User: rodriguez           Page 1 of 2              Date Rcvd: Jan 27, 2012
                               Form ID: pdf004           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2012.
aty          +Phillip M Hudson,    200 S Biscayne Blvd #3600,    Miami, FL 33131-2395
sp           +Glenn Moses,   100 SE 2nd Street  44th floor,    Miami, FL 33131-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2012**                          **Signature:**     _Joseph Speetjens_

```
District/off: 113C-1          User: rodriguez              Page 2 of 2                  Date Rcvd: Jan 27, 2012
                              Form ID: pdf004              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2012 at the address(es) listed below:

          C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District esilver@stearnsweaver.com,
          mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
          Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
          Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC jearlywine@hgslaw.com
          John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee huttonj@gtlaw.com,   thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development District predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
          Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com
          Steven D Schneiderman    on behalf of U.S. Trustee   Office of the US Trustee Steven.D.Schneiderman@usdoj.gov

                                                                                                                              TOTAL: 12



**ORDERED in the Southern District of Florida on January 26, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION TO VALUE**

The Court has reviewed the Debtors' Renewed Motion to Value Collateral and for Court-Appointed Valuation Expert Pursuant to Federal Rule of Evidence 706 (the "Motion to Value") [DE #185] and finds it appropriate to set a briefing schedule and hearing on the Motion to Value. Therefore, it is -

**ORDERED** as follows:

1. The Court will conduct a hearing on the Motion to Value on February 13, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

2. All parties in interest may file a response to the Motion to Value provided that any such response is filed by <u>February 8, 2012</u>.

### 

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

**(Attorney Mora is directed to serve a copy of this Order on all other interested parties)**