United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1              User: rodriguez              Page 1 of 2              Date Rcvd: Jan 27, 2012
                                  Form ID: pdf004              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2012.
```
db         +Town Center at Doral, L.L.C.,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,   Suite 303,   Ft. Lauderdale, FL 33309-2045
aty        +Betty M Shumener,   550 South Hope St #2300,   Los Angeles, CA 90071-2678
aty        +Phillip M Hudson,   200 S Biscayne Blvd #3600,   Miami, FL 33131-2395
cr         +AmT CADC Venture, LLC,   c/o C. Craig Eller,   Broad and Cassel,   One North Clematis Street,
             Suite 500,   West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,   1450 Brickell Ave #2300,   Miami, FL 33131-3456
sp         +Glenn Moses,   100 SE 2nd Street  44th floor,   Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,   Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,   c/o Patricia A. Redmond,
             Stearns Weaver Miller,   150 W Flagler St, #2200,   Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,   Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,   c/o Steve Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,   Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,   Suite 303,   Ft. Lauderdale, FL 33309-2045
sp         +Michael Eckert,   119 S. Monroe Street #300 (32301),   POB 6526,   Tallahassee, FL 32314-6526
intp       +Terra Landmark, LLC,   c/o Berger Singerman, LLP,   1450 Brickell Avenue,   Suite 1900,
             Miami, FL 33131-3453
cr         +U.S. Bank National Association as Trustee,   c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,   Suite 4400,   Miami, FL 33131-2184,   US
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: mdtcbkc@miamidade.gov Jan 28 2012 01:51:56      Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,   c/o Alexis Gonzalez,   140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
                                                                                              TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2012**                        **Signature:**         *Joseph Speetjens*

```
District/off: 113C-1           User: rodriguez              Page 2 of 2                   Date Rcvd: Jan 27, 2012
                               Form ID: pdf004              Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
              C Craig Eller    on behalf of Creditor    AmT CADC Venture, LLC celler@broadandcassel.com
              Eric J Silver    on behalf of Interested Party    Landmark at Doral Community Development District
               esilver@stearnsweaver.com,
               mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
              Glenn D Moses    on behalf of Creditor Committee    Creditor Committee gmoses@gjb-law.com,
               gjbecf@gjb-law.com
              Jere L. Earlywine    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC
               jearlywine@hgslaw.com
              John B. Hutton III    on behalf of Creditor    U.S. Bank National Association as Trustee
               huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              Jordi  Guso    on behalf of Creditor    Terra World Investments, LLC jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com
              Melinda S Thornton    on behalf of Creditor    Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Mindy A. Mora    on behalf of Debtor    Landmark Club at Doral, LLC mmora@bilzin.com,
               laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patricia A Redmond    on behalf of Interested Party    Landmark at Doral Community Development
               District predmond@stearnsweaver.com,
               jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
               f.epiqsystems.com
              Phillip M. Hudson III    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC
               pmhudson@arnstein.com,
               rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
               tein.com;befernandez@arnstein.com;cofalla@arnstein.com
              Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee
               Steven.D.Schneiderman@usdoj.gov
                                                                                             TOTAL: 12
```



**ORDERED in the Southern District of Florida on January 26, 2012.**

‎_____
**Robert A. Mark, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER DENYING FURTHER STAY RELIEF**

On October 28, 2011, Landmark at Doral Community Development District (the "CDD") filed a Motion for Relief from the Automatic Stay (the "Stay Relief Motion") [DE #35]. By order dated December 7, 2011 (the "Order Granting Partial Stay Relief"), the Court (i) granted the CDD partial stay relief to prosecute its foreclosure action against the Debtors, Case No. 09-6334-CA-32, through entry of a final judgment and (ii) scheduled a further hearing on January 25, 2012 to consider granting the CDD additional relief, including relief to request a foreclosure sale of the Debtors' property. The Court conducted that further hearing on January 25, 2012, and for the reasons stated on the record at the hearing, which are incorporated here by reference, it is -

**ORDERED** that the Stay Relief Motion is granted only to the extent provided in the Order Granting Partial Stay Relief and is denied to the extent the CDD seeks any additional relief.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Jordi Guso, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Melinda S. Thornton, Esq.

AUST

**(Attorney Redmond is directed to serve a copy of this Order on all other interested parties)**