United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: rodriguez           Page 1 of 2              Date Rcvd: Jan 27, 2012
                               Form ID: pdf004          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2012.
```
db         +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,    Suite 303,    Ft. Lauderdale, FL 33309-2045
aty        +Betty M Shumener,    550 South Hope St #2300,    Los Angeles, CA 90071-2678
aty        +Phillip M Hudson,    200 S Biscayne Blvd #3600,    Miami, FL 33131-2395
cr         +AmT CADC Venture, LLC,    c/o C. Craig Eller,    Broad and Cassel,    One North Clematis Street,
             Suite 500,    West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,    1450 Brickell Ave #2300,    Miami, FL 33131-3456
sp         +Glenn Moses,    100 SE 2nd Street 44th floor,    Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,    c/o Patricia A. Redmond,
             Stearns Weaver Miller,    150 W Flagler St, #2200,    Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,    c/o Steve Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
sp         +Michael Eckert,    119 S. Monroe Street #300 (32301),    POB 6526,    Tallahassee, FL 32314-6526
intp       +Terra Landmark, LLC,    c/o Berger Singerman, LLP,    1450 Brickell Avenue,    Suite 1900,
             Miami, FL 33131-3453
cr         +U.S. Bank National Association as Trustee,    c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,    Suite 4400,    Miami, FL 33131-2184,    US
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/Text: mdtcbkc@miamidade.gov Jan 28 2012 01:52:01      Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,    c/o Alexis Gonzalez,    140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
```
                                                                                               TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2012**                    **Signature:**      _Joseph Speetjens_

```
District/off: 113C-1           User: rodriguez              Page 2 of 2                   Date Rcvd: Jan 27, 2012
                               Form ID: pdf004              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
          C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District
           esilver@stearnsweaver.com,
          mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
          Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
          gjbecf@gjb-law.com
          Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
          jearlywine@hgslaw.com
          John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
          huttonj@gtlaw.com,   thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi   Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
          fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
          laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
          District predmond@stearnsweaver.com,
          jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
          Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
          pmhudson@arnstein.com,
          rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com
          Steven D Schneiderman    on behalf of U.S. Trustee   Office of the US Trustee
          Steven.D.Schneiderman@usdoj.gov
                                                                                                              TOTAL: 12



**ORDERED in the Southern District of Florida on January 26, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER SETTING BRIEFING SCHEDULE AND**
**FURTHER HEARING ON MOTION TO CONVERT OR DISMISS**

The Court conducted a preliminary hearing on January 25, 2012 on the Motion to Convert or Dismiss Chapter 11 Cases for Bad Faith Filings (the "Motion") [DE #181] filed by Landmark at Doral Community Development District, U.S. Bank National Association, and Florida Prime Holdings, LLC (collectively, the "Movants"), and finds it appropriate to set a further hearing and a briefing schedule on the Motion. Therefore, it is -

**ORDERED** as follows:

1. The Court will conduct a further hearing on the Motion on March 5, 2012 at 10:00

<u>a.m.</u> at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

2. The Debtors shall file a response to the Motion by <u>February 8, 2012</u> and shall attach to their response a written agreement between Terra World Investments, LLC and Isaac Kodsi memorializing Terra World Investments, LLC's commitment to pay Isaac Kodsi a success fee or, if no such written agreement exists, sworn statements from a representative of Terra World Investments, LLC and Isaac Kodsi describing the terms of the success-fee agreement.

3. The Movants may file a reply in support of their Motion provided that any such reply is filed by <u>February 22, 2012</u>.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

**(Attorney Redmond is directed to serve a copy of this Order on all other interested parties)**