United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                        Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113C-1          User: rodriguez           Page 1 of 2              Date Rcvd: Jan 27, 2012
                              Form ID: pdf004           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2012.
```
db         +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,    Suite 303,    Ft. Lauderdale, FL 33309-2045
aty        +Betty M Shumener,    550 South Hope St #2300,    Los Angeles, CA 90071-2678
aty        +Phillip M Hudson,    200 S Biscayne Blvd #3600,    Miami, FL 33131-2395
cr         +AmT CADC Venture, LLC,    c/o C. Craig Eller,    Broad and Cassel,    One North Clematis Street,
             Suite 500,    West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,    1450 Brickell Ave #2300,    Miami, FL 33131-3456
sp         +Glenn Moses,    100 SE 2nd Street 44th floor,    Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,    c/o Patricia A. Redmond,
             Stearns Weaver Miller,    150 W Flagler St, #2200,    Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,    c/o Steve Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
sp         +Michael Eckert,    119 S. Monroe Street #300 (32301),    POB 6526,    Tallahassee, FL 32314-6526
intp       +Terra Landmark, LLC,    c/o Berger Singerman, LLP,    1450 Brickell Avenue,    Suite 1900,
             Miami, FL 33131-3453
cr         +U.S. Bank National Association as Trustee,    c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,    Suite 4400,    Miami, FL 33131-2184,    US
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: mdtcbkc@miamidade.gov Jan 28 2012 01:51:58     Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,    c/o Alexis Gonzalez,    140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2012**            **Signature:**      _Joseph Speetjens_

```
District/off: 113C-1           User: rodriguez              Page 2 of 2                    Date Rcvd: Jan 27, 2012
                               Form ID: pdf004              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2012 at the address(es) listed below:

```
              C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
              Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District
               esilver@stearnsweaver.com,
               mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
              Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
               gjbecf@gjb-law.com
              Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               jearlywine@hgslaw.com
              John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
               huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com
              Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
               laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
               District predmond@stearnsweaver.com,
               jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
               f.epiqsystems.com
              Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               pmhudson@arnstein.com,
               rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
               tein.com;befernandez@arnstein.com;cofalla@arnstein.com
              Steven D Schneiderman    on behalf of U.S. Trustee   Office of the US Trustee
               Steven.D.Schneiderman@usdoj.gov
                                                                                             TOTAL: 12
```



**ORDERED in the Southern District of Florida on January 26, 2012.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER (1) GRANTING MOTION TO
TERMINATE EXCLUSIVITY AND (2) SETTING DEADLINES**

The Court conducted a hearing on January 25, 2012 on the Motion of the District to Terminate Exclusivity (the "Motion") [DE #83] and to consider approval of the Debtors' Disclosure Statement Relating to Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [DE #108]. By separate order, the Court is (i) requiring the Debtors to file an amended disclosure statement and plan of reorganization and (ii) setting a hearing to consider approval of the Debtors' amended disclosure statement on March 5, 2012.

After considering the joinders and responses to the Motion, and the arguments of counsel at

the January 25th hearing, and for the reasons stated on the record at that hearing, which are incorporated here by reference, the Court found sufficient cause to terminate exclusivity. Therefore, it is -

    **ORDERED** as follows:

    1.    The Motion is granted. Exclusivity is terminated pursuant to 11 U.S.C. § 1121(d).

    2.    Any party in interest seeking to file a disclosure statement and chapter 11 plan, and seeking to have the Court consider approval of their disclosure statement at the March 5, 2012 disclosure hearing, must file their disclosure statement and chapter 11 plan by February 8, 2012.

    3.    The Court will set all disclosure statements filed by February 8, 2012 for hearing on March 5, 2012 and finds, if applicable, that shortening the 28-day notice requirement set forth in Fed. R. Bankr. P. 2002(b) is appropriate under the circumstances and permissible under Fed. R. Bankr. P. 9006(c).

    ###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Jordi Guso, Esq.

AUST

**(Attorney Redmond shall serve a copy of this Order on all other parties in interest)**

    2