United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                    Chapter 11
          Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 113C-1         User: rodriguez      Page 1 of 2        Date Rcvd: Jan 27, 2012
                             Form ID: pdf004      Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2012.
db         +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Road,    Suite 303,   Ft. Lauderdale, FL 33309-2045
aty        +Betty M Shumener,    550 South Hope St #2300,   Los Angeles, CA 90071-2678
aty        +Phillip M Hudson,    200 S Biscayne Blvd #3600,   Miami, FL 33131-2395
cr         +AmT CADC Venture, LLC,    c/o C. Craig Eller,   Broad and Cassel,   One North Clematis Street,
             Suite 500,   West Palm Beach, FL 33401-5537
sp         +Daniel Y. Gielchinsky,    1450 Brickell Ave #2300,   Miami, FL 33131-3456
sp         +Glenn Moses,    100 SE 2nd Street  44th floor,   Miami, FL 33131-2100
intp       +Landmark Club at Doral, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral Community Development District,    c/o Patricia A. Redmond,
             Stearns Weaver Miller,    150 W Flagler St, #2200,   Miami, FL 33130-1545
intp       +Landmark at Doral Developers, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral East, LLC,    c/o Steve Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd,    Suite 303,   Ft. Lauderdale, FL 33309-2045
intp       +Landmark at Doral South, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
             701 W. Cypress Creek Rd.,    Suite 303,   Ft. Lauderdale, FL 33309-2045
sp         +Michael Eckert,    119 S. Monroe Street #300 (32301),   POB 6526,   Tallahassee, FL 32314-6526
intp       +Terra Landmark, LLC,    c/o Berger Singerman, LLP,   1450 Brickell Avenue,   Suite 1900,
             Miami, FL 33131-3453
cr         +U.S. Bank National Association as Trustee,    c/o John B. Hutton, Esq.,
             333 Avenue of the Americas,    Suite 4400,   Miami, FL 33131-2184,   US

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: mdtcbkc@miamidade.gov Jan 28 2012 01:52:02     Miami-Dade County Tax Collector,
             Miami-Dade County Bankruptcy Unit,   c/o Alexis Gonzalez,   140 West Flagler Street, Suite 1403,
             Miami, FL 33130-1561
                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jan 29, 2012**              **Signature:** _____

```
District/off: 113C-1          User: rodriguez          Page 2 of 2              Date Rcvd: Jan 27, 2012
                              Form ID: pdf004          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:

          C Craig Eller    on behalf of Creditor  AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party  Landmark at Doral Community Development District
           esilver@stearnsweaver.com,
           mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
          Glenn D Moses    on behalf of Creditor Committee  Creditor Committee gmoses@gjb-law.com,
           gjbecf@gjb-law.com
          Jere L. Earlywine    on behalf of Interested Party  FLORIDA PRIME HOLDINGS, LLC
           jearlywine@hgslaw.com
          John B. Hutton III    on behalf of Creditor  U.S. Bank National Association as Trustee
           huttonj@gtlaw.com,   thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi  Guso    on behalf of Creditor  Terra World Investments, LLC jguso@bergersingerman.com,
           fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton    on behalf of Creditor  Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Mindy A. Mora    on behalf of Debtor  Landmark Club at Doral, LLC mmora@bilzin.com,
           laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party  Landmark at Doral Community Development
           District predmond@stearnsweaver.com,
           jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
           f.epiqsystems.com
          Phillip M. Hudson III    on behalf of Interested Party  FLORIDA PRIME HOLDINGS, LLC
           pmhudson@arnstein.com,
           rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
           tein.com;befernandez@arnstein.com;cofalla@arnstein.com
          Steven D Schneiderman    on behalf of U.S. Trustee  Office of the US Trustee
           Steven.D.Schneiderman@usdoj.gov
                                                                                            TOTAL: 12



**ORDERED in the Southern District of Florida on January 26, 2012.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER (1) SETTING FURTHER HEARING TO CONSIDER APPROVAL**
**OF DEBTORS' DISCLOSURE STATEMENT; AND (2) SETTING DEADLINES**

The Court conducted a hearing on January 25, 2012 to consider approval of the Debtors'

Disclosure Statement Relating to Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy

Code (the "Disclosure Statement") [DE #108]. After considering the objections to the Disclosure

Statement and arguments of counsel at the January 25th hearing, and for the reasons stated on the

record at that hearing, which are incorporated here by reference, it is **-**

**ORDERED** as follows:

1.      The Debtors shall file an amended disclosure statement and plan of reorganization

by <u>February 8, 2012</u>.  The amended disclosure statement shall clearly set forth, among other things, which land use matters the Debtors seek to have this Court adjudicate and which land use matters the Debtors propose to submit to the appropriate state agencies or to the Landmark at Doral Community Development District.

      2.      Objections to the Debtors' amended disclosure statement must be filed by <u>February 27, 2012</u>.

      3.      The Court will conduct a hearing to consider approval of the Debtors' amended disclosure statement on <u>March 5, 2012</u> at <u>10:00 a.m.</u> at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida, 33130.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Jordi Guso, Esq.

AUST

**(Attorney Mora shall serve a copy of this Order on all other parties in interest)**

2