UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                         **CASE NO.: 11-35884-RAM**

**TOWN CENTER AT DORAL, L.L.C.,**            Chapter 11
*et al.*                                                       Jointly Administered

        Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following documents were served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case as each document was entered on the docket, and (ii) via U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on January 30, 2012 as indicated on the Service List attached hereto.

- *Order Setting Briefing Schedule and Further Hearing on Motion to Convert or Dismiss* (ECF No.195); and
- *Order (1) Granting Motion to Terminate Exclusivity and (2) Setting Deadlines* (ECF No. 196).

Dated: January 30, 2012.

    Respectfully submitted,

    */s/ Patricia A. Redmond*
    PATRICIA A REDMOND
    Florida Bar No. 303739
    predmond@stearnsweaver.com
    **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
    Museum Tower, Suite 2200
    150 West Flagler Street
    Miami, Florida 33130
    Telephone: (305) 789-3200
    Facsimile: (305) 789-2600
    *Counsel for Landmark at Doral Community Development District*

CASE NO.: 11-35884-RAM

## SERVICE LIST

*Via CM/ECF*

Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com*; *rkcummings@arnstein.com*
*jtunis@arnstein.com*; *hbabcock@arnstein.com*
*hpiloto@arnstein.com*; *akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com*; *thompsonc@gtlaw.com*
*mialitdock@gtlaw.com*; *miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com*; *laparicio@bilzin.com*
*cvarela@bilzin.com*; *eservice@bilzin.com*
*lflores@bilzin.com*; *abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com*; *gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Steven D Schneiderman
*Steven.D.Schneiderman@usdoj.gov*
*Counsel for Office of the U.S. Trustee*

2

CASE NO.: 11-35884-RAM

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*\*Debtor*

#1473691 v1