## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                                  Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                                                      Chapter 11

        Debtors.                                                                              (Jointly Administered)
_____/

### NOTICE OF UNAVAILABILITY AND ABSENCE FROM JURISDICTION

The undersigned counsel, Mindy A. Mora, hereby notifies this Court and all involved parties that she will be unavailable and absent from the jurisdiction of this Court from March 9, 2012 through March 20, 2012.  Request is respectfully made to refrain from scheduling any hearings, conferences, and/or depositions during said period of time.

Dated:  February 2, 2012

                                                              BILZIN SUMBERG BAENA PRICE &
                                                              AXELROD LLP
*Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/   Mindy a. Mora
        Mindy A. Mora
        Fla. Bar No. 678910
        mmora@bilzin.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the forgoing were served via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing and via U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case on February 2, 2012 as set forth on the attached service list.

/s/ Mindy A. Mora
Mindy A. Mora

## CM/ECF ELECTRONIC SERVICE LIST

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## U. S. MAIL SERVICE LIST

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071