# EXHIBIT 4

# TO BE FILED AS A SUPPLEMENT