UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                                   Chapter 11
    *et al.,*

    Debtors.                                            (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the Disclosure Statement For District Creditor Plan Of Reorganization By Landmark at Doral Community Development District, U.S. Bank National Association, As Indenture Trustee, and Florida Prime Holdings, LLC [ECF No. 215] were served via the Court's CM/ECF electronic mail notification system on February 8, 2012, and via electronic mail and U.S. First Class Mail, postage prepaid, on February 8, 2012, upon all parties as set forth on the attached service list.

    Dated: February 8, 2012.

                                      **ARNSTEIN & LEHR LLP**
                                      Attorneys for **Florida Prime Holdings, LLC**
                                      200 South Biscayne Boulevard, Suite 3600
                                      Miami, Florida  33131
                                      Telephone:    305-374-3330
                                      Facsimile:    305-374-4777
                                      E-Mail:       pmhudson@arnstein.com

                              By:    /s/ Phillip M. Hudson III
                                      Phillip M. Hudson III
                                      Florida Bar No. 518743