UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,                       Chapter 11
*et al.*,

             Debtors.                               (Jointly Administered)
_____/

### AMENDED CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 8, 2012, I electronically filed the *Joint Objection to the Debtors' Renewed Motion to Value Collateral and for Court-Appointed Valuation Expert Pursuant to Federal Rule of Evidence 706* [D.E. 212] with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served on February 8, 2012, on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF, which is incorporated here by reference, or by first class U.S. mail for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing.

                                                   **GREENBERG TRAURIG, P.A.**
                                                   333 Avenue of the Americas
                                                   Miami, Florida 33131
                                                   Telephone: (305) 579-0730
                                                   Facsimile: (305) 579-0717

                                                   By:_____
                                                     John B. Hutton
                                                     huttonj@gtlaw.com
                                                     Florida Bar No. 902160
                                                     John R. Dodd
                                                     doddj@gtlaw.com
                                                     Florida Bar No. 38091

                                                     *Counsel to the Indenture Trustee*

Case No. 11-35884-RAM

# Mailing Information for Case 11-35884-RAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Jere L. Earlywine**    jearlywine@hgslaw.com
- **C Craig Eller**    celler@broadandcassel.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
- **Phillip M. Hudson III**    pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com
- **John B. Hutton III**    huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Mindy A. Mora**    mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
- **Glenn D Moses**    gmoses@gjb-law.com, gjbecf@gjb-law.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Patricia A Redmond**    predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Eric J Silver**    esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
- **Melinda S Thornton**    cao.bkc@miamidade.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Michael Eckert**
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

**Daniel Y. Gielchinsky**
1450 Brickell Ave #2300
Miami, FL 33131

Case No. 11-35884-RAM

**Phillip M Hudson**
200 S Biscayne Blvd #3600
Miami, FL 33131

**Glenn Moses**
100 SE 2nd Street 44th floor
Miami, FL 33131

**Betty M Shumener**
550 South Hope St #2300
Los Angeles, CA 90071

ORL 298,058,695v1 2-9-12

3