**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| Town Center at Doral, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Debtor's Response to Motion to Convert or Dismiss Chapter 11 Cases for Bad Faith Filings* [ECF No. 218] were served via the Court's CM/ECF electronic mail notification system on February 8, 2012, and via electronic mail and U.S. First Class Mail, postage prepaid, on February 9, 2012, upon all parties as set forth on the attached service list.

Dated: February 9, 2012

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: /s/  *Mindy A. Mora*
      Mindy A. Mora
      Fla. Bar No. 678910
      mmora@bilzin.com

**TOWN CENTER AT DORAL, L.L.C., ET AL**
<u>**CREDITOR MATRIX**</u>

| | | |
|---|---|---|
| Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>3880 Sheridan Street<br>Hollywood, FL 33021-3634 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134 |
| Brett Amron, Esq.<br>Bast Amron LLP<br>One SE 1st Avenue<br>Suite 1440<br>Miami, FL 33131 | Eric E. Pfeffer<br>Carla Pfeffer Revocable Trust<br>19333 Collins Avenue #2504<br>Sunny Isles Beach, FL 33160 | Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33173 |
| David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132 | David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134 | U.S. Army, Corps of Engineers<br>Attn: Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176 |
| Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 | Hilda Pico/Ocean Bank<br>780 NW LeJeune Rd<br>3rd Floor<br>Miami, FL 33126 | Florida Dept. Of Revenue<br>Bankruptcy Division<br>Po Box 6668<br>Tallahassee Fl 32314-6668 |
| Internal Revenue Service Centralized<br>Insolvency Operations<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | United States Attorney's Office<br>99 N.E. 4th Street<br>Miami, Fl 33132 | Department Of Labor And Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee, Fl 32399 0648 |
| Finance Southern Co.<br>8770 SW 72nd Street<br>#382<br>Miami, FL 33143 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433 | Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134 |
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134 | South Florida Water Mgmt District<br>Attn: John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406 | Frank & Carolyn Friedman<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler St.<br>Miami, FL 33135 |
| Sunshine State Cert III, LLLP and Bank United, Trustee<br>7900 Miami Lakes Dr. West<br>Hialeah, FL 33016 | Office of the Attorney General<br>State of Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130 |
| HD Investments<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Hill York Service Corp.<br>c/o William C. Davell, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza, Suite 2602<br>Fort Lauderdale, FL 33394 | Joel A. Savitt, Esq.<br>Joel A. Savitt, P.A.<br>20801 Biscayne Blvd., Suite 506<br>Miami, FL 33180 |

| | | |
|---|---|---|
| Landmark at Doral Community Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental Resources Mgmt, Regulation Division<br>Attn: Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314 |
| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071 | **Via CM/ECF**<br>Jere L. Earlywine, Esq.<br>119 S. Monroe St. #300<br>Tallahassee, FL 32301<br>jearlywine@hgslaw.com | Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186<br>**Returned Mail** |
| Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238<br>**Returned Mail** | **Via Email to samster@kodsilawfirm.com**<br>Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via Email to samster@kodsilawfirm.com**<br>Town Center at Doral, L.L.C., et al<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| **Via Email to samster@kodsilawfirm.com**<br>Doral Building Group II, LLC<br>c/o Kodsi Law Firm P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via Email to samster@kodsilawfirm.com**<br>Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via Email to samster@kodsilawfirm.com**<br>Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309<br>**Via CM/ECF**<br>AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401 |
| Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166<br>**Returned Mail** | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186<br>**Returned Mail** | |
| Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180<br>**Returned Mail** | **Via CM/ECF**<br>Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.e. 2nd Street, 44th Floor<br>Miami, FL 33131<br>gmoses@gjb-law.com | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>Greenberg Traurig<br>333 Ave. of the Americas #4400<br>Miami, FL 33131<br>jhutton@gtlaw.com |
| **Via CM/ECF**<br>Phillip M. Hudson III, Esq.<br>200 S. Bicayne Blvd., Suite 3600<br>Miami, Fl 33131<br>pmhudson@arnstein.com | **Via CM/ECF**<br>Jordi Guso, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd., #1000<br>Miami, FL 33131<br>jguso@bergersingerman.com | **Via CM/ECF**<br>Patricia A. Redmond, Esq.<br>Stearns Weaver Miller Weissler<br>150 West Flagler St., Suite 2200<br>Miami, FL 33130<br>predmond@stearnsweaver.com |
| **Via CM/ECF**<br>Office Of The Us Trustee<br>51 SW 1st Ave Ste 1204<br>Miami Fl 33130-1614<br>USTPRegion21.MM.ECF@usdoj.gov | **Via CM/ECF**<br>Melinda S Thornton, Esq.<br>Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101<br>cao.bkc@miamidade.gov | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131<br>**Returned Mail** |