UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 11-35884-RAM

Town Center at Doral, LLC, et al.,                            Chapter 11

        Debtors.                                                   (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the following documents were served pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure upon the Debtor, the Office of the U.S. Trustee, the Internal Revenue Service, the Securities and Exchange Commission, and the Official Committee of Unsecured Creditors, via the Court's CM/ECF electronic mail notification system, via electronic mail and/or via U.S. First Class Mail, postage prepaid, as set forth below and on the attached service list:

- *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [ECF No. 219]– served via CM/ECF on February 8, 2012 and via U.S. Mail/and or electronic mail on February 9, 2012

- *Disclosure Statement Relating to Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* [ECF No. 220] – served via CM/ECF on February 8, 2012 and via U.S. Mail/and or electronic mail on February 9, 2012

Dated: February 9, 2012

                                                       **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
                                                       *Counsel for the Debtors*
                                                       1450 Brickell Ave., Suite 2300
                                                       Miami, FL 33131
                                                       Telephone: (305) 374-7580
                                                       Facsimile: (305) 374-7593

                                                       By: /s/   *Mindy A. Mora*
                                                            Mindy A. Mora
                                                           Fla. Bar No. 678910
                                                           mmora@bilzin.com

**CM/ECF SERVICE LIST**

**Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC**
jearlywine@hgslaw.com

**C Craig Eller on behalf of Creditor AmT CADC Venture, LLC**
celler@broadandcassel.com

**Jordi Guso on behalf of Creditor Terra World Investments, LLC**
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

**Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC**
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com

**John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee**
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

**Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC**
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com

**Glenn D Moses on behalf of Creditor Committee Creditor Committee**
gmoses@gjb-law.com, gjbecf@gjb-law.com

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District**
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

**Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District**
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

**Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector**
cao.bkc@miamidade.gov

**U.S. MAIL SERVICE LIST**

INTERNAL REVENUE SERVICE
INSOLVENCY UNIT -STOP 5730
7850 SW 6TH CT, ROOM 165
PLANTATION FL  33324

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES - INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346


SECURITIES AND EXCHANGE COMMISSION
3475 LENOX RD NE STE 1000
ATLANTA GA  30326-3235


**VIA ELECTRONIC MAIL**

TOWN CENTER AT DORAL, LLC, ET AL.
KODSI LAW FIRM, P.A.
701 CYPRESS CREEK ROAD
SUITE 303
FORT LAUDERDALE, FL 33309