UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                              Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                                       Chapter 11
    *et al.,*

    Debtors.                                             (Jointly Administered)
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, in addition to the parties served as set forth in the previously filed certificates of service [ECF Nos. 214, 217, 226], true and correct copies of the Chapter 11 Plan filed by Florida Prime Holdings, LLC and the Landmark at Doral Community Development District [ECF No. 213], the Disclosure Statement filed by Florida Prime Holdings, LLC and the Landmark at Doral Community Development District [ECF No. 215], and the Order (I) Setting Hearing to Consider Approval of the District Creditor Disclosure Statement; (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Service Notice [ECF No. 221] were served on or before February 9, 2012, via the Court's CM/ECF electronic mail notification system, electronic mail, and/or U.S. First Class Mail, postage prepaid, upon the parties on the attached supplemental list.

    Dated: February 9, 2012.

                                  **ARNSTEIN & LEHR LLP**
                                  Attorneys for **Florida Prime Holdings, LLC**
                                  200 South Biscayne Boulevard, Suite 3600
                                  Miami, Florida  33131
                                  Telephone:	305-374-3330
                                  Facsimile:	305-374-4777
                                  E-Mail:	pmhudson@arnstein.com

                                  By:	/s/ Phillip M. Hudson III
                                        Phillip M. Hudson III
                                        Florida Bar No. 518743

**Supplemental List**

Town Center at Doral, LLC
Landmark at Doral East, LLC
Landmark at Doral South, LLC
Landmark Club at Doral, LLC
Landmark at Doral Developers, LLC
c/o Mindy Mora
(via CM/ECF to mmora@bilzin.com)


Steven D Schneiderman
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
(via CM/ECF to Steven.D.Schneiderman@usdoj.gov)


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19107-7346
(via U.S. Mail)


U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382
(via U.S. Mail)