```
                              United States Bankruptcy Court
                               Southern District of Florida
In re:                                                                                  Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                                            Chapter 11
         Debtor                        CERTIFICATE OF NOTICE
District/off: 113C-1          User: rodriguez                Page 1 of 3                   Date Rcvd: Feb 09, 2012
                              Form ID: pdf004                Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2012.
db           +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
               701 W. Cypress Creek Road,    Suite 303,    Ft. Lauderdale, FL 33309-2045
aty          +Betty M Shumener,    550 South Hope St #2300,    Los Angeles, CA 90071-2678
aty          +Phillip M Hudson,    200 S Biscayne Blvd #3600,    Miami, FL 33131-2395
cr           +AmT CADC Venture, LLC,    c/o C. Craig Eller,    Broad and Cassel,    One North Clematis Street,
               Suite 500,    West Palm Beach, FL 33401-5537
sp           +Daniel Y. Gielchinsky,    1450 Brickell Ave #2300,    Miami, FL 33131-3456
sp           +Glenn Moses,    100 SE 2nd Street 44th floor,    Miami, FL 33131-2100
intp         +Landmark Club at Doral, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
               701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp         +Landmark at Doral Community Development District,    c/o Patricia A. Redmond,
               Stearns Weaver Miller,    150 W Flagler St, #2200,    Miami, FL 33130-1545
intp         +Landmark at Doral Developers, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
               701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp         +Landmark at Doral East, LLC,    c/o Steve Amster, Esq.,    Kodsi Law Firm, P.A.,
               701 W. Cypress Creek Rd,    Suite 303,    Ft. Lauderdale, FL 33309-2045
intp         +Landmark at Doral South, LLC,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
               701 W. Cypress Creek Rd.,    Suite 303,    Ft. Lauderdale, FL 33309-2045
sp           +Michael Eckert,    119 S. Monroe Street #300 (32301),    POB 6526,    Tallahassee, FL 32314-6526
intp         +Terra Landmark, LLC,    c/o Berger Singerman, LLP,    1450 Brickell Avenue,    Suite 1900,
               Miami, FL 33131-3453
cr           +U.S. Bank National Association as Trustee,    c/o John B. Hutton, Esq.,
               333 Avenue of the Americas,    Suite 4400,    Miami, FL 33131-2184,    US
89687340     +AMT CADC Venture, LLC,    c/o C. Craig Eller, Esq.,    Broad and Cassel,
               One North Clematis St, #500,    West Palm Beach, FL 33401-5537
89687339     +Advance Insurance Underwriters,    3250 North 29th Avenue,    Hollywood, FL 33020-1313
89687341     #+BTI Bluegate FTCF LLC,    201 Alhambra Circle,    Suite 601,    Miami, FL 33134-5199
90049951     +BTI Bluegate FTCF LLC,    200 South Park Road #301,    Hollywood FL 33021-8349
89766254     #+BTI Bluegate FTCF LLC.,    201 Alhambra Circle, suite 601,    Coral Gables, Fl 33134-5199
89687342     +Carla Pfeffer Revocable Trust,    c/o Peter J. Frommer, Esq.,    Hinshaw & Culbertson LLP,
               One East Broward Blvd.,#1010,    Fort Lauderdale, FL 33301-1866
89687343     +Copper Group I LLC,    752 Pacific Street,    Suite 180,    Brooklyn, NY 11238-3006
89687344     +David Martin,    Terra World Investments, LLC,    990 Biscayne Blvd.,    Suite 302,
               Miami, FL 33132-1556
89687345     +David Plummer & Associates,    1750 Ponce De Leon Blvd.,    Miami, FL 33134-4417
89687346     +Doral Building Group II, LLC,    c/o Kodsi Law Firm , P.A.,    701 W. Cypress Creek Rd,    Suite 303,
               Fort Lauderdale, FL 33309-2045
89687347     +Doral Building Group, LLC,    c/o Kodsi Law Firm, P.A.,    701 W. Cypress Creek Road,    Suite 303,
               Fort Lauderdale, FL 33309-2045
89687348     +Dual Temp Mechanical,    13741 SW 139th Cr - 102,    Miami, FL 33186-5582
89687349     +Elya Yagudaev,    Alan R. Poppe, Esq.,    Foley & Lardner, LLP,    100 SE 2nd Street, Suite 1600,
               Miami, FL 33131-2132
89687350     +Eric Valle,    c/o Valle & Valle,    194 Minorca Avenue,    Miami, FL 33134-4510
89687351     +Estate of Elie Berdugo,    c/o Kodsi Law Firm, P.A.,    701 W. Cypress Creek Road,    Suite 303,
               Fort Lauderdale, FL 33309-2045
89766255     +Finance Southern Co. & 1st National Bank of South,    5750 Sunset Drive,
               South Miami, Florida 33143-5332
89687352     +Frank & Carolyn Friedman,    c/o Harvey D. Friedman, Esq.,    Friedman, Rodman & Frank, P.A.,
               3636 West Flagler St.,    Miami, FL 33135-1030
89687353      Frank Alter,    3902 NE 207th Street,    Suite 1401,    Miami, FL 33180
89687355     +Guila Berdugo,    c/o Kodsi Law Firm, P.A.,    701 W. Cypress Creek Road,    Suite 303,
               Fort Lauderdale, FL 33309-2045
89687356     +HD Investments,    c/o Harvey D. Friedman, Esq.,    Friedman, Rodman & Frank, P.A.,
               3636 West Flagler Street,    Miami, FL 33135-1030
89766253      Hilda Pico/ Ocean Bank,    c/o Silvo Santana,    780 NW Lejeune Road, 3rd Flr.,
               Miami, Florida 33126-5597
89687357     +Hill York Service Corp.,    c/o William C. Davell, Esq.,    May, Meacham & Davell, P.A.,
               One Financial Plaze, Suite 2602,    Fort Lauderdale, FL 33394-1702
89687358     +Joel A. Savitt, Esq.,    Joel A. Savitt, P.A.,    20801 Biscayne Blvd., Suite 506,
               Miami, FL 33180-1400
89687359     +Kodsi Law Firm, P.A.,    701 W. Cypress Creek Road,    Suite 303,    Fort Lauderdale, FL 33309-2045
89687360     +Landmark at Doral Community,    Development District,    c/o David M. Freedman, Esq.,
               2699 S. Bayshore Dr., PH,    Miami, FL 33133-5408
90047461     +Landmark at Doral Community Development District,    c/o Patricia A. Redmond, Esquire,
               Stearns Weaver Miller, et al.,    150 West Flagler Street, Suite 2200,    Miami, FL 33130-1545
89687361     +Lisa Friedman-Fuller,    c/o Harvey D. Friedman, Esq.,    Friedman, Rodman & Frank, P.A.,
               3636 West Flagler Street,    Miami, FL 33135-1030
89687362     +Lorne E. Berkeley, Esq.,    Daniels, Kashtan, Downs, Robertson,    & McGirney,
               3300 Ponce De Leon Blvd.,    Miami, FL 33134-7211
89687364     +MFEB I, LLC,    16047 Collins Avenue,    Apt. 602,    North Miami Beach, FL 33160-5559
89687363     +Mark Finkelshtein,    16047 Colins Avenue,    Apt # 602,    North Miami Beach, FL 33160-5559
89687365     +Miami Dade Tax Collector,    P. O. Box 13701,    Miami, FL 33101-3701
89687366     +Miami-Dade Dept of Environmental,    Resources Mgmt, Regulation Division,
               Attn: Ms. JoAnne Clingerman,    701 NW 1st Ct, Suite 400,    Miami, FL 33136-3925
```

```
District/off: 113C-1           User: rodriguez             Page 2 of 3               Date Rcvd: Feb 09, 2012
                               Form ID: pdf004             Total Noticed: 62

 89687367     +Mod Space,   Bank of America Lockbox Services,   12603 Collection Center Dr.,
                Chicago, IL 60693-0126
 89687368     +National Millwork,   1177 West Blue Heron Blvd.,   West Palm Beach, FL 33404-4267
 89687369     +Rachel Bensimon,   7913 Tennyson Court,   Boca Raton, FL 33433-4143
 89687370     +Ring Electric,   9330 NW 13th Street #16,   Miami, FL 33172-2808
 89687372      Sela & Be, LLC,   1 Post Road,   Apartment 304,   Toronto, Ontario,   Canada M3B3R4
 89687373     +South Florida Water Mgmt District,   Attn: John Meyer,,   Supervisor, Enforcement,
                3301 Gun Club Road,   West Palm Beach, FL 33406-3007
 89687374     +Steven R. Amster, Esq.,   Kodsi Law Firm, P.A.,   701 W. Cypress Creek Road,   3rd Floor,
                Fort Lauderdale, FL 33309-2045
 89687375     +Sunshine State Cert III, LLLP,   and Bank United, Trustee,   7900 Miami Lakes Dr. West,
                Hialeah, FL 33016-5816
 89766256     +Sunshine State Cert III, LLLP & Bankunited, Truste,   7900 Miami Lakes Drive West,
                Miami Lakes, Florida 33016-5816
 89687376     +Trans Florida Development Corp.,   c/o Robert P. Frankel, Esq.,   Robert P. Frankel & Assoc., PA,
                25 West Flagler St, Suite 900,   Miami, FL 33130-1720
 89687377     +U.S. Army, Corps of Engineers,   Attn: Robert Kirby,   Enforcement Section,
                9900 SW 107th Ave., #203,   Miami, FL 33176-2798
 89687378     +Valle & Valle, Inc.,   194 Minorca Avenue,   Miami, FL 33134-4510
 89687379     +Valle, Valle & Partners,   194 Minorca Avenue,   Miami, FL 33134-4510
 89687380     +Y & T Plumbing Corp.,   13985 SW 140th Street,   Miami, FL 33186-5528
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: mdtcbkc@miamidade.gov Feb 10 2012 01:37:24     Miami-Dade County Tax Collector,
                Miami-Dade County Bankruptcy Unit,   c/o Alexis Gonzalez,   140 West Flagler Street, Suite 1403,
                Miami, FL 33130-1561
 89766259     +E-mail/Text: mdtcbkc@miamidade.gov Feb 10 2012 01:37:23     Miami-Dade County Tax Collector,
                Bankruptcy Unit,   140 West Flagler Street, Suite 1407,   Miami, Florida 33130-1561
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 89687354    ##+Garmon Construction Corp.,   7315 NW 36th Street,   Miami, FL 33166-6704
 89687371    ##+Scott Alan Orth, Esq.,   Law Offices of Scott Alan Orth, P.A.,   9999 N.E. Second Avenue,
                Suite 204,   Miami, FL 33138-2345
                                                                                       TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 11, 2012**            Signature:            _/s/ Joseph Speetjens_

```
District/off: 113C-1           User: rodriguez              Page 3 of 3              Date Rcvd: Feb 09, 2012
                               Form ID: pdf004              Total Noticed: 62

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2012 at the address(es) listed below:
              C Craig Eller     on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
              Eric J Silver     on behalf of Interested Party   Landmark at Doral Community Development District
               esilver@stearnsweaver.com,
               mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
              Glenn D Moses     on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
               gjbecf@gjb-law.com
              Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               jearlywine@hgslaw.com
              John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
               huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              Jordi   Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com
              Melinda S Thornton     on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Mindy A. Mora     on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
               laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patricia A Redmond     on behalf of Interested Party   Landmark at Doral Community Development
               District predmond@stearnsweaver.com,
               jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
               f.epiqsystems.com
              Phillip M. Hudson III    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               pmhudson@arnstein.com,
               rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arns
               tein.com;befernandez@arnstein.com;cofalla@arnstein.com
              Steven D Schneiderman     on behalf of U.S. Trustee   Office of the US Trustee
               Steven.D.Schneiderman@usdoj.gov
                                                                                               TOTAL: 12
```

ORDERED in the Southern District of Florida on   Feb. 9, 2012

_____
Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                               Case No. 11-35884-BKC-RAM
                                                     Chapter 11

TOWN CENTER AT DORAL, L.L.C., et al.,

_____Debtor_____/

## ORDER (I) SETTING HEARING TO CONSIDER APPROVAL OF THE DISTRICT CREDITOR DISCLOSURE STATEMENT; (II) SETTING DEADLINE FOR FILING OBJECTIONS TO DISCLOSURE STATEMENT; AND (III) DIRECTING PLAN PROPONENT TO SERVE NOTICE

DISCLOSURE HEARING:

_____MARCH 5, 2012_____ at _____10:00 AM_____

LOCATION:
United States Bankruptcy Court
51 SOUTHWEST 1st AVENUE, COURTROOM #1406
MIAMI, FLORIDA 33130

DEADLINE FOR SERVICE OF ORDER, DISCLOSURE STATEMENT AND PLAN:

_____FEBRUARY 9, 2012_____ (25 days before Disclosure Hearing)

DEADLINE FOR OBJECTIONS TO DISCLOSURE STATEMENT:

_____FEBRUARY 27, 2012_____ (seven days before Disclosure Hearing)

LF-32A (rev. 12/01/09)            Page 1 of 4

PLAN PROPONENT:

| | |
|---|---|
| DISTRICT CREDITOR | (name of Plan Proponent) |
| PATRICIA REDMOND<br>150 WEST FLAGLER ST., #2200<br>MIAMI, FLORIDA 33130 | (name and address of<br>**Plan Proponent's Attorney)** |

A Disclosure Statement and Plan were filed pursuant to 11 U.S.C. §§1121 and 1125 on FEBRUARY 8, 2012  by the plan proponent named above.  This order sets a hearing to consider approval of the disclosure statement ("disclosure hearing"), and sets forth the deadlines and requirements relating to the disclosure statement provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this court.

The disclosure statement is on file with the court, and may be accessed electronically or you may obtain a copy at your expense from the clerk or view a copy at the public terminals in the clerk's office.  Copies also may be obtained from the plan proponent by written request, pursuant to paragraph 3(B) of this order.

### 1. HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT

The court has set a hearing to consider approval of the disclosure statement for the date and time indicated above as "DISCLOSURE HEARING".  The disclosure hearing may be continued to a future date by notice given in open court at the disclosure hearing.  At the disclosure hearing, the court will consider the disclosure statement, and any modifications or objections to it.

### 2. DEADLINE FOR OBJECTIONS TO DISCLOSURE STATEMENT

The last day for filing and serving objections to the disclosure statement is indicated above as "DEADLINE FOR OBJECTIONS TO DISCLOSURE STATEMENT".  Objections to the disclosure statement shall be filed with the court and served on (i) the debtor; (ii) the

plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee. Pursuant to Local Rule 3017-1(A), any objecting party shall confer with the plan proponent's counsel at least three business days before the disclosure hearing in an effort to resolve any objections to the disclosure statement.

### 3. PLAN PROPONENT TO SERVE NOTICE

**(A)** On or before the date indicated above as "DEADLINE FOR SERVICE OF ORDER, DISCLOSURE STATEMENT AND PLAN", the Plan Proponent shall serve a copy of this order on (i) all creditors; (ii) all equity security holders; (iii) all persons who have requested notice; and (iv) all other interested parties, pursuant to Bankruptcy Rules 2002, and 3017 (including those entities as described in Bankruptcy Rule 3017(f)), and Local Rule 3017-1(B) and including those on a Master Service List required to be filed pursuant to Local Rule 2002-1(H). The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)** On or before the date indicated above as "DEADLINE FOR SERVICE OF ORDER, DISCLOSURE STATEMENT AND PLAN", the plan proponent shall serve a copy of the disclosure statement and plan, together with this order, on (i) the debtor; (ii) all committees that have been appointed; (iii) any chapter 11 trustee or examiner that has been appointed; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the U.S. Trustee; and (vii) any party in interest who requests in writing a copy of the disclosure statement and plan, pursuant to Bankruptcy Rule 3017(a), and Local Rule 3017-1(B).

The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the disclosure hearing without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan. The court will also consider dismissal or conversion at the disclosure hearing at the request of any party that has requested such relief in a timely filed objection or on the court's own motion.

#