UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

IN RE:

Town Center at Doral, LLC.           Case No.: 11-35884-RAM
                                     Chapter 11

_____Debtor_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the **NOTICE OF HEARING ON MOTION TO APPOINT TRUSTEE FILED BY U.S. TRUSTEE OFFICE OF THE US TRUSTEE (DE#230)** was sent U.S. Mail, properly addressed and with correct postage to the parties listed below and through CM/ECF as denoted by *:

- *Jere L. Earlywine jearlywine@hgslaw.com

- *C Craig Eller celler@broadandcassel.com

- *Jordi Guso jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

- *Phillip M. Hudson III pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabbcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

- *John B. Hutton III huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

- *Mindy A. Mora mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

- *Glenn D Moses gmoses@gjb-law.com, gjbecf@gjb-law.com

- *Patricia A Redmond predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

- *Eric J Silver esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

- *Melinda S Thornton cao.bkc@miamidade.gov


Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309

Done this the 14th day of February, 2012.

I hereby certify that I am admitted to the Bar of the State of Illinois and that I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

_____/s/_____
Steven D. Schneiderman, Trial Attorney
United States Trustee
51 SW First Ave., #1204
Miami, Florida 33130