

ORDERED in the Southern District of Florida on February 14, 2012.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| In re: | Case No.11-35884-BKC-RAM |
| TOWN CENTER AT DORAL, LLC, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER DENYING, IN PART, AND SCHEDULING FURTHER
HEARING ON DEBTORS' RENEWED MOTION TO VALUE COLLATERAL**

The Court conducted a hearing on February 13, 2012 on the Debtors' Renewed Motion to Value Collateral and for Court-Appointed Valuation Expert Pursuant to Federal Rule of Evidence 706 (the "Renewed Motion to Value") [DE #185]. For the reasons stated on the record at the hearing, which are incorporated here by reference, it is -

**ORDERED** as follows:

1.	To the extent the Debtors seek to have the Court value the Property[1] per the appraisal prepared by Waronker & Rosen, Inc., or seek to have the Court hear testimony from Dr. Henry Fishkind or further testimony from Lee Waronker, the Renewed Motion to Value is denied.

2.	The Court reserves ruling on the Renewed Motion to Value to the extent the Debtors seek to have the Court appoint a valuation expert pursuant to Federal Rule of Evidence 706.

3.	The Court will conduct a further hearing on the Renewed Motion to Value on March 5, 2012 at 10:00 a.m. at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, Florida 33130.

4.	The Debtors and the Landmark at Doral Community Development District shall file a list of proposed valuation experts by February 27, 2012. Each party may name no more than three (3) proposed valuation experts.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

**(Attorney Mora is directed to serve a copy of this Order on all other interested parties)**

---

[1] The "Property" consists of approximately 117 contiguous acres located on the east side of NW 107th Avenue and the north side of NW 58th Street in Doral, Florida and the air rights above such land.