

ORDERED in the Southern District of Florida on February 14, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.11-35884-BKC-RAM |
| | ) | |
| TOWN CENTER AT DORAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SUPPLEMENTAL SCHEDULING ORDER ON MOTION TO CONVERT OR DISMISS

By Order dated January 26, 2012 [DE #195], the Court scheduled a hearing on the Motion to Convert or Dismiss Chapter 11 Cases for Bad Faith Filings (the "Motion") [DE #181] filed by Landmark at Doral Community Development District, U.S. Bank National Association, and Florida Prime Holdings, LLC (collectively, the "Movants") for March 5, 2012 and set February 22, 2012 as the deadline for the Movants to file a reply in support of their Motion.  As announced at a February 13, 2012 hearing in this case, it is -

**ORDERED** as follows:

1. On or before March 1, 2012, each party shall:

    A. File and serve (i) an Exhibit Register conforming to Local Form 49; and (ii) a witness list which includes a brief statement summarizing the testimony each witness is expected to present.  <u>Absent extraordinary circumstances, the Court will not consider exhibits or the testimony of any witness not listed on a timely filed witness list or Exhibit Register</u>; and

    B. Deliver to the opposing party and deliver to the Court's Chambers (but <u>not</u> file) a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing.  The exhibits shall be bound in one or more notebooks or contained in one or more folders, with tabs marking each exhibit, and shall be accompanied by an Exhibit Register conforming to Local Form 49.

    2. The time for responding to interrogatories, requests for admission or requests for production is shortened to 14 days from service of the discovery.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

AUST

**(Attorney Redmond is directed to serve a copy of this Order on all other interested parties)**