

ORDERED in the Southern District of Florida on February 15, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.11-35884-BKC-RAM |
| | ) | |
| TOWN CENTER AT DORAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SETTING EVIDENTIARY HEARING ON MOTION TO APPOINT TRUSTEE**

By Notice dated February 14, 2012 [DE #230], the Court set the Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee (the "Motion") [DE #229] for a non-evidentiary hearing on March 5, 2012. Upon the Court's own motion, it is -

**ORDERED** as follows:

1. The March 5, 2012 hearing on the Motion shall be evidentiary.

2. On or before March 1, 2012, each party[1] shall:

---

[1] By "each party," the Court means, at minimum, the United States Trustee and the Debtors. In addition, any party in interest desiring to introduce evidence in support of or in

A. File and serve (i) an Exhibit Register conforming to Local Form 49; and (ii) a witness list which includes a brief statement summarizing the testimony each witness is expected to present.  <u>Absent extraordinary circumstances, the Court will not consider exhibits or the testimony of any witness not listed on a timely filed witness list or Exhibit Register</u>; and

B. Deliver to the opposing party and deliver to the Court's Chambers (but <u>not</u> file) a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing.  The exhibits shall be bound in one or more notebooks or contained in one or more folders, with tabs marking each exhibit, and shall be accompanied by an Exhibit Register conforming to Local Form 49.

2. The time for responding to interrogatories, requests for admission or requests for production is shortened to 14 days from service of the discovery.

###

Copies Furnished To:

Patricia A. Redmond, Esq.

Mindy A. Mora, Esq.

Phillip M. Hudson III, Esq.

John B. Hutton III, Esq.

Glenn D. Moses, Esq.

Steven D. Schneiderman, Esq.

**(Attorney Schneiderman is directed to serve a copy of this Order on all other interested parties)**

---

opposition to the Motion must comply with the deadline for filing and exchanging exhibits, exhibit registers, and witness lists.