UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Case No.: 11-35884-RAM
Chapter 7

In re:

TOWN CENTER AT DORAL, L.L.C.,

    Debtor.

_____/

### UNITED STATES TRUSTEE'S CROSS-NOTICE OF TAKING DEPOSITION DUCES TECUM

**Donald Walton, United States Trustee**, pursuant to Bankruptcy Rule 9014 and 7030, will cross notice the Deposition of the following:

| | |
|---|---|
| **Examinee:** | David Martin |
| **Date**: | February 28, 2012 |
| **Time:** | 10:00 a.m |
| **Place:** | Offices of Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. 150 West Flagler Street, Suite 2200, Miami, FL 33131. |

The deposition will be taken before an officer authorized pursuant to Rule 28, Fed.R.Civ.P., and the testimony shall be recorded by stenographic means. The deposition will continue from day to day until completed. The scope of the deposition shall be described in Bankruptcy Rule 9014 and 7030, and for such other purpose as permitted under the rules of Court.

The Deponent is notified to appear and take part in said deposition as he may be advised, and as shall be fit and proper. The Deponent is requested to produce the documents listed in Exhibit B attached to the Notice of Deposition Duces Tecum (DE#237) and to deliver copies of the documents

requested to the Office of the US Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130 on or before February 28, 2012 by 10:00 a.m.

Dated: February17, 2012.

      I hereby certify that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

                                            Donald Walton
                                            United States Trustee
                                            Region 21

                                            /s/_____
                                            Steven D. Schneiderman
                                            Trial Attorney
                                            Office of the United States Trustee
                                            51 S.W. First Avenue
                                            Suite 1204
                                            Miami, FL 33130
                                            Phone: (305) 536-7285
                                            Fax: (305) 536-7360

(*This Space Was Left Blank Intentionally*)

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2011, a true and correct copy of the Cross Notice of Deposition Duces Tecum was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system listed below:

- Jere L. Earlywine  jearlywine@hgslaw.com

- C Craig Eller  celler@broadandcassel.com

- Jordi Guso  jguso@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com

- Phillip M. Hudson III  pmhudson@arnstein.com,
  rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

- John B. Hutton III  huttonj@gtlaw.com,
  thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

- Mindy A. Mora  mmora@bilzin.com,
  laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

- Glenn D Moses  gmoses@gjb-law.com, gjbecf@gjb-law.com

- Patricia A Redmond  predmond@stearnsweaver.com,
  jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

- Eric J Silver  esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

- Melinda S Thornton  cao.bkc@miamidade.gov

      Further, I certify that copies of the Cross Notice of Deposition Duces Tecum were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

| Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131 |

| | |
|---|---|
| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071 | **Town Center at Doral, L.L.C.**<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Ft. Lauderdale, FL 33309 |

\*\* Served First Class Certified Mail Return Receipt Requested and Regular First Class Mail by U.S. Postal Service.

Donald Walton
United States Trustee
Region 21

/s/
Steven D. Schneiderman
Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130
Phone: (305) 536-7285