UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Chapter 11

                                                                Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                                   Jointly Administered
*et al.,*

        Debtors.
_____/

## NOTICE OF SUBPOENAS

    **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 45(b)(1), FLORIDA PRIME HOLDINGS, LLC, gives notice that it issued subpoena(s) for appearance at hearing in the form attached to the following individuals:

    Isaac Kodsi
    Kodsi Law Firm, P.A.
    701 W. Cypress Creek Rd., Suite 303
    Ft. Lauderdale, FL 33309

    David Martin
    Terra Landmark LLC
    2675 S. Bayshore Drive
    Miami, FL  33133

    Brian Pearl
    Terra Landmark LLC
    2675 S. Bayshore Drive
    Miami, FL  33133

    Respectfully submitted this 23rd day of February 2012.

                              **ARNSTEIN & LEHR LLP**

                              Attorneys for Florida Prime Holdings, LLC
                              200 South Biscayne Boulevard, Suite 3600
                              Miami, Florida 33131
                              Telephone: 305-374-3330
                              Facsimile: 305-374-4777
                              E-Mail: pmhudson@arnstein.com

                              By:    /s/ Phillip M. Hudson
                                          Phillip M. Hudson III
                                          Florida Bar No. 518743

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following document were served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case as each document was entered on the docket, and (ii) via U.S. Mail (without exhibits) to those parties not registered to receive Notice of Electronic Filing in this case, on February 23, 2012 as indicated on the Service List attached hereto.

Case No. 11-35884-RAM

**SERVICE LIST**

*Via CM/ECF*

Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com; jtunis@arnstein.com;*
*hpiloto@arnstein.com; akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com; thompsonc@gtlaw.com*
*mialitdock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com; laparicio@bilzin.com*
*cvarela@bilzin.com; eservice@bilzin.com*
*lflores@bilzin.com; abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com; gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*

9992275.1      3

Case No. 11-35884-RAM

## **Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
PO Box 6526
Tallahassee, FL  32314

Daniel Y. Gielchinsky
1450 Brickell Ave. #2300
Miami, FL  33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA  90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL  33130
*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Rd., Suite 303
Ft. Lauderdale, FL  33309
*Debtor*

                                            /s/Phillip M. Hudson III
                                            Phillip M. Hudson III