UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Case No.: 11-35884-RAM
Chapter 11

In re:

Town Center of Doral, LLC, et al.,

        Debtor
_____/

## NOTICE OF CANCELLATION OF CROSS NOTICE OF TAKING DEPOSITION DUCES TECUM

**The United States Trustee**, gives notice of the cancellation of the Cross Notice of Deposition Duces Tecum of David Martin, which is scheduled for February 28, 2012 at 10:00 a.m. The Deposition will be re-noticed at a later time.

Dated: February 28, 2012

    I HEREBY CERTIFY that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

Donald F. Walton
United States Trustee
Region 21


By:_____/s/_____
Steven D. Schneiderman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. First Ave.
Suite 1204
Miami, FL 33130
Tel.: (305) 536-7285
Fax: (305) 536-7360

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2012 a true and correct copy of the Notice of Cancellation of Taking Deposition Duces Tecum was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of Notice of Cancellation of Cross Notice of Deposition Duces Tecum were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071 | **Town Center at Doral, L.L.C.**<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Ft. Lauderdale, FL 33309 |
|---|---|
| Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131 |

Donald F. Walton
United States Trustee
Region 21


By:\_\_\_\_\_/s/_____
    Steven D. Schneiderman
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    51 S.W. First Ave.
    Suite 1204
    Miami, FL 33130
    Tel.: (305) 536-7285
    Fax: (305) 536-7360

3