UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Case No.: 11-35884-RAM
Chapter 11

In re:

Town Center of Doral, LLC, et al.,

        Debtor
_____/

## NOTICE OF CANCELLATION OF CROSS NOTICE OF TAKING DEPOSITION DUCES TECUM

**The United States Trustee**, gives notice of the cancellation of the Cross Notice of Deposition Duces Tecum of Brian Pearl, which is scheduled for February 29, 2012 at 2:30 p.m.

The Deposition will be re-noticed at a later time.

Dated: February 28, 2012

    I HEREBY CERTIFY that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

        Donald F. Walton
        United States Trustee
        Region 21


        By:_____/s/_____
        Steven D. Schneiderman
        Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        51 S.W. First Ave.
        Suite 1204
        Miami, FL 33130
        Tel.: (305) 536-7285
        Fax: (305) 536-7360

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2012 a true and correct copy of the Notice of Cancellation of Taking Deposition Duces Tecum was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of Notice of Cancellation of Cross Notice of Deposition Duces Tecum were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

| | |
|---|---|
| Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131 |

        Donald F. Walton
        United States Trustee
        Region 21


By:_____/s/_____
      Steven D. Schneiderman
      Trial Attorney
      United States Department of Justice
      Office of the United States Trustee
      51 S.W. First Ave.
      Suite 1204
      Miami, FL 33130
      Tel.: (305) 536-7285
       Fax: (305) 536-7360