UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Chapter 11

                                                                                     Case No. 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,          Jointly Administered
*et al.*,

        Debtors.

_____/

**JOINT MOTION FOR STATUS CONFERENCE, TO ABATE HEARING ON UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE [ECF NO. 229, AND FOR RELATED RELIEF**

      The Debtors, **TOWN CENTER AT DORAL, LLC; LANDMARK AT DORAL EAST, LLC; LANDMARK AT DORAL SOUTH, LLC; LANDMARK CLUB AT DORAL, LLC**; and **LANDMARK AT DORAL DEVELOPERS, LLC**, (collectively, the "**Debtors**") and Creditors/Parties-in-Interest, **LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT**, a local unit of special-purpose government, **U.S. BANK NATIONAL ASSOCIATION**, solely as indenture trustee with regard to the Bonds and under the Indenture and **FLORIDA PRIME HOLDINGS LLC** (collectively, the "**Creditors/Parties-in-Interest**"), **TERRA LANDMARK, LLC** ("**Terra**"); and the Official Committee of Unsecured Creditors (the "**Committee**") (collectively, the Debtors, the Creditors/Parties-in-Interest, Terra and the Committee are referred to as the "**Moving Parties**"), though their respective counsel, respectfully request the entry of an order setting a status conference in this matter for Friday, March 2, 2012, for the purposes described below. In support of this motion, the Moving Parties state:

      1.    The Moving Parties have reached an agreement to globally resolve the matters raised by, *inter alia*, the Debtors' First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code [ECF No. 219], the Joint Plan of Reorganization by Landmark at Doral

1

Community Development District, U.S. Bank National Association, as Indenture Trustee and Florida Prime Holdings, LLC [ECF No. 213] and Motion to Convert or Dismiss Chapter 11 Cases for Bad Faith Filings [ECF No. 181], subject to documentation and Bankruptcy Court approval following the filing of a motion to approve such settlement pursuant to FRBP 9019.

2. The terms of that agreement have been set forth in a written Term Sheet which has been agreed to and is in the process of being executed by the Moving Parties. The form of the Term Sheet which is being circulated for execution is attached to this motion as Exhibit "A".

3. The Moving Parties request a status conference to advise the Court and all other parties regarding the settlement terms and conditions, and to seek guidance from the Court on further hearings in these bankruptcy cases, including all pending matters set for hearing on March 5, 2012 at 10:00 am.

4. Pursuant to the Term Sheet, and in light of the proposed settlement set forth in the Term Sheet, the Moving Parties also jointly request that the Court abate the Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee [ECF No. 229], and all deadlines, including deadlines regarding discovery related thereto, until the confirmation hearing to be held in these cases.

WHEREFORE, the Debtors, , **TOWN CENTER AT DORAL, LLC; LANDMARK AT DORAL EAST, LLC; LANDMARK AT DORAL SOUTH, LLC; LANDMARK CLUB AT DORAL, LLC**; and **LANDMARK AT DORAL DEVELOPERS, LLC**, and Creditors/Parties-in-Interest, **LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT**, a local unit of special-purpose government, **U.S. BANK NATIONAL ASSOCIATION**, solely as indenture trustee with regard to the Bonds and under the Indenture and **FLORIDA PRIME HOLDINGS LLC**; **TERRA LANDMARK, LLC**; and the Official Committee of Unsecured Creditors respectfully request the entry of an order setting a status conference in this matter for Friday, March 2, 2012 to:

(a) advise the Court of the terms and conditions of the proposed settlement between the Moving Parties;

(b) seek guidance from the Court on further hearings in these bankruptcy cases, including all pending matters set for hearing on March 5, 2012 at 10:00 am.;

(c) consider abating the Motion of the United States Trustee for an Order Directing the Appointment of a Chapter 11 Trustee [ECF No. 229], and all related deadlines, including deadlines regarding discovery; and

(d) address any other matters which the Court deems just and necessary.

Dated: February 29, 2012

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Counsel for the Debtors
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/ Mindy A. Mora
    Mindy A. Mora
    Florida Bar No. 678910
    mmora@bilzin.com
    Tara V. Trevorrow
    Florida Bar No. 0030959
    ttrevorrow@bilzin.com

**ARNSTEIN & LEHR LLP**
Counsel for Florida Prime Holdings, LL
200 South Biscayne Blvd., Suite 3600
Miami, Florida 33131
Telephone:    (305)374-3330
Facsimile:    (305)374-4744

By: /s/ Phillip M. Hudson III
    Florida Bar No. 01518743
    pmhudson@arnstein.com

**BERGER SINGERMAN LLP**
*Counsel for the Terra Landmark, LLC*
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:    /s/ Jordi Guso
    Jordi Guso
    Florida Bar: 0863580
    jguso@bergersingerman.com

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Attorneys for the Official Committee of Unsecured Creditors*
100 SE 2nd Ave, Suite 4400
Miami, Florida 33131
Tel: (305) 349-2300
Fax: (305) 349-2310

By:    /s/ Glenn D. Moses
    Glenn D. Moses, Esq.
    gmoses@gjb-law.com
    Florida Bar No. 174556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the following document were served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case as each document was entered on the docket, and (ii) via U.S. Mail (without exhibits)1 to those parties not registered to receive Notice of Electronic Filing in this case, on February 29, 2012 as indicated on the Service List attached hereto.

**SERVICE LIST**

*Via CM/ECF*
Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com; rkcummings@arnstein.com*
*jtunis@arnstein.com; hbabcock@arnstein.com*
*hpiloto@arnstein.com; akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com; thompsonc@gtlaw.com*
*mialitdock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com; laparicio@bilzin.com*
*cvarela@bilzin.com; eservice@bilzin.com*
*lflores@bilzin.com; abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com; gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*
**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130
*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*Debtor*

/s/Phillip M. Hudson III
Phillip M. Hudson III