**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                              Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,                    Chapter 11

               Debtors.                                   (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that true and correct copies of the following documents were

served via the Court's CM/ECF electronic transmission system on February 29, 2012, and via

electronic mail on March 1, 2012, upon all parties as set forth on the attached service list.

- *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena  Price & Axelrod LLP, General Bankruptcy Counsel to the Debtor-in-Possession* [ECF No. 254]

- *Notice of Hearing to Consider ([254] First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses)* [ECF No. 256]

Dated: March 1, 2012

                                     **BILZIN SUMBERG BAENA PRICE &**
                                     **AXELROD LLP**
                                     *Counsel for the Debtors*
                                     1450 Brickell Ave., Suite 2300
                                     Miami, FL 33131
                                     Telephone: (305) 374-7580
                                     Facsimile: (305) 374-7593

                             By: /s/  *Mindy A. Mora*
                                     Mindy A. Mora
                                     Fla. Bar No. 678910
                                     mmora@bilzin.com

**CM/ECF SERVICE LIST**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com
;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development
District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-
mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector

## ELECTRONIC MAIL SERVICE LIST

Steven Amster on behalf of Debtor, Town Center at Doral, LLC
samster@kodsilawfirm.com