**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:                                                          Chapter 11
                                                               Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,              Jointly Administered
*et al.,*
          Debtors.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Notice of Hearing on the Joint

Motion For Status Conference, to Abate Hearing on United States Trustee's Motion for an Order

Directing the Appointment of a Chapter 11 Trustee, and for Related Relief [ECF No. 260] was

served on March 1, 2012, via the Court's CM/ECF electronic mail notification system, electronic

mail, and/or U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached

service list.

          Dated: March 1, 2012.


                              **ARNSTEIN & LEHR LLP**
                              Attorneys for **Florida Prime Holdings, LLC**
                              200 South Biscayne Boulevard, Suite 3600
                              Miami, Florida  33131
                              Telephone:     305-374-3330
                              Facsimile:     305-374-4777
                              E-Mail:        pmhudson@arnstein.com


                              By:    /s/ Phillip M. Hudson III
                                     Phillip M. Hudson III
                                     Florida Bar No. 518743

## SERVICE LIST

*Via CM/ECF*
Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com; rkcummings@arnstein.com*
*jtunis@arnstein.com; hbabcock@arnstein.com*
*hpiloto@arnstein.com; akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com; thompsonc@gtlaw.com*
*mialitdock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com; laparicio@bilzin.com*
*cvarela@bilzin.com; eservice@bilzin.com*
*lflores@bilzin.com; abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com; gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*
**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130
*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*Debtor*