## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re:

TOWN CENTER AT DORAL, LLC.,
*et al.*
       Debtor.
_____/

Case No. 11-35884-BKC-RAM
Chapter 11
(JOINTLY ADMINISTERED)

## NOTICE OF APPEARANCE

YOU ARE NOTIFIED that the undersigned is appearing as counsel for FRANK ALTER and requests all papers, motions, pleadings, correspondence and other documents served in this matter be served on the undersigned.

I HEREBY CERTIFY that I am admitted to Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090(a).

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was filed via CM/ECF on this 1st day of March, 2012, and sent electronically via CM/ECF to all parties of record registered to receive electronic notifications.

**LAW OFFICES OF SCOTT ALAN ORTH, P.A.**
3880 Sheridan Street
Hollywood, FL  33021
305.757.3300 / 305.757.0071 Fax
scott@orthlawoffice.com
BY:   /s/ Scott A. Orth, Esq.
      SCOTT ALAN ORTH
      Florida Bar No. 436313