UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]         Case No. 11-35884-RAM
                                                                           (Jointly Administered)
　　　Debtors.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing NOTICE OF HEARING (CP #259) on the FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS (CP #257) was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached Master Service List on this 1st day of March, 2012.

Dated: March 1, 2012                          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**GENOVESE JOBLOVE & BATTISTA, P.A**.
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Committee of Unsecured Creditors*
　　　　　　　　　　　　　　　　　　　　　　　100 Southeast 2nd Street, 44th Floor
　　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 349-2300
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 349-2310

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Glenn D. Moses, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　　　Glenn D. Moses
　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 174556
　　　　　　　　　　　　　　　　　　　　　　　　　　gmoses@gjb-law.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Marilee A. Mark, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 725961
　　　　　　　　　　　　　　　　　　　　　　　　　　mmark@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#152                                              1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 11-35884-RAM<br>Southern District of Florida<br>Miami<br>Thu Mar  1 16:48:08 EST 2012 | AmT CADC Venture, LLC<br>c/o C. Craig Eller<br>Broad and Cassel<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401-5537 | Landmark Club at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| Landmark at Doral Community Development Dist<br>c/o Patricia A. Redmond<br>Stearns Weaver Miller<br>150 W Flagler St, #2200<br>Miami, FL 33130-1545 | Landmark at Doral Developers, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral East, LLC<br>c/o Steve Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| Landmark at Doral South, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Miami-Dade County Tax Collector<br>Miami-Dade County Bankruptcy Unit<br>c/o Alexis Gonzalez<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130-1561 | Terra Landmark, LLC<br>c/o Berger Singerman, LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-3453 |
| Town Center at Doral, L.L.C.<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | U.S. Bank National Association as Trustee<br>c/o John B. Hutton, Esq.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-2184 | AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401-5537 |
| Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020-1313 | BTI Bluegate FTCF LLC<br>200 South Park Road #301<br>Hollywood FL 33021-8349 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134-5199 |
| BTI Bluegate FTCF LLC.<br>201 Alhambra Circle, suite 601<br>Coral Gables, Fl 33134-5199 | Carla Pfeffer Revocable Trust<br>c/o Peter J. Frommer, Esq.<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd.,#1010<br>Fort Lauderdale, FL 33301-1866 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238-3006 |
| David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132-1556 | David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134-4417 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm , P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 |
| Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186-5582 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131-2132 |
| Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Finance Southern Co. & 1st National Bank of<br>5750 Sunset Drive<br>South Miami, Florida 33143-5332 |
| Frank & Carolyn Friedman<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler St.<br>Miami, FL 33135-1030 | Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180 | Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166-6704 |

| | | |
|---|---|---|
| Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | HD Investments<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135-1030 | Hilda Pico/ Ocean Bank<br>c/o Silvo Santana<br>780 NW Lejeune Road, 3rd Flr.<br>Miami, Florida 33126-5597 |
| Hill York Service Corp.<br>c/o William C. Davell, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza, Suite 2602<br>Fort Lauderdale, FL 33394-1702 | Joel A. Savitt, Esq.<br>Joel A. Savitt, P.A.<br>20801 Biscayne Blvd., Suite 506<br>Miami, FL 33180-1400 | Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 |
| Landmark at Doral Community<br>Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133-5408 | Landmark at Doral Community Development Dist<br>c/o Patricia A. Redmond, Esquire<br>Stearns Weaver Miller, et al.<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130-1545 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135-1030 |
| Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>& McGirney<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134-7211 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160-5559 | Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160-5559 |
| Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101-3701 | Miami-Dade County Tax Collector<br>Bankruptcy Unit<br>140 West Flagler Street, Suite 1407<br>Miami, Florida 33130-1561 | Miami-Dade Dept of Environmental<br>Resources Mgmt, Regulation Division<br>Attn:  Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136-3925 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693-0126 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404-4267 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433-4143 | Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33172-2808 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth, P.A.<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138-2345 |
| Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 | South Florida Water Mgmt District<br>Attn:  John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406-3007 | Steven R. Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>3rd Floor<br>Fort Lauderdale, FL 33309-2045 |
| Sunshine State Cert III, LLLP<br>and Bank United, Trustee<br>7900 Miami Lakes Dr. West<br>Hialeah, FL 33016-5816 | Sunshine State Cert III, LLLP & Bankunited,<br>7900 Miami Lakes Drive West<br>Miami Lakes, Florida 33016-5816 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130-1720 |
| U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176-2798 | Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Valle, Valle & Partners<br>194 Minorca Avenue<br>Miami, FL 33134-4510 |

| | | |
|---|---|---|
| Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186-5528 | Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071-2678 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131-3456 |
| Frank Alter<br>Law Office of Scott Alan Orth, P.A.<br>3880 Sheridan St<br>Hollywood, FL 33021-3634 | Glenn Moses<br>100 SE 2nd Street  44th floor<br>Miami, FL 33131-2100 | Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314-6526 |
| Mindy A. Mora Esq.<br>1450 Brickell Ave 23 Floor<br>Miami, FL 33131-3444 | Phillip M Hudson<br>200 S Biscayne Blvd #3600<br>Miami, FL 33131-2395 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditor Committee | (u)FLORIDA PRIME HOLDINGS, LLC | (du)Florida Prime Holdings, LLC |
| (u)Terra World Investments, LLC | (u)Miami | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients     5<br>Total                  72 |