**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., | Jointly Administered |
| *et al.,* | |
| Debtors. | |
| _____/ | |

## NOTICE OF UNAVAILABILITY

The undersigned counsel, **PHILLIP M. HUDSON III**, counsel for **FLORIDA PRIME HOLDINGS, LLC,** hereby gives notice to the Court and all concerned parties that he will be unavailable from **April 15 through and including April 25, 2012**, and therefore, requests that no hearings, trials, depositions, or other matters in this cause be scheduled for that time period.

Dated: March 2, 2012

Respectfully submitted,

**ARNSTEIN & LEHR LLP**
Attorneys for **Florida Prime Holdings, LLC**
200 South Biscayne Boulevard, Suite 3600
Miami, Florida  33131
Telephone:	305-374-3330
Facsimile:	305-374-4777
E-Mail:		pmhudson@arnstein.com

By:	/s/ Phillip M. Hudson III
	Phillip M. Hudson III
	Florida Bar No. 518743

10009925.1

Case No. 11-35884-RAM
Jointly Administered

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the following document were served as follows: (i) via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notice of Electronic Filing in this case as each document was entered on the docket, and (ii) via U.S. Mail to those parties not registered to receive Notice of Electronic Filing in this case, on March 2, 2012 as indicated on the Service List attached hereto.

/s/Phillip M. Hudson III
Phillip M. Hudson III

Case No. 11-35884-RAM
Jointly Administered

## SERVICE LIST

*Via CM/ECF*

Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com; rkcummings@arnstein.com*
*jtunis@arnstein.com; hbabcock@arnstein.com*
*hpiloto@arnstein.com; akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com; thompsonc@gtlaw.com*
*mialitdock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com; laparicio@bilzin.com*
*cvarela@bilzin.com; eservice@bilzin.com*
*lflores@bilzin.com; abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com; gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*


Melinda S Thornton

Case No. 11-35884-RAM
Jointly Administered

*cao.bkc@miamidade.gov*
Counsel for Miami-Dade County Tax Collector

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130
*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*Debtor*

10009925.1