UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Case No.: 11-35884-RAM
Chapter 7

In re:

TOWN CENTER AT DORAL, L.L.C.,

    Debtor.
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO APPOINT
A TRUSTEE, WITHOUT PREJUDICE**

    PLEASE TAKE NOTICE that the Office of the United States Trustee withdraws, without prejudice, the Motion By The United States Trustee For An Order Directing The Appointment Of A Chapter 11 Trustee filed on February 13, 2012 (DE#229) with the United States Bankruptcy Court.

    I hereby certify that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

    Donald Walton
United States Trustee
Region 21

/s/_____
Steven D. Schneiderman
Trial Attorney
Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 2, 2012, a true and correct copy of the Notice of Withdrawal of Motion to Appoint Trustee, without Prejudice was sent U.S. Mail, properly addressed and with correct postage to all parties listed below and electronically through CM/ECF as denoted by *:

 *Jere L. Earlywine jearlywine@hgslaw.com

 *C Craig Eller celler@broadandcassel.com

 *Jordi Guso jguso@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com

 *Phillip M. Hudson III pmhudson@arnstein.com,
  rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

 *John B. Hutton III huttonj@gtlaw.com,
  thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

 *Mindy A. Mora mmora@bilzin.com,
  laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

 *Glenn D Moses gmoses@gjb-law.com, gjbecf@gjb-law.com

 *Scott Alan Orth orthlaw@bellsouth.net, notices@orthlawoffice.com

 *Patricia A Redmond predmond@stearnsweaver.com,
  jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

 *Eric J Silver esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

 *Melinda S Thornton cao.bkc@miamidade.gov

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

**Town Center at Doral, L.L.C.**
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309

Donald Walton
United States Trustee
Region 21

/s/
Steven D. Schneiderman
Office of the United States Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130
Phone: (305) 536-7285