UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| Town Center at Doral, LLC, et al.,[1] | Chapter 11 |
| Debtors._____/ | (Jointly Administered) |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF
## CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

TOWN CENTER AT DORAL, LLC, LANDMARK AT DORAL EAST, LLC, LANDMARK AT DORAL SOUTH, LLC, LANDMARK AT DORAL DEVELOPERS, LLC, AND LANDMARK CLUB AT DORAL, LLC (the "Debtors"), by and through undersigned counsel, hereby withdraw the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [ECF No. 219] and the *Disclosure Statement Relating to First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [ECF No. 220] without prejudice pending confirmation of the Amended District Creditor Plan [as defined in Exhibit A to ECF No. 258] and sale of the subject real property at an auction.

Dated: March 5, 2012                        Respectfully submitted,

                                            BILZIN SUMBERG BAENA PRICE &
                                            AXELROD LLP
                                            *Attorneys for Debtors*
                                            1450 Brickell Ave, Suite 2300

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

        Miami, FL 33131
        Telephone:  (305) 374-7580
        Facsimile:  (305) 375-7593

By:   */s/ Mindy A. Mora*
        Mindy A. Mora
        Florida Bar No. 678910
        mmora@bilzin.com
        Tara V. Trevorrow
        Florida Bar No. 30959
        ttrevorrow@bilzin.com