UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.  11-35884-RAM

Town Center at Doral, LLC, et al.,[1]                           Chapter 11

             Debtors.                                           (Jointly Administered)
_____/

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEBTOR'S RENEWED MOTION TO VALUE COLLATERAL AND FOR COURT-APPOINTED VALUATION EXPERT PURSUANT TO FEDERAL RULE OF EVIDENCE 706

TOWN CENTER AT DORAL, LLC, LANDMARK AT DORAL EAST, LLC, LANDMARK AT DORAL SOUTH, LLC, LANDMARK AT DORAL DEVELOPERS, LLC, AND LANDMARK CLUB AT DORAL, LLC (the "Debtors"), by and through undersigned counsel, hereby withdraw the *Debtors' Renewed Motion to Value Collateral and for Court-Appointed Valuation Expert Pursuant to Federal Rule of Evidence 706* [ECF No. 185] without prejudice pending confirmation of the Amended District Creditor Plan [as defined in Exhibit A to ECF No. 258] and sale of the subject real property at an auction.

Dated:  March 5, 2012                    Respectfully submitted,

                                         BILZIN SUMBERG BAENA PRICE &
                                         AXELROD LLP
                                         *Attorneys for Debtors*
                                         1450 Brickell Ave, Suite 2300
                                         Miami, FL 33131
                                         Telephone:  (305) 374-7580

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

MIAMI 2950168.1 7945135741

2

Facsimile: (305) 375-7593

By: */s/ Mindy A. Mora*
      Mindy A. Mora
      Florida Bar No. 678910
      mmora@bilzin.com
      Tara V. Trevorrow
      Florida Bar No. 30959
      ttrevorrow@bilzin.com