

**ORDERED in the Southern District of Florida on March 23, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, *et al.,*

      Debtors.
_____/

Case No. 11-35884-BKC-RAM
Chapter 11

(Jointly Administered)

### SCHEDULING ORDER SETTING TIME TO AMEND PLAN AND DISCLOSURE STATEMENT OF INTERESTED PARTIES AND FILE BID PROCEDURES

By order dated February 9, 2012 [ECF No. 221] the Court scheduled a hearing on March 5, 2012, to consider approval of the District Creditor Plan [ECF No. 213] and Disclosure Statement [ECF No. 215] filed by: (a) Florida Prime Holdings, LLC, (b) Landmark at Doral Community Development District, and (c) Creditor U.S. Bank National Association as Trustee on February 8, 2012. The United States Trustee subsequently filed an objection to this Plan and

Case No. 11-35884-RAM

Disclosure Statement [ECF No. 248] on February 27, 2012. As announced on the record at the March 5, 2012 hearing it is -

**ORDERED** as follows:

1. On or before March 23, 2012 the plan proponents, (a) Florida Prime Holdings, LLC, (b) Landmark at Doral Community Development District, and (c) Creditor U.S. Bank National Association as Trustee shall file an amended Plan and Disclosure Statement.

2. On or before March 23, 2012 the plan proponents, (a) Florida Prime Holdings, LLC, (b) Landmark at Doral Community Development District, and (c) Creditor U.S. Bank National Association as Trustee shall file a motion to approve Bid Procedures for the sale of the property in conformance with section 363 of the code.

#     #     #

Submitted by:
Phillip M. Hudson III
200 South Biscayne Boulevard, Suite 3600
Miami, Florida 33131

Copies to:
Assistant U.S. Trustee and
all counsel or parties who have filed appearances