## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., | Jointly Administered |
| *et al.,* | |
|     Debtors. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Notice of Hearing on the Motion to Sell Debtor's Assets Free and Clear, Motion to Establish Procedures for Sale, Motion to Set a Hearing Date on Sale, Motion to Approve Form of Notice Filed by Interested Parties Florida Prime Holdings, LLC, Landmark at Doral Community Development District, Creditor U.S. Bank National Association as Trustee [ECF No. 283] was served on or before March 26, 2012, via the Court's CM/ECF electronic mail notification system, electronic mail, and/or U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list.

Dated: March 26, 2012.

        **ARNSTEIN & LEHR LLP**
        Attorneys for **Florida Prime Holdings, LLC**
        200 South Biscayne Boulevard, Suite 3600
        Miami, Florida  33131
        Telephone:    305-374-3330
        Facsimile:    305-374-4777
        E-Mail:    pmhudson@arnstein.com

    By:    /s/ Phillip M. Hudson III
            Phillip M. Hudson III
            Florida Bar No. 518743

## SERVICE LIST

*Via CM/ECF*
Jere L. Earlywine
*jearlywine@hgslaw.com*
*Counsel for Florida Prime Holdings, LLC*

C Craig Eller
*celler@broadandcassel.com*
*Counsel for AmT CADC Venture, LLC*

Jordi Guso
*jguso@bergersingerman.com*
*fsellers@bergersingerman.com*
*efile@bergersingerman.com*
*Counsel for Terra World Investments, LLC*

Phillip M. Hudson III
*pmhudson@arnstein.com; rkcummings@arnstein.com*
*jtunis@arnstein.com; hbabcock@arnstein.com*
*hpiloto@arnstein.com; akang@arnstein.com*
*befernandez@arnstein.com*
*Counsel for Florida Prime Holdings, LLC*

John B. Hutton III
*huttonj@gtlaw.com; thompsonc@gtlaw.com*
*mialitdock@gtlaw.com; miaecfbky@gtlaw.com*
*Counsel for U.S. Bank National Association as Trustee*

Mindy A. Mora
*mmora@bilzin.com; laparicio@bilzin.com*
*cvarela@bilzin.com; eservice@bilzin.com*
*lflores@bilzin.com; abeck@bilzin.com*
*Counsel for Landmark Club at Doral, LLC*

Glenn D Moses
*gmoses@gjb-law.com; gjbecf@gjb-law.com*
*Counsel for Committee Creditor Committee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Melinda S Thornton
*cao.bkc@miamidade.gov*
*Counsel for Miami-Dade County Tax Collector*
**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case, who will therefore be served via U.S. Mail.

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Daniel Y. Gielchinsky
1450 Brickell Ave #2300
Miami, FL 33131

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Steven D. Schneiderman
51 SW First Avenue
Suite 1204
Miami, FL 33130
*Attorney for U.S. Trustee's Office*

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309
*Debtor*