UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Miami Division**
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, L.L.C.,
*et al.*,
    Debtors.
_____/

Chapter 11
Case No. 11-35884-RAM
Jointly Administered

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Order (I) Setting Hearing to Consider Approval of the Amended Disclosure Statement, (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Serve Notice [ECF No. 286] was served on March 28, 2012, via the Court's CM/ECF electronic mail notification system, electronic mail, and/or U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list.

Dated: March 28, 2012.

        ARNSTEIN & LEHR LLP
        Attorneys for **Florida Prime Holdings, LLC**
        200 South Biscayne Boulevard, Suite 3600
        Miami, Florida 33131
        Telephone:    305-374-3330
        Facsimile:    305-374-4777
        E-Mail:    pmhudson@arnstein.com

By:    /s/ Phillip M. Hudson III
        Phillip M. Hudson III
        Florida Bar No. 518743

## TOWN CENTER AT DORAL, L.L.C., ET AL
### CREDITOR MATRIX

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
3880 Sheridan Street
Hollywood, FL 33021-3634

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440
Miami, FL 33131

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa  19101-7346

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

Sunshine State Cert III, LLLP and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

South Florida Water Mgmt District
Attn: John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

Office of the Attorney General
State of Florida
The Capitol, PL-01
Tallahassee, FL 32399-1050

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaze, Suite 2602
Fort Lauderdale, FL 33394

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

U.S. Army, Corps of Engineers
Attn: Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl  32314-6668

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL 33134

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238
**Returned Mail**

Via Email to samster@kodsilawfirm.com
Doral Building Group II, LLC
c/o Kodsi Law Firm P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166
**Returned Mail**

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180
**Returned Mail**

**Via CM/ECF**
Phillip M. Hudson III, Esq.
200 S. Biscayne Blvd., Suite 3600
Miami, FL 33131
pmhudson@arnstein.com

**Via CM/ECF**
Office Of The US Trustee
51 SW 1st Ave Ste 1204
Miami Fl 33130-1614
USTPRegion21.MM.ECF@usdoj.gov

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404

Via Email to samster@kodsilawfirm.com
Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Via Email to samster@kodsilawfirm.com
Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309

Y & T Plumbing Corp.
13985 SW 140th Street
Miami, FL 33186
**Returned Mail**

**Via CM/ECF**
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 S.e. 2nd Street, 44th Floor
Miami, FL 33131
gmoses@gjb-law.com

**Via CM/ECF**
Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL 33131
jguso@bergersingerman.com

**Via CM/ECF**
Melinda S Thornton, Esq.
Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101
cao.bkc@miamidade.gov

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL 33134

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn: Ms. JoAnne Clingerman
701 NW 1st Ct. Suite 400
Miami, FL 33136

Dual Temp Mechanical
13741 SW 139th Cr - 102
Miami, FL 33186
**Returned Mail**

Via Email to
samster@kodsilawfirm.com
Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309
Via Email to
samster@kodsilawfirm.com
Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309
**Via CM/ECF**
AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St, #500
West Palm Beach, FL 33401

**Via CM/ECF**
John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL 33131
jhutton@gtlaw.com

**Via CM/ECF**
Patricia A. Redmond, Esq.
Stearns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL 33130
predmond@stearnsweaver.com

Elya Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 SE 2nd Street, Suite 1600
Miami, FL 33131
**Returned Mail**

Sunshine State Cert III, LLLP & Bankunited
7900 Miami Lakes Drive West
Miami Lakes, FL  33016-5816

BTI Bluegate FTCP LLC
200 South Park Road #301
Hollywood, FL  33021-8349

BTI Bluegate FTCP, LLC
201 Alhambra Circle, Suite 601
Miami, FL  33134-5199

Carla Pfeffer Revocable Trust
c/9 Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd., #1010
Ft. Lauderdale, FL  33301-1866

Finance Southern Co. & 1st National Bank of
5750 Sunset Drive
South Miami, FL  33143-5332

Betty M. Shumener
550 South Hope Street, #2300
Los Angeles, CA 90071-2678

Daniel Y. Gielchinsky
1450 Brickell Avenue, #2300
Miami, FL  33131-3456

Glenn Moses
100 SE 2nd Street, 44th Floor
Miami, FL  33131-2100

Michael Ekert
119 S. Monroe Street, #300 (32301)
POB 6526
Tallahassee, FL  32314-6526

U.S. Securities and Exchange
  Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382