United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                              Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113C-1          User: howlane           Page 1 of 2              Date Rcvd: Mar 26, 2012
                              Form ID: CGFCRD3        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2012.
aty          +Phillip M Hudson,   200 S Biscayne Blvd #3600,   Miami, FL 33131-2395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2012**                    **Signature:**         _Joseph Speetjens_

```
District/off: 113C-1          User: howlane              Page 2 of 2                  Date Rcvd: Mar 26, 2012
                              Form ID: CGFCRD3           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2012 at the address(es) listed below:
          C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District
           esilver@stearnsweaver.com,
           mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
          Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
           gjbecf@gjb-law.com
          Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
           jearlywine@hgslaw.com
          John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
           huttonj@gtlaw.com,    thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi   Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
           fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
           laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
           District predmond@stearnsweaver.com,
           jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
          Phillip M. Hudson III    on behalf of Attorney   Phillip Hudson pmhudson@arnstein.com,
           rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com
          Scott Alan Orth    on behalf of Interested Party Frank Alter orthlaw@bellsouth.net,
           notices@orthlawoffice.com
          Steven D Schneiderman    on behalf of U.S. Trustee   Office of the US Trustee
           Steven.D.Schneiderman@usdoj.gov
                                                                                                 TOTAL: 13

Form CGFCRD3  (11/14/11)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11−35884−RAM

Chapter: 11

**In re:**

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309

EIN: 20−1991866

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **April 12, 2012** at **02:30 PM,** at the following location:

**Claude Pepper Federal Bldg
51 SW First Ave Room 1406
Miami FL 33130**

to consider the following:

**Motion to Sell Debtor's Assets Free and Clear , Motion to Establish Procedures for Sale, Motion Set a Hearing Date on Sale , Motion to Approve Form of Notice Filed by Interested Parties Florida Prime Holdings, LLC, Landmark at Doral Community Development District, Creditor U.S. Bank National Association as Trustee.**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON−EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

**Dated: 3/26/12**

**CLERK OF COURT**
By: Elaine Howlan
Courtroom Deputy