UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              CASE NO.:   11-35884-RAM

TOWN CENTER AT DORAL, LLC,                          Chapter 11
et al.
                                                    (Jointly Administered)
            Debtors.
_____/

### MIAMI-DADE COUNTY TAX COLLECTOR'S LIMITED RESPONSE TO PLAN PROPONENTS' MOTION FOR AUTHORITY TO (I) SELL ASSETS OUTSIDE OF ORDINARY COURSE OF BUSINESS, FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBERANCES, (II) ESTABLISH SALE PROCEDURES, (III) SET A HEARING DATE ON SALE, AND (IV) APPROVE FORM OF NOTICE AND SHORTENED NOTICE ALL IN CONNECTION WITH JOINT PLAN OF REORGANIZATION BY LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, AND FLORIDA PRIME HOLDINGS, LLC (ECF No. 280)

**MIAMI-DADE COUNTY TAX COLLECTOR** ("Tax Collector"), through undersigned counsel, files this limited response to the above-styled Motion ("Sale Procedures Motion") filed by the Plan Proponents:

1.      Prepetition real estate taxes for the 2011 tax year are owed to Tax Collector with respect to Debtors' property.[1]

---

[1] Real estate taxes for prior tax years are owed to various tax certificate holders. *See* Notice to Debtors of Additional Creditors (ECF No. 26).

1

2. Tax Collector has no objection to the provisions made in the Sale Procedures Motion for payment of these real estate taxes. Likewise, Tax Collector has no objection to the sale of the Debtors' property.

3. This response is filed in an abundance of caution, because the Sale Procedures Motion, in paragraph 16, includes in its description of the assets to be sold not only real property, but any "Improvements" and also any "Personal Property" (defined as "all fixtures, equipment, furnishings and items of personal property currently located on the Real Property....")

4. Tax Collector is not aware of any taxes owed with respect to any improvements on the real property and is not aware that there is any personal property located on the property. However, to the extent that there are improvements and personal property of the nature described, they are subject to assessment by the Miami-Dade County Property Appraiser ("Property Appraiser") pursuant to Florida law and to collection by the Tax Collector of any resulting taxes. Should taxes be owed in this regard, their payment would be secured by first priority liens pursuant to Section 197.122, Florida Statutes.

**WHEREFORE**, Tax Collector agrees to the Sale Procedures Motion, but wishes to put the Plan Proponents on notice of the possibility that taxable property might have escaped taxation and that Florida law gives the Property Appraiser the right to correct this omission. Tax Collector further requests that any Order entered with respect to the Sale Procedures Motion include the requirement that the Plan Proponents give an accounting to the Tax Collector of any taxable property in the nature of Improvements or Personal Property, as defined in the Motion.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(B)(3).

                                        Respectfully submitted,

                                        R. A. CUEVAS, JR.
                                        Miami-Dade County Attorney
                                        Stephen P. Clark Center
                                        111 N.W. 1st Street, Suite 2810
                                        Miami, FL  33128

                                        By:   /s/   Melinda S. Thornton
                                              Melinda S. Thornton
                                              Assistant County Attorney
                                              Florida Bar No. 261262
                                              Telephone:  (305) 375-5151
                                              Facsimile:   (305) 375-5611
                                              mst4@miamidade.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically upon all parties registered in this case to receive CM/ECF filing, and by mail upon: **PATRICIA REDMOND, ESQ.,** 150 West Flagler Street, Suite 2200, Miami, FL 33130, **JOHN B. HUTTON, III, ESQ.,** 333 Avenue of the Americas, Miami, FL 33131; **PHILLIP M. HUDSON, ESQ.,** 200 South Biscayne Boulevard, Suite 3600, Miami, FL 33131; **JORDI GUSO, ESQ.,** 1450 Brickell Avenue, Suite 1900, Miami, FL 33131; **MINDY A. MORA, ESQ.,** 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131; **GLENN D. MOSES, ESQ.,** 100 S.E. 2 Street, Suite 4400, Miami, FL 33131, **MICHAEL ECKERT, ESQ.,** 119 S. Monroe Street, #300, POB 6526, Tallahassee, FL 32314; and **STEVEN D. SCHNEIDERMAN, ASSISTANT UNITED STATES**

**TRUSTEE**, 1204 Claude D. Pepper Federal Building, 51 S.W. First Avenue, Miami, FL 33130, this 05th day of April, 2012.

By: /s/  Melinda S. Thornton
Melinda S. Thornton