

**ORDERED in the Southern District of Florida on April 18, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                  Case No. 11-35884-RAM

Town Center at Doral, LLC, et al.,[1]                                   Chapter 11

                    Debtors.                                            (Jointly Administered)
_____/

**ORDER CONTINUING HEARING ON FEE APPLICATIONS AND DIRECTING TERRA LANDMARK, LLC AND TERRA WORLD INVESTMENTS, LLC TO PROVIDE ACCOUNTING OF FEES AND EXPENSES**

THIS MATTER came before the Court on April 12, 2012 at 2:30 p.m. upon the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP, General Bankruptcy Counsel to the*

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

MIAMI 3020376.2 7945135741

*Debtors-in-Possession* [ECF No. 254] (the "First Bilzin Fee Application") and the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Committee of Unsecured Creditors* [ECF No. 257] (together with the First Bilzin Fee Application, the "Fee Applications"). The Court, having determined that (i) the Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper pursuant to 28 U.S.C. § 1408, and (iii) due and sufficient notice of the Fee Applications has been provided and that no other or further notice need be provided, it is

ORDERED as follows:

1. The hearing scheduled for April 12, 2012 at 2:30 p.m. to consider the Fee Applications shall be and hereby is CONTINUED.

2. A continued hearing (the "Fee Application Hearing") on the Fee Applications shall be held on June 18, 2012 at 2:00 p.m. at the United States Bankruptcy Court, 51 S.W. 1st Avenue, Room 1406, Miami, FL 33130.

3. Terra Landmark, LLC and Terra World Investments, LLC (collectively, "Terra") are hereby jointly directed to file an accounting (the "Accounting") of all fees and expenses paid and to be paid from the proceeds of the Postpetition Financing (as defined in ECF No. 103). The Accounting shall be filed and served on the Debtor, the Creditors Committee, the U.S. Trustee, the District, the Indenture Trustee and Florida Prime Holdings LLC within fourteen (14) days from the date of this Order, and shall include an itemization of all fees and expenses accrued or incurred by Terra since the inception of the Debtors' bankruptcy cases to be paid from the proceeds of the Postpetition Financing, and shall specify whether such fees and expenses have been paid or remain unpaid as of the date of this Order.

4. The notice of hearing provided by this Order is sufficient and no other or further notice of the Fee Application Hearing shall be required.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

* * *

Submitted by:
Mindy A. Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Copy furnished to:
Mindy A. Mora, Esq., who shall serve a copy of this order on all interested parties and file a certificate of service