UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  11-35884-RAM |
| Town Center at Doral, LLC, et al., | Chapter 11 |
| Debtors.                                    / | (Jointly Administered) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the Order Continuing Hearing on Fee Applications and Directing Terra Landmark, LLC and Terra World Investments, LLC to Provide Accounting of Fees and Expenses [ECF No. 297] were served via the Court's CM/ECF electronic mail notification system on April 19, 2012 and via electronic mail and/or U.S. Mail, Postage Prepaid, on April 20, 2012 upon all parties as set forth on the attached service list.

Dated:  April 20, 2012

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Counsel for the Debtors*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: /s/   *Mindy A. Mora*
     Mindy A. Mora
     Fla. Bar No. 678910
     mmora@bilzin.com

MIAMI 2925262.1 7945135741

**TOWN CENTER AT DORAL, L.L.C., ET AL**
**CREDITOR MATRIX**

Michael Eckert
119 S. Monroe Street #300 (32301)
POB 6526
Tallahassee, FL 32314

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL 33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL 33134

**RETURNED MAIL**
Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440
Miami, FL 33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL 33160

Ring Electric
9330 NW 13th Street #16
Miami, FL 33173

**VIA ELECTRONIC MAIL**
David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL 33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL 33134

U.S. Army, Corps of Engineers
Attn: Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL 33176

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

Hilda Pico/Ocean Bank
780 NW LeJeune Rd
3rd Floor
Miami, FL 33126

Florida Dept. Of Revenue
Bankruptcy Division
Po Box 6668
Tallahassee Fl 32314-6668

Internal Revenue Service Centralized
Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, Fl 33132

Department Of Labor And Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, Fl 32399 0648

Finance Southern Co.
8770 SW 72nd Street
#382
Miami, FL 33143

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433

Betty M Shumener
550 South Hope St #2300
Los Angeles, CA 90071

Eric Valle
c/o Valle & Valle
194 Minorca Avenue
Miami, FL 33134

South Florida Water Mgmt District
Attn: John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406

rank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135

Sunshine State Cert III, LLLP and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016

Office of the Attorney General
State of Florida
The Capitol, PL-01
Tallahassee, FL 32399-1050

Trans Florida Development Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St, Suite 900
Miami, FL 33130

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180

| | | |
|---|---|---|
| Landmark at Doral Community Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134 |
| Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept of Environmental Resources Mgmt, Regulation Division<br>Attn:  Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131<br>**Returned Mail** |
| **Via CM/ECF**<br>Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth<br>3880 Sheridan Street<br>Hollywood, FL 33021-3634<br>scott@orthlawoffice.com | **Via CM/ECF**<br>Jere L. Earlywine, Esq.<br>119 S. Monroe St. #300<br>Tallahassee, FL 32301<br>jearlywine@hgslaw.com | Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186<br>**Returned Mail** |
| Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238<br>**Returned Mail** | **Via Email to samster@kodsilawfirm.com**<br>Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via Email to samster@kodsilawfirm.com**<br>Town Center at Doral, L.L.C., et al<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| **Via Email to samster@kodsilawfirm.com**<br>Doral Building Group II, LLC<br>c/o Kodsi Law Firm P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via Email to samster@kodsilawfirm.com**<br>Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | **Via Email to samster@kodsilawfirm.com**<br>Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166<br>**Returned Mail** | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186<br>**Returned Mail** | **Via CM/ECF**<br>AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401 |
| Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180<br>**Returned Mail** | **Via CM/ECF**<br>Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.e. 2nd Street, 44th Floor<br>Miami, FL 33131<br>gmoses@gjb-law.com | **Via CM/ECF**<br>John B. Hutton III, Esq.<br>Greenberg Traurig<br>333 Ave. of the Americas #4400<br>Miami, FL 33131<br>jhutton@gtlaw.com |
| **Via CM/ECF**<br>Phillip M. Hudson III, Esq.<br>200 S. Bicayne Blvd., Suite 3600<br>Miami, Fl 33131<br>pmhudson@arnstein.com | **Via CM/ECF**<br>Jordi Guso, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd., #1000<br>Miami, FL 33131<br>jguso@bergersingerman.com | **Via CM/ECF**<br>Patricia A. Redmond, Esq.<br>Stearns Weaver Miller Weissler<br>150 West Flagler St., Suite 2200<br>Miami, FL 33130<br>predmond@stearnsweaver.com |
| **Via CM/ECF**<br>Office Of The Us Trustee<br>51 SW 1st Ave Ste 1204<br>Miami Fl  33130-1614<br>USTPRegion21.MM.ECF@usdoj.gov | **Via CM/ECF**<br>Melinda S Thornton, Esq.<br>Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101<br>cao.bkc@miamidade.gov | |