**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., | Jointly Administered |
| *et al.,* | |
|     Debtors. | |
| _____/ | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Order (I) Authorizing the Sale of the Debtors' Assets Outside of Ordinary Course of Business, Free and Clear of All Liens, Claims, and Encumbrances, (II) Establishing Sale Procedures, (III) Scheduling Sale and Sale Hearing Date, (IV) Approving Sale And Bid Procedures and Certain Bid Protections, and (V) Approving Form of Notice and Shortened Notice [ECF No. 298]; and the Sale Notice were served on April 24, 2012, via U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list.

Dated: April 24, 2012.

                                    **ARNSTEIN & LEHR LLP**
                                    Attorneys for **Florida Prime Holdings, LLC**
                                    200 South Biscayne Boulevard, Suite 3600
                                    Miami, Florida  33131
                                    Telephone:    305-374-3330
                                    Facsimile:     305-374-4777
                                    E-Mail:         pmhudson@arnstein.com

                              By:     /s/ Phillip M. Hudson III
                                    Phillip M. Hudson III
                                    Florida Bar No. 518743

SERVICE LIST – CASE NO. 11-35884-RAM

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
3880 Sheridan Street
Hollywood, FL  33021-3634

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440
Miami, FL  33131

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL  33132

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

Internal Revenue Service Centralized
Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Finance Southern Co.
8770 S.W. 72nd Street
#382
Miami, FL  33143

Valle & Valle Partners
194 Minorca Avenue
Miami, FL  33134

Sunshine State Cert III, LLLP and Bank
United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL  33016

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL  33135

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL  33133

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL  33020

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL  33160

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL  33134

Hilda Pico/Ocean Bank
c/o Silvo Santana
780 NW LeJeune Rd.
3rd Floor
Miami, FL  33126

United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL  33433

South Florida Water Mgmt District
Attn:  John Meyer
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL  33406

Office of the Attorney General
State of Florida
The Capitol,  PL-01
Tallahassee, FL  32399-1050

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL  33394

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL  33135

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL  33134

Ring Electric
9330 NW 13th Street #16
Miami, FL  33173

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL  33176

Florida Dept. of Revenue
Bankruptcy Division
P.O. Box 6668
Tallahassee, FL  32314-6668

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, FL  32399-0648

Eric Valle
Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL  33134

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL  33135

Trans Florida Department Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St., Suite 900
Miami, FL  33130

Joel A. Savitt, Esq.
Joel A. savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL  33180

Lorne E. Berkeley, Esq.
Daniels, Kashian, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL  33134

SERVICE LIST – CASE NO. 11-35884-RAM

| | | |
|---|---|---|
| Mark Finkelshtein<br>16047 Collins Avenue<br>Apt. # 602<br>North Miami Beach, FL 33160 | MFEB I, LLC<br>16047 Collins Avenue<br>Apt. # 602<br>North Miami Beach, FL 33160 | Miami-Dade Dept. of Environmental<br>Resources Mgmt, Regulation Division<br>Attn: Ms. JoAnne Clingerman<br>701 N.W. 1st Ct., Suite 400<br>Miami, FL 33136 |
| Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404 | Dual Temp Mechanical<br>13741 S.W. 139th Ct., 102<br>Miami, FL 33186 |
| Cooper Group I, LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238 | Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Town Center at Doral, L.L.C., et al<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Doral Building Group II, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 | Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309 |
| Garmon Construction Corp.<br>7315 N.W. 36th Street<br>Miami, FL 33166 | Y & T Plumbing Corp.<br>13985 S.W. 140th Street<br>Miami, FL 33186 | AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St., #500<br>West Palm Beach, FL 33401 |
| Frank Alter<br>Law Office of Scott Alan Orth, P.A.<br>3880 Sheridan Street<br>Hollywood, FL 33021-3634 | Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street, 44th Floor<br>Miami, FL 33131 | U.S. Bank National Association as Trustee<br>c/o John B. Hutton III, Esq.<br>Greenberg Traurig<br>333 Ave. of the Americas #4400<br>Miami, FL 33131 |
| Phillip M. Hudson III, Esq.<br>200 S. Biscayne Blvd., Suite 3600<br>Miami, FL 33131 | Jordi Guso, Esq.<br>Berger Singerman, P.A.<br>200 S. Biscayne Blvd., #1000<br>Miami, FL 33131 | Patricia A. Redmond, Esq.<br>Sterns Weaver Miller Weissler<br>150 West Flagler St., Suite 2200<br>Miami, FL 33130 |
| Office Of The US Trustee<br>51 S.W. 1st Ave., Suite 104<br>Miami, FL 33130-1614 | Melinda S. Thornton, Esq.<br>Miami Dade Tax Collector<br>P.O. Box 13701<br>Miami, FL 33101 | Elyn Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 S.E. 2nd Street, Suite 1600<br>Miami, FL 33131 |
| Sunshine State Cert III, LLLP & BankUnited<br>7900 Miami Lakes Drive West<br>Miami Lakes, FL 33016-5816 | BTI Bluegate FTCP LLC<br>200 South Park Road, #301<br>Hollywood, FL 33021-8349 | BTI Bluegate FTCP, LLC<br>201 Alhambra Circle, Suite 601<br>Miami, FL 33134-5199 |
| Carla Pfeffer Revocable Trust<br>c/o Peter J. Frommer, Esq.<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd., #1010<br>Ft. Lauderdale, FL 33301-1866 | Finance Southern Co. & First National Bank of<br>5750 Sunset Drive<br>South Miami, FL 33143-5332 | Betty M. Shumener<br>550 South Hope Street, #2300<br>Los Angeles, CA 90071-2678 |

SERVICE LIST – CASE NO. 11-35884-RAM

| | | |
|---|---|---|
| Daniel Y. Gielchinsky<br>1450 Brickell Avenue, #2300<br>Miami, FL  33131-3456 | Glenn Moss<br>100 S.E. 2nd Street, 44th Floor<br>Miami, FL  33131-2100 | Michael Ekert<br>119 S. Monroe Street, #300 (32301)<br>P.O. Box 6526<br>Tallahassee, FL  32314-6526 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA  30326-1382 | Diego Rodriguez (PB)<br>Principal<br>Empresas VRM<br>1390 South Dixie Highway, Suite 2213<br>Coral Gables, FL  33146 | Masoud Shojaee (PB)<br>Shoma Group<br>3470 NW 82nd Ave<br>Doral, FL 33122 |
| Standard Pacific (PB)<br>Michael DeBock<br>VP of Land Division<br>Standard Pacific of South Florida<br>3201 West Commercial Blvd. Suite 230<br>Fort Lauderdale Fl, 33309 | Paul J. Romanowski (PB)<br>Division President D.R. Horton, Inc. – America's Builder<br>1245 South Military Trail, Suite #100<br>Deerfield Beach, Florida 33442 | Michael J. Belmont (PB)<br>President - Florida<br>Minto Communities<br>10150 Highland Manor Drive  Suite 200<br>Tampa, Florida  33610-9712 |
| Rob Stiegele (PB)<br>Executive Vice President<br>Centerline Homes<br>825 Coral Ridge Drive<br>Coral Springs, FL 33071 | John K. Markey (PB)<br>President<br>JKM Developers<br>2701 N.W. Boca Raton Blvd Suite 103<br>Boca Raton, FL 33431 | George Banks (PB)<br>Managing Partner Priderock Capital Partners, LLC<br>625 N. Flagler Drive,  Suite 675<br>West Palm Beach,  FL 33401 |
| Matt Allen (PB)<br>Executive VP & COO<br>The Related Group<br>315 S. Biscayne Blvd.<br>Miami, FL 33131 | Jim Bavouset (PB)<br>Lennar<br>Regional VP Acquisitions<br>15550 Lightwave Drive Suite 210<br>Clearwater, FL 33760 | Jim Carr (PB)<br>Partner<br>CC Devco Homes<br>135 San Lorenzo Ave # 740<br>Coral Gables, FL 33146 |
| Sergio Pino (PB)<br>CEO<br>Century Home Builders<br>2301 NW 87th Ave # 600<br>Doral, Florida 33172 | Jeb Bush, Jr.(PB<br>Chief Operating Officer<br>Jeb Bush and Associates, LLC<br>1200 Anastasia Avenue – Suite 500<br>Coral Gables, FL 33134 | Larry Portnoy (PB)<br>Vice President<br>GL Homes<br>1600 Sawgrass Corporate Pkwy, Suite 400<br>Sunrise, FL  33323 |
| Mr. Igor Olenicoff (PB)<br>Stephen W. Jacoby, CPA<br>OLEN PROPERTIES CORP.<br>Seven Corporate Plaza<br>Newport Beach, CA 92660 | Landmark at Doral South, LLC<br>c/o Steven Amster, Esq.<br>Kodski Law Firm, P.A.<br>701 West Cypress Creek Road, Suite 303<br>Ft. Lauderdale, FL  33309-2045 | Landmark at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodski Law Firm, P.A.<br>701 West Cypress Creek Road, Suite 303<br>Ft. Lauderdale, FL  33309-2045 |
| Landmark at Doral Developers, LLC<br>c/o Steven Amster, Esq.<br>Kodski Law Firm, P.A.<br>701 West Cypress Creek Road, Suite 303<br>Ft. Lauderdale, FL  33309-2045 | Miami-Dade Tax Collector<br>Miami-Dade County Bankruptcy Unit<br>c/o Alexis Gonzalez<br>140 West Flagler Street, Suite 1403<br>Miami, FL  33130-1561 | Landmark Club at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodski Law Firm, P.A.<br>701 West Cypress Creek Road, Suite 303<br>Ft. Lauderdale, FL  33309-2045 |
| Landmark at Doral East, LLC<br>c/o Steven Amster, Esq.<br>Kodski Law Firm, P.A.<br>701 West Cypress Creek Road, Suite 303<br>Ft. Lauderdale, FL  33309-2045 | Terra Landmark, LLC<br>c/o Berger Singerman, LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL  33131 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238 |
| Landmark at Doral Community Development District<br>c/o Patricia A. Redmond, Esq.<br>Stearns Weaver Miller, et al.<br>150 West Flagler Street, Suite 2200<br>Miami, FL  33130 | Miami-Dade Tax Collector<br>Miami-Dade County Bankruptcy Unit<br>140 West Flagler Street, Suite 1407<br>Miami, FL  33130-1561 | Kodski Law Firm, P.A.<br>701 West Cypress Creek Road, Suite 303<br>Ft. Lauderdale, FL  33309-2045 |

SERVICE LIST – CASE NO. 11-35884-RAM

Steven R. Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Jere L. Earlywine, Esq.
119 S. Monroe Street, Suite 300
Tallahassee, FL  32301

Landmark Club at Doral, LLC
Mindy A. Mora, Esq.
1450 Brickell Avenue, 23rd Floor
Miami, FL  33131

Eric J. Silver
150 W. Flagler Street, #2200
Miami, FL  33130

Steven D. Schneiderman
Office of the U.S. Trustee
51 SW 1 Avenue, #1204
Miami, FL  33130

Peter Adrian (PB)
Adrian Homes
11970 SW64 Street
Miami, FL 33183

David Martin (PB)
COO
TERRA GROUP
2675 South Bayshore Drive
Coconut Grove, FL 33133

Landmark at Doral East, LLC
c/o Nick Wigoda
Vice President
Jones Lang LaSalle Americas, Inc.
1221 Brickell Avenue, 2nd Floor
Miami, FL  33131

Mike Christiansen (PB)
Mastriana & Christiansen PA
1500 North Federal Highway
Fort Lauderdale, FL 33304