UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et al.,          Case No. 11-35884-BKC-RAM
                                            Chapter 11 Case
               Debtor.                      (Jointly Administered)
_____/

### NOTICE OF FILING ACCOUNTING

TERRA LANDMARK, LLC and TERRA WORLD INVESTMENTS, LLC (collectively "TERRA"), by and through undersigned counsel, files an accounting of all fees and expenses paid or to be paid from the proceeds of Postpetition Financing (the "Accounting") in accordance with the *Order Continuing Hearing on Fee Applications and Directing Terra Landmark, LLC and Terra World Investments, LLC to Provide Accounting of Fees and* Expenses [ECF 297] entered on April 18, 2012.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system upon the Debtor, the Creditors Committee, the U.S. Trustee, Party Landmark at Doral Community Development District, Creditor U.S. Bank National Association as Trustee and Florida Prime Holdings LLC as listed below on the Electronic Mail Notice List on this 3rd day of May, 2012.

Dated:  May 3, 2012                    Respectfully submitted,
                                       BERGER SINGERMAN
                                       1450 Brickell Avenue, Suite 1900
                                       Miami, FL  33131
                                       Telephone:  (305) 755-9500
                                       Facsimile:  (305) 714-4340

                                       By:    /s/ Jordi Guso
                                              Jordi Guso
                                              Florida Bar No. 0863580
                                              jguso@bergersingerman.com

4337067-1

**BERGER SINGERMAN**
attorneys at law                       *Boca Raton   Fort Lauderdale   Miami   Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453  Telephone 305-755-9500  Facsimile 305-714-4340

**ELECTRONIC NOTICE LIST**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com
;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development
District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-
mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov



**BERGER SINGERMAN**
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453  Telephone 305-755-9500  Facsimile 305-714-4340

## Landmark Post Petition Invoices Paid by Terra

| Entity | Comment | Payment Made for Invoices Through Apr 18, 2012 | Payment Made for Invoices Apr 19 to May 3, 2012 | Invoices To Be Paid* | Total Paid or To Be Paid |
|---|---|---|---|---|---|
| Akerman | DIP Funder Legal | 25,861.71 | 0.00 | 25,861.71 | 51,723.42 |
| Berger Singerman | DIP Funder Legal | 138,349.93 | 0.00 | 1,398.24 | 139,748.17 |
| Bilzin | Debtor Legal | 105,194.86 | 100,000.00 | 203,386.38 | 408,581.24 |
| Fishkind & Associates | Feasibility Consultant | 40,000.00 | 55,000.00 | 0.00 | 95,000.00 |
| Genovese | Committee Legal | 17,861.34 | 32,138.66 | 0.00 | 50,000.00 |
| Debtors | Debtor Executive Professional | 23,325.47 | 0.00 | 0.00 | 23,325.47 |
| Debtors | Debtor Accounting Professional | 4,262.50 | 0.00 | 412.50 | 4,675.00 |
| Jorden Burt | DIP Funder Legal | 0.00 | 0.00 | 1,798.00 | 1,798.00 |
| US Trustee | US Trustee | 4,550.69 | 0.00 | 1,950.00 | 6,500.69 |
| Waronker & Rosen | Appraisal | 23,480.00 | 0.00 | 0.00 | 23,480.00 |
| Wells Fargo | Insurance | 11,492.26 | 0.00 | 0.00 | 11,492.26 |
| Total | | 394,378.76 | 187,138.66 | 234,806.83 | 816,324.25 |

*Does not include services to be billed after May 3, 2012