UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: } | CASE NUMBER |
| } | 11-35886 |
| Landmark at Doral South, LLC } | |
| } | |
| } | JUDGE    Robert A. Mark |
| DEBTOR } | |
| } | |
| } | CHAPTER 11 |

DEBTORS STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM    March 1, 2012    TO    March 31, 2012

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the Unites States Trustee and FRBP 2015.

Attorney for Debtor's Signature

Debtor's Mailing Address                          Attorney's Address
and Phone Number:                                 and Phone Number

701 W. Cypress Creek Road                         Bilzin Sumberg Baena Price & Axelrod LLP

Suite 303                                         1450 Brickell Avenue, 23rd Floor

Fort Lauderdale, Florida 33309                    Miami, Florida 33131-3456

954-771-6777                                      305-350-2414

Note: The original Monthly Operating  Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filled by the 20th day of
the following month.

Note: Even though all entites are jointly laible for Post Petition payables, they are being shown only on the Town Center at Doral
entity in order to prevent duplication.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING ___ March 1, 2012 ___ AND ENDING ___ March 31, 2012 ___

Name of Debtor: Landmark at Doral South, LLC          Case Number: 11-35886
Date of Petition: September 19, 2011

|  |  |  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | | 0.00 (a) | 0.00 (b) |
| 2. | **RECEIPTS:** | | | |
| | A. | Cash Sales | 0.00 | 0.00 |
| | | Minus: Cash Refunds (-) | 0.00 | 0.00 |
| | | Net Cash Sales | 0.00 | 0.00 |
| | B. | Accounts Receivable | 0.00 | 0.00 |
| | C. | Other Receipts (See MOR-3) | 0.00 | 650.00 |
| | | (If you receive rental income, you must attach a rent roll.) | | |
| 3 | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | | 0.00 | 650.00 |
| 4 | **TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | | 0.00 | 650.00 |
| 5 | **DISBURSEMENTS** | | | |
| | A. | Advertising | 0.00 | 0.00 |
| | B. | Bank Charges | 0.00 | 0.00 |
| | C. | Contract Labor | 0.00 | 0.00 |
| | D. | Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| | E. | Insurance | 0.00 | 0.00 |
| | F. | Inventory Payments (See Attach. 2) | 0.00 | 0.00 |
| | G. | Leases | 0.00 | 0.00 |
| | H. | Manufacturing Supplies | 0.00 | 0.00 |
| | I. | Office Supplies | 0.00 | 0.00 |
| | J. | Payroll-Net (See Attachment 4B) | 0.00 | 0.00 |
| | K. | Professional Fees (Accounting & Legal) | 0.00 | 0.00 |
| | L. | Rent | 0.00 | 0.00 |
| | M. | Repairs & Maintenance | 0.00 | 0.00 |
| | N. | Secured Creditor Payments (See Attach. 2) | 0.00 | 0.00 |
| | O. | Taxes Paid - Payroll (See Attachment 4C) | 0.00 | 0.00 |
| | P. | Taxes Paid - Sales & Use (See Attachment 4C) | 0.00 | 0.00 |
| | Q. | Taxes Paid - Other (See Attachment 4C) | 0.00 | 0.00 |
| | R. | Telephone | 0.00 | 0.00 |
| | S. | Travel & Entertainment | 0.00 | 0.00 |
| | T. | U.S. Trustee Quarterly Fees | 0.00 | 650.00 |
| | U. | Utilities | 0.00 | 0.00 |
| | V. | Vehicle Expenses | 0.00 | 0.00 |
| | W. | Other Operating Expenses (See MOR-3) | 0.00 | 0.00 |
| 6 | **TOTAL DISBURSEMENTS (Sum of 5A thru W)** | | 0.00 | 650.00 |
| 7 | **ENDING BALANCE (Line 4 Minus Line 6)** | | 0.00 | 0.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _9th_ day of _MAY_, _2012_

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipts and List Amounts of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Town Center At Doral Paid US Trustee Fees | | 325.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL OTHER RECEIPTS | 0.00 | 325.00 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 650.00 | Town Center at Doral | Paid US Trustee Fees | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL OTHER DISBURSEMENTS | 0.00 | 0.00 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statetment.**

MOR-3

## Balance Sheet as of March 31, 2012

|  | Landmark at Doral South, LLC |
|---|---|
| Total Assets |  |
| Assets |  |
|    Real Property | 6,621,975.00 |
|    Personal Property | 5,000,400.00 |
| Total Assets | 11,622,375.00 |
|  |  |
| Liabilities & Equity |  |
|   Creditors Holding Secured Claims |  |
|     AMT CADC Venture, LLC | 103,870,058.00 |
|     BTI Bluegate FTCF LLC | - |
|     Hilda Pico / Ocean Bank | 91,335.68 |
|     Finance Southern Co. | 116,675.61 |
|     Sunshine State Cert III, LLLP and Bank United, Trustee | - |
|     Landmark at Doral Community Development Development District | 14,530,487.70 |
|   Accounts Payable - Post Petition | - |
|   Town Center at Doral LLC | 650.00 |
|   Creditors Holding Unsecured Non Priority Claims | 14,986,201.34 |
|   Creditors Holding Unsecured Non Priority Claims-Disputed | 2,550,000.00 |
|   Total Liabilities | 136,145,408.33 |
|  |  |
|   Equity |  |
|    Retained Earnings | (124,523,033.33) |
|    Net Income | - |
|   Total Equity | (124,523,033.33) |
| Total Liabilities & Equity | 11,622,375.00 |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILATION AND AGING

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | | |
|---|---|---|---|
| Beginning of Month Balance | $ | 0.00 | (a) |
| PLUS: Current Month New Billings | $ | | |
| MINUS: Collection During the Month | $ | | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | | * |
| End of Month Balance | $ | 0.00 | (c) |

* For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

## POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $        - | $        - | $        - | $        - | $        - |

For any receivables in the "Over 90 Says" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility write-off, disputed amounts, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c ) These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | 0.00 (b) |

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 0.00 (a) | |
| PLUS: New Indebtedness Incurred This Month | $ 0.00 | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ 0.00 * | Paid by Town Center at Doral LLC |
| Ending Month Balance | $ 0.00 (c) | |

* For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you hav entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 0.00 (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b)( c) The total of line (b) must equal line ( c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSET REPORT**

| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
|---|---|---|---|
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:                                          $            0.00
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month                          $            0.00  (a)
        PLUS: Inventory Purchased During Month            $
        MINUS: Inventory used or Sold                         $
        PLUS/MINUS: Adjustments or Write-downs         $                  *
    Inventory Balance at End of Month                               $            0.00

METHOD OF COSTING INVENTORY: _____

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | = | Total Inventory |
|---|---|---|---|---|---|
| | | | | | 100% |

* Aging Percentages must equal 100%

[ ] Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                       _____  (B)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

**SEE BALANCE SHEET**

FIXED ASSET RECONCILATION:
    Fixed Asset Value at Beginning of Month                          $            0.00  (a)(b)
        MINUS: Depreciation Expense                            $
        PLUS: New Purchases                                       $
        PLUS/MINUS: Adjustments or Write-downs         $                  *
    Ending Monthly Balance                                               $            0.00

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

BRIEF DESCIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____

(a) This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.
(b)( c) Fair Market Value is the amount at which fied assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets munis accumulated depreciation and other adjustments.

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_into.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ OPERATING _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ 0.00 |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ 0.00 **(a) |

* Debit cards are used by _____

** If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $ _____ | Transferred to Payroll Account |
| $ _____ | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7)

MOR-7

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |
| NAME OF BANK: | | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | | | |
| PURPOSE OF ACCOUNT: | | OPERATNG | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                          0.00

**ATTACHMENT 4B**
**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A
standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | | |
|---|---|---|
| NAME OF BANK: | BRANCH: | |
| ACCOUNT NAME: | ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | PAYROLL | |

| | |
|---|---|
| Ending Balnce per Bank Statement | $ 0.00 |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits | $ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 0.00 **(a) |

* Debit cards must not be used on this account.

** If Closing Balance is negative, provide explanation:

_____

The following disbursements were paid in Cash:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7)

MOR-9

## ATTACHMENT 5B

## CHECK REGISTER - PAYROLL ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |
| NAME OF BANK: | | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | | | |
| PURPOSE OF ACCOUNT: | | PAYROLL | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL | | | | 0.00 |

MOR-10

**ATTACHMENT 4C**
**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | | | |
|---|---|---|---|
| NAME OF BANK: | | BRANCH: | |
| ACCOUNT NAME: | | ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | TAX | | |

| | | |
|---|---|---|
| Ending Balnce per Bank Statement | $ | 0.00 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 0.00 **(a) |

* Debit cards must not be used on this account.

** If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7)

MOR-11

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |
| NAME OF BANK: | | BRANCH: | |
| ACCOUNT NAME: | | ACCOUNT NUMBER: | |
| PURPOSE OF ACCOUNT: | | TAX | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                        0.00  (d)

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | (c ) |
| TOTAL | 0.00  (d) |

MOR-12

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of accouns statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | 0.00 (a) |

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| TOTAL | $ | 0.00 (b) | |

**For any Petty Cash Disbursement over $100 oer transaction, attach cople of receipts. If there are no receipts, provide an explanation** _____

_____
_____

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)          $          0.00 (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, line 7)

## ATTACHMENT 6

### MONTHLY TAX REPORT

| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
|---|---|---|---|

| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |
|---|---|---|---|

#### TAX OWED AND DUE

Report all unpaid post-petition taxes including Federal and State witholding FICA, State sales
tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 0.00 | | |

MOR-14

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

| | | | |
|---|---|---|---|
| Name of Debtor: | Landmark at Doral South, LLC | Case Number | 11-35886 |
| Reporting Period beginning | March 1, 2012 | Period Ending | March 31, 2012 |

Report all forms of compensation received or paid on behalf of the Officer of Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

---

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | 0 | 0 |

---

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occures during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Southern Cross Underwriters | 561-395-0711 | NN172160 | General Liability | 10/04/12 | 10/14/12 |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

[X]  Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies

MOR-15

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported
on this report, such as the sale of real estate (**attach closing statement**); (2) non-financial transactions, such as the
substitution of assets and collateral; (3) modifications to loan agreements; (4) change in senior management, etc.
Attach any relevant documents

The Debtors have withdrawn the *First Amended Joint Plan of Reorganization Under Chapter
11 of the Bankruptcy Code* [ECF No. 219] and the *Disclosure Statement Relating to First
Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [ECF No. 220]
without prejudice pending confirmation of the *Amended Joint Plan of Reorganization by
Landmark at Doral Community Development District, U.S. Bank National Association, as
Indenture Trustee, and Florida Prime Holdings, LLC* [ECF No. 281] (the "District Plan") and sale
(the "Sale") of substantially all of the Debtors' assets at an auction (the "Auction"). The Court
entered an order [ECF No. 298] (the "Sale Order") on April 20, 2012 authorizing the Sale. The
Auction is scheduled to occur on June 15, 2012, with a hearing to consider final approval of the
Sale scheduled on June 18, 2012 at 2:00 p.m. The Sale Order provides that the District Plan shall
be confirmed within fourteen (14) days before or after closing of the Sale.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before

N/A