**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 11-35884-RAM |
| TOWN CENTER AT DORAL, L.L.C., | Jointly Administered |
| *et al.,* | |
|     Debtors. | |
| _____/ | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that true and correct copies of the Order (I) Approving Amended Disclosure Statement, (II) Setting Hearing on Confirmation of Amended Plan, (III) Setting Hearing on Fee Applications, (IV) Setting Various Deadlines, and (V) Describing Plan Proponents Obligations [ECF No. 310]; and the Amended Disclosure Statement with relevant exhibits including the District Creditor Plan; and Ballot to classes of creditors allowed to vote were served on May 17, 2012, via U.S. First Class Mail, postage prepaid, upon all parties as set forth on the attached service list.

    Dated: May 17, 2012.

        **ARNSTEIN & LEHR LLP**
        Attorneys for **Florida Prime Holdings, LLC**
        200 South Biscayne Boulevard, Suite 3600
        Miami, Florida 33131
        Telephone:    305-374-3330
        Facsimile:     305-374-4777
        E-Mail:        pmhudson@arnstein.com

        By:    /s/ Phillip M. Hudson III
                  Phillip M. Hudson III
                Florida Bar No. 518743

SERVICE LIST – CASE NO. 11-35884-RAM

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
3880 Sheridan Street
Hollywood, FL  33021-3634

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL  33020

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL  33134

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440
Miami, FL  33131

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL  33160

Ring Electric
9330 NW 13th Street #16
Miami, FL  33173

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL  33132

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL  33134

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL  33176

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

Hilda Pico/Ocean Bank
c/o Silvo Santana
780 NW LeJeune Rd.
3rd Floor
Miami, FL  33126

Florida Dept. of Revenue
Bankruptcy Division
P.O. Box 6668
Tallahassee, FL  32314-6668

Internal Revenue Service Centralized
Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, FL  32399-0648

Finance Southern Co.
8770 S.W. 72nd Street
#382
Miami, FL  33143

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL  33433

Eric Valle
Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL  33134

Valle & Valle Partners
194 Minorca Avenue
Miami, FL  33134

South Florida Water Mgmt District
Attn:  John Meyer
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL  33406

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL  33135

Sunshine State Cert III, LLLP and Bank
United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL  33016

Office of the Attorney General
State of Florida
The Capitol,  PL-01
Tallahassee, FL  32399-1050

Trans Florida Department Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St., Suite 900
Miami, FL  33130

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL  33135

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL  33394

Joel A. Savitt, Esq.
Joel A. savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL  33180

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL  33133

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL  33135

Lorne E. Berkeley, Esq.
Daniels, Kashian, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL  33134

SERVICE LIST – CASE NO. 11-35884-RAM

Mark Finkelshtein
16047 Collins Avenue
Apt. # 602
North Miami Beach, FL 33160

MFEB I, LLC
16047 Collins Avenue
Apt. # 602
North Miami Beach, FL 33160

Miami-Dade Dept. of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 N.W. 1st Ct., Suite 400
Miami, FL  33136

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL  60693

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL  33404

Dual Temp Mechanical
13741 S.W. 139th Ct., 102
Miami, FL  33186

Cooper Group I, LLC
752 Pacific Street
Suite 180
Brooklyn, NY  11238

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Doral Building Group II, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Garmon Construction Corp.
7315 N.W. 36th Street
Miami, FL  33166

Y & T Plumbing Corp.
13985 S.W. 140th Street
Miami, FL  33186

AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St., #500
West Palm Beach, FL  33401

Frank Alter
Law Office of Scott Alan Orth, P.A.
3880 Sheridan Street
Hollywood, FL  33021-3634

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, 44th Floor
Miami, FL  33131

U.S. Bank National Association as Trustee
c/o John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL  33131

Phillip M. Hudson III, Esq.
200 S. Biscayne Blvd., Suite 3600
Miami, FL  33131

Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL  33131

Patricia A. Redmond, Esq.
Sterns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL  33130

Office Of The US Trustee
51 S.W. 1st Ave., Suite 104
Miami, FL  33130-1614

Melinda S. Thornton, Esq.
Miami Dade Tax Collector
P.O. Box 13701
Miami, FL  33101

Elyn Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 S.E. 2nd Street, Suite 1600
Miami, FL  33131

Sunshine State Cert III, LLLP & BankUnited
7900 Miami Lakes Drive West
Miami Lakes, FL  33016-5816

BTI Bluegate FTCP LLC
200 South Park Road, #301
Hollywood, FL  33021-8349

BTI Bluegate FTCP, LLC
201 Alhambra Circle, Suite 601
Miami, FL  33134-5199

Carla Pfeffer Revocable Trust
c/o Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd., #1010
Ft. Lauderdale, FL  33301-1866

Finance Southern Co. & First National Bank of
5750 Sunset Drive
South Miami, FL  33143-5332

Betty M. Shumener
550 South Hope Street, #2300
Los Angeles, CA  90071-2678

SERVICE LIST – CASE NO. 11-35884-RAM

Daniel Y. Gielchinsky
1450 Brickell Avenue, #2300
Miami, FL  33131-3456

Glenn Moss
100 S.E. 2nd Street, 44th Floor
Miami, FL  33131-2100

Michael Ekert
119 S. Monroe Street, #300 (32301)
P.O. Box 6526
Tallahassee, FL  32314-6526

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA  30326-1382

Landmark at Doral South, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Landmark at Doral, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Landmark at Doral Developers, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Miami-Dade Tax Collector
Miami-Dade County Bankruptcy Unit
c/o Alexis Gonzalez
140 West Flagler Street, Suite 1403
Miami, FL  33130-1561

Landmark Club at Doral, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Landmark at Doral East, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Terra Landmark, LLC
c/o Berger Singerman, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL  33131

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

Landmark at Doral Community Development District
c/o Patricia A. Redmond, Esq.
Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL  33130

Miami-Dade Tax Collector
Miami-Dade County Bankruptcy Unit
140 West Flagler Street, Suite 1407
Miami, FL  33130-1561

Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Steven R. Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Jere L. Earlywine, Esq.
119 S. Monroe Street, Suite 300
Tallahassee, FL  32301

Landmark Club at Doral, LLC
Mindy A. Mora, Esq.
1450 Brickell Avenue, 23rd Floor
Miami, FL  33131

Eric J. Silver
150 W. Flagler Street, #2200
Miami, FL  33130

Steven D. Schneiderman
Office of the U.S. Trustee
51 SW 1 Avenue, #1204
Miami, FL  33130

Landmark at Doral East, LLC
c/o Nick Wigoda
Vice President
Jones Lang LaSalle Americas, Inc.
1221 Brickell Avenue, 2nd Floor
Miami, FL  33131

City of Doral
City Attorney's Office
8300 NW 53rd Street, Suite 100
Doral, FL  33166