United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                        Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113C-1           User: cgrimm              Page 1 of 2              Date Rcvd: May 17, 2012
                               Form ID: pdf004           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2012.
db          +Town Center at Doral, L.L.C.,   c/o Steven Amster, Esq.,   Kodsi Law Firm, P.A.,
              701 W. Cypress Creek Road,   Suite 303,   Ft. Lauderdale, FL 33309-2045
aty         +Phillip M Hudson,   200 S Biscayne Blvd #3600,   Miami, FL 33131-2395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 113C-1             User: cgrimm               Page 2 of 2               Date Rcvd: May 17, 2012
                                 Form ID: pdf004            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2012 at the address(es) listed below:

          C Craig Eller    on behalf of Creditor    AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party    Landmark at Doral Community Development District esilver@stearnsweaver.com,
           mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
          Glenn D Moses    on behalf of Creditor Committee    Creditor Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
          Jere L. Earlywine    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC jearlywine@hgslaw.com
          John B. Hutton III    on behalf of Creditor    U.S. Bank National Association as Trustee huttonj@gtlaw.com,   thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi  Guso    on behalf of Creditor    Terra World Investments, LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton    on behalf of Creditor    Miami-Dade County Tax Collector cao.bkc@miamidade.gov
          Mindy A. Mora    on behalf of Debtor    Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party    Landmark at Doral Community Development District predmond@stearnsweaver.com,
           jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com
          Phillip M. Hudson III    on behalf of Attorney    Phillip Hudson pmhudson@arnstein.com, rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
          Scott Alan Orth    on behalf of Interested Party Frank Alter orthlaw@bellsouth.net, notices@orthlawoffice.com
          Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee Steven.D.Schneiderman@usdoj.gov

                                                                                                    TOTAL: 13

ORDERED in the Southern District of Florida on May 17, 2012



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                Case No. 11-35884-BKC-RAM
                                                      Chapter 11
TOWN CENTER AT DORAL, L.L.C., et al

_____Debtor_____/

## ORDER (I) APPROVING AMENDED DISCLOSURE STATEMENT;
## (II) SETTING HEARING ON CONFIRMATION OF AMENDED PLAN;
## (III) SETTING HEARING ON FEE APPLICATIONS;
## (IV) SETTING VARIOUS DEADLINES; AND
## (V) DESCRIBING PLAN PROPONENT'S OBLIGATIONS

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

____JUNE 18, 2012____ at ____2:00 PM____

LOCATION:
United States Bankruptcy Court
51 SOUTHWEST 1ST AVENUE, COURTROOM #1406
MIAMI, FLORIDA 33130

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, PLAN, AND BALLOT:

____MAY 18, 2012____ (31 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CLAIMS:

____MAY 18, 2012____ (31 days before Confirmation Hearing)

LF-32B (rev. 12/01/09)

DEADLINE FOR FEE APPLICATIONS:

    MAY 28, 2012     (21 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS:

    JUNE 4, 2012     (14 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CONFIRMATION:

    JUNE 4, 2012     (14 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

    JUNE 4, 2012     (14 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

    JUNE 13, 2012     (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

    JUNE 13, 2012     (three business days before Confirmation Hearing)

The court conducted a hearing on   MAY 15, 2012   to consider approval of the disclosure statement filed by LANDMARK AT DORAL COMMUNITY DEVELOPMENT DISTRICT, et al (the "plan proponent"). The court finds that the disclosure statement (as amended, if amendments were announced by the plan proponent or required by the court at the hearing) contains "adequate information" regarding the plan in accordance with 11 U.S.C. §1125(a). Therefore, pursuant to 11 U.S.C. §1125(b) and Bankruptcy Rule 3017(b), the disclosure statement is approved.

This order sets a hearing to consider confirmation of the plan ("confirmation hearing"), a hearing on fee applications and sets forth the deadlines and requirements relating to confirmation provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this court.

### 1. HEARING TO CONSIDER CONFIRMATION OF PLAN

The court has set a hearing to consider confirmation of the plan for the date and

time indicated above as "CONFIRMATION HEARING". The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

## 2. DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS". All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs. Fee applications shall be timely filed with the court and served (with all exhibits, including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or Examiner that has been appointed; and (v) the U.S. Trustee.

Fee applications will be set for hearing together with the confirmation hearing. The plan proponent shall serve notice of all fee applications pursuant to paragraph 6 below. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

## 3. DEADLINE FOR OBJECTIONS TO CONFIRMATION

The last day for filing and serving objections to confirmation of the plan is indicated above as "DEADLINE FOR OBJECTIONS TO CONFIRMATION". Objections to confirmation shall be filed with the court and served on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee.

**4.    DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN**

The last day for filing a ballot accepting or rejecting the plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN". All parties entitled to vote should receive a ballot from the plan proponent by U.S. Mail pursuant to paragraph 6(A) of this order. If you receive a ballot but your entire claim has been objected to, you will <u>not</u> have the right to vote until the objection is resolved, unless you request an order under Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

**5.    DEADLINE FOR OBJECTIONS TO CLAIMS**

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS". All objections to claims must be filed before this date unless the deadline is extended by further order.

**6.    PLAN PROPONENT'S OBLIGATIONS**

**(A)**    On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" the plan proponent shall serve a copy of this order, the approved disclosure statement (with all amendments, if amendments were announced by the plan proponent or required by the court at the disclosure hearing), and the plan on all creditors, all equity security holders, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). At the time of serving this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan", customized as required by Local Rule 3018-1 shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the plan. The

plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)** On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS", the plan proponent shall serve a notice of hearing of all fee applications, identifying each applicant and the amounts requested. The notice shall be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy and Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(C)** On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT", the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit". The "Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied. The "Confirmation Affidavit" should be prepared so that by reading it, the court can easily understand the significant terms of the plan and other material facts relating to confirmation of the plan. The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing without further notice including dismissal, conversion of the case to chapter 7, or the striking of the plan. The court will also consider dismissal or conversion at the confirmation hearing at the request

of any party or on the court's own motion.

    **7.**    [If debtor is an individual] the debtor shall file, on or before the date indicated above, the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns".

###