UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Town Center at Doral, L.L.C.,   Case No. 11-35884-RAM
et al.,
   Debtor.   Chapter 11
_____/

**BALLOT FOR ACCEPTING OR REJECTING
DISTRICT CREDITOR[1] PLAN OF REORGANIZATION**

**TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW**

The District Creditor Plan of Reorganization referred to in this Ballot can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the District Creditor Plan of Reorganization. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the District Creditor Plan of Reorganization if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

---

Name of Creditor: Rachel Bensimon

Amount of Claim $300,000   Class: 7

The undersigned, a creditor of the above-name Debtor in the unpaid principal amount stated above,

[X] Accepts        [ ] Rejects

the District Creditor Plan of Reorganization

---

Signed: _C. Bensim_

Print or Type Name: Rachel Bensimon

Title: _____

Name of Company: _____

Address: 7913 Tennyson Court
Boca Raton, FL 33433

---

[1] Plan Proponents are: Landmark at Doral Community Development District, U.S. Bank National Association, and Florida Prime Holdings, L.L.C.