## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:                                                          Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.*,[1]        Case No. 11-35884-RAM
                                                                (Jointly Administered)

       Debtors.

_____/

### SUMMARY OF SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | | |
|---|---|---|
| 1. | Name of Applicant: | *Glenn D. Moses, Esq. and the Law Firm of Genovese, Joblove & Battista, P.A.* |
| 2. | Role of Applicant: | *Counsel for The Official Committee of Unsecured Creditors* |
| 3. | Name of Certifying Professional: | *Glenn D. Moses, Esq.* |
| 4. | Date case filed: | *September 19, 2011* |
| 5. | Date of application for employment: | *October 28, 2011* |
| 6. | Date of order approving employment: | *November 28, 2011* |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | *N/A* |
| 8. | Date of this application: | *May 29, 2012* |
| 9. | Dates of services covered: | February 1, 2012 through May 25, 2012 |
| | **Fees...** | |
| 10. | Total fee requested for this period (from Exhibit 1):[2] | $49,263.50 |

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

[2] Pursuant to the Order Establishing Procedures Nunc Pro Tunc to the Petition Date to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (the "Interim Compensation Order")(D.E. 76), this fee application is for all fees and costs incurred from February 1, 2012 through May 25, 2012. For the period covered by this Application, GJB, in accordance with the Interim Compensation Order, has submitted one invoice to the Debtors from February 1, 2012 through February 28, 2012 (See History of Fees and Expenses for full details).

| 11. | Balance remaining in fee retainer account, not yet awarded: | $0.00 |
|---|---|---|
| 12. | Fees paid or advanced for this period, by other sources: | $0.00 |
| **13.** | **Net amount of fee requested for this period:** | $59,263.50 |
| | **Expenses...** | |
| 14. | Total expense reimbursement requested for this period: | $127.39 |
| 15. | Balance remaining in expense retainer account, not yet received: | $0.00 |
| 16. | Expenses paid or advanced for this period, by other sources: | $0.00 |
| **17.** | **Net amount of expense reimbursements requested for this period** | $127.39 |
| 18. | Gross award requested for this period (#10 + #14) | $59,390.89 |
| **19.** | **Net award requested for this period** (#13 + #17) | **$59,390.89** |

<u>History of Fees and Expenses</u>

| 1. Dates, sources, and amounts of retainers received: | | | |
|---|---|---|---|
| Date: N/A | Source: N/A | Amount: N/A | For fees and costs |
| 2. Dates, sources, and amounts of third party payments received: **N/A** | | | |
| Dates | Sources | Amounts | For fees or costs? |
| 3. Prior fee and expense awards[1]... | | | |
| 4. Date covered by First Interim Fee Application: October 20, 2011 through January 31, 2012 (ECF No. 257) | | | |
| 5. Amount of fees requested: $87,680.00 | | | |
| 6. Amount of expenses requested: $231.26 | | | |
| 7. Amount of fees awarded: $0.00 | | | |
| 8. Amount of expenses awarded: $0.00 | | | |

---

[1] The hearing on the First Interim Fee Application was continued to June 18, 2012 by the *Order Continuing Hearing on Fee Applications and Directing Terra Landmark, LLC and Terra World Investments, LLC to Provide Accounting of Fees and Expenses* (D.E. 297).

| **First Invoice for the period ending November  30, 2011** | |
|---|---|
| Dates covered by First Invoice: | October 20, 2011 through November 30, 2011 |
| Amount of fees requested: | $22,201.00 |
| Amount of expenses requested: | $58.50 |
| Amount of fees invoiced (80% of fees requested) (no objection filed): | $17,760.80 |
| Amount of expenses invoiced (no objection filed): | $58.50 |
| Amount of fees applied against the retainer: | N/A |
| Amount of expenses applied against the retainer: | N/A |
| Fees paid by Debtors, net of retainer: | $17,760.80 |
| Expenses paid by Debtors, net of retainer: | $58.50 |
| Date of payment by Debtors | 01/24/2012 |
| Portion of fees requested but not invoiced, which applicant wishes to defer to final fee application: | $4,440.20 |
| Portion of expenses requested but not invoiced, which applicant wishes to defer to final fee application: | $0.00 |

| **Second Invoice for the period ending December 31, 2011** | |
|---|---|
| Dates covered by Second Invoice: | **December 1, 2011 through December 31, 2011** |
| Amount of fees requested: | $26,658.00 |
| Amount of expenses requested: | $53.74 |
| Amount of fees invoiced (80% of fees requested) (no objection filed): | $21,326.40 |
| Amount of expenses invoiced (no objection filed): | $53.74 |
| Amount of fees applied against the retainer: | N/A |
| Amount of expenses applied against the retainer: | N/A |
| Fees paid by Debtors, net of retainer: | $21,326.40 |

| Expenses paid by Debtors, net of retainer: | $53.74 |
|---|---|
| Date of payment by Debtors | 04/24/2012 |
| Portion of fees requested but not invoiced, which applicant wishes to defer to final fee application: | $5,331.60 |
| Portion of expenses requested but not invoiced, which applicant wishes to defer to final fee application: | $0.00 |

| **Third Invoice for the period ending January 31, 2012** | |
|---|---|
| Dates covered by Third Invoice: | **January 1, 2012 through January 31, 2012** |
| Amount of fees requested: | $38,821.00 |
| Amount of expenses requested: | $119.02 |
| Amount of fees invoiced (80% of fees requested) (no objection filed): | $31,056.80 |
| Amount of expenses invoiced (no objection filed): | $119.02 |
| Amount of fees applied against the retainer: | N/A |
| Amount of expenses applied against the retainer: | N/A |
| Fees paid by Debtors, net of retainer: | $10,689.50 |
| Expenses paid by Debtors, net of retainer: | $119.02 |
| Date of payment by Debtors | 4/24/2012 |
| Portion of fees requested but not invoiced, which applicant wishes to defer to final fee application: | $7,764.20 |
| Portion of expenses requested but not invoiced, which applicant wishes to defer to final fee application: | $0.00 |

| **Fourth Invoice for the period ending February 28, 2012** | |
|---|---|
| Dates covered by Fourth Invoice: | **February 1, 2012 through February 28, 2012** |
| Amount of fees requested: | $22,352.00 |
| Amount of expenses requested: | $41.46 |
| Amount of fees invoiced (80% of fees requested) (no objection filed): | $17,881.60 |

| | |
|---|---|
| Amount of expenses invoiced (no objection filed): | $41.46 |
| Amount of fees applied against the retainer: | N/A |
| Amount of expenses applied against the retainer: | N/A |
| Fees paid by Debtors, net of retainer: | $0.00 |
| Expenses paid by Debtors, net of retainer: | $0.00 |
| Date of payment by Debtors | N/A |
| Portion of fees requested but not invoiced, which applicant wishes to defer to final fee application: | $4,470.40 |
| Portion of expenses requested but not invoiced, which applicant wishes to defer to final fee application: | $0.00 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:                                                    Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.*,[1]                 Case No. 11-35884-RAM
                                                          (Jointly Administered)

     Debtors.
_____/

## SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Glenn D. Moses, Esq. and the law firm of Genovese, Joblove & Battista, P.A. ("GJB" or the "Applicant"), having been approved by this Court as counsel for the Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC (collectively, the "Debtors"), and pursuant to the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (the "Interim Compensation Order")(D.E. 76), hereby applies for its second and final application for allowance of compensation for professional services rendered and reimbursement of expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B).  The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "*1-A*" and "*1-B*" - *Summary of Professional and Paraprofessional Time*.

Exhibit "*2*" - *Summary of Requested Reimbursements of Expenses*.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

Exhibit "*3*" - *The Applicant's complete time records, in chronological order, by activity code, category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.*

The Applicant believes that the requested fees in the amount of $49,263.50 for 112.40 hours worked are reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 554 F.2d 1291 (5th Circuit 1977).

**I.    RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

By Order entered on November 28, 2011 (D.E. 62), the Committee's retention of Genovese Joblove & Battista, P.A. was approved. GJB's compensation is conditioned on approval by this Court. On February 29, 2012, GJB filed its First Interim Fee Application (D.E. 257) seeking an award of fees in the amount of $87,680.00 and costs in the amount of $231.26 (the "First Fee Application"). The Court continued the hearing on the First Fee Application to June 18, 2012 (D.E. 297). GJB now submits this Application for a second and final award of professional fees and expenses incurred during the period from February 1, 2012 through May 25, 2012 (the "Application Period"). GJB seeks a second and final award of $49,263.50 in fees, plus reimbursement of expenses in the amount of $127.39. GJB also seeks a final award of the amount sought in the First Fee Application. Finally, GJB estimates that an additional $10,000.00 in fees and costs will be incurred through the Effective Date for which GJB will file a supplemental application prior to the final fee application hearing.

**II.    BACKGROUND**

On September 19, 2011, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  On October 20, 2011, the Office of the United States Trustee constituted and appointed the Committee (D.E. 31).

## III.    DESCRIPTION AND SUMMARY OF SERVICES PERFORMED

During the Application Period, GJB performed a variety of legal services necessary to the representation of the Committee in these Chapter 11 cases.  The specific services are set forth in detail in the billing statements attached hereto as Exhibit 3. In summary, the services performed by GJB during the Application Period included, but were not limited to: (i) negotiating the terms of a settlement term sheet with the CDD and the Debtors, (ii) negotiation the terms of the CDD's plan of reorganization and auction sale of the Debtors' property, including extensive review and revisions of the plan and sale documents and pleadings, (iii) negotiating the subordination of the CDD's deficiency-claim, which could exceed $40 million, (iv) review and attend to issues raised in connection with the U.S. Trustee's motion to convert or dismiss these proceedings, (v) meetings and calls with counsel and the Committee on the numerous issues involved in this case, (vi) preparing for and attending hearings on the various motions filed in this case, (vii) numerous communications with parties and constituents in these Chapter 11 cases.

There are various additional tasks performed by GJB that have not been set forth in detail in this narrative but that are set forth in the time entries attached hereto.

## IV.    INDEXING OF TASKS BY ACTIVITY CODES

As set forth in the various exhibits attached to this Application, GJB has organized its time records by activity codes in accordance with the Guidelines.  Accordingly, each of the time entries of the attorneys and paralegals of the Applicant has been indexed into one of the categories listed below.

**Asset Analysis and Recovery**: The investigation and analysis of the assets and claims available to the estate, as well as developing the potential methods to recover such assets and prosecute such claims for the benefit of the estate.

**Business Analysis:** Meeting and conference calls with financial advisors on issues pertaining to cash collateral; communications regarding Debtors' business plan.

**Business Operations**: DIP Operating issues.  Issues related to the Debtors' operating their business as debtors-in-possession in chapter 11, including vendor, claimants and related issues.

**Case Administration**: Coordination and compliance activities, including review of the Debtors' schedules and statement of financial affairs; general creditor inquiries; other tasks not otherwise indexed by activity code.

**Claims Administration and Objections**: Specific claim inquiries; analysis of claims; objections to claims; allowance of claims.

**Fee/Employment Applications**: Preparation of employment applications for professionals; related tasks. Preparation of Fee Applications.

**Fee/Employment Objections**: Review, consider and respond to employment objection; related tasks.

**Financing**: Matters pursuant to Sections 361, 363, 364 of the Bankruptcy Code, including cash collateral and other secured creditor issues; loan document analysis.

**Meeting of Creditors:** Prepare and attend the section 341 meeting of creditors.

**Plan and Disclosure Statement:** Addressing issues pertaining to a potential plan of reorganization.

**U.S. Trustee Reports:** Review of monthly operating reports and compliance with U.S. Trustee Guidelines.

**Creditor Committee Meetings:** Prepare for and attend several committee meetings regarding various issues in case

**General Litigation:** Review, prepare and attend to various litigation issues.

## V.    EVALUATION OF SERVICES RENDERED: FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by

the Applicant in connection with its representation of the Estate.  The recitals set forth in the

daily diaries attached hereto constitute only a summary of the time spent.  A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these cases.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees.  First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code.  Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981).  The twelve factors are:

1. The time and labor required;
2. The novelty and difficulty of the questions presented;
3. The skill required to perform the legal services properly;
4. The preclusion from other employment by the attorney due to acceptance of the case;
5. The customary fee for similar work in the community;
6. Whether the fee is fixed or contingent;
7. The time limitations imposed by the client or circumstances;
8. The amount involved and results obtained;
9. The experience, reputation and ability of the attorneys;
10. The undesirability of the case;
11. The nature and length of the professional relationship with the client; and
12. Awards in similar cases.

First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the total amount of $49,263.50.

    A.    Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the Committee during the period covered by this Application. The total number of hours expended (112.40) reveals the extensive time devoted to these matters by the Applicant. The average hourly rate for the Applicant during the period covered by this Application was $438.29.

Applicant has dealt with various legal issues which have arisen in these cases during the period covered by this Application. Consistently, Applicant obtained beneficial results which have preserved and obtained value for the estates.

B.    <u>Novelty and Difficulty of Questions Presented</u>.

These cases present certain novel and difficult issues that exceed a typical bankruptcy proceeding.

C.    <u>Skill Requisite to Perform Services Properly</u>.

In rendering services to the Committee, Applicant demonstrated substantial legal skill and expertise in the areas of bankruptcy, commercial and secured transactions, negotiation and litigation.

D.    <u>Preclusion from Other Employment by Attorney Due to Acceptance of Case</u>.

The Applicant's representation in this case did not preclude it from accepting other employment.

E.    <u>Customary Fee</u>.

The hourly rates of the Applicant set forth in the attached exhibits reflect the hourly rates the Applicant bills to its clients in other similar bankruptcy cases. This Court has approved these rates, as have other courts within and outside of this district, in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

F.    Whether Fee is Fixed or Contingent.

The Applicant's compensation in this matter is subject to approval of the Court and therefore contingent.  The Court should consider this factor, which militates in favor of a fee in the amount requested.  The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent, bankruptcy cases.

G.    Time Limitations Imposed by Client or Other Circumstances.

The circumstances of these cases typically imposed serious time constraints on the Applicant due to the necessity for rapid resolution of significant issues.

H.    Experience, Reputation and Ability of Attorneys.

The attorneys of Genovese Joblove & Battista, P.A. are experienced in matters of this kind and are well known to this Court.

I.    "Undesirability" of Case.

This case was not undesirable.  The Applicant is privileged to have the opportunity to represent the Committee and appear before the Court in this proceeding.

J.    Nature and Length of Professional Relationship with Client.

The Applicant's relationship with the Committee began with the commencement of this Chapter 11 case. Prior to the Applicant's engagement by the Committee in connection with these cases, the Applicant had no client relationship with the Committee.

K.    Awards in Similar Cases.

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity.  The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.  The fees requested

by the Applicant reflect a joint average hourly rate of approximately $438.29. Considering the results obtained in light of the contingent nature of the Applicant's employment, and the complexity of the issues addressed during the periods covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate. A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

**VI.    CONCLUSION**

GJB has performed extensive and valuable services for the Committee in these cases. For this reason and all of the reasons set forth in this Application, GJB requests a second and final award equal to $49,263.50, in fees and $127.39 in expenses. GJB also seeks a final award of the amount sought in the First Fee Application. Finally, GJB estimates that an additional $10,000.00 in fees and costs will be incurred through the Effective Date for which GJB will file a supplemental application prior to the final fee application hearing.

WHEREFORE, GJB respectfully requests the Court to enter an Order, on a final basis:

(A)    approving this Second and Final Fee Application on a final basis, for $49,263.50 in fees and $127.39 in expenses during the Application Period, and an additional $10,000.00 estimate for fees and costs through the Effective Date;

(B)    awarding GJB the fees and costs sought in the First Fee Application in the amount of $87,911.26 ($87,680.00 in fees and $231.26 in costs) on a final basis;

(C)    awarding GJB $10.000.00 in estimates fees and costs through the Effective Date (subject to the filing of a supplemental final fee application); and

(D)    granting such other and further relief as the Court deems appropriate.

Respectfully submitted: May 29, 2012    **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for the Committee of*
*Unsecured Creditors*
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

/s/ Glenn D. Moses
    Glenn D. Moses, Esq.
    gmoses@gjb-law.com
    Fla. Bar No. 174556

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was sent via electronic mail and/or first-class, U.S. Mail this 29th day of May, 2012 to all parties on the attached service list.

/s/    Glenn D. Moses
Glenn D. Moses

## CERTIFICATION

1.      I have been designated by Genovese, Joblove & Battista, P.A., (the "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements For Professionals In The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certificate and described in the Application.

5.      Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.      In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.      In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is

1

included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.     In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.     The debtor, the chairperson of each official committee (if any), the U.S. Trustee, the Appointed Examiner, and their respective counsels, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.     The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure:  None.

Dated: May 29, 2012

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for the Committee of Unsecured Creditors*


By:_____/s/ Glenn D. Moses, Esq._____
            Glenn D. Moses, Esq.

## Service List

**_Debtors_**
701 W. Cypress Creek Road, Suite 303
Fort Lauderdale, Florida, 33309
Attn: Isaac Kodsi

**_Counsel for Debtors_**
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Attn: Mindy A. Mora

**_U.S. Trustee_**
Steven D. Schneiderman, Esq.
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

**_Counsel to AmT CADC Venture, LLC_**
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL
33401, Attn: C. Craig Eller

**_Counsel to Landmark at Doral Community Development District_**
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2300
150 West Flagler Street
Miami, FL 33130
Attn: Patricia Redmond

**_Counsel to Florida Prime Holdings, LLC_**
Arnstein & Lehr LLP
200 South Biscayne Boulevard, Suite 3600
Miami, FL 33131
Attn: Phillip M. Hudson III

**_Counsel to U.S. Bank, N.A. as Indenture Trustee_**
Greenberg Traurig, P.A.
333 Avenue of the Americas
(S.E. 2d Avenue), Suite 4400
Miami, FL 33131
Attn: John B. Hutton

## EXHIBIT "1-A"

**Summary of Professional and Paraprofessional Time Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well.]

PROFESSIONALS:

| NAME | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| P – Glenn D. Moses | 1992 (NJ) 1999 (FL) | 91.50 | $495.00 | $45,292.50 |
| A – Marilee A. Mark | 2004 | 5.00 | $285.00 | $1,425.00 |
| **SUBTOTALS:** | | **96.50** | | **$46,717.50** |

**P = Partner;  A = Associate**

PARAPROFESSIONALS:

| NAME (Title) | Year Experience | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| PL - Milton Pacheco | 6 | 15.70 | $160.00 | $2,512.00 |
| PL – Glenda Gutstein | 10 | 0.20 | $170.00 | $34.00 |
| **SUBTOTALS** | | **15.90** | | **$2,546.00** |

**PL = Paralegal**

## TOTALS:

Total Professional and Paraprofessional Hours:  112.40
Average Hourly Rate:  $    438.29
Total Professional and Paraprofessional Fees:  $49,263.50

**EXHIBIT "1-B"**

**Summary of Professional And Paraprofessional Time By Activity Code Category**

**Exhibit 1-B**

# Genovese Joblove & Battista, P.A.

*Time Entries byTask Code and Employee Summary*

Print Date/Time:  5/29/2012  3:27:11PM
1

For <u>All</u> Employees
For Transactions from:  <u>2/1/2012</u>  through: <u>5/25/2012</u>
Clients: <u>10775</u> through: <u>10775</u>
Matters: <u>10775-001</u>  through: <u>10775-001</u>

| Client/Matter | Task | Atty | Hours | Amount |
|---|---|---|---|---|
| **10775 /  Official Comm. of Unsecured Creditors / Town Center at Doral** | | | | |
| **10775-001 / Official Comm. of Unsecured Creditors / Town Center at Doral** | | | | |
| | **001** | **Asset Analysis and Recovery** | | |
| | 0120 | Milton J Pacheco | 1.70 | 272.00 |
| **TOTAL TASK CODE  001** | | | **1.70** | **272.00** |
| | **002** | **Asset Disposition** | | |
| | 0024 | Glenn D Moses | 16.40 | 8,118.00 |
| **TOTAL TASK CODE  002** | | | **16.40** | **8,118.00** |
| | **005** | **Case Administration** | | |
| | 0024 | Glenn D Moses | 18.70 | 9,256.50 |
| | 0120 | Milton J Pacheco | 11.00 | 1,760.00 |
| | 0236 | Glenda  Gutstein | 0.20 | 34.00 |
| **TOTAL TASK CODE  005** | | | **29.90** | **11,050.50** |
| | **006** | **Claims Administration & Objections** | | |
| | 0024 | Glenn D Moses | 1.10 | 544.50 |
| **TOTAL TASK CODE  006** | | | **1.10** | **544.50** |
| | **011** | **Fee/Employment Applications** | | |
| | 0024 | Glenn D Moses | 1.70 | 841.50 |
| | 0120 | Milton J Pacheco | 3.00 | 480.00 |
| **TOTAL TASK CODE  011** | | | **4.70** | **1,321.50** |
| | **013** | **Financing** | | |
| | 0024 | Glenn D Moses | 0.70 | 346.50 |
| **TOTAL TASK CODE  013** | | | **0.70** | **346.50** |
| | **015** | **Plan and Disclosure Statement** | | |
| | 0024 | Glenn D Moses | 45.90 | 22,720.50 |
| | 0195 | Marilee A Mark | 0.60 | 171.00 |
| **TOTAL TASK CODE  015** | | | **46.50** | **22,891.50** |
| | **016** | **Preparation and Review - Reports Required by U.S. Trustee** | | |
| | 0024 | Glenn D Moses | 1.00 | 495.00 |
| **TOTAL TASK CODE  016** | | | **1.00** | **495.00** |
| | **018** | **Valuation** | | |
| | 0195 | Marilee A Mark | 4.40 | 1,254.00 |
| **TOTAL TASK CODE  018** | | | **4.40** | **1,254.00** |
| | **030** | **Creditor Committee Meetings** | | |
| | 0024 | Glenn D Moses | 6.00 | 2,970.00 |
| **TOTAL TASK CODE  030** | | | **6.00** | **2,970.00** |

*Time Entries byTask Code and Employee Summary*

Print Date/Time:  5/29/2012  3:27:11PM

2

For **All** Employees
For Transactions from:  **2/1/2012**  through: **5/25/2012**
Clients: **10775** through: **10775**
Matters: **10775-001**  through: **10775-001**

| Client/Matter | Task | Atty | Hours | Amount |
|---|---|---|---|---|
| **Report total** | | | **112.40** | **$49,263.50** |

**EXHIBIT "2"**
<u>Summary of Requested Reimbursement Of Expenses</u>
<u>for this Time Period Only</u>

| | | |
|---|---|---|
| 1. | Filing Fees | $0.00 |
| 2. | Process Service Fees | $0.00 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter & Transcripts | $0.00 |
| 5. | Lien and Title Searches | $0.00 |
| 6. | Photocopies (in-house copies) | $1.80 |
| 7. | Photocopies (outside copies and Certified Copies) | $0.00 |
| 8. | Postage | $28.95 |
| 9. | Overnight Delivery Charges | $0.00 |
| 10. | Outside Courier/Messenger Services | $0.00 |
| 11a. | Long Distance (a) Telephone Charges | $0.00 |
| 11b. | Long Distance (b) Conference Calls | $52.48 |
| 12. | Long Distance Fax Transmission @ $1.00/pg. | $0.00 |
| 13. | Computerized Research-Pacer | $44.16 |
| 14. | Out of Southern District of Florida Travel<br>    A.    Transportation<br>    B.    Lodging<br>    C.    Meals | $0.00 |
| 15. | Other (Not specifically disallowed; must specify and justify) | $0.00 |
| **TOTAL "GROSS" AMOUNT OF REQUESTED DISBURSEMENTS** | | $127.39 |

### *Genovese Joblove & Battista, P.A.*                    EXHIBIT "3"

100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300    Facsimile (305) 349-2310
Employer ID# 65-0518134

Official Comm. of Unsecured Creditors / Town Center at Doral                    March 15, 2012
,                                                                                Inv. # 68821
                                                                                 File # 10775-001

Re:  Official Comm. of Unsecured Creditors / Town Center at Doral

Statement for Services Rendered Through          Feb 28/12

| - - - Legal Fees - - - | | | | |
|---|---|---|---|---|

**001 / Asset Analysis and Recovery**

| 02/27/12 | MJP | Begin working on First Interim fee application | 1.70hr $160.00/hr | $272.00 |
|---|---|---|---|---|

**Total 001 / Asset Analysis and Recovery**                                  **1.70**        **$272.00**

**002 / Asset Disposition**

| 02/16/12 | GDM | Communications re: possible sale of real estate. | 0.30hr $495.00/hr | $148.50 |
|---|---|---|---|---|
| 02/28/12 | GDM | Call from M. Scheiner re: interest in property. | 0.20hr $495.00/hr | $99.00 |

**Total 002 / Asset Disposition**                                            **0.50**        **$247.50**

**005 / Case Administration**

| 02/02/12 | GDM | Review Terra default and reservation of rights letter; communications re: same (.30); communications and review re: various case issues (.50). | 0.80hr $495.00/hr | $396.00 |
|---|---|---|---|---|
| 02/07/12 | GDM | Call with C. Eller re: claim and Plan issues. | 0.30hr $495.00/hr | $148.50 |
| 02/09/12 | MJP | Download, review pleadings filed, review order setting hearing on disclosure statement filed by Creditor Parties; e-mail to/from G. Moses re: amended disclosure statement filed by the Debtor and Disclosure Statement filed by Creditor Parties | 1.20hr $160.00/hr | $192.00 |

| 02/10/12 | GDM | Review response to motion to dismiss, Kodsi and Martin affidavits and supporting documents; communications re: same. | 0.70hr $495.00/hr | $346.50 |
| 02/10/12 | GDM | Conference with counsel re: preparation of valuation hearing. | 0.40hr $495.00/hr | $198.00 |
| 02/10/12 | MJP | Prepare attorney for hearing on 2/13, conference with M. Mark re: same. | 1.00hr $160.00/hr | $160.00 |
| 02/13/12 | GDM | Several communications re: pending hearings and matters; discussions re: mediation and motion to compel (.80); calls with CDD counsel re: hearing and potential for mediation (.30); prepare counsel for hearing (.30); conference re: hearing outcome, next steps and Kodsi nondisclosure issue (.50). | 1.90hr $495.00/hr | $940.50 |
| 02/14/12 | GDM | Correspondence among parties re: potential for mediation (.30); review and communications re: motion to convert motion to appoint trustee and discovery (1.0). | 1.30hr $495.00/hr | $643.50 |
| 02/14/12 | MJP | Download, review pleadings filed, docket notice of hearing on Motion to Appoint Trustee Filed by U.S. Trustee, docket deadlines in order on motion to dismiss; Docket deadlines contained in order setting hearing on motion to value collateral | 0.80hr $160.00/hr | $128.00 |
| 02/15/12 | GDM | Correspondence re: depositions and hearings. | 0.20hr $495.00/hr | $99.00 |
| 02/16/12 | GDM | Correspondence re: depositions and discovery. | 0.20hr $495.00/hr | $99.00 |
| 02/16/12 | MJP | Download pleadings filed, docket Notice of Taking Deposition Duces Tecum of Brian Pearl; docket Notice of Taking Deposition Duces Tecum of David Martin; docket Notice of Taking Deposition Duces Tecum of Isaac Kodsi; Review docket deadlines in order setting evidentiary hearing on motion to convert. | 1.00hr $160.00/hr | $160.00 |
| 02/17/12 | MJP | Docket 3 cross notices by US Trustee's office of Brian Pearl, Isaac Kodsi and David Martin | 0.60hr $160.00/hr | $96.00 |
| 02/22/12 | GDM | Conference re: depositions and case status. | 0.40hr $495.00/hr | $198.00 |
| 02/23/12 | GDM | Several follow up communications re: CDD proposal. | 0.50hr $495.00/hr | $247.50 |
| 02/23/12 | GDM | Review CDD response re: motion to convert/dismiss; communications re: same. | 0.50hr $495.00/hr | $247.50 |
| 02/23/12 | MJP | Docket Agreed Notice of Taking Deposition Duces Tecum of Anthony V. Alfieri | 0.30hr $160.00/hr | $48.00 |
| 02/24/12 | GDM | Calls with J. Guso. | 0.30hr $495.00/hr | $148.50 |

*Official Comm. of Unsecured Creditors / Town Center at Doral*    File # 10775-001
**10775-001**    Inv. # 68821

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/24/12 | GDM | Conference re: case update and pending issues (.30); correspondence with creditor re: case posture (.20); follow up call with J. Guso re: settlement negotiations with CDD; communications with Committee (.40). | 0.90hr<br>$495.00/hr | $445.50 |
| 02/27/12 | GDM | Call with C. Eller re: case update and negotiations (.30); several follow up calls and communications re: term sheet and negotiations (.80). | 1.10hr<br>$495.00/hr | $544.50 |
| 02/27/12 | GDM | Call with P. Hudson; call with M. Mora. | 0.30hr<br>$495.00/hr | $148.50 |
| 02/27/12 | MJP | E-mail to/from G. Moses and M. Mark re: depositions on 2/27 | 0.30hr<br>$160.00/hr | $48.00 |
| 02/28/12 | GDM | Review and comment on revised term sheet. | 0.40hr<br>$495.00/hr | $198.00 |
| 02/28/12 | GDM | Correspondence re: current status and deferment of discovery. | 0.20hr<br>$495.00/hr | $99.00 |
| **Total 005 / Case Administration** | | | **15.60** | **$5,980.00** |

**006 / Claims Administration & Objections**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/07/12 | GDM | Further review re: claims. | 0.30hr<br>$495.00/hr | $148.50 |
| 02/10/12 | GDM | Review and comment on CDD's objection to motion to value collateral. | 0.50hr<br>$495.00/hr | $247.50 |
| 02/14/12 | GDM | Review pleadings re: valuation and correspondence re: same. | 0.30hr<br>$495.00/hr | $148.50 |
| **Total 006 / Claims Administration & Objections** | | | **1.10** | **$544.50** |

**011 / Fee/Employment Applications**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/28/12 | MJP | Finalize first interim fee app., email to G. Moses re: same | 2.00hr<br>$160.00/hr | $320.00 |
| **Total 011 / Fee/Employment Applications** | | | **2.00** | **$320.00** |

**015 / Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/01/12 | GDM | Call with T. Trevorrow re: Plan issues (.30); correspondence re: creditor trust agreement (.30); correspondence re: potential Plan issues (.20). | 0.80hr<br>$495.00/hr | $396.00 |
| 02/02/12 | GDM | Correspondence re: competing Plan. | 0.30hr<br>$495.00/hr | $148.50 |
| 02/02/12 | GDM | Call with interested party re: Plan and competitive process. | 0.30hr<br>$495.00/hr | $148.50 |

*Official Comm. of Unsecured Creditors / Town Center at Doral*
**10775-001**

File # 10775-001
Inv. # 68821

| 02/02/12 | GDM | Call with C. Eller re: competing Plan issues. | 0.30hr $495.00/hr | $148.50 |
|---|---|---|---|---|
| 02/03/12 | GDM | Call with J. Guso re: Plan and negotiations (.30); correspondence re: settlement negotiations (.30); further communications re: Terra negotiations and Plan issues (.40). | 1.00hr $495.00/hr | $495.00 |
| 02/04/12 | GDM | Several communications re: Terra settlement proposal. | 0.50hr $495.00/hr | $247.50 |
| 02/06/12 | GDM | Settlement communications re: Terra Plan. | 0.50hr $495.00/hr | $247.50 |
| 02/07/12 | GDM | Call with potential interested party (.20); call re: potential competing Plan (.20); communications re: Plan negotiations (.30). | 0.70hr $495.00/hr | $346.50 |
| 02/08/12 | GDM | Call and communications with Debtor and Terra re: Amended Plan. | 0.40hr $495.00/hr | $198.00 |
| 02/08/12 | GDM | Review amended Plan and disclosure statement circulated by Debtors; provide comments; communications re: same. | 2.00hr $495.00/hr | $990.00 |
| 02/09/12 | GDM | Examination and review of competing Plans and supporting pleadings; several communications and calls re: same. | 4.00hr $495.00/hr | $1,980.00 |
| 02/10/12 | GDM | Communications re: competing Plans. | 0.50hr $495.00/hr | $247.50 |
| 02/10/12 | GDM | Communications with M. Mora re: possible mediation. | 0.20hr $495.00/hr | $99.00 |
| 02/21/12 | MAM | Interoffice Communications with G. Moses regarding Depositions relating to Hearing on Motion to Dismiss or Convert and Disclosure Statements. | 0.30hr $285.00/hr | $85.50 |
| 02/23/12 | GDM | Call with J. Guso re: current state of affairs; Terra and CDD Plans; communications re: same (.50); conference call with Guso and Hudson re: settlement negotiations (.30); follow up call with J. Guso re: settlement proposal (.30). | 1.10hr $495.00/hr | $544.50 |
| 02/23/12 | GDM | Review and consider issues re: competing Plan and outline objections to respective disclosure statements. | 2.20hr $495.00/hr | $1,089.00 |
| 02/23/12 | GDM | Follow up calls re: settlement negotiations. | 0.60hr $495.00/hr | $297.00 |
| 02/24/12 | GDM | Several communications re: Plan and settlement proposals and terms. | 1.30hr $495.00/hr | $643.50 |
| 02/24/12 | GDM | Attend to issues re: Plan proposal and settlement negotiations. | 0.80hr $495.00/hr | $396.00 |
| 02/24/12 | MAM | Conference with G. Moses regarding Plan Settlement Negotiations with Community Development District and Related Case Issues. | 0.30hr $285.00/hr | $85.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/25/12 | GDM | Review, comment on and revise draft Plan term sheet (1.0); correspondence with counsel re: Plan term sheet (.20). | 1.20hr $495.00/hr | $594.00 |
| 02/27/12 | GDM | Review amended term sheet; communications re: same (.40); correspondence re: amended Plan and disclosure statement (.30); correspondence re: extending deadline for objections (.10); review Miami-Dade objections to disclosure statements (.10); several calls and communications re: CDD settlement (.80); revise term sheet and correspondence re: same (.40); several follow up calls and emails re: settlement negotiations (.60). | 2.70hr $495.00/hr | $1,336.50 |
| 02/28/12 | GDM | Review additional terms and revisions to Plan term sheet and communications re: same; calls with parties re: terms and revisions; correspondence re: same. | 1.20hr $495.00/hr | $594.00 |
| 02/28/12 | GDM | Review UST objection to CDD disclosure statement. | 0.40hr $495.00/hr | $198.00 |

**Total 015 / Plan and Disclosure Statement**      **23.60**      **$11,556.00**

**016 / Preparation and Review - Reports Required by U.S. Trustee**

| 02/13/12 | GDM | Call with S. Schneiderman re: Kodsi issues. | 0.30hr $495.00/hr | $148.50 |
| 02/27/12 | GDM | Call with U.S. Trustee re: Plan and settlement. | 0.20hr $495.00/hr | $99.00 |

**Total 016 / Preparation and Review - Reports Required by U.S. Trustee**    **0.50**    **$247.50**

**018 / Valuation**

| 02/08/12 | MAM | Review of Joint Objection to Debtors' Renewed Motion to Value Collateral. | 0.30hr $285.00/hr | $85.50 |
| 02/10/12 | MAM | Conference with G. Moses regarding Hearing on Debtors' Renewed Motion to Value Collateral and Related Issues and Case Strategy Issues; Review of Debtors' Renewed Motion to Value Collateral and Objections Thereto. | 0.80hr $285.00/hr | $228.00 |
| 02/13/12 | MAM | Preparation for, Attendance at, and Follow Up with G. Moses regarding Hearing on Debtors' Renewed Motion to Value Collateral and Related Issues. | 3.30hr $285.00/hr | $940.50 |

**Total 018 / Valuation**      **4.40**      **$1,254.00**

**030 / Creditor Committee Meetings**

| 02/03/12 | GDM | Committee communications re: Plan issues. | 0.40hr $495.00/hr | $198.00 |
| 02/09/12 | GDM | Correspondence with Committee re: competing Plans and analysis. | 0.50hr $495.00/hr | $247.50 |

*Official Comm. of Unsecured Creditors / Town Center at Doral*
**10775-001**

File # 10775-001
Inv. # 68821

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/13/12 | GDM | Committee communications. | 0.30hr<br>$495.00/hr | $148.50 |
| 02/14/12 | GDM | Communications with Committee re: latest developments. | 0.50hr<br>$495.00/hr | $247.50 |
| 02/15/12 | GDM | Committee conference call. | 0.50hr<br>$495.00/hr | $247.50 |
| 02/23/12 | GDM | Committee communications. | 0.40hr<br>$495.00/hr | $198.00 |
| 02/24/12 | GDM | Conference calls and communications with Committee re: CDD Plan and proposal. | 1.00hr<br>$495.00/hr | $495.00 |
| 02/25/12 | GDM | Correspondence with Committee re: draft Plan term sheet. | 0.30hr<br>$495.00/hr | $148.50 |

**Total 030 / Creditor Committee Meetings**      **3.90**      **$1,930.50**

Total Legal Fees . . .      53.30      $22,352.00

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Glenn D Moses | 39.40 | $495.00 | $19,503.00 |
| Marilee A Mark | 5.00 | $285.00 | $1,425.00 |
| Milton J Pacheco | 8.90 | $160.00 | $1,424.00 |
| **Total Legal Fees . . .** | **53.30** | | **$22,352.00** |

**Official Comm. of Unsecured Creditors / Town Center at Doral**
**10775-001**

File # 10775-001
Inv. # 68821

| - - Costs Advanced - - - | |
|---|---|
| Conference Call Service | 41.46 |
| Total Costs Advanced . . . | $41.46 |

### *Genovese Joblove & Battista, P.A.*

100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300    Facsimile (305) 349-2310
Employer ID# 65-0518134

| | |
|---|---|
| Official Comm. of Unsecured Creditors / Town Center at Doral<br>, | May 29, 2012<br>Inv. # 69751<br>File # 10775-001 |

Re:  Official Comm. of Unsecured Creditors / Town Center at Doral

Statement for Services Rendered Through          May 25/12

| - - - Legal Fees - - - |
|:---:|

**002 / Asset Disposition**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/12 | GDM | Call back M. Scheiner re: process and interest in sale. | 0.30hr<br>$495.00/hr | $148.50 |
| 03/05/12 | GDM | Calls re: anticipated auction and bid procedures. | 0.30hr<br>$495.00/hr | $148.50 |
| 03/08/12 | GDM | Call and correspondence with prospective purchaser. | 0.30hr<br>$495.00/hr | $148.50 |
| 03/15/12 | GDM | Review and provide comments to CDD"s proposed bid procedure motion and APA. | 1.50hr<br>$495.00/hr | $742.50 |
| 03/22/12 | GDM | Review and revise sale and bid procedures motion; review and revise proposed ARA; communications re: same. | 3.90hr<br>$495.00/hr | $1,930.50 |
| 03/22/12 | GDM | Calls with P. Hudson re: issues with sale terms, timing issues and modifications of motion, | 0.30hr<br>$495.00/hr | $148.50 |
| 03/23/12 | GDM | Numerous communications and review of various drafts of Plan disclosure statement, sale motion and related documents (3.0); correspondence with prospective purchase re: sale process (.20). | 3.20hr<br>$495.00/hr | $1,584.00 |
| 04/05/12 | GDM | Review Miami Dade objection to sale motion (.20); communications re: sale (.20). | 0.40hr<br>$495.00/hr | $198.00 |
| 04/11/12 | GDM | Review sale pleadings; review and comment on bid procedures order and sale notice; communications re: same. | 1.50hr<br>$495.00/hr | $742.50 |
| 04/12/12 | GDM | Correspondence and communications re: sale issues and auction. | 0.80hr<br>$495.00/hr | $396.00 |

*Official Comm. of Unsecured Creditors / Town Center at Doral*
**10775-001**

File # 10775-001
Inv. # 69751

| | | | | |
|---|---|---|---|---|
| 04/13/12 | GDM | Review and comment on bid procedures order and sale notice (.50); settlement conference with P Hudson and C. Eller regarding potential upside in sale (.50). | 1.00hr $495.00/hr | $495.00 |
| 04/16/12 | GDM | Correspondence regarding settlement negotiations regarding upside on sale. | 0.30hr $495.00/hr | $148.50 |
| 04/18/12 | GDM | Correspondence regarding sale and auction issues. | 0.30hr $495.00/hr | $148.50 |
| 04/30/12 | GDM | Correspondence with P. Hudson regarding sale negotiations (.20); continued settlement negotiations with CDD and AMT regarding participation sale in upside (.50). | 0.70hr $495.00/hr | $346.50 |
| 05/03/12 | GDM | Calls regarding continued settlement negotiations regarding upside (.30); call regarding potential sale procedures (.20). | 0.50hr $495.00/hr | $247.50 |
| 05/08/12 | GDM | Correspondence regarding settlement negotiations for sale upside (.30); communications regarding auction sale and procedures (.30). | 0.60hr $495.00/hr | $297.00 |
| **Total 002 / Asset Disposition** | | | **15.90** | **$7,870.50** |

**005 / Case Administration**

| | | | | |
|---|---|---|---|---|
| 02/29/12 | GDM | Correspondence re: interim application. | 0.10hr $495.00/hr | $49.50 |
| 02/29/12 | GDM | Review and comment on motion for status conference; correspondence re: same. | 0.30hr $495.00/hr | $148.50 |
| 03/01/12 | GDM | Call with C. Eller and discuss settlement agreement and issue re: same (.50); call with creditor re: case update (.30). | 0.80hr $495.00/hr | $396.00 |
| 03/01/12 | MJP | Download, docket notice of hearing on first interim fee application for GJB, prepare and efile cert. of service re: same; Docket notice of hearing on  first interim fee application for Bilzin as Debtor's counsel; docket notice of hearing on Joint Motion to Set Status Conference , Motion to Abate Filed by Creditor Committee Creditor Committee, e-mail to G. Moses re: same. | 0.80hr $160.00/hr | $128.00 |
| 03/02/12 | GDM | Prepare for and attend status conference re: case; meetings re: same (1.5); communications re: case issues with claims (.50). | 2.00hr $495.00/hr | $990.00 |
| 03/05/12 | GDM | Call with creditor. | 0.20hr $495.00/hr | $99.00 |
| 03/13/12 | GG | Download, Review and updated case profile in re: Debtor-In-Possession Monthly Operating Report for the Period of January 1, 2012 to January 31, 2012 Filed by Interested Party Landmark Club at Doral, LLC; | 0.20hr $170.00/hr | $34.00 |
| 03/15/12 | GDM | Review Debtor's monthly statement. | 0.20hr $495.00/hr | $99.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/26/12 | MJP | Download pleadings, review order scheduling order setting deadline for parties to file amended plan, disclosure statement and bid procedures, e-mail to/from G. Moses re: same; Docket notice of hearing on Motion to Sell Debtor's Assets Free and Clear , Motion to Establish Procedures for Sale, Motion Set a Hearing Date on Sale , Motion to Approve Form of Notice Filed by Interested Parties Florida Prime Holdings, LLC, Landmark at Doral Community Development District | 1.00hr $160.00/hr | $160.00 |
| 03/28/12 | MJP | Download, review order setting hearing to approve disclosure statement, docket deadlines contained therein | 0.60hr $160.00/hr | $96.00 |
| 04/12/12 | GDM | Prepare for bid procedures hearing and fee applications; communications re: same; attend hearing on bid procedures and fee applications; several communications re: same. | 3.50hr $495.00/hr | $1,732.50 |
| 04/17/12 | GDM | Review and comment on order regarding Terra accounting. | 0.20hr $495.00/hr | $99.00 |
| 04/18/12 | GDM | Call and correspondence with J. Guso regarding Terra Funding. | 0.30hr $495.00/hr | $148.50 |
| 04/20/12 | MJP | Download, review order continuing hearing on fee applications, docket continued hearing dates, docket deadline for Terra to file accounting of the Postpetition Financing as defined in ECF No. 103 | 0.60hr $160.00/hr | $96.00 |
| 04/24/12 | MJP | Review order authorizing sale of debtor's assets outside of ordinary course of business, docket various hearings and deadlines contained therein. | 1.00hr $160.00/hr | $160.00 |
| 05/03/12 | GDM | Review and comment on Terra accounting and DIP claim. | 0.40hr $495.00/hr | $198.00 |
| 05/09/12 | GDM | Review interim statement of Debtor's counsel (.10); call with creditor regarding case status (.20) | 0.30hr $495.00/hr | $148.50 |
| 05/14/12 | MJP | Prepare attorney for disclosure hearing on 5/15. | 0.60hr $160.00/hr | $96.00 |
| 05/17/12 | MJP | E-mails to/from G. Moses re: amended plan and disclosure statement, download, review order setting hearing on disclosure statement, calendar all related deadlines. | 1.00hr $160.00/hr | $160.00 |
| 05/24/12 | MJP | E-mail to/from G. Moses re: final fee application | 0.20hr $160.00/hr | $32.00 |

**Total 005 / Case Administration**    14.30    **$5,070.50**

**011 / Fee/Employment Applications**

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 02/29/12 | GDM | Review and revise first interim fee application. | 1.50hr $495.00/hr | $742.50 |
| 02/29/12 | MJP | Revise, finalize and e-file First Interim Fee Application for GJB | 1.00hr $160.00/hr | $160.00 |

**Official Comm. of Unsecured Creditors / Town Center at Doral**
**10775-001**

File # 10775-001
Inv. # 69751

| | | | | |
|---|---|---|---|---|
| 05/24/12 | GDM | Correspondence regarding final fee application. | 0.20hr $495.00/hr | $99.00 |

| | | |
|---|---|---|
| **Total 011 / Fee/Employment Applications** | **2.70** | **$1,001.50** |

**013 / Financing**

| | | | | |
|---|---|---|---|---|
| 03/07/12 | GDM | Communications and review re: compliance with DIP order and funding. | 0.30hr $495.00/hr | $148.50 |
| 03/22/12 | GDM | Correspondence re: DIP order (.10); call with J. Gusso and M. Mora re: DIP order issues (.30). | 0.40hr $495.00/hr | $198.00 |

| | | |
|---|---|---|
| **Total 013 / Financing** | **0.70** | **$346.50** |

**015 / Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 02/29/12 | GDM | Finalize term sheet and several communications re: same. | 1.00hr $495.00/hr | $495.00 |
| 02/29/12 | GDM | Continued attention to settlement term sheet and several communications re: same. | 0.90hr $495.00/hr | $445.50 |
| 03/05/12 | GDM | Communications re: Plan issues. | 0.50hr $495.00/hr | $247.50 |
| 03/07/12 | GDM | Correspondence with P. Hudson re: amended Plan. . | 0.20hr $495.00/hr | $99.00 |
| 03/22/12 | GDM | Extensive review and revisions to CDD amended Plan and disclosure statement; communications re: same. | 3.80hr $495.00/hr | $1,881.00 |
| 03/23/12 | GDM | Calls and correspondence with P. Hudson re: Plan and sale terms (.50); correspondence and communications re: Plan and sale issues (.40). | 0.90hr $495.00/hr | $445.50 |
| 03/26/12 | GDM | Review final Plan disclosure statement and sale motion. | 0.50hr $495.00/hr | $247.50 |
| 03/27/12 | GDM | Correspondence re: DS and confirmation hearings. | 0.30hr $495.00/hr | $148.50 |
| 05/03/12 | GDM | Calls regarding amended plan and disclosure statement. | 0.30hr $495.00/hr | $148.50 |
| 05/04/12 | GDM | Review and revise liquidating trust agreement; communications regarding same. | 2.00hr $495.00/hr | $990.00 |
| 05/07/12 | GDM | Correspondence with C. Eller regarding plan negotiations (.30); review and revise liquidating trust agreement and communications regarding same (.80). | 1.10hr $495.00/hr | $544.50 |
| 05/10/12 | GDM | Correspondence with C. Eller to attempt settlement and further plan benefits (.40); follow-up communications regarding plan, sale and trust agreement (.30). | 0.70hr $495.00/hr | $346.50 |

**Official Comm. of Unsecured Creditors / Town Center at Doral**
**10775-001**

File # 10775-001
Inv. # 69751

| | | | | |
|---|---|---|---|---|
| 05/14/12 | GDM | Review UST comments to liquidating trust agreement and provide comments regarding same (.50); revise liquidating trust agreement (.40). | 0.90hr $495.00/hr | $445.50 |
| 05/14/12 | GDM | Call and correspondence with B. Williams regarding comments to plan and disclosure statement (.30); call from P. Hudson regarding AMT negotiations regarding sale and plan support (.30); address UST objections to disclosure statement and several emails and calls with parties regarding same (1.20). | 1.80hr $495.00/hr | $891.00 |
| 05/14/12 | GDM | Call with M. Mora regarding plan and LT agreement (.30); call with UST and CDD counsel regarding disclosure statement and LT agreement (.70). | 1.00hr $495.00/hr | $495.00 |
| 05/15/12 | GDM | Review amended LT agreement; correspondence regarding changes (.40); correspondence regarding UST objection to disclosure statement (.20); several calls regarding plan negotiations (.50); review and revise disclosure statement and several communications regarding same (.50). | 1.60hr $495.00/hr | $792.00 |
| 05/15/12 | GDM | Prepare for hearing on disclosure statement (.50); attend hearing on disclosure statement and meet with parties before and after hearing (1.60); further changes and amendments to disclosure statement language and communications regarding same (.40). | 2.50hr $495.00/hr | $1,237.50 |
| 05/16/12 | GDM | Review and comment on various final versions of plan, disclosure statement and liquidating trust agreement; communications among the parties regarding same; correspondence regarding sale per the plan. | 1.70hr $495.00/hr | $841.50 |
| 05/17/12 | GDM | Further communications regarding plan and disclosure statement and confirmation hearing. | 0.60hr $495.00/hr | $297.00 |
| 05/18/12 | GDM | Call with P. Hudson regarding plan and subcon issues. | 0.30hr $495.00/hr | $148.50 |
| 05/21/12 | GDM | Correspondence with P. Hudson regarding plan (.10); correspondence regarding plan (.20). | 0.30hr $495.00/hr | $148.50 |
| **Total 015 / Plan and Disclosure Statement** | | | **22.90** | **$11,335.50** |

**016 / Preparation and Review - Reports Required by U.S. Trustee**

| | | | | |
|---|---|---|---|---|
| 02/29/12 | GDM | Communications re: UST motion to appoint Trustee. | 0.30hr $495.00/hr | $148.50 |
| 04/12/12 | GDM | Call with U.S. Trustee. | 0.20hr $495.00/hr | $99.00 |
| **Total 016 / Preparation and Review - Reports Required by U.S. Trustee** | | | **0.50** | **$247.50** |

**030 / Creditor Committee Meetings**

**Official Comm. of Unsecured Creditors / Town Center at Doral**
**10775-001**

File # 10775-001
Inv. # 69751

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/29/12 | GDM | Committee communications re: settlement and term sheet. | 0.40hr<br>$495.00/hr | $198.00 |
| 03/26/12 | GDM | Communications with Committee re: Plan and sale. | 0.30hr<br>$495.00/hr | $148.50 |
| 04/11/12 | GDM | Correspondence with Committee re: update and sale procedures. | 0.30hr<br>$495.00/hr | $148.50 |
| 05/03/12 | GDM | Correspondence with Committee regarding case update. | 0.30hr<br>$495.00/hr | $148.50 |
| 05/17/12 | GDM | Correspondence with Committee regarding plan and update. | 0.30hr<br>$495.00/hr | $148.50 |
| 05/21/12 | GDM | Follow-up communications with Committee regarding Plan. | 0.30hr<br>$495.00/hr | $148.50 |
| 05/21/12 | GDM | Call with R. Bensimon regarding plan and ballot. | 0.20hr<br>$495.00/hr | $99.00 |

**Total 030 / Creditor Committee Meetings**  **2.10**  **$1,039.50**

Total Legal Fees . . .  59.10  $26,911.50

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Glenn D Moses | 52.10 | $495.00 | $25,789.50 |
| Milton J Pacheco | 6.80 | $160.00 | $1,088.00 |
| Glenda Gutstein | 0.20 | $170.00 | $34.00 |
| **Total Legal Fees . . .** | **59.10** | | **$26,911.50** |

**Official Comm. of Unsecured Creditors / Town Center at Doral**
**10775-001**

File # 10775-001
Inv. # 69751

| - -  Costs Advanced - - - | |
|---|---|
| Postage | 28.95 |
| Pacer - Online Research | 44.16 |
| Conference Call Service | 11.02 |
| Total Costs Advanced . . . | $85.93 |