# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Town Center at Doral, L.L.C.,                    Case No. 11-35884-RAM
*et al.*,

      Debtor.                                     Chapter 11

_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DISTRICT CREDITOR[1] PLAN OF REORGANIZATION

## TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW

The District Creditor Plan of Reorganization referred to in this Ballot can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the District Creditor Plan of Reorganization. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the District Creditor Plan of Reorganization if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

---

**Name of Creditor: Landmark at Doral Community Development District**

**Amount of Claim $19,106,174.00 filed in**      **Class: 7**
**Landmark at Doral South, LLC, Case No. 11-35886**

The undersigned, a creditor of the above-name Debtor in the unpaid principal amount stated above,

        [ ✓ ] Accepts               [ ] Rejects

the District Creditor Plan of Reorganization

---

Signed: *[signature]*

Print or Type Name: *Craig Wrathell*

Title: *District Manager, Secretary & Treasurer*

Name of Company:   Landmark at Doral Community Development District

Address: c/o Dennis E. Lyles, 888 S.E. 3rd Ave., Suite 301, Ft. Lauderdale, FL  33316

---

[1] Plan Proponents are: Landmark at Doral Community Development District, U.S. Bank National Association, and Florida Prime Holdings, L.L.C.

| This ballot must be **received** on or before **Monday, June 4, 2012**, at the Court at the following address:<br><br>Office of the Clerk, United States Bankruptcy Court Southern District of Florida<br>Claude Pepper Federal Building<br>51 S.W. 1st Avenue, Room 1510<br>Miami, FL 33130 | A copy of this ballot is to be sent to:<br><br>Phillip M. Hudson III<br>Counsel for KeyBank, National Association<br>200 South Biscayne Blvd., Suite 3600<br>Miami, Florida 33131 |

### SUMMARY OF CLASSIFICIATION OF CLAIMS OR INTERESTS

[For a full description of the claims or interests in each class, please refer to the District Creditor Plan of Reorganization]

| Class | Description of Claim or Interest |
|---|---|
| 1 | **Unsecured Priority Claims (unimpaired)** |
| 2 | **Secured Claim of Miami-Dade County Tax Collector (unimpaired)** |
| 3 | **Secured Tax Certificate Claims** |
| 4 X | |
| 5 | **AMT Secured Claim** |
| 6 | **Other Secured Claims** |
| 7 | **Unsecured Claims** |

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**