UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI  DIVISION
www.flsb.uscourts.gov

In re:                                                                     Chapter 11 Case


Town Center at Doral, L.L.C.,
*et al.,*

                                                                          Case No. 11-35884-RAM
                                                                          Jointly Administered


                    Debtors.

_____/


### NOTICE OF HEARING ON FEE APPLICATIONS

TO:    Creditors of Debtor and other Parties in Interest:

        **PLEASE TAKE NOTICE** that on **June 18, 2012 at 2:00 p.m.**, or as soon thereafter as counsel may be heard, attorneys for Town Center at Doral, L.L.C.,[1] (the "**Debtors**") and for the Official Committee of Unsecured Creditors of the Debtors (the "**Committee**") will appear before Bankruptcy Judge Robert A. Mark in Courtroom 1406, of the Claude Pepper Federal Building, 51 S. W. 1st Ave., Miami, Florida, and present their respective fee applications as follows:

        a)       First Interim Application for Allowance of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP and for Mindy A. Mora, Esq., as counsel for the Debtors, seeking $390,820.15 in fees and $19,851.02 in expenses for services rendered from September 19, 2011 through January 31, 2012.  [ECF No. 254].

        b)       First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Glenn D. Moses, Esq., as Counsel for the Committee seeking $87,680.00 in fees and $231.26 in expenses for services rendered from October 20, 2011 through January 31, 2012. [ECF No. 257].

        c)       Second and Final Application for Allowance of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP and for Mindy A. Mora, Esq., as Counsel for the Debtors, seeking $109,983.20 in fees and $7,060.37 in expenses for services rendered from February 1, 2012 through May 25, 2012.  [ECF No. 318].

---

[1] The Debtors include: Landmark at Doral East, LLC, a Florida limited liability company; Town Center at Doral, LLC, a Florida limited liability company; Landmark at Doral South, a Florida limited liability company; Landmark at Doral Developers, LLC, a Florida limited liability company; and Landmark Club at Doral LLC, a Florida limited liability company.

        d)       Second and Final Application for Compensation and Reimbursement of Expenses for Glenn D. Moses, Esq., as Counsel for the Committee seeking $49,263.50 in fees and $127.39 in expenses for services rendered from February 1, 2012 through May 25, 2012.  [ECF No. 319].

(collectively the "**Fee Applications**").

        **PLEASE TAKE FURTHER NOTICE** that any objections to the Fee Applications must: (1) be in writing; (2) state with particularity the basis and nature of the objection; (3) be filed with the United States Bankruptcy Court for the Southern District of Florida **on or before Thursday, June 14, 2012 at 5:00 p.m. EST** (the "**Objection Deadline**"); and (4) served on counsel for the Debtors and the Committee on or before the Objection Deadline.

        **PLEASE TAKE FURTHER NOTICE** that the professionals reserve the right to file supplemental applications for fees and costs incurred through the Effective Date of the plan.

        Copies of the Fee Applications may be obtained by contacting the undersigned attorney.

Dated:  June 4, 2012                ARNSTEIN & LEHR LLP

                                   By: */s/ Phillip M. Hudson III*
                                      Phillip M. Hudson III
                                      Florida Bar No.: 518743
                                      200 S. Biscayne Blvd., Suite 3600
                                      Miami, FL  33131
                                      Telephone:  (305) 374-3330
                                      Facsimile:  (305) 374-4744
                                      Email: pmhudson@arnstein.com
                               *Counsel for Florida Prime Holdings, LLC.*

## CERTIFICATE OF SERVICE

        I CERTIFY that a true and correct copy of the foregoing was served via CM/ECF or U.S. Mail on June 4, 2012 to the parties on the attached service list.

                                 By: /s/Phillip M. Hudson III
                                      Phillip M. Hudson III

SERVICE LIST – CASE NO. 11-35884-RAM

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth
3880 Sheridan Street
Hollywood, FL  33021-3634

Brett Amron, Esq.
Bast Amron LLP
One SE 1st Avenue
Suite 1440
Miami, FL  33131

David Martin
Terra World Investments, LLC
990 Biscayne Blvd.
Suite 302
Miami, FL  33132

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

Internal Revenue Service Centralized
Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Finance Southern Co.
8770 S.W. 72nd Street
#382
Miami, FL  33143

Valle & Valle Partners
194 Minorca Avenue
Miami, FL  33134

Sunshine State Cert III, LLLP
 and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL  33016

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL  33135

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL  33133

Advance Insurance Underwriters
3250 North 29th Avenue
Hollywood, FL  33020

Eric E. Pfeffer
Carla Pfeffer Revocable Trust
19333 Collins Avenue #2504
Sunny Isles Beach, FL  33160

David Plummer & Associates
1750 Ponce De Leon Blvd.
Miami, FL  33134

Hilda Pico/Ocean Bank
c/o Silvo Santana
780 NW LeJeune Rd.
3rd Floor
Miami, FL  33126

United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL  33433

South Florida Water Mgmt District
Attn:  John Meyer
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL  33406

Office of the Attorney General
State of Florida
The Capitol,  PL-01
Tallahassee, FL  32399-1050

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL  33394

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL  33135

BTI Bluegate FTCF LLC
201 Alhambra Circle
Suite 601
Miami, FL  33134

Ring Electric
9330 NW 13th Street #16
Miami, FL  33173

U.S. Army, Corps of Engineers
Attn:  Robert Kirby
Enforcement Section
9900 SW 107th Ave., #203
Miami, FL  33176

Florida Dept. of Revenue
Bankruptcy Division
P.O. Box 6668
Tallahassee, FL  32314-6668

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee, FL  32399-0648

Eric Valle
Valle & Valle, Inc.
194 Minorca Avenue
Miami, FL  33134

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL  33135

Trans Florida Department Corp.
c/o Robert P. Frankel, Esq.
Robert P. Frankel & Assoc., PA
25 West Flagler St., Suite 900
Miami, FL  33130

Joel A. Savitt, Esq.
Joel A. savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL  33180

Lorne E. Berkeley, Esq.
Daniels, Kashian, Downs, Robertson
3300 Ponce De Leon Blvd.
Miami, FL  33134

SERVICE LIST – CASE NO. 11-35884-RAM

Mark Finkelshtein –
16047 Collins Avenue
Apt. # 602
North Miami Beach, FL 33160

MFEB I, LLC
16047 Collins Avenue
Apt. # 602
North Miami Beach, FL 33160

Miami-Dade Dept. of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 N.W. 1st Ct., Suite 400
Miami, FL  33136

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL  60693

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL  33404

Dual Temp Mechanical
13741 S.W. 139th Ct., 102
Miami, FL  33186

Cooper Group I, LLC
752 Pacific Street
Suite 180
Brooklyn, NY  11238

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Town Center at Doral, L.L.C., et al
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Doral Building Group II, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Doral Building Group, LLC
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL  33309

Garmon Construction Corp.
74000 NW 7th Street, Suite 114
Miami, Florida 33126

Y & T Plumbing Corp.
13985 S.W. 140th Street
Miami, FL  33186

AMT CADC Venture, LLC
c/o C. Craig Eller, Esq.
Broad and Cassel
One North Clematis St., #500
West Palm Beach, FL  33401

Frank Alter
Law Office of Scott Alan Orth, P.A.
3880 Sheridan Street
Hollywood, FL  33021-3634

Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, 44th Floor
Miami, FL  33131

U.S. Bank National Association as Trustee
c/o John B. Hutton III, Esq.
Greenberg Traurig
333 Ave. of the Americas #4400
Miami, FL  33131

Phillip M. Hudson III, Esq.
200 S. Biscayne Blvd., Suite 3600
Miami, FL  33131

Jordi Guso, Esq.
Berger Singerman, P.A.
200 S. Biscayne Blvd., #1000
Miami, FL  33131

Patricia A. Redmond, Esq.
Sterns Weaver Miller Weissler
150 West Flagler St., Suite 2200
Miami, FL  33130

Office Of The US Trustee
51 S.W. 1st Ave., Suite 104
Miami, FL  33130-1614

Melinda S. Thornton, Esq.
Miami Dade Tax Collector
P.O. Box 13701
Miami, FL  33101

Elyn Yagudaev
Alan R. Poppe, Esq.
Foley & Lardner, LLP
100 S.E. 2nd Street, Suite 1600
Miami, FL  33131

Sunshine State Cert III, LLLP &
BankUnited
7900 Miami Lakes Drive West
Miami Lakes, FL  33016-5816

BTI Bluegate FTCP LLC
200 South Park Road, #301
Hollywood, FL  33021-8349

BTI Bluegate FTCP, LLC
201 Alhambra Circle, Suite 601
Miami, FL  33134-5199

Carla Pfeffer Revocable Trust
c/o Peter J. Frommer, Esq.
Hinshaw & Culbertson LLP
One East Broward Blvd., #1010
Ft. Lauderdale, FL  33301-1866

Finance Southern Co. & First National Bank -3
5750 Sunset Drive
South Miami, FL  33143-5332

Betty M. Shumener
550 South Hope Street, #2300
Los Angeles, CA  90071-2678

SERVICE LIST – CASE NO. 11-35884-RAM

Daniel Y. Gielchinsky
1450 Brickell Avenue, #2300
Miami, FL  33131-3456

Glenn Moss
100 S.E. 2nd Street, 44th Floor
Miami, FL  33131-2100

Michael Ekert
119 S. Monroe Street, #300 (32301)
P.O. Box 6526
Tallahassee, FL  32314-6526

U.S. Securities and Exchange
Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA  30326-1382

Landmark at Doral South, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Landmark at Doral, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Landmark at Doral Developers, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Miami-Dade Tax Collector
Miami-Dade County Bankruptcy Unit
c/o Alexis Gonzalez
140 West Flagler Street, Suite 1403
Miami, FL  33130-1561

Landmark Club at Doral, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Landmark at Doral East, LLC
c/o Steven Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Terra Landmark, LLC
c/o Berger Singerman, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL  33131

Copper Group I LLC
752 Pacific Street
Suite 180
Brooklyn, NY 11238

Landmark at Doral Community
Development District
c/o Patricia A. Redmond, Esq.
Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL  33130

Miami-Dade Tax Collector
Miami-Dade County Bankruptcy Unit
140 West Flagler Street, Suite 1407
Miami, FL  33130-1561

Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Steven R. Amster, Esq.
Kodski Law Firm, P.A.
701 West Cypress Creek Road, Suite 303
Ft. Lauderdale, FL  33309-2045

Jere L. Earlywine, Esq.
119 S. Monroe Street, Suite 300
Tallahassee, FL  32301

Landmark Club at Doral, LLC
Mindy A. Mora, Esq.
1450 Brickell Avenue, 23rd Floor
Miami, FL  33131

Eric J. Silver
150 W. Flagler Street, #2200
Miami, FL  33130

Steven D. Schneiderman
Office of the U.S. Trustee
51 SW 1 Avenue, #1204
Miami, FL  33130

Landmark at Doral East, LLC
c/o Nick Wigoda
Vice President
Jones Lang LaSalle Americas, Inc.
1221 Brickell Avenue, 2nd Floor
Miami, FL  33131

City of Doral
City Attorney's Office
8300 NW 53rd Street, Suite 100
Doral, FL  33166

Landmark at Doral Community
Development District
c/o Patricia A. Redmond, Esq.
Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL  33130 (new)