MAY 2 1 2012

FLD"12JUN04PM0111USBCSDF-MIA

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Town Center at Doral, L.L.C., *et al.*,

Debtor.

_____/

Case No. 11-35884-RAM

Chapter 11

## BALLOT FOR ACCEPTING OR REJECTING
## DISTRICT CREDITOR[1] PLAN OF REORGANIZATION

## TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW

The District Creditor Plan of Reorganization referred to in this Ballot can be confirmed by the Court and made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the District Creditor Plan of Reorganization. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the District Creditor Plan of Reorganization if the Court finds that it accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

Name of Creditor: SUNSHINE STATE CERTIFICATES III, LLLP

Amount of Claim $327,685.19, PLUS INTEREST    Class 3:

The undersigned, a creditor of the above-name Debtor in the unpaid principal amount stated above,

[ X ] Accepts                                [   ] Rejects

the District Creditor Plan of Reorganization

Signed: _____

Print or Type Name: GARY BRANSE

Title: VICE PRESIDENT

Name of Company: SUNSHINE STATE MANAGER, LLC AS GENERAL PARTNER

Address: 7900 MIAMI LAKES DRIVE WEST, MIAMI LAKES, FL 33016

---

[1] Plan Proponents are: Landmark at Doral Community Development District, U.S. Bank National Association, and Florida Prime Holdings, L.L.C.

| This ballot must be **received** on or before **Monday, June 4, 2012**, at the Court at the following address: | A copy of this ballot is to be sent to: |
|---|---|
| Office of the Clerk, United States Bankruptcy Court Southern District of Florida Claude Pepper Federal Building 51 S.W. 1st Avenue, Room 1510 Miami, FL 33130 | Phillip M. Hudson III Counsel for KeyBank, National Association 200 South Biscayne Blvd., Suite 3600 Miami, Florida 33131 |

| SUMMARY OF CLASSIFICIATION OF CLAIMS OR INTERESTS [For a full description of the claims or interests in each class, please refer to the District Creditor Plan of Reorganization] | |
|---|---|
| **Class** | **Description of Claim or Interest** |
| 1 | **Unsecured Priority Claims (unimpaired)** |
| 2 | **Secured Claim of Miami-Dade County Tax Collector (unimpaired)** |
| 3 X | **Secured Tax Certificate Claims** |
| 4 | **District's Secured Claim** |
| 5 | **AMT Secured Claim** |
| 6 | **Other Secured Claims** |
| 7 | **Unsecured Claims** |

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**