UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et al.,                    Case No. 11-35884-BKC-RAM
                                                      Chapter 11 Case
        Debtor.                                       (Jointly Administered)

                                              /

### NOTICE OF FILING FINAL ACCOUNTING

        TERRA LANDMARK, LLC and TERRA WORLD INVESTMENTS, LLC (collectively

"TERRA"), by and through undersigned counsel, files its final accounting of all fees and

expenses paid from the proceeds of Postpetition Financing (the "Accounting") in accordance

with the *Order Continuing Hearing on Fee Applications and Directing Terra Landmark, LLC*

*and Terra World Investments, LLC to Provide Accounting of Fees and* Expenses [ECF 297]

entered on April 18, 2012.

### CERTIFICATE OF SERVICE

        **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served
electronically via the Court's CM/ECF system upon the Debtor, the Creditors Committee, the
U.S. Trustee, Party Landmark at Doral Community Development District, Creditor U.S. Bank
National Association as Trustee and Florida Prime Holdings LLC as listed below on the
Electronic Mail Notice List on this 8th day of June, 2012.

Dated:  June 8, 2012                     Respectfully submitted,
                                         BERGER SINGERMAN
                                         1450 Brickell Avenue, Suite 1900
                                         Miami, FL  33131
                                         Telephone:  (305) 755-9500
                                         Facsimile:  (305) 714-4340


                                         By:    /s/ Jordi Guso
                                                Jordi Guso
                                                Florida Bar No. 0863580
                                                jguso@bergersingerman.com

4394970-1

**BERGER SINGERMAN**
attorneys at law                    *Boca Raton    Fort Lauderdale    Miami    Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453  Telephone 305-755-9500  Facsimile 305-714-4340

## **ELECTRONIC NOTICE LIST**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernande
z@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-
mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov



*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453  Telephone 305-755-9500  Facsimile 305-714-4340

| | | Landmark Post Petition Invoices Paid by Terra | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Comment | Payment Made for Invoices Through Apr 18, 2012 | Payment Made for Invoices Apr 19 to May 3, 2012 | Payment Made for Invoices May 3 to May 25, 2012 | Payment Made for Invoices May 25 to June 8, 2012 | Total Paid | Invoices To Be Paid* | Total Paid or To Be Paid |
| Akerman | DIP Funder Legal | 25,861.71 | 0.00 | 25,861.71 | 0.00 | 51,723.42 | 0.00 | 51,723.42 |
| Berger Singerman | DIP Funder Legal | 138,349.93 | 0.00 | 0.00 | 1,398.24 | 139,748.17 | 0.00 | 139,748.17 |
| Bilzin | Debtor Legal | 105,194.86 | 100,000.00 | 100,000.00 | 40,000.00 | 345,194.86 | 63,386.38 | 408,581.24 |
| Fishkind & Associates | Feasibility Consultant | 40,000.00 | 55,000.00 | 0.00 | 0.00 | 95,000.00 | 0.00 | 95,000.00 |
| Genovese | Committee Legal | 17,861.34 | 32,138.66 | 0.00 | 0.00 | 50,000.00 | 0.00 | 50,000.00 |
| Debtors | Debtor Executive Professional | 23,325.47 | 0.00 | 0.00 | 0.00 | 23,325.47 | 0.00 | 23,325.47 |
| Debtors | Debtor Accounting Professional | 4,262.50 | 0.00 | 0.00 | 412.50 | 4,675.00 | 0.00 | 4,675.00 |
| Jorden Burt | DIP Funder Legal | 0.00 | 0.00 | 1,798.00 | 0.00 | 1,798.00 | 0.00 | 1,798.00 |
| US Trustee | US Trustee | 4,550.69 | 0.00 | 0.00 | 1,950.00 | 6,500.69 | 0.00 | 6,500.69 |
| Waronker & Rosen | Appraisal | 23,480.00 | 0.00 | 0.00 | 0.00 | 23,480.00 | 0.00 | 23,480.00 |
| Wells Fargo | Insurance | 11,492.26 | 0.00 | 0.00 | 0.00 | 11,492.26 | 0.00 | 11,492.26 |
| | | | | | | | | |
| Total | | 394,378.76 | 187,138.66 | 127,659.71 | 43,760.74 | 752,937.87 | 63,386.38 | 816,324.25 |

*Does not include services to be billed after June 8, 2012