**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 11-35884-RAM |
| TOWN CENTER AT DORAL, LLC. | ) | |
| *et. al.*, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF**
**PLAN, REPORT ON AMOUNT TO BE DEPOSITED,**
**CERTIFICATE OF AMOUNT TO BE DEPOSITED AND PAYMENT OF FEES**

The undersigned attorney for the Debtor certifies the following:

1.  I have examined the Court files in this proceeding, particularly as to Claims, schedules and Ballots filed.

2.  A total of fifteen (15) Ballots were filed on before the deadline date of June 4, 2012, set by Order (I) Approving Amended Disclosure Statement; (II) Setting Hearing on Confirmation of Amended Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations dated May 17, 2012 (ECF No. 310). Exhibit A is a summary of Ballots submitted by class. Exhibit B is a list of Ballots filed. Classes 1 and 2 are unimpaired and a Ballot was not required.

3.  Exhibit C lists each Creditor to be paid pursuant to the Plan. Exhibit D lists disputed, contingent or unliquidated Claims included in Exhibit C. Below is a summary of the amount of money to be paid by the Debtor for confirmation pursuant to plan:

| CLASS | DOLLAR AMOUNT NEEDED FOR CONFIRMATION |
|---|---|
| Administrative Claims | Estimated to be $398,385.17 which are to be paid from the Liquidating Trust in accordance with the District Creditor Plan and the Liquidating Trust Agreement. |
| DIP Loan Claim (Administrative Claim) | Up to $500,000 to be paid from the Carveout directly to Terra on the Effective Date. |
| Secured Tax Claim (Class 2) | Estimated to be $568,503.75 which will be paid at Closing by Buyer of the Property. |
| Secured Tax Certificate Claims (Class 3) | Estimated to be 3,893,121.30 which will be |

| | paid at Closing by Buyer of the Property. |
|---|---|
| General Unsecured Claims (Class 7) - includes the Class 5 claim which is unsecured by virtue of being "valued out" under 11 U.S.C. § 506(a) | Pro rata share to be paid from the Liquidating Trust in accordance with the District Creditor Plan and the Liquidating Trust Agreement. |
| United States Trustee Fee | To be paid from the assets transferred to the Liquidating Trust within thirty (30) days of the Effective Date in an amount to be determined by the Court. |

4.    The amount of $2,250,000 is available in my trust account for Confirmation. $500,000 of the Carveout covering the DIP Loan Claim shall be transferred to the Berger Singer Trust Account on the Effective Date, and the balance will immediately be transferred to the Liquidating Trust.

5.    All fees required by 28 U.S.C. § 1930 have been or will be paid by the Liquidating Trust within thirty (30) days of the Effective Date of the Plan, or as otherwise agreed to or ordered by the Court.

Dated:  June 12, 2012

ARNSTEIN & LEHR LLP

By: */s/ Phillip M. Hudson III*
        Phillip M. Hudson III
        Florida Bar No.: 518743

200 S. Biscayne Blvd., Suite 3600
Miami, FL  33131
Telephone:  (305) 374-3330
Facsimile:  (305) 374-4744
Email: pmhudson@arnstein.com
*Counsel for Florida Prime Holdings, LLC.*