**EXHIBIT A  SUMMARY OF BALLOTS**

CLASS:  __1__
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total Rejections in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total # of Acceptances Filed | ___N/A___ | % of total = ___N/A___ |
| Total # of Rejections Filed | ___N/A___ | % of total = ___N/A___ |

CLASS:  __2__
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total Rejections in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total # of Acceptances Filed | ___N/A___ | % of total = ___N/A___ |
| Total # of Rejections Filed | ___N/A___ | % of total = ___N/A___ |

CLASS:  __3__
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $___1,103,147.10___ | % of total = $___100%___ |
| Total Rejections in Dollar Amount | $___0___ | % of total = $___0%___ |
| Total # of Acceptances Filed | ___2___ | % of total = ___100%___ |
| Total # of Rejections Filed | ___0___ | % of total = ___0%___ |

CLASS:  __4__
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $111,800,367.89 | % of total = $___100%___ |
| Total Rejections in Dollar Amount | $___0___ | % of total = $___0%___ |
| Total # of Acceptances Filed | ___4___ | % of total = ___100%___ |
| Total # of Rejections Filed | ___0___ | % of total = ___0%___ |

CLASS:  __5__[1]
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total Rejections in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total # of Acceptances Filed | ___N/A___ | % of total = ___N/A___ |
| Total # of Rejections Filed | ___N/A___ | % of total = ___N/A___ |

CLASS:  __6__[2]
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total Rejections in Dollar Amount | $___N/A___ | % of total = $___N/A___ |
| Total # of Acceptances Filed | ___N/A___ | % of total = ___N/A___ |
| Total # of Rejections Filed | ___N/A___ | % of total = ___N/A___ |

CLASS:  __7__
| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $ 60,892,412.00 | % of total = $___100%___ |
| Total Rejections in Dollar Amount | $___0___ | % of total = $___0%___ |
| Total # of Acceptances Filed | ___9___ | % of total = ___100%___ |
| Total # of Rejections Filed | ___0___ | % of total = ___0%___ |

---

[1] Pursuant to the Plan, and given the absence of an auction, the Class 5 Claim of AMT is rendered fully unsecured and becomes a Class 7 Claim.  As such, there is no Class 5 Claim, and Class 5 need not consent.

[2] Class 6 consists of Other Secured Claims and is a catch-all class for Secured Claims not known to exist at the time the Plan was proposed.  No Other Secured Claims are currently known to exist.  Furthermore, the Plan provides that because the Property is being sold to the District or its designee, there will be no Allowed Other Secured Claims and any such Claims will be treated as a Class 7 -- Unsecured Claim.  As such, Class 6 need not consent.