**EXHIBIT B – LIST OF ALL BALLOTS FILED**

| CLAIM NUMBER | CLASS | NAME OF CREDITOR | AMOUNT SCHEDULED OR CLAIMED | DATE BALLOT FILED WITH COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? |
|---|---|---|---|---|---|---|---|
| 11-35884 Claim No. 11<br>11-35885 Claim No. 11<br>11-35887 Claim No. 7 | 3 | BTI Bluegate FTFC, LLC | $775,462.00 | 5/30/12 | X | | Allowed to vote |
| 11-35884 Claim No. 4 | 3 | Sunshine State Certified III, LLLP | $327,685.19 | 6/4/12 | X | | Allowed to vote |
| 11-35886 Claim No. 2 | 4 | Landmark at Doral Community Development District | $22,644,551.67 | 5/31/12 | X | | Allowed to vote |
| 11-35885 Claim No. 4 | 4 | Landmark at Doral Community Development District | $18,817,470.45 | 5/31/12 | X | | Allowed to vote |
| 11-35887 Claim No. 2 | 4 | Landmark at Doral Community Development District | $1,927,245.52 | 5/31/12 | X | | Allowed to vote |
| 11-35884 Claim No. 5 | 4 | Landmark at Doral Community Development District | $68,411,109.25 | 5/31/12 | X | | Allowed to vote |
| 11-35884 Claim No. 2 | 7 | Rachel Bensimon | $300,000.00 | 5/23/12 | X | | Allowed to vote |
| 11-35888 Claim No. 3 | 7 | Carla Pfeffer Revocable Trust | $2,000,000.00 | 5/23/12 | X | | Allowed to vote |
| 11-35885 Claim No. 2 | 7 | Lisa Friedman Fuller | $588,873.29 | 5/29/12 | X | | Allowed to vote |

| CLAIM NUMBER | CLASS | NAME OF CREDITOR | AMOUNT SCHEDULED OR CLAIMED | DATE BALLOT FILED WITH COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? |
|---|---|---|---|---|---|---|---|
| 11-35885 Claim No. 3 | 7 | Carolyn Friedman Frank | $605,106.19 | 5/29/12 | X | | Allowed to vote |
| 11-35885 Claim No. 2 | 7 | H.D. Investments, LLP | $1,916,169.57 | 5/29/12 | X | | Allowed to vote |
| 11-35887 Claim No. 3 | 7 | Landmark at Doral Community Development District | $19,106,174.00 | 5/31/12 | X | | Allowed to vote |
| 11-35885 Claim No. 5 | 7 | Landmark at Doral Community Development District | $19,106,174.00 | 5/31/12 | X | | Allowed to vote |
| 11-35886 Claim No. 3 | 7 | Landmark at Doral Community Development District | $19,106,174.00 | 5/31/12 | X | | Allowed to vote |
| N/A | 7 | Garmon Consructon Corp. | $79,911.30 | 6/1/12 | X | | Allowed to vote |