**EXHIBIT C – LIST OF ALL CREDITORS TO BE PAID PURSUANT TO THE PLAN**

The following is a list of creditors as provided for by the plan under consideration. These creditors are indicated by class and amount as scheduled or claimed. The dividend to be paid pursuant to the plan is indicated. (Indicate claim number as reflected in the claims register). Total each individual class.

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| 1 –Unsecured Priority Claims | N/A - no Unsecured Priority Claims | N/A | Not allowed to vote - unimpaired | N/A |
| 2 – Secured Claims of the Tax Collector | Miami-Dade County Tax Collector | 1 | Not allowed to vote - unimpaired | To be paid in full at Closing by Purchaser |
| 3 – Secured Tax Certificate Claims | Sunshine State Cert, III, LLLP | 4 | Allowed to vote | To be paid in full at Closing by Purchaser |
| 3 | BTI Bluegate FTC, LLC | N/A | Allowed to vote | To be paid in full at Closing by Purchaser |
| 3 | BTI Bluegate FTCF, LLC | 11 | Allowed to vote | To be paid in full at Closing by Purchaser |
| 3 | Finance Southern Co. | N/A | Allowed to vote | To be paid in full at Closing by Purchaser |
| 3 | Hilda Pico/Ocean Bank | N/A | Allowed to vote | To be paid in full at Closing by Purchaser |
| 4 - District | Landmark at Doral Community Development District | 5 6 7 8 9 10 | Allowed to vote | Claim reduced by amount of Credit Bid. Remainder subordinated to Class 7 claims. |
| 5 – AMT Secured Claim | AMT CAD Venture, LLC | 3 | Allowed to vote as a Class 7 Claim | Treated as a Class 7 Claim and to receive a pro rata share from the |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | Liquidating Trust as provided by the Plan and the Liquidating Trust Agreement |
| 6- Other Secured Claims not otherwise classified in the District Creditor Plan | N/A - no Other Secured Claims | N/A | Allowed to vote as a Class 7 Claim | N/A |
| 7 – Unsecured Claims | Advance Insurance | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Carla Pfeffer Revocable Trust | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Copper Group LLC | N/A | Allowed to vote | To receive a pro rata share |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | David Plummer & Assoc. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Doral Building Group II, LLC | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Doral Building Group, LLC | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | and the Liquidating Trust Agreement |
| 7 | Dual Temp Mechanical | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Elay Yagudaev | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Eric Valle | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Frank & Carolyn Friedman | N/A | Allowed to | To receive a |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
|  |  |  | vote | pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Frank Alter | 12 | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Garmon Construction Corp. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | HD Investments | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | Creditor Plan and the Liquidating Trust Agreement |
| 7 | Hill York Service Corp. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Kodski Law Firm, P.A. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Lisa Friedman Fuller | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| 7 | Landmark at Town Center Community Development District | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Mark Finkelshtein | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | MFEB I, LLC | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Miami-Dade Department of Environmental Resource Management | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Mod Space | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | National Millwork | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Rachel Bensimon | 2 | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | Agreement |
| 7 | Ring Electric | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Sela & Be, LLC | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | South Florida Water Mgmt District | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Trans Florida Development Corp. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | U.S. Army Corps of Engineers | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Valle & Valle, Inc. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |
| 7 | Valle,l Valle & Partners | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating |

| CLASS | NAME OF CREDITOR | CLAIM NUMBER | SHOULD BE ALLOWED TO VOTE, IF NOT, WHY? | FIRST DIVIDEND TO BE PAID PURSUANT TO THE PLAN |
|---|---|---|---|---|
| | | | | Trust Agreement |
| 7 | Y & T Plumbing Corp. | N/A | Allowed to vote | To receive a pro rata share from the Liquidating Trust as provided by the District Creditor Plan and the Liquidating Trust Agreement |