## **EXHIBIT D**

## **LIST OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS**

The following is a list of disputed, contingent or unliquidated claims which are also included in Exhibit C.

Note: If a claim was filed and is still in dispute, indicate claim number as is reflected in the claims register and give status of dispute (e.g. objection pending, etc.). Until there is an order on an objection, you must have enough money in the trust account to cover these creditors. If a person was listed in the schedules as disputed and they did not file a claim by the deadline date to file claims, you need not list them below or have money in you trust account to cover them. They are automatically taken off the case as creditors.

There are currently no disputed, contingent or unliquidated Claims. However, the Liquidating Trustee may object to Claims in accordance with the District Creditor Plan and Liquidating Trust Agreement.