UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 |
|---|---|
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM |
| Debtors. _____ / | (Jointly Administered) |

**SUMMARY OF SUPPLEMENT TO SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| 1. | Name of Applicant: | *Glenn D. Moses, Esq. and the Law Firm of Genovese, Joblove & Battista, P.A.* | |
|---|---|---|---|
| 2. | Role of Applicant: | *Counsel for The Official Committee of Unsecured Creditors* | |
| 3. | Name of Certifying Professional: | *Glenn D. Moses, Esq.* | |
| 4. | Date case filed: | *September 19, 2011* | |
| 5. | Date of application for employment: | *October 28, 2011* | |
| 6. | Date of order approving employment: | *November 28, 2011* | |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | *N/A* | |
| 8. | Date of this application: | *June 15, 2012* | |
| 9. | Dates of services covered: | *May 26, 2012 through June 14, 2012* | |
| | **Fees...** | | |
| 10. | Total fee requested for this period (from Exhibit 1): | | $4,878.00 |
| 11. | Balance remaining in fee retainer account, not yet awarded: | | $0.00 |
| 12. | Fees paid or advanced for this period, by other sources: | | $0.00 |
| 13. | **Net amount of fee requested for this period**: | | $4,878.00 |

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#166        1

2

|     | **Expenses...** |         |
| --- | --- | --- |
| 14. | Total expense reimbursement requested for this period: | $0.00 |
| 15. | Balance remaining in expense retainer account, not yet received: | $0.00 |
| 16. | Expenses paid or advanced for this period, by other sources: | $0.00 |
| 17. | **Net amount of expense reimbursements requested for this period** | $0.00 |
| 18. | Gross award requested for this period (#10 + #14) | $4,878.00 |
| 19. | **Net award requested for this period** (#13 + #17) | **$4,878.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

### SUPPLEMENT TO SECOND AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Glenn D. Moses, Esq. and the law firm of Genovese, Joblove & Battista, P.A. ("GJB" or the "Applicant"), having been approved by this Court as counsel for the Committee of Unsecured Creditors (the "Committee") of the jointly administered Debtors, Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC (collectively, the "Debtors"), and pursuant to the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (the "Interim Compensation Order")(D.E. 76), hereby submits this Supplement (the "Supplement") to its Second and Final Fee Application for Allowance of Compensation and Payment of Compensation and Reimbursement of Expenses for Counsel for The Official Committee of Unsecured Creditors, which was filed with the Court on May 29, 2012 (D.E. 319)(the "Final Fee Application").

GJB now files this Supplement to its Final Fee Application for fees and costs incurred from May 26, 2012 through June 14, 2012 (the "Supplemental Period"). As set forth herein, GJB incurred $4,878.00 in fees and $0.00 in costs during the Supplemental Period.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#166                                          1

The specific services rendered by GJB during the Supplemental Period are set forth in detail in the billing statement attached hereto as Exhibit "3".

The exhibits attached to this Supplement, pursuant to the Guidelines, are:

Exhibits "*1-A*" and "*1-B*" - *Summary of Professional and Paraprofessional Time*.

Exhibit "2" - *Summary of Requested Reimbursements of Expenses*.

Exhibit "3" - *The Applicant's complete time records, in chronological order, by activity code, category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour*.

WHEREFORE, the Applicant respectfully requests the Court to enter an Order awarding the Applicant a final supplemental award equal to $4,878.00, representing $4,878.00 in fees and $0.00 in costs during the Supplemental Period, and granting such other further relief as the Court deems appropriate.

Respectfully submitted: June 15, 2012    **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for the Committee of
Unsecured Creditors*
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

 /s/ Glenn D. Moses_____
    Glenn D. Moses, Esq.
    gmoses@gjb-law.com
    Fla. Bar No. 174556

10775-001/#166                                    2

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was sent via electronic mail and/or first-class, U.S. Mail this 15th day of June, 2012 to all parties on the attached service list.

/s/ Glenn D. Moses
Glenn D. Moses

**CERTIFICATION**

1. I have been designated by Genovese, Joblove & Battista, P.A., (the "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements For Professionals In The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4. To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certificate and described in the Application.

5. Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6. In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7. In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is

included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9. The debtor, the chairperson of each official committee (if any), the U.S. Trustee, the Appointed Examiner, and their respective counsels, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10. The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: None.

Dated: June 15, 2012

                          GENOVESE JOBLOVE & BATTISTA, P.A.
                          *Counsel for the Committee of Unsecured Creditors*

                          By: /s/ Glenn D. Moses, Esq.
                                 Glenn D. Moses, Esq.

## Service List

*Debtors*
701 W. Cypress Creek Road, Suite 303
Fort Lauderdale, Florida, 33309
Attn: Isaac Kodsi

*Counsel for Debtors*
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Attn: Mindy A. Mora

*U.S. Trustee*
Steven D. Schneiderman, Esq.
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

*Counsel to AmT CADC Venture, LLC*
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL
33401, Attn: C. Craig Eller

*Counsel to Landmark at Doral Community Development District*
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2300
150 West Flagler Street
Miami, FL 33130
Attn: Patricia Redmond

*Counsel to Florida Prime Holdings, LLC*
Arnstein & Lehr LLP
200 South Biscayne Boulevard, Suite 3600
Miami, FL 33131
Attn: Phillip M. Hudson III

*Counsel to U.S. Bank, N.A. as Indenture Trustee*
Greenberg Traurig, P.A.
333 Avenue of the Americas
(S.E. 2d Avenue), Suite 4400
Miami, FL 33131
Attn: John B. Hutton

**EXHIBIT "1-A"**

**Summary of Professional and Paraprofessional Time Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well.]

PROFESSIONALS:

| NAME | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| P – Glenn D. Moses | 1992 (NJ) 1999 (FL) | 8.40 | $495.00 | $4,158.00 |
| **SUBTOTALS:** | | **8.40** | | **$4,158.00** |

**P = Partner;  A = Associate**

PARAPROFESSIONALS:

| NAME (Title) | Year Experience | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| PL - Milton Pacheco | 6 | 4.50 | $160.00 | $720.00 |
| **SUBTOTALS** | | **4.50** | | **$720.00** |

**PL = Paralegal**

**TOTALS:**
Total Professional and Paraprofessional Hours:                              12.90
Average Hourly Rate:                                                     $     378.14
Total Professional and Paraprofessional Fees:                               $4,878.00

10775-001/#166                                         4

**EXHIBIT "1-B"**

**Summary of Professional And Paraprofessional Time By Activity Code Category**

# Genovese Joblove & Battista, P.A.

EXHIBIT 1-B

*Time Entries byTask Code and Employee Summary*

Print Date/Time:  6/14/2012  4:46:25PM

For **All** Employees

1

For Transactions from:  **5/26/2012**  through: **6/14/2012**
Clients: **10775**  through: **10775**
Matters: **10775-001**  through: **10775-001**

| Client/Matter | Task | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 10775 / Official Comm. of Unsecured Creditors / Town Center at Doral | | | | |
| 10775-001 / Official Comm. of Unsecured Creditors / Town Center at Doral | | | | |
| | 002 | Asset Disposition | | |
| | 0024 | Glenn D Moses | 0.70 | 346.50 |
| | **TOTAL TASK CODE  002** | | **0.70** | **346.50** |
| | 005 | Case Administration | | |
| | 0024 | Glenn D Moses | 0.20 | 99.00 |
| | 0120 | Milton J Pacheco | 4.50 | 720.00 |
| | **TOTAL TASK CODE  005** | | **4.70** | **819.00** |
| | 006 | Claims Administration & Objections | | |
| | 0024 | Glenn D Moses | 0.60 | 297.00 |
| | **TOTAL TASK CODE  006** | | **0.60** | **297.00** |
| | 011 | Fee/Employment Applications | | |
| | 0024 | Glenn D Moses | 1.50 | 742.50 |
| | **TOTAL TASK CODE  011** | | **1.50** | **742.50** |
| | 015 | Plan and Disclosure Statement | | |
| | 0024 | Glenn D Moses | 5.20 | 2,574.00 |
| | **TOTAL TASK CODE  015** | | **5.20** | **2,574.00** |
| | 016 | Preparation and Review - Reports Required by U.S. Trustee | | |
| | 0024 | Glenn D Moses | 0.20 | 99.00 |
| | **TOTAL TASK CODE  016** | | **0.20** | **99.00** |
| **Report total** | | | **12.90** | **$4,878.00** |

*Report ID 1065*

**EXHIBIT "2"**
Summary of Requested Reimbursement Of Expenses
for this Time Period Only

| | | |
|---|---|---|
| 1. | Filing Fees | $0.00 |
| 2. | Process Service Fees | $0.00 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter & Transcripts | $0.00 |
| 5. | Lien and Title Searches | $0.00 |
| 6. | Photocopies (in-house copies) | $0.00 |
| 7. | Photocopies (outside copies and Certified Copies) | $0.00 |
| 8. | Postage | $0.00 |
| 9. | Overnight Delivery Charges | $0.00 |
| 10. | Outside Courier/Messenger Services | $0.00 |
| 11a. | Long Distance (a) Telephone Charges | $0.00 |
| 11b. | Long Distance (b) Conference Calls | $0.00 |
| 12. | Long Distance Fax Transmission @ $1.00/pg. | $0.00 |
| 13. | Computerized Research-Pacer | $0.00 |
| 14. | Out of Southern District of Florida Travel<br>A.   Transportation<br>B.   Lodging<br>C.   Meals | $0.00 |
| 15. | Other (Not specifically disallowed; must specify and justify) | $0.00 |
| **TOTAL "GROSS" AMOUNT OF REQUESTED DISBURSEMENTS** | | **$0.00** |

**Genovese Joblove & Battista, P.A.**

**EXHIBIT "3"**

100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300    Facsimile (305) 349-2310
Employer ID# 65-0518134

Official Comm. of Unsecured Creditors / Town Center at Doral
,

June 14, 2012
Inv. # 69972
File # 10775-001

Re:  Official Comm. of Unsecured Creditors / Town Center at Doral

Statement for Services Rendered Through        Jun 14/12

---  Legal Fees  ---

**002 / Asset Disposition**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/29/12 | GDM | Correspondence regarding upcoming auctions sale. | 0.20hr $495.00/hr | $99.00 |
| 06/05/12 | GDM | Call regarding auction sale and confirmation. | 0.30hr $495.00/hr | $148.50 |
| 06/11/12 | GDM | Correspondence regarding potential for qualified bids. | 0.20hr $495.00/hr | $99.00 |
| **Total 002 / Asset Disposition** | | | **0.70** | **$346.50** |

**005 / Case Administration**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/29/12 | MJP | Work on second and final fee application, e-file same, e-mail to/from and conference with G. Moses re: same | 3.50hr $160.00/hr | $560.00 |
| 06/08/12 | GDM | Review Terra accounting and correspondence regarding same. | 0.20hr $495.00/hr | $99.00 |
| 06/14/12 | MJP | Prepare supplement to second and final fee application. | 1.00hr $160.00/hr | $160.00 |
| **Total 005 / Case Administration** | | | **4.70** | **$819.00** |

**006 / Claims Administration & Objections**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/12 | GDM | Follow up regarding Terra accounting and claim (.30); call with P. Hudson regarding claims (.20). | 0.50hr $495.00/hr | $247.50 |
| 06/13/12 | GDM | Follow up regarding Terra accounting. | 0.10hr $495.00/hr | $49.50 |

*Official Comm. of Unsecured Creditors / Town Center at Doral*  
**10775-001**

File # 10775-001  
Inv. # 69972

| | | | | |
|---|---|---|---|---|
| **Total 006 / Claims Administration & Objections** | | | 0.60 | $297.00 |

**011 / Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 05/29/12 | GDM | Work on and revise final fee application. | 1.50hr $495.00/hr | $742.50 |
| **Total 011 / Fee/Employment Applications** | | | **1.50** | **$742.50** |

**015 / Plan and Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 05/29/12 | GDM | Correspondence with P. Hudson regarding ballots (.10); correspondence with Committee regarding plan and ballots (.20). | 0.30hr $495.00/hr | $148.50 |
| 05/30/12 | GDM | Communications with counsel regarding plan and upcoming auction sale. | 0.30hr $495.00/hr | $148.50 |
| 05/31/12 | GDM | Correspondence regarding Plan and ballots. | 0.20hr $495.00/hr | $99.00 |
| 05/31/12 | GDM | Review and comment on notice of final applications (.20); review ballots and correspondence regarding same (.20). | 0.40hr $495.00/hr | $198.00 |
| 06/01/12 | GDM | Follow up communications with C. Eller regarding AMT negotiations. | 0.30hr $495.00/hr | $148.50 |
| 06/04/12 | GDM | Review and comment on second amended plan (.80); correspondence regarding Terra administration claim and further accounting (.30); call regarding AMT, ballots and voting (.20). | 1.30hr $495.00/hr | $643.50 |
| 06/05/12 | GDM | Call with C. Eller regarding plan and AMT. | 0.30hr $495.00/hr | $148.50 |
| 06/11/12 | GDM | Call with P. Hudson regarding confirmation issues (.20); correspondence regarding substantive consolidation of estates (.20); call with C. Eller regarding AMT and claim (.20). | 0.60hr $495.00/hr | $297.00 |
| 06/12/12 | GDM | Review and comment on confirmation affidavit. | 0.30hr $495.00/hr | $148.50 |
| 06/13/12 | GDM | Review and prepare for confirmation hearing (1.0); review amended confirmation affidavit and correspondence regarding same (.20). | 1.20hr $495.00/hr | $594.00 |
| **Total 015 / Plan and Disclosure Statement** | | | **5.20** | **$2,574.00** |

**016 / Preparation and Review - Reports Required by U.S. Trustee**

| | | | | |
|---|---|---|---|---|
| 06/13/12 | GDM | Call with S. Schneiderman regarding confirmation and final fee application. | 0.20hr $495.00/hr | $99.00 |

*Official Comm. of Unsecured Creditors / Town Center at Doral*  File # 10775-001
**10775-001**  Inv. # 69972

| | Hours | Amount |
|---|---:|---:|
| **Total 016 / Preparation and Review - Reports Required by U.S. Trustee** | 0.20 | $99.00 |
| Total Legal Fees . . . | 12.90 | $4,878.00 |

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---:|---:|---:|
| Glenn D Moses | 8.40 | $495.00 | $4,158.00 |
| Milton J Pacheco | 4.50 | $160.00 | $720.00 |
| **Total Legal Fees . . .** | **12.90** | | **$4,878.00** |