UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| Town Center at Doral, LLC, et al.,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

**SUMMARY OF SUPPLEMENT TO SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO BILZIN SUMBERG BAENA PRICE & AXELROD LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR-IN-POSSESSION**

| | | |
|---|---|---|
| 1. | Name of Firm: Bilzin Sumberg Baena Price & Axelrod LLP | |
| 2. | Role of Bilzin Sumberg: General Bankruptcy Counsel to the Debtor-in-Possession | |
| 3. | Name of Certifying Professional: Mindy A. Mora | |
| 4. | Date Case Filed: September 19, 2011 | |
| 5. | Date of Application for Approval of Appointment: September 22, 2011 | |
| 6. | Date of Order Approving Appointment: January 28, 2011, *nunc pro tunc* to December 28, 2010 | |
| 7. | If Debtor's Counsel, Date of Disclosure of Compensation Form: September 22, 2011 | |
| 8. | Date of This Application: June 18, 2012 | |
| 9. | Dates of Services Covered: May 26, 2012 through June 18, 2012 | |
| | **FEES. . . .** | |
| 10. | Total Amount of Requested Professional Fee (From Exhibit 1) | $9,549.45 |
| 11. | Balance remaining in fee retainer account, not yet awarded: | N/A |
| 12. | **Net amount of fee requested for this period:** | $9,549.45 |
| | **EXPENSES. . . .** | |
| 13. | Total Amount of Expenses (From Exhibit 1) | $773.40 |

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

| 14. | Balance remaining in expense retainer account, not yet received: | N/A |
|---|---|---|
| 15. | **Net amount of expense reimbursement requested for this period** | $773.40 |
| 17. | **Final Supplemental Fee and expense award requested (#15 + #12)** | $10,322.85 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.  11-35884-RAM |
| Town Center at Doral, LLC, et al.,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| _____/ | |

**SUPPLEMENT TO SECOND AND FINAL APPLICATION
FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO BILZIN SUMBERG BAENA
PRICE & AXELROD LLP, GENERAL BANKRUPTCY
<u>COUNSEL TO THE DEBTOR-IN-POSSESSION</u>**

Bilzin Sumberg Baena Price & Axelrod LLP (the "<u>Bilzin Sumberg</u>"), counsel to the above captioned debtors-in-possession (the "<u>Debtors</u>"), files its Supplement to Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP, General Bankruptcy Counsel to the Debtor-In-Possession (the "<u>Supplemental Application</u>") pursuant to 11 U.S.C. § 330, Fed.R.Bankr.P. 2016 and Local Rule 2016-1, for the allowance, award and payment of $10,322.85, which represents actual fees incurred for professional services rendered in the amount of $9,549.45and reimbursement of necessary expenses paid and incurred on behalf of the Debtors in the amount of $773.40 for the period from May 26, 2012 through June 18, 2012 (the "<u>Supplemental Period</u>").   In support of the Supplemental Application, Bilzin Sumberg represents and shows as follows:

1. This Supplemental Application includes time and expenses incurred only during the Supplemental Period, for services rendered and expenses incurred in connection with the

---

[1]   The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].  The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

performance of duties prescribed by the Bankruptcy Code or pursuant to Orders of this Court, and relates only to this bankruptcy case for which Bilzin Sumberg has been engaged.

2. After submission of its Second and Final Application for Compensation and Reimbursement of Expenses (the "<u>Final Application</u>") covering services from February 1, 2012 through May 25, 2012, including an estimate of fees and costs through confirmation date, Bilzin Sumberg has continued to expend time in various matters including Plan confirmation issues, matters regarding the sale of assets, preparation of its final fee application, and preparation of this supplement to Bilzin Sumberg's Final Application.  Such services are set forth in the invoices attached hereto.

3. A billing statement evidencing actual fees and expenses incurred by Bilzin Sumberg during the Supplemental Period is attached hereto as Exhibit A.

WHEREFORE, Bilzin Sumberg respectfully requests the Court to enter an order (i) awarding Bilzin Sumberg the sum of $9,549.45 as compensation for services rendered and $773.40 as reimbursement for actual and necessary expenses incurred during the Supplemental Period, for a total of $10,322.85 representing 100% of the total fees and 100% of the costs sought by Bilzin Sumberg herein, in addition to the amounts requested in the Final Fee Application; (ii) authorizing and directing payment to Bilzin Sumberg the additional sum of $10,322.85 over and above the amount sought in the Final Application; (iii) reserving jurisdiction to award additional supplemental fees and costs which may be incurred by Bilzin Sumberg through the Effective Date of the plan, and (iv) granting such other and further relief as the Court deems appropriate.

Dated:  June 18, 2012

**I HEREBY CERTIFY that I am admitted to the Bar of the United States**

District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for Debtors-in-Possession*
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 374-7580

By: /s/ Mindy A. Mora
    Mindy A. Mora, Esq.
    Florida Bar No: 678910
    Tara V. Trevorrow
    Florida Bar No. 30959
    ttrevorrow@bilzin.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic mail and/or electronic mail upon the Debtor, the U.S. Trustee and all registered users on this 18th day of June 2012.

/s/ *Mindy A. Mora*
Mindy A. Mora

**EXHIBIT "A"**



June 18, 2012

Attention: Isaac Kodsi
Landmark at Doral East, LLC. et al.
701 W. Cypress Creek Road
Suite 301
Fort Lauderdale, FL  33309

Invoice #   215091

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH June 18, 2012

Atty - MAM
Client No. 79451/35741

RE:  Chapter 11 Bankruptcy

**MATTER TASK SUMMARY**

**BALANCE AS OF- 06/18/12**

| TASK CODES | AMOUNT |
|---|---:|
| B110 - Case Administration | $271.50 |
| B130 - Asset Disposition | $2,541.00 |
| B160 - Fee/Employment Applications | $2,140.00 |
| B320 - Plan and Disclosure Statement (including Business Plan) | $5,658.00 |
| *Total Professional Fees This Period:* | *$10,610.50* |
| *Less Discount:* | *-$1,061.05* |
| ***Total*** | ***$9,549.45*** |

| SUMMARY OF FEES FOR PROFESSIONAL SERVICES | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Mora, Mindy A | 3.50 | $600.00 | $2,100.00 |
| Koch, L. Kent | 1.00 | $435.00 | $435.00 |
| Trevorrow, Tara V | 17.40 | $385.00 | $6,699.00 |
| Flores, Luisa M | 5.40 | $235.00 | $1,269.00 |
| Varela, Ana Carolina | 0.50 | $215.00 | $107.50 |
| **PROFESSIONAL FEES THIS PERIOD** | | | **$10,610.50** |
| LESS DISCOUNT | | | -$1,061.05 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$9,549.45** |

| MATTER SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Transcript of Deposition | $684.00 |
| Copies | $89.40 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$773.40*** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | **$10,322.85** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – MAM**
**Client No.: 79451/35741**

**RE: CASE ADMINISTRATION**

| 05/24/12 | MAM | 0.10 | 60.00 | Attention to information for monthly operating reports. |
| 06/13/12 | LMF | 0.90 | 211.50 | Research and compile operating agreements, written consents and 2011 annual reports for all debtors and submit to attorney for review. |

**PROFESSIONAL SERVICES:** $ 271.50

**SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Mora, Mindy A | 0.10 | $600.00 | $60.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| **TOTAL** | **1.00** | | **$271.50** |

**Atty – MAM**
**Client No.: 79451/35741**

**RE: ASSET DISPOSITION**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 06/13/12 | TVT | 1.20 | 462.00 | Email correspondence from B. Williams. P. Hudson, and L. Flores regarding form of conveyance documents (.2); review and hand mark up documents (.5); interoffice conference with M. Mora regarding form of documents (.1); email to I. Kodsi regarding same with attachments (.1); email L. Flores regarding corporate formation documents and research (.1); interoffice conference with L. Flores regarding corporate documents and resolutions and review same (.2). |
| 06/18/12 | TVT | 5.40 | 2,079.00 | Email correspondence with B. Williams regarding sale and confirmation orders (.1); review sale order (.3); prepare for and attend sale and confirmation hearing, including review of title commitment, telephone conference with P. Hudson, email correspondence to and from Luisa Flores, interoffice conference with M. Mora, and email correspondence with I. Kodsi (5.0). |

**PROFESSIONAL SERVICES:** $ 2,541.00

**SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Trevorrow, Tara V | 6.60 | $385.00 | $2,541.00 |
| **TOTAL** | **6.60** | | **$2,541.00** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – MAM**
**Client No.: 79451/35741**

**RE: FEE/EMPLOYMENT APPLICATIONS**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 05/24/12 | TVT | 1.30 | 500.50 | Draft insert for fee application (1.1); multiple interoffice conferences with L. Flores regarding same (.2). |
| 05/29/12 | TVT | 1.10 | 423.50 | Finish draft of insert to fee application. |
| 05/29/12 | LMF | 3.10 | 728.50 | Attend to obtaining final statement of fees and costs, finalizing and filing second and final fee application (3.1). |
| 05/31/12 | TVT | 0.30 | 115.50 | Review notice of filing fee applications and fee application (.2); email correspondence with B. Williams and G. Moses regarding same (.1). |
| 06/08/12 | ACV | 0.10 | 21.50 | Contact L. Flores to discuss recent wire transfer and fee application supplement. |
| 06/15/12 | LMF | 0.60 | 141.00 | Review latest prebill for possible edits in preparation for filing supplement to final fee application. |
| 06/18/12 | LMF | 0.80 | 188.00 | Attend to preparing supplement to final fee application in preparation for confirmation hearing. |
| 06/18/12 | ACV | 0.10 | 21.50 | Update hearing notebooks to include fee app supplement. |

**PROFESSIONAL SERVICES:** $ 2,140.00

**SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Trevorrow, Tara V | 2.70 | $385.00 | $1,039.50 |
| Flores, Luisa M | 4.50 | $235.00 | $1,057.50 |
| Varela, Ana Carolina | 0.20 | $215.00 | $43.00 |
| **TOTAL** | **7.40** | | ***$2,140.00*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – MAM**
**Client No.: 79451/35741**

**RE: PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 05/25/12 | TVT | 0.20 | 77.00 | Email correspondence with L. Flores regarding emergency hearing on confirmation issues (.1); attention to email correspondence from M. Mora regarding final revisions to mortgage documents and agreement to file confirmation order (.1). |
| 06/01/12 | TVT | 0.80 | 308.00 | Email correspondence with B. Williams regarding changes to plan (.1); review same (.7). |
| 06/04/12 | TVT | 0.70 | 269.50 | Further review changes to District plan (.5); email correspondence to and from B. Williams regarding same (.2). |
| 06/05/12 | ACV | 0.30 | 64.50 | Compile, index and organize plan and disclosure statement-related documents for M. Mora. |
| 06/11/12 | MAM | 0.20 | 120.00 | Attention to Notice of No Bids for Property (.1); telephone conference with I. Kodsi regarding same (.1). |
| 06/13/12 | MAM | 0.20 | 120.00 | Attention to Confirmation Affidavit. |
| 06/14/12 | TVT | 0.40 | 154.00 | Review plan proponent's certificate and revised form of deed. |
| 06/15/12 | TVT | 6.00 | 2,310.00 | Review and revise conveyance documents, including bill of sale, seller's affidavit, deed, assignment, and other related documents (4.8); interoffice conferences and email correspondence with K. Koch and M. Mora regarding same (.5); voice mail and detailed email to Luis Flores regarding same (.4); email correspondence with B. Williams regarding signatory language for sale and confirmation orders (.3). |
| 06/15/12 | LKK | 1.00 | 435.00 | Telephone conference with T. Trevorrow regarding issue of obtaining title insurance for a quit-claim deed (0.2); review and revise drafts of closing documents (0.6); draft correspondence to T. Trevorrow attaching comments to closing documents and explaining position of most title insurers on insuring quit-claim deeds. |
| 06/18/12 | MAM | 3.00 | 1,800.00 | Attend Confirmation and Sale Hearing. |

**PROFESSIONAL SERVICES:** $ 5,658.00

**SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Mora, Mindy A | 3.40 | $600.00 | $2,040.00 |
| Koch, L. Kent | 1.00 | $435.00 | $435.00 |
| Trevorrow, Tara V | 8.10 | $385.00 | $3,118.50 |
| Varela, Ana Carolina | 0.30 | $215.00 | $64.50 |
| **TOTAL** | **12.80** | | **$5,658.00** |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Detailed Costs Advanced or Incurred**

| Date | Description | Amount |
|---|---|---|
| 01/17/12 | Transcript of Deposition-VENDOR: OUELLETTE & MAULDIN; INVOICE#: 951274; DATE: 1/17/2012  -  Clients-35741 | 684.00 |
| 05/24/12 | Photocopies- 57 pgs @ 0.15/pg | 8.55 |
| 05/24/12 | Photocopies- 9 pgs @ 0.15/pg | 1.35 |
| 05/24/12 | Photocopies- 5 pgs @ 0.15/pg | 0.75 |
| 05/24/12 | Photocopies- 22 pgs @ 0.15/pg | 3.30 |
| 05/25/12 | Photocopies- 6 pgs @ 0.15/pg | 0.90 |
| 05/25/12 | Photocopies- 11 pgs @ 0.15/pg | 1.65 |
| 05/25/12 | Photocopies- 1 pgs @ 0.15/pg | 0.15 |
| 05/25/12 | Photocopies- 1 pgs @ 0.15/pg | 0.15 |
| 05/29/12 | Photocopies- 1 pgs @ 0.15/pg | 0.15 |
| 05/29/12 | Photocopies- 1 pgs @ 0.15/pg | 0.15 |
| 05/29/12 | Photocopies- 21 pgs @ 0.15/pg | 3.15 |
| 05/29/12 | Photocopies- 3 pgs @ 0.15/pg | 0.45 |
| 05/29/12 | Photocopies- 7 pgs @ 0.15/pg | 1.05 |
| 05/29/12 | Photocopies- 3 pgs @ 0.15/pg | 0.45 |
| 05/29/12 | Photocopies- 1 pgs @ 0.15/pg | 0.15 |
| 05/29/12 | Photocopies- 21 pgs @ 0.15/pg | 3.15 |
| 05/29/12 | Photocopies- 11 pgs @ 0.15/pg | 1.65 |
| 05/29/12 | Photocopies- 2 pgs @ 0.15/pg | 0.30 |
| 06/01/12 | Photocopies- 24 pgs @ 0.15/pg | 3.60 |
| 06/01/12 | Photocopies- 26 pgs @ 0.15/pg | 3.90 |
| 06/05/12 | Photocopies- 48 pgs @ 0.15/pg | 7.20 |
| 06/05/12 | Photocopies- 2 pgs @ 0.15/pg | 0.30 |
| 06/05/12 | Photocopies- 48 pgs @ 0.15/pg | 7.20 |
| 06/05/12 | Photocopies- 7 pgs @ 0.15/pg | 1.05 |
| 06/05/12 | Photocopies- 19 pgs @ 0.15/pg | 2.85 |
| 06/05/12 | Photocopies- 23 pgs @ 0.15/pg | 3.45 |
| 06/05/12 | Photocopies- 3 pgs @ 0.15/pg | 0.45 |
| 06/05/12 | Photocopies- 6 pgs @ 0.15/pg | 0.90 |
| 06/05/12 | Photocopies- 1 pgs @ 0.15/pg | 0.15 |
| 06/05/12 | Photocopies- 48 pgs @ 0.15/pg | 7.20 |
| 06/05/12 | Photocopies- 158 pgs @ 0.15/pg | 23.70 |

**TOTAL COSTS ADVANCED OR INCURRED** $773.40

**CURRENT BALANCE DUE THIS MATTER** $10,322.85

BILZIN SUMBERG BAENA PRICE & AXELROD LLP