

**ORDERED in the Southern District of Florida on June 20, 2012.**

_____
        **Robert A. Mark, Judge**
        **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]        Case No. 11-35884-RAM
                                                                      (Jointly Administered)

        Debtors.

_____/

**ORDER APPROVING (I) FIRST INTERIM FEE APPLICATION FOR ALLOWANCE**
**AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS, (II) SECOND**
**AND FINAL FEE APPLICATION AND (III) SUPPLEMENT TO SECOND**
**APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE COMMITTEE OF**
**UNSECURED CREDITORS**

        THIS MATTER came before the Court on June 18, 2012 at 2:00 p.m. upon Genovese,

Joblove & Battista, P.A.'s ("GJB") *First Interim Fee Application For Allowance and Payment of*

*Compensation and Reimbursement of Expenses for Counsel for The Committee of Unsecured*

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#2

*Creditors* (ECF No. 257)(the "First Interim Application"); *Second and Final Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Counsel for The Committee of Unsecured Creditors* (ECF No. 319)(the "Final Fee Application"); and the *Supplement to Second and Final Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Counsel for The Committee of Unsecured Creditors* (ECF No. 340)(the "Supplement")(collectively, the "GJB Applications").

GJB seeks an award, on a final basis, of $87,680.00 in fees and $231.26 in costs for the period of October 20, 2011 through January 31, 2012 pursuant to the First Interim Fee Application; $49,263.50 in fees and $127.39 in costs for the period of February 1, 2012 through May 25, 2012 pursuant to the Final Fee Application; and $4,878.00 in fees and $0.00 in costs pursuant to the Supplement.

The Court, having considered the GJB Applications, the record in this matter and the presentation of counsel, it is

**ORDERED as follows:**

1.    GJB is awarded, on a final basis, fees in the amount of $141,821.50 and expenses in the amount of $358.65 on account of the GJB Applications.

2.    GJB has agreed to a voluntary reduction of the fees and costs awarded herein in the amount of $10,000.00 (the "Voluntary Reduction").

3.    GJB has been paid the sum of $50,000.00 pursuant to this Court's Orders authorizing interim compensation of professional (ECF No. 76) and approving Debtor-in-Possession financing (ECF No. 64).

2

4.      Accordingly, GJB is authorized to be paid the total amount of $82,180.15, which

represents the final fees and costs awarded herein, less (a) the amounts paid to GJB to date and

(b) the Voluntary Reduction.

5.      In making the foregoing award, the Court has evaluated the factors set forth in

*Matter of First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway

Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent

reasonable compensation for actual and necessary services rendered and expenses incurred by

GJB.

# # #

Submitted by:
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Counsel for the Official Committee of Unsecured Creditors
Miami Tower
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]