UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.*,[1]      Case No. 11-35884-RAM
                                                                (Jointly Administered)

    Debtors.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the ORDER APPROVING (I) FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS, (II) SECOND AND FINAL FEE APPLICATION AND (III) SUPPLEMENT TO SECOND APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS (ECF No. 342) was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached Service List on this 22nd day of June, 2012.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#170                              1

Dated:  June 22, 2012               Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A**.
*Counsel for the Committee*
*of Unsecured Creditors*
100 Southeast  2nd Street , 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile:  (305) 349-2310

By:  */s/ Glenn D. Moses, Esq.*
     Glenn D. Moses
     Fla. Bar No.  174556
     gmoses@gjb-law.com
     Marilee A. Mark, Esq.
     Fla. Bar No. 725961
     mmark@gjb-law.com


## Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

10775-001/#170                               2

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

```
Label Matrix for local noticing          AmT CADC Venture, LLC                    BTI Bluegate, LLC
113C-1                                   c/o C. Craig Eller                       200 S. Park Rd, Suite 301
Case 11-35884-RAM                        Broad and Cassel                         Hollywood, FL 33021-8349
Southern District of Florida             One North Clematis Street
Miami                                    Suite 500
Fri Jun 22 15:43:57 EDT 2012             West Palm Beach, FL 33401-5537

Carla Pfeffer Revocable Trust            Garmon Construction Corp                 H.D. Investments
c/o Eric E. Pfeffer                      74  NW 7 ST STE 114                      c/o Harvey D. Friedman, Esq.
19333 Collins Ave #2504                  Miami, FL 33126                          3636 W. Flagler St.
Sunny Isles, FL 33160-2374                                                        Miami, FL 33135-1030


Landmark Club at Doral, LLC              Landmark at Doral Community Development Dist   Landmark at Doral Developers, LLC
c/o Steven Amster, Esq.                  c/o Patricia A. Redmond                  c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.                     Stearns Weaver Miller                    Kodsi Law Firm, P.A.
701 W. Cypress Creek Rd.                 150 W Flagler St, #2200                  701 W. Cypress Creek Rd.
Suite 303                                Miami, FL 33130-1545                     Suite 303
Ft. Lauderdale, FL 33309-2045                                                     Ft. Lauderdale, FL 33309-2045

Landmark at Doral East, LLC              Landmark at Doral South, LLC             Miami-Dade County Tax Collector
c/o Steve Amster, Esq.                   c/o Steven Amster, Esq.                  Miami-Dade County Bankruptcy Unit
Kodsi Law Firm, P.A.                     Kodsi Law Firm, P.A.                     c/o Alexis Gonzalez
701 W. Cypress Creek Rd                  701 W. Cypress Creek Rd.                 140 West Flagler Street, Suite 1403
Suite 303                                Suite 303                                Miami, FL 33130-1561
Ft. Lauderdale, FL 33309-2045            Ft. Lauderdale, FL 33309-2045

Sunshine State Certificates, III         Terra Landmark, LLC                      Town Center at Doral, L.L.C.
7900 Miami Lakes Drive West              c/o Berger Singerman, LLP                c/o Steven Amster, Esq.
Miami Lakes, FL 33016-5816               1450 Brickell Avenue                     Kodsi Law Firm, P.A.
                                         Suite 1900                               701 W. Cypress Creek Road
                                         Miami, FL 33131-3453                     Suite 303
                                                                                  Ft. Lauderdale, FL 33309-2045

U.S. Bank National Association as Trustee   AMT CADC Venture, LLC                 Advance Insurance Underwriters
c/o John B. Hutton, Esq.                 c/o C. Craig Eller, Esq.                 3250 North 29th Avenue
333 Avenue of the Americas               Broad and Cassel                         Hollywood, FL 33020-1313
Suite 4400                               One North Clematis St, #500
Miami, FL 33131-2184                     West Palm Beach, FL 33401-5537

BTI Bluegate FTCF LLC                    BTI Bluegate FTCF LLC                    BTI Bluegate FTCF LLC.
200 South Park Road #301                 201 Alhambra Circle                      201 Alhambra Circle, suite 601
Hollywood FL 33021-8349                  Suite 601                                Coral Gables, Fl 33134-5199
                                         Miami, FL 33134-5199


Carla Pfeffer Revocable Trust            Copper Group I LLC                       David Martin
c/o Peter J. Frommer, Esq.               752 Pacific Street                       Terra World Investments, LLC
Hinshaw & Culbertson LLP                 Suite 180                                990 Biscayne Blvd.
One East Broward Blvd.,#1010             Brooklyn, NY 11238-3006                  Suite 302
Fort Lauderdale, FL 33301-1866                                                    Miami, FL 33132-1556

David Plummer & Associates               Doral Building Group II, LLC             Doral Building Group, LLC
1750 Ponce De Leon Blvd.                 c/o Kodsi Law Firm , P.A.                c/o Kodsi Law Firm, P.A.
Miami, FL 33134-4417                     701 W. Cypress Creek Rd                  701 W. Cypress Creek Road
                                         Suite 303                                Suite 303
                                         Fort Lauderdale, FL 33309-2045           Fort Lauderdale, FL 33309-2045

Dual Temp Mechanical                     Elya Yagudaev                            Eric Valle
13741 SW 139th Cr - 102                  Alan R. Poppe, Esq.                      c/o Valle & Valle
Miami, FL 33186-5582                     Foley & Lardner, LLP                     194 Minorca Avenue
                                         100 SE 2nd Street, Suite 1600            Miami, FL 33134-4510
                                         Miami, FL 33131-2132
```

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

Finance Southern Co. & 1st National Bank of
5750 Sunset Drive
South Miami, Florida 33143-5332

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135-1030

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166-6704

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135-1030

Hilda Pico/ Ocean Bank
c/o Silvo Santana
780 NW Lejeune Road, 3rd Flr.
Miami, Florida 33126-5597

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394-1702

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180-1400

Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133-5408

Landmark at Doral Community Development Dist
c/o Patricia A. Redmond, Esquire
Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL 33130-1545

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135-1030

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
& McGirney
3300 Ponce De Leon Blvd.
Miami, FL 33134-7211

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160-5559

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160-5559

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101-3701

Miami-Dade County Tax Collector
Bankruptcy Unit
140 West Flagler Street, Suite 1407
Miami, Florida 33130-1561

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136-3925

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693-0126

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404-4267

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433-4143

Ring Electric
9330 NW 13th Street #16
Miami, FL 33172-2808

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth, P.A.
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138-2345

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406-3007

Steven R. Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
3rd Floor
Fort Lauderdale, FL 33309-2045

Sunshine State Cert III, LLLP
and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016-5816

| | | |
|---|---|---|
| Sunshine State Cert III, LLLP & Bankunited,<br>7900 Miami Lakes Drive West<br>Miami Lakes, Florida 33016-5816 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130-1720 | U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176-2798 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Valle, Valle & Partners<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186-5528 |
| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071-2678 | Carolyn Friedman Frank<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131-3456 |
| Frank Alter<br>Law Office of Scott Alan Orth, P.A.<br>3880 Sheridan St<br>Hollywood, FL 33021-3634 | Glenn Moses<br>100 SE 2nd Street  44th floor<br>Miami, FL 33131-2100 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 |
| Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314-6526 | Mindy A. Mora Esq.<br>1450 Brickell Ave 23 Floor<br>Miami, FL 33131-3444 | Phillip M Hudson<br>200 S Biscayne Blvd #3600<br>Miami, FL 33131-2395 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditor Committee | (u)FLORIDA PRIME HOLDINGS, LLC | (du)Florida Prime Holdings, LLC |
| (u)Terra World Investments, LLC | (u)Miami | (d)Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433-4143 |

End of Label Matrix
Mailable recipients     74
Bypassed recipients      6
Total                   80