United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                            Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: antillonj | Page 1 of 2 | Date Rcvd: Jun 21, 2012 |
|---|---|---|---|
|  | Form ID: pdf004 | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2012.
sp          +Glenn Moses,   100 SE 2nd Street   44th floor,   Miami, FL 33131-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 113C-1          User: antillonj            Page 2 of 2               Date Rcvd: Jun 21, 2012
                              Form ID: pdf004            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2012 at the address(es) listed below:

              C Craig Eller    on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
              Eric J Silver    on behalf of Interested Party   Landmark at Doral Community Development District
               esilver@stearnsweaver.com,
               mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stear
               nsweaver.com
              Glenn D Moses    on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
               gjbecf@gjb-law.com
              Jere L. Earlywine    on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
               jearlywine@hgslaw.com
              John B. Hutton III    on behalf of Creditor   U.S. Bank National Association as Trustee
               huttonj@gtlaw.com,    mialitdock@gtlaw.com;miaecfbky@gtlaw.com
              Jordi  Guso    on behalf of Creditor   Terra World Investments, LLC jguso@bergersingerman.com,
               fsellers@bergersingerman.com;efile@bergersingerman.com
              Melinda S Thornton    on behalf of Creditor   Miami-Dade County Tax Collector cao.bkc@miamidade.gov
              Mindy A. Mora    on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
               laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patricia A Redmond    on behalf of Interested Party   Landmark at Doral Community Development
               District predmond@stearnsweaver.com,
               jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ec
               f.epiqsystems.com;sanderson@stearnsweaver.com
              Phillip M. Hudson III    on behalf of Attorney Phillip Hudson pmhudson@arnstein.com,
               rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@a
               rnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
              Scott Alan Orth    on behalf of Interested Party Frank Alter orthlaw@bellsouth.net,
               notices@orthlawoffice.com
              Steven D Schneiderman    on behalf of U.S. Trustee   Office of the US Trustee
               Steven.D.Schneiderman@usdoj.gov
                                                                                             TOTAL: 13



**ORDERED in the Southern District of Florida on June 20, 2012.**

                                                          _____
                                                          **Robert A. Mark, Judge**
                                                          **United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.,*[1] | Case No. 11-35884-RAM (Jointly Administered) |
| Debtors. _____/ | |

**ORDER APPROVING (I) FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS, (II) SECOND AND FINAL FEE APPLICATION AND (III) SUPPLEMENT TO SECOND APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL FOR THE COMMITTEE OF UNSECURED CREDITORS**

THIS MATTER came before the Court on June 18, 2012 at 2:00 p.m. upon Genovese, Joblove & Battista, P.A.'s ("GJB") *First Interim Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Counsel for The Committee of Unsecured*

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10775-001/#2

*Creditors* (ECF No. 257)(the "First Interim Application"); *Second and Final Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Counsel for The Committee of Unsecured Creditors* (ECF No. 319)(the "Final Fee Application"); and the *Supplement to Second and Final Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Counsel for The Committee of Unsecured Creditors* (ECF No. 340)(the "Supplement")(collectively, the "GJB Applications").

GJB seeks an award, on a final basis, of $87,680.00 in fees and $231.26 in costs for the period of October 20, 2011 through January 31, 2012 pursuant to the First Interim Fee Application; $49,263.50 in fees and $127.39 in costs for the period of February 1, 2012 through May 25, 2012 pursuant to the Final Fee Application; and $4,878.00 in fees and $0.00 in costs pursuant to the Supplement.

The Court, having considered the GJB Applications, the record in this matter and the presentation of counsel, it is

**ORDERED as follows:**

1. GJB is awarded, on a final basis, fees in the amount of $141,821.50 and expenses in the amount of $358.65 on account of the GJB Applications.

2. GJB has agreed to a voluntary reduction of the fees and costs awarded herein in the amount of $10,000.00 (the "Voluntary Reduction").

3. GJB has been paid the sum of $50,000.00 pursuant to this Court's Orders authorizing interim compensation of professional (ECF No. 76) and approving Debtor-in-Possession financing (ECF No. 64).

4. Accordingly, GJB is authorized to be paid the total amount of $82,180.15, which represents the final fees and costs awarded herein, less (a) the amounts paid to GJB to date and (b) the Voluntary Reduction.

5. In making the foregoing award, the Court has evaluated the factors set forth in *Matter of First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by GJB.

# # #

Submitted by:
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Counsel for the Official Committee of Unsecured Creditors
Miami Tower
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]