UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et al.,             Case No. 11-35884-BKC-RAM
                                                Chapter 11 Case
            Debtor.                             (Jointly Administered)
_____/

## NOTICE OF FILING AFFIDAVIT OF BRIAN PEARL
## IN SUPPORT OF THE FINAL ACCOUNTING

TERRA LANDMARK, LLC and TERRA WORLD INVESTMENTS, LLC (collectively "TERRA"), by and through undersigned counsel, files its affidavit of Brian Pearl in support final accounting of all fees and expenses paid from the proceeds of Postpetition Financing (the "Accounting") in accordance with the *Order Continuing Hearing on Fee Applications and Directing Terra Landmark, LLC and Terra World Investments, LLC to Provide Accounting of Fees and* Expenses [ECF 297] entered on April 18, 2012.

4424797-1

**BERGER SINGERMAN**
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

1450 Brickell Avenue, Suite 1900 Miami, Florida 33131-3453 Telephone 305-755-9500 Facsimile 305-714-4340

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system upon the Debtor, the Creditors Committee, the U.S. Trustee, Party Landmark at Doral Community Development District, Creditor U.S. Bank National Association as Trustee and Florida Prime Holdings LLC as listed below on the Electronic Mail Notice List on this 27th day of June, 2012.

Dated:  June 27, 2012

Respectfully submitted,
BERGER SINGERMAN
1450 Brickell Avenue, Suite 1900
Miami, FL  33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340

By:    /s/ Jordi Guso
       Jordi Guso
       Florida Bar No. 0863580
       jguso@bergersingerman.com

**ELECTRONIC NOTICE LIST**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com, laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

TOWN CENTER AT DORAL, LLC, et al.,   Case No. 11-35884-BKC-RAM
                                      Chapter 11 Case
       Debtor.                        (Jointly Administered)
_____/

### AFFIDAVIT OF BRIAN PEARL

STATE OF FLORIDA         )
                         )  ss:
COUNTY OF MIAMI-DADE     )

    Brian Pearl, being duly sworn, hereby deposes and says:

    1.    My name is Brian Pearl. I am over 21 years of age and am fully competent to make this declaration. Unless otherwise stated, I have personal knowledge of the facts set forth in this Affidavit.

    2.    I am the Authorized Representative of Terra Landmark, LLC and Terra World Investments, LLC (collectively, "Terra").

    3.    On June 6, 2012, counsel for Terra filed its Notice of Filing Final Accounting (the "Notice") [ECF #335]. All fees and costs set forth on the attached Exhibit A under the column of "Total Paid" in the amount of $752,937.87 have been paid in full.

4409764-1

4. Upon receipt of the $500,000.00 of its administrative claim as provided for in Section 3.3 of the Second Amended and Modified Joint Plan of Reorganization by Landmark at Doral Community Development District, U.S. Bank National Association, as Indenture Trustee, and Florida Prime Holdings, LLC filed on June 4, 2012 (ECF 333), Terra shall make the payment to Bilzin in the amount of $63,386.38.

_____
BRIAN PEARL, not individually but as Authorized Representative of Terra

BEFORE ME, the undersigned authority, on June 26, 2012, personally appeared BRIAN PEARL (who is)/ is not personally known to me, who produced _____ as identification, and who did take an oath.

_____
Name of Notary, Type, Printed or Stamped

Commission Number (Stamp or Seal)



SANDRA RAMOS
Commission # EE 178548
My Commission Expires
April 30, 2016

4409764-1

2

# Exhibit A

## Landmark Post Petition Invoices Paid by Terra

| Entity | Comment | Payment Made for Invoices Through Apr 18, 2012 | Payment Made for Invoices Apr 19 to May 3, 2012 | Payment Made for Invoices May 3 to May 25, 2012 | Payment Made for Invoices May 25 to June 8, 2012 | Total Paid | Invoices To Be Paid* | Total Paid or To Be Paid |
|---|---|---|---|---|---|---|---|---|
| Akerman | DIP Funder Legal | 25,861.71 | 0.00 | 25,861.71 | 0.00 | 51,723.42 | 0.00 | 51,723.42 |
| Berger Singerman | DIP Funder Legal | 138,349.93 | 0.00 | 0.00 | 1,398.24 | 139,748.17 | 0.00 | 139,748.17 |
| Bilzin | Debtor Legal | 105,194.86 | 100,000.00 | 100,000.00 | 40,000.00 | 345,194.86 | 63,386.38 | 408,581.24 |
| Fishkind & Associates | Feasibility Consultant | 40,000.00 | 55,000.00 | 0.00 | 0.00 | 95,000.00 | 0.00 | 95,000.00 |
| Genovese** | Committee Legal | 17,861.34 | 32,138.66 | 0.00 | 0.00 | 50,000.00 | 0.00 | 50,000.00 |
| Debtors** | Debtor Executive Professional | 23,325.47 | 0.00 | 0.00 | 0.00 | 23,325.47 | 0.00 | 23,325.47 |
| Debtors** | Debtor Accounting Professional | 4,262.50 | 0.00 | 0.00 | 412.50 | 4,675.00 | 0.00 | 4,675.00 |
| Jorden Burt | DIP Funder Legal | 0.00 | 0.00 | 1,798.00 | 0.00 | 1,798.00 | 0.00 | 1,798.00 |
| US Trustee** | US Trustee | 4,550.69 | 0.00 | 0.00 | 1,950.00 | 6,500.69 | 0.00 | 6,500.69 |
| Waronker & Rosen | Appraisal | 23,480.00 | 0.00 | 0.00 | 0.00 | 23,480.00 | 0.00 | 23,480.00 |
| Wells Fargo | Insurance | 11,492.26 | 0.00 | 0.00 | 0.00 | 11,492.26 | 0.00 | 11,492.26 |
| Total | | 394,378.76 | 187,138.66 | 127,659.71 | 43,760.74 | 752,937.87 | 63,386.38 | 816,324.25 |

*Does not include services to be billed after June 8, 2012

**A portion of these expenses were funded by Terra to be paid by Debtor. A total of $40,000 was funded to Debtor for these expenses. The remaining amount above $40,000 was paid directly by Terra