

ORDERED in the Southern District of Florida on July 5, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 11-35884-RAM |
| Town Center at Doral, LLC, et al.,[1] | Chapter 11 |
| Debtors._____/ | (Jointly Administered) |

### ORDER GRANTING FIRST INTERIM AND SECOND AND FINAL APPLICATIONS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO BILZIN SUMBERG BAENA PRICE & AXELROD LLP, GENERAL BANKRUPTCY COUNSEL TO THE DEBTORS-IN-POSSESION

THIS CAUSE came before the Court for hearing on June 18, 2012 at 2:00 p.m.

upon the *First Interim Application for Allowance and Payment of Compensation and*

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

MIAMI 3180644.44 79451/35741

*Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP, General Bankruptcy Counsel to the Debtors-in-Possession* [ECF No. 254], and the *Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP, General Bankruptcy Counsel to the Debtors-in-Possession* [ECF No.318], as supplemented by the *Supplement to Second and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Bilzin Sumberg Baena Price & Axelrod LLP, General Bankruptcy Counsel to the Debtor-in-Possession* [ECF No. 477] (collectively, the "<u>Final Applications</u>").  In the Final Applications, Bilzin Sumberg Baena Price & Axelrod LLP ("<u>Bilzin Sumberg</u>") seeks (i) a final award in the amount of $532,537.59, which amount consists of legal fees in the amount of $505,352.80 for services rendered, and $27,184.79 as reimbursement for actual and necessary expenses incurred by Bilzin Sumberg during the period commencing September 19, 2011, through and including June 18, 2012; and (ii) final payment of $532,537.59 less any interim payments made pursuant to the *Order Establishing Procedures Nunc Pro Tunc to the Petition Date to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals* [ECF No. 76], and subject to voluntary reductions authorized by Bilzin Sumberg.  The Court, having considered the Final Applications, having heard arguments of counsel, having heard the representations of counsel to the Debtors that it will not seek payment of the fees and costs described in the Final Applications from the bankruptcy estates, but only from Terra World Investments, LLC ("<u>Terra</u>"), and having heard the representations of counsel for Terra that all fees and costs due Bilzin Sumberg, as voluntarily reduced by such firm, have been or shall be funded according to the debtor-in-possession budget approved pursuant

to the *Final Order Granting Debtors' Emergency Motion for an Order Pursuant to 11 U.S.C. Sections 105(a), 363, and 2364 and Bankruptcy Rules 2002, 4001, 6004, and 6006; (I) Authorizing Postpetition Financing; and (II) Approving Expense Reimbursement* [ECF No. 103] and the schedule (the "<u>Pearl Schedule</u>") attached to the *Affidavit of Brian Pearl in Support of the Final Accounting* [ECF No. 350] as Exhibit "A", and being otherwise fully advised in the premises, finds that due and sufficient notice of the Final Applications was provided to all parties in interest and that the fees and costs sought therein are fair and reasonable, and should be allowed and paid in accordance with 11 U.S.C. §§ 330 and 503(b) on a final basis. Accordingly, it is

ORDERED as follows:

1. The Final Applications are granted as provided herein.

2. Bilzin Sumberg is allowed, as a final award, an amount equal to $532,537.59 as final compensation for services rendered and reimbursement of expenses incurred by Bilzin Sumberg in connection with its representation of the Debtors.

3. Terra is authorized and directed to pay Bilzin Sumberg the unpaid balance set forth on the Pearl Schedule, plus additional fees and costs incurred on behalf of the Debtors post-confirmation as Terra and Bilzin Sumberg agree upon.

###

Submitted by:
Mindy Mora, Esq
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Copy furnished to:
Mindy Mora, who shall serve a copy of this order on all interested parties and file a certificate of service.

MIAMI 3180644.4 79451/35741