**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                   Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]         Case No. 11-35884-RAM
                                                                              (Jointly Administered)
    Debtors.
_____/

## NOTICE OF FILING OF RECEIPTS AND DISBURSEMENTS

    Genovese, Joblove & Battista, P.A. ("GJB"), as counsel to Kenneth A. Welt, the Creditor Trustee (the "Creditor Trustee") for the Landmark/Doral Liquidating Trust, hereby gives notice of filing of attached trust ledger attached hereto as Exhibit "A". As set forth therein, on June 29, 2012, GJB received the sum of $1,750,000.00 by wire from Arnstein & Lehr pursuant to the confirmed plan. On July 5, 2012, GJB delivered those funds to the Creditor Trustee.

Dated: August 1, 2012                                              Respectfully submitted,

                                                          **GENOVESE JOBLOVE & BATTISTA, P.A**.
                                                          *Counsel for the Creditor Trustee*
                                                          Miami Tower
                                                          100 Southeast 2nd Street , 44th Floor
                                                          Miami, Florida 33131
                                                          Telephone: (305) 349-2300
                                                          Facsimile: (305) 349-2310

                                          By:  */s/ Glenn D. Moses, Esq.*
                                                       Glenn D. Moses
                                                       Fla. Bar No.  174556
                                                     gmoses@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all creditors and interested parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mail on August 1, 2012.

/s/     *Glenn D. Moses, Esq.*
Glenn D. Moses
Fla. Bar No. 174556

## Genovese Joblove & Battista, P.A.

### Trust Detail Ledger By Client Matter

Print Date/Time: 7/31/2012 8:40:51 AM
Page 1 of 1

For Client **10775** Matter **10775-001**

| Date | Description | Payee | Check # | Type | Deposits | Disburs. | Balance |
|---|---|---|---|---|---|---|---|
| 10775 - | Official Comm. of Unsecured Creditors / Town Center at Doral | | | | | | |
| 10775-001 | Matter: Official Comm. of Unsecured Creditors / Town Center at Doral | | | | | | |
| 6/29/2012 | Wire in from Amstein & Lehr on Der-Landmar@ Doral (10775-001) | | Wire#0359 | DEPOSIT | $1,750,000.00 | | $1,750,000.00 |
| 7/5/2012 | from sale of assets for TOwn Center at Doral, LLC (10775-001) | Kenneth A. Welt Liquidating Trustee for Town Center at Doral, LLC | Interbank 1 | CHECK | | -$1,750,000.00 | $0.00 |
| | | | | **CURRENT TRUST BALANCE** | | | **$0.00** |



C:\Program Files\ClientProfiles\CPFinancial\Reports\GL - TRUST Detail Ledger by Client Matter.rpt

**EXHIBIT "A"**