UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11
                                                Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                   Jointly Administered
*et al.,*
     Debtors.
_____/

## NOTICE OF FILING AFFIDAVIT OF CASH DISBURSEMENT

     Florida Prime Holdings, LLC, through undersigned counsel, files the attached Affidavit of Cash Disbursement for payments made pursuant to the Second Amended and Modified Joint Plan of Reorganization by Landmark at Doral Community Development, U.S. Bank National Association, as Indenture Trustee, and Florida Prime Holdings, LLC [ECF No. 333].

                                         By:    /s/ Phillip M. Hudson
                                                       Phillip M. Hudson III, Esq.
                                                        Florida Bar No. 518743
                                                        305.374.3330 (telephone)
                                                        pmhudson@arnstein.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                      CASE No: 11-35884-RAM

TOWN CENTER AT DORAL, L.L.C.,                       Chapter 11
*et al.,*                                                                   Jointly Administered
     Debtors.
_____/

## AFFIDAVIT OF CASH DISBURSEMENTS

STATE OF         Florida        }
                                }    SS
COUNTY OF        Miami-Dade     }

BEFORE ME, the undersigned authority, this day personally appeared PHILLIP M. HUDSON, III, who, after being first duly sworn under oath, deposes and says:

1. My name is Phillip M. Hudson, III, and I am over eighteen years of age.

2. I was the counsel for Plan Proponent, Florida Prime Holdings, LLC, and my firm was charged with making certain distributions required by the Second Amended and Modified Joint Plan of Reorganization by Landmark at Doral Community Development, U.S. Bank National Association, as Indenture Trustee, and Florida Prime Holdings, LLC (the "Plan") [ECF No. 333] confirmed by the Court on June 22, 2012. [ECF No. 344].

3. I am providing this affidavit to account for disbursements of the Carveout made by Florida Prime Holdings, LLC, pursuant to the Plan in the above-styled bankruptcy proceeding.

4. To the best of my knowledge, pursuant to the bank statements provided by Gibraltar Private Bank & Trust Company, where the Arnstein & Lehr Trust account is kept, and consistent with my direction Florida Prime Holdings, LLC, made disbursements on June 29, 2012, to the following:

| | |
|---|---|
| Genovese Joblove & Batista Trust account (f/b/o Landmark at Doral Liquidating Trust) | $1,750,000 |
| Berger Singerman Trust account (f/b/o Terra Landmark LLC) | $500,000 |

_____
Phillip M. Hudson, III

SWORN TO AND SUBSCRIBED before me this 30th day of July, 2012, by Phillip M. Hudson, III, who is personally known to me.

_____
Title: Notary Public

Notary Public State of Florida
Blanca E. Fernandez
My Commission EE 206369
Expires 08/28/2016