UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Chapter 11
                                                                Case No. 11-35884-RAM
TOWN CENTER AT DORAL, L.L.C.,                                   Jointly Administered
*et al.,*
      Debtors.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Notice of Filing of Disbursements [ECF No. 361]; was served on August 1, 2012, via Notice of Electronic Filing to all creditors and interested parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mails set forth on the attached service list.

Dated: August 2, 2012.

                **ARNSTEIN & LEHR LLP**
                Attorneys for **Florida Prime Holdings, LLC**
                200 South Biscayne Boulevard, Suite 3600
                Miami, Florida  33131
                Telephone:    305-374-3330
                Facsimile:     305-374-4777
                E-Mail:        pmhudson@arnstein.com

                By:    /s/ Phillip M. Hudson III
                         Phillip M. Hudson III
                         Florida Bar No. 518743

**Service List**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com, jrivera@stearnsweaver.com; rross@stearnsweaver.com; mmesonesmori@stearnsweaver.com; dillworthcdp@ecf.epiqsystems.com; sanderson@stearnsweaver.com; nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesonesmori@ stearnsweaver.com; rross@stearnsweaver.com; larrazola@stearnsweaver.com; cgraver@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov