## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

### NOTICE OF FILING AFFIDAVIT OF QUARTERLY DISBURSEMENTS

Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust, by and through undersigned counsel, hereby gives notice of filing the Affidavit of Quarterly Disbursements for the Third Quarter of 2012, attached hereto as Exhibit "A".

Dated: October 30, 2012                **GENOVESE JOBLOVE & BATTISTA, P.A**.
*Counsel for the Liquidating Trustee*
Miami Tower
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile:   (305) 349-2310

By:  */s/ Glenn D. Moses, Esq.*
Glenn D. Moses
Fla. Bar No.  174556
E-mail: gmoses@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10922-001/#11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all creditors and interested parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mail on October 30, 2012.

/s/     Glenn D. Moses, Esq.
Glenn D. Moses
Fla. Bar No.  174556

## Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Town Center at Doral, L.L.C.,
et al.,                                          Case No.11-35884-RAM

                                                 Chapter 11
           Debtor(s).
_____/

**AFFIDAVIT OF QUARTERLY DISBURSEMENTS**

   1.  I, Kenneth A. Welt, was appointed as the Liquidating Trustee for Town Center at Doral, L.L.C., et al. on June 22, 2012.

   2. According to the books and records of the debtor, disbursements for the Third Quarter of 2012 are $84,130.15.

   3.  I certify under penalty of perjury, that to the best of my knowledge, the above information is true and correct.


       FURTHER AFFIANT SAYETH NAUGHT

                                          _____
                                          Kenneth A. Welt, Trustee



Dated this 19th day of October, 2012


1

EXHIBIT "A"