UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]           Case No. 11-35884-RAM
                                                                        (Jointly Administered)
      Debtors.
_____/

## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM* OF ISAAC KODSI, ESQ.

Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust, by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 2004 and Local Rule 2004-1, will take the deposition of the below referenced under oath, at the following date, time and location:

| Deponent | Date and Time | Location |
|---|---|---|
| Isaac Kodsi, Esq. | **November 30, 2012, 10:00 a.m. EST** | Genovese, Joblove & Battista, P.A.<br>100 Southeast Second Street, 44th Floor<br>Miami, FL 33131 |

The deposition is being conducted pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. If the deponent requires an interpreter, it is the deponent's responsibility to engage the employment of such interpreter to be present at the deposition. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law, and shall continue day to day until completed. Any objections must be filed prior to the taking of the deposition.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

10922-001/#12

Dated: November 1, 2012

*Counsel for the Liquidating Trustee*
Miami Tower
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile:   (305) 349-2310
By:  */s/ Michael L. Schuster, Esq.*
Glenn D. Moses
Fla. Bar No.  174556
E-mail: gmoses@gjb-law.com
Michael L. Schuster
Fl. Bar No. 57119
E-mail: mschuster@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 1st day of November, 2012, CM/ECF electronic notice to all parties on the attached Service List.

/s/ Michael L. Schuster
Michael L. Schuster

### Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Attorney Phillip Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

10922-001/#12                                   3