# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN District of Florida

Case Number: 11-35884-RAM

IN RE::
**TOWN CENTER AT DORAL, L.L.C., ET AL**

**Debtors**

For:
GENOVESE, JOBLOVE & BATTISTA, P.A.
100 S.E. 2nd Street, 44th Floor
Miami, FL 33131

Received by Lightning Legal Couriers on the 31st day of October, 2012 at 3:00 pm to be served on **ISAAC KODSI, ESQUIRE, 701 W. CYPRESS CREEK RD., SUITE 302, FT. LAUDERDALE, FL 33309-2045**.

I, Ivan Lopez, do hereby affirm that on the **1st day of November, 2012** at **10:21 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **NOTICE AT APPEAR AND TESTIFY AT AN EXAMINATION UNDER BANKRUPTCY RULE 2004.** with the date and hour of service endorsed thereon by me, to: **CYNTHIA OWEN** as **SECRETARY** at the address of: **701 W. CYPRESS CREEK RD., SUITE 302, FT. LAUDERDALE, FL 33309-2045**, who stated they are authorized to accept service for **ISAAC KODSI, ESQUIRE**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ivan Lopez
Process Server

**Lightning Legal Couriers**
3066 S.W. 17th Street
Miami, FL 33145
(786) 286-4167

Our Job Serial Number: LTN-2012002475

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4s

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Chapter 11

TOWN CENTER AT DORAL, L.L.C., et al.,[1]                   Case No. 11-35884-RAM
                                                                                          (Jointly Administered)
      Debtors.
_____/

11-1-12  10:21A
Cynthia ovrra
SRC.

To:   Isaac Kodsi, Esq.
      701 W Cypress Creek Rd
      Suite 302
      Fort Lauderdale, FL 33309-2045

[X]   YOU ARE COMMANDED to appear and testify at an examination under Bankruptcy Rule 2004, and Local Rule 2004-1, at the place, date, and time specified below

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Genovese Joblove & Battista<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131 | **November 30, 2012, 10:00 A.M. Eastern** |

[X]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **SEE ATTACHED EXHIBIT "A"**

| PLACE | DATE AND TIME |
|---|---|
| Genovese Joblove & Battista<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131 | **November 19, 2012, 5:00 P.M Eastern** |

| ISSUING OFFICER SIGNATURE | TITLE |
|---|---|
| *[signature]* | Attorney for Liquidating Trustee |
| ISSUING OFFICER'S NAME (PRINT)<br>Michael Schuster, Esq.<br>Fla. Bar No. 57119 | PHONE<br>305-349-2300 |
| ADDRESS<br>Genovese Joblove & Battista, P.A.<br>100 S.E. Second Street, 44th Floor<br>Miami, FL 33131 | DATE<br>October 31, 2012 |

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on_____    _____
               DATE                           SIGNATURE OF SERVER

                                                                              ADDRESS OF SERVER