

**ORDERED in the Southern District of Florida on April 4, 2013.**

                                           **Robert A. Mark, Judge**
                                           **United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO. 11-35884-RAM |
| | CHAPTER 11 |
| TOWN CENTER AT DORAL, L.L.C., | (Jointly Administered) |
| et al., | |
|         Debtors. | |

### ORDER SETTING STATUS CONFERENCE

The Debtors' Second Amended and Modified Joint Chapter 11 plan was confirmed on June 21, 2012 [DE# 344]. The Court finds it appropriate to set a Status Conference to determine why the case is still open. Therefore, it is –

**ORDERED** as follows:

1. The Court will conduct a Status Conference in this case on **May 21, 2013** at **1:30 p.m.**, at the U.S. Bankruptcy Court, 51 S.W. First Avenue, Courtroom 1406, Miami, FL 33130.

2. The Status Conference will be cancelled if the Debtors file a Motion for Final Decree prior to May 14, 2013.

###

COPIES TO:

Mindy A. Mora, Esq.
AUST