## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Town Center at Doral, L.L.C., et al.,[1]

Debtors.

_____/

Case No. 11-35884-RAM

Chapter 11

(Jointly Administered).

### DEBTOR'S RESPONSE TO ORDER SETTING STATUS HEARING, AND REQUEST FOR STATUS CONFERENCE TO BE CANCELLED OR ALTERNATIVELY FOR DEBTORS TO BE EXCUSED FROM ATTENDING.

Town Center at Doral, LLC; Landmark at Doral East, LLC; Landmark at Doral South, LLC; Landmark Club at Doral, LLC; and Landmark at Doral Developers, LLC, as debtors and debtors-in-possession (collectively, the "Debtors"), by and through undersigned counsel, file this response (the "Response") to the Court's Order Setting Status Conference [ECF No. 368] and respectfully state the following:

1.      This Court confirmed the *Second Amended and Modified Joint Plan of Reorganization By Landmark at Doral Community Development District, U.S. Bank National Association, as Indenture Trustee, and Florida Prime Holdings, LLC, Under Chapter 11 of the Bankruptcy Code* [ECF No. 333] (the "District Creditor Plan") on June 21, 2012, wherein a Liquidating Trust[2] was established to aid in the implementation of the District Creditor Plan.

2.      As a result, Debtors have not been involved in post-confirmation activities in connection with the Estate other than executing quitclaim deeds of the Debtors' interest in real

---

[1] The last four digits of each Debtors' tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762]. The Debtors' mailing address is 701 W. Cypress Creek Road, Suite 303, Fort Lauderdale, Florida 33309.

[2] As defined in the District Creditor Plan.

property to Landmark at Doral Holdings, LLC pursuant to the Final Order Approving the Sale of the Debtors' Assets Outside the Ordinary Course of Business Free and Clear of All Liens, Claims, and Encumbrances to the District [ECF No. 343].

3.      According to 11 U.S.C. §350, the U.S. Trustee requires the Debtors' cases (the "Chapter 11 Cases") to remain open until the estate is fully administered.

4.      Upon information or belief, and based upon communications with Glenn Moses, counsel for Kenneth A. Welt (the "Liquidating Trustee"), presently there are claim objections pending prosecution.

5.      Accordingly, the Debtors respectfully suggest to the Court that the Chapter 11 cases should remain open until the Liquidating Trustee advises the Court that the claim objections have been fully administered.

WHEREFORE, the Debtors respectfully request that the Court cancel the status conference, or, alternatively, excuse the Debtors from attending the status conference and instead direct counsel for the Liquidating Trustee to attend to advise the Court on the status of the cases, and grant for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a copy of this report and attachments was served on the U.S. trustee's office on this 10th day of April, 2013 via the Court's CM/ECF electronic mail.

Dated: April 10, 2013

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).**

BILZIN    SUMBERG    BAENA    PRICE    &
AXELROD LLP
*Counsel for the Debtors*
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Telephone:      (305) 374-7580
Facsimile:      (305) 375-7593

By:      /s/ Mindy A. Mora
         Mindy A. Mora
         Florida Bar No. 678910
         mmora@bilzin.com
         Rena Kelley
         Florida Bar No. 99819
         rkelley@bilzin.com