**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                           Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al,*           Case No. 11-35884-RAM
                                                                                  (Jointly Administered)
    Debtors.
_____/

### LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO DUPLICATE CLAIMS

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Claimants receiving this Omnibus Objection should locate their names, claim numbers and basis for objection on the attached Exhibit A.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned attorneys OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court, Claude Pepper Federal Building, 51 S.W. 1st Avenue, Room 1510, Miami, FL 33130.**

**\*\*The objections to claims are listed in alphabetical order.  Please review thoroughly to locate your claim.\*\***

Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust, successor to and representative of the above-captioned Debtors, by the through undersigned counsel, pursuant to 11 U.S.C. §502(b), Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, hereby files this objection (the "Objection") to the claims listed on the attached **Exhibit A** on the basis that such claims are duplicative of other allowed claims in these Chapter 11 cases.

The remaining claim for each claimant is indicated on the Exhibit. As a result, the duplicative claim should be stricken and disallowed in its entirety.

The Liquidating Trustee reserves the right to amend any objection to any claim set forth on the Exhibit, to object on additional grounds not set forth in the Exhibit and/or to object to any further claims not presently set forth on the Exhibit. By filing this Objection, the Liquidating Trustee does not waive the right to file further objections or to pursue avoidance actions or other causes of action.

**WHEREFORE**, the Liquidating Trustee respectfully requests that the Court enter an Order: (1) disallowing the duplicative claims as set forth on the Exhibit, without prejudice to the rights of the Liquidating Trustee, or other interested party, to file further objections or to pursue avoidance actions or other causes of action, and (2) granting such other and further relief as is just and appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: April 12, 2013

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for the Liquidating Trustee*
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310


By: /s/ Heather L. Harmon
    Glenn D. Moses, Esq.
    Florida Bar No. 174556
    gmoses@gjb-law.com
    Heather L. Harmon, Esq.
    Florida Bar No. 013192
    hharmon@gjb-law.com


**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via US Mail and/or CM/ECF to all parties on Exhibit "A" and those registered to receive electronic notice this 12th day of April, 2013.

By: /s/ Heather L. Harmon
    Heather L. Harmon, Esq.

Exhibit "A"
Duplicate Claims

| Claimant Name | Debtor Name | Case No. | Address 1 | Address 2 | City | State | Zip Code | Filed Claim No. or Schedule Only | Claim Type | Amount | Remaining Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Advance Insurance Underwriters | Landmark at Doral East | 11-35885 | 3250 North 29th Ave | | Hollywood | FL | 33020 | Schedule Only | General Unsecured | $ 34,320.38 | Scheduled Claim in Case No. 11-35884 |
| Advance Insurance Underwriters | Landmark at Doral South | 11-35886 | 3250 North 29th Ave | | Hollywood | FL | 33020 | Schedule Only | General Unsecured | $ 34,320.38 | Scheduled Claim in Case No. 11-35884 |
| Advance Insurance Underwriters | Landmark Club at Doral | 11-35887 | 3250 North 29th Ave | | Hollywood | FL | 33020 | Schedule Only | General Unsecured | $ 34,320.38 | Scheduled Claim in Case No. 11-35884 |
| Advance Insurance Underwriters | Landmark at Doral Developers | 11-35888 | 3250 North 29th Ave | | Hollywoord | FL | 33020 | Schedule Only | General Unsecured | $ 34,320.38 | Scheduled Claim in Case No. 11-35884 |
| AMT CADC Venture, LLC | Landmark at Doral East | 11-35885 | c/o C. Craig Eller, Esq.,Broad and Cassel | One North Clematis St, #500 | West Palm Beach | FL | 33401 | 1 | General Unsecured | $ 132,105,836.93 | Claim No. 3 in Case No. 11-35884 |
| AMT CADC Venture, LLC | Landmark at Doral South | 11-35886 | c/o C. Craig Eller, Esq.,Broad and Cassel | One North Clematis St, #500 | West Palm Beach | FL | 33401 | 1 | General Unsecured | $ 103,870,058.00 | Claim No. 3 in Case No. 11-35884 |
| AMT CADC Venture, LLC | Landmark Club at Doral | 11-35887 | c/o C. Craig Eller, Esq.,Broad and Cassel | One North Clematis St, #500 | West Palm Beach | FL | 33401 | 1 | General Unsecured | $ 103,870,058.00 | Claim No. 3 in Case No. 11-35884 |
| AMT CADC Venture, LLC | Landmark at Doral Developers | 11-35888 | c/o C. Craig Eller, Esq.,Broad and Cassel | One North Clematis St, #500 | West Palm Beach | FL | 33401 | 1 | General Unsecured | $ 103,870,058.00 | Claim No. 3 in Case No. 11-35884 |
| David Plummer & Associates | Landmark at Doral East | 11-35885 | 1750 Ponce De Leon Blvd | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 7,296.55 | Scheduled Claim in Case No. 11-35884 |
| David Plummer & Associates | Landmark at Doral South | 11-35886 | 1750 Ponce De Leon Blvd | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 7,296.55 | Scheduled Claim in Case No. 11-35884 |
| David Plummer & Associates | Landmark Club at Doral | 11-35887 | 1750 Ponce De Leon Blvd | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 7,296.55 | Scheduled Claim in Case No. 11-35884 |
| David Plummer & Associates | Landmark at Doral Developers | 11-35888 | 1750 Ponce De Leon Blvd | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 7,296.55 | Scheduled Claim in Case No. 11-35884 |
| Dual Temp Mechanical | Landmark at Doral East | 11-35885 | 13741 SW 139th Circle 102 | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 9,308.10 | Scheduled Claim in Case No. 11-35884 |
| Dual Temp Mechanical | Landmark at Doral South | 11-35886 | 13741 SW 139th Circle 102 | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 9,308.10 | Scheduled Claim in Case No. 11-35884 |
| Dual Temp Mechanical | Landmark Club at Doral | 11-35887 | 13741 SW 139th Circle 102 | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 9,308.10 | Scheduled Claim in Case No. 11-35884 |
| Dual Temp Mechanical | Landmark at Doral Developers | 11-35888 | 13741 SW 139th Circle 102 | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 9,308.10 | Scheduled Claim in Case No. 11-35884 |
| Frank Alter | Landmark at Doral East | 11-35885 | 3902 NE 207th Street | Suite 1401 | Miami | FL | 33180 | 12 | General Unsecured | $ 1,000,000.00 | Claim No. 12 in Case No. 11-35884 |
| Frank Alter | Landmark at Doral South | 11-35886 | 3902 NE 207th Street | Suite 1401 | Miami | FL | 33180 | 8 | General Unsecured | $ 1,000,000.00 | Claim No. 12 in Case No. 11-35884 |
| Frank Alter | Landmark Club at Doral | 11-35887 | 3902 NE 207th Street | Suite 1401 | Miami | FL | 33180 | 9 | General Unsecured | $ 1,000,000.00 | Claim No. 12 in Case No. 11-35884 |
| Frank Alter | Landmark at Doral Developers | 11-35888 | 3902 NE 207th Street | Suite 1401 | Miami | FL | 33180 | 4 | General Unsecured | $ 1,000,000.00 | Claim No. 12 in Case No. 11-35884 |
| Garmon Construction Corp. | Landmark at Doral East | 11-35885 | 7315 NW 36th St | | Miami | FL | 33166 | Schedule Only | General Unsecured | $ 42,975.50 | Scheduled Claim in Case No. 11-35884 |
| Garmon Construction Corp. | Landmark at Doral South | 11-35886 | 7315 NW 36th St | | Miami | FL | 33166 | Schedule Only | General Unsecured | $ 42,975.50 | Scheduled Claim in Case No. 11-35884 |
| Garmon Construction Corp. | Landmark Club at Doral | 11-35887 | 7315 NW 36th St | | Miami | FL | 33166 | Schedule Only | General Unsecured | $ 42,975.50 | Scheduled Claim in Case No. 11-35884 |
| Garmon Construction Corp. | Landmark at Doral Developers | 11-35888 | 7315 NW 36th St | | Miami | FL | 33166 | Schedule Only | General Unsecured | $ 42,975.50 | Scheduled Claim in Case No. 11-35884 |
| Mod Space | Landmark at Doral East | 11-35885 | Bank of America Lockbox Services | 12603 Collection Center Dr | Chicago | IL | 60693 | Schedule Only | General Unsecured | $ 101,760.51 | Scheduled Claim in Case No. 11-35884 |
| Mod Space | Landmark at Doral South | 11-35886 | Bank of America Lockbox Services | 12603 Collection Center Dr | Chicago | IL | 60693 | Schedule Only | General Unsecured | $ 101,760.51 | Scheduled Claim in Case No. 11-35884 |
| Mod Space | Landmark Club at Doral | 11-35887 | Bank of America Lockbox Services | 12603 Collection Center Dr | Chicago | IL | 60693 | Schedule Only | General Unsecured | $ 101,760.51 | Scheduled Claim in Case No. 11-35884 |
| Mod Space | Landmark at Doral Developers | 11-35888 | Bank of America Lockbox Services | 12603 Collection Center Dr | Chicago | IL | 60693 | Schedule Only | General Unsecured | $ 101,760.51 | Scheduled Claim in Case No. 11-35884 |
| National Millwork | Landmark at Doral East | 11-35885 | 1177 West Blue Heron Blvd | | West Palm Beach | FL | 33404 | Schedule Only | General Unsecured | $ 50,000.00 | Scheduled Claim in Case No. 11-35884 |
| National Millwork | Landmark at Doral South | 11-35886 | 1177 West Blue Heron Blvd | | West Palm Beach | FL | 33404 | Schedule Only | General Unsecured | $ 50,000.00 | Scheduled Claim in Case No. 11-35884 |
| National Millwork | Landmark Club at Doral | 11-35887 | 1177 West Blue Heron Blvd | | West Palm Beach | FL | 33404 | Schedule Only | General Unsecured | $ 50,000.00 | Scheduled Claim in Case No. 11-35884 |
| National Millwork | Landmark at Doral Developers | 11-35888 | 1177 West Blue Heron Blvd | | West Palm Beach | FL | 33404 | Schedule Only | General Unsecured | $ 50,000.00 | Scheduled Claim in Case No. 11-35884 |
| Ring Electric | Landmark at Doral East | 11-35885 | 9330 NW 13th Street #16 | | Miami | FL | 33173 | Schedule Only | General Unsecured | $ 33,581.34 | Scheduled Claim in Case No. 11-35884 |
| Ring Electric | Landmark at Doral South | 11-35886 | 9330 NW 13th Street #16 | | Miami | FL | 33173 | Schedule Only | General Unsecured | $ 33,581.34 | Scheduled Claim in Case No. 11-35884 |
| Ring Electric | Landmark Club at Doral | 11-35887 | 9330 NW 13th Street #16 | | Miami | FL | 33173 | Schedule Only | General Unsecured | $ 33,581.34 | Scheduled Claim in Case No. 11-35884 |
| Ring Electric | Landmark at Doral Developers | 11-35888 | 9330 NW 13th Street #16 | | Miami | FL | 33173 | Schedule Only | General Unsecured | $ 33,581.34 | Scheduled Claim in Case No. 11-35884 |
| Valle & Valle, Inc. | Landmark at Doral East | 11-35885 | 194 Minorca Ave | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 20,849.62 | Scheduled Claim in Case No. 11-35884 |

Exhibit "A"
Duplicate Claims

| Claimant Name | Debtor Name | Case No. | Address 1 | Address 2 | City | State | Zip Code | Filed Claim No. or Schedule Only | Claim Type | Amount | Remaining Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Valle & Valle, Inc. | Landmark at Doral South | 11-35886 | 194 Minorca Ave | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 20,849.62 | Scheduled Claim in Case No. 11-35884 |
| Valle & Valle, Inc. | Landmark Club at Doral | 11-35887 | 194 Minorca Ave | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 20,849.62 | Scheduled Claim in Case No. 11-35884 |
| Valle & Valle, Inc. | Landmark at Doral Developers | 11-35888 | 194 Minorca Ave | | Miami | FL | 33134 | Schedule Only | General Unsecured | $ 20,849.62 | Scheduled Claim in Case No. 11-35884 |
| Y&T Plumbing Corp | Landmark at Doral East | 11-35885 | 13985 SW 140th Street | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 108,609.34 | Scheduled Claim in Case No. 11-35884 |
| Y&T Plumbing Corp | Landmark at Doral South | 11-35886 | 13985 SW 140th Street | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 108,609.34 | Scheduled Claim in Case No. 11-35884 |
| Y&T Plumbing Corp | Landmark Club at Doral | 11-35887 | 13985 SW 140th Street | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 108,609.34 | Scheduled Claim in Case No. 11-35884 |
| Y&T Plumbing Corp | Landmark at Doral Developers | 11-35888 | 13985 SW 140th Street | | Miami | FL | 33186 | Schedule Only | General Unsecured | $ 108,609.34 | Scheduled Claim in Case No. 11-35884 |