## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

In re:                                                             Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]      Case No. 11-35884-RAM
                                                                   (Jointly Administered)

    Debtors.
_____/

### NOTICE OF FILING AFFIDAVIT OF QUARTERLY DISBURSEMENTS

    Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust, by and through undersigned counsel, hereby gives notice of filing the Affidavit of Quarterly Disbursements for the First Quarter of 2013, attached hereto as Exhibit "A".

Dated: April 26, 2013      **GENOVESE JOBLOVE & BATTISTA, P.A**.
                                        *Counsel for the Liquidating Trustee*
                                        Miami Tower
                                        100 Southeast 2nd Street, 44th Floor
                                        Miami, Florida 33131
                                        Telephone: (305) 349-2300
                                        Facsimile:  (305) 349-2310

                              By:  */s/ Glenn D. Moses, Esq.*
                                        Glenn D. Moses
                                        Fla. Bar No.  174556
                                        E-mail: gmoses@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all creditors and interested parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mail on this 26th day of April, 2013.

>    */s/     Glenn D. Moses, Esq.*
>    Glenn D. Moses
>    Fla. Bar No.  174556

### Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com

C Craig Eller on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hbabcock@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com

John B. Hutton III on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, thompsonc@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;cvarela@bilzin.com;eservice@bilzin.com;lflores@bilzin.com

Glenn D Moses on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District

predmond@stearnsweaver.com,
jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Town Center at Doral, L.L.C.,
et al.,                                              Case No.11-35884-RAM

                                                     Chapter 11
        Debtor(s).
_____/

**AFFIDAVIT OF QUARTERLY DISBURSEMENTS**

   1.  I, Kenneth A. Welt, was appointed as the Liquidating Trustee for Town Center at Doral, L.L.C., et al. on June 22, 2012.

   2. According to the books and records of the debtor, disbursements for the First Quarter of 2013 are $650.00.

   3.  I certify under penalty of perjury, that to the best of my knowledge, the above information is true and correct.

        FURTHER AFFIANT SAYETH NAUGHT

                                        _____
                                        Kenneth A. Welt, ~~Trustee~~

Dated this 19th day of April, 2013

1

**EXHIBIT "A"**