**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                              Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al,*                Case No. 11-35884-RAM
                                                                    (Jointly Administered)

     Debtors.
_____/

**CERTIFICATE OF NO RESPONSE OR**
**SETTLEMENT AND REQUEST FOR ENTRY OF ORDER**

     Pursuant to Fed.R.Bankr.P. Rule 3007, Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust, successor to and representative of the above-captioned Debtors, by the through undersigned counsel, filed his Omnibus Objection to Duplicate Claims [D.E. #372] on April 12, 2013 (the "Objection"). The Liquidating Trustee hereby respectfully represents:

     1.     The Liquidating Trustee timely served the Objection on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the Objection.

     2.     The Objection contained the bulletin required by the referenced rule.

     3.     The deadline for response to the Objection was May 13, 2013.

     4.     No response to the Objection has been received as of May 14, 2013.

     5.     A check of the electronic entries docketed in these cases confirms that no responses have been filed.

     **WHEREFORE,** the Liquidating Trustee seeks the entry of an Order granting the relief sought in the Objection in the form uploaded to CM/ECF simultaneously herewith.

Respectfully submitted this 14th day of May 2013.

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for the Liquidating Trustee*
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:   /s/ Heather L. Harmon
      Heather L. Harmon, Esq.
      Florida Bar No. 013192
      hharmon@gjb-law.com

## Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;be
fernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;be
fernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;be
fernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC

mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development
District
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nl
evine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-
mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stear
nsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al,*                   Case No. 11-35884-BKC-RAM
                                                                          (Jointly Administered)

      Debtors.
_____/

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S**
**<u>OMNIBUS OBJECTION TO DUPLICATE CLAIMS</u>**

THIS CAUSE having come before the Court upon the Liquidating Trustee's Omnibus Objection to Duplicate Claims [D.E. #372] and Certificate of No Response to the Objection, and this Court having considered the basis for the objection to claims, and being otherwise duly advised in the premises, it is

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken

and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35885-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35886-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35887-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35888-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 12 (Case No. 11-35885-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 8 (Case No. 11-35886-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 9 (Case No. 11-

35887-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to Claim Number 4 (Case No. 11-35888-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

ORDERED that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its

entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-

35888-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and

disallowed in its entirety.

### ###

Submitted by:

Heather L. Harmon, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Liquidating Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
hharmon@gjb-law.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]