

**ORDERED in the Southern District of Florida on May 14, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al,*           Case No. 11-35884-BKC-RAM
                                                                                    (Jointly Administered)
　　　　Debtors.
_____/

### ORDER SUSTAINING LIQUIDATING TRUSTEE'S OMNIBUS OBJECTION TO DUPLICATE CLAIMS

THIS CAUSE having come before the Court upon the Liquidating Trustee's Omnibus Objection to Duplicate Claims [D.E. #372] and Certificate of No Response to the Objection, and this Court having considered the basis for the objection to claims, and being otherwise duly advised in the premises, it is

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken

and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35885-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35886-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35887-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35888-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 12 (Case No. 11-35885-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 8 (Case No. 11-35886-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 9 (Case No. 11-

35887-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 4 (Case No. 11-35888-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its

entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-

35888-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

### 

Submitted by:

Heather L. Harmon, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Liquidating Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
hharmon@gjb-law.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]