United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1            User: garcian            Page 1 of 2            Date Rcvd: May 15, 2013
                            Form ID: pdf004         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2013.
intp         +Kenneth A. Welt,   c/o Glenn D. Moses, Esq.,   Genovese Joblove & Battista, P.A.,
              100 SE 2nd Street, #4400,   Miami, FL 33131-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2013**                     **Signature:** _Joseph Speetjens_

```
District/off: 113C-1           User: garcian                Page 2 of 2                  Date Rcvd: May 15, 2013
                               Form ID: pdf004              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2013 at the address(es) listed below:

            C Craig Eller, Esq   on behalf of Creditor    AmT CADC Venture, LLC celler@broadandcassel.com
            Eric J Silver    on behalf of Interested Party    Landmark at Doral Community Development District
             esilver@stearnsweaver.com,
             mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsw
             eaver.com;cgraver@stearnsweaver.com
            Glenn D Moses, Esq   on behalf of Interested Party Kenneth A. Welt gmoses@gjb-law.com,
             gjbecf@gjb-law.com
            Glenn D Moses, Esq    on behalf of Creditor Committee    Creditor Committee gmoses@gjb-law.com,
             gjbecf@gjb-law.com
            Heather L Harmon, Esq   on behalf of Interested Party Kenneth A. Welt HHarmon@gjb-law.com,
             gjbecf@gjb-law.com
            Jere L. Earlywine,  Esq.    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC
             jearlywine@hgslaw.com,   gmckee@hgslaw.com
            John B. Hutton III, Esq.    on behalf of Creditor    U.S. Bank National Association as Trustee
             huttonj@gtlaw.com,   mialitdock@gtlaw.com;miaecfbky@gtlaw.com
            Jordi  Guso, Esq.    on behalf of Creditor    Terra World Investments, LLC
             jguso@bergersingerman.com,   fsellers@bergersingerman.com;efile@bergersingerman.com
            Jordi  Guso, Esq.   on behalf of Interested Party    Terra Landmark, LLC jguso@bergersingerman.com,
             fsellers@bergersingerman.com;efile@bergersingerman.com
            Melinda S Thornton, Esq   on behalf of Creditor    Miami-Dade County Tax Collector
             cao.bkc@miamidade.gov
            Michael L Schuster    on behalf of Interested Party Kenneth A. Welt mschuster@gjb-law.com,
             gjbecf@gjb-law.com
            Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral South, LLC
             mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark Club at Doral, LLC
             mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Debtor    Town Center at Doral, L.L.C. mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral Developers, LLC mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral Developers, LLC
             mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral East, LLC
             mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral South, LLC mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Debtor    Landmark Club at Doral, LLC mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral East, LLC mmora@bilzin.com,
             laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
            Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
            Patricia A Redmond    on behalf of Interested Party    Landmark at Doral Community Development
             District predmond@stearnsweaver.com,
             jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsw
             eaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com
            Phillip M. Hudson III    on behalf of Interested Party    Florida Prime Holdings, LLC
             pmhudson@arnstein.com,
             rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@a
             rnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
            Phillip M. Hudson III    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC
             pmhudson@arnstein.com,
             rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@a
             rnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
            Phillip M. Hudson III    on behalf of Attorney Phillip M Hudson pmhudson@arnstein.com,
             rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@a
             rnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
            Scott Alan Orth, Esq.    on behalf of Interested Party Frank  Alter orthlaw@bellsouth.net,
             notices@orthlawoffice.com,eservicesao@gmail.com
            Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee
             Steven.D.Schneiderman@usdoj.gov
                                                                                                                              TOTAL: 27



**ORDERED in the Southern District of Florida on May 14, 2013.**

_____

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al*, | Case No. 11-35884-BKC-RAM (Jointly Administered) |
| Debtors. _____/ | |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S
OMNIBUS OBJECTION TO DUPLICATE CLAIMS**

THIS CAUSE having come before the Court upon the Liquidating Trustee's Omnibus Objection to Duplicate Claims [D.E. #372] and Certificate of No Response to the Objection, and this Court having considered the basis for the objection to claims, and being otherwise duly advised in the premises, it is

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken

and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Advance Insurance Underwriters** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35885-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35886-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35887-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 1 (Case No. 11-35888-BKC-RAM) of **AMT CADC Venture, LLC** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **David Plummer & Associates** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Dual Temp Mechanical** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 12 (Case No. 11-35885-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 8 (Case No. 11-35886-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 9 (Case No. 11-

35887-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to Claim Number 4 (Case No. 11-35888-BKC-RAM) of **Frank Alter** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Garmon Construction Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its

entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Mod Space** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **National Millwork** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Ring Electric** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35888-BKC-RAM) of **Valle & Valle, Inc.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35885-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35886-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-35887-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

**ORDERED** that Liquidating Trustee's objection to the scheduled claim (Case No. 11-

35888-BKC-RAM) of **Y&T Plumbing Corp.** is sustained and the claim is stricken and disallowed in its entirety.

###

Submitted by:

Heather L. Harmon, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Liquidating Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
hharmon@gjb-law.com

Copies to:
Heather L. Harmon, Esq.
[Attorney Harmon shall forward a conformed copy of this Order to all interested parties.]