

**ORDERED in the Southern District of Florida on May 22, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al,* | Case No. 11-35884-BKC-RAM (Jointly Administered) |
| Debtors. _____/ | |

**ORDER SETTING DEADLINES FOR FILING OF FINAL FEE APPLICATIONS AND MOTION FOR ENTRY OF FINAL DECREE**

THIS MATTER came before the Court on May 21, 2013 at 1:30 p.m. upon this Court's *Order Setting Status Conference* [ECF No. 368]. The Court, having considered the file and having heard the representations of counsel for Kenneth A. Welt, the Liquidating Trustee (the "Trustee") concerning the status of the case,

ORDERS as follows:

1. The Trustee and his professionals shall file their final fee applications within twenty (20) days from the entry of this Order. Thereafter, within twenty (20) days of this Court's approval of the fee applications and the Trustee's motion to approve final distribution to allowed unsecured creditors, the Trustee shall file a motion for entry of final decree.

###

Submitted by:

Glenn D. Moses, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
Attorneys for Kenneth A. Welt, Liquidating Trustee
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349 2300
Facsimile: (305) 349 2310
gmoses@gjb-law.com

Copies to:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]