## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM |
| Debtors. | (Jointly Administered) |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the ORDER SETTING DEADLINES FOR FILING OF FINAL FEE APPLICATIONS AND MOTION FOR ENTRY OF FINAL DECREE (ECF No. 378) was served via facsimile, CM/ECF, and/or first-class postage-prepaid U.S. Mail to all parties on the attached Service List on this 28th day of May, 2013.

Dated: May 28, 2013

Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A**.
*Counsel for the Kenneth A. Welt, the Liquidating Trustee*
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

By: */s/ Glenn D. Moses, Esq.*
      Glenn D. Moses
      Fla. Bar No. 174556
      gmoses@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

## Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC
pmhudson@arnstein.com,
rkcummings@arnstein.com;jtunis@arnstein.com;hpiloto@arnstein.com;akang@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC

mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

**VIA U.S. MAIL TO ALL PARTIES ON THE ATTACHED MATRIX**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 11-35884-RAM<br>Southern District of Florida<br>Miami<br>Tue May 28 13:45:03 EDT 2013 | AmT CADC Venture, LLC<br>c/o C. Craig Eller<br>Broad and Cassel<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401-5537 | BTI Bluegate, LLC<br>200 S. Park Rd, Suite 301<br>Hollywood, FL 33021-8349 |
| Carla Pfeffer Revocable Trust<br>c/o Eric E. Pfeffer<br>19333 Collins Ave #2504<br>Sunny Isles, FL 33160-2374 | Garmon Construction Corp<br>74  NW 7 ST STE 114<br>Miami, FL 33126 | H.D. Investments<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 |
| Landmark Club at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral Community Development Dist<br>c/o Patricia A. Redmond<br>Stearns Weaver Miller<br>150 W Flagler St, #2200<br>Miami, FL 33130-1545 | Landmark at Doral Developers, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| Landmark at Doral East, LLC<br>c/o Steve Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral South, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Miami-Dade County Tax Collector<br>Miami-Dade County Bankruptcy Unit<br>c/o Alexis Gonzalez<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130-1561 |
| Sunshine State Certificates, III<br>7900 Miami Lakes Drive West<br>Miami Lakes, FL 33016-5816 | Terra Landmark, LLC<br>c/o Berger Singerman, LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-3453 | Town Center at Doral, L.L.C.<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| U.S. Bank National Association as Trustee<br>c/o John B. Hutton, Esq.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-2184 | AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401-5537 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020-1313 |
| BTI Bluegate FTCF LLC<br>200 South Park Road #301<br>Hollywood FL 33021-8349 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134-5199 | BTI Bluegate FTCF LLC.<br>201 Alhambra Circle, suite 601<br>Coral Gables, Fl 33134-5199 |
| Carla Pfeffer Revocable Trust<br>c/o Peter J. Frommer, Esq.<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd.,#1010<br>Fort Lauderdale, FL 33301-1866 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238-3006 | David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132-1556 |
| David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134-4417 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm , P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 |
| Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186-5582 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131-2132 | Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134-4510 |

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

Finance Southern Co. & 1st National Bank of
5750 Sunset Drive
South Miami, Florida 33143-5332

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135-1030

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166-6704

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135-1030

Hilda Pico/ Ocean Bank
c/o Silvo Santana
780 NW Lejeune Road, 3rd Flr.
Miami, Florida 33126-5597

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394-1702

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180-1400

Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133-5408

Landmark at Doral Community Development Dist
c/o Patricia A. Redmond, Esquire
Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL 33130-1545

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135-1030

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
& McGirney
3300 Ponce De Leon Blvd.
Miami, FL 33134-7211

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160-5559

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160-5559

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101-3701

Miami-Dade County Tax Collector
Bankruptcy Unit
140 West Flagler Street, Suite 1407
Miami, Florida 33130-1561

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136-3925

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693-0126

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404-4267

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433-4143

Ring Electric
9330 NW 13th Street #16
Miami, FL 33172-2808

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth, P.A.
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138-2345

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406-3007

Steven R. Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
3rd Floor
Fort Lauderdale, FL 33309-2045

Sunshine State Cert III, LLLP
and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016-5816

| | | |
|---|---|---|
| Sunshine State Cert III, LLLP & Bankunited,<br>7900 Miami Lakes Drive West<br>Miami Lakes, Florida 33016-5816 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130-1720 | U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176-2798 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Valle, Valle & Partners<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186-5528 |
| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071-2678 | Carolyn Friedman Frank<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131-3456 |
| Frank Alter<br>Law Office of Scott Alan Orth, P.A.<br>3880 Sheridan St<br>Hollywood, FL 33021-3634 | Glenn Moses<br>100 SE 2nd Street  44th floor<br>Miami, FL 33131-2100 | Kenneth A. Welt<br>c/o Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, #4400<br>Miami, FL 33131-2118 |
| Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314-6526 | Mindy A. Mora Esq.<br>1450 Brickell Ave 23 Floor<br>Miami, FL 33131-3444 |
| Phillip M Hudson<br>200 S Biscayne Blvd #3600<br>Miami, FL 33131-2395 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditor Committee | (u)FLORIDA PRIME HOLDINGS, LLC | (du)Florida Prime Holdings, LLC |
| (u)Terra World Investments, LLC | (u)Miami | (d)Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433-4143 |

End of Label Matrix
Mailable recipients     75
Bypassed recipients      6
Total                   81