**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                      Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]        Case No. 11-35884-RAM
                                                           (Jointly Administered)

        Debtors.

_____/

**SUMMARY OF FIRST AND FINAL POST CONFIRMATION FEE APPLICATION**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR GLENN D. MOSES, ESQ., AS COUNSEL FOR THE**
**LIQUIDATING TRUSTEE**

| | | |
|---|---|---|
| 1. | Name of Applicant: | *Glenn D. Moses, Esq. and the Law Firm of Genovese, Joblove & Battista, P.A.* |
| 2. | Role of Applicant: | *Counsel for Kenneth A. Welt, Liquidating Trustee* |
| 3. | Name of Certifying Professional: | *Glenn D. Moses, Esq.* |
| 4. | Date case filed: | *September 19, 2011* |
| 5. | Date of application for employment: | *N/A* |
| 6. | Date of order approving employment: | *June 22, 2012*[2] |
| 7. | If debtor's counsel, date of Disclosure of Compensation form: | *N/A* |
| 8. | Date of this application: | *June 12, 2013* |
| 9. | Dates of services covered: | June 22, 2012 through June 7, 2013 |
| | **Fees...** | |
| 10. | Total fee requested for this period (from Exhibit 1):[3] | $32,443.50 |

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

[2] Subject to *nunc pro tunc* retention application filed herewith [ECF No. 380].

[3] On June 22, 2012, the Court entered its Order Confirming Second Amended and Modified Joint Plan of Reorganization [ECF No. 344] (the "Confirmation Order"). Kenneth A. Welt was appointed as the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust. Included in this fee is $1,000.00 in estimated fees in connection with the preparation and filing of the final report and decree

| 11. | Balance remaining in fee retainer account, not yet awarded: | $0.00 |
|---|---|---|
| 12. | Fees paid or advanced for this period, by other sources: | $0.00 |
| **13.** | **Net amount of fee requested for this period**: | **$32,443.50** |
| | **Expenses...** | |
| 14. | Total expense reimbursement requested for this period: | $464.11 |
| 15. | Balance remaining in expense retainer account, not yet received: | $0.00 |
| 16. | Expenses paid or advanced for this period, by other sources: | $0.00 |
| **17.** | **Net amount of expense reimbursements requested for this period** | **$464.11** |
| 18. | Gross award requested for this period (#10 + #14) | $32,907.61 |
| **19.** | **Net award requested for this period** (#13 + #17) | **$32,907.61** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]            Case No. 11-35884-RAM
                                                                          (Jointly Administered)

    Debtors.

_____/

**FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GLENN D. MOSES, ESQ., AS COUNSEL FOR THE LIQUIDATING TRUSTEE**

    Glenn D. Moses, Esq. and the law firm of Genovese, Joblove & Battista, P.A. ("GJB" or the "Applicant"), as counsel for Kenneth A. Welt as the Liquidating Trustee for the Landmark/Doral Liquidating Trust of the jointly administered Debtors, Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC (collectively, the "Debtors"), and pursuant to the Confirmation Order (ECF No. 344), hereby applies for its first and final post confirmation fee application for allowance and payment of compensation for professional services rendered and reimbursement of expenses pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rule of Bankruptcy Procedure, and the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B).  The exhibits attached to this Application, pursuant to the Guidelines, are:

    Exhibits "*1-A" and "1-B*" - *Summary of Professional and Paraprofessional Time*.

    Exhibit "*2*" - *Summary of Requested Reimbursements of Expenses*.

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

Exhibit "*3*" - *The Applicant's complete time records, in chronological order, by activity code, category, for the time period covered by this Application.  The requested fees are itemized to the tenth of an hour.*

The Applicant believes that the requested fees in the amount of $31,443.50 for 78.30 hours worked are reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc*., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 554 F.2d 1291 (5th Circuit 1977).

I.      **RETENTION OF APPLICANT, DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

On June 22, 2012, this Court entered the Confirmation Order (ECF No. 344) which created the Liquidating Trust authorized the Liquidating Trustee's retention of GJB.  GJB's retention is conditioned upon Court approval, and the Liquidating Trustee has filed an application to retain GJB *nunc pro tunc* to when services were first rendered [ECF 380].  GJB submits this Application for a first and final post confirmation fee application for allowance and payment of compensation for professional services rendered and reimbursement of expenses from June 22, 2012 through June 7, 2013 (the "Application Period").  GJB seeks a final award of $31,443.50 in fees, plus reimbursement of expenses in the amount of $464.11, plus estimated additional fees in the amount of $1,000.00 in connection with the Trustee's motion to approve final report and final decree, for a total final award of $32,907.61.

II.     **BACKGROUND**

On September 19, 2011, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  On June 4, 2012, the Second Amended and Modified Joint Plan of Reorganization filed by Landmark at Doral Community Development District, U.S. Bank National Association, as Indenture Trustee, and Florida Prime Holdings, LLC (the "District

Creditor Plan"). [ECF No. 333] was filed with this Court. The District Creditor Plan was confirmed on June 22, 2012, pursuant to this Court's Order Confirming Second Amended and Modified Joint Plan of Reorganization [ECF No. 344].

Pursuant to the District Creditor Plan and the Confirmation Order, the Liquidating Trust was formed, the selection and appointment of the Kenneth A. Welt as Liquidating Trustee was approved, and title to all Estate Property was vested in the Liquidating Trust as of the Effective Date.

## III.    DESCRIPTION AND SUMMARY OF SERVICES PERFORMED

During the Application Period, GJB performed a variety of legal services necessary to the representation of the Liquidating Trustee.  The specific services are set forth in detail in the billing statements attached hereto as Exhibit 3.  In summary, the services performed by GJB during the Application Period included, but were not limited to: (i) researching, reviewing and analyzing potential claims and causes of action against the Debtors' president based on conduct that occurred during the chapter 11 proceeding, including evaluating the viability of such claims given the status of the Debtors' proposed plan; (ii) subpoenaing and reviewing bank statements (since the Debtors virtually had no records as of the Petition Date) and evaluating potential chapter 5 claims and causes of action, (iii) evaluating the Debtors' counterclaim against AMT CADC Venture ("AMT"), the largest unsecured creditor, and the effect of its acquisition of AmTrust's claim from the FDIC on such counterclaim, (iv) reviewing and analyzing filed and scheduled claims, (v) prosecuting and resolving the Liquidating Trustee's objection to claims, (vi) attending court hearings, and (vii) communications with the Liquidating Trustee, the U.S. Trustee and creditors in these cases.

There are various additional tasks performed by GJB that have not been set forth in detail in this narrative but that are set forth in the time entries attached hereto.

## IV.    INDEXING OF TASKS BY ACTIVITY CODES

As set forth in the various exhibits attached to this Application, GJB has organized its time records by activity codes in accordance with the Guidelines.  Accordingly, each of the time entries of the attorneys and paralegals of the Applicant has been indexed into one of the categories listed below.

**Asset Analysis and Recovery**: The investigation and analysis of the assets and claims available to the estate, as well as developing the potential methods to recover such assets and prosecute such claims for the benefit of the estate.

**Case Administration**: Coordination and compliance activities, including review of the Debtors' schedules and statement of financial affairs; general creditor inquiries; other tasks not otherwise indexed by activity code.

**Claims Administration and Objections**: Specific claim inquiries; analysis of claims; objections to claims; allowance of claims.

**Fee/Employment Applications**: Preparation of employment applications for professionals; related tasks.

**Fee/Employment Objections**: Review, consider and respond to employment objection; related tasks.

**U.S. Trustee Reports:** Review of monthly operating reports and compliance with U.S. Trustee Guidelines.

**General Litigation:** Review, prepare and attend to various litigation issues.

## V.    EVALUATION OF SERVICES RENDERED:
## FIRST COLONIAL CONSIDERATIONS

This Application presents the nature and extent of the professional services rendered by the Applicant in connection with its representation of the Estate.  The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent.  A mere reading of the time summary annexed hereto cannot completely reflect the full range of services the Applicant

rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these cases.

American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir.), cert. denied, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees. First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. Grant v. George Schuman Tire & Battery Company, 908 F.2d 874 (11th Cir. 1990); 2 Collier on Bankruptcy ¶ 330.05[2][a] at 330-33 through 330-37 (L. King 15th ed. 1991); See also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are:

1. The time and labor required;
2. The novelty and difficulty of the questions presented;
3. The skill required to perform the legal services properly;
4. The preclusion from other employment by the attorney due to acceptance of the case;
5. The customary fee for similar work in the community;
6. Whether the fee is fixed or contingent;
7. The time limitations imposed by the client or circumstances;
8. The amount involved and results obtained;
9. The experience, reputation and ability of the attorneys;
10. The undesirability of the case;
11. The nature and length of the professional relationship with the client; and
12. Awards in similar cases.

First Colonial, 544 F.2d at 1298-99.

Based on the standards set forth in section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is in the total amount of $31,443.50.

    A.    Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors.

The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services the Applicant rendered for the benefit of the

Liquidating Trustee during the period covered by this Application.  The total number of hours expended (78.30) reveals the extensive time devoted to these matters by the Applicant.  The average hourly rate for the Applicant during the period covered by this Application was $401.58.

Applicant has dealt with various legal issues which have arisen in these cases during the period covered by this Application.  Consistently, Applicant obtained beneficial results which have preserved and obtained value for the estates.

B.    <u>Novelty and Difficulty of Questions Presented</u>.

These cases present certain novel and difficult issues that exceed a typical bankruptcy proceeding.

C.    <u>Skill Requisite to Perform Services Properly</u>.

In rendering services to the Liquidating Trustee, Applicant demonstrated substantial legal skill and expertise in the areas of bankruptcy, commercial and secured transactions, negotiation and litigation.

D.    <u>Preclusion from Other Employment by Attorney Due to Acceptance of Case</u>.

The Applicant's representation in this case did not preclude it from accepting other employment.

E.    <u>Customary Fee</u>.

The hourly rates of the Applicant set forth in the attached exhibits reflect the hourly rates the Applicant bills to its clients in other similar bankruptcy cases.  This Court has approved these rates, as have other courts within and outside of this district, in other bankruptcy matters in which the Applicant and other counsel of like reputation and experience have been involved.

F.    <u>Whether Fee is Fixed or Contingent</u>.

The Applicant's compensation in this matter is subject to approval of the Court and therefore contingent. The Court should consider this factor, which militates in favor of a fee in the amount requested. The amount requested is consistent with the fee which the Applicant would charge its clients in other non-contingent, bankruptcy cases.

        G.      <u>Time Limitations Imposed by Client or Other Circumstances</u>.

The circumstances of these cases typically imposed serious time constraints on the Applicant due to the necessity for rapid resolution of significant issues.

        H.      <u>Experience, Reputation and Ability of Attorneys</u>.

The attorneys of Genovese Joblove & Battista, P.A. are experienced in matters of this kind and are well known to this Court.

        I.      <u>"Undesirability" of Case</u>.

This case was not undesirable. The Applicant is privileged to have the opportunity to represent the Liquidating Trustee and appear before the Court in this proceeding.

        J.      <u>Nature and Length of Professional Relationship with Client</u>.

The Applicant has had prior relationship with the Liquidating Trustee in other matters before this Court.

        K.      <u>Awards in Similar Cases</u>.

The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity. The compensation which the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community. The fees requested by the Applicant reflect a joint average hourly rate of approximately $401.58. Considering the results obtained in light of the contingent nature of the Applicant's employment, and the

complexity of the issues addressed during the periods covered by this Application, this rate is entirely appropriate. Likewise, as with all law firms, the Applicant's overhead expenses are absorbed in the hourly rate. A large portion of any fee which the Court awards the Applicant will merely defray such significant overhead expenses already incurred and paid during the pendency of this case.

**VI.** <u>**CONCLUSION**</u>

GJB has performed extensive and valuable services for the Liquidating Trustee in these cases.  For this reason and all of the reasons set forth in this Application, GJB requests a final award equal to $32,443.50, in fees and $464.11 in expenses.

WHEREFORE, GJB respectfully requests the Court to enter an Order (A) awarding GJB a final award equal to <u>$32,907.61</u>, representing $31,443.50 in fees and $464.11 in expenses during the Application Period, as well as $1,000.00 in estimated fees in connection with the motion to approve the Trustee's final report and decree, and (B) granting such other and further relief as the Court deems appropriate.

Respectfully submitted this 12th day of June, 2013.

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for the Liquidating Trustee*
100 Southeast 2nd Street, 44th Floor
Miami, Florida 33131
Telephone: 305.349.2300
Facsimile: 305.349.2310

 /s/ Glenn D. Moses
      Glenn D. Moses, Esq.
      gmoses@gjb-law.com
      Fla. Bar No. 174556

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a true and correct copy of the foregoing was sent via electronic mail and/or first-class, U.S. Mail this 12th day of June, 2013 to all parties on the attached service list.

/s/      Glenn D. Moses
Glenn D. Moses

## CERTIFICATION

1.      I have been designated by Genovese, Joblove & Battista, P.A., (the "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements For Professionals In The Southern District of Florida Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certificate and described in the Application.

5.      Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.      In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.      In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay (except to the extent that any such amortization is

included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8.      In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.      The debtor, the chairperson of each official committee (if any), the U.S. Trustee, the Appointed Examiner, and their respective counsels, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.     The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure:  None.

Dated: June 12, 2013

GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for the Liquidating Trustee*


By:_____/s/ Glenn D. Moses, Esq._____
            Glenn D. Moses, Esq.

## Service List

**_Debtors_**
701 W. Cypress Creek Road, Suite 303
Fort Lauderdale, Florida, 33309
Attn: Isaac Kodsi

**_Counsel for Debtors_**
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Attn: Mindy A. Mora

**_U.S. Trustee_**
Steven D. Schneiderman, Esq.
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

**_Counsel to AmT CADC Venture, LLC_**
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL
33401, Attn: C. Craig Eller

**_Counsel to Landmark at Doral Community Development District_**
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
Museum Tower, Suite 2300
150 West Flagler Street
Miami, FL 33130
Attn: Patricia Redmond

**_Counsel to Florida Prime Holdings, LLC_**
Arnstein & Lehr LLP
200 South Biscayne Boulevard, Suite 3600
Miami, FL 33131
Attn: Phillip M. Hudson III

**_Counsel to U.S. Bank, N.A. as Indenture Trustee_**
Greenberg Traurig, P.A.
333 Avenue of the Americas
(S.E. 2d Avenue), Suite 4400
Miami, FL 33131
Attn: John B. Hutton

**_Kenneth A. Welt, Liquidating Trustee_**
Kenneth A. Welt, Trustee
1844 N Nob Hill Road - #615
Plantation, FL  33322

**EXHIBIT "1-A"**

**Summary of Professional and Paraprofessional Time Total per Individual for this Period Only**

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well.]

PROFESSIONALS:

| NAME | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| P – Glenn D. Moses | 1992 (NJ) 1999 (FL) | 45.70 | $495.00 | $22,621.50 |
| P – Heather L. Harmon | 2003 | 10.50 | $410.00 | $4,305.00 |
| A – Marilee A. Mark | 2004 | 1.80 | $285.00 | $513.00 |
| A – Michael L. Schuster | 2008 | 5.50 | $295.00/ $310.00 | $1,636.00 |
| **SUBTOTALS:** | | **63.50** | | **$29,075.50** |

**P = Partner;  A = Associate**

PARAPROFESSIONALS:

| NAME (Title) | Year Experience | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| PL - Milton Pacheco | 6 | 14.80 | $160.00 | $2,368.00 |
| **SUBTOTALS** | | **14.80** | | **$2,368.00** |

**PL = Paralegal**


**TOTALS:**
Total Professional and Paraprofessional Hours:                          78.30
Average Hourly Rate:                                             $    401.58
Total Professional and Paraprofessional Fees:                     $31,443.50

**EXHIBIT "1-B"**

**Summary of Professional and Paraprofessional Time By Activity Code Category**

# Genovese Joblove & Battista, P.A.

*Time Entries byTask Code and Employee Summary*

Print Date/Time:  6/10/2013  3:09:38PM

1

For **All** Employees

For Transactions from:  **7/1/1950**  through:  **6/7/2013**

Clients: **10922** through: **10922**

Matters: **10922-001**  through:  **10922-001**

| Client/Matter | Task | | Atty | Hours | Amount |
|---|---|---|---|---:|---:|
| **10922 / Welt - Landmark at Doral** | | | | | |
| **10922-001 / Welt - Landmark at Doral** | | | | | |
| | **001** | **Asset Analysis and Recovery** | | | |
| | | 0024 | Glenn D Moses | 10.70 | 5,296.50 |
| | | 0175 | Michael Schuster | 1.80 | 544.50 |
| | **TOTAL TASK CODE  001** | | | **12.50** | **5,841.00** |
| | **005** | **Case Administration** | | | |
| | | 0024 | Glenn D Moses | 17.80 | 8,811.00 |
| | | 0120 | Milton J Pacheco | 14.00 | 2,240.00 |
| | | 0175 | Michael  Schuster | 3.30 | 973.50 |
| | **TOTAL TASK CODE  005** | | | **35.10** | **12,024.50** |
| | **006** | **Claims Administration & Objections** | | | |
| | | 0024 | Glenn D Moses | 13.20 | 6,534.00 |
| | | 0065 | Heather L Harmon | 10.50 | 4,305.00 |
| | | 0175 | Michael  Schuster | 0.40 | 118.00 |
| | **TOTAL TASK CODE  006** | | | **24.10** | **10,957.00** |
| | **011** | **Fee/Employment Applications** | | | |
| | | 0024 | Glenn D Moses | 2.00 | 990.00 |
| | | 0120 | Milton J Pacheco | 0.80 | 128.00 |
| | **TOTAL TASK CODE  011** | | | **2.80** | **1,118.00** |
| | **015** | **Plan and Disclosure Statement** | | | |
| | | 0024 | Glenn D Moses | 1.00 | 495.00 |
| | **TOTAL TASK CODE  015** | | | **1.00** | **495.00** |
| | **016** | **Preparation and Review - Reports Required by U.S. Trustee** | | | |
| | | 0024 | Glenn D Moses | 1.00 | 495.00 |
| | **TOTAL TASK CODE  016** | | | **1.00** | **495.00** |
| | **017** | **Tax Issues** | | | |
| | | 0195 | Marilee A Mark | 1.80 | 513.00 |
| | **TOTAL TASK CODE  017** | | | **1.80** | **513.00** |
| **Report total** | | | | **78.30** | **$31,443.50** |

**EXHIBIT "2"**
Summary of Requested Reimbursement Of Expenses
for this Time Period Only

| | | |
|---|---|---|
| 1. | Filing Fees | $0.00 |
| 2. | Process Service Fees | $310.00 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter & Transcripts | $95.00 |
| 5. | Lien and Title Searches | $0.00 |
| 6. | Photocopies (in-house copies) | $0.00 |
| 7. | Photocopies (outside copies and Certified Copies) | $0.00 |
| 8. | Postage | $8.16 |
| 9. | Overnight Delivery Charges | $0.00 |
| 10. | Outside Courier/Messenger Services | $0.00 |
| 11a. | Long Distance (a) Telephone Charges | $0.00 |
| 11b. | Long Distance (b) Conference Calls | $0.00 |
| 12. | Long Distance Fax Transmission @ $1.00/pg. | $0.00 |
| 13. | Computerized Research-Pacer | $25.20 |
| 14. | Out of Southern District of Florida Travel<br>    A.     Transportation<br>    B.     Lodging<br>    C.     Meals | $0.00 |
| 15. | Other (Not specifically disallowed; must specify and justify)<br>   &bull;  Document Production | $25.75 |
| **TOTAL "GROSS" AMOUNT OF REQUESTED DISBURSEMENTS** | | **$464.11** |

### *Genovese Joblove & Battista, P.A.*

100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone (305) 349-2300    Facsimile (305) 349-2310
Employer ID# 65-0518134

Welt - Landmark at Doral                                      June 10, 2013
,                                                            Inv. # 74495
                                                            File # 10922-001

Re:  Welt - Landmark at Doral

Statement for Services Rendered Through          Jun 07/13

| --- Legal Fees --- |
|---|

**001 / Asset Analysis and Recovery**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/12 | GDM | Conference with M. Schuster regarding issues to address and potential claims. | 0.20hr $495.00/hr | $99.00 |
| 08/08/12 | GDM | Correspondence with T. Trevorrow regarding Debtors' bank records. | 0.20hr $495.00/hr | $99.00 |
| 08/08/12 | GDM | Correspondence with L. Tarafa regarding liquidating trust (.10); review 341 meeting rules and related documents regarding Debtor accounts; correspondence with Debtors' counsel regarding same (.40). | 0.50hr $495.00/hr | $247.50 |
| 08/15/12 | GDM | Review Kodsi deposition transcript and examination of potential claims 1.8); call with UST regarding potential litigation claims regarding liquidating trust (.30). | 2.10hr $495.00/hr | $1,039.50 |
| 08/17/12 | GDM | Correspondence regarding 2004 discovery requests. | 0.30hr $495.00/hr | $148.50 |
| 08/22/12 | GDM | Revise and finalize 2004 document request; correspondence regarding same. | 0.50hr $495.00/hr | $247.50 |
| 08/22/12 | GDM | Correspondence with M. Mora regarding discovery (.20); correspondence with Liquidating Trustee regarding discovery (.10). | 0.30hr $495.00/hr | $148.50 |
| 08/22/12 | MS | Draft and file 2004 request on Debtors for bank records. | 0.90hr $295.00/hr | $265.50 |
| 08/30/12 | GDM | Correspondence regarding production of documents. | 0.20hr $495.00/hr | $99.00 |

*Welt - Landmark at Doral*
**10922-001**

File # 10922-001
Inv. # 74495

| | | | | |
|---|---|---|---|---|
| 08/31/12 | GDM | Correspondence with T. Terravo regarding disputed 2004 request (.20); correspondence with trustee regarding Kodsi's refusal to cooperate in discovery; review plan documents regarding Debtor cooperation (.40). | 0.60hr $495.00/hr | $297.00 |
| 10/12/12 | GDM | Communications regarding effect of hidden success on case and potential causes of action. | 0.50hr $495.00/hr | $247.50 |
| 10/17/12 | GDM | Correspondence regarding Kodsi subpoena and lack of cooperation by Debtors. | 0.20hr $495.00/hr | $99.00 |
| 10/22/12 | MS | Revise Kodsi subpoena. | 0.50hr $310.00/hr | $155.00 |
| 10/30/12 | GDM | Review and revise Kodsi subpoena. | 0.30hr $495.00/hr | $148.50 |
| 10/31/12 | GDM | Correspondence regarding Kodsi subpoena. | 0.20hr $495.00/hr | $99.00 |
| 10/31/12 | MS | Revise Kodsi subpoena. | 0.40hr $310.00/hr | $124.00 |
| 11/21/12 | GDM | Correspondence regarding discovery. | 0.20hr $495.00/hr | $99.00 |
| 11/29/12 | GDM | Review Kodsi transcript; prepare for 2004 examination. | 2.00hr $495.00/hr | $990.00 |
| 11/30/12 | GDM | Continued preparation for Kodsi deposition (1.50); correspondence regarding Kodsi no show (.20); call with M. Mora regarding Kodsi deposition (.20). | 1.90hr $495.00/hr | $940.50 |
| 12/07/12 | GDM | Correspondence regarding bank statements and subpoena. | 0.20hr $495.00/hr | $99.00 |
| 12/12/12 | GDM | Revise TD Bank subpoena; correspondence regarding same. | 0.30hr $495.00/hr | $148.50 |
| **Total 001 / Asset Analysis and Recovery** | | | **12.50** | **$5,841.00** |

**005 / Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/19/12 | GDM | Review and comment on confirmation order. | 1.00hr $495.00/hr | $495.00 |
| 06/20/12 | GDM | Correspondence regarding liquidating trust. | 0.20hr $495.00/hr | $99.00 |
| 06/20/12 | GDM | Review and comment on Liquidating Trust Agreement and amendments to final confirmation pleadings. | 0.70hr $495.00/hr | $346.50 |
| 06/22/12 | GDM | Correspondence with M. Mora regarding trust agreement (.20); correspondence regarding plan confirmation and effectuating trust agreement (.30); correspondence with liquidating trustee regarding confirmation (.20). | 0.70hr $495.00/hr | $346.50 |

*Welt - Landmark at Doral*
**10922-001**

File # 10922-001
Inv. # 74495

| | | | | |
|---|---|---|---|---|
| 06/25/12 | GDM | Correspondence with committee regarding confirmation and discharge of duties. | 0.30hr $495.00/hr | $148.50 |
| 06/26/12 | GDM | Correspondence regarding establishment of EIN for Trust. | 0.10hr $495.00/hr | $49.50 |
| 06/27/12 | GDM | Call with creditor, R. Bersimon, regarding sale and confirmation. | 0.20hr $495.00/hr | $99.00 |
| 06/27/12 | GDM | Review filed Pearl affidavit. | 0.10hr $495.00/hr | $49.50 |
| 06/28/12 | GDM | Correspondence with M. Mora regarding trust agreement and execution of documents. | 0.10hr $495.00/hr | $49.50 |
| 07/02/12 | GDM | Review final DIP reports (.10); correspondence with Liquidating Trustee regarding carveout and account (.10). | 0.20hr $495.00/hr | $99.00 |
| 07/02/12 | MS | Conference with Glenn Moses regarding issues and tasks in post-confirmation representation. | 0.20hr $295.00/hr | $59.00 |
| 07/05/12 | GDM | Correspondence with Trustee regarding carve-out and liquidating trust. | 0.20hr $495.00/hr | $99.00 |
| 07/06/12 | GDM | Memorandum to Trustee and counsel regarding case issues to address, including AMT and Kodsi claims to investigate (1.0); correspondence with Trustee regarding post confirmation status conference (.10). | 1.10hr $495.00/hr | $544.50 |
| 07/06/12 | MS | Review e-mails and assignments from Glenn Moses. | 0.30hr $295.00/hr | $88.50 |
| 07/15/12 | GDM | Correspondence with T. Trevorrow regarding Debtor compliance. | 0.20hr $495.00/hr | $99.00 |
| 07/16/12 | GDM | Correspondence with K. Welt regarding trust agreement. | 0.10hr $495.00/hr | $49.50 |
| 07/18/12 | GDM | Correspondence from Trustee regarding Trust Agreement. | 0.10hr $495.00/hr | $49.50 |
| 07/19/12 | GDM | Revise notice of filing. | 0.10hr $495.00/hr | $49.50 |
| 07/19/12 | MJP | Draft Notice of Filing of Executed Liquidating Trust Agreement, e-mail to G. Moses re: same | 0.40hr $160.00/hr | $64.00 |
| 07/23/12 | GDM | Call from creditor regarding case and distribution. | 0.20hr $495.00/hr | $99.00 |
| 07/24/12 | MJP | Finalize, e-file notice of executed liquidating trust agreement; Prepare notice of filing of affidavit of quarterly disbursements for second quarter, email to G. Moses re: same. | 0.70hr $160.00/hr | $112.00 |
| 07/25/12 | MJP | E-file notice of filing of Affidavit of Quarterly Disbursements | 0.30hr $160.00/hr | $48.00 |

**Welt - Landmark at Doral**
**10922-001**

File # 10922-001
Inv. # 74495

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/30/12 | GDM | Correspondence regarding discovery and FDIC calims (.30); review and communications regarding reporting requirements; UST fees and disbursements (.30). | 0.60hr $495.00/hr | $297.00 |
| 08/01/12 | GDM | Review and comment on plan proponent's affidavit (.10); draft notice of filing of disbursement (.20); call regarding Kodsi deposition and discovery (.20). | 0.50hr $495.00/hr | $247.50 |
| 08/01/12 | MJP | E-mail to/from G. Moses and e-file Notice of Filing of Receipts and Disbursements | 0.30hr $160.00/hr | $48.00 |
| 08/07/12 | MS | Research issues concerning FDIC claim, administrative status of AmTrust estate, and related issues concerning final administration of post-confirmation estate. | 2.80hr $295.00/hr | $826.00 |
| 08/15/12 | GDM | Correspondence with C. Eller regarding AMT claim. | 0.20hr $495.00/hr | $99.00 |
| 08/15/12 | GDM | Correspondence from and to B. Williams regarding final report of plan proponent. | 0.20hr $495.00/hr | $99.00 |
| 08/16/12 | GDM | Prepare for and attend post confirmation status conference; conference with constituents regarding same (1.3); meet with Liquidating Trustee to go through case issues, claims, objections, administration of liquidating trust (1.0). | 2.30hr $495.00/hr | $1,138.50 |
| 08/22/12 | MJP | Docket response deadline for debtors to produce documents per Subpoena | 0.20hr $160.00/hr | $32.00 |
| 08/24/12 | GDM | Call with creditor regarding claim and distribution. | 0.20hr $495.00/hr | $99.00 |
| 09/10/12 | GDM | Call with K. Welt regarding discovery | 0.20hr $495.00/hr | $99.00 |
| 10/03/12 | GDM | Correspondence regarding motion to compel discovery. | 0.20hr $495.00/hr | $99.00 |
| 10/08/12 | GDM | Correspondence regarding discovery and motion to compel (.20); call regarding compliance with subpoena (.20). | 0.40hr $495.00/hr | $198.00 |
| 10/12/12 | GDM | Correspondence and call with M. Mora regarding dispute over compliance with 2004 request (.30); correspondence with Trustee (.10). | 0.40hr $495.00/hr | $198.00 |
| 10/12/12 | GDM | Revise motion to compel regarding 2004 discovery (.80); correspondence with T. Trevorrow regarding compliance with discovery (.20); correspondence with K. Welt regarding motion to compel (.20). | 1.20hr $495.00/hr | $594.00 |
| 10/15/12 | GDM | Correspondence with M. Mora regarding dispute over 2004 discovery. | 0.20hr $495.00/hr | $99.00 |
| 10/23/12 | GDM | Review and revise Kods: subpoena; correspondence regarding same. | 0.30hr $495.00/hr | $148.50 |

**Welt - Landmark at Doral**
**10922-001**

File # 10922-001
Inv. # 74495

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 10/30/12 | GDM | Review affidavit of disbursements (.10); correspondence regarding disbursements (.10); correspondence regarding subpoena (.10). | 0.30hr $495.00/hr | $148.50 |
| 10/30/12 | MJP | Prepare and e-file notice of filing of quarterly disbursements on behalf of Trustee, Welt | 0.40hr $160.00/hr | $64.00 |
| 10/31/12 | MJP | Telephone conference and e-mail to Lighting Process service re: service of subpoena upon I. Kodsi, Esq.. | 0.30hr $160.00/hr | $48.00 |
| 11/01/12 | MJP | Prepare 2004 notice as to Isaac Kodsi, Esq., e-mail to/from M. Schuster re: same, e-file, calendar and coordinate with court reporters for coverage of same | 0.80hr $160.00/hr | $128.00 |
| 11/02/12 | MJP | E-file Return of Service of Subpoena upon Isaack Kodsi with bankruptcy court | 0.30hr $160.00/hr | $48.00 |
| 11/15/12 | GDM | Correspondence with H. Freidman regarding creditor inquiry. | 0.20hr $495.00/hr | $99.00 |
| 11/21/12 | GDM | Correspondence regarding Kodsi discovery and deposition. | 0.20hr $495.00/hr | $99.00 |
| 12/10/12 | MJP | Draft 2004 subpoena to TD Bank, research information regarding Mercantile Bank, retrieve secretary of state filings for registered agent information, conference with M. Schuster and e-mail to G. Moses re: same. | 0.80hr $160.00/hr | $128.00 |
| 12/12/12 | MJP | E-mail to/from process server re: subpoena issued upon TD Bank, docket response deadline for same | 0.40hr $160.00/hr | $64.00 |
| 12/17/12 | GDM | Call with R. Bensimon regarding creditor inquiry. | 0.20hr $495.00/hr | $99.00 |
| 01/08/13 | MJP | Save TD Production to internal database, e-mail to G. Moses and M. Schuster re: same | 0.50hr $160.00/hr | $80.00 |
| 01/24/13 | GDM | Review affidavit of disbursements and correspondence regarding same. | 0.20hr $495.00/hr | $99.00 |
| 04/05/13 | GDM | Correspondence regarding case closing issues. | 0.20hr $495.00/hr | $99.00 |
| 04/05/13 | MJP | Review Order Setting Status Conference, calendar same. | 0.30hr $160.00/hr | $48.00 |
| 04/08/13 | GDM | Correspondence and call with M. Mora regarding remaining case issues. | 0.20hr $495.00/hr | $99.00 |
| 04/11/13 | GDM | Review Debtor's statement and correspondence regarding same. | 0.20hr $495.00/hr | $99.00 |
| 04/15/13 | GDM | Call with C. Eller regarding AMT claim, objection and distribution. | 0.20hr $495.00/hr | $99.00 |
| 04/26/13 | MJP | Prepare notice of filing of affidavit of K. Welt for disbursements for first quarter of 2013, e-file same with court. | 0.40hr $160.00/hr | $64.00 |

*Welt - Landmark at Doral*
**10922-001**

File # 10922-001
Inv. # 74495

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/14/13 | MJP | E-file Certificate of No Response to duplicative claims, review docket for objections, upload order re: same and e-mail to H. Harmon re: same. | 0.40hr $160.00/hr | $64.00 |
| 05/15/13 | MJP | Prepare and e-file cert. of service of order sustaining liquidating trustee's omnibus objection to duplicate claims. | 0.50hr $160.00/hr | $80.00 |
| 05/21/13 | GDM | Prepare for and attend status conference (1.5); correspondence with Trustee regarding final claims register and reconciliation (.20). | 1.70hr $495.00/hr | $841.50 |
| 05/21/13 | MJP | Draft order setting deadline to file fee applications and final decree for G. Moses' review. | 0.50hr $160.00/hr | $80.00 |
| 05/22/13 | GDM | Revise order setting deadlines; correspondence regarding same (.30); call with Trustee regarding case closing (.20). | 0.50hr $495.00/hr | $247.50 |
| 05/22/13 | MJP | Upload Order Setting Deadlines For Filing of Final Fee Applications and Motion For Entry of Final Decree | 0.20hr $160.00/hr | $32.00 |
| 05/28/13 | MJP | Review order setting deadlines for filing of final fee applications and entry of final decree, calendar deadlines re: same, prepare and e-file certificate of service. | 0.50hr $160.00/hr | $80.00 |
| 05/29/13 | GDM | Correspondence with L. Tarafa regarding final distribution schedule and final report. | 0.20hr $495.00/hr | $99.00 |
| 05/29/13 | GDM | Review final claim reconciliation; correspondence with L. Tarafa. | 0.30hr $495.00/hr | $148.50 |
| 05/29/13 | GDM | Correspondence with creditor regarding final disposition of case. | 0.20hr $495.00/hr | $99.00 |
| 05/30/13 | MJP | Prepare first and final post confirmation fee application. | 2.80hr $160.00/hr | $448.00 |
| 06/03/13 | MJP | Update first and final post confirmation fee application. | 0.40hr $160.00/hr | $64.00 |
| 06/04/13 | MJP | Prepare application to employ GJB nunc pro tun, affidavit of G. Moses and Order approving application to employ for G. Moses review, e-mail re: same. | 1.80hr $160.00/hr | $288.00 |
| 06/05/13 | GDM | Finalize fee application; correspondence regarding case closing. | 0.50hr $495.00/hr | $247.50 |
| 06/05/13 | MJP | E-file application to employ G. Moses as counsel for Liquidating Trust, serve same. | 0.30hr $160.00/hr | $48.00 |
| 06/06/13 | MJP | Prepare and e-file certificate of service of notice of hearing on K. Welt's application to employ G. Moses as Counsel, calendar same. | 0.50hr $160.00/hr | $80.00 |

**Total 005 / Case Administration**                                                35.10    $12,024.50

**006 / Claims Administration & Objections**

*Welt - Landmark at Doral*
**10922-001**

File # 10922-001
Inv. # 74495

| Date | | Description | | |
|---|---|---|---|---|
| 06/20/12 | GDM | Review accounting regarding Terra claim and payments. | 0.30hr $495.00/hr | $148.50 |
| 06/25/12 | GDM | Review Pearl affidavit regarding Terra claim; correspondence regarding same. | 0.30hr $495.00/hr | $148.50 |
| 06/27/12 | GDM | Correspondence regarding Terra claim. | 0.10hr $495.00/hr | $49.50 |
| 07/05/12 | GDM | Review AMT pleadings regarding Debtor's counterclaim and potential issues regarding same. | 0.80hr $495.00/hr | $396.00 |
| 08/03/12 | GDM | Correspondence regarding AMT claim and FDIC issues. | 0.20hr $495.00/hr | $99.00 |
| 08/07/12 | GDM | Calls with counsel regarding AMT and Kodsi claim issues. | 0.30hr $495.00/hr | $148.50 |
| 08/08/12 | GDM | Review claim issues regarding Kodsi, AMT and others with H. Harmon. | 0.20hr $495.00/hr | $99.00 |
| 08/10/12 | GDM | Review research regarding FDIC administration regarding AMT claim; review case law regarding possible preclusive effect of FDIC ruling regarding claim objection in bankruptcy proceeding (1.2); correspondence with C. Eller regarding AMT Claim (.20); correspondence with Trustee regarding claims and status conference (.20). | 1.60hr $495.00/hr | $792.00 |
| 08/15/12 | GDM | Correspondence regarding claims analysis and reconciliation. | 0.20hr $495.00/hr | $99.00 |
| 08/16/12 | GDM | Correspondence with L. Tarafa regarding claims analysis. | 0.20hr $495.00/hr | $99.00 |
| 08/20/12 | GDM | Correspondence with L. Tarafa regarding claims. | 0.20hr $495.00/hr | $99.00 |
| 08/23/12 | GDM | Correspondence with C. Eller regarding AMT claim. | 0.10hr $495.00/hr | $49.50 |
| 08/28/12 | GDM | Review and analysis of FDIC proceedings regarding Amtrust, AMT's acquisition and whether it purchased the debt free of the Debtor's counterclaims; research ability to assert claim objection irrespective of FDIC proceeding. | 3.80hr $495.00/hr | $1,881.00 |
| 08/28/12 | MS | Review FDIC issues and report to Glenn Moses regarding same. | 0.40hr $295.00/hr | $118.00 |
| 08/30/12 | GDM | Follow up review and research regarding AMT claim, FDIC proceeding and ability to assert claim objection. | 1.70hr $495.00/hr | $841.50 |
| 10/09/12 | GDM | Correspondence regarding claims analysis and review. | 0.20hr $495.00/hr | $99.00 |
| 10/31/12 | GDM | Correspondence regarding claim objection. | 0.20hr $495.00/hr | $99.00 |

*Welt - Landmark at Doral*
**10922-001**

File # 10922-001
Inv. # 74495

| 04/11/13 | GDM | Review regarding claims, objections and communications regarding same. | 1.00hr $495.00/hr | $495.00 |
|---|---|---|---|---|
| 04/11/13 | HLH | Review claims register, e-mails regarding same | 1.20hr $410.00/hr | $492.00 |
| 04/12/13 | GDM | Work on claims analysis, including review regarding AMT calculations (1.0); conference regarding final report and distribution (.30). | 1.30hr $495.00/hr | $643.50 |
| 04/12/13 | HLH | Detailed review of claims register, Analysis regarding necessary objections to claims, Prepare objections to claims | 7.00hr $410.00/hr | $2,870.00 |
| 04/15/13 | GDM | Correspondence with Trustee regarding claim objections. | 0.20hr $495.00/hr | $99.00 |
| 05/13/13 | HLH | Prepare Certificates of No Response and Order on claim objection; E-mails regarding distributions. | 1.80hr $410.00/hr | $738.00 |
| 05/14/13 | GDM | Review amended claim register and analysis; correspondence with Trustee regarding distribution. | 0.30hr $495.00/hr | $148.50 |
| 05/14/13 | HLH | E-mails regarding Landmark claim objections. | 0.50hr $410.00/hr | $205.00 |

| **Total 006 / Claims Administration & Objections** | | | **24.10** | **$10,957.00** |

**011 / Fee/Employment Applications**

| 06/04/13 | GDM | Prepare and revise final fee application. | 1.50hr $495.00/hr | $742.50 |
|---|---|---|---|---|
| 06/05/13 | GDM | Revise retention application. | 0.50hr $495.00/hr | $247.50 |
| 06/07/13 | MJP | Finalize first and final post confirmation fee application, e-file and serve same. | 0.80hr $160.00/hr | $128.00 |

| **Total 011 / Fee/Employment Applications** | | | **2.80** | **$1,118.00** |

**015 / Plan and Disclosure Statement**

| 06/20/12 | GDM | Review and comment on orders regarding sale and confirmation. | 1.00hr $495.00/hr | $495.00 |
|---|---|---|---|---|

| **Total 015 / Plan and Disclosure Statement** | | | **1.00** | **$495.00** |

**016 / Preparation and Review - Reports Required by U.S. Trustee**

| 07/25/12 | GDM | Correspondence with U.S. Trustee regarding disbursement. | 0.20hr $495.00/hr | $99.00 |
|---|---|---|---|---|

**Welt - Landmark at Doral**
**10922-001**

File # 10922-001
Inv. # 74495

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 08/08/12 | GDM | Correspondence regarding consolidation of UST fees and payment (.20); correspondence with S. Schneiderman regarding consolidation of UST fees (.10). | 0.30hr $495.00/hr | $148.50 |
| 08/20/12 | GDM | Review plan and confirmation order regarding subcon and issue of UST fees (.30); call with Schneiderman regarding UST fee and single estate (.20). | 0.50hr $495.00/hr | $247.50 |

**Total 016 / Preparation and Review - Reports Required by U.S. Trustee**      **1.00**      **$495.00**

**017 / Tax Issues**

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 06/25/12 | MAM | Research regarding Tax and Financial Issues relating to Liquidating Trust and Conferences with G. Moses and L. Tarafa regarding same (.60); Review and Analysis of Liquidating Trust Agreement, Confirmation Order, and Plan, Telephone Conference with T. Trevorrow, Drafted Email to G. Moses, and Communications with G. Moses and L. Tarafa regarding Tax and Financial Issues relating to Liquidating Trust (1.20). | 1.80hr $285.00/hr | $513.00 |

**Total 017 / Tax Issues**      **1.80**      **$513.00**

Total Legal Fees . . .      78.30      $31,443.50

**FEE SUMMARY:**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Glenn D Moses | 45.70 | $495.00 | $22,621.50 |
| Heather L Harmon | 10.50 | $410.00 | $4,305.00 |
| Michael  Schuster | 4.60 | $295.00 | $1,357.00 |
| Michael  Schuster | 0.90 | $310.00 | $279.00 |
| Marilee A Mark | 1.80 | $285.00 | $513.00 |
| Milton J Pacheco | 14.80 | $160.00 | $2,368.00 |
| **Total Legal Fees . . .** | **78.30** | | **$31,443.50** |