**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al*, | Case No. 11-35884-RAM |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the (I) NOTICE OF HEARING (ECF No. 388) on the FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GLENN D. MOSES, ESQ., AS COUNSEL FOR THE LIQUIDATING TRUSTEE (ECF No. 386), and the (II) NOTICE OF HEARING (ECF No. 389) on the FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR KENNETH A. WELT, LIQUIDATING TRUSTEE (ECF No. 387), were served via CM/ECF electronic notification and/or via U.S. Mail, postage pre-paid to all parties on the below Service List on this 20th day of June, 2013.

[10922-001/1973193/1]

Respectfully submitted this 20th day of June, 2013

        **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**

        GENOVESE JOBLOVE & BATTISTA, P.A.
        *Counsel for the Liquidating Trustee*
        100 Southeast Second Street, 44th Floor
        Miami, Florida 33131
        Telephone: (305) 349-2300
        Facsimile : (305) 349-2310

        By:   /s/ Glenn D. Moses, Esq.
             Glenn D. Moses, Esq.
             Florida Bar No. 174556
             E-mail: gmoses@gjb-law.com

## Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,

[10922-001/1973193/1]

jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC

mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

**VIA U.S. MAIL TO ALL PARTIES ON THE ATTACHED MATRIX**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 11-35884-RAM<br>Southern District of Florida<br>Miami<br>Thu Jun 20 14:21:27 EDT 2013 | AmT CADC Venture, LLC<br>c/o C. Craig Eller<br>Broad and Cassel<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401-5537 | BTI Bluegate, LLC<br>200 S. Park Rd, Suite 301<br>Hollywood, FL 33021-8349 |
| Carla Pfeffer Revocable Trust<br>c/o Eric E. Pfeffer<br>19333 Collins Ave #2504<br>Sunny Isles, FL 33160-2374 | Garmon Construction Corp<br>74  NW 7 ST STE 114<br>Miami, FL 33126 | H.D. Investments<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 |
| Landmark Club at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral Community Development Dist<br>c/o Patricia A. Redmond<br>Stearns Weaver Miller<br>150 W Flagler St, #2200<br>Miami, FL 33130-1545 | Landmark at Doral Developers, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| Landmark at Doral East, LLC<br>c/o Steve Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral South, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Miami-Dade County Tax Collector<br>Miami-Dade County Bankruptcy Unit<br>c/o Alexis Gonzalez<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130-1561 |
| Sunshine State Certificates, III<br>7900 Miami Lakes Drive West<br>Miami Lakes, FL 33016-5816 | Terra Landmark, LLC<br>c/o Berger Singerman, LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-3453 | Town Center at Doral, L.L.C.<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| U.S. Bank National Association as Trustee<br>c/o John B. Hutton, Esq.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-2184 | AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401-5537 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020-1313 |
| BTI Bluegate FTCF LLC<br>200 South Park Road #301<br>Hollywood FL 33021-8349 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134-5199 | BTI Bluegate FTCF LLC.<br>201 Alhambra Circle, suite 601<br>Coral Gables, Fl 33134-5199 |
| Carla Pfeffer Revocable Trust<br>c/o Peter J. Frommer, Esq.<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd.,#1010<br>Fort Lauderdale, FL 33301-1866 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238-3006 | David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132-1556 |
| David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134-4417 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm , P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 |
| Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186-5582 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131-2132 | Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134-4510 |

| | | |
|---|---|---|
| Estate of Elie Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Finance Southern Co. & 1st National Bank of<br>5750 Sunset Drive<br>South Miami, Florida 33143-5332 | Frank & Carolyn Friedman<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler St.<br>Miami, FL 33135-1030 |
| Frank Alter<br>3902 NE 207th Street<br>Suite 1401<br>Miami, FL 33180 | Garmon Construction Corp.<br>7315 NW 36th Street<br>Miami, FL 33166-6704 | Guila Berdugo<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 |
| HD Investments<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135-1030 | Hilda Pico/ Ocean Bank<br>c/o Silvo Santana<br>780 NW Lejeune Road, 3rd Flr.<br>Miami, Florida 33126-5597 | Hill York Service Corp.<br>c/o William C. Davell, Esq.<br>May, Meacham & Davell, P.A.<br>One Financial Plaza, Suite 2602<br>Fort Lauderdale, FL 33394-1702 |
| Joel A. Savitt, Esq.<br>Joel A. Savitt, P.A.<br>20801 Biscayne Blvd., Suite 506<br>Miami, FL 33180-1400 | Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Landmark at Doral Community<br>Development District<br>c/o David M. Freedman, Esq.<br>2699 S. Bayshore Dr., PH<br>Miami, FL 33133-5408 |
| Landmark at Doral Community Development Dist<br>c/o Patricia A. Redmond, Esquire<br>Stearns Weaver Miller, et al.<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130-1545 | Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>Friedman, Rodman & Frank, P.A.<br>3636 West Flagler Street<br>Miami, FL 33135-1030 | Lorne E. Berkeley, Esq.<br>Daniels, Kashtan, Downs, Robertson<br>& McGirney<br>3300 Ponce De Leon Blvd.<br>Miami, FL 33134-7211 |
| MFEB I, LLC<br>16047 Collins Avenue<br>Apt. 602<br>North Miami Beach, FL 33160-5559 | Mark Finkelshtein<br>16047 Colins Avenue<br>Apt # 602<br>North Miami Beach, FL 33160-5559 | Miami Dade Tax Collector<br>P. O. Box 13701<br>Miami, FL 33101-3701 |
| Miami-Dade County Tax Collector<br>Bankruptcy Unit<br>140 West Flagler Street, Suite 1407<br>Miami, Florida 33130-1561 | Miami-Dade Dept of Environmental<br>Resources Mgmt, Regulation Division<br>Attn: Ms. JoAnne Clingerman<br>701 NW 1st Ct, Suite 400<br>Miami, FL 33136-3925 | Mod Space<br>Bank of America Lockbox Services<br>12603 Collection Center Dr.<br>Chicago, IL 60693-0126 |
| National Millwork<br>1177 West Blue Heron Blvd.<br>West Palm Beach, FL 33404-4267 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433-4143 |
| Ring Electric<br>9330 NW 13th Street #16<br>Miami, FL 33172-2808 | Scott Alan Orth, Esq.<br>Law Offices of Scott Alan Orth, P.A.<br>9999 N.E. Second Avenue<br>Suite 204<br>Miami, FL 33138-2345 | Sela & Be, LLC<br>1 Post Road<br>Apartment 304<br>Toronto, Ontario<br>Canada M3B3R4 |
| South Florida Water Mgmt District<br>Attn: John Meyer,<br>Supervisor, Enforcement<br>3301 Gun Club Road<br>West Palm Beach, FL 33406-3007 | Steven R. Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>3rd Floor<br>Fort Lauderdale, FL 33309-2045 | Sunshine State Cert III, LLLP<br>and Bank United, Trustee<br>7900 Miami Lakes Dr. West<br>Hialeah, FL 33016-5816 |

| | | |
|---|---|---|
| Sunshine State Cert III, LLLP & Bankunited,<br>7900 Miami Lakes Drive West<br>Miami Lakes, Florida 33016-5816 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130-1720 | U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176-2798 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Valle, Valle & Partners<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186-5528 |
| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071-2678 | Carolyn Friedman Frank<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131-3456 |
| Frank Alter<br>Law Office of Scott Alan Orth, P.A.<br>3880 Sheridan St<br>Hollywood, FL 33021-3634 | Glenn Moses<br>100 SE 2nd Street  44th floor<br>Miami, FL 33131-2100 | Kenneth A. Welt<br>c/o Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, #4400<br>Miami, FL 33131-2118 |
| Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314-6526 | Mindy A. Mora Esq.<br>1450 Brickell Ave 23 Floor<br>Miami, FL 33131-3444 |
| Phillip M Hudson<br>200 S Biscayne Blvd #3600<br>Miami, FL 33131-2395 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditor Committee | (u)FLORIDA PRIME HOLDINGS, LLC | (du)Florida Prime Holdings, LLC |
| (u)Terra World Investments, LLC | (u)Miami | (d)Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433-4143 |

End of Label Matrix
Mailable recipients     75
Bypassed recipients      6
Total                   81