United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                    Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: howlane          Page 1 of 2          Date Rcvd: Jun 20, 2013
                              Form ID: CGFCRD3       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2013.
sp            +Glenn Moses,    100 SE 2nd Street  44th floor,    Miami, FL 33131-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2013**                    **Signature:**    *Joseph Speetjens*

District/off: 113C-1          User: howlane              Page 2 of 2                  Date Rcvd: Jun 20, 2013
                              Form ID: CGFCRD3           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2013 at the address(es) listed below:
          C Craig Eller, Esq   on behalf of Creditor   AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver   on behalf of Interested Party   Landmark at Doral Community Development District
           esilver@stearnsweaver.com,
           mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsw
           eaver.com;cgraver@stearnsweaver.com
          Glenn D Moses, Esq   on behalf of Interested Party Kenneth A. Welt gmoses@gjb-law.com,
           gjbecf@gjb-law.com
          Glenn D Moses, Esq   on behalf of Creditor Committee   Creditor Committee gmoses@gjb-law.com,
           gjbecf@gjb-law.com
          Heather L Harmon, Esq   on behalf of Interested Party Kenneth A. Welt HHarmon@gjb-law.com,
           gjbecf@gjb-law.com
          Jere L. Earlywine, Esq.   on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
           jearlywine@hgslaw.com, gmckee@hgslaw.com
          John B. Hutton III, Esq.   on behalf of Creditor   U.S. Bank National Association as Trustee
           huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi  Guso, Esq.   on behalf of Creditor   Terra World Investments, LLC
           jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
          Jordi  Guso, Esq.   on behalf of Interested Party   Terra Landmark, LLC jguso@bergersingerman.com,
           fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton, Esq   on behalf of Creditor   Miami-Dade County Tax Collector
           cao.bkc@miamidade.gov
          Michael L Schuster   on behalf of Interested Party Kenneth A. Welt mschuster@gjb-law.com,
           gjbecf@gjb-law.com
          Mindy A. Mora, Esq.   on behalf of Interested Party   Landmark at Doral South, LLC
           mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Interested Party   Landmark Club at Doral, LLC
           mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Debtor   Town Center at Doral, L.L.C. mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Debtor   Landmark at Doral Developers, LLC mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Interested Party   Landmark at Doral Developers, LLC
           mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Interested Party   Landmark at Doral East, LLC
           mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Debtor   Landmark at Doral South, LLC mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Debtor   Landmark Club at Doral, LLC mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.   on behalf of Debtor   Landmark at Doral East, LLC mmora@bilzin.com,
           laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond   on behalf of Interested Party   Landmark at Doral Community Development
           District predmond@stearnsweaver.com,
           jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsw
           eaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com
          Phillip M. Hudson III   on behalf of Interested Party   Florida Prime Holdings, LLC
           pmhudson@arnstein.com,
           jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@
           arnstein.com
          Phillip M. Hudson III   on behalf of Interested Party   FLORIDA PRIME HOLDINGS, LLC
           pmhudson@arnstein.com,
           jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@
           arnstein.com
          Phillip M. Hudson III   on behalf of Attorney Phillip M Hudson pmhudson@arnstein.com,
           jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@
           arnstein.com
          Scott Alan Orth, Esq.   on behalf of Interested Party Frank  Alter orthlaw@bellsouth.net,
           notices@orthlawoffice.com,eservicesao@gmail.com
          Steven D Schneiderman   on behalf of U.S. Trustee   Office of the US Trustee
           Steven.D.Schneiderman@usdoj.gov
                                                                                             TOTAL: 27

Form CGFCRD3  (11/14/11)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 11–35884–RAM

Chapter: 11

**In re:**

Town Center at Doral, L.L.C.
c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309

EIN: 20–1991866

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN**  that a hearing will be held on **July 11, 2013** at **01:30 PM** at the following location:

**Claude Pepper Federal Bldg**
**51 SW First Ave Room 1406**
**Miami FL 33130**

to consider the following:

**First and Final Post Confirmation Application for Compensation and Reimbursement of Expenses for Kenneth A. Welt, Other Professional, Period**

**THIS MATTER HAS BEEN SCHEDULED FOR A NON–EVIDENTIARY HEARING.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 6/20/13**

**CLERK OF COURT**
By: Elaine Howlan
Courtroom Deputy