

**ORDERED in the Southern District of Florida on July 15, 2013.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM (Jointly Administered) |
| Debtors._____/ | |

### ORDER GRANTING FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GLENN D. MOSES, ESQ., AS <u>COUNSEL FOR THE LIQUIDATING TRUSTEE</u>

THIS MATTER came before the Court on July 12, 2013 at 1:30 p.m. upon Genovese, Joblove & Battista, P.A.'s ("GJB") *First and Final Post Confirmation Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Glenn D. Moses, Esq., as Counsel for The Liquidating Trustee* (ECF No. 386)(the "Application").

One June 12, 2013, GJB filed the Application seeking fees in the amount of $32,443.50,

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

and expenses in the amount of $464.11 for the period of June 22, 2012 through June 7, 2013. The Court, having considered the Application, the record in this matter and the presentation of counsel, it is

**ORDERED as follows:**

1. GJB, as counsel for the Liquidating Trustee, is awarded the sum of $32,907.61, representing $32,443.50 in fees and $464.11 in expenses.

2. In making the foregoing award, the Court has evaluated the factors set forth in *Matter of First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by GJB.

3. The amounts awarded herein shall be on a final basis

###

Submitted by:
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Counsel for Kenneth A. Welt, Liquidating Trustee
Miami Tower
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]