**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al,* | Case No. 11-35884-RAM |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the (i) ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF GLENN D. MOSES, ESQ. AND THE LAW FIRM OF GENOVESE, JOBLOVE & BATTISTA, P.A., AS COUNSEL FOR THE LIQUIDATING TRUSTEE N*UNC PRO TUNC* TO JUNE 22, 2012 (ECF No. 393), the (ii) ORDER GRANTING FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GLENN D. MOSES, ESQ., AS COUNSEL FOR THE LIQUIDATING TRUSTEE (ECF No. 394), and the (iii) ORDER GRANTING FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR KENNETH A. WELT, LIQUIDATING TRUSTEE (ECF No. 395), were served via CM/ECF electronic notification and/or via U.S. Mail, postage pre-paid to all parties on the below Service List on this 17th day of July, 2013.

[10922-001/1989932/1]

Respectfully submitted this 17th day of July, 2013

> **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)**
>
> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Counsel for the Liquidating Trustee*
> 100 Southeast Second Street, 44th Floor
> Miami, Florida 33131
> Telephone: (305) 349-2300
> Facsimile : (305) 349-2310
>
> By:  /s/ Glenn D. Moses, Esq.
>      Glenn D. Moses, Esq.
>      Florida Bar No. 174556
>      E-mail: gmoses@gjb-law.com

## Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,

[10922-001/1989932/1]

jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC
[10922-001/1989932/1]

mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

**VIA U.S. MAIL TO ALL PARTIES ON THE ATTACHED MATRIX**

[10922-001/1989932/1]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 11-35884-RAM<br>Southern District of Florida<br>Miami<br>Tue Jul 16 15:22:41 EDT 2013 | AmT CADC Venture, LLC<br>c/o C. Craig Eller<br>Broad and Cassel<br>One North Clematis Street<br>Suite 500<br>West Palm Beach, FL 33401-5537 | BTI Bluegate, LLC<br>200 S. Park Rd, Suite 301<br>Hollywood, FL 33021-8349 |
| Carla Pfeffer Revocable Trust<br>c/o Eric E. Pfeffer<br>19333 Collins Ave #2504<br>Sunny Isles, FL 33160-2374 | Garmon Construction Corp<br>74  NW 7 ST STE 114<br>Miami, FL 33126 | H.D. Investments<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 |
| Landmark Club at Doral, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral Community Development Dist<br>c/o Patricia A. Redmond<br>Stearns Weaver Miller<br>150 W Flagler St, #2200<br>Miami, FL 33130-1545 | Landmark at Doral Developers, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| Landmark at Doral East, LLC<br>c/o Steve Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Landmark at Doral South, LLC<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Rd.<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 | Miami-Dade County Tax Collector<br>Miami-Dade County Bankruptcy Unit<br>c/o Alexis Gonzalez<br>140 West Flagler Street, Suite 1403<br>Miami, FL 33130-1561 |
| Sunshine State Certificates, III<br>7900 Miami Lakes Drive West<br>Miami Lakes, FL 33016-5816 | Terra Landmark, LLC<br>c/o Berger Singerman, LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131-3453 | Town Center at Doral, L.L.C.<br>c/o Steven Amster, Esq.<br>Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Ft. Lauderdale, FL 33309-2045 |
| U.S. Bank National Association as Trustee<br>c/o John B. Hutton, Esq.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-2184 | AMT CADC Venture, LLC<br>c/o C. Craig Eller, Esq.<br>Broad and Cassel<br>One North Clematis St, #500<br>West Palm Beach, FL 33401-5537 | Advance Insurance Underwriters<br>3250 North 29th Avenue<br>Hollywood, FL 33020-1313 |
| BTI Bluegate FTCF LLC<br>200 South Park Road #301<br>Hollywood FL 33021-8349 | BTI Bluegate FTCF LLC<br>201 Alhambra Circle<br>Suite 601<br>Miami, FL 33134-5199 | BTI Bluegate FTCF LLC.<br>201 Alhambra Circle, suite 601<br>Coral Gables, Fl 33134-5199 |
| Carla Pfeffer Revocable Trust<br>c/o Peter J. Frommer, Esq.<br>Hinshaw & Culbertson LLP<br>One East Broward Blvd.,#1010<br>Fort Lauderdale, FL 33301-1866 | Copper Group I LLC<br>752 Pacific Street<br>Suite 180<br>Brooklyn, NY 11238-3006 | David Martin<br>Terra World Investments, LLC<br>990 Biscayne Blvd.<br>Suite 302<br>Miami, FL 33132-1556 |
| David Plummer & Associates<br>1750 Ponce De Leon Blvd.<br>Miami, FL 33134-4417 | Doral Building Group II, LLC<br>c/o Kodsi Law Firm , P.A.<br>701 W. Cypress Creek Rd<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 | Doral Building Group, LLC<br>c/o Kodsi Law Firm, P.A.<br>701 W. Cypress Creek Road<br>Suite 303<br>Fort Lauderdale, FL 33309-2045 |
| Dual Temp Mechanical<br>13741 SW 139th Cr - 102<br>Miami, FL 33186-5582 | Elya Yagudaev<br>Alan R. Poppe, Esq.<br>Foley & Lardner, LLP<br>100 SE 2nd Street, Suite 1600<br>Miami, FL 33131-2132 | Eric Valle<br>c/o Valle & Valle<br>194 Minorca Avenue<br>Miami, FL 33134-4510 |

Estate of Elie Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

Finance Southern Co. & 1st National Bank of
5750 Sunset Drive
South Miami, Florida 33143-5332

Frank & Carolyn Friedman
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler St.
Miami, FL 33135-1030

Frank Alter
3902 NE 207th Street
Suite 1401
Miami, FL 33180

Garmon Construction Corp.
7315 NW 36th Street
Miami, FL 33166-6704

Guila Berdugo
c/o Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

HD Investments
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135-1030

Hilda Pico/ Ocean Bank
c/o Silvo Santana
780 NW Lejeune Road, 3rd Flr.
Miami, Florida 33126-5597

Hill York Service Corp.
c/o William C. Davell, Esq.
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394-1702

Joel A. Savitt, Esq.
Joel A. Savitt, P.A.
20801 Biscayne Blvd., Suite 506
Miami, FL 33180-1400

Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309-2045

Landmark at Doral Community
Development District
c/o David M. Freedman, Esq.
2699 S. Bayshore Dr., PH
Miami, FL 33133-5408

Landmark at Doral Community Development Dist
c/o Patricia A. Redmond, Esquire
Stearns Weaver Miller, et al.
150 West Flagler Street, Suite 2200
Miami, FL 33130-1545

Lisa Friedman-Fuller
c/o Harvey D. Friedman, Esq.
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, FL 33135-1030

Lorne E. Berkeley, Esq.
Daniels, Kashtan, Downs, Robertson
& McGirney
3300 Ponce De Leon Blvd.
Miami, FL 33134-7211

MFEB I, LLC
16047 Collins Avenue
Apt. 602
North Miami Beach, FL 33160-5559

Mark Finkelshtein
16047 Colins Avenue
Apt # 602
North Miami Beach, FL 33160-5559

Miami Dade Tax Collector
P. O. Box 13701
Miami, FL 33101-3701

Miami-Dade County Tax Collector
Bankruptcy Unit
140 West Flagler Street, Suite 1407
Miami, Florida 33130-1561

Miami-Dade Dept of Environmental
Resources Mgmt, Regulation Division
Attn:  Ms. JoAnne Clingerman
701 NW 1st Ct, Suite 400
Miami, FL 33136-3925

Mod Space
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL 60693-0126

National Millwork
1177 West Blue Heron Blvd.
West Palm Beach, FL 33404-4267

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Rachel Bensimon
7913 Tennyson Court
Boca Raton, FL 33433-4143

Ring Electric
9330 NW 13th Street #16
Miami, FL 33172-2808

Scott Alan Orth, Esq.
Law Offices of Scott Alan Orth, P.A.
9999 N.E. Second Avenue
Suite 204
Miami, FL 33138-2345

Sela & Be, LLC
1 Post Road
Apartment 304
Toronto, Ontario
Canada M3B3R4

South Florida Water Mgmt District
Attn:  John Meyer,
Supervisor, Enforcement
3301 Gun Club Road
West Palm Beach, FL 33406-3007

Steven R. Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
3rd Floor
Fort Lauderdale, FL 33309-2045

Sunshine State Cert III, LLLP
and Bank United, Trustee
7900 Miami Lakes Dr. West
Hialeah, FL 33016-5816

| | | |
|---|---|---|
| Sunshine State Cert III, LLLP & Bankunited,<br>7900 Miami Lakes Drive West<br>Miami Lakes, Florida 33016-5816 | Trans Florida Development Corp.<br>c/o Robert P. Frankel, Esq.<br>Robert P. Frankel & Assoc., PA<br>25 West Flagler St, Suite 900<br>Miami, FL 33130-1720 | U.S. Army, Corps of Engineers<br>Attn:  Robert Kirby<br>Enforcement Section<br>9900 SW 107th Ave., #203<br>Miami, FL 33176-2798 |
| Valle & Valle, Inc.<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Valle, Valle & Partners<br>194 Minorca Avenue<br>Miami, FL 33134-4510 | Y & T Plumbing Corp.<br>13985 SW 140th Street<br>Miami, FL 33186-5528 |
| Betty M Shumener<br>550 South Hope St #2300<br>Los Angeles, CA 90071-2678 | Carolyn Friedman Frank<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Daniel Y. Gielchinsky<br>1450 Brickell Ave #2300<br>Miami, FL 33131-3456 |
| Frank Alter<br>Law Office of Scott Alan Orth, P.A.<br>3880 Sheridan St<br>Hollywood, FL 33021-3634 | Glenn Moses<br>100 SE 2nd Street  44th floor<br>Miami, FL 33131-2100 | Kenneth A. Welt<br>c/o Glenn D. Moses, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, #4400<br>Miami, FL 33131-2118 |
| Lisa Friedman-Fuller<br>c/o Harvey D. Friedman, Esq.<br>3636 W. Flagler St.<br>Miami, FL 33135-1030 | Michael Eckert<br>119 S. Monroe Street #300 (32301)<br>POB 6526<br>Tallahassee, FL 32314-6526 | Mindy A. Mora Esq.<br>1450 Brickell Ave 23 Floor<br>Miami, FL 33131-3444 |
| Phillip M Hudson<br>200 S Biscayne Blvd #3600<br>Miami, FL 33131-2395 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Creditor Committee | (u)FLORIDA PRIME HOLDINGS, LLC | (du)Florida Prime Holdings, LLC |
| (u)Terra World Investments, LLC | (u)Miami | (d)Rachel Bensimon<br>7913 Tennyson Court<br>Boca Raton, FL 33433-4143 |

End of Label Matrix
Mailable recipients     75
Bypassed recipients      6
Total                   81