**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                              Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]          Case No. 11-35884-RAM
                                                              (Jointly Administered)

      Debtors.

_____/

### NOTICE OF FILING AFFIDAVIT OF QUARTERLY DISBURSEMENTS

     Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the

Landmark/Doral Liquidating Trust, by and through undersigned counsel, hereby gives notice of

filing the Affidavit of Quarterly Disbursements for the Second Quarter of 2013, attached hereto

as Exhibit "A".

     Dated: July 18, 2013          **GENOVESE JOBLOVE & BATTISTA, P.A**.
                                   *Counsel for the Liquidating Trustee*
                                   Miami Tower
                                   100 Southeast 2nd Street, 44th Floor
                                   Miami, Florida 33131
                                   Telephone: (305) 349-2300
                                   Facsimile:   (305) 349-2310

                            By:  */s/ Glenn D. Moses, Esq.*
                                 Glenn D. Moses
                                 Fla. Bar No.  174556
                                 E-mail: gmoses@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all creditors and interested parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mail on this 18th day of July, 2013.

_/s/____Glenn D. Moses, Esq._
Glenn D. Moses

## <u>Service List</u>

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development
District
predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nl
evine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-
mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stear
nsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

Town Center at Doral, L.L.C.,
et al.,                                    Case No. 11-35884-RAM

                                           Chapter 11

    Debtor(s).

_____/

### AFFIDAVIT OF QUARTERLY DISBURSEMENTS

   1.  I, Kenneth A. Welt, was appointed as the Liquidating Trustee for Town Center at Doral, L.L.C., et al. on June 22, 2012.

   2. According to the books and records of the debtor, disbursements for the Second Quarter of 2013 are $325.00.

   3.  I certify under penalty of perjury, that to the best of my knowledge, the above information is true and correct.


   FURTHER AFFIANT SAYETH NAUGHT

                                    _____
                                    Kenneth A. Welt, Trustee


Dated this 16th day of July, 2013

**EXHIBIT "A"**