UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al,*                Case No. 11-35884-BKC-RAM
                                                                            (Jointly Administered)
            Debtors.
_____/

### FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Pursuant to Local Rule 3022-1(A), Kenneth A. Welt, Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust (the "Liquidating Trust"), of the jointly administered Debtors, Town Center at Doral, LLC, Landmark at Doral East, LLC, Landmark at Doral South, LLC, Landmark Club at Doral, LLC, and Landmark at Doral Developers, LLC (collectively, the "Debtors"), by and through undersigned counsel, files this Final Report and Motion for Final Decree and represents:

1. On June 22, 2012, this Court confirmed the Second Amended and Modified Joint Plan of Reorganization (the "Plan") by Landmark at Doral Community Development District, U.S. Bank National Association, as Indenture Trustee, and Florida Prime Holdings, LLC (the "Confirmation Order") [ECF No. 344]. Pursuant to the Confirmation Order, the Liquidating Trust was created and Mr. Welt was appointed as Liquidating Trustee.

2. The funds required by the Plan have been distributed, and all matters to be completed upon the effective date of the Plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate

arrangements have been made for the full payment thereof.  A summary of fees and expenses is as follows:

$32,907.61 Fees and costs for Attorney for Liquidating Trustee [ECF No. 394]

$22,149.41 Fees and costs for Liquidating Trustee [ECF No. 395]

$975.00 U.S. Trustee (fees required by 28 U.S.C. §1930)

$N/A Clerk of Court (fees required by 28 U.S.C. §1930)

$N/A Other Professionals

5. Attached as **Exhibit "A"** is a distribution report detailing the payments made by the Liquidating Trustee.

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

Dated this 19th day of July, 2013.

                                            GENOVESE JOBLOVE & BATTISTA, P.A.
*Counsel for the Kenneth A. Welt, Liquidating Trustee*
Miami Tower
100 Southeast Second Street, 44th Floor
Miami, FL  33131
Tel.:  (305) 349-2300
Fax :  (305) 349-2310
By: /s/ Glenn D. Moses
     Glenn D. Moses, Esq.
     Florida Bar No. 174556
     gmoses@gjb-law.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all creditors and interest parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mail and via U.S. Mail, postage pre-paid to the U.S. Trustee's Office on this 19th day of July, 2013.

                                  /s/     Glenn D. Moses
                                       Glenn D. Moses, Esq.

**SERVICE LIST**

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC

pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## EXHIBIT A

CASE NAME: <u>TOWN CENTER AT DORAL, L.L.C., et al</u>
CASE NUMBER: <u>11-35884-BKC-RAM</u>

The following payments have been made pursuant to the plan of reorganization:

Printed: 07/16/13 05:41 PM

Page: 1

# Claims Proposed Distribution

Case: 11-35884   Town Center At Doral, LLC, et al.,

Report Includes ONLY Claims with a Proposed Distribution

Rounding Nearest penny

Case Balance: $1,637,222.18    Proposed Payment: $1,637,222.18    Remaining Balance: $0.00

| Claim # | Claimant Name | Allowed Amount | Paid to Date | Reserved to Date | Claim Balance | Pay To | Proposed Payment | Percent to Date |
|---|---|---|---|---|---|---|---|---|
| **Administrative Claims:** | | | | | | | | |
| <2100-000 Administrative Claims>  Priority: 1-1  (Interest compounding: None / Simple Interest at 0.000%) | | | | | | | | |
| ATTEX | Genovese Joblove Battista <2100-000 Administrative Claims> | 464.11 | 0.00 | 0.00 | 464.11 | Pay to Claimant | 464.11 | 100.000000% |
| ATTYF | Genovese Joblove Battista <2100-000 Administrative Claims> | 32,443.50 | 0.00 | 0.00 | 32,443.50 | Pay to Claimant | 32,443.50 | 100.000000% |
| TTEEF | Kenneth A. Welt, Liquidating Trustee <2100-000 Administrative Claims> | 22,030.99 | 0.00 | 0.00 | 22,030.99 | Pay to Claimant | 22,030.99 | 100.000000% |
| TTEEEX | Kenneth A. Welt, Liquidating Trustee <2100-000 Administrative Claims> | 118.42 | 0.00 | 0.00 | 118.42 | Pay to Claimant | 118.42 | 100.000000% |
| USTFEE | U.S. Trustee's Payment Center <2100-000 Administrative Claims> | 6,500.00 | 0.00 | 0.00 | 6,500.00 | Pay to Claimant | 6,500.00 | 100.000000% |
| **General Unsecured Claims:** | | | | | | | | |
| <2400-000 General Unsecured>  Priority: 4-1  (Interest compounding: None / Simple Interest at 0.000%) | | | | | | | | |
| 0000002 | Rachel Bensimon | 300,000.00 | 0.00 | 0.00 | 300,000.00 | Pay to Claimant | 3,402.57 | 1.134190% |
| 0000003 | AMT CADC Venture, LLC | 132,105,836.93 | 0.00 | 0.00 | 132,105,836.93 | Pay to Claimant | 1,498,326.58 | 1.134190% |
| 0000012 | Frank Alter | 1,000,000.00 | 0.00 | 0.00 | 1,000,000.00 | Pay to Claimant | 11,341.88 | 1.134190% |
| 0S00006 | Advance Insurance Underwriters Claim Memo: | 34,320.38 | 0.00 | 0.00 | 34,320.38 | Pay to Claimant | 389.27 | 1.134220% |
| 0S00009 | David Plummer & Associates Claim Memo: | 7,296.55 | 0.00 | 0.00 | 7,296.55 | Pay to Claimant | 82.77 | 1.134370% |
| 0S00012 | Dual Temp Mechanical Claim Memo: | 9,308.10 | 0.00 | 0.00 | 9,308.10 | Pay to Claimant | 105.58 | 1.134280% |
| 0S00017 | Garmon Construction Corp. Claim Memo: | 42,975.50 | 0.00 | 0.00 | 42,975.50 | Pay to Claimant | 487.43 | 1.134200% |
| 0S00025 | Mod Space Claim Memo: | 101,760.51 | 0.00 | 0.00 | 101,760.51 | Pay to Claimant | 1,154.16 | 1.134190% |

Printed: 07/16/13 05:41 PM

Page: 2

# Claims Proposed Distribution

## Case: 11-35884  Town Center At Doral, LLC, et al.,

Report Includes ONLY Claims with a Proposed Distribution

Rounding Nearest penny

Case Balance: $1,637,222.18         Proposed Payment: $1,637,222.18         Remaining Balance: $0.00

| Claim # | Claimant Name | Allowed Amount | Paid to Date | Reserved to Date | Claim Balance | Pay To | Proposed Payment | Percent to Date |
|---|---|---|---|---|---|---|---|---|
| 0S00026 | National Millwork | 50,000.00 | 0.00 | 0.00 | 50,000.00 | Pay to Claimant | 567.10 | 1.134200% |
| | Claim Memo: | | | | | | | |
| 0S00028 | Ring Electric | 33,581.34 | 0.00 | 0.00 | 33,581.34 | Pay to Claimant | 380.89 | 1.134230% |
| | Claim Memo: | | | | | | | |
| 0S00033 | Valle & Valle, Inc. | 20,849.62 | 0.00 | 0.00 | 20,849.62 | Pay to Claimant | 236.48 | 1.134220% |
| | Claim Memo: | | | | | | | |
| 0S00035 | Y & T Plumbing Corp. | 108,609.34 | 0.00 | 0.00 | 108,609.34 | Pay to Claimant | 1,231.83 | 1.134180% |
| | Claim Memo: Claim amount totals: 17,536,201.34 | | | | | | | |
| D000002 | HD Investments | 1,916,169.57 | 0.00 | 0.00 | 1,916,169.57 | Pay to Claimant | 21,732.94 | 1.134190% |
| D000003 | Carla Pfeffer Revocable Trust | 2,000,000.00 | 0.00 | 0.00 | 2,000,000.00 | Pay to Claimant | 22,683.73 | 1.134190% |
| E000002 | Lisa Friedman-Fuller | 588,873.29 | 0.00 | 0.00 | 588,873.29 | Pay to Claimant | 6,678.92 | 1.134190% |
| E000003 | Frank & Carolyn Friedman | 605,106.19 | 0.00 | 0.00 | 605,106.19 | Pay to Claimant | 6,863.03 | 1.134190% |
| | **Total for Case 11-35884:** | **$138,986,244.34** | **$0.00** | **$0.00** | **$138,986,244.34** | | **$1,637,222.18** | |