United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                            Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113C-1           User: garcian              Page 1 of 2              Date Rcvd: Jul 16, 2013
                               Form ID: pdf004            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
 sp           +Glenn Moses,   100 SE 2nd Street   44th floor,   Miami, FL 33131-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113C-1          User: garcian                 Page 2 of 2                  Date Rcvd: Jul 16, 2013
                              Form ID: pdf004               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:

        C Craig Eller, Esq   on behalf of Creditor    AmT CADC Venture, LLC celler@broadandcassel.com
        Eric J Silver    on behalf of Interested Party    Landmark at Doral Community Development District esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
        Glenn D Moses, Esq    on behalf of Interested Party Kenneth A. Welt gmoses@gjb-law.com, gjbecf@gjb-law.com
        Glenn D Moses, Esq    on behalf of Creditor Committee    Creditor Committee gmoses@gjb-law.com, gjbecf@gjb-law.com
        Heather L Harmon, Esq    on behalf of Interested Party Kenneth A. Welt HHarmon@gjb-law.com, gjbecf@gjb-law.com
        Jere L. Earlywine, Esq.    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC jearlywine@hgslaw.com,  gmckee@hgslaw.com
        John B. Hutton III, Esq.    on behalf of Creditor    U.S. Bank National Association as Trustee huttonj@gtlaw.com,  mialitdock@gtlaw.com;miaecfbky@gtlaw.com
        Jordi  Guso, Esq.    on behalf of Creditor    Terra World Investments, LLC jguso@bergersingerman.com,  fsellers@bergersingerman.com;efile@bergersingerman.com
        Jordi  Guso, Esq.    on behalf of Interested Party    Terra Landmark, LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com
        Melinda S Thornton, Esq    on behalf of Creditor    Miami-Dade County Tax Collector cao.bkc@miamidade.gov
        Michael L Schuster    on behalf of Interested Party Kenneth A. Welt mschuster@gjb-law.com, gjbecf@gjb-law.com
        Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral South, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Debtor    Town Center at Doral, L.L.C. mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral Developers, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral Developers, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral East, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral South, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Debtor    Landmark Club at Doral, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral East, LLC mmora@bilzin.com, laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Patricia A Redmond    on behalf of Interested Party    Landmark at Doral Community Development District predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com
        Phillip M. Hudson III    on behalf of Interested Party    Florida Prime Holdings, LLC pmhudson@arnstein.com, jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
        Phillip M. Hudson III    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC pmhudson@arnstein.com, jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
        Phillip M. Hudson III    on behalf of Attorney Phillip M Hudson pmhudson@arnstein.com, jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
        Scott Alan Orth, Esq.    on behalf of Interested Party Frank  Alter orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com
        Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee Steven.D.Schneiderman@usdoj.gov

                                                                                                                                         TOTAL: 27



**ORDERED in the Southern District of Florida on July 15, 2013.**

_____

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN CENTER AT DORAL, L.L.C., *et al.*,[1] | Case No. 11-35884-RAM (Jointly Administered) |
| Debtors. | |
| _____/ | |

### ORDER GRANTING FIRST AND FINAL POST CONFIRMATION FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GLENN D. MOSES, ESQ., AS COUNSEL FOR THE LIQUIDATING TRUSTEE

THIS MATTER came before the Court on July 12, 2013 at 1:30 p.m. upon Genovese, Joblove & Battista, P.A.'s ("GJB") *First and Final Post Confirmation Fee Application For Allowance and Payment of Compensation and Reimbursement of Expenses for Glenn D. Moses, Esq., as Counsel for The Liquidating Trustee* (ECF No. 386)(the "Application").

One June 12, 2013, GJB filed the Application seeking fees in the amount of $32,443.50,

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

and expenses in the amount of $464.11 for the period of June 22, 2012 through June 7, 2013. The Court, having considered the Application, the record in this matter and the presentation of counsel, it is

    **ORDERED as follows:**

    1.    GJB, as counsel for the Liquidating Trustee, is awarded the sum of $32,907.61, representing $32,443.50 in fees and $464.11 in expenses.

    2.    In making the foregoing award, the Court has evaluated the factors set forth in *Matter of First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by GJB.

    3.    The amounts awarded herein shall be on a final basis

###

Submitted by:
Glenn D. Moses, Esq.
Genovese Joblove & Battista, P.A.
Counsel for Kenneth A. Welt, Liquidating Trustee
Miami Tower
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

**Copy to**:
Glenn D. Moses, Esq.
[Attorney Moses shall forward a conformed copy of this Order to all interested parties.]