UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                             Chapter 11

TOWN CENTER AT DORAL, L.L.C., *et al.,*[1]        Case No. 11-35884-RAM
                                                   (Jointly Administered)
    Debtors.
_____/

### NOTICE OF FILING AFFIDAVIT OF DISBURSEMENTS FOR THE PERIOD OF JULY 1, 2013 THROUGH JULY 22, 2013

    Kenneth A. Welt, the Liquidating Trustee (the "Liquidating Trustee") for the Landmark/Doral Liquidating Trust, by and through undersigned counsel, hereby gives notice of filing the Affidavit of Disbursements for the Period of July 1, 2013 through July 22, 2013, attached hereto as Exhibit "A".

Dated: July 23, 2013        **GENOVESE JOBLOVE & BATTISTA, P.A**.
                                  *Counsel for the Liquidating Trustee*
                                  Miami Tower
                                  100 Southeast 2nd Street, 44th Floor
                                  Miami, Florida 33131
                                  Telephone: (305) 349-2300
                                  Facsimile:  (305) 349-2310

                              By: */s/ Glenn D. Moses, Esq.*
                                  Glenn D. Moses
                                  Fla. Bar No.  174556
                                  E-mail: gmoses@gjb-law.com

---

[1] The last four digits of each Debtor's tax identification number are: (i) Town Center at Doral, LLC [1866]; (ii) Landmark at Doral East, LLC [6616]; (iii) Landmark at Doral South, LLC [6676]; (iv) Landmark Club at Doral, LLC [6797]; and (v) Landmark at Doral Developers, LLC [6762].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing to all creditors and interested parties registered to receive such CM/ECF electronic notification from the Bankruptcy Court via electronic mail on this 23rd day of July, 2013.

>  /s/     *Glenn D. Moses, Esq.*
>         Glenn D. Moses

### Service List

**11-35884-RAM Notice will be electronically mailed to:**

Jere L. Earlywine, Esq. on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
jearlywine@hgslaw.com, gmckee@hgslaw.com

C Craig Eller, Esq on behalf of Creditor AmT CADC Venture, LLC
celler@broadandcassel.com

Jordi Guso, Esq. on behalf of Creditor Terra World Investments, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jordi Guso, Esq. on behalf of Interested Party Terra Landmark, LLC
jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Heather L Harmon, Esq on behalf of Interested Party Kenneth A. Welt
HHarmon@gjb-law.com, gjbecf@gjb-law.com

Phillip M. Hudson III on behalf of Attorney Phillip M Hudson
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party FLORIDA PRIME HOLDINGS, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

Phillip M. Hudson III on behalf of Interested Party Florida Prime Holdings, LLC
pmhudson@arnstein.com,
jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com

John B. Hutton III, Esq. on behalf of Creditor U.S. Bank National Association as Trustee
huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Debtor Town Center at Doral, L.L.C.
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark Club at Doral, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral Developers, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral East, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Mindy A. Mora, Esq. on behalf of Interested Party Landmark at Doral South, LLC
mmora@bilzin.com,
laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com

Glenn D Moses, Esq on behalf of Creditor Committee Creditor Committee
gmoses@gjb-law.com, gjbecf@gjb-law.com

Glenn D Moses, Esq on behalf of Interested Party Kenneth A. Welt
gmoses@gjb-law.com, gjbecf@gjb-law.com

Office of the US Trustee

-4-

USTPRegion21.MM.ECF@usdoj.gov

Scott Alan Orth, Esq. on behalf of Interested Party Frank Alter
orthlaw@bellsouth.net, notices@orthlawoffice.com,eservicesao@gmail.com

Patricia A Redmond on behalf of Interested Party Landmark at Doral Community Development District
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Michael L Schuster on behalf of Interested Party Kenneth A. Welt
mschuster@gjb-law.com, gjbecf@gjb-law.com

Eric J Silver on behalf of Interested Party Landmark at Doral Community Development District
esilver@stearnsweaver.com, sanderson@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Town Center at Doral, L.L.C.,
et al.,

Case No. 11-35884-RAM

Chapter 11

Debtor(s).
_____/

AFFIDAVIT OF DISBURSEMENTS FOR THE
PERIOD JULY 1 THROUGH JULY 22, 2013

1. I, Kenneth A. Welt, was appointed as the Liquidating Trustee for Town Center at Doral, L.L.C., et al. on June 22, 2012.

2. According to the books and records of the debtor, disbursements for the period July 1 through July 22, 2013 are $1,637,47.18.

3. I certify under penalty of perjury, that to the best of my knowledge, the above information is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

_____
Kenneth A. Welt, Trustee

Dated this 22th day of July, 2013

**EXHIBIT "A"**

*Printed: 07/22/13 02:49 PM*

# Disbursements

Case: Town Center At Doral, LLC, et al., (11-35884)
Trustee: Kenneth A Welt (290961)

Submitted: 07/22/13
Period: 07/01/13 - 07/31/13

## Disbursements

### 2100-000  Administrative Claims

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 07/16/13 | Check: 1013 | 1000013008 | Genovese Joblove Battista<br>Final Distribution Dividend paid 100.00% on $464.11; Claim# ATTEX; Filed: $0.00; Reference: | 464.11 |
| 07/16/13 | Check: 1014 | 1000013008 | Genovese Joblove Battista<br>Final Distribution Dividend paid 100.00% on $32,443.50; Claim# ATTYF; Filed: $0.00; Reference: | 32,443.50 |
| 07/16/13 | Check: 1015 | 1000013008 | Kenneth A. Welt, Liquidating Trustee<br>Final Distribution Dividend paid 100.00% on $22,030.99; Claim# TTEEF; Filed: $0.00; Reference: | 22,030.99 |
| 07/16/13 | Check: 1016 | 1000013008 | Kenneth A. Welt, Liquidating Trustee<br>Final Distribution Dividend paid 100.00% on $118.42; Claim# TTEEEX; Filed: $0.00; Reference: | 118.42 |
| 07/16/13 | Check: 1017 | 1000013008 | U.S. Trustee's Payment Center<br>Final Distribution Dividend paid 100.00% on $6,500.00; Claim# USTFEE; Filed: $0.00; Reference: | 6,500.00 |
| | | | **Total for 2100-000  Administrative Claims** | **61,557.02** |

### 2400-000  General Unsecured

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 07/16/13 | Check: 1018 | 1000013008 | Rachel Bensimon<br>Final Distribution Dividend paid   1.13% on $300,000.00; Claim# 0000002; Filed: $300,000.00; Reference: | 3,402.57 |
| 07/16/13 | Check: 1019 | 1000013008 | AMT CADC Venture, LLC<br>Final Distribution Dividend paid   1.13% on $132,105,836.93; Claim# 0000003; Filed: $132,105,836.93; Reference: | 1,498,326.58 |
| 07/16/13 | Check: 1020 | 1000013008 | Frank Alter<br>Final Distribution Dividend paid   1.13% on $1,000,000.00; Claim# 0000012; Filed: $1,000,000.00; Reference: | 11,341.88 |
| 07/16/13 | Check: 1021 | 1000013008 | Advance Insurance Underwriters<br>Final Distribution Dividend paid  1.13% on $34,320.38; Claim# 0S00006; Filed: $0.00; Reference: | 389.27 |
| 07/16/13 | Check: 1022 | 1000013008 | David Plummer & Associates<br>Final Distribution Dividend paid   1.13% on $7,296.55; Claim# 0S00009; Filed: $0.00; Reference: | 82.77 |
| 07/16/13 | Check: 1023 | 1000013008 | Dual Temp Mechanical<br>Final Distribution Dividend paid   1.13% on $9,308.10; Claim# 0S00012; Filed: $0.00; Reference: | 105.58 |
| 07/16/13 | Check: 1024 | 1000013008 | Garmon Construction Corp.<br>Final Distribution Dividend paid   1.13% on $42,975.50; Claim# 0S00017; Filed: $0.00; Reference: | 487.43 |
| 07/16/13 | Check: 1025 | 1000013008 | Mod Space<br>Final Distribution Dividend paid   1.13% on $101,760.51; Claim# 0S00025; Filed: $0.00; Reference: | 1,154.16 |
| 07/16/13 | Check: 1026 | 1000013008 | National Millwork<br>Final Distribution Dividend paid   1.13% on $50,000.00; Claim# 0S00026; Filed: $0.00; Reference: | 567.10 |
| 07/16/13 | Check: 1027 | 1000013008 | Ring Electric<br>Final Distribution Dividend paid   1.13% on $33,581.34; | 380.89 |

Printed: 07/22/13 02:49 PM

# Disbursements

Case: Town Center At Doral, LLC, et al., (11-35884)  
Trustee: Kenneth A Welt (290961)

Submitted: 07/22/13  
Period: 07/01/13 - 07/31/13

### 2400-000  General Unsecured

| Date | Check | Ref | Description | Amount |
|---|---|---|---|---|
| 07/16/13 | Check: 1028 | 1000013008 | Claim# 0S00028; Filed: $0.00; Reference:<br>Valle & Valle, Inc.<br>Final Distribution Dividend paid   1.13% on $20,849.62; | 236.48 |
| 07/16/13 | Check: 1029 | 1000013008 | Claim# 0S00033; Filed: $0.00; Reference:<br>Y & T Plumbing Corp.<br>Final Distribution Dividend paid   1.13% on $108,609.34; | 1,231.83 |
| 07/16/13 | Check: 1030 | 1000013008 | Claim# 0S00035; Filed: $0.00; Reference:<br>HD Investments<br>Final Distribution Dividend paid   1.13% on $1,916,169.57; | 21,732.94 |
| 07/16/13 | Check: 1031 | 1000013008 | Claim# D000002; Filed: $1,916,169.57; Reference:<br>Carla Pfeffer Revocable Trust<br>Final Distribution Dividend paid   1.13% on $2,000,000.00; | 22,683.73 |
| 07/16/13 | Check: 1032 | 1000013008 | Claim# D000003; Filed: $2,000,000.00; Reference:<br>Lisa Friedman-Fuller<br>Final Distribution Dividend paid   1.13% on $588,873.29; | 6,678.92 |
| 07/16/13 | Check: 1033 | 1000013008 | Claim# E000002; Filed: $588,873.29; Reference:<br>Frank & Carolyn Friedman<br>Final Distribution Dividend paid   1.13% on $605,106.19;<br>Claim# E000003; Filed: $605,106.19; Reference: | 6,863.03 |

**Total for 2400-000  General Unsecured**  1,575,665.16

### 6001-000  US Trustee Fees

| Date | Check | Ref | Description | Amount |
|---|---|---|---|---|
| 07/16/13 | Check: 1012 | 1000013008 | US Trustee Payment Center<br>2nd Qtr 2013 UST Fees for Town Center At Doral, et al. - Acct #311-11-35884 | 325.00 |

**Total Disbursements**  1,637,547.18