United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 11-35884-RAM
Town Center at Doral, L.L.C.                                            Chapter 11
        Debtor
# CERTIFICATE OF NOTICE

District/off: 113C-1          User: garcian           Page 1 of 2              Date Rcvd: Jul 30, 2013
                              Form ID: CGFD30         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2013.
db             +Town Center at Doral, L.L.C.,    c/o Steven Amster, Esq.,    Kodsi Law Firm, P.A.,
                701 W. Cypress Creek Road,    Suite 303,   Ft. Lauderdale, FL 33309-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2013**                    **Signature:**    _Joseph Speetjens_

District/off: 113C-1                    User: garcian                        Page 2 of 2                       Date Rcvd: Jul 30, 2013
                                        Form ID: CGFD30                     Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2013 at the address(es) listed below:

          C Craig Eller, Esq    on behalf of Creditor    AmT CADC Venture, LLC celler@broadandcassel.com
          Eric J Silver    on behalf of Interested Party    Landmark at Doral Community Development District
          esilver@stearnsweaver.com,
          sanderson@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
          Glenn D Moses, Esq    on behalf of Interested Party Kenneth A. Welt gmoses@gjb-law.com,
          gjbecf@gjb-law.com
          Glenn D Moses, Esq    on behalf of Creditor Committee    Creditor Committee gmoses@gjb-law.com,
          gjbecf@gjb-law.com
          Heather L Harmon, Esq    on behalf of Interested Party Kenneth A. Welt HHarmon@gjb-law.com,
          gjbecf@gjb-law.com
          Jere L. Earlywine, Esq.    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC
          jearlywine@hgslaw.com,   gmckee@hgslaw.com
          John B. Hutton III, Esq.    on behalf of Creditor    U.S. Bank National Association as Trustee
          huttonj@gtlaw.com,   mialitdock@gtlaw.com;miaecfbky@gtlaw.com
          Jordi  Guso, Esq.    on behalf of Creditor    Terra World Investments, LLC
          jguso@bergersingerman.com,   fsellers@bergersingerman.com;efile@bergersingerman.com
          Jordi  Guso, Esq.    on behalf of Interested Party    Terra Landmark, LLC jguso@bergersingerman.com,
          fsellers@bergersingerman.com;efile@bergersingerman.com
          Melinda S Thornton, Esq    on behalf of Creditor    Miami-Dade County Tax Collector
          cao.bkc@miamidade.gov
          Michael L Schuster    on behalf of Interested Party Kenneth A. Welt mschuster@gjb-law.com,
          gjbecf@gjb-law.com
          Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral South, LLC
          mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark Club at Doral, LLC
          mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Debtor    Town Center at Doral, L.L.C. mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral Developers, LLC mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral Developers, LLC
          mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Interested Party    Landmark at Doral East, LLC
          mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral South, LLC mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Debtor    Landmark Club at Doral, LLC mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Mindy A. Mora, Esq.    on behalf of Debtor    Landmark at Doral East, LLC mmora@bilzin.com,
          laparicio@bilzin.com;eservice@bilzin.com;lflores@bilzin.com;gdonaire@bilzin.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Patricia A Redmond    on behalf of Interested Party    Landmark at Doral Community Development
          District predmond@stearnsweaver.com,
          jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;sanderson@stearnsweaver.com;nlevine@akingump.com
          Phillip M. Hudson III    on behalf of Interested Party    Florida Prime Holdings, LLC
          pmhudson@arnstein.com,
          jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
          Phillip M. Hudson III    on behalf of Interested Party    FLORIDA PRIME HOLDINGS, LLC
          pmhudson@arnstein.com,
          jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
          Phillip M. Hudson III    on behalf of Attorney Phillip M Hudson pmhudson@arnstein.com,
          jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
          Scott Alan Orth, Esq.    on behalf of Interested Party Frank  Alter orthlaw@bellsouth.net,
          notices@orthlawoffice.com,eservicesao@gmail.com
          Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee
          Steven.D.Schneiderman@usdoj.gov

                                                                                                     TOTAL: 27

**CGFD30** (9/19/08)



ORDERED in the Southern District of Florida on July 30, 2013

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 11–35884–RAM
Chapter: 11

**In re:** *Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years)*

Town Center at Doral, L.L.C.

c/o Steven Amster, Esq.
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Ft. Lauderdale, FL 33309

EIN: 20–1991866

# FINAL DECREE

A Final Report and Motion for Entry of Final Decree having been filed on behalf of the debtor, this chapter 11 case is closed. If applicable, all future payments under the plan of reorganization shall be disbursed in accordance with the plan.

# # #

The clerk shall serve a copy of this Final Decree on the Debtor, Attorney for Debtor, and the U.S. Trustee